IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Donald L Mosthen JR. # 10924-052
PO Box 8000
Bradford PA 16701

CA 05-180E

VS.

U.S. Federal Bureau of Prisons
And F.C.I McKean prison medical
Department And Warden James
Sherman

## MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Donald L Mosthen JR #10924-052, am the plaintiff in the above entitled case. In support of my motion for leave to proceed in forma pauperis, I state that because of my poverty I am unable to pay the initial costs of said proceeding or to give security therefore and that I believe I am entitled to redress. In support of this motion, I declare the following responses are true.

1. If you are receiving prison wages, state the amount: __None —0—__

2. If you received within the past twelve months any money form any source, explain, and state The amount: __My parents sends me $25.00 dollars every month.__

3. State the amount of money you have in a checking, savings, or prison account:
__None —0—__

4. Identify and state the value of any real estate, stocks, bonds, notes, automobiles, or other Valuable property (excluding ordinary household furnishings and clothing) which you own:
__None__

5. List the persons who are dependent upon you for support; state relationship to those persons And indicate how much you contribute toward their support:
__None__

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED THIS __31__ DAY OF __MAY__, 20__05__.

__Donald L Mosthen JR__
Plaintiff's signature

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_Donald L Mosthian Jr_ Plaintiff, )
10924-052 )
)
v. )  Civil Action No.
)
_U.S. Federal Bureau of prisons_ Defendant. )
)

## AUTHORIZATION
## TO BE COMPLETED BY PRISONER
## WHO SEEKS LEAVE TO PROCEED IN FORMA PAUPERIS

I, _Donald L Mosthian Jr_ (name), hereby authorize the custodian of my inmate account, upon order of a judge of the United States District Court of the Western District of Pennsylvania, to

(1) withdraw from my account and pay to the Clerk, United States District Court for the Western District of Pennsylvania, the initial partial filing fee (20% of the greater of the average monthly deposits to my account for the past six months, or the average monthly balance in my account for the past six months) and

(2) if there remains any unpaid fee due and owing to the court, thereafter to set aside and accrue/freeze on a monthly basis twenty percent (20%) of the preceding month's deposits credited to my account and

(3) each time the amount in my account exceeds $10.00 to forward to the Clerk the amounts accrued/frozen until the filing fee in the amount of $150 has been paid in full.

_Donald L Mosthian Jr_                MAY 31st 2005
PLAINTIFF'S SIGNATURE                 DATE

## TO BE COMPLETED BY RECORDS OFFICER OF PRISON

1. The plaintiff presently has the sum of $2.54 on account at _FCI McKean County, Pennsylvania_.
   (Name of prison)

   ✓ Attached is a copy of the plaintiff's institutional account indicating deposits and withdrawals during the preceding one year period or _7 months_
   (Indicate period covered by Account)

   _____ I cannot furnish the court with a copy of the plaintiff's institutional account indicating income and withdrawals because _____

2. The plaintiff has the following securities and other assets: (include any information you have regarding outside accounts, sources of income): _N/A_

3. Other information relevant to plaintiff's financial status or information that plaintiff's statements contained in his motion and declaration in support of motion to proceed in forma pauperis are not true: _N/A_

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Signed this _2nd_ day of _June_, 20_05_.

_L. Ruello, Corr. Counselor_
Signature and Title of Records Officer of Prison

## ORDER

Motion for leave to proceed in forma pauperis is _____.

Date: _____
                                      _____
                                      United States Magistrate Judge

InmateStatementCombined  Page 1 of 2

# Inmate Statement

| | | |
|---|---|---|
| **Inmate Reg #:** 10924052 | **Current Institution:** | McKean FCI |
| **Inmate Name:** MOSHIER, DONALD | **Housing Unit:** | A |
| **Report Date:** 06/02/2005 | **Living Quarters:** | Z07-201LAD |
| **Report Time:** 11:37:04 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | 6/2/2005 11:06:47 AM | 91 | | | Sales | ($2.20) | | $2.54 |
| MCK | 5/25/2005 8:53:07 AM | 84 | | | Sales | ($3.05) | | $4.74 |
| MCK | 5/18/2005 11:39:25 AM | 101 | | | Sales | ($17.85) | | $7.79 |
| MCK | 5/12/2005 12:45:40 PM | 95 | | | Sales | ($4.00) | | $25.64 |
| MCK | 5/11/2005 5:30:44 AM | 70132401 | | | Lockbox - CD | $25.00 | | $29.64 |
| MCK | 5/5/2005 12:34:02 PM | 111 | | | Sales | ($9.40) | | $4.64 |
| MCK | 4/14/2005 2:55:07 PM | 145 | | | Sales | $8.25 | | $14.04 |
| MCK | 4/14/2005 1:15:35 PM | 139 | | | Sales | ($8.25) | | $5.79 |
| MCK | 4/8/2005 8:56:41 AM | 40 | | | Sales | ($27.75) | | $14.04 |
| MCK | 4/5/2005 6:23:27 AM | 70129801 | | | Lockbox - CD | $40.00 | | $41.79 |
| MCK | 3/23/2005 1:13:08 PM | 56 | | | Sales | ($3.80) | | $1.79 |
| MCK | 3/11/2005 10:18:04 AM | 51 | | | Sales | ($19.45) | | $5.59 |
| MCK | 3/1/2005 5:52:56 AM | 70127301 | | | Lockbox - CD | $25.00 | | $25.04 |
| MCK | 2/24/2005 5:42:15 PM | 4 | | | Sales | $0.00 | | $0.04 |
| MCK | 2/9/2005 12:28:29 PM | 78 | | | Sales | ($25.70) | | $0.04 |
| MCK | 2/9/2005 5:51:07 AM | 70126001 | | | Lockbox - CD | $25.00 | | $25.74 |
| MCK | 2/1/2005 8:12:04 AM | 71 | | | Sales | ($3.30) | | $0.74 |
| MCK | 1/26/2005 7:48:56 AM | | 987 | | Donation | ($3.00) | | $4.04 |
| MCK | 1/26/2005 7:48:56 AM | | 986 | | Donation | ($3.00) | | $7.04 |
| MCK | 1/19/2005 8:07:06 AM | 83 | | | Sales | ($1.60) | | $10.04 |
| MCK | 1/7/2005 7:10:30 AM | JV0050 | | | Payroll - IPP | $9.72 | | $11.64 |
| MCK | 1/4/2005 8:03:11 AM | 66 | | | Sales | ($18.20) | | $1.92 |
| MCK | 12/29/2004 7:39:57 AM | 48 | | | Sales | ($22.50) | | $20.12 |
| MCK | 12/21/2004 8:05:44 AM | 95 | | | Sales | ($7.40) | | $42.62 |
| MCK | 12/20/2004 5:32:39 AM | 70122403 | | | Lockbox - CD | $50.00 | | $50.02 |
| MCK | 12/7/2004 11:27:00 AM | 91 | | | Sales | ($6.05) | | $0.02 |
| MCK | 12/3/2004 6:50:20 AM | JV0036 | | | Payroll - IPP | $5.52 | | $6.07 |
| MCK | 11/30/2004 10:59:12 AM | 89 | | | Sales | ($25.00) | | $0.55 |
| MCK | 11/30/2004 5:45:37 AM | 70121005 | | | Lockbox - CD | $25.00 | | $25.55 |
| MCK | 11/9/2004 12:04:00 PM | 85 | | | Sales | ($14.10) | | $0.55 |
| MCK | 11/5/2004 6:07:06 AM | JV0016 | | | Payroll - IPP | $10.20 | | $14.65 |
| MCK | 11/2/2004 11:13:06 AM | 40 | | | Sales | ($25.65) | | $4.45 |
| MCK | 11/1/2004 2:25:56 PM | 2009 | | 482191 | Local Collections | $30.00 | | $30.10 |

| Alpha Code | Date | Ref | | Type | Amount | Balance |
|---|---|---|---|---|---|---|
| MCK | 10/12/2004 6:53:06 AM | 45 | | Sales | ($20.75) | $0.10 |
| MCK | 10/8/2004 6:53:04 AM | JV0008 | | Payroll - IPP | $10.68 | $20.85 |
| MCK | 10/5/2004 11:46:27 AM | 126 | | Sales | ($14.85) | $10.17 |

**Total Transactions: 36**

**Totals:** **($22.48)** **$0.00**

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | $2.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.54 |
| **Totals:** | **$2.54** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2.54** |