Date 7/11/05

**RECEIVED**

JUL 13 2005

CLERK U.S. DISTRICT COURT
DIST. OF PENNSYLVANIA

Clerk office
United States District Court
P.O. Box 1820
Erie, PA. 16507

Donald L Mostlier JR
10924-052
United States Penitentiary
P.O. Box 1000
Lewisburg, PA. 17837

Civil Docket for case
#: 05-CV-180

RE: New address, Notice

I'm notifieing the courts that I have been transfered from F.C.I. McKean to address above. I have been at new address sense June 16th 2005, and I have just recieved my property from F.C.I. McKean on July 6th 2005, so I've been unable to inform the courts, I also have not recieved any mail from F.C.I. McKean as of date, so please forward all future corrispondence to above address.

Thank you very much.

(Transferred on 6/16/05)

Sincerely
Donald L Mostlier Jr
10924-052