

**U.S. Department of Justice**

**United States Marshals Service**

**Western District of Pennsylvania**

---

*241 U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, PA 15219*

April 12, 2006

Susan Paradise Baxter
U.S. Magistrate Judge
U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, Pa. 15219

CASE # **CA-05-0180 Erie**

Dear Judge Baxter,

On **01/25/06** a letter requesting directions for service was mailed to **Donald L. Moshien Jr., #10924-052 at U.S. Penitentiary, P.O. Box 1000, Lewisburg, Pa 17837.**

**On 02/03/06** directions were received but not for the defendants listed on the docket sheet. A copy of the letter was returned with new forms showing the correct named defendants showing and requesting directions for service on these defendants.

On 02/08/06 a third request was sent with a docket sheet.

On 02/13/06 forms were received and returned to the defendant because the addresses were not complete.

Attached is a/are copy/copies of the letter(s). As of this date directions for service has/have not been received for defendant(s) **The United States Federal Bureau of Prisons, FCI McKean Prison Medical Department, James Sherman, The United States Attorney and The United States Attorney General**. Therefore, service has not been attempted on this/these named defendant(s). Please advise this office if further action is taken or needs to be taken.


Sincerely,

Thomas M. Fitzgerald
United States Marshal
Western District of Pennsylvania

*Sheila Blessing* (signature)

By: Sheila Blessing
　　Administrative Assistant
　　United States Marshals Service
　　Western District Of Pennsylvania



*U.S. Department of Justice*

*United States Marshals Service*

*Western District of Pennsylvania*

---

241 *U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, PA 15219*

*February 8, 2006*

*Donald L. Moshien Jr., #10924-052*
*U.S. Penitentiary*
*P.O. Box 1000*
*Lewisburg, Pa. 17837*

RE: **USM 285's, CAE05-0180 3rd Request**

Dear Mr./Ms. Moshien,

Enclosed please find a copy of the docket sheet listing the defendants on your case. When a federal employee or facility is served the United States Attorney and the United States Attorney General are automatically served. Please complete the enclosed 285 - a separate one for each of the defendants and return them as soon as possible. If you do not complete and return the forms we can not serve your case and it will be returned to the courts.

If you need further assistance please feel free to contact me at the above address or phone 412/644-4096.

Sincerely,

THOMAS M. FITZGERALD
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

BY: SHEILA BLESSING
    ADMINISTRATIVE ASSISTANT
    UNITED STATES MARSHALS SERVICE
    WESTERN DISTRICT OF PENNSYLVANIA

enclosure(s)



**U.S. Department of Justice**

**United States Marshals Service**

**Western District of Pennsylvania**

---

*241 U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, PA 15219*

January 25, 2006

Donald L. Moshien Jr., #10924-052
U.S. Penitentiary
P.O. Box 1000
Lewisburg, Pa. 17837

Dear Mr./Ms. Moshien,

Per Court Order dated <u>01/17/06</u> for case no. <u>CAE05-0180</u> you are required to provide the U.S. Marshals Service with directions for service of <u>**each defendant**</u>. Please complete the enclosed U.S.M. 285(s)- <u>**for each of defendant(s) U.S. Federal Bureau or Prisons, FCI McKean Prison Medical Department, James Sherman, the United States Attorney and the United States Attorney General**</u> and return it/them as soon as possible. Please ensure that each form is completed with <u>**proper and correct names and addresses**</u>. Facilities, Companies and/or Individuals will not accept service for an unknown or John or Jane Doe.

If you fail to return the correct and completed enclosed form(s) in the self-addressed envelope we have provided for you, we will be unable to complete service for you.

Sincerely,

THOMAS M. FITZGERALD
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

By: Sheila Blessing
    Administrative Support Assistant
    United States Marshals Service
    Western District of Pennsylvania

ENCLOSURES