**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF Donald L Moshien Jr | COURT CASE NUMBER 1:05-CV-180E |
|---|---|
| DEFENDANT US Federal Bureau of Prisons | TYPE OF PROCESS |

RECEIVED U.S. MARSHAL 2006 MAY 8 PM 2:54 PITTSBURGH PA

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
UNITED STATES ATTORNEY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S District Court, Western District of Penn, 17 South Park Row Erie, PA 16501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Donald L Moshien JR 10924-05
USP Lewisburg
P.O. Box 1000
Lewisburg PA 17837

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Donald L Moshien JR
TELEPHONE NUMBER
DATE 2/13/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. Sign only for USM 285 if more than one USM 285 is submitted | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date 5/11/06   Time ___ ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

Remarks: 54-06 Cert 9842802189 15

| | |
|---|---|
| 2. Article Number | 7160 3901 9842 8021 8915 |
| 3. Service Type | CERTIFIED MAIL |
| 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 1. Article Addressed to: | UNITED STATES ATTORNEY<br>U.S. DISTRICT COURT<br>SOUTH PARK ROW<br>PA. 16501 |

T/C, 5/9/06, SRB

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery: 5/11/06

C. Signature: X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?
If YES, enter delivery address below:
☐ Yes  ☐ No

Domestic Return Receipt

y 2003