USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:05-cv-00180-SJM-SPB    Document 12    Filed 05/24/2006    Page 1 of 2

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

| | |
|---|---|
| PLAINTIFF Donald L Moshier JR | COURT CASE NUMBER 1:05-CV-180E |
| DEFENDANT U.S. Federal Bureau of Prisons | TYPE OF PROCESS |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JAMES SHERMAN, WARDEN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
F.C.I McKean PO Box 5000 Bradford PA 16701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Donald L Moshier JR 10924-052
USP Lewisburg
PO Box 1000
Lewisburg PA 17837

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Donald L Moshier JR
TELEPHONE NUMBER
DATE 2/13/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date 5/9/06   Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

5-9-06 Cert 9842 8021 8908



Certified Mail Return Receipt addressed to:
JAMES SHERMAN, WARDEN
FCI MCKEAN
P.O. BOX 5000
BRADFORD, PA. 16701

5-180,O/S/C, 5/9/06, SRB

Article Number: 7160 3901 9842 8021 8908

PS Form 3811, January 2003 — Domestic Return Receipt