USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:05-cv-00180-SJM-SPB   Document 14   Filed 05/24/2006   Page 1 of 2

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF Donald L Mosthier JR | COURT CASE NUMBER 1:05-CV-180E |
| DEFENDANT U.S Federal Bureau of Prisons | TYPE OF PROCESS |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: UNITED STATES FEDERAL BUREAU OF PRISONS
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): F.C.I. McKean PO Box 5000 Bradford PA 16701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Donald L Mosthien JR 12924-052
USP Lewisburg
PO Box 1000
Lewisburg PA 17837

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: Donald L Mosthien Jr  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 2/13/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):

Date: 5/9/06   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: [signature]

| | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| $8 | | | $8.00 | | $40.00 |

5-9-06 cert 98428021 8885

