IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD L. MOSHIEN, JR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-180(ERIE) |
| | ) | |
| UNITED STATES FEDERAL BUREAU | ) | JUDGE MCLAUGHLIN |
| OF PRISONS, FCI MCKEAN PRISON | ) | MAGISTRATE JUDGE BAXTER |
| MEDICAL DEPARTMENT, and | ) | |
| WARDEN JAMES SHERMAN, | ) | Electronically Filed |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this ___ day of _____, 2006, upon consideration of Defendants' Motion to Extend Time for Filing a Responsive Pleading and/or Dispositive Motion,

IT IS HEREBY ORDERED that said Motion is GRANTED, and that Defendants shall file their responsive pleading and/or dispositive motion to Plaintiff's Complaint in the above-captioned action on or before August 24, 2006.

_____, J.

cc:     All parties of record