UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
- - - - - - - - - - - - - - - - -X
DONALD L. MOSHIER, JR.,
    plaintiff

   v.

UNITED STATES FEDERAL BUREAU
OF PRISONS; FCI McKEAN MEDICAL
DEPARTMENT; JAMES SHERMAN,
(Warden FCI Mckean)
    defendants
- - - - - - - - - - - - - - - - -X

Civil No. 1:05-CV-00180-SJM-SPB

(Magistrate Judge Susan Paridise Baxter)

FILED
JUN 2 9 2006
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

PLAINTIFF'S MOTION TO AMEND
HIS CIVIL COMPLAINT

Now comes the plaintiff, Donald L. Moshier, pro se, who respectfully requests that this Honorable Court allow him to amend his complaint pursuant to Federal Rule of Civil Procedure 15(a), wherein it states that a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Plaintiff submits that defedants have not yet responded to his civil complaint and therefor should be allowed to amend his civil complaint as a matter of course.

   Attached is the proposed ameded complaint where plaintiff sets out his claim more adequately and names the defendants more specifically. Also plaintiff demonstrates how each defendant was personally involved in the deprivation of his constitutional rights and/or was responsible for the negligent acts and omissions that caused him injury.

   Wherefore, plaintiff requests that this Court allow and grant his motion to amend and accept his amended complaint

as completely replacing his original complaint.

Date: June 27, 2006                        Respectfully submitted,

                                           /s/ Donald L. Moshier Jr.
                                           Donald L. Moshier 10924-052
                                           U.S. Penitentiary
                                           P.O. Box 1000
                                           Lewisburg, PA 17837


## CERTIFICATE OF SERVICE

I, Donald L. Moshier, Jr., plaintiff pro se, do hereby certify that I did cause to be served one true and correct copy of the foregoing on the below named: Plaintiff's Motion To Amend His Civil Complaint, along with a copy of the proposed amended complaint, on this 27th day of June, 2006, by placing same in the U.S. mail receptacle, at U.S. Penitentiary, Lewisburg, PA, 17837, first class postage affixed.

Addressee:                                 /s/ Donald L. Moshier Jr.
Mr. U.S. Attorney                          Donald L. Moshier, Jr.,
U.S. Attorney's Office                     Fed. Reg No. 10924-052
U.S. Post Office and Courthouse            U.S. Penitentiary
Room 204                                   Lewisburg, PA 17837
7th and Grant Streets
Pittsburgh, PA 15219