

HARRISBURG PA 171    PM    JUN    27    2006    HARRISBURG

CLERK OF COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
U.S. POST OFFICE & COURTHOUSE
ROOM 204
7TH & GRANT STREETS
PITTSBURGH, PA 15219

ATTN.
LEGAL
MAIL