**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DONALD L. MOSHIER, JR.,**  )<br>         **Plaintiff**  )<br>  )<br>         v.  )<br>  )<br>**THE UNITED STATES FEDERAL**  )<br>**BUREAU OF PRISONS, et al.,**  )<br>         **Defendants.**  )  | **Civil Action No. 05-180 Erie**<br>**District Judge McLaughlin**<br>**Magistrate Judge Baxter** |

## <u>ORDER</u>

     AND NOW, this 10th day of July, 2006,

     IT IS HEREBY ORDERED that Plaintiff's "Motion to Amend his Civil Complaint" [Document # 16] is GRANTED. The amended complaint attached to Plaintiff's motion shall be separately docketed as Plaintiff's Amended Complaint and shall be deemed filed as of the date of this Order. Plaintiff shall serve a copy of the amended complaint upon all Defendants on or before July 31, 2006, and shall file a certificate of service with this Court verifying such service.

     IT IS FURTHER ORDERED that the time period in which Defendants are required to file a responsive pleading and/or dispositive motion shall be extended to August 22, 2006.

     IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                                        <u>S/Susan Paradise Baxter</u>
                                                        SUSAN PARADISE BAXTER
                                                        Chief U.S. Magistrate Judge