05-180E

## CERTIFICATE OF SERVICE

I, Donald L. Moshier, Jr., plaintiff, pro se, do hereby certify that I did cause to be served one true and correct copy of the foregoing on the below named: Process Receipt and Return on all defendants named in Plaintiff's Amended Complaint, including defendant United States Of America; John J. LaManna; Dr. Beam; Dr. Olson; Health Administrator, Dr. Smith; and James Sherman, and Request for Waiver of Service Of Summons on the Bureau of Prisons defendants, on this 17th day of July, 2006. by placing same in the United States mail receptacle, at USP-Lewisburg, PA, first class postage affixed, to the U.S. District Court for the Western District of Pennsylvania, Clerk of Court. Also attached is eight copies of my amended complaint corresponding to each of th Process Receipt and Returns.

Adressee.

Clerk of Court
U.S. District Court
Western District of Pennsylvania
U.S. Post Office and Courthouse
Room 204
7th and Grant Streets
Pittsburgh, PA 15219

Donald L. Moshier
10924-052
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837