Inmate Name: Daniel _____ Jr.
Register Number: 10924-052
United States Penitentiary
Box 1000
Lewisburg, PA 17837

TO: LEGAL MAIL

CLERK OF COURT
U.S. DISTRICT COURT
Western District of Pennsylvania
U.S. Post Office and Courthouse
Room 204
7th and Grant Streets
Pittsburgh, PA 15219

