CA 05-180 E

## CERTIFICATE OF SERVICE

I, Donald L. Moshier, plaintiff, pro se, do hereby certify that I did cause to be served one true and correct copy of the foregoing; Plaintiff's Amended Complaint (Docket No. 1: 05-CV-180), on the below named, by placing same in the U.S. mail receptacle at U.S. Penitentiary, Lewisburg, Pennsylvania, first class postage affixed, on this 31st day of July, 2006.

Addressees:

1. FCI-McKean Health Services Administrator,
   Dr. Smith- Route 59, Big Shanty Rd., P.O.Box
   5000, Lewis Run, PA 16738.
2. FCI-Mckean Doctor, Dr. Olson
3. FCI-McKean Doctor, Dr. Beam
4. Former FCI-McKean Warden, John J. LaManna
5. FCI-McKean Warden James Sherman
6. United States Attorney for the Western District of Pennsylvania
   U.S. Post Office & Courthouse, Room 204, 7th & Grant Streets,
   Pittsburgh, Pennsylvania, 15219
7. United States Attorney General Alberto Gonzales
   RFK Building, 950 Pennsylvania Avenue, N.W. Washington, DC 20530

*[signature]*
Donald L. Moshier, Jr.
Fed. Reg. No. 10924-052
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

FILED
'06 AUG -4 A10:09
CLERK
U.S. DISTRICT COURT