IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD L. MOSHIER, JR., )
        Plaintiff )
    v. )    C.A. No. 05-180 Erie
      )    District Judge McLaughlin
JAMES SHERMAN, et al., )    Magistrate Judge Baxter
        Defendants. )

## ORDER

      On June 23, 2006, Defendants filed with this Court a motion for extension of time to file a response to the complaint [Document # 15].  Since the filing of Defendants' motion, however, Plaintiff has filed an amended complaint which was recently served on Defendants.  As a result, Defendants no longer require an extension of time to file a response, as they now have twenty days from the date of service to file a response to the amended complaint.

    AND NOW, this 8th day of August, 2006;

    IT IS HEREBY ORDERED that Defendants' motion for extension of time [Document # 15] is dismissed as moot.

    IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


                                             S/Susan Paradise Baxter
                                             SUSAN PARADISE BAXTER
                                             Chief U.S. Magistrate Judge