**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DONALD L. MOSHIER, JR                        )
                                             )
            Plaintiff,                       )
                                             )
      v.                                     )        CIVIL ACTION NO. 05-180(ERIE)
                                             )
UNITED STATES OF AMERICA,                    )        JUDGE MCLAUGHLIN
JOHN J. LAMANNA (Former Warden),             )        MAGISTRATE JUDGE BAXTER
DOCTOR BEAM (Doctor at FCI McKean),          )
DOCTOR OLSON (Doctor at FCI McKean),         )        Electronically Filed
DOCTOR SMITH (Health Administrator),         )
and JAMES SHERMAN                            )
(FCI McKean Warden),                         )
                                             )
            Defendants.                      )

## ORDER

        AND NOW, this ____ day of _____, 2006, upon consideration of

Defendants' Motion to Extend Time for Filing a Responsive Pleading and/or Dispositive Motion,

        IT IS HEREBY ORDERED that said Motion is GRANTED, and that Defendants

shall file their responsive pleading and/or dispositive motion to Plaintiff's Complaint in the

above-captioned action on or before September 21, 2006.


                                        _____, J.


cc:     All parties of record