IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD L. MOSHIER, JR )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>JOHN J. LAMANNA (Former Warden), )<br>DOCTOR BEAM (Doctor at FCI McKean), )<br>DOCTOR OLSON (Doctor at FCI McKean),)<br>DOCTOR SMITH (Health Administrator), )<br>and JAMES SHERMAN )<br>(FCI McKean Warden), )<br>)<br>Defendants. ) | CIVIL ACTION NO. 05-180(ERIE)<br><br>JUDGE MCLAUGHLIN<br>MAGISTRATE JUDGE BAXTER<br><br>Electronically Filed |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2006, upon consideration of Defendants' Partial Motion to Dismiss or, in the Alternative, Partial Motion for Summary Judgment, and upon further consideration of any response thereto,

IT IS ORDERED that defendants' partial motion is **GRANTED,** that the *Bivens* claim of Plaintiff Donald L. Mosher, Jr. (Count II) is dismissed in its entirety, and that Plaintiff's claim pursuant to the Federal Tort Claims Act ("FTCA") (Count I) is dismissed as to defendants Sherman, LaManna, Beam, Olson and Smith, and to the extent that it alleges negligent medical treatment for Plaintiff's gallbladder problems and a growth on the side of his stomach.

IT IS FURTHER ORDERED that the only remaining claim in this lawsuit is Plaintiff's FTCA claim against the United States alleging negligent medical treatment for his Hepatitis C.

                                                                            _____, J.

cc: All parties of record