# Exhibit 1a

```
NERH4              *         PUBLIC INFORMATION           *      07-06-2006
PAGE 001           *            INMATE DATA               *      14:49:14
                              AS OF 07-06-2006

REGNO..: 10924-052 NAME: MOSHIER, DONALD L JR
                   RESP OF: LEW / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-523-1251    FAX: 570-522-7745
                                            RACE/SEX...: WHITE / MALE
FBI NUMBER.: 169785W6                       DOB/AGE....: 08-18-1961 / 44
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 01-25-2012                     PAR HEAR DT:
------------------------------ ADMIT/RELEASE HISTORY ----------------------------
FCL    ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP  DATE/TIME
LEW    A-DES       DESIGNATED, AT ASSIGNED FACIL 03-23-2006 1125  CURRENT
LEW    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 03-23-2006 0611  03-23-2006 1125
LEW    A-DES       DESIGNATED, AT ASSIGNED FACIL 06-16-2005 1431  03-23-2006 0611
S13    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-16-2005 1431  06-16-2005 1431
S13    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-16-2005 1025 06-16-2005 1431
MCK    TRANSFER    TRANSFER                      06-16-2005 1025  06-16-2005 1025
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 04-27-2005 1420  06-16-2005 1025
MCK    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 04-18-2005 1157  04-27-2005 1420
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 04-16-2005 1230  04-18-2005 1157
MCK    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 04-14-2005 1124  04-16-2005 1230
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 08-24-2004 1743  04-14-2005 1124
MCK    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 08-24-2004 1007  08-24-2004 1743
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 04-10-2003 1115  08-24-2004 1007
3-N    RELEASE     RELEASED FROM IN-TRANSIT FACL 04-10-2003 1115  04-10-2003 1115
3-N    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-25-2003 1130 04-10-2003 1115
MCK    FED WRIT    RELEASE ON FEDERAL WRIT       03-25-2003 1130  04-10-2003 1115
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 06-06-2002 0825  03-25-2003 1130
S13    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-06-2002 0825  06-06-2002 0825
S13    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-06-2002 0556 06-06-2002 0825
LEW    HLD REMOVE  HOLDOVER REMOVED              06-06-2002 0556  06-06-2002 0556
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED  06-05-2002 1135  06-06-2002 0556
B01    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-05-2002 1135  06-05-2002 1135
B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-05-2002 0735 06-05-2002 1135
BRO    HLD REMOVE  HOLDOVER REMOVED              06-05-2002 0735  06-05-2002 0735
BRO    A-HLD       HOLDOVER, TEMPORARILY HOUSED  05-22-2002 1700  06-05-2002 0735
2-A    RELEASE     RELEASED FROM IN-TRANSIT FACL 05-22-2002 1700  05-22-2002 1700
2-A    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-07-2002 0911 05-22-2002 1700
CPG    ADMIN REL   ADMINISTRATIVE RELEASE        05-07-2002 0911  05-07-2002 0911
CPG    A-ADMIN     ADMINISTRATIVE ADMISSION      05-07-2002 0902  05-07-2002 0911




G0002          MORE PAGES TO FOLLOW . . .
```

```
NERH4              *        PUBLIC INFORMATION        *    07-06-2006
PAGE 002           *            INMATE DATA           *    14:49:14
                              AS OF 07-06-2006

REGNO..: 10924-052 NAME: MOSHIER, DONALD L JR

                   RESP OF: LEW / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-523-1251    FAX: 570-522-7745
PRE-RELEASE PREPARATION DATE: 07-25-2011

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 01-25-2012 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: NEW YORK, NORTHERN DISTRICT
DOCKET NUMBER....................: 3:01-CR-00185-001
JUDGE............................: MCAVOY
DATE SENTENCED/PROBATION IMPOSED: 04-26-2002
DATE COMMITTED...................: 06-06-2002
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.: $100.00         $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO    SERVICES:  NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:   391
OFF/CHG: 21:846 CONSPIRACY TO MANUFACTURE, DISTRIBUTE, & POSSESS WITH
         INTENT TO DISTRIBUTE METHAMPHETAMINE, CT 1

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    120 MONTHS
 TERM OF SUPERVISION.............:      5 YEARS
 CLASS OF OFFENSE................: CLASS A FELONY
 DATE OF OFFENSE.................: 05-30-2001

------------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION............: PENNSYLVANIA, WESTERN DISTRICT
DOCKET NUMBER....................: 03-15 ERIE
JUDGE............................: MCLAUGHLIN
DATE SENTENCED/PROBATION IMPOSED: 04-08-2003
DATE COMMITTED...................: 04-10-2003
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO




G0002       MORE PAGES TO FOLLOW . . .
```

```
 NERH4              *          PUBLIC INFORMATION              *       07-06-2006
PAGE 003            *              INMATE DATA                 *       14:49:14
                                AS OF 07-06-2006

REGNO..: 10924-052 NAME: MOSHIER, DONALD L JR

                   RESP OF: LEW / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-523-1251      FAX: 570-522-7745
                   FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:    $100.00         $00.00           $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....:  120
OFF/CHG: 18:876 AND 2 MAILING THREATENING COMMUNICATIONS IN PRISON,
         CT 1

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: C/S 010
 DATE OF OFFENSE................: 07-31-2002

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-22-2005 AT LEW AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010:  010 010, 020 020

DATE COMPUTATION BEGAN..........: 04-26-2002
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   144 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    12 YEARS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 05-30-2001

JAIL CREDIT.....................:    FROM DATE        THRU DATE
                                     02-21-2001       02-27-2001
                                     05-30-2001       04-25-2002




G0002        MORE PAGES TO FOLLOW . . .
```

```
 NERH4              *        PUBLIC INFORMATION         *    07-06-2006
PAGE 004 OF 004 *               INMATE DATA             *    14:49:14
                              AS OF 07-06-2006

REGNO..: 10924-052  NAME: MOSHIER, DONALD L JR

                    RESP OF: LEW / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-523-1251    FAX: 570-522-7745
TOTAL PRIOR CREDIT TIME.........: 338
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 483
TOTAL GCT EARNED................: 177
STATUTORY RELEASE DATE PROJECTED: 01-25-2012
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-22-2013


PROJECTED SATISFACTION DATE.....: 01-25-2012
PROJECTED SATISFACTION METHOD...: GCT REL




 S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```