# Exhibit 1b

U.S. DEPARTMENT OF JUSTICE                                              REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Mosher, Jr Donald Leroy         10924-052         A/B         FCI McKean
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.      UNIT        INSTITUTION

**Part A– INMATE REQUEST**

I Reiterate and Incorporate by Reference each and every Allegation Heretofore made as set forth in my BP-8 Further more making it clearly obvious I have complained That I'm in pain That effects my daily Functions Flu like symptoms muscle and Joint pain Fatigue pain under my right Rib and urine That has Been as Dark as coffee. Rather Then call me down for a complete Test To determine what's wrong. I'm put off for 2 weeks - if I had a cold I'd be seen in a week. Something serious like This and I'm delayed. This is Deliberate Indifference to a Serious medical need A violation of my 8th and 14th amendments rights under the Constitution. I Request to experience No more delays - To Have a Liver Biopsy done a Liver profile and to Be Vaccinated for Hepatitis A.

10/8/03                                                  Donald L Mosher Jr
DATE                                                     SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                                              _____
DATE                                                     WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE                            CASE NUMBER: 314442

                                                         CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                                          _____
DATE                                                     RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

MOSHIER, Donald
Reg. No. 10924-052
MCK 314442-F2

---

## PART B - RESPONSE

This is in response to your Request for Administrative Remedy receipted in my office on October 27, 2003, in which you claim deliberate indifference, and delay in proper medical treatment. Specifically, you request immediate treatment for hepatitis C.

An investigation of your complaint reveals you requested testing for hepatitis C, September 3, 2003, while at sick call. You reported a history of intravenous drug use and unprotected sex and the study was ordered. Your test returned positive for hepatitis C, September 16, 2003. You were placed on chronic care clinic and was evaluated by the medical officer October 16, 2003. Additional blood work was ordered during that visit. Once all lab work is complete, you will be treated following the guidelines for hepatitis C treatment set forth by the medical director of the Bureau of Prisons. There is no evidence of deliberate indifference or improper care.

Based on this information, your Request for Administrative Remedy is denied.

In the event that you are not satisfied with this response, you may appeal within twenty (20) calendar days from the date of this response by submitting a BP-DIR-230 to the regional director.

11-14-03
Date

John J. LaManna, Warden

000002

# ADMINISTRATIVE REMEMDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

**NOTICE TO INMATE:** Before filing a BP-9 ("Request for Administrative Remedy"), you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state your complaint in "1" below and in "2" list what efforts you have made to informally resolve the complaint (state names of staff contacted).

This Informal Resolution Form was issued by MORELLO ~~[redacted]~~, Correctional Counselor, on
To:

INMATE: _Donald L Moshier Jr_  REG. NO. _10924-052_  QUARTERS: _A/B_

1. **COMPLAINT:** Since I've Been Here at FCI McKean, I Have Been Complaining To Medical That I Have Hepatitis C. Its Been more then a year Now and Finally They've given me a Blood Test That Confirms What I've Been Telling Them. Medical at FCI McKean Has Failed To Follow — Cont. Next Pg.

2. **EFFORTS MADE TO INFORMALLY RESOLVE & STAFF CONTACTED:** Talked to Numerous PA's About my Hepatitis C, and Need to Be Monitored AND Treated.

_Donald L Moshier Jr_  _10924-052_
INMATE'S SIGNATURE   REG. NO.

***DO NOT WRITE BELOW THIS LINE***

## CORRECTIONAL COUNSELOR'S COMMENTS

DATE RECEIVED FROM INMATE: _10-2-03_

EFFORTS MADE TO INFORMALLY RESOLVE & NAMES OF STAFF CONTACTED: _Dr. Beam was Contacted and Confirmed that you have Hepatitis C. You have Been Scheduled To Be Examined on 10/16/03 @ 1230. You are to be Reassured That if you Do, In Fact, Need Treatment, You will Receive it._

DATE ( ) INFORMALLY RESOLVED or ( ) BP-9 ISSUED (check one): _____

_L. Morello_ _10-03-03_
COUNSELOR'S SIGNATURE

DISTRIBUTION: A. IF INFORMALLY REOLVED: Forward original to Warden (Attention: Warden's Secretary)
B. IF BP-9 ISSUED: Forward original (attached to BP-9) to Warden (Attention: Warden's Secretary).

CODE MUST BE SUPPLIED BY DEPARTMENT HEAD OR DESIGNEE **BEFORE** GIVING TO WARDEN'S SECRETARY

CODE: _____

000003

Continued from page (1) the BOP's policy by placing m[e] on chronic care and by monitoring my blood periodically to this date they still haven't given me a liver profile test [to] see what my ALT levels are. There purposly delaying/avoid[ing] working up lab tests so they don't have to treat me. Allowing my disease to progress, I am in pain that effect[s] my daily functions. "Constantly feel like I have the flu[,]" muscle and joint pain, fatiuge, and pain under my right rib – sometime my urine is as dark as coffee. There's an FDA approved treatment for this disease – this disease can be fatal yet the BOP at FCI McKean are doing nothing for me.

I am in fear of my life because they are taking no intrest what so ever, and are not offering me this treatment – Also I have requested to be vaccinated against Hepatitis A – but am being denied.

Request – Treatment to begin with out any more delays – to have a liver biopsy to see what stage of the disease I've progressed to and to see if I qualify for treatment and to be vaccinated for Hepatitis A.

Donald LeRoy MosHier Jr.
Reg# 10924-052
*Donald LeRoy Mosier Jr.*

000004

U.S. Department of Justice  
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Mosher, Donald L     10924-052    AB    McKean  
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

I reit reinterate and incorporate by reference each and every allegation as set forth in my BP-8 and BP-9. It was stated in my responce that additional blood work was ordered on October 16, 2003 its now November 20th 2003. And I have as of yet recived any blood work. The practice of Refusing to evaluate inmates for treatment of Hcv soley because they have not shown Elevated liver enzyme functions (alt) of 2.0 times the upper limit of Normal for 12 consecutive months demonstrates a deliberate indifference to a serious medical need. The practice of using aged treatment guidance criteria to determ which inmate will be evaluated for treatment Rather then a Board Certified Hepatologist is a deliberate indifference to a serious medical need. Both Seperatly and together is in violation of the Eighth Amendment to the United States Constitution.

11/19/03  
DATE           Donald L Mosher Sr  
          SIGNATURE OF REQUESTER

**Part B—RESPONSE**

DATE           REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY      CASE NUMBER: 31442-R1

**Part C—RECEIPT**

CASE NUMBER: 000005

Return to: _____  
   LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

MOSHIER, Donald
Reg. No. 10924-052
Appeal No. 314442-R1
Page One

---

### Part B - Response

In your appeal, you contend you are not receiving timely and adequate medical care at FCI McKean for Hepatitis C. You claim blood work, ordered on October 16, 2003, has not been completed. You state the practice of refusing to evaluate inmates because their liver enzyme levels are not elevated more than twice the upper limit, amounts to deliberate indifference. You request no more delays in your treatment and request to have a liver profile, liver biopsy and to be vaccinated against Hepatitis A.

A review of your appeal reveals that the Warden correctly summarized the medical care you are receiving at FCI McKean. Additionally, your blood that was collected on October 10, 2003, and November 17, 2003, the test results were used to complete your liver profile. You were evaluated by the Clinical Director on October 16, 2003, and were scheduled for a follow-up evaluation three months from that day. You will also be evaluated approximately every three months through the chronic care clinic. The appropriate tests will be completed and you will be treated for the Hepatitis C virus in accordance with the Bureau of Prisons clinical guidelines. Medical staff advise that you are receiving appropriate medical treatment. You have failed to present evidence you have been treated with deliberate indifference. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: December 22, 2003

M. E. RAY
Regional Director

U.S. Department of Justice
Federal Bureau of Prisons

# Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Moshier, Donald L  10924-052  AB cell 225th  FCI McKean
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A--REASON FOR APPEAL** I'm not at all satisfied with the response because as of now to date, I'm still getting the brush off by medical staff. Dr. Beam telling me if I need it. What I've stated in my B.P.-9 and B-D-10 is all true and is still as it has been. It is true that I've had two blood test done. Now even the first one was for my liver enzyme levels (Alt) which was 115 and the other one was to check for Hep.B and Hep.A to see if I had it and to see if I needed the vaccination against it. But still I've had no results in receiving even that while the test results show that I do need it. Again the same brush off only this time Dr. Bohn? tells me that there is no cases of Hep.A at McKean, so no I'm not at all satisfied with McKean medical or with these remedy responses.

01/7/04
DATE

Donald C Moshier Jr
SIGNATURE OF REQUESTER

**Part B--RESPONSE**

---

DATE

SECOND COPY: REGIONAL FILE COPY

**Part C--RECEIPT**

GENERAL COUNSEL
CASE NUMBER: 314442-A?

CASE NUMBER:

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION
SUBJECT: _____

DATE                                 SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                              Previously BP-DIR-11                              BP-231(13) APRIL 1982

Administrative Remedy No. 314442-A2
Part B - Response

This is in response to your Central Office Administrative Remedy in which you request a liver biopsy, additional blood tests for ALT levels, and vaccination against Hepatitis A.

Review of your medical record indicates that you were first diagnosed with Hepatitis C in September, 2003 after requesting a test. As of this date you have had two ALT levels drawn, in October 2003 and February 2004. Both were 115 U/L, in the range in which a liver biopsy appears appropriate if it remains in this range over the next 6 months. A note from your physician dated December 22, 2003, indicates that the Hepatitis A vaccination series will be given to you.

BOP guidelines for the treatment of Hepatitis C are based on a large body of scientific literature, much of which is summarized in the NIH Consensus Conference Statement: "Management of Hepatitis C, 2002." These guidelines do not recommend treating every patient with Hepatitis C, since significant liver disease develops in only about 15% of those who are infected. It takes 20 years or more for cirrhosis to develop in this 15% of infected individuals. The serum ALT level is used as an indirect indicator of liver inflammation. Recent research has shown that individuals with persistently normal or near-normal ALT levels are unlikely to have significant or progressive liver disease. Thus it is premature to refer you for a liver biopsy at this time. Your condition will continue to be monitored every 3 to 6 months in the Chronic Care Clinic, and if in the future you meet the criteria for a liver biopsy, this will be performed.

Accordingly, we concur with the responses provided. The medical care you are receiving at this time is appropriate. This response is for informational purposes only.

April 1, 2004
Date

Harrell Watts, Administrator
National Inmate Appeals

000008