# Exhibit 2a

NSN 7640-00-634-4176          AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

**5-4-06**
**1120**

S. I/M HERE AT MY REQUEST FOR MD TO EVALUATE
S/P LIPOMA EXCISION c̄ WOUND PACKING (IODOFORM)

O IN NAD
ABD c̄ 7-10 CM SURGICAL SCAR INCISION LUQ
EDGES SLIGHTLY SEPERATED  DISTAL + PROX.
IODOFORM GAUZE IN PLACE.   MILD TO MOD ERYTHEMA
TENDER.  DRESSING c̄ GREENISH DISCHARGE + ODOR

A S/P LIPOMA CYST EXCISION

P I/M ALSO SEEN BY DR BECKER.
IODOFORM GAUZE IS REMOVED
WOUND CLEANED c̄ H₂O₂ & NS → MILD TO MODERATE
BLEEDING AFTER BEING CLEANED
DRESSING 4x4 (2) 5x9 ABD PAD  COMPRESSION DRSG.
KEEP DRY & CLEAN
Δ DSG DAILY - SUPPLIES GIVEN TO IM
RTC 7-10 DAYS  FOR RECHECK
HAS F/U SURGICAL APPT
CONT ANTIBIOTICS  BACTRIM DS  + KEFLEX

             _signature_ PA/C / J. GERACI PA/C

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| USD LEWISBURG | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

MOSHIER, DONALD L.
DOB  8/18/61

REGISTER NO.  10924052  WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record  000001
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

## CHRONIC CARE/SPECIALTY CLINIC(S): ID /PULMONARY

5-2-06
1015

(GERD)

SUBJECTIVE: s/p LIPOMA REMOVAL LUQ 3-23-06
CONTINUES TO HAVE DRESSING Δ'D AND IODIFORM ADVANCED

Present Medical Concerns:
c/o RUQ PAIN AND OCCASIONAL RLQ PAIN

Medication Side Effects: NONE

Medication Compliance: STATES HE TAKE REGULARLY

Diet: LOW FAT

Exercise: ~~MINIMAL~~

Tobacco Usage: Ø

| Base Line Studies | Next Annual Studies Due |
|---|---|
| CXR Present: | UA: |
| ECG Present: | Lipids: |
| Peak Flow Present: | Fundoscopic & Tonometry: |

Diagnostic Study Results Since Last Clinic Visit:

Consultant Reports Since Last Clinic Visit:

OBJECTIVE:

General Appearance: IN NAD

Vital Signs: B/P 125/80  P 78   PEAK FLOW 552   T 97⁷

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | 000002 |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.
1092405-2

WARD NO.

MOSHIER, DONALD L
DOB 8/18/61

USP Lewisburg

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION(Sign each entry) |
|---|---|

Skin: DIFFUSE ACNE VULGARIS SCARING

HEENT Non ECTERIC CONJUNCTIVA NORMAL

Chest/Heart/Lungs: COR REG RATE ⊖ M. LUNGS CLEAR TO A+P B/L

Abdomen/GI: SOFT- MILDLY TENDOR RUQ. LUQ c̄ ERYTHEMATOUS 7-10CM SURGICAL EXCISION WHICH IS PACKED c̄ IODOFORM GAUZE AND

Extremities: HAS SERRATION AT DISTAL & PROX AREAS.

CNS: S/P CHOLECYSTECTOM SCAR RUQ DS ⊕ ✓GROSSLY INTACT

ASSESSMENT: ① ASTHMA ② ID HEPC ③ S/L LIPOMA EXCISION
PLAN: ④ GERD

Patient Education:
( ) Tobacco Cessation    (✓) Low Fat/High Fiber Diet    (✓) Walking
(✓) Medication Compliance    (✓) Monitoring Condition

DRESSING △D - IODOFORM ADVANCED

Diagnostic Studies:
( ) Viral Load    ( ) EKG    ( ) LFT's
( ) Lymphocyte Subset    ( ) CXR    (✓) Peak Flow
(✓) CBC    ( ) Lipids    ( ) Other:
(✓) SMA-24    ( ) UA

Consults:

Return To Clinic: 3 MONTHS

Medications:

① ALBUTEROL MDI ii̅ PUFFS QID    #1 × 5R

② RANITIDINE 150mg T PO BID    # 60 × 5R

③ NAPROXYN 500mg T PO BID c̄ FOOD    #60 × 5R

④ CEPHALEXIN 500g T PO TID × 10 DAYS    #30

⑤ BACTRIM D/S T PO BID × 10 DAYS    #20

⑥ WILL DISCUSS c̄ MR BOWER CONC; SURGEON F/U

Valid Copy
Chief Pharmacist
USP Lewisburg

J. GERAGI PAC

000003

Dr. Anthony Bussanich, M.D.

NSN 7540-00-634-4176                AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

4/19/06  0930 – Qldm: S/w seen by Surgeon this Aun for incisional wound ✓, packed c iodiform gauze to allow healing from inside-out

– A: wound cavitation S/p liposuctorney –

– P: Staff to pull out 1 inch/day and cut off slowly - redress, ret PRN if persists/worsens

– QOD pull 1" here in urgent care.

S Gosa P.A.C / Samuel Gosa P.A.C

4/21/06  0949 — Admin Note: wound care gina [illegible] [illegible] note no [illegible] [illegible] dressings [illegible] r [illegible] [illegible] gauze re [illegible] [illegible], change c 1/2 strength they F[illegible] on 4-23-06

William Bogler, PA-C
Physician Assistant

4/25/06  1150 — Admin note: Marrives for dog. △. No complications or complaints.
B PRINCE ENTP   B. Prince ENTP
B PRINCE ENTP  04 25 2006

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Mosher, Donald

REGISTER NO. 0924 – 052     WARD NO.

USP LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA 17837

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000004

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
|      |                                                                        |

000005

STANDARD FORM 600 (REV. 6-97) BACK

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 3/28/06 0943 | Patient Seen by Optometrist. *KAREN JANSSEN ADMINISTRATIVE ASST* |
| 04/04/06 0821 | S. 44 y/o WM who had a S/p on LUQ for the excision of an abdominal lipoma. F/p stated since yesterday morning he has been experiencing tenderness on the excision site and area is swollen. O. Area referred is edematous and irritated tenderness when palpated. Area looks infected. A. 1 Hx of abdominal lipoma excision on 3/23/06 P. 1 Cephalexin 500 mg ī cap P.O. QID X 10 d. #40 2 Septra ī tab P.O. BID X 10d. #20 3 Bact/Polym oint. Apply over affected area BID. #1 4 pt. educ. (Warm compresses recommended. Tx and Rx use were explained. Pt. understood. F/u PRN. RTC PRN.) *Luis Ramirez, P.A.* Luis Ramirez, P.A. *Harry J. Cozze, RPh Pharmacist Lewisburg* |
| 4/17/06 | ADMIN NOTE (DUE TO A LATE MOVE THE I/M WAS NOT SEEN will reschedule CCC visit — B. Becker, M.D. USP Lewisburg |

NSN 7840-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

PATIENT ENCOUNTER FOLLOWING COMMUNITY MEDICAL TRIP

**3-23-2006**

**1341**

Subjective: "I'm ok".

Condition giving rise to community referral: 4 cm x 4 cm lipoma- LUQ of the abdomen.

Procedures provided in the community: Excision of the lipoma.

Complications: None

Current symptoms and/or concerns: None

Objective:

Vital signs: deferred

General appearance: Alert and oriented x 3

Inspection of surgical site: Dermabond had been applied over the incision- no wound care needed.

Assessment: S/P excision of abdominal wall lipoma

Plan:

Follow-up with staff physician scheduled: no

Paperwork for follow-up with consultant submitted: yes

Paperwork for follow-up diagnostic studies submitted: no

Pain intensity: level=1

Convalescence/work restriction: quarters today

Wound care: None needed. The patient is instructed to alert Health Services if increased redness, swelling, pain, or pus formation develops- he understands.

Medications: Tylenol prn- the patient declines due to history of chronic hepatitis C- will use Naproxen he already has prn.

B. Becker, M.D.
USP Lewisburg

F/u in the April surgical clinic.

3/24/06

William A. Bogler, PA-C
Physician Assistant

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Moshier, Donald    10924-052

REGISTER NO.     WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record     0000047
STANDARD FORM 600 (REV. 6-97)

NSN 7840-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 03/09/06 09:30 | S. 44 y/o WM w̄ a hx of S/P removal of gallbladder (cholecistectomy). April 2005. Hx. of Hep C; Hep B. Hx. of appendectomy in 98-99 (doesn't remember). Hx venous insufficiency ; Hx. of GERD. Hx. of B. Asthma Hx. of LBP 2°d to a MVA in 1989. NKDA. Currently on Albuterol inhaler, Ranitidine and Naproxen. I/m referred that yesterday, at work he was lifting something heavy and then was that the pain on right abdominal area (liver side) statted (term B). He stated he doesn't felt feel it internally but more superficial, that increases when he breath in. |
|  | O. v/s BP 145/89 mmHg ; P. 80/min ; RR 18/min ; T. 97.0°F ; wt. 282 lbs. ; ht. 6'0". Tenderness when right upper quadrant was palpated just on top of scar he has on that area (Hx. of cholecystectomy). |
|  | A. 1° Muscle strain RUQ vs. liver problem. 2°d to his Hep C or Hep B history. |
|  | P. ① Dicyclomine 20 mg 2cc IM given stat. ② Dicyclomine 20 mg ī tab P.O. TID x 5 d. #15 ③ Lab. Liver and Lipid profile ordered today. |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| USP LEWISBURG HEALTH SERVICES UNIT LEWISBURG, PA 17837 | CONTI. |  |  |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |  |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Moshier, Donald
DOB: 08/18/1961

| REGISTER NO. 10924-052 | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record    000008
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FMR (41 CFR) 201-9.202-1        USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 03/09/06 09:30 Cont. | ④ pt. educ. (Continue taking Ranitidine and be careful with the Naproxen. Pt. understood. F/u PRN. RTC PRN. 2 days lay in given.) |

Luis Ramirez, P.A.

Luis Ramirez, P.A.

000009

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

06 JAN 2006
0738
SITU

Rx ① REFILL NAPROXEN # 175274

Mark Peoria, PA-C

DC

10 JAN 2006
072

ADMIN NOTE

REFILL RANITIDINE # 175276

Mark Peoria, PA-C

Harold Cozza, RPH
Chief Pharmacist
USP Lewisburg

12 JAN 2006

**CHRONIC CARE CLINIC** (INFECT DIS + PULMONARY)

1132

SITU 016

S: 44 YOW ♂ c/o STOPPED UP NOSE & HA AT NIGHT ① EAR FEELS LIKE

THERE IS A PIMPLE IN THERE. USES NAPROXEN FOR NECK + BACK

USES RANITIDINE FOR HEART BURN + REFLUX. ALSO ON

DOXYCYCLINE + ALBUTEROL.   SEE FLOW SHEET.

O: ALERT + AMBULATORY. W/O W/N. W/H. IN NAD. NO ACS.

TREMORS COUGH OR OBVIOUS ABNORMALITIES

V.S: T-97.9° F  P-73,  BP 145/75 LA ∿,  WT. 278. 25 LBS.

(CONTINUED)  EARS: ① EAC - MUCH DEBRIS TM NOT VISUALIZED.  A.D. - CLEAR EAC  c̄

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| USP LEWISBURG HEALTH SERVICES UNIT LEWISBURG, PA 17837 | | | 000010 |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries; give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

MOSHIER, DONALD

AUG 1961

| REGISTER NO. | WARD NO. |
|---|---|
| 10974 . 052 | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|---------------------------------------------------------------|
| 12JAN2006 (CONTINUED) | O: NORMAL LANDMARKS, TM INTACT |
| | LUNGS: CTA |
| SHU 016 | COR: REGULAR RATE. NORMAL $S_1$ FOLLOWED BY NORMAL $S_2$. NO $S_3$, $S_4$ |
| | ON (m) |
| | ABD: OBESE. NORMAL SOUNDS. SOFT. NON-TENDER. NO PALPABLE |
| | MASSES OR ORGANOMEGALY. POOR EXAM $\bar{x}$ TO RESTRAINTS |
| | LABS: NO NEW VALUES |
| | A: CHRONIC HCV |
| | BRONCHIAL ASTHMA, STEP 2 |
| | EXTERNAL OTITIS A.S. |
| | LIPOMA |
| | P: PENDING EXCISION OF LIPOMA. WILL ORDER HCV VIRAL LOAD. F/U IN 16 WKS. CONSIDER INHALED STEROID AT NEXT VISIT [09JAN2006] |
| | Rx ① ALBUTEROL MDI #17 GMS. $\bar{\pi}$ PUFFS qid PRN REFILL X3 |
| | ② RANITIDINE 150MG #30 $\bar{\pi}$ po BID REFILL X07 |
| | ③ NAPROXEN 500MG #30 $\bar{1}$ po BID REFILL X07 |
| | ④ CORTISPORIN OTIC GTS #$\bar{1}$ INSTILL $\overset{iiii}{IV}$ GTS A.S. tid NO REFILL |
| | [signature] Mark Peoria, PA-C |
| 02FEB2006 | ADMIN NOTE: |
| 0834 | RESULTS OF HCV RNA LOAD COLLECTED 08JAN2006: 302,906 iu/mL |
| SHU 016 | WILL NOTIFY PATIENT IN WRITING [signature] Mark Peoria, PA-C |

Harana Cozza RPH
Chief Pharmacist
USP Lewisburg

000011

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT |
|---|---|
| 18/3/05 1430 | admin note: i/m received 33 pgs of record. all records from Bradford medical center. |
| | *Stacey Dreese* Stacey Drees |
| | Jeffrey Minor, RPH Contract Pharmacist |
| 14 DEC 2005 0722 SHu | ADMIN NOTE: ℞ ① REFILL DANTIDINE #175276 ② REFILL NAPROXEN #175274 *Mark Peoria, PA-C* |
| 12/23/05 1225 | Patient Seen by Optometrist. KAREN J. MASCER ADMINISTRATIVE ASST |
| 27 DEC 2005 0843 SHu | ADMIN NOTE: REQUESTS REFILL OF DANTIDINE & NAPROXEN BUTH REFILLED 19 DEC 2005 ℞ REFILL NAPROXEN # 175274 *Mark Peoria, PA-C* |
| | Harold Cozza, RPH Chief Pharmacist USP Lewisburg |
| 03 JAN 2006 0742 SHu 014 (continued) | ADMIN NOTE: SHu s/c cop-out, no date. I put in two refills 10/26/05 and I only got one back, my ranitidine which had 9 refills left I didn't get back, and I really need it, can you please send it to me I have wrote a cop-out to Dr. Bussanich telling 1/1/06 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | 000012 |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 109 24-058    WARD NO.

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

Moshier, Donald

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1          USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

03 JAN 2006
(continued)

SHU 014

Joseph Zegenie, RPH AHSA
USP Lewisburg

THAT I NEED IT AND THAT IT NEVER CAME BACK FROM THE PHARMACY NKDA. SEE NOTE 27 DEC 2005.

¾ REFIL RANITIDINE #57 175 276

Mark Peoria, PA-C

---

05 JAN 2006
0919
SHU 014

S: 44 YOW ♂ c/o BUMP ON LEG X 2 WKS BUT ONLY NOTICED 3 DAYS AGO. NOT AS BIG TODAY. DWELLS INJURY ON ANTERIOR DISTAL (R) THIGH. ALSO HAS LUMP ON (L) ANTERIOR THORAX JUST INFERIOR TO 10 TH RIB IN MCL. BAIL BREAKS OUT IN BOILS. NECK IS KILLING HIM. STIFF NECK. WANTS PILLOW. ON NAPROXEN, RANITIDINE, & DOXYCYCLINE. NKDA. ALLERGY TO RICE. PMH: HCV. LIPOMAS. WANTS TO SEE DR.

O: ALERT + AMBULATORY. W/O W/N W/H IN NAD. NO TICS, TREMORS, COUGH, OR OBVIOUS ABNORMALITIES. LUMPS ON (L) ANTERIOR CHEST + (R) ANTERIOR THIGH NOT APPRECIATED TODAY.

SKIN: CYSTIC ACNE VULGARIS

X-RAYS: DEGENERATIVE DISC DZ C5-6

A: DEGENERATIVE DISC DZ C5-6
CYSTIC ACNE VULGARIS
LIPOMAS

P: INMATE TO REFERS TO MD. DANDRUFF SHAMPOO FROM COMMISSARY I DO NOT AUTHORIZE OR ISSUE PILLOWS IN SHU. PH ON CHRONIC CARE CLINIC

Rx DOXYCYCLINE 100 MG #60 Ī po QAM NO REFILL.

Mark Peoria, PA-C

000013

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

11-18-2005
1349

ADMIN NOTE: SEEN BY DR. MOTTO IN SURGICAL CLINIC.  DX- 1.  4X4 CM LIPOMA
IN LUQ   2. IRRITATED BLEEDING HEMORRHOIDS

RX- SCHEDULE FOR EXCISION IN SURGICENTER UNDER LOCAL ANESTHESIA

HEMORRHOIDAL SUPPOSITORIES WITH HC ONE PR TID # 1 BOX   1 RF

William A. Bogler, PA-C
Physician Assistant

D. BECKERMAN

11-23-05

S: Refill of Medication/s for _arthritis_
O: Stable, Vital signs. BP: _____  PR: _____
A: _arthritis_
P: Refill of the following medications (See
  below) Pt. Educ to follow previous
  instructions.

11/28/05
0650

(1)  Naprosyn 500 mg  ī  BID  # 20
(2)  Doxycycline  10  ĪĪ  OD  #60
(3)  Ranitidine  150 mg  ī  BID  #60

Ivan Navarro, PA
USP Lewisburg

Harold Crozzo, RPH

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

MOSHIER, DONALD   10934-052

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

USP Lewisburg
CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1
000014

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 30 NOV 2005 | ADMIN NOTE: |
| 0738 | SIM S/C COP-OUT DATED 29 NOV 2005. REQUESTS REFILL ABUERAL |
| SHU 018 | INHALER MIDRINE ANTIACID NAPROXEN AECYCLIVER WAS IN MY |
| | PROPERTY MY EYES ARE REALLY BLURRY AND GETTING WORSE A COUPLE |
| | OF MONTHS" PMH: ASTHMA HEPATITIS ULCER    ALLERGY: "ONLY MICE" |
| | "PLUS I NEED SOME BANDAIDS" COP-OUT TO MS MUSSER FOR OPTOM APPT |
| | Rx ① REFILL ALBUTROL #173165      WILL ISSUE LG BANDAIDS |
| | ② REFILL NAPROXEN #173166 |
| | ③ REFILL RANITIDINE #173164      Mark Peoria, PA-C |
| 05 DEC 2005 | ADMIN NOTE: |
| 0809 | SIM S/C COP-OUT DATED 02 DEC 2005. "MY EYES EVERYTHING IS |
| SHU 018 | BLURRY ALL THE TIME ABOUT 2 MONTHS + JUST STARTED GETTING |
| | WORSE." MEDS: RANITIDINE, DOXYCYCLINE, NAPROXEN, ALBUTEROL. |
| | PMH: ASTHMA, HEPATITIS, ULCER, AND POSSIBLE DIABETES, HIGH BLOOD |
| | PRESSURE" NKDA. WILL INSTRUCT PATIENT TO REQUEST OPTOMETRY |
| | EXAM. LAST EXAM JUN 2004.      Mark Peoria, PA-C |
| 08 DEC 2005 | ADMIN NOTE: |
| 0759 | Rx ① REFILL NAPROXEN #175274      Mark Peoria, PA-C |
| SHU | ② REFILL RANITIDINE  Jeffrey Minor, RPH   Contract Pharmacist |

Harold Cozza, RPH
Chief Pharmacist
USP Lewisburg

000015

SN 7540-00-634-4176

AUTHORIZED FOR LOCA

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

11 Nov 2005    *MAMIN NOTE:*

1330    Rx ① *REFILL ALBUTEROL* 173165

Situ    ② *NAPROXEN REFILL* 173166    _____
                                        Mark Peoria, PA-C
       ③ *REFILL RANITIDINE* 173164

_____
Harold Cozza, RPH
Chief Pharmacist
USP Lewisburg

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION:  *(For typed or written entries; give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10924 - 052    WARD NO.

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

MOSHIER, DONALD

Aug 1961

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record    000016
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|-------------------------------------------------------------------------|
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |
|      |                                                                         |

000017

AUTHORIZED FOR LOCA

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each en. |

## CHRONIC CARE/SPECIALTY CLINIC(S): Infect. Disease Pulmonary

10.24.05
0935

**SUBJECTIVE:**

Present Medical Concerns:
Was started on peg interferon 2a received approx 22 injections. Then developed gangrenous cholecystitis requiring emergent surgery at Bradford Hosp, Bradford PA

Medication Side Effects: Ø    c/o asthma diagnosed recently

Medication Efficacy: Yes

Medication Compliance: Yes

Diet: low fat

Exercise: Yes

Tobacco Usage: (Yes)    1 pack / 2 days

Recent Consultations/Studies:
HCV genotype 3E    AST 59
                    ALT 64

**OBJECTIVE:**

General Appearance: good / not in acute distress

Vital Signs:
WT = 278
BP: 115/(90) → 151/81    Peakflow 550
HR 80

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | 000018 |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name · last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10924-052    WARD NO.

USP Lewisburg
Health Services Unit
Lewisburg, PA 17837
USP LEWISBURG

Mosthor Dawno
DOB: 08.18.1961

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-------|

0.25.05
DFB

**Skin:** evidence of mov acne vulgaris

**HEENT:** anicteric / pink conjunctiva

**Chest/Lungs:** no wheezing

**Heart:** S1S2 RRR @30S0

**Abdomen:** scar RUQ

**GU:** deferred

**Extremities:** no edema    ① hemorrhoids

**CNS:** AAO x3

**Assessment:** ① hepatitis C    ② LUQ mass

**Plan:** ③ hemorrhoids

**Patient Education:** weight loss

**Diagnostic Studies:** HCV RNA viral load + CBC PP/LFT

**Consults:** Ø    ② GI    ② PSA/serie

**Return to Clinic:** ③ month mv    4 weeks to √ BP    0.25.05

**Medications:**
① RANITIDINE 150 mg ↑ PO BID    (increase)
   #120 x 2 RF
② _____ MDI ↑ puff PO QID    # x 2 RF
③ NAPROXEN 275 mg ↑ PO BID    #60 x 1 RF
④ Doxycycline 100 mg ↑ PO daily    # 14 days

A Bussanich MD

Anthony Bussan____

000019

NSN 7540-00-634-4176                                              AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 09.16.OT 16AT | S: FB IN RIGHT EYE |
| | O: RIGHT EYELID (UPPER) SWOLLEN |
| | FLUORISCEIN STAIN NO UPTAKE |
| | A: ① FB REACTION RIGHT UPPER EYELID |
| | P: ① FB REMOVED FROM UPPER EYELID (RIGHT) |
| | ② SULFACETAMIDE OPHTH SOLUTION TT gtts to |
| | RIGHT EYE TID X 3 DAYS |
| | ③ WARM COMPRESSES ALT c̄ COLD COMPRESSES |
| | ④ USE NSAIDS of CHOICE |
| | A B J SSM C19 MD |
| 9.19.05 9:30 | adm note: recieved 1copy of blood work dated 9-1-05 and 1copy of X-ray dated 9-1-05 from medical record. Kim Ely, Hit  Kimberly Ely, HIT |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Mostmen, Donald

REGISTER NO. 10924-052    WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000020

USP-LVR

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

10/7/05
0235

S: Refill of Medication/s for ① LBP ② Chronic applic send ③ asthma by treat ing.
O: Stable, Vital signs: BP: ___ PR: ___
A: Sie (S°)
P: Refill of the following medications (See
   below) Pt. Educ to follow previous
   instructions.

  ① Ranitidine 150 — Ī BIS #60
  ② Naprofen 500 Ī BIS #28
  ③ Doxycycline 100 Ī BID #60
  ④ Albuterol Inhaler Īī puff QID #1

Ivan Navarro, PA
USP Lewisburg

*(signature, vertical left margin)* Harold Cozza, RPH Pharmacist USP Lewisburg

000021

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL RE

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8/25/05 | S: Pt 44 y/o [illegible] c/o pain and numbness |
| 1010 | on (L) arm and fingers when move his neck + |
| SL. | neck to the left side. Pt c hx of car accident |
| | many years ago. Pt c hx Hep C and |
| | family hx of diabetes. Pt c hx also of |
| | chronic septic knee, and gallbladder surgery on |
| | April 2005. Pt indicates s/s [illegible] locally + other [illegible] |
| | (+) Ambulate [illegible] [illegible] x3 [illegible] above [illegible] |
| | Skin: multiple scars on back arm and |
| | chest of [illegible] directly [illegible]. few of the |
| | are red and [illegible] at [illegible] [illegible] |
| | Ext: numbness of (L) thumb index and middle finger |
| | c (L) lateral movement of neck. |
| | VS: BP 120/80 HR 63 Temp 97.8 wt 265 |
| | mild [illegible] of extremities grade (2) |
| | A: (L) Neuropathy |
| | (1) Post traumatic arthr. |
| | (2) Hep C diabetes. |
| | P: (1) SMA 24, A1C, C-spine x rays. |
| | (2) Ranitidine 150 i BID #60 |
| | (3) Doxycycline 100 i BID #60 |
| | (4) Naprosyn 500 i BID #60 |

Harold Cozza, RPH
Chief Pharmacist
USP Lewisburg

[signature]

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | Ivan Navarro, PA<br>USP Lewisburg |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|
| 10924-052 | |

Moshier, Donald

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |

000023

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

6-17-05
0937

Admin note:

IM requests medication for chronic back + head pain.

Rx: ① Acetaminophen 324mg po q 4-6 hrs prn #24.

*NON-OTC Medication Qualified*

*B Prince EMTP*    Beverly Prince, EMT
Paramedic
USP Lewisburg

William Bogler, PA-C
Physician Assistant

6/28/05
1080
S/C

S: Refill of Medication/s for ① GERD ② LMP ③ Cyst. New ④ Asthma
O: Stable, Vital signs: BP: _____ PR: _____
A: su (s:)
P: Refill of the following medications (See below) Pt. Educ to follow previous instructions.

*Harold Cozza, RPH Chief Pharmacist*

(1) Ranitidine 150   Ī BI5   #60
(2) Doxycyclin 100   Ī BID   #60
(3) Albuterol Inhaler   ĪĪ Puff  BID  #
(4) Naprin 250   Ī BID   #60

Ivan Navarro, PA
USP Lewisburg

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION:  *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10024-052    WARD NO.

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000024

USP
Lewl

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (*Sign each entry*) |
|------|--------------------------------------------------------------------------|
| 0800 7/28/5 | S: Pt c/o ulceration on toe & cystic acne on back, Dyspepsia |
| | O: Alert, oriented, NAD. Pitted, scarred back with numerous pustules. ulceration, open wound on left hallux. |
| | A: Cystic Acne, ulceration on toe, Dyspepsia. |
| | P: Pt ED not required. |
| | ATC PRN. |
| | Bacitracin Ointment bid #1 |
| | Ranitidine 150 mg bid # 60, 2 RF |
| | Doxycycline 100 mg bid, # 60, 2 RF |

Paul Clemens, Sr, PA-C
Commander, US PHS

Harold Cozza, RPH
Chief Pharmacist
USP Lewisburg

000025

**IN TRANSIT** CDFRM

59.60 **MEDICAL SUMMARY OF FEDERAL PRISONER/A**

99

**DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISON.**

| | |
|---|---|
| Clearance Yes ✓ No | Name **Moshier Donald** |
| PPD Completed: **7-1-04** Date | Prisoner/Alien Reg **90924-052** |
| sults: **0x0** mm | D.O.B **8-28-61** |
| CXR Completed: ____ Date | Departed From **McKean** |
| sults: _____ | Date Departed **6-16-05** |
| Health Authority | Destination **Lew** |
| learance: **OK** | Reason for Transfer **Non Medical** |
| ___ dn **6/14/05** Sign Date | Dist. Name |
| | Dist.# |
| | Date in Custody __/__/__ |

Note:
Dates listed above must be within one year of this transfer.

| | | |
|---|---|---|
| Current | 1. **Chronic HCV** | 4. **S/p exploratory** |
| Medical | 2. **Cirrhosis** | 5. **Asthma** |
| Problems | 3. **GERD** | 6. _____ |

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| albuterol inhaler | | lungs | 2 puffs every 6 hours as needed | See below |
| ranitidine | 150 | mouth | one pill at 7AM, 7PM | |
| lactulose | 10 gm 15 ml | mouth | one tablespoonful at 7AM, 7PM | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions

Continue meds until next staff evaluation

**Special Needs Affecting Transportation**

| | Yes | No | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ | | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ | | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ | | If no, why not? **000026** |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | | ✓ | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | | ✓ | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority | Phone Number | Date Signed **6/14/05** |
|---|---|---|

**D. Olson, MD**
Clinical Director

Record-Medical Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

SIMILAR TO (USM 553)

Replaces BP-S659 of Mar

USP Lewisburg

Inmate Received, this date 6/16/05.

| | |
|---|---|
| Medical History Reviewed | (Yes) No |
| Evidence of lice | Yes No |
| Suicidal Thoughts | Yes No |
| Recent Assault, Trauma or Abuse | Yes No |
| Signs and Symptoms of Infect Dse | Yes No |
| Allergies to Medications | Yes No |
| Medications | (Yes) No |

Lactulose, albuterol &
Zantac issued.

Bprince

Beverly Prince, EMT-P

000027

CHRONOLOGICAL RECORD OF MEDICAL CARE

AUTHORIZED FOR

0-00-834-4176

ICAL RECORD

SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each en

DATE

*7/05* — Chale carle — *Post op* *4/19/05*

*30* — feels fine

WJT 249    BP 110/70    P8

chuch heart *nm* — sot walls/also necesccry

Pelv - awaiting — off *Pac* ↑ *Rib*

S want to see a whalkar

(he feels a *lmp* *nec* which I think is ribs)

saturents post op chele    c/o denally

legs

Tx: Hep c - Suspendy

P) Pla Medscription

Tylenol 500y *ii* pobid #28 RP6

lact alone 15gm Bid #1 20tth RP8

Betanethasone oint *tid* #30gm RP3

bacitracin *oue* tid #1 RF-3

avartleh

CB ~ 1mo

Reviewed By:
V. Geza, PharmD

H. Beam, MD
FCI McKean

| OSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| --- | --- | --- | --- |
| | | | 000028 |
| ONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | REGISTER NO. |
| | | | 10924-052  WARD NO. |

ATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)

DATE

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

MEDICAL RECORD | CHRONOLOGICAL RECORD — MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------|

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other: *Post Cholecystectomy* HCP C AThue GERD

SUBJECTIVE: (Chief Complaint ( 4/19/05 )

| 1/5/05 | feels better, scant abd pain |
| 1320 | post Interferon/Riba Tx - received 25w/cs |

Med. Compliance: Though 11 wks of full

OBJECTIVE: (Review System)   Age: 43

B/P: 110/80  P: 70  Wt:    T:    R/R:    SO2%:    Peak Flow:

HEENT: OK                                 Last Op / Opth. Eval.: —

Heart: OK

Lungs: OK

| Abdomen: Abd soft, BS⊕ | 530 |
| Genital / Rectal: healing RUQ scar | 550 |
| Extremities: Staples removed | 600 |

Neuro:

Recent Lab Results: Bilirubal Factha - very ill

ASSESSMENT(S): chronically painful, dying

DSM IV Classification

Axis I:                          Axis IV:

Axis II:                         Axis V: GAF Score:

Axis III: Satisfactory post op cholecystectomy

Preventive Care: Off of Peg Int/Riba   Exercise:

Tobacco Use:                     Medication Side Effects:

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAIN |
|------|------|------|------|
| | | | FCI McKea |
| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | 000030 |

PATIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle;
No. or SSN; Sex; Date of Birth; Rank / Grade)

Donald Mornerea

REGISTER NO. 10924-05
WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL
Medical Record
STANDARD FORM 600 (REV. 5-84)

ATE:   | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATIO   (Sign each entry)

Pain Level:   1   2   3   4   5   6   7   8   9   10

PLAN:

*Hastglno*

Patient Education:
( ) Discussed Test Results   ( ) Discussed Tx Plan
( ) Etiology, Complications, Prognosis, Prevention
( ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes   ( ) No Smoking
( ) Medication Dosage / Administration / Compliance / Side Effects
( ) Patient Understood Topics   ( ) Verbalized Understanding
( ) Instructed If Problems or if running our of medication, should sign up for sick-call or send cop-out.

Diagnostic Studies: ( ) CBC / Dif ( ) U / A ( ) LFT ( ) Chem. Profile ( ) Lipids ( ) HgAlc
( ) PSA ( ) Viral Load ( ) CD4 ( ) Toxo Igg. ( ) Hepatitis Panel
( ) CXR ( ) EKG ( ) Others:

Consultations: ( ) Optometrist ( ) Ophthalmologist ( ) Orthopedic Surgeon
( ) Others:

Referral for Vaccination: ( ) Influenza ( ) Pneumococal ( ) Other:
Return to Clinic for routine Follow-Up on:  3 WKS   *d̄ D. Araber*
Treatments(s):

*Horallmedr*

N 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

Adm - Shu novely

/29/05  S) c/o incisional pain & sore throat
1200         (CT Tube)

O) looks in mild - mod pain
       incision - healing well

A) P0D #10 SP cholecystectomy
    c̄ sore throat - incisional px

P/ R'Td - med refills
   CB for Stapler out next wk

   Refill Tylenol #3 ī ā po tid #5 days

DEA# BF1879800-002

*H. BEAM, MD*
*FCI McKEAN*

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. 10924-052 | WARD NO. |
|---|---|---|

Donald Moshier

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000032

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------|
|  |  |

FPI. LEX.   Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

4/27/05
~4;30

Check in back from hospital —
4370

S) SP Cholecystectomy on 4/19/05 for
what proved to be a gangrenous
gallbladder. Handled well —
is eating; c/o slight diarrhea
3-4 times a day. Was W zosyn
for duration of stay

O) looks a little pale —                    T 96.5
churches heart ox                         Bp 130/80
Abd RUQ incision healing                 P 70
well and nontender —
(much less than on 4/18 at hosp adm
last wbc 1500 approx (on chlafaros/Rify
which is stopped now,
C Diff pending; was Hep C viral load

A) 1) POD # 8 SP Cholecystectomy 4/19/05
for gangrenous gall bladder
2) Diarrhea 2° AB/X
3) Hep C - Tx surrender    deg 103°
4) Asthma

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT  FCI  H. BERMD  FCI MCREAN |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10924-052    WARD NO.

Donald Mashier

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000034

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|
| 4/27/05 1430 | Pred. call for admixture for Pain, fever |
| | • lactobacillus → cap tid #6 RF0  from Hosp. |
| | - Tylenol 500mg ī po Bid #28 RF2 |
| | • Tylenol #3 ī po Bid prn pain #3day |
| SM | DEA # BF1879800-002 |
| | Albuterol ī puff Qid #1 RF3 |
| | Doxycycline 100mg po t  NBean Hold 4/27/05 1445 |
| | Bacitracin ung bid #1 RF2 |
| | Betamethasone oint bid #1 RF2  Body |
| | Hydrocortisone 1% cream bid #1 RF2 face |
| | Ranitidine 150mg po Bid #14 RF12 |
| | after 2wks - Restart |
| | ī lactobacillis |
| | ī lactulose 15cc Bid #1 RF2 |
| | CB  1wk  — Staple out ~1wk  H. BEAM, MD FCI MCKEAN |
| | Reviewed By: V. Geza, Pharm |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

4/22/05
0800

Admin Note

I visited inmate in hosp, doing OK, OOB in chair
VSS, C/O abd "bloating", abd. distended some,
on liquid diet, inmate is in Room 446 (Regular room)

D. Olson, MD
Clinical Director

4/23/05
1300

Admin note:

I/M stable, staff stated that he
will be re eval on 4/25 for poss. D/C

J. Fleming, EMT-P
FCI McKean

4/24/05
10³⁰

Admin note

I/M stable, drainage tube removed from
I/M, re-eval on 4/25

J. Fleming, EMT-P
FCI McKean

4/25/05
1445

Admin:

eating, on IV ABX - looking stable

[signature] EMT-P, MD
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10924-052     WARD NO.

Yoshia, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000036

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 4 | 26 | 05 | Adm Note |
| 0900 | Discussed case c̄ Dr Graham, doing well, has diarrhea from solid food, afebrile, WBC low ~1,500 – hematology consulted, VSS, ō routes, plan to discharge tomorrow |

D. Olson, MD
Clinical Director

FPI. LEX.    Printed on Recycled Paper

000037

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE  E. 446 - |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

4/18/05
1645

Adm - I called - I'm at Hosp -
Dr Graham in I be by immediatly

H. BEAM, MD
FCI MCKEAN

4/19/05
1120

Adm
He will be taken to Surgery later This afternoon

H. BEAM, MD
FCI MCKEAN

4/19/05
1600

Adm - Dr Graham called
gangrenous gallbladder
open procedure Successful
High mortality rate in a (50% [illegible])
Cirrhotic with hepatitis- He will
be in Hospital 7 to 10 days as
a conservative estimate.
I notified Mr Robare

H. BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO.  10924-052

WARD NO.

Donald Mashie

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000038

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------------|
| 4/20/05 0920 | Adm — Isophoidis Grahan — I/m is doing well so far — *H. BEAM, MD FCI MCKEAN* |
| 4/20/05 1300 | Adm — Discontinue Peg Interferon α2a Discontinue Ribavirin  Reviewed By: V. Geza, PharmD  *H. BEAM, MD FCI MCKEAN* |
| 4/21/05 0700 | Adm Note  I visited the inmate in the hospital, he is alert & talking, moderate post-op pain, O vomiting, good urine output, VSS, found UTI also, on strong IV antibiotics, fluids, doing OK so far  D. Olson, MD Clinical Director |

FPI. LEX.   Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

ISN 7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

4/15/08
1245
Adm. + disamed c Dr Anderson
Thickened GB wall no stone —
best explanation of pain is
acalculous cholecystitis —
upper endoscopy (-) for lesions, no varices
c̄ h̄x̄ symptoms & will
return to FCI tomorrow

H. BEAM, MD
FCI McKEAN

04/16/05
09²⁰ hrs.
Admin Note: Contacted KCH in regards of inmate's condition, spoke
w/ Dr. Anderson he stated the inmate was doing fine; he didn't see
or note ~~error~~ Anything on CT or ultra sound; did have IV antibotics;
(-) changes on CBC's or EKG's; Inmate would be returning to FCI
today and still waiting for Radiologist report to be finalized.

B. Douthit EMT-P

Reviewed by D. Olson, MD
Date: 4/18/05

B. Douthit, EMT-P
FCI McKean

04/16/05
1300
Inmate @ FCI w/o any complaints.

B. Douthit EMT-P

B. Douthit, EMT-P
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | | RELATIONSHIP TO SPONSOR | |

Reviewed by D. Olson, MD
SSN/ID NO.
Date: 4/1/06

PATIENT'S IDENTIFICATION: (For typed or written entries; give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

REGISTER NO.
10929-052

WARD NO.

Donald Moshier

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000040

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|
| 4/18/05 09⁰ | Acalculous Cholecystitis<br>Adm~ See Kane Hosp sheet<br>Augmentin 500 mg ī po tid #30<br>RF5<br>Reviewed By:<br>V. Geza, PharmD<br>H. BEAM, MD<br>FCI McKEAN |
| 4/18/05 1000 | F/u Hospitalized<br>S) his feeling much worse since<br>return to facility, and Sx<br>accelerated yesterday. Hm<br>Dx was Acalculous Cholecystitis<br>O) Hmmo neg        TG 86<br>clinically                RP 130/80<br>eumetric                  P 88<br>abd tender RUQ + RLQ<br>heel drop tet neg (+)<br>Discussed ē Dr Graham<br>A) Acalculous Cholecystitis w/ Fx<br>peritoneal signs –<br>Hepc; on antiviral Ribavir, Immunosuppr.<br>P) Plan – "we'll take care of you"<br>Transfer to Bradford Hosp<br>w/in care of Dr Graham |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

S/ All naturopathy PA NSP wr 73
48hr of sensation of swelling
epigastric pain - vomited x1
no fever but feels chilled

On Peg I, RiGa

4/5/05 WBC 1800 ANC 882    Hct 38.5

BP 120/80
P80
T98°

O/ looks mildly uncomfortable
Quite tender in epigastric
area to palpation -
PSE no obvious swelling or other
clear skin lesions
Neuroscreen - nl & symmetric

A/ Epigastric Tenderness ; on Peg I, RiGa
for HepC and immunosuppression

P/ PSeg - w/u to follow
TO Kane RN for bloodwork. & w/u
I called TO ASCN

Phone call into Dr. Andrew

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. 10924-052 | WARD NO. |
|---|---|---|

Donald moshier

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000042

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 4/14/05 1630g | Adm - I called CR @ Kean, 1/m in ultravovel<br><br>H. BEAM, MD<br>FCI McKEAN |
| 4/15/05 0700 | Adm HH<br>Inmate doing OK, had ultrasound yesterday → ? GB disease, scheduled for endoscopy today<br><br>D. Olson, MD<br>Clinical Director |
| 4/15/05 1200 | Adm HHB<br>Dr Anderson called → endoscopy was neg, CAT / ultrasound suggests GB disease c̄ stones, likely treated for this<br><br>D. Olson, MD<br>Clinical Director |

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

4/7/05
0840
(5/+w)

admin note:

Interfero 180 mcg self administered by inmate
5 difficulty. Tolerated well.

Eric Asp PA-C

Eric Asp
PA-C

D 24/10

4/14/

4/13/05
22⁰⁰

⑤ CAlled by stAff "Inmate stated his chest hurt and couldn't breath"
◯ m Pt CAOX3 ; ⊖ Acute distress ; Pain is mid-sternum non-radiating ;
Pain 8/10 ; states it is A pressure w/ swelling ; ⊖ visual swelling noted ;
⊕ redness from inmate rubbing area ~~unit~~ right below sternum.
                                                      error
Inmate ⊖ SOB ; tAlking in full sentences ; SpO2 on R.A. 99% , Pulse 84
Resp. 18 ; States hard to lay flat to sleep ; moving around cell w/o any
trouble ;

Ⓐ Anxiety poss. or musclure pain

Ⓟ Assessment ; Rest tonight , try to relax ; Advised him this would be
referred to DAY P.A on 4/14/04. Inmate Agreed / understood.

B. Douthit EMTP

Reviewed by D. Olson, MD
Date: 4/14   05

B. Douthit, EMT-P
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Moshier, Donald
10924-052

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000044

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 4/14/05 0715 | S: Emergency triage. Pt states that for the last two weeks off and on. Now for the past week it has been constant and the sharpness has increased. Now he states he can't sleep and is vomiting. Pain to "right between my ribs and shoots to my back" Pain level 10/10. |
| (SHU) | O: BP: 142/80 (R) 130/70 (L) Temp: 96.8 Pulse 100 |
| | HEENT: PEARRLA, EOMI, wnl |
| | Heart: RRR |
| | Lungs: CTA bilateral, ⊖ wheezes, rales, rhonchi |
| | Abd: soft, tender to percussion and palpitation, ⊕ diffuse swelling, ⊕ fullness at LUQ, ⊖ bruits |
| | A: R/O pancreatitis |
| | P: ① Education — continue care — Pt understands |
| | ② Consult MD |
| | *[signature]* Eric Asp PA-C |
| 4/14/05 1025 | Addendum: Interferon 180 mcg self injected by inmate ⊃ difficulty tolerated well. |
| | *[signature]* Eric Asp PA-C |

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

AUTHORIZED FOR LOCAL REPRODUCTION

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
| --- | --- |

3/24/05
1430

Adm~ Hep~ Tx
(nodocementation of bijeels)        3/3 = #19/5
will verify recived                  3/10 - #20/6
                                     3/17 = #21/7

Labs   ALT 123
       WBC 1,500
       Hct 37.7
       plate 82×10³  % neut 46.5
       ANC 690

A/  Hep C Tx - counts are barely
    acceptable in regard to WBC
    ANC is ok - Proceed with Tx

P)  monitor
    CBC 1 wk

H.L. BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| --- | --- | --- | --- |
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*    REGISTER NO. 10924 - 052    WARD NO.

Donald Moshier

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000046

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|
| 3/31/05<br>0800<br>(SHU) | admin note!  #2 5/9  H&R 3/31/05<br>Interferon 180 mcg self injected by inmate<br>s̄ difficulty. Tolerated well.<br><br>Eric Asp PA-C<br>**Eric Asp PA-C**<br>H. BEAM, MD<br>FCI MCKEAN |
| | CB - Interferon TX<br>feeling ok |
| 3/31/05<br>1420 | S/ Cblotchy lower leg, upper He & Back rash<br>looks to have p/lari keratin like<br>process — (the usual interferon itch)<br>also c/o pain in RUQ lipoma as<br>before<br><br>ALT 9/<br>WBC 1,900    ANC 1045<br>Hct 37<br>Ret ct 80<br><br>A/ satisfactory on 9th full dose Reg I<br><br>P/ Interferon 9/<br>CB BW's<br><br>Betamethasone oint use bid #1 RF 2<br><br>_. Olson, MD<br>Re_____<br>Date: 9/11/05<br>H. BEAM, MD<br>FCI MCKEAN |

FPI, LEX.   Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7840-00-834-4176

AUTHORIZED FOR ~~~AL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign ea~~ ~~ry) |

**3/3/05**
**0630h** Admin Note    #19/5    *Rx 3/31/05*
Interferon 180 mcg A2A Inject Adl "self"

Robert E. Piotrowski, PA-C
FCI McKean

H. BEAM, MD
FCI MCKEAN

**3/10/05**
**06/5h** Admin Note    #20/6    *Rx 3/31/05*
Interferow A2A 180 mcg Adl self Inject
Tolerated Well ∅ Incident

Robert E. Piotrowski, PA-C
FCI McKean

H. BEAM, MD
FCI M~~

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10924-052    WARD NO.

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000048

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|
| 3/17/05 0640h | Administrative Note: Interferon 180 mcg A2A Injected, Well. Self |
| | Robert E. Piotrowski, PA-C FCI McKean |
| | H. BEAM, MD FCI McKEAN |
| 3/24/05 0630h | ADMINISTRATIVE NOTE INTERFERON 180 mcg A-2A Given Self Adm |
| | Robert E. Piotrowski, PA-C FCI McKean |
| | H. BEAM, MD FCI McKEAN |

000049