IN 7840-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry)

| DATE | |
|---|---|
| 2/10/05 0715 | S: weekly interferon injection          #/10 NB9 2/15/05 |
| | O: NAD   exam deferred |
| | A: HCV ⊕                    (#2 @ full dose) |
| | P: ① self administered 1 ml of interferon to aid SQ s difficulty. |
| | ② f/u in 1 week |

*Eric Asp*
Eric Asp
PA-C

| 2/16/05 1600 | Admin. Due to lockdown ws'y not see st. ws'll reschedule ~ 1wk also CBC s'LFT's ws'll bedrawn and monitored |

*[signature]*
H. BEAM, MD
FCI MCKEAN

| 2/17/05 0915n | Admin. Note: Chron. Hep. C          #/7 (3) 3/0 |
| | Meds. Admin.   Injection |
| | Peginterferon ALPHA-2A 180 mcg — Abdomen via self administered |
| | tolerated well & prudent |

Robert E. Piotrowski, PA-C
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS   #/7 | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO.   #/7 | RELATIONSHIP TO SPONSOR | WARD NO. |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

*Mosher, Donald*
*10924-052*

REGISTER NO.
10924-052

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000050

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

Adm. Institutional lockdown

Labs:  ALT 150
2/23/05      WBC 1,900
1200         ANC 874          } Stable on
             Hct 42.1            current dosing
             plt 94

will follow counts
s/ monitor progress

H. BEAM, MD
FCI McKEAN

02/24/05  S) Interferon Injection
16:30     O) Hep C - Deferred                    #18/4
          A) Hep C
          P) Self Admin - Interferon 1ml to Abd. w/o Any problems.

                                            B Douthit EMT-P

Reviewed by D. Olson, MD          B. Douthit, EMT-P
Date: 2/25/05                      FCI McKean

3/2/05   S) follow c/o sharp 30 sec. lw pain chest
3/2/05   s. exam c/o rash - wants tylenol
1420     O) lab. - Feb res ALT 172  WBC 1,650
         ANC 963  Hct 37.8  plt 79x10³
         A) Tolerating increased dose peg I/Reby
         (back to a standard day) (follow counts)
         P) follow - PTed
         Tylenol 500mg ī ī Bid #30  RF-12

H. BEAM
FCI McKEAN

000051

FPI. LEX.   Printed on Recycled Paper                    STANDARD FORM 600 (REV.) BACK

MEDICAL RECORD | CHRONOLOGICAL RECORD | MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORG | ATION (Sign each |

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other:  Hep con tx  Astha  GERD

SUBJECTIVE: (Chief Complaint)
**2/9/05**
**1440**
Back at fulldore on 2/3/05
fading o/c

Med. Compliance:

OBJECTIVE: (Review System)  Age: 43    Sex: Male    Race:

B/P: 130/80  P: 70'  Wt: 286  T:    R/R:    SO2%:    Peak Flow:

HEENT: PNC                                          Last Op / Opth. Eval.:
Heart: der
Lungs: clean                              052
Abdomen: tend in back              090
Genital / Rectal: cystic >1          690
Extremities: pitted
Neuro:
Recent Lab Results: 1+ edema     edgy-
ASSESSMENT(S):

DSM IV Classification
Axis I:                          Axis IV:
Axis II:                         Axis V: GAF Score:
Axis III: alkaline, stable

Preventive Care:        Diet:            Exercise: y/a
Tobacco Use: no                   Medication Side Effects:

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED |
| | | | FCI McKean |
| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle;
No. or SSN; Sex; Date of Birth; Rank / Grade

Donald    Moshier

REGISTER NO.  10924-052    WARD NO.

Diabetic foot
Screen/Test S...

Left
Foot

Diabetic foot
Screen Test St...

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|--------|

Pain Level:    1    2    3    4    5    6    7    8    9    10

PLAN: _edfg. trouble on the compound_

Patient Education:
( ) Discussed Test Results  ( ) Discussed Tx Plan
( ) Etiology, Complications, Prognosis, Prevention
( ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes   ( ) No Smoking
( ) Medication Dosage / Administration / Compliance / Side Effects
( ) Patient Understood Topics  ( ) Verbalized Understanding
( ) Instructed If Problems or if running out of medication, should sign up for sick-call or
      send cop-out.

Diagnostic Studies: ( ) CBC / Dif ( ) U / A ( ) LFT ( ) Chem. Profile ( ) Lipids ( ) HgAlc
      ( ) PSA ( ) Viral Load ( ) CD4 ( ) Toxo Igg. ( ) Hepatitis Panel
      ( ) CXR ( ) EKG ( ) Others:

Consultations: ( ) Optometrist ( ) Ophthalmologist ( ) Orthopedic Surgeon
      ( ) Others:                                    Weekly x 8

Referral for Vaccination: ( ) Influenza ( ) Pneumococal ( ) Other:

Return to Clinic for routine Follow-Up on:  1 wk

Treatments(s):

(out of seg) Peg Interfer α2a   180mcg Sco QWK } 3mo
Ribavirin 600mg po Bid pill line }
Lactulose 15cc Bid #1 RF 8
Doxycyclin 100mg po Bid #100 RF2
Albuterol 2 puff Qid #1 RF1
Bacitracin ung bid #1 RF4
Betamethasan oint (body) Bid #1 RF4
Hydrocortison 1% cream Bid #1 RF4
Omeprazole 20mg po QD #30 RF2
Tylenol 500mg 2 Bid #30 RF2

Reviewed By:
V. Geza, PharmD

000053

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

2/3/05
0620hn

Admin. Note – Chronic Hep. C

Interferon A-2A 180 mcg Sc 9afterward.

Tolerated well & 9nvident.

Robert E. Piotrowski, PA-C
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION:  (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

Moshier,
# 10924-052

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000054

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |

000055

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

1/21/05
1045

S/ _fell 01c_   c/o broken filling

O/ _looks fine_  — broken filling @ lower
                                      _left molar_

ALT 142   WBC 1,800   Hct 42.3
Plt ct 767 A³   ANC 1080

A/ Hep C under TX

P/ NToD - no apers, dove
   _redraw bloodwork_
   _redraw labs_
   note TO Dr Collins

                              H. BEAM, MD
                              FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT  FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10924-05   WARD NO.

_Donald Moshier_

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000056

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|-----------------------------------------------------------------------------|

#14
2/2/05

1-27-05
0630h — Admin. Note — Chronic Hep. C
135 mcg (.75cc) Interferon alpha 2A SC
self administered abdomen
Tolerated Well & incident

Robert E. Piotrowski, PA-C
FCI McKean

2/2/05
1400
S) Check back Peg I/Rybu to
feel ok "I'm not spelling meds ...
I get about next week - wednesday"

SM

O) looks ok — CBC — stable

A) Hep C on tx & I shall increase Interferon
dose back TO Standard full dose

SM

P) Read. med A's — (ribavirin Same dose)
(change) Peg Interferon ∝2a 180 mcg Scq QWk #2mo
omeprazole 20 mg po QD # 7 RF12
doxycycline 100mg I po bid #60 P4 RF12
lactulose 15cc bid # 1 RF12        NSD
Albuterol I puffs QD #7 RF3          2/2/05
1400

P/ u next week for peak flow etc.

HM

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI MCKEAN

000057

SN 7540-00-634-4176                                              AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

Interim chart

1/5/05
1340
SHU

S) feels well ~

S) before dose increase on Peg I / Riba

ALT 199     WBC 2,200     Hct 43.9
            ANC 1100     Plt ct 87 x10³

A) Here on tx · improved counts
P) recheck nxt wk    follow count
   Immune dx therapy

H. BEAM, MD
FCI MCKEAN

01/6/05     S) Weekly Interferon Injection
06²⁰        O) NAD                                      # 11     1/7/05 1500
SHU         A) HCV
            P) Self · Administer, 135 mcg (.75cc) of Interferon to Abd. w/o any difficulty.

B. Douthit, EMT-P          B. Douthit EMT-P
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10924-052    WARD NO.

Donald Moshier

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1          000058

DIAGNOSIS, TREATMENT (Sign each entry)

| | |
|---|---|
| 1/11/05 | S/ feel ok |
| 1400 | O/ was tot plt ct stable |
| | after 2 doses of midday PegI |
| S/H | |
| | A/ Hepc on Peg I (Riba TX |
| | thrombocytopenia better & stable |
| | P/ Med Med A's   Hydrocortisone cream bid #1 RF-2 |
| | (Increase) Ribavirin 600 mg po Bid  { 3 mo |
| | [(Same) Peg Interferon 2a 135 mcg Sca QWk ] |
| | Follow counts |
| | recheck / WK |

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

| | | |
|---|---|---|
| 1/13/05 | admin note: | #12  H. BEAM, MD FCI McKEAN 1/20/05 |
| 0630 | Interferon 0.75 cc SC, self administered 5 difficulty | |
| | | Eric Asp PA-C |

| | | |
|---|---|---|
| 1/20/05 | admin note: | #13  1/21/05 |
| 1045 | Interferon 0.75 cc SC, self administered 5 difficulty | |
| | | Eric Asp PA-C |

H. BEAM, MD
FCI McKEAN

000059

SN 7540-00-634-4176                                    AUTHORIZED FOR LOCAL RE

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

12-16-04
0715

S) Weekly Interferon injection. No complaints.                    #8 10/86
O) NAD                                                              12/4
A) Hep C
P) 1. PEGasys 90 mcg in 0.5 ml self administered by
        patient under supervision in abdomen, without difficulty.

   2. RTC in 1 week for next dose.

                                        /s/ Steven Labrozzi, PA-C
                                            Physician Assistant

12/21/04
1500    S) feeling ok
            c/o acne meds TCN
            also meds for heartburn

SHx

        O) ~ flare of back acne    50 + large
            inflamed pits

        A) Hep C on Tx ; acne ; GERD

        P) RTC d/c reassess - follow up
            Acti HBeA enor 12/21/04 1520
            Omeprazole 20 mg po QD # 7 RF12
            Doxycycline 100 mg po Bid # 14 RF12
            lactulose 15 u Bid # 1 RF0
            Albuterol ii puff Bid # 1 RF3

Reviewed By
V. Geza, PharmD

| HOSPITAL OR MEDICAL FACILITY  CB1WIC | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Moshier, D    10924-052

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1
000060

Case 1:05-cv-00180-SJM-SPB    Document 25-12    Filed 09/21/2006    Page 12 of 50

12/23/04    admin note:

0630    Interferon 0.5cc injection Subcutaneous self administered by
pt c̄ difficulty

Eric Asp
PA-C

S/Fg
Δ feel/fever

12/28/04  O)  cooluac - needs bacitrac
S/Fg         ALT 208    Hct 47.5
1400         WBC 2,200 (↑)  ANC 1100 (↑)
             pltct 76 x 103   (↑)          90
                                            45
A)  Hep C on P95 I, Riba Tx          135
    follow-up cts

P)  Pt ed. med A/s
    (increase)
       Peglated Interferon 529 135 mcg     /M    H. BEAM, MD
                          1m Q week                FCI MCKEAN

    (increase)
       Ribavirin 400mg BID      3mo
              pt dll len

    Bacitracin me bid #1 Rf-2 /M

Reviewed By
V. Geza, PharmD     CB /w/c              H. BEAM, MD
                                         FCI MCKEAN

000061

8N 7840-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

12-30-04
0900
SHU

Admin Note:

Interferon Injection 135 mcg. w/ self Admin w/o Any difficulty for Hcp C Treatment.

B. Douthit EMT-P

**B. Douthit, EMT-P**
**FCI McKean**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION:  *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10924-052  WARD NO.

*Donald Mosbier*

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000062

12/16/04
1350
SHn

S) In Stu's angry
C/o headache

O) looks ok
vocalized feeling

ALT 202
Hct 44.8
WBC 2,000

A) Hep C on tx
Peg / Riba @
reduced dose
Counts are stabilizing - still
not time to try working dose
back up

ANC 980
Retic 65x10³

P) PTed sign/sx & sx self bless SE/mgx

RX: Tylenol 500 mg ī PO Bid #28 Rx w/
CB next week

Reviewed By
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

000063

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOM, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|

S/ dangox

12/3/04
1100        S/                                    ALT 148
            loethal                               WBC 2,000 (↑)
            got full dose                         ANC 1060
            Interferon yesterday                  Hct 41
                                                  plt 66x103 ↓
                                                  Ammonia 163 (↓)
            A/ Hep ca Tx                          T 98³

            P/ PT ed. sign Sx infect
               CBI u/c

                                                  [signature]
                                                  H. BEAM, MD
                                                  FCI MCKEAN

12/9/04  Admin Note :                                          [signature]
0655h   Interferon 90 mcg SC self Adm. Abd
        Tolerated well c̄ q̄ incident

                                          Robert E. Plotrowski, PA-C
                                          FCI McKean
                                                          H. BEAM, MD
                                                          FCI McKEAN

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: ▶ | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION 000064 |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 10924-052 | DATE OF BIRTH |

Donald morkier

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 5
                                        Prescribed by GSA and ICMR

12/9/04   S)   Doug OK - related incident Appry                    285 #

1045                 c/o "lump LUQ he says feels    1/0/80
                      bigger"

         O)   looks well

              HEENT; neg

              chest clear

              heart reg         A O↑↓ S ⊘ X B S ⊕

              Lung - 2 cm - under ⓁＲ costal
                   margin

         A)   Hep C - on Tx -
              lipoma RUQ,

         P)   Pred - reassure about lipoma
              monitor meds - undecid
              Follow labs; weekly ___

                                    H. BEAM, MD
                                    FCI McKEAN

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|---|
| DATE | SYMPTO | DIAGNOSIS, TREATMENT  TREATING  ORGANIZATION *(Sign each entry)* | |

Peg I S¹ Riba Check-back

S/ c/o headache & hollow feeling in ear
looks well  & drynor

**1/24/01**
**1050⁹**

O)  ALT 144 (↑)                    Tg 78
    WBC 1,600 (↓)               Bp 120/80
    ANC 768                          P 70
    Hct 38.7
    Plt 73×10³ ↓
    Ammon 315 →
    (Lend'artha on lactulose now)
    looks fine H— ——— ——
    Chest & Chx clear ——— ——— ———

A)  HCVc Peg I / Riba Tx
B)  Med done A's
    decrease Ribavirin 200q Am  400 q pm  } 3ᵐ
        Peg Interferon ↓ 2a 90 mcg Scc Qwk )
    (decrease lactulose 15cc tid  ma₃)
    Bacitracan oint bid to R F₂
    CBI w/c  QBC  (T³)

Reviewed By
V. Geza, PharmD

V. Beam, MD
FCI McKean
For McKean

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

| RECORDS MAINTAINED AT: | ▶ Welch |
|---|---|

| PATIENT'S NAME *(Last, First, Middle Initial)* | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION 000066 |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIR |

Donald Moshier
10924-53

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5

Adm needs,

11/30/04
1040    Tylenol 500mg ī PO Bid   #80
                                  RB6

Reviewed By:
V. Geza, Pharm D

H. BEAM, MD
FCI McKEAN

12/2/04   Admin Note – chronic HCV   (#6)
0700h   Interferon 180 mcg sc self Admin abd.     MD
Tolerated well & Indgent                         12/3/04
RTC – per schedule Mon                            1300

Robert E. Plotrowski, PA-C
FCI McKean

12/3/04   Nes says he got Peg I last Thursday   (#5)
1100                              11/25/04

H. BEAM, MD
FCI McKEAN

NSN 7540-00-634-4176                                                      AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

**11/11/04**
**0745**

S: interferon injection #3

O: NAD

A: HCV (+)

P: (1) Pegasys 180 mcg (1 ml) given SQ by inmate under direct supervisor
(2) F/U in 1 week for next injection

*Eric Asp*
Eric Asp
PA-C

(DOSE #4)

**11-18-04**
**1300**

1) Interferon injection: weekly. I'm pleased b/ lab results
are now more in his favor.

2) NAD.
3) HepC
4) 1. PegAsys 180 mcg given (self administered under
supervision in abdomen) without difficulty.

2. RTC in 1 week for next dose.

*SL*

Steven Labrozzi, PA-C
Physician Assistant

**11/18/04**
**(0930)**
**1430a**

Adm - Inclement weather - Sees
R wandering - looks fine
Recleate nxt WC

*[signature]*
BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10924-052     WARD NO.

Moshier, Donald
10924-052

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000068

000069

MEDICAL RECORD | CHRONOLOGICAL RECORD MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS. TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|---|---|

**CLINIC(S):** ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other: Hepc on Tx  GERD  Asthma

**SUBJECTIVE:** (Chief Complaint)
tolerating shots - "a little fever &! That or
Ranitidine not helping as much

**Med. Compliance:** now crtt - lactulose

1/10/04
020

**OBJECTIVE:** (Review System)  Age:          Sex: Male      Race:

B / P: 130/90  P: 70  Wt: 289  T:      R / R:      SO2%:      Peak Flow:

HEENT: OK

Last Op / Opth. Eval.:

Heart: OK

Lungs: OK

Abdomen:                                490

Genital / Rectal:                        450

Extremities:                             500

Neuro:

Recent Lab Results: ALT 180      Ammonia 262

**ASSESSMENT(S):** WBC 3,400
HCT 45.9   ANC 1802

Diabetic foot
Screen Test Steps

**DSM IV Classification**

Axis I:                    Axis IV:

Axis II:                   Axis V: GAF Score HGR1)

Axis III: Hepc on Tx   Borderline Diab  Asthma

Preventive Care:       Diet: watch      Exercise:

Tobacco Use: No      Medication Side Effects:

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|

PATIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; No. or SSN; Sex; Date of Birth; Rank / Grade)

Donald Moshier

REGISTER NO. 10924-052      WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA / ICMR
FIRM (41 CFR) 201-202-1

000070

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

Pain Level: 1 ~~2~~ 3   4   5   6   7   8   9   10

PLAN:

_Total_
_acute back_
_flaring_

Patient Education:

( ✓ ) Discussed Test Results   ( ✓ ) Discussed Tx Plan

( ) Etiology, Complications, Prognosis, Prevention

( ✓ ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes   ( ) No Smoking

( ) Medication Dosage / Administration / Compliance / Side Effects

( ) Patient Understood Topics   ( ) Verbalized Understanding

( ✓ ) Instructed If Problems or if running our of medication, should sign up for sick-call or
send cop-out.

_dematitis_
_perianal_
_(lactulose_

Diagnostic Studies: ( ) CBC / Dif ( ) U / A ( ) LFT ( ) Chem. Profile ( ) Lipids ( ) HgAlc
( ) PSA ( ) Viral Load ( ) CD4 ( ) Toxo Igg. ( ) Hepatitis Panel
( ) CXR ( ) EKG ( ) Others:

Consultations: ( ) Optometrist ( ) Ophthalmologist ( ) Orthopedic Surgeon
( ) Others:

Referral for Vaccination: ( ) Influenza ( ) Pneumococal ( ) Other:

Return to Clinic for routine Follow-Up on: _next wk_

Treatments(s): Peg Interferon ∝2a → 180mcg Scg Qwk } 3wk
Ribavirin 600 mg → po Bid Bid line }
Albuterol ii puffs Qid #1 RF2
change Doxycycline 100mg po Bid #60 RF2
Chang Aciphex 20 mg i po Qd #30 RF2
Hydrocortisone ont use bid #1 RF2
lactulose 15u Bid #1 RF8

Reviewed By
V. Geza, PharmD

H. BEAM, MD
FCI MCKEAN

000071

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPROD

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

11/4/04
0700

S: interferon injection #2  11/10/04
O: NAD
A: #CV@
P:/O Pegasys 180 mg given SQ - administered under supervision
@ RTC in 1 week for next dose

Eric Asp PA-C
Eric Asp
PA-C

11/4/04
1020

S) Hep C - Peg I/Riba Tx   fever/mus. achy
feel ok - c/o localized mild rash
at injection site

O) codafine
HEENT: oc      Ammonia 202      BP 146/84
clear       (nml 246)        p:o
breath@                              285#

AB) soft/nontender
skin/ruern at RUQ (dry sits - says
getting better)

A) Hep C on Peg I/Riba Tx
P) Will med cert/thee w/sentrol
labs CBL - chem panel -
continue all meds - recheck lytes/K

THE BEST
COPY
OBTAINED AT
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT  FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION:  (For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex;  Date of Birth; Rank/Grade.)

REGISTER NO.
10924-052

WARD NO.

Moshier, Donald
10924-052

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000072



HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------|

Hep C HCORD, Asthma

10/20/04
1015

S/ Here to discuss Peg Interferon & Ribo
eg - Bone marrow depression; he
accepts risks —

O/ looks well -
He signed consent for
8/0 tiny zanu cyst @ ant scalp

A/ Hep C — will begin Tx next week

P/ Med — risks & benefits — understood

needs: Tetracyclin 500 mg po Bid #60    RF3
Ranitidine 150 mg po Bid #60 RF2
Tylenol 500 mg po Bid #30 RF2

Has lactulose & Albuterol
CBC - ALT weekly x5 & Ammonia
CBC/wk

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

FCI McKean

PATIENT'S NAME (Last, First, Middle initial) | SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME   Donald Moshier | ORGANIZATION  000074

DEPART./SERVICE | SSN/IDENTIFICATION NO.  10924-052 | DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE | STANDARD FORM 600 (REV. 5
Prescribed by GSA and ICMR
FIRMR (41 CFR) 101-11.505

10/28/04    S) First dose Interferon    (DOSE #1)
0700    O) NAD

A) Hep-C

P) 1 Pt Ed: Injection procedure

  1. PEGASys 180 µg given (self administered under supervision) in abdomen

  3. RTC in 1 week for next dose


Steven Labrozzi, PA-C
Physician Assistant


10/28/04    S) got first shot today            287#
0950    O) looks & feels fine                  T97.8
        HEENT neg                              BP 126/70
        chest clear                            P70
        heart reg
        Abd soft NT SØ no mass
     A) Hep C, reg I S, RiBu TX

     P) Med meds SE/s
        Reinred/s
        CBS WIC
        Check CBC / AiT


H. BEAM, MD
FCI McKEAN

NSN 7840-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

check back (Blood amm mems 246)
(27-102

9/24/04
1430

S) KFP =6→ normal
C/o Rmsd fecal pos

O) feels good — Discussed Lactulose

Wt 284    BP 120/80 P80
Abdomen clear & tm
Acd soft NBSE no venous

was cleared by psych for Peg I

A) Hepe c Cirrhosis

P) PPed- Further plan for Tx

lactulose 15cc po Bid #1mo RF2

em x't 9/24/04

#1 bottle RF (8x)

PTU ~ c dellin for Peg I/Ribo
or 1mo

Reviewed by
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO.  10924-052    WARD NO.

Donald Mashies

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000076

H24/04 emr alerty
1430

9/28/04   Marlene - Needs.
1100

Albuteral 1 puff aid #1 RR-2

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

10/7/04   Adm Approved for Reg I / Rifa  Tx
1500

Anticipate Starting Tx week of  10/25-29

{ Rx Pegylated Interferon α 2a (180mcg Scn QWeek)
  Ribavirin 600 mg poBid pill line } 3m

Note Sent to 1/m - will have her
sign consent; Plan weekly
visits x6 & then monthly -
monitor CBC ALT weekly x5
then monthly -

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

10/13/04   Inmate Rec'd 11 pp. Medical Records         HIT
0730                                                   T. Petruzzi, HIT

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

9/8/04
1055

S/ long discussion - The Biopsy showed cirrhosis - We discussed risks of Interferon, psych problems, bone marrow suppression. He is wanting Tx and I feel its a good idea. I'll be sending form to Washington after I get the psych clearance statement

O/ - looks well

A/ Hep C - c̄ cirrhosis
P/ Proc̄d. noted above
Drew α FP; blood ammonia
await Central office decision
   9, 1mo

[signature]

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.
10924 - 055

WARD NO.

Donald Moshier

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000078

9/22/04
1450

Allen - Seen at mourning 9/21
appear well - mentating long

α FP 26
Blood Ammonia 246 (27-102)

F/u chronic care w within 2 wks
↑ Susu lactulose Tx

H. BEAM, MD
FCI McKEAN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8/24/04 0700 | Admis Note  Inmate on roundtrip for liver Bx  *D. Olson, MD  Clinical Director* |
| 8/25/04 0700 | Adm Note  Inmate returned from roundtrip yesterday, / pending report, convales 8/25 → 8/29/04, sched. daily checks  *D. Olson, MD  Clinical Director* |
| 8/26/04 0900 | S) Here for wound check post liver Bx. Pain 4 on 1-10 scale  O) NAD 978  site of incision healing, problem ⊖ erythema / edema  A) Wound check  P) 1) f/u wound checks per order  J Glenn FNP-p |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

PATIENT'S IDENTIFICATION: (For typed or written entries give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Moshier, Donald

| REGISTER NO. | WARD NO. |
|---|---|
| 10924-052 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000080

Case 1:05-cv-00180-SJM-SPB   Document 26-12   Filed 03/21/2008   Page 32 of 50

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

**CLINIC(S):** ( ) Cardiac  ( ) Hypertension  ( ) Diabetes  ( ) Infections  ( ) Endocrines
( ) Lipid  ( ) Pulmonary  ( ) Mental  ( ) Neurology  ( ) Ortho  ( ) General
( ) Other: _Hep C  GERD Astma_

**SUBJECTIVE:** (Chief Complaint)

7/8/04
0950

c/o Back pain - recently, redig for w/c
(R) leg pain down butt -

Med. Compliance:

**OBJECTIVE:** (Review System)   Age: **43**   Sex: Male   Race:

B/P: 130/80   P: **70**   Wt: **278**   T:   R/R:   SO2%:   Peak Flow:

HEENT: _ac_   Last Op / Opth. Eval.:

Heart: _gm_

Lungs: _clear_   550

Abdomen: _soft nontender_   520

Genital / Rectal:   560

Extremities:

Neuro:

Recent Lab Results:

**ASSESSMENT(S):**

*Diabetic foot Screen Test Steps — Left Foot*

**DSM IV Classification**   _asthma_   _acne_

Axis I:   Axis IV: _(GERD)_

Axis II: _Chronic LBP_   Axis V: GAF Score:

Axis III: _Hepc Borderline Diabetes_

*Diabetic foot Screen Test Steps — Right Foot*

Preventive Care:   Diet: _water_   Exercise: _walk_

Tobacco Use: _yes_   Medication Side Effects: _ni_

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED AT **FCI McKean** |
|---|---|---|---|
| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; ID No. or SSN; Sex; Date of Birth; Rank / Grade)

_Donald Moshier_

REGISTER NO. **10924-052**   WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA / ICMR
FIRM (41 CFR) 201-202-1

000082

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

Pain Level:   1   2   3   4   5   6   7   8   9   10

PLAN:

Patient Education:
(  ) Discussed Test Results   (  ) Discussed Tx Plan
(  ) Etiology, Complications, Prognosis, Prevention
(  ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes   (  ) No Smoking
(  ) Medication Dosage / Administration / Compliance / Side Effects
(  ) Patient Understood Topics   (  ) Verbalized Understanding
(  ) Instructed If Problems or if running our of medication, should sign up for sick-call or
      send cop-out.

Diagnostic Studies:  (  ) CBC / Dif  (  ) U / A  (  ) LFT  (  ) Chem. Profile  (  ) Lipids  (  ) HgAlc
                     (  ) PSA  (  ) Viral Load  (  ) CD4  (  ) Toxo Igg.  (  ) Hepatitis Panel
                     (  ) CXR  (  ) EKG  (  ) Others:

Consultations:  (  ) Optometrist  (  ) Ophthalmologist  (  ) Orthopedic Surgeon
                (  ) Others:

Referral for Vaccination:  (  ) Influenza  (  ) Pneumococal  (  ) Other:

Return to Clinic for routine Follow-Up on:

Treatments(s):
TCN tetracyclin 500mg × no Bid # 60 RF2
Ranitidin 150 mg × no Bid # 60 RF2
Tyenol 500 mg × po Bid # 30 RF4
Albiteral 2 puff Qid # 1 RF2
A+D Ointment sub bid #1 RF2

Reviewed By
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|----------------------------------------------------------------|
| 8/17/04<br>0910 | Ⓢ C/o Rt ear ache x several weeks. Drainage.<br>⊕ pain around/behind Ⓡ eyeball + around ear. |
| | C/o boils on Ⓛ gluteus + near Ⓡ underarm |
| | C/o acne, scarring ... "TCN not working" |
| | C/o brown discoloration of lower legs c̄ itching x several weeks |
| | Ⓞ NAD  T=98² |
| | SKIN: - severe scarring acne  esp at anterior posterior torso  error it 8/17 |
| | - 1 inch suppurative or exudative induration c̄ erythema at Ⓛ gluteus + near Ⓡ axilla |
| | - slightly scaling lesions, lower legs c̄ hyperpigmented macules. |
| | HEENT: ⊕ Ⓡ frontal sinus tenderness<br>turbinates + 3/4 bilat<br>Ⓛ EAM ⊕ erythema ⊕ black region of impacted cerumen near TM. |
| | ⊕ adenopathy |
| | Ⓐ Abscesses.  Cerumen impaction  Sinusitis<br>Acne.  Ⓛ otitis externa  R/o Tinea versicolor ⎫ of LE<br>R/o Xerosis ⎭ |
| | ℞ 1. Cortisporin Otic Suspension  4 drops AD QID  #1 NR  ⎫ 130 ml #1<br>2. Selsun 2.5% Shampoo  Apply to AB + lather c̄ small amt of water. remain on skin 10 min. Rinse thoroughly. Repeat OD  NL<br>3. HC 1% Cream  Apply to lower legs QID prn itching  #1 Rx3<br>4. Augmentin-500  Tab TID x 10d  #30  NR<br>5. Pt declines NSAIDS.<br>6. C&S of exudate from abscesses.<br>7. RTC in 7-10 days.<br>8. ED: Rx, Tx plan, meds, hygiene. |

Steven Labrozzi, RPh
Pharmacist

Steven Labrozzi, PA-C
Physician Assistant

Steven Labrozzi, PA-C
Physician Assistant

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|----------------------------------------------------------------------|
| 7/15/04 1430 | Allen URC – Approved for ewer Bro – |
| | H. BEAM, MD FCI McKEAN |
| 8/5/04 1540 | Adm - See Capronr response |
| | Rx Albuterol ī puff Bid #1 RF |
| | Reviewed By: V. Geza, PharmD |
| | H. BEAM, MD FCI McKEAN |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKEAN |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Donald Moslier

REGISTER NO. 18729-05   WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000085

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|---|---|

**CLINIC(S):** ( ) Cardiac  ( ) Hypertension  ( ) Diabetes  ( ) Infections  ( ) Endocrines
( ) Lipid  ( ) Pulmonary  ( ) Mental  ( ) Neurology  ( ) Ortho  ( ) General
( ) Other:  Hepc   Borderline DM   GERD

5/21/09
1410Q

**SUBJECTIVE:** (Chief Complaint)  sickle aclog last
2 days  yellow palm arth
Misunned glucose – mother & father   400
Med. Compliance:   c Dm –   460
390

**OBJECTIVE:** (Review System)  Age: 42   Sex: Male   Race: African

B/P 120/60  P: 70  Wt: 284  T:   R/R:   SO2%:   Peak Flow:

HEENT: ore   Last Op / Opth. Eval.:
Heart: OK   ( chronic low back pain
Lungs: clear /who   – disability on SoS Rec
Abdomen: Tender Sa ball  Since 1989
Genital / Rectal: ⊕ GPL Ⓒ   ref/40
Extremities:   5/12/09   → 115 10/11/03
Neuro:   ALT 129  → 115   WNL
Recent Lab Results: glu 177, 139   glycollyp 4.9

**ASSESSMENT(S):**

Diabetic foot
Screen Test Steps

Left Foot

Diabetic foot
Screen Test Steps

Right Foot

**DSM IV Classification**

Axis I:

Axis II:   acne back

Axis III: Hepc, Borderline Dm   Bronchitis

Preventive Care:   Diet: dietg   Exercise: walkg

Tobacco Use: Yes   Medication Side Effects:

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED AT **FCI McKean** |
|---|---|---|---|
| **SPONSOR'S NAME** | SSN / ID NO. | RELATIONSHIP TO SPONSOR | 000086 |

PATIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle;
ID No. or SSN; Sex; Date of Birth; Rank / Grade

Donald Moshier

REGISTER NO.  10924-052   WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA / ICMR

Pain Level:

**PLAN:**

**Patient Education:**

( ✓ ) Discussed Test Results  ( ✓ ) Discussed Tx Plan

( ✓ ) Etiology, Complications, Prognosis, Prevention

( ✓ ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes  ( ✓ ) No Smoking

( ✓ ) Medication Dosage / Administration / Compliance / Side Effects

( ✓ ) Patient Understood Topics  ( ✓ ) Instructed If Problems

or if running our of medication, should sign up for sick-call or send cop out.

**Diagnostic Studies:**  ( ) CBC / Dif  ( ) U / A  ( ) LFT  ( ) Chem. Profile  ( ) Lipids  ( ) HgAlc

( ) PSA  ( ) Viral Load  ( ) CD4  ( ) Toxo Igg.  ( ) Hepatitis Panel

( ) CXR  ( ) EKG  ( ) Others: _"Hepc Battery"_

**Consultations:**  ( ) Optometrist  ( ) Ophthalmologist  ( ) Orthopedic Surgeon

( ) Others: _psych eval - inmate to CR_

**Referral for Vaccination:**  ( ) Influenza  ( ) Pneumococal  ( ) Other:

**Return to Clinic for routine Follow-Up on:** _3mo_

**Treatments(s):**

_Tetracyclin 500 g → po Bid #60 RF2_

_Ranitidine 150 gr → po Bid #60 RF2_

_Tylenol 500 mg → po Bid #30 RF2_

_Bactrin DS → po Bid #20 RF0_

_Albuteral #puff Bid #1 RF2_

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

000087

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|---|---|

**CLINIC(S):** ( ) Cardiac  ( ) Hypertension  ( ) Diabetes  ( ) Infections  ( ) Endocrines
( ) Lipid  ( ) Pulmonary  ( ) Mental  ( ) Neurology  ( ) Ortho  ( ) General
( ) Other:

**4/21/04**

**0930**

**SUBJECTIVE:** (Chief Complaint)
No show for callout
w/u rescheduled

Med. Compliance:

**OBJECTIVE:** (Review System) Age:          Sex: Male      Race:

B/P:          P:          Wt:          T:          R/R:          SO2%:          Peak Flow:

Diabetic foot
Screen Test Steps

HEENT:
Last Op / Opth. Eval.:
Heart: Han RBBB 13a   8/14/02
Lungs:
Abdomen: need RBS glycottSp
Genital / Rectal:
Extremities:
Neuro:
Recent Lab Results:

**ASSESSMENT(S):** ALT 775  10/03
ALT 115  2/04

DSM IV Classification

Axis I:

Axis II:

Axis III:  Nep C

Preventive Care:          Diet:          Exercise:

Tobacco Use:          Medication Side Effects:

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | **FCI McKean** |
| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | |
| | | | **000088** |

PATIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; ID No. or SSN; Sex; Date of Birth; Rank / Grade)

Donald Moshier

REGISTER NO.  10924-052   WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA / ICMR

**PLAN:**

**Patient Education:**

(  ) Discussed Test Results  (  )  Discussed Tx Plan

(  ) Etiology, Complications, Prognosis, Prevention

(  ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes   (  ) No Smoking

(  ) Medication Dosage / Administration / Compliance / Side Effects

(  ) Patient Understood Topics  (  ) Instructed If Problems

or if running our of medication, should sign up for sick-call or send cop out.

**Diagnostic Studies:**  (  ) CBC / Dif  (  ) U / A  (✓) LFT  (  ) Chem. Profile  (✓) Lipids  (✓) HgAlc

(  ) PSA  (  ) Viral Load  (  ) CD4  (  ) Toxo Igg.  (  ) Hepatitis Panel

(  ) CXR  (  ) EKG  (  ) Others:  RBS

**Consultations:**  (  ) Optometrist  (  ) Ophthalmologist  (  ) Orthopedic Surgeon

(—) Others:

**Referral for Vaccination:**  (  ) Influenza  (  ) Pneumococal  (  ) Other:

**Return to Clinic for routine Follow-Up on:**  Resched will in 1 mo

**Treatments(s):**

H. BEAM, MD
FCI MCKEAN

STAND.  FORM 600 (REV. 6-

000089

NSN 7840-00-634-4176                                          AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

3/26/04  (S) 42 y/o  c/o Lump (soft) Rt. Thigh c gradual
1010h        enlargement c Pain — Onset? ~ 2 mos.
            Hx Lumps other Places — Chin / abdomen.
            Side Note — Breath/Mouth/dyspnea Hx (GER?)
                c LE's (leg / foot swelling).
        (O) CAOx3, NAD, ambulatory, ⊘ affect.
            — Chin — Epidermoid / Sebaceous Cyst
            — Abd — LUQ — Lipoma
            — RLE → Ant. Surface Thigh — ill defined ā 4cm
                oval, ⊘ tender, palpable soft
                doughy mass; ⊕ Mobile, ⊕ Erythema
                c min. to zero elevation, ⊘ pigmentation
            → Leg / Feet (Bilat) — Hyperpigmented, c
  NT (      1+ Pitting edema, c Medial ankle
  Nt. Temp (  & anterior Dorsal Surface Tibia breakdown
            — ⊘ ulceration ⊕ Scabbing 2° abrasion
        (A) Lipoma; Venous Insufficiency
        (P) Educate / Counsel — Reassure re. Mass.
            — Venous Insuff. & pot. ulceration
            Teds Stockings (Large / long knee high)
            F/u Dr. Bearr re. GERD Med. adjust., RTC PRN
            Understands  [signature]

                                    Robert E. Piotrowski, PA-C
                                        FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

REGISTER NO. 10924-052     WARD NO.

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000090

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
| --- | --- |

AUTHORIZED FOR LOCAL REPRODUCTION

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

CLINIC(S): ( )Cardiac ( )Hypertension ( )Diabetes ( )Infectious ( )Endocrine

( )Lipid ( )Pulmonary ( )Mental ( )Neurology ( )Ortho ( )General

**1/23/04** ( )Other: Hep C  GERD _[signature]_

**1240** SUBJECTIVE: (Chief Complaint)

"Hep C killing me"

"an cready x 2 wks"

OBJECTIVE: (Review System) Age: **42**  Sex: Male  Race: ____

B/P: 130/80  P: 70  Wt: 287  T:____  R/R:____  SO2%:____  Peak Flow:____

HEENT: OK _____  Last Op/Opht. Eval:____

Heart: _____ R side SL

Lungs: Clr  ROM Hip full

Abdomen: soft NT __  SPL E⊖

Genital/Rectal: dene - bala

Extremities:

Neuro:

Recent Lab Results:

ASSESSMENT(S):

DSM IV Classification

Axis I:

Axis II:

Axis III: Hep C  Acne - wart  GERD.

Preventative Care: Diet watchg,  Exercise walkg

Tobacco Use? yes

Medication Side Effects: NO

HOSPITAL OR MEDICAL FACILITY
SPONSOR'S NAME | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT
| SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCI McKean

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. 09 24-052 | WARD NO.

_Donald Moshier_

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 5-87)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000092

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|-----------------------------------------------------------------------|

Pain Level:   1      2      3      4      5      6      7      8      9      10

PLAN:   Hepati shot

Patient Education:

( )Etiology, Complications, Prognosis, Prevention ( )Diet, Diabetic/Cardiac/

Disease, Lifestyle Changes ( )No Smoking ( )Medication Dosage/Administration/

Compliance/Side Effects ( )Patient Understood Topics ( )Instructed if problems

or if running out of medication, should sign up for sick-call or send cop out.

Diagnostic Studies: ( )CBC/Diff ( )U/A (✓)LFT ( )Chem Profile ( )Lipids ( )HgAlc

( )PSA ( )Viral Load ( )CD4 ( )Toxo Igg. ( )Hepatitis Panel

( )CXR ( )EKG ( ) Others:

Consultations: ( )Optometrist ( )Ophthalmologist ( )Orthopedic Surgeon

( )Others:

Referal for Vaccination: ( )Influenza ( )Pneumococal ( )Other:

Return to Clinic for routine Follow-Up on:   3mo

Treatment(s):

Tetracline 500 mg × Bid #60 RF2
Ranitidine 150 mg × Bid #60 RF2
Debrox 2g HS Bid #1 RF0
Tylenol 500 ïi Bid #50 RF2

(indigent)

Reviewed By:
V. Geza, PharmD

1/23/04
Will allow OTC meds at this time.
Inmate has no funds currently
but does not qualify as indigent.
Inmate has purchased through Commissary
this month.

H. BEAM, MD
FCI McKEAN

Reviewed By:
V. Geza, PharmD

STANDARD FORM 600 (REV. 6-97) BACK

FPI, LEX    Printed on Recycled Paper

000093

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

12-10-03
1300

Ⓢ Pt states he feels better ....
C/o forehead pressure & pressure behind eyeball.

Ⓞ T = 97.8°F    $SaO_2$ = 97%    HR = 82
HEENT: ⊕ sinus tenderness
Turbinates +4/y Ⓛ c̄ thick white mucus
+3.5/4 Ⓡ
⊖ adenopathy

LUNGS: rhonchi throughout

Ⓐ Sinusitis c̄ viral syndrome

Ⓟ 1. Septra-DS    i po BID x 14d    #28  NR.
2. Actifed    i po QID prn for nose + sinus congestion  #20 NR.
3. Continue APAP previously R'd.
4. ↑ water intake, ↓ dietary protein. ↑ rest.
5. FU prn via s/c.

Reviewed By
V. Geza, PharmD

S. Labry
Steven Labrozzi, PA-C
Physician Assistant

12/22/03
1545

Adm - will order Hepatitis A vaccine series

note sent to I/m

H. BEAM, MD
FCI MCKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.
10924-052

WARD NO.

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000094

| | |
|---|---|
| 1/6/04<br>1100 | adm main line - c/o LBP -<br>w'd continue cannalevance<br>see form |

H. BEAM, MD
FCI MCKEAN

000095

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

11/30/03
2030

EMERGENCY: IM c/o Chest Pain, brought to ASU by COs in Gator

C/P Chest Pain × 20 minutes like elephant stepping on chest (c̄ radiation across chest, (R + L Pectoral areas) down (Right error < ) 11-30) Left Arm to elbow c̄ paresthesia thruout entire L. arm.

+9/10

C/o constant cough c̄ fever/chills since last night

Ⓞ IM clutching chest          BP = 140/60
T = 100.6 °F                   HR = 92
                              SaO₂ = 96%

⊕ tenderness to palpation of chest wall at Ⓛ > Ⓡ pectori)

HEENT: ⊖ adenopathy
       Ⓡ EAM +++ erythema
       Oropharynx s̄ exudates

LUNGS: CTA  ⊖ egophony      ECG: Normal

Ⓐ R/O Pneumonia  R/O bronchitis  URI / Viral syndrome / Gastritis

Ⓟ ✱ 1. Erythromycin 500mg     1 po QID × 10ᵈ    #40  NR (4 night cab/ant)
   ✱ 2. APAP-500               2 po QID prn fever, pain, HA  #40 Rx3 (6 night cab)
   ✱ 2a. Guaifenesin Dm        1 po BID c̄ ↑ water # 14 NR
   ✱ 3b. PeptoBismol ✱            c̄ intake
     4. ReCheck on Wednesday 3 Rx.    2 TBS po QID prn N/V.
     5. Pt understands Tx plan.        Do not take at same
                                       as other meds.  # 1 Rx 2
     (6. ASA given stat 325mg)     ____    Glenn Labrozzi, PA-C
       Maalox 45 ml given stat)            Physician Assistant
     7. IDLE × 3days.
   ✱ 8. BENADRYL 25mg    1 po QID × 24hrs.        #4 NR (4 nite cab)

Pharmacy

11/1/03
Reviewed By:
J. Geza, PharmD

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | H. BEAM, MD FCI McKEAN |

REVIEWED BY H. BEAM 11/7/03

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO. |
|---|---|---|

Moshier, Donald
10924-052

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000096

| | |
|---|---|
| 12-3-03 | (S) Rel✓ RE chest pain, fevers, etc   SEE 11/30/3 |
| 1070 | Not feeling better.                    Coughing has improved |
| | Bones + Muscles aches                 Chest still sore |
| | Diarrhea                              "aching" not |
| | | excruciating as on 11/30 |

Chest feels full
Headaches: Pressure

(O) Pt appears ill/weary   T= 96.4°F   $SaO_2$ = 95%   BP = $\frac{126}{79}$   HR = 82

HEENT: some tenderness to palp of frontal sinuses
TURBINATES + 3.5/4 bilat c thick white mucous
TMs pearly gray
Oropharynx: no exudate
⊖ adenopathy

LUNGS: Rhonchi expiratory > inspiratory throughout

PEAK FLOWS: 560, 340, 380

(A) R/O Pneumonia   R/O bronchitis   C/O Influenza.

(P) 1. albuterol 0.5ml in 3ml NS inhalation Tx.
VS p̄ Tx: T=98.1 BP= 116/76 SaO₂=97% HR= 81 Peak Flows = $\frac{450}{460}$ $\frac{450}{}$

2. CXR (done)

3. Consult Dr. Beam:
    - No evident Pneumonia (CXR)
    - Continue current TRPs on 11/30

4. ACTIFED    1̄ po Q10 PRN for sinus pressure.    #20 NR

5. Rel in 7 days.

Reviewed By:
V. Geza, PharmD

Steven Labrozzi, PA-C
Physician Assistant

000097

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 10/21/03 1230 | Inmate received 22 pages of medical records                     T. Petruzzi, HIT |
| 10/31/03 0640 | see injury report of this date.                              Eric Asp PA-C |
| 11/21/03 0930 | ⓢ c/o nasal congestion, H/A, sore throat c̄ cough, and upset stomach x 1 wk. Pain 4 on 1-10 scale ⓞ NAD 98⁸-70-16 130/78 SMOKer exam - inmate has very strong cigarette odor throat - erythema c̄ mild white patches ears - TM not visable due to cerumen impaction rt. ear, lt. ear WNL, ⊖ facial tenderness lungs - mild wheezes ⓐ 1) URI vs pharyngitis 2) dyspepsia (cont) ⓟ IDCV                J GLENN FNP-C |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. 10924-052 | WARD NO. |
|---|---|---|

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000098

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 4/21/03 | (P) 1) Amoxicillin 500 mg, po TID x 10 days |
| 0930 | 2) Actifed 1 po TID x 5 days |
| (cont) | 3) Pepto Bismal 30 cc po TID prn N/V/diar |
| | 4) ↑ fluids |
| | 5) No Smoking |
| | 6) Educated on Rx, plan of care, f/u verbalized understanding |

J Glenn FNP-C

Reviewed By
V. Geza, PharmD

STANDARD FORM 600 (REV. 6-97) BACK

000099