| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

CLINIC(S): ( )Cardiac ( )Hypertension ( )Diabetes ( )Infectious ( )Endocrine

( ) Lipid ( )Pulmonary ( )Mental ( )Neurology ( )Ortho ( )General

( )Other:

0/16/0?
1300

SUBJECTIVE: (Chief Complaint) get pain under (R) rib
back pain, bad back, disability on street
always feel sick, muscle, joint ache

OBJECTIVE: (Review System) Age: 42  Sex: Male  Race:

B/P: 110/  P: 70  Wt: 283  T:  R/R:  SO2%:  Peak Flow:

HEENT: ok  Last Op/Opht. Eval:

Heart: s/w  Hep C & since probably

Lungs: clear  20 yr

Abdomen: soft tender RUQ  ache on back

Genital/Rectal:  He handed me 5 copouts

Extremities:  "Says he doesn't want anyone in the BOP"

Neuro:

Recent Lab Results: ALT 115  In Contact with Attorney

ASSESSMENT(S): Hep C  SRU ⊖ 10

Chronic LBP  Disarmed Trust, relationship
no ETOH in rk/view AA in rk

Preventative Care: Diet watch lunches  Exercise walking  4 hrs/wk

Tobacco trying to quit  Medication Side Effects: no

| R MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |
| NAME |  |  |  |
|  | SSN/ID NO. | RELATIONSHIP TO SPONSOR |  |

IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No. or SSN; Sex; Date of Birth: Rank/Grade.)

REGISTER NO. 10924-052  WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

mosshier Donald

000100

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---|

Pain Level:  1    2    3    4    5    6  ⊘  7    8    9    10

PLAN:

Patient Education:

( ✓ )Etiology, Complications, Prognosis, Prevention ( ✓ )Diet, Diabetic/Cardiac/

Disease, Lifestyle Changes ( ✓ )No Smoking ( )Medication Dosage/Administration/

Compliance/Side Effects ( ✓ )Patient Understood Topics ( ✓ )Instructed if problems

or if running out of medication, should sign up for sick-call or send cop out.

Diagnostic Studies: ( )CBC/Diff ( )U/A ( )LFT ( )Chem Profile ( )Lipids ( )HgA

Hep C Battery ( )PSA ( )Viral Load ( )CD4 ( )Toxo Igg. ( )Hepatitis Pane

Hep A & B Serologies R ( )EKG ( ) Others:

Consultations: ( )Optometrist ( )Ophthalmologist ( )Orthopedic Surgeon

( )Others:  psych

Referal for Vaccination: ( )Influenza ( )Pneumococal ( )Other:

Return to Clinic for routine Follow-Up on: 3mo

Treatment(s):

Tylenol 500mg ii po Bid #30 RF2

Reviewed By
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

000101

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 10/9/03 | admns note. |
| 2200 | Talked to inmate about request for Hep A vaccination. Had discussion about HCV ⊕. Will consult Dr. Beam. |
| | Rx TCN 500 mg 1 PO BID dispense #30 R-3 Dx Cystic acne |
| | Zantac 150 mg 1 PO QHS dispense #30 R-3 Dx reflux |
| | Eric Asp PA-C |
| | *(To AM Pill line (window)* |
| 10/10/03 | Reports for 10/09/03 Kent last note |
| 0655hr | for Neds that visit ⊕ prior meds 2° |
| | → 09/30/03 visit – 2° URI – didn't f/u till 10/2/03 |
| | → 00/02/03 meds confiscated c placement into Shu |
| | Verified c Seg. – Confined 10/2/03 → thru 10/8/03 |
| | S/Sx persistent – Though slightly better |
| | CAOx, Amb, Mod distress c Congestion |
| | → header: Amoxicillin 500mg 1 PO TID x 10d #30 O Ref |
| | (Actifed) 1 PO QID x 5 days O Ref |
| | Motrin 400mg 1-11 PO TID PRN Fever #20 OReg |
| | E. Asp, PA-C |
| | Reviewed By: V. Geza, PharmD |
| | Robert R. Piehowski Ph-C FCI McKean |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT  FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO.  10924-052 | WARD NO. |
|---|---|---|

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000102

Case 1:05-cv-00180-SJM-SPB    Document 25-13    Filed 03/21/2006    Page 4 of 50

FCI McKean
Robert F. Douraan, PA-C

FAC
Ftc wep

000103

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

9/26/03
12:00

Adler
Hgc ⊕ on testis
P/U clinic conclinic
                              WBe

9/18/03
MW

S: "I'm sick," ⊕ cough ⊕ vomiting ⊕ diarrhea ⊕ HA c̄ stiffness.
Jks since last night. Seeks tx.

O: NAD. Temp: 99.4  Eyes + ears: clear, TM's intact. Nasal: turbinates boggy, o/p: MM's pink + dry. Foul odor to breathe. Neck: supple s̄ adenopathy. Chest: CTA bil. Abd: obese, NT, ⊕ BS's x4 quadrants c̄ hyperactive sounds x4 ⊖ guarding, ⊖ HSM.

A: 1. Viral Syndrome c̄ cold like sxs.

P: Pepto bismol #1, 30 ccs up to 4x day.  ok.
- Chlorpheniramine, 4 mg. 1 tab po b'd. # 10  ok
- tylenol ES, 500 mg. 2 tabs po q6h prn. # 20 ok    Idle x 24°
pt ed re: viral syndrome, bland diet, rest, ↑ fluids  RTC
prn. Pt understands                              B. Singh NP

Reviewed By:
V. Geza, PharmD

BONNIE SAYLOR, NP
FCI MCKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 18724-052   WARD NO.

Donald Moshier

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000104

9/30/03  Ⓢ c/o stuffy nose, rt. ear pain,
1000      back pain x 1 wk. pain ⑧ on 1-10 scale
          Hep C +        Smoker
          Ⓞ NAD 98⁶
          ears - rt. ear TM bulging canal
          red
          nose - stuffy, pale membranes
          throat - erythema no exudate
          lungs - wheezes all fields
          Ⓐ 1) URI  2) R/o asthma  3) Chronic (BP
                                     4) Otitis media
          Ⓟ 1) Actifed ī po TID x 5 d NR
          2) Motrin 400 mg ī or ī po TID prn
             c̄ food #20 RX1
          3) Albuterol inhaler ī puffs QID
             prn #1 NR
          3) Amoxicillin 500 mg ī TID x 10 d NR
          4) ↑ fluids
          5) Educated on RX, plan of care,
             f/u in 5 days if no improvement
             sooner if ↑ symptoms
          6) Id le x 3 days _____ ___ em
                                J GLENN FMP-C
                  9/30/03

Reviewed By:
V. Geza, PharmD
                D. Olson, MD
                Clinical Director

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

6/23/03
1200

(S) Requests TCN for acne

(O) NAD, SKIN: ⊕ scarring lesions posterior torso

(A) Severe scarring acne

see 3/11/03

(P) 1. Tetracycline 500    T po BID on empty Stomach ē
full glass of water.
#30  Rx3

2. F/U prn via S/C.
6/23/03

Reviewed By: (V.G. PharmD)
V. Geza, PharmD

S. Labrozzi

**Steven Labrozzi, PA-C**
**Physician Assistant**

7/11/03
1330

No show for scheduled S/C appointment.

B. Saylor NP-C

**BONNIE SAYLOR, NP**
**FCI MCKEAN**

7/28/03
1035

S: C/o heartburn — gets every night after he eats,
Up in his throat. His unit goes last.
C/o head cold ē cough, mucus, x 2 weeks,

O: NAD    Temp. 97.6

HEENT: ⊕ erythema, ⊕ mucous

Lungs: CTA bilateral s̄ wheezes, rales

Abd: soft, nontender ⊕ BS

A: 1) URI
2) heartburn

P: Continue on other side,

EMC ASP
PA-C

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.
10924-052

WARD NO.

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000106

| DATE | |
|---|---|
| 7/22/03 | continue from other side |
| 1035 | 1) D) Education - stop smoking - Pt understands. |
| | (2) Zantac ↓ PO BID dispense # 20 R-2 |
| | (3) Handril LA 600mg ↓ PO BID dispense # 14 R-0 |
| | (4) Zoloft Elavil (STP) Actifed ↓ PO TID dispense # 15 R-0 |
| | (5) Flu PRN |

7/22/03
Reviewed By:
V. Geza, PharmD

Eric Asp PA-C

Eric Asp
PA-C

| DATE | |
|---|---|
| 8/24/03 | No show for scheduled appt. |
| 1100 | will reschedule |

J. GLENN, FNP
FCI MCKEAN

| DATE | |
|---|---|
| 9/2/03 | S: c/o (R) knee pain - no trauma, but jud hurts at top |
| 1010 | of patella |
| | c/o severe H/A / sinus x 2 weeks. |
| | Wants Hep C test, IV drug use, snort cocaine, unprotected sex |
| | O: NAD |
| | EXT: Full ROM active and passive - tender to palpation |
| | of (R) medial-proximal area. |
| | HEENT: nasal congestion, post nasal drip |
| | A: 1) knee pain  2) URI |
| | P: 1) ibuprofen 800mg ↓ PO TID dispense # 24 R-0 |
| Note # Rx | 2) CTM 4mg ↓ PO QID dispense # 12 R-0 |
| | 3) actifed ↓ PO BID dispense # 15 R-0 |
| | 4) Education - reexercise, ↑ stretcher - Pt understands. |
| | 5) Flu PRN  6) tCN 500mg ↓ PO BID dispense # 30 R-3 |
| | 6) HCV Test |

9/2/03
Reviewed By:
V. Geza, PharmD

Eric Asp
PA-C

000107

ISN 7560-00-634-4178

900-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF M___CAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

**6/23/03**
**0915**

FOOD HANDLERS PHYSICAL

S:  Changes in physical health: _none_

O:  Cough? _none_   Fever? _none_   Night Sweats: _none_

Skin rash/lesion? _legs_   Hands? _clear_

Temp: 97⁴   B/P: 138/78   Pulse: 76   Resp: 16   Weight: 294

Throat:      wnl? _yes_   other:

Respiratory:      wnl? _yes_   other:

Cardiac:      wnl? _yes_   other:

PPD date: 7/12/01   positive/negative

CXR date:      positive/negative

Other: (tattoos,) evidence of IVDA)

A:  EHM? _yes_   other:

P:  1)  OK for Food Service? (yes)   no

2)  If not OK, schedule for MD evaluation (reason):

3)  Pt. Education: _Hygiene / infectious disease_

J GLENN FNP-C

| PATIENT'S IDENTIFICATION *(Use this space for Mechanical imprint)* | RECORDS MAINTAINED AT: | FCI McKean | |
|---|---|---|---|
| | PATIENT'S NAME *(Last, First, Middle initial)* | | SEX |
| Moshier, Donald | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| 10924-052 | SPONSOR'S NAME | | ORGANIZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 900 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

000108

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

6/23/03  Ⓢ c/o problem c veins in legs,
0910    swelling of legs & allergies
        Pain 2 on 1-10 scale
        Ⓞ NAD 97⁴-76-16  138/78
        legs - ⊕ edema both lower
        legs ⊕ pulses & capillary
        refill  varicosities noted/
        eyes - watery
        nose - clear drainage
        Throat - WNL s exudate
        lungs - CTA
        Ⓐ 1) Seasonal allergies
           2) Varicosities
        Ⓟ 1) Actifed ī po TIDx5 dNR
           2) TED hose
           3) ↑ Fluids
           4) Elevate legs
           5) Educated on Rx + plan of care
           6) F/U prn sick call

        6/23/03                    J Glenn FNP-C

Reviewed By:
V. Geza, PharmD                   J GLENN FNP-C

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10924-05

WARD NO.

Mosier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000109

000110

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 4/10/03 1400 | Intake Screen — no [?] medical status |
| | T. Montgomery, MLP AHSA |
| 5/12/03 0750 | S: C/o sinus cold |

H/A, stuffy nose, cough (mild). States using cough syrup on commissary. On TCN [?] 500mg BID allergies NKDA. ∅ a smoker. Symptoms x 1 week.

O: NAD   Temp. 97.1
HEENT: ⊕ nasal congestion, ⊕ post nasal drip.
Lungs: CTA bilateral s̄ wheezes, rales
Heart: RRR s̄ murmur.

A: URI

P: ① actifed (tripolidine 4cl / Pseudoephedrine 4cl) ī PO BID #10 R-0
② ibuprofen 800mg ī PO BID #10 R-0
③ Education — hand washing, Rx and side effects; Pt understands
④ Saline spray ī spray each nostril QID PRN dispense ⊕ 1 bottle
⑤ Flu PRN

Eric Asp PA-C
Eric Asp PA-C

5/12/03 V. Ge, Phm1

Violette Geza, PharmD. RPh
Chief Pharmacist

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. 10924-052 | WARD NO. |
|---|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

Moshur, Donald

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| | |
|---|---|
| 5-27-13 | S) C/w head cold and ear ache x 1 week. Seeks relief. |
| 0452 | O: NAD. Temp 100.3°. Eyes: Pearla. Ears: bil canals c erythema and edema |
| | TM's intact. Nasal: turbinates boggy c rhinorrhea, O/P: mms pink + moist, |
| | neck: supple, J adenopathy. Chest: ctA bil. |
| | A: bil OM, viral syndrome cold-like sxs |
| | P: CPM's, 4mg. 1 tab po q 8° H21 qR |
| | Tyl. 325mg. 1-11 tabs q 4-6° prn H20 qR |
| | Amoxicillin, 500 mg. 1 tab po TID x 10 days # 30 qR. Pt education + |
| | re: OM. RTC prn #10 days for F/U. Pt understands. B Saylor NP |
| | |

5/27/13
Reviewed By: V. Geza Pharmd
V. Geza, PharmD

BONNIE SAYLOR, NP
FCI MCKEAN

| | |
|---|---|
| 6-13-03 | EMERGENCY SICK CALL |
| 0700 | (S) Bad cold body aches fever/chills vomiting x 2-7 days |
| | cough: gobs of blood head stuffed. NA |
| | (O) T=98.4° F |
| | HEENT: Turbinates +4/4 Left +3/4 Rt |
| | ⊕ tenderness to palp of F/m sinuses |
| | ⊖ adenopathy |
| | Oropharynx: ⊖ exudates |
| | LUNGS: ⊕ rhonchi thru-out |
| | ⊕ wheezes. |
| | (A) Bronchitis. URI, Sinusitis |
| | (P) 1. Albuterol inhaler 1-2 puffs QID prn SOB #1 NR. |
| | 2. Amoxicillin 500 mg 1 po TID x 14d #21 Rx1 |
| | 3. Pepto Bismol 1-2 TAB QID prn #1 Rx2 |
| | 4. Motrin-400n 1 po q4hrs prn HA, pain, body aches #30 Rx1 |
| | 5. Actifed 1 po QID prn nasal + head congestion, cold sxs. # 30 NR. |
| | 6. ↑ water + protein intake ↑ rest. DAT |
| | 7. IDLE x 3 days |
| | 8. IM unrented Tx plan RTC prn |

6/13/13
Reviewed By: V. Geza, PharmD

Steven Labrozzi, PA-C
Physician Assistant

Reviewed by D. Olson, MD
ate: 6/13/13

STANDARD FORM 600 (REV. 6-97) BACK

000113

**MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT**
**U.S. Department of Justice**

| | |
|---|---|
| **TB Clearance** ☑Yes ☐No<br><br>1) PPD Completed: _3/25/03_<br>   /Date<br>Results: _negative_<br><br>2) CXR Completed: ⊖<br>   Date<br>Results: _____<br><br>3) Health Authority<br>Clearance: _C Stearns RN_<br><br>Sign _C St_  Date _4/10/03_<br>Note:<br>Dates listed above must be<br>within one year of this transfer. | **I. PRISONER/ALIEN**<br><br>Name:                    Prisoner/Alien Reg. #      D.O.B:<br>_Mosher, Donald_    _19781_       _8/18/61_<br><br>Departed From:                  Date Departed:<br>_ECP_                    _4/10/03_<br><br>Destination:                Reason for Transfer:<br>_Federal_<br><br>Dist. Name:            Dist. #          Date in Custody:<br>_WPA_            _0168_<br><br>**II. Current**   1. _LBP - MVA_   4. _____<br>**Medical**   2. _hip pain_    5. _____<br>**Problems**  3. _c/o depression_  6. _____ |

| Medication | Dose | Route | Instructions For Use (Include proper time for Administering) | Stop |
|---|---|---|---|---|
| _See MAR_ | | | | |
| _copy_ | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Medication Required For Care En Route**

Additional Comments: _f/u c psych + MD_
_NKA_

**III. SPECIAL NEEDS AFFECTING TRANSPORTATION**

| | | | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ☑Yes ☐No | If no, Why not? | |
| Is prisoner medically able to travel by airplane? | ☑Yes ☐No | If no, Why not? | |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ☑Yes ☐No | If no, Why not? | |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ☐Yes ☑No | If yes, state reason: | |
| Does prisoner require any medical equipment while in transport status? | ☐Yes ☑No | If yes, What equipment? | **000113** |

Sign & Print Name- Certifying Health Authority:       Phone Number:        Date Signed:
_C Stearns RN_                    _451-7552_        _4/10/03_
_C Stearns LPN_

Yellow (original) - Upon Transfer                    Form USM-552

BP-S659.60 **MEDICAL SUMMARY ( FEDERAL PRISONER/ALIEN IN RANSIT** CDFRM
MAY 99
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TB Clearance Yes ✓ No ___<br>1. PPD Completed: _____ 11/11/02<br> Date<br>Results: O / O mm<br>2. CXR Completed: _____ Date<br>Results: _____<br>3. Health Authority<br>Clearance: / 40S<br>✓ 3/25/03<br>Sign Date<br>**Note:**<br>Dates listed above must be within one year of this transfer. | Name: Moshier, Donald    Prisoner/Alien Reg. #: 10924-052    D.O.B. 8/8/61 |

| Name | Prisoner/Alien Reg. # | D.O.B. |
|---|---|---|
| Moshier, Donald | 10924-052 | 8/8/61 |
| Departed From McKean | Date Departed 3/25/03 | |
| Destination Writ | Reason for Transfer MSM medical | |
| Dist. Name | Dist.# | Date in Custody __/__/__ |

Current 1. Hx LBP    4. _____
Medical 2. _____    5. _____
Problems 3. _____    6. _____

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| | | | None | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions

**Special Needs Affecting Transportation**

| | | If no, why not? |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes ___ No | |
| Is prisoner medically able to travel by airplane? | ✓ Yes ___ No | |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes ___ No | |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ___ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | ___ Yes ___ No | If yes, what equipment? |

**000114**

| Sign and Print Name / Certifying Health Authority | Phone Number (814) 362-8500 | Date Signed 3/25/03 |
|---|---|---|

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

NSN 7540-00-634-4176                                                      AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**3/4/03**
**2030**

Ⓢ MULTIPLE COMPLAINTS    41 y/o WM

A) Severe cold × 2 weeks .... cough, chest congestion, HBS nasal congestion

B) Chest pain × 2 weeks .. associated with cold?
sharp +7/10 mid sternal to left pectoral pain radiates down left arm, fingers go numb. occurs several times daily. PAIN ↑ with coughing + breathing. Pt does not know if anything ↓ pain.

C) RASH in scalp line / scalp c̄ itching

D) Severe acne - posterior torso, armpits. ⊕ pus

Ⓞ NAD.  T = 98.7°F  HR = 88  SaO₂ = 95%  BP = 116/88 RA sitting

HEENT: periorbital areas appear edematous
⊕ tenderness to palp of maxillary sinus
Turbinates +3/4 bilat.  TMs pearly gray
oropharynx ; erythematous
⊝ adenopathy

LUNGS: ⊕ expiratory ronchi + wheezes heard throughout lung fields. these adventitious lung sounds disappear after Pt coughs.   ⊝ egophony.

SKIN: { ⊕ scaling, erythematous lesions in scalp
⊕ acne-form lesions throut posterior torso. ⊕ suppuration
⊕ scarring. ⊕ lesions also in axillae. (axillae)

EKG: NSR. No S-T segment elevation / depressions.
No arrhythmias.  Normal ECG

Ⓐ 1. Sinusitis + URI       4; C/P 2° URI / cough
2. Severe acne
3. Seborrhea

Ⓟ 1. Septra-DS    ī po BID (BID) × 10 days for sinusitis    #20 NR
2. Tetracycline 500mg   ī po BID on empty stomach, beginning on 31 Mar 03 after completion of Septra-DS.    #30 Rx3
3. Actifed    ī po QID (QID) for congestion + cold symptoms   #20 NR
4. Ibuprofen 400mg   ī po q4hrs prn HAs, pain.   #30 Rx1
5. Guaifenesin-DM   2 po BID for cough + chest congestion, ↑ H₂O intake.   #20 NR
6. SELSUN 2.5% Lotion   massage 1-2 tsp into wet scalp, rinse thoroughly after 3 minutes. Repeat 3× weekly.   #1 Rx1
7. Pt to ↑ daily water intake.
8. Pt Ed re----ue of meds. Pt understands Tx plan.
9. RTC prn.

*S. Labrozzi*

Steven Labrozzi, PA-C
Physician Assistant

Reviewed by D. Olson, MD
Date: 3/31/03

Vidette Geza, PharmD, RPh
Chief Pharmacist
3/12/03

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Moshier, Donald

| REGISTER NO. | WARD NO. |
|---|---|
| 10924-052 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000115

Case 1:05-cv-00180-SJM-SPB   Document 15-13

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

2/18/03
1025

Ⓢ c/o sinus pressure, H/A, Rt. ear crackles. Pain 4 on 1-10 scale

Ⓞ NAD afic
ears - Rt. ear erythema of canal obstructed TM, Lt. ear Ⓞ WNL
face - mild tenderness over frontal sinus area
throat - erythema Ⓞ exudate
lungs - CTA

Ⓐ 1) Sinusitis  2) Rt. otitis media

Ⓟ 1) Amoxicillin 500 mg ⅰ PO x 10 d ⅰ BID x 10 dns
2) Actifed ⅰ po TID x 5 d NR
3) Tylenol 500 mg ⅱ po q8° prn #30 NR
4) ↑ fluids
5) Educated on Rx + plan of care
6) F/U prn sick call

Reviewed by D. Olson, MD
Date: 2/11/03

_. GLENN, FNP
FCI MCKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10924-052

WARD NO.

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000117

2/20/03
1115

S Inm c/o [illegible] pent abdm - [illegible] - want
* Not - asking for HIV test - ⊕ bleed
[illegible] - noticed lump 2 wks ago - blood on
toilet paper off&on - Hx IVDA x 18 yrs
[illegible] meth & cocaine - have shared needles -
mult sex partners unprotected

O no mass appreciated @ [illegible] of rib - prob [illegible]
tissue - no [illegible] hemorrhoid seen - sm external
[illegible] at 6:00 ⊕ blood

A Hemorrhoid
⊕ IVDA Hx    R/o HIV

P Will order HIV testing now
[illegible] ed as to Dx. Understands F/u prn

Reviewed by D. Olson, MD
Date: 2/21/03

T. Montgomery, MLP

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

12/9/02
0900

S: Cont. to c/o cold symptoms → cough, congested head, runny nose. Also states bumps under (R) arm are coming back

O: Lungs- CTA. Ears- TM's WNL. Throat- benign. Neck - Ø palpable nodes. Nasal turbinates erythem. + inflammed c̄ thin mucous noted. Ø sinus tenderness.
Erythem. maculopapular lesions c̄ central raised focus noted (R) axillary area. Ø dng

A: URI     cyst/abscess (R) axilla

P: Tetracycline 250mg #40 ī QID x 10
Actifed #10 ī bid x 10
Tylenol. Take medic. as directed. Warm compresses to (R) axilla. RTC prn. St. Bradley sterbs
Gracia Fairbanks PA

GRACIA FAIRBANKS
Physician Assistant

*(handwritten vertical note at left margin:)* 06/24/02 Violette Geza, PharmD, RPh Chief Pharmacist

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Mosher, Donald
10924-052

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000119



2/3/03
0800

(S) c/o sinus pressure & pain > 2 wks also back is breaking out, and H/A's all the time. Pain 5 on 1-10 scale

(O) 97.6   136/82

eyes - PERL

face - ∅ sinus tenderness

throat - erythema ∅ exudate

ears - TM's pearly gray ⊕ light

nose - ↓ air exchange, pale membranes

(A) 1) nasal congestion / sinus congestion
2) H/A's

(P) 1) Actifed ī pO T 10 x 5 d ∅ R
2) Saline nasal spray īī squirts QID prn each nostril #1 N R
3) Tylenol 500 mg īī po q8° prn #30 N R
4) ↑ fluids
5) Educated on Rx & plan of care
6) F/U 2/4/03

J Glenn

Reviewed by D. Olson, MD
Date: 2/3/03

J GLENN FMP-C

NSN 7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

11/19/02
1025

S: c/o heartburn x last 2-3 weeks → worse
@ night. Also c/o 11 big pimples under
®arm.

O: abd soft c sl. epigastric tenderness.
Ø masses Ø organomegaly. BS present.
Back - (+) evidence of scarring from severe
cystic acne on entire back! ® axilla-
11 pea sized lesions c central focus.
Ø drg @ present

A: Dyspepsia    Cyst/abcess ® axilla

P: Pepcid 500mg #40 → QID X OR
Zantac 150mg #20 → BID X 2R
#educate Take meds as directed. Warm compresses
to aa. Ø eating 3° prior to hs. ↑ head while
sleeping. RTC PRN. PT understands

G. Fairbanks
Physician Assistant

(vertical left margin) 11/19/02 Violette Geza, PharmD. RPh  Chief Pharmacist

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Moshier, Donald
10924-052

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000121

11/27/02
1400

S) c/o coughing until he gets a H/A & sore throat x yesterday Pain 4 on 1-10 scale, can't sleep at night

O) NAD 98⁴-74-16  138/78
nose - ↓ air exchange lt. nostril
throat - erythema ∅ exudate
lungs - expiratory wheezes
LUL
ears - WNL    eyes - watery

A) URI vs Flu Syndrome

P) 1) Actifed ī po TID x 5 days NR
2) Guaifenesin ī po BID # 14 NR
3) Tylenol 500 mg īī po q8° prn
#30 NR
4) ↑ fluids prn
5) F/U 11/30/02 in PM

J GLENN FMP-C

11/27/02
Violette Geza, PharmD, RPh
Chief Pharmacist

NSN 7840-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 9/12/02 1300 | (S) Inmate c/o cont. lt. ear pain and c/o stiff neck & lt. shoulder pain (see note (9/9/02) Pain 7 on 1-10 scale (O) Inmate unable to turn neck (T) (100²) - 84 - 18 138/88 neck - enlarged nodes, pain c̄ rotation lt. ear - TM dull, bulging, canal has erythema (A) AOM/Otitis (P) 1) Amoxicillin 500mg i po TID x 10 days 2) Heat/Ice to shoulder area 3) Cont. Motrin for temp/pain 4) Educated on Rx plan & care 5) F/U prn sick call 6) Return 9/13 temp. ✓ 7) Dr. Beam (exam inmate)  J. Glenn J. GLENN, FNP FCI McKEAN |
| 9/12/02 V. Gya. Pharm@ N. Beam Pharm@ | |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| --- | --- | --- | --- |
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
| --- | --- | --- | --- |
| | | | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10924-052

WARD NO.

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000123

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-----------------------------------------------------------------------|
| 9/16/02 1025 | S: Pt called to unit to have pt report to HSU. States ℗ ear pain is better. Ø drg from ear noted |
| | O: ℗ ear canal c thick yellow/green drg. TM not visible. EAC erythematous. Temp 98². C+S of ear drg shows: Pseudomonas, S. aureus, Beta hemolytic strep |
| | a: Otitis externa |
| | P: Stop taking amoxicillin + return to HSU. Δ to Cipro 500 mg II 20 T bid X OR. Pt educ. Take meds as directed. RTC Thurs 9/19 @ 1230 for re √. Pt understands |

*4/16/02 N.ear, PharmD*
*N.ear, PharmD*
*V.ear, PharmD*

9/17/12

**GRACIA FAIRBANKS**
**Physician Assistant**

OLSON, M.D.
CLINICAL DIRECTOR

000124

NSN 7840-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

**6/12/02**
**0920**

Physical exam done

*Gracia Fairbanks PA*

Gracia Fairbanks, MLP

**8-4-02**
**1530**

(SHU)

S: C/o pain in ℗ ear x 3 days. States it is draining on his pillow. Pain is '5-6' on 1-10 scale. Seeks relief. Also, C/o diabetes, family hx.

O: NAD. ℗ ear: Canal clear, TM intact ℗ ear: ↑ cerumen. TM not observed. T-97⁴.

A: Cerumen impaction; R/o diabetes

P: Debrox, 5-7 gtts in affected ear q hs x 4 days #1 ℗. Pt education re: cleaning ears. RTC x 4 days or prn for F/U. Lab: FBS, Pt understands. — *Bonnie Saylor NP*

**BONNIE SAYLOR, NP**
**FCI McKEAN**

REVIEWED BY: [signature]
8/5/02
H. BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10924-052   WARD NO.

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000125

9/9/02
11:25   S: c/o (L) ear pain x last 2 weeks ≈ 10 on
        a 1-10 scale. Ø pain @ present time.
        also c/o a loss of hearing x 2 weeks
        + green drg x last 1 week

        O: Temp 98², Throat-benign. (+) (L) anter cervical
        nodes palpated. Nasal turbinates WNL.
        (R) Ear-(R) TM intact. (L) ear - mod amt green
        purulent drg noted. TM not visible

        A: Otitis externa

        P: Antispasin ear gtts #1  ii-iii gtts (L) ear
           tid x OR

        Pt educ. Use ear gtts as directed. Culture
        (L) ear taken. Call-out Thurs 9/12/02 @
        12:30 for rev. Pt understands

                                    Gracia Fairbanks RPA
                                    Gracia Fairbanks, MLP

9/9/02   Addendum to above note
1:25     Motrin 800 mg #21  1 tid prn c food x 1R
         Pt educ. Take meds as directed. Pt understn
                                    Gracia Fairbanks
                                    Gracia Fairbanks, MLP

Case 1:05-cv-00180-SJM-SPB   Document 25-13   Filed 09/21/2006   Page 28 of 50

BP-S639.060 **MEDICAL SUMMARY** **FEDERAL PRISONER/ALIEN IN TRANSIT** CDFRM
MAR 99
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF

| TB Clearance Yes _X_ No __ | NAME: MOSHIER, DONALD | Prisoner/Alien Reg REG. 10924-052 | D.O.B. |
|---|---|---|---|
| 1. PPD Completed: 7/14/01 Results: 0 mm | Departed From **MDC Brooklyn** | Date Departed  6/5/02 | |
| 2. CXR Completed Results: Health Authority | Destination   **USM** | Reason for Transfer   NON MEDICAL | |
| Clearance: ___YES___ Sign _____ Date 6/4/02 | Dist. Name | Dist.# | Date in Custody __ / __ / __ |

Note: Dates listed above must be within one year of this transfer

| Current | 1. _____ | 4. _____ |
|---|---|---|
| Medical | 2. _____ | 5. _____ |
| Problems | 3. _____ | 6. _____ |

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care Enrout** | |
| NONE | | | NONE | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments
CONTINUE WITH MEDS TIL SEEN BY DR.

## Special Needs Affecting Transportation

| | | | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | _X_ Yes ___ No | If no, why not? | |
| Is prisoner medically able to travel by airplane? | _X_ Yes ___ No | If no, why not? | |
| Is prisoner medically able to stay overnight at another facility en route to destination? | _X_ Yes ___ No | If no, why not? | |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ___ Yes _X_ No | If yes, state reason | |
| Does prisoner require any medical equipment while in transport status? | ___ Yes _X_ No | If yes, what equipment? | |

**000127**

| Sign and Print Name - Certifying Health Authority **S. RIOS    SPA** | Phone Number (718) 840-4200 | Date Signed 6/4/02 |
|---|---|---|

P Lewisburg

nate Received, this date 6/5/02

dical History Reviewed          Yes No
idence of lice                  Yes No
icidal Thoughts                 Yes No
cent Assault, Trauma or Abuse   Yes No
gns and Symptoms of Infect Dse  Yes No
ergies to Medications           Yes No
edications                      Yes No

    D. McClintock, NREMT-P
    Paramedic
    USP Lewisburg

ON TRANSFER
USP LEWISBURG
MEDICATIONS   YES ___   NO ✓

    D. McClintock, NREMT-P
    Paramedic
    USP Lewisburg

6/6/02     FCI/FPC McKean
           Inmate Received this date _____
1200       Medical History (BP-360) Reviewed
           Evidence Body Lice: Yes/No
           Medications: Yes/No - Given _____

    T. Montgomery, MLP

ISN-7540-00-634-4176                                                AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

5/23/02    — Received MDC Brooklyn
14:15      — No medication
           H/ Fx nose 2° to assault May 2002.
           P° Substance abuse
           Ch LBP. 2° MVA. — 1989
           A 80 Physical Ex
           H/ Naprosen 275g #20 RX
                 + PO x BID — 10 day
           — Advice S/c PRN    [signature]
                                    ARUN VERMA

---

HOSPITAL OR MEDICAL FACIL[ITY]                                    RECORDS MAINTAINED AT

SPONSOR'S NAME

| | NAME | | |
|---|---|---|---|
| | **MOSHIER JR. DONALD** | | |

PATIENT'S IDENTIFICATION:

| Date Of Birth | Sex | Institution | Date Of Photo |
|---|---|---|---|
| 8/18/1961 | M | BRO | 5/22/2002 |
| Height | Weight | Hair Color | Eye Color |
| 601 | 260 | BD | BL |
| Custody / QTR | | Spec. Cond | |

CCC / CSW        WRK

REGISTER NUMBER
**10924-052**

[SP]ONSOR

[REG]ISTER NO.        WARD NO.

[CHRONOL]OGICAL RECORD OF MEDICAL CARE
Medical Record
[STAN]DARD FORM 600 (REV. 6-97)
[Prescribe]d by GSA/ICMR
[FIRMR (]41 CFR) 201-9.202-1

000129

Case 1:05-cv-00180-SJM-SPB    Document 25-4    Filed 07/30/2008    Page 31 of 50

ISN 7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

5/22/02

**S. DAVIDSON**
Medical Records
MDC Brooklyn

HEALTH SERVICE UNIT
MDC BROOKLYN
100 29 TH STREET
BROOKLYN        NK 11232

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

MOSHIER JR, D

10924-052

| REGISTER NO. | WARD NO. |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000131

Case 1:05-cv-... Document ... Filed ... Page 33 of 50

000132

# MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT
## U.S. Department of Justice

| | |
|---|---|
| TB Clearance ☒ Yes ☐ No | **I. PRISONER/ALIEN** |
| 1) PPD Completed: _7/4/01_ Date | Name: _Mosher, Donald_    Prisoner/Alien Reg. # _____    D.O.B: _8/18/61_ |
| Results: _0 m m_ | Departed From: _BC-SD14_    Date Departed: _____ |
| 2) CXR Completed: _0_ Date | Destination: _____    Reason for Transfer: _____ |
| Results: _0_ 3) Health Authority | |
| Clearance: _✗_ | Dist. Name: _____    Dist. # _____    Date in Custody: _____ |

| | |
|---|---|
| Sign        Date | **II. Current** |
| Note: | **Medical** |
| Dates listed above must be within one year of this transfer. | **Problems** |

**II. Current Medical Problems**
1. _Recent trauma face / nose_     5. _____
2. _____     6. _____
3. _____

**Medication Required For Care En Route**

| Medication | Dose | Route | Instructions For Use (Include proper time for Administering) | Step |
|---|---|---|---|---|
| Naprosyn | 500mg | PO | T PO BID | |
| CTM | 4mg | PO | TID | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments:

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ☒ Yes  ☐ No | If no, Why not? |
| Is prisoner medically able to travel by airplane? | ☒ Yes  ☐ No | If no, Why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ☒ Yes  ☐ No | If no, Why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ☐ Yes  ☒ No | If yes, state reason: |
| Does prisoner require any medical equipment while in transport status? | ☐ Yes  ☒ No | If yes, What equipment? |

Sign & Print Name - Certifying Health Authority:
_Susan Vogel RN_

Phone Number: _(607) 778-6042_    Date Signed: _5/21/02_

Form USM-553 (Est. 6/98)

Original–Upon Transfer

5/28/02
14:30 - Received MDC Brooklyn
- no medicate
ARUN VERMIT

| CLINICAL RECORD | LABORATORY REPORTS |
|---|---|

Moshier, Donald
10924-052

FCI McKEAN HEALTH SVC.

FCI McKean
P.O. Box 5000
Bradford, PA 16701

02 AUG 14  AM 7:23

FCI McKEAN HEALTH SVC.

02 AUG 14  AM

SPECIMEN/LAB. RPT. NO.

CHEM I

**URGENCY**
☐ ROUTINE
☐ TODAY
☐ PRE-OP
☐ STAT

**PATIENT STATUS**
☐ BED        ☐ AMB
☑ OUTPATIENT
☐ LINE SVC.  ☐ DOM.

**SPECIMEN SOURCE**
☐ BLOOD
☐ OTHER (Specify)

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

| REQUESTING PHYSICIAN'S SIGNATURE | REPORTED BY | MD | DATE |
|---|---|---|---|
| B. Saylor | S. Czekai  TECH | | 8/14/02 |

REMARKS
— fasting — S. Czekai, Med Tech.

Reviewed by D. Olson, MD
Date:

| TEST(S) | SPECIMEN TAKEN | | | | GLUCOSE | UREA N. | CREATININE | URIC ACID | SODIUM | POTASSIUM | CHLORIDE | CO₂ | PHOSPHATE | CALCIUM | TOTAL PROTEIN | ALBUMIN | GLOBULIN | ALKALINE PHOSPHATASE | ACID PHOSPHATASE | SGOT | LDH | BILIRUBIN (TOTAL) | BILIRUBIN (DIRECT) | CHOLESTEROL | TRIGLYCERIDES | AMYLASE | LIPASE | PROFILE (Specify) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | (R) | REQUESTED | | | | | | | | | | | | | | | | | | | | | | | | Normal | |
| | 8/14/02 | 0:57 | | ✓ | 139 mg/dL | | | | | | | | | | | | | | | | | | | | | | | glucose 73-120 | |
| RESULTS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ATTACH ALL TEST REPORTS TO THIS SHEET

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. 10924-052 | WARD NO. |
|---|---|---|

Moshier, Donald

**LABORATORY REPORTS**
Standard Form 514

Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505
October 1975        514-109
514-109
GPO : 1996 O — 169-817

| CLINICAL RECORD | LABORATORY REPORTS |
|---|---|

MOSHIER, JR, DONALD.
10924-052.

**Health Services**
**MDC Brooklyn**
**100  29th Street**
**Brooklyn, New York 11232**

SPECIMEN/LAB RPT NO

**URINALYSIS**

URGENCY
- ☑ ROUTINE
- ☐ TODAY
- ☐ PRE-OP
- ☐ STAT

PATIENT STATUS
- ☐ BED
- ☑ AMB
- ☐ OUTPATIENT
- ☐ DOM
- ☐ NP

SPECIMEN SOURCE
- ☐ ROUTINE
- ☐ OTHER (Specify)

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

REQUESTING PHYSICIAN'S SIGNATURE

REPORTED BY  NORMAND  TECH   MO DATE  5/23/02   LAB. ID NO.

REMARKS

| DATE | TIME | SPECIMEN TAKEN | REQUESTED | ROUTINE | COLOR | SPECIFIC GRAVITY | UROBILINOGEN | OCCULT BLOOD | BILI | KETONES | GLUCOSE | PROTEIN | pH | MICROSCOPIC | WBC | RBC | EPITH CELLS | WBC | RBC | HYALINE | GRANULAR | BACTERIA | CRYSTALS | MUCUS | NITRITE | BENCE JONES PROTEIN | HEMOSIDERIN | HCG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/3/6 | 1:30 | | | | YELLOW | 1.030 | NOR | NEG | | NEG | NOR | NEG | 6 | | | | | | | | | | | | TRACE | | | |

ATTACH ALL TEST REPORTS TO THIS SHEET

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

Moshier Jr. D
10924-052

REGISTER NO.   000136

WARD NO.

LABORATORY REPORTS
Standard Form 514

FPI LEX  Printed on Recycled Paper

## U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
### Laboratory, 1900 W. Sunshine
### SPRINGFIELD, MISSOURI  65808
### (417) 862-7041

===============================================================
### ***  SENSITIVE BUT UNCLASSIFIED  ***
### FINAL REPORT
===============================================================

| | | | | |
|---|---|---|---|---|
| Register Number | : 10924-052 | | Age | : 44yr |
| Name | : MOSHIER JR, DONALD | | Sex | : M |
| Location | : USP LEWISBURG | | Room | : |

Order. Physician: BUSSANICH
Collected       : 03/15/06 @  02:00 by:  RE

| Test | Result | Flag | Reference Range/Units | Tech |
|---|---|---|---|---|
| Collection Cmt. | Pre-Op | | | TC |
| COMP PROFILE | | | | |
| Glucose | 126 | HI | 70 - 110 mg/dL | JN CK |
| Urea Nitrogen | 18 | | 7 - 22 mg/dL | JN CK |
| Creatinine | 1.0 | | 0.6 - 1.6 mg/dL | JN CK |
| SodiumI | 140 | | 137 - 148 mmol/L | JN CK |
| Potassium | 3.8 | | 3.5 - 5.0 mmol/L | JN CK |
| Chloride1 | 107 | | 99 - 114 mmol/L | JN CK |
| Calcium1 | 8.5 | | 8.5 - 10.9 mg/dL | JN CK |
| Total Protein | 7.3 | | 6.0 - 8.2 g/dL | JN CK |
| Albumin | 4.0 | | 3.6 - 5.1 g/dL | JN CK |
| Alkaline Phos. | 60 | | 41 - 133 U/L | JN CK |
| AST(SGOT) | 65 | HI | 11 - 55 U/L | JN CK |
| Total Bilirubin1 | 0.4 | | 0.2 - 1.3 mg/dL | JN CK |
| Cholesterol | 131 | | 50 - 200 mg/dL | JN CK |
| ALT1(SGPT) | 92 | HI | 11 - 66 U/L | JN CK |
| MCBC | | | | |
| White Blood Cell | 4.2 | LO | 4.3 - 11.1 10^3/uL | GK CK |
| Red Blood Cells | 5.31 | | 4.46 - 5.78 10^6/uL | GK CK |
| Hemoglobin | 16.7 | | 13.6 - 17.6 g/dL | GK CK |
| Hematocrit | 47.6 | | 40.2 - 51.4 % | GK CK |
| MCV | 89.5 | | 82.5 - 96.5 fL | GK CK |
| MCH | 31.4 | | 27.1 - 34.3 pg | GK CK |
| MCHC | 35.0 | | 33.0 - 35.0 g/dL | GK CK |
| RDW | 13.4 | | 12.0 - 14.0 % | GK CK |
| PLT | 75 | LO | 130 - 374 10^3/uL | GK CK |

WBC's and Plt Count may be inaccurate
due to possible plt changes or NRBC's.
Recommend future specimens have a
differential ordered.

| | | | | |
|---|---|---|---|---|
| MPV | 9.0 | | 6.9 - 10.5 fL | GK CK |

Legend

LO=Low  AL=Alarm Low  HI=High  AH=Alarm High  AB=Abnormal
EL=Less than Clinically Reportable Range
EH=Greater than Clinically Reportable Range

| | |
|---|---|
| Name           : MOSHIER  JR, DONALD | Location  : LEW |
| Register Number : 10924-052 | Page      : 1 of 1 |
| Printed        : 03/17/2006 @ 16:24 | |

01/25/2006          Geisinger Medical Center           PAGE 1
01:30               Danville, Pennsylvania 17822
               Conrad Schuerch,M.D. - Director

**NAME: MOSHIER,DONALD**        AGE:44Y    DOB:08/18/1961    SEX:M
MRN:   XUSPL-10924052      LOC:XUSPL
HOSP: GMC
ACCT: 9990038438        **DR: PEORIA PAC, MARK**      CODE: O4605

F58789     COLL: 01/18/2006 07:00    REC: 01/20/2006 17:17

HCV RNA QUANTITATIVE
   HCV RNA IU          322926                IU/mL
   HCV RNA COMMENTS

         The Molecular Diagnostics Laboratory uses the
         FDA approved VERSANT HCV RNA assay (version
         3.0; Bayer Corporation) for the direct
         quantification of HCV RNA in plasma and serum
         of HCV-infected individuals. The method is
         based on branched DNA (bDNA) signal amplifi-
         cation and demonstrates equivalent quantifi-
         cation of HCV genotypes 1-6. Assay specificity
         has been determined by the manufacturer to be
         greater than 98%. The dynamic range of this
         test is 615 to 7,690,000 IU/mL. The Inter-
         national Unit (IU) is a designated unit value
         assigned to the "First International Standard
         for Nucleic Acid Amplification Technology
         Assays for HCV RNA" which is accepted by the
         WHO Expert Committee on Biological
         Standardization. A value lower than 615 IU/mL
         indicates that viral RNA levels are below the
         assay's limit of detection, but does not mean
         that the virus is absent. A qualitative
         polymerase chain reaction test (PCR) with a
         detection limit of 50 IU/mL is available for
         assessment of low levels of HCV viremia.
         This test is intended for use in conjunction
         with clinical presentation and other
         laboratory markers of disease status as an aid
         in the management of individuals infected with
         HCV. HCV RNA results from the assay can be
         used to assess prognosis or disease
         progression and to monitor the efficacy of
         therapy by measuring changes in the HCV RNA
         levels during the course of therapy.

         The Molecular Diagnostics Laboratory has
         validated the performance characteristics of
         this test. Results should be interpreted
         within the context of clinical presentation
         and additional laboratory data.

*Anthony Bussanich, M.D.* (signature)
02.01.06

USP Lewisburg
Health Services Unit
Lewisburg, PA 17837

000138

ABNORMAL RESULT FLAGS: H for abnormal high   L for abnormal low   * for critical values

MOSHIER,DONALD             END OF REPORT          CLIENT REPORT
                                                  PAGE 1

**U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS**
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI  65808
(417) 862-7041

=================================================================
**\*\*\* SENSITIVE-LIMITED OFFICIAL USE \*\*\***
**FINAL REPORT**
=================================================================

| | | | |
|---|---|---|---|
| Register Number : 10924-052 | | Age | : 44yr |
| Name          : MOSHIER  JR, DONALD | | Sex | : M |
| Location      : USP LEWISBURG | | Room | : |
| Admit. Physician: DR. NAVARRO | | Accession Number : 1704 | |
| Order. Physician: DR. NAVARRO | | | |
| Collected     : 09/01/05 @  11:00 by:  RE | | | |

| Test | Result | | Flag | Reference Range/Units | Tech |
|---|---|---|---|---|---|
| COMP. METABOLIC | | O | | | |
| Glucose | 79 | | | 70 - 110 mg/dL | JN CK |
| Urea Nitrogen | 21 | | | 7 - 22 mg/dL | JN CK |
| Creatinine | 1.0 | | | 0.6 - 1.6 mg/dL | JN CK |
| SodiumI | 140 | | | 137 - 148 mmol/L | JN CK |
| Potassium | 4.1 | | | 3.5 - 5.0 mmol/L | JN CK |
| Chloride1 | 108 | | | 99 - 114 mmol/L | JN CK |
| Calcium1 | 8.9 | | | 8.5 - 10.9 mg/dL | JN CK |
| Total Protein | 6.9 | | | 6.0 - 8.2 g/dL | JN CK |
| Albumin | 3.9 | | | 3.6 - 5.1 g/dL | JN CK |
| Alkaline Phos. | 49 | | | 41 - 133 U/L | JN CK |
| AST (SGOT) | 59 | | HI | 11 - 55 U/L | JN CK |
| Total Bilirubin1 | 0.6 | | | 0.2 - 1.3 mg/dL | JN CK |
| Cholesterol | 141 | | | 140 - 200 mg/dL | JN CK |
| ALT1(SGPT) | 64 | | | 11 - 66 U/L | JN CK |
| Glycohemoglobin | 4.6 | | | 4.3 - 6.3 %A1C | RS CK |

USP Lewisburg
Health Services Unit
Lewisburg, PA 17837

Anthony Bussanich, M.D.
09.2.05

Legend

LO=Low  AL=Alarm Low  HI=High  AH=Alarm High  AB=Abnormal
EL=Less than Clinically Reportable Range
EH=Greater than Clinically Reportable Range

000139

| | | | |
|---|---|---|---|
| Name          : MOSHIER  JR, DONALD | | Location | : LEW |
| Register Number : 10924-052 | | Page | : 1 of 1 |
| Printed       : 09/02/2005 @ 16:24 | | | |

# LabCorp
Laboratory Corporation of America

LabCorp Dublin
6370 Wilcox Road
Dublin, OH 43016-1296

Phone: **614-889-1061**

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Account Delivery Route |
|---|---|---|---|---|---|
| **151-844-0435-0** | 10924-052 | A3S37806845 | 37806845 | 814-362-8900 | 00 |

**Patient Last Name**
**MOSHIER**

**Patient First Name**
**DONALD**

**Patient Middle Name**

Account Address
Federal Correctional Institute
McKean County
P O Box 5000
Lewis Run PA  16738

| Patient SS# | Patient Phone | | Total Volume |
|---|---|---|---|

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 43/09/13 | 08/18/61 | M | No |

Patient Address

Additional Information

PROV:

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 05/31/05  09:15 | 05/31/05 | 06/06/05  15:11 ET | | | BEAM |

Tests Ordered
HCV QuantaSure Plus (Non-Graph)

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **HCV QuantaSure Plus (Non-Graph)** | | | | | |
| Hepatitis C Quantitation | 1,730 | | IU/mL | | TG |
| Please note: | | | | | TG |

This test measures HCV RNA in International Units (IU) per mL using
real-time Polymerase Chain Reaction (RT-PCR) technology. It quant-
titates HCV RNA from 10 to 100,000,000 IU/mL.

The assay was developed and its performance characteristics were
determined by LabCorp. It has not been cleared or approved by the
U.S. Food and Drug Administration. The FDA has determined that such
clearance or approval is not necessary. This test is used for clinical
purposes. It should not be regarded as investigational or for research.

CB: LabCorp Dublin
    6370 Wilcox Road, Dublin, OH 43016-1296    Dir: Rose Goodwin, MD
TG: LabCorp RTP
    1912 Alexander Drive, RTP, NC 27709    Dir: Myla Lai-Goldman, MD

For inquiries, the physician may contact: Branch: 412-937-1808  Lab: 614-889-1061

Reviewed by D. Olson, MD
Date: 6/11 05

*S. Czekai mt*
S. Czekai, Med Tech.

FCI MCKEAN HEALTH SVC.
05 JUN -6  PM 3: 18

000140

| MOSHIER, DONALD | 10924-052 | 151-844-0435-0 | Seq # 1642 |
|---|---|---|---|

FINAL REPORT                                    Page 1 of 1

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 412-937-1808                         All Rights Reserved
                                                                                                  Ver: 1.11

U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI  65808
(417) 862-7041

=================================================================
\*\*\* SENSITIVE-LIMITED OFFICIAL USE \*\*\*
FINAL REPORT
=================================================================

| | | |
|---|---|---|
| Register Number : 10924-052 | Age | : 43yr |
| Name : MOSHIER JR, DONALD | Sex | : M |
| Location : FCI MCKEAN (MCK) | Room | : |
| Admit. Physician: BEAM, MD | Accession Number : 2331 | |
| Order. Physician: BEAM, MD | | |
| Collected : 05/31/05 @ 09:15 by: RE | | |

| Test | Result | Flag | Reference Range/Units | Tech |
|---|---|---|---|---|
| Collection Cmt. | | | | LN |
| | POST INTERFERON | | | |
| **LIVER PROFILE** | | | | |
| Urea Nitrogen | 17 | | 7 - 22 mg/dL | KS CK |
| Creatinine | 0.9 | | 0.6 - 1.6 mg/dL | KS CK |
| Total Protein | 6.9 | | 6.0 - 8.2 g/dL | KS CK |
| Albumin | 3.7 | | 3.6 - 5.1 g/dL | KS CK |
| Alkaline Phos. | 56 | | 41 - 133 U/L | KS CK |
| AST(SGOT) | 37 | | 11 - 55 U/L | KS CK |
| LDH | 262 | LO | 354 - 705 U/L | KS CK |
| Total Bilirubin1 | 0.2 | | 0.2 - 1.3 mg/dL | KS CK |
| A/G Ratio | 1.18 | | 1.00 - 2.30 | KS CK |
| Globulin | 3.2 | | 2.0 - 3.7 g/dL | KS CK |
| ALT1(SGPT) | 73 | HI | 11 - 66 U/L | KS CK |
| Direct Bilirubin | 0.1 | | 0.0 - 0.5 mg/dL | KS CK |
| Gamma GT1 | 73 | | 8 - 78 U/L | KS CK |
| Bilirubin Unconj | 0.1 | | 0.0 - 1.1 mg/dL | KS CK |
| Bun/Creat Ratio | 17.6 | | 5.0 - 30.0 | KS CK |
| Bilirubin Conjug | 0.0 | | 0.0 - 0.3 mg/dl | KS CK |
| **CBC** | | | | |
| White Blood Cell | 3.5 | LO | 4.3 - 11.1 10~3/uL | JE TE |
| Red Blood Cells | 4.74 | | 4.46 - 5.78 10~6/uL | JE TE |
| Hemoglobin | 14.7 | | 13.6 - 17.6 g/dL | JE TE |
| Hematocrit | 42.3 | | 40.2 - 51.4 % | JE TE |
| MCV | 89.2 | | 82.5 - 96.5 fL | JE TE |
| MCH | 31.0 | | 27.1 - 34.3 pg | JE TE |
| MCHC | 34.8 | | 33.0 - 35.0 g/dL | JE TE |
| RDW | 13.5 | | 12.0 - 14.0 % | JE TE |
| PLT | 86 | LO | 130 - 374 10~3/uL | JE TE |
| MPV | 9.4 | | 6.9 - 10.5 fL | JE TE |
| **AUTODIFF** | | | | |
| Neutrophils | 69.6 | HI | 43.0 - 67.0 % | JE TE |
| Lymphocytes | 22.0 | | 21.0 - 45.0 % | JE TE |
| Monocytes | 6.3 | | 5.0 - 13.0 % | JE TE |
| Eosinophils | 1.9 | | 0.0 - 7.0 % | JE TE |

Legend

LO=Low   AL=Alarm Low   HI=High   AH=Alarm High   RB=Abnormal

EL=Less than Clinically Reportable Range

EH=Greater than Clinically Reportable Range

REVIEWED BY:   6/3/05   H. Beam, MD   FCI McKean

000141

| | | |
|---|---|---|
| Name : MOSHIER JR, DONALD | Location | : MCK |
| Register Number : 10924-052 | Page | : 1 of 2 |
| Printed : 06/02/2005 @ 11:06 | | |

06/02/05  11:06 AM CDT  Sfp via VSI-FAX                    Page 6 of 7 #41648

# U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
## Laboratory, 1900 W. Sunshine
### SPRINGFIELD, MISSOURI  65808
### (417) 862-7041

```
=====================================================================
          *** SENSITIVE-LIMITED OFFICIAL USE ***
                      FINAL REPORT
=====================================================================
```

Register Number : 10924-052                Age              : 43yr
Name            : MOSHIER  JR, DONALD       Sex              : M
Location        : FCI MCKEAN (MCK)          Room             :
Admit. Physician: BEAM, MD                  Accession Number : 2331
Order. Physician: BEAM, MD
Collected       : 05/31/05 @  09:15 by:  RE

| Test | Result | | Flag | Reference Range/Units | Tech | |
|------|--------|---|------|-----------------------|------|---|
| Basophils | 0.2 | | | 0.0 - 1.0 % | JE | TE |
| Neutrophil # | 2.5 | | | 1.9 - 6.7 10~3/uL | JE | TE |
| Lymphocyte # | 0.8 | | LO | 1.3 - 3.7 10~3/uL | JE | TE |
| Monocyte # | 0.2 | | LO | 0.3 - 1.1 10~3/uL | JE | TE |
| Eosinophil # | 0.1 | | | 0.0 - 0.5 10~3/uL | JE | TE |
| Basophil # | 0.0 | | | 0.0 - 0.1 10~3/uL | JE | TE |

FCI MCKEAN HEALTH SVC.
05 JUN -2 PM 2:22

*S. Czekai, Med Tech.*

Legend
LO=Low  AL=Alarm Low  HI=High  AH=Alarm High  AB=Abnormal
EL=Less than Clinically Reportable Range
EH=Greater than Clinically Reportable Range

REVIEWED BY:

H. Beam, MD
FCI McKean

000142

Name            : MOSHIER  JR, DONALD        Location  : MCK
Register Number : 10924-052                  Page      : 2 of 2
Printed         : 06/02/2005 @ 11:06

## U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
### Laboratory, 1900 W. Sunshine
### SPRINGFIELD, MISSOURI  65808
### (417) 862-7041

=====================================================================
### *** SENSITIVE-LIMITED OFFICIAL USE ***
### FINAL REPORT
=====================================================================

| | | |
|---|---|---|
| Register Number : 10924-052 | Age | : 43yr |
| Name         : MOSHIER JR, DONALD | Sex | : M |
| Location     : FCI MCKEAN (MCK) | Room | : |
| Admit. Physician: BEAM, MD | Accession Number : 2222 | |
| Order. Physician: BEAM, MD | | |
| Collected    : 04/05/05 @  09:45 by:  RE | | |

| Test | Result | Flag | Reference Range/Units | Tech |
|---|---|---|---|---|
| Collection Cmt. | | | | TC |
| | ON INTERFERON. | | | |
| **LIVER PROFILE** | | | | |
| Urea Nitrogen | 18 | | 7 - 22 mg/dL | GK MS |
| Creatinine | 0.9 | | 0.6 - 1.6 mg/dL | GK MS |
| Total Protein | 7.6 | | 6.0 - 8.2 g/dL | GK MS |
| Albumin | 3.7 | | 3.6 - 5.1 g/dL | GK MS |
| Alkaline Phos. | 69 | | 41 - 133 U/L | GK MS |
| AST(SGOT) | 85 | HI | 11 - 55 U/L | GK MS |
| LDH | 643 | | 354 - 705 U/L | GK MS |
| Total Bilirubin1 | 1.1 | | 0.2 - 1.3 mg/dL | GK MS |
| A/G Ratio | 0.94 | LO | 1.00 - 2.30 | GK MS |
| Globulin | 3.9 | HI | 2.0 - 3.7 g/dL | GK MS |
| ALT1(SGPT) | 105 | HI | 11 - 66 U/L | GK MS |
| Direct Bilirubin | 0.1 | | 0.0 - 0.5 mg/dL | GK MS |
| Gamma GT1 | 118 | HI | 8 - 78 U/L | GK MS |
| Bilirubin Unconj | 1.0 | | 0.0 - 1.1 mg/dL | GK MS |
| Bun/Creat Ratio | 20.5 | | 5.0 - 30.0 | GK MS |
| Bilirubin Conjug | 0.0 | | 0.0 - 0.3 mg/dl | GK MS |
| **CBC** | | | | |
| White Blood Cell | 1.8 | AL | 4.3 - 11.1 10~3/uL | KS CK |
| | RESULT VERIFIED/PREVIOUS LOW | | | |
| | WBC | | | |
| Red Blood Cells | 4.04 | LO | 4.46 - 5.78 10~6/uL | KS CK |
| Hemoglobin | 12.8 | LO | 13.6 - 17.6 g/dL | KS CK |
| Hematocrit | 38.5 | LO | 40.2 - 51.4 % | KS CK |
| MCV | 95.2 | | 82.5 - 96.5 fL | KS CK |
| MCH | 31.7 | | 27.1 - 34.3 pg | KS CK |
| MCHC | 33.3 | | 33.0 - 35.0 g/dL | KS CK |
| RDW | 16.4 | HI | 12.0 - 14.0 % | KS CK |
| PLT | 77 | LO | 130 - 374 10~3/uL | CK CK |
| MPV | 9.7 | | 6.5 - 10.5 fL | KS CK |
| **AUTODIFF** | | | | |
| Neutrophils | 49.1 | | - 67.0 % | KS CK |
| Lymphocytes | 37.6 | | - 45.0 % | KS CK |
| Monocytes | 11.1 | | - 13.0 % | KS CK |
| Eosinophils | 2.1 | | - 7.0 % | KS CK |

*Handwritten annotations:* 1,800 .49 / 1620 0 / 720 0 / 88 00 / ANC -882

Legend

LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

REVIEWED BY
H. BEAM, MD
FCI MCKEAN
4/18/05

000143

| | |
|---|---|
| Name         : MOSHIER JR, DONALD | Location : MCK |
| Register Number : 10924-052 | Page     : 1 of |
| Printed      : 04/07/2005 @ 11:06 | |

# U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
## Laboratory, 1900 W. Sunshine
### SPRINGFIELD, MISSOURI  65808
### (417) 862-7041

=================================================================
### *** SENSITIVE-LIMITED OFFICIAL USE ***
### FINAL REPORT
=================================================================

| | | | | |
|---|---|---|---|---|
| Register Number | : 10924-052 | Age | : 43yr | |
| Name | : MOSHIER JR, DONALD | Sex | : M | |
| Location | : FCI MCKEAN (MCK) | Room | : | |
| Admit. Physician: | BEAM, MD | Accession Number | : 2222 | |
| Order. Physician: | BEAM, MD | | | |
| Collected | : 04/05/05 @  09:45 by  RE | | | |

| Test | Result | Flag | Reference Range/Units | Tech |
|---|---|---|---|---|
| Basophils | 0.1 | | 0.0 - 1.0 % | KS CK |
| Neutrophil # | 0.9 | LO | 1.9 - 6.7 10~3/uL | KS CK |
| Lymphocyte # | 0.7 | LO | 1.3 - 3.7 10~3/uL | KS CK |
| Monocyte # | 0.2 | LO | 0.3 - 1.1 10~3/uL | KS CK |
| Eosinophil # | 0.0 | | 0.0 - 0.5 10~3/uL | KS CK |
| Basophil # | 0.0 | | 0.0 - 0.1 10~3/uL | KS CK |

*S. Czekai, Med Tech,*

Legend

LO=Low  AL=Alarm Low  EL=Elevated Low  H:=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

REVIEWED BY:

4/8/05

H. BEAM, MD
FCI MCKEAN

000144

| | | | |
|---|---|---|---|
| Name | : MOSHIER  JR, DONALD | Location | : MCK |
| Register Number | : 10924-052 | Page | : 2 of 2 |
| Printed | : 04/07/2005 @ 11:06 | | |

**U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS**
**Laboratory, 1900 W. Sunshine**
**SPRINGFIELD, MISSOURI   65808**
**(417) 862-7041**

=============================================================================
**\*\*\* SENSITIVE-LIMITED OFFICIAL USE \*\*\***
**FINAL REPORT**
=============================================================================

Register Number : 10924-052                  Age             : 43yr
Name          : MOSHIER  JR, DONALD           Sex             : M
Location      : FCI MCKEAN (MCK)              Room            :
Admit. Physician: BEAM, MD                    Accession Number : 8739
Order. Physician: BEAM, MD
Collected     : 03/29/05 @  10:50 by:  REFE

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|----------------------|------|
| **LIVER PROFILE** | | | | |
| Urea Nitrogen | 19 | | 7 - 22 mg/dL | MS CK |
| Creatinine | 0.8 | | 0.6 - 1.6 mg/dL | MS CK |
| Total Protein | 7.0 | | 6.0 - 8.2 g/dL | MS CK |
| Albumin | 3.5 | LO | 3.6 - 5.1 g/dL | MS CK |
| Alkaline Phos. | 58 | | 41 - 133 U/L | MS CK |
| AST(SGOT) | 77 | HI | 11 - 55 U/L | MS CK |
| LDH | 594 | | 354 - 705 U/L | MS CK |
| Total Bilirubin1 | 0.9 | | 0.2 - 1.3 mg/dL | MS CK |
| A/G Ratio | 1.01 | | 1.00 - 2.30 | MS CK |
| Globulin | 3.5 | | 2.0 - 3.7 g/dL | MS CK |
| ALT1(SGPT) | 91✓ | HI | 11 - 66 U/L | MS CK |
| Direct Bilirubin | 0.3 | | 0.0 - 0.5 mg/dL | MS CK |
| Gamma GT1 | 99 | HI | 8 - 78 U/L | MS CK |
| Bilirubin Unconj | 0.6 | | 0.0 - 1.1 mg/dL | MS CK |
| Bun/Creat Ratio | 22.7 | | 5.0 - 30.0 | MS CK |
| Bilirubin Conjug | 0.0 | | 0.0 - 0.3 mg/dl | MS CK |
| **CBC** | | | | |
| White Blood Cell | 1.9✓ | AL | 4.3 - 11.1 10~3/uL | CK CK |
| | RESULT VERIFIED, PREVIOUSLY) | | | |
| | (LOW WBC COUNT. | | | |
| Red Blood Cells | 3.95 | LO | 4.46 - 5.78 10~6/uL | WL CK |
| Hemoglobin | 12.6 | LO | 13.6 - 17.6 g/dL | WL CK |
| Hematocrit | 37.1 | LO | 40.2 - 51.4 % | WL CK |
| MCV | 94.0 | | 82.5 - 96.5 fL | WL CK |
| MCH | 31.8 | | 27.1 - 34.3 pg | WL CK |
| MCHC | 33.8 | | 33.0 - 35.0 g/dL | WL CK |
| RDW | 15.9 | HI | 12.0 - 14.0 % | WL CK |
| PLT | 80✓ | LO | 130 - 374 10~3/uL | WL CK |
| MPV | 10.9 | HI | 6.9 - 10.5 fL | WL CK |
| **AUTODIFF** | | | | |
| Neutrophils | 55.0 | | 43.0 - 67.0 % | WL CK |
| Lymphocytes | 32.5 | | 21.0 - 45.0 % | WL CK |
| Monocytes | 10.4 | | 5.0 - 13.0 % | WL CK |
| Eosinophils | 1.8 | | 0.0 - 7.0 % | WL CK |
| Basophils | 0.3 | | 0.0 - 1.0 % | WL CK |
| Neutrophil # | 1.0 | LO | 1.9 - 6.7 10~3/uL | WL CK |

*(handwritten notes: 1,900 / 55 / 9500 / 9500 / 9500 / 1045)*

*(handwritten: REVIEWED BY: FL BEAM, MD FCI MCKEAN  3/31/05)*

Legend
LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

000145

Name          : MOSHIER  JR, DONALD           Location  : MCK
Register Number : 10924-052                   Page      : 1 of 2
Printed       : 03/31/2005 @ 09:06

### U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
### Laboratory, 1900 W. Sunshine
### SPRINGFIELD, MISSOURI  65808
### (417) 862-7041

===================================================================
### *** SENSITIVE-LIMITED OFFICIAL USE ***
### FINAL REPORT
===================================================================

| | | | | |
|---|---|---|---|---|
| Register Number : 10924-052 | | | Age | : 43yr |
| Name            : MOSHIER  JR, DONALD | | | Sex | : M |
| Location        : FCI MCKEAN (MCK) | | | Room | : |
| Admit. Physician: BEAM, MD | | | Accession Number : 8739 | |
| Order. Physician: BEAM, MD | | | | |
| Collected       : 03/29/05 @  10:50 by:  REFE | | | | |

| Test | Result | Flag | Reference Range/Units | Tech |
|---|---|---|---|---|
| Lymphocyte # | 0.6 | LO | 1.3 - 3.7 10^3/uL | WL CK |
| Monocyte # | 0.2 | LO | 0.3 - 1.1 10^3/uL | WL CK |
| Eosinophil # | 0.0 | | 0.0 - 0.5 10^3/uL | WL CK |
| Basophil # | 0.0 | | 0.0 - 0.1 10^3/uL | WL CK |

*S. Czekai, Med Tech.*



REVIEWED BY:     3/31/05     H. BEAM, MD FCI MCKEAN

Legend
LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

000146

## U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
### Laboratory, 1900 W. Sunshine
### SPRINGFIELD, MISSOURI  65808
### (417) 862-7041

======================================================================

### *** SENSITIVE-LIMITED OFFICIAL USE ***
### FINAL REPORT

======================================================================

```
Register Number : 10924-052              Age              : 43yr
Name            : MOSHIER  JR, DONALD     Sex              : M
Location        : FCI MCKEAN (MCK)        Room             :
Admit. Physician: BEAM, MD               Accession Number : 5761
Order. Physician: BEAM, MD
Collected       : 03/22/05 @  10:40 by:  RE
```

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|-----------------------|------|
| **LIVER PROFILE** | | | | |
| Urea Nitrogen | 15 | | 7 - 22 mg/dL | GK TE |
| Creatinine | 0.9 | | 0.6 - 1.6 mg/dL | GK TE |
| Total Protein | 7.1 | | 6.0 - 8.2 g/dL | GK TE |
| Albumin | 3.5 | LO | 3.6 - 5.1 g/dL | GK TE |
| Alkaline Phos. | 60 | | 41 - 133 U/L | GK TE |
| AST(SGOT) | 97 | HI | 11 - 55 U/L | GK TE |
| LDH | 599 | | 354 - 705 U/L | GK TE |
| Total Bilirubin1 | 1.0 | | 0.2 - 1.3 mg/dL | GK TE |
| A/G Ratio | 0.95 | LO | 1.00 - 2.30 | GK TE |
| Globulin | 3.6 | | 2.0 - 3.7 g/dL | GK TE |
| ALT1(SGPT) | 123 ✓ | HI | 11 - 66 U/L | GK TE |
| Direct Bilirubin | 0.2 | | 0.0 - 0.5 mg/dL | GK TE |
| Gamma GT1 | 99 | HI | 8 - 78 U/L | GK TE |
| Bilirubin Unconj | 0.8 | | 0.0 - 1.1 mg/dL | GK TE |
| Bun/Creat Ratio | 17.2 | | 5.0 - 30.0 | GK TE |
| Bilirubin Conjug | 0.0 | | 0.0 - 0.3 mg/dl | GK TE |
| **CBC** | | | | |
| White Blood Cell | 1.5 ✓ | AL | 4.3 - 11.1 10^3/uL | KS TE |
| | RESULT VERIFIED/PREVIOUS LOW | | | |
| | WBC | | | |
| Red Blood Cells | 4.00 | LO | 4.46 - 5.78 10^6/uL | KS TE |
| Hemoglobin | 12.8 | LO | 13.6 - 17.6 g/dL | KS TE |
| Hematocrit | 37.7 ✓ | LO | 40.2 - 51.4 % | KS TE |
| MCV | 94.2 | | 82.5 - 96.5 fL | KS TE |
| MCH | 32.0 | | 27.1 - 34.3 pg | KS TE |
| MCHC | 34.0 | | 33.0 - 35.0 g/dL | KS TE |
| RDW | 16.3 | HI | 12.0 - 14.0 % | KS TE |
| PLT | 82 ✓ | LO | 130 - 374 10^3/uL | KS TE |
| MPV | 10.1 | | 6.9 - 10.5 fL | KS TE |
| **AUTODIFF** | | | | |
| Neutrophils | 46.5 ✓ | | 43.0 - 67.0 % | KS TE |
| Lymphocytes | 41.9 | | 21.0 - 45.0 % | KS TE |
| Monocytes | 9.5 | | 5.0 - 13.0 % | KS TE |
| Eosinophils | 1.7 | | 0.0 - 7.0 % | KS TE |
| Basophils | 0.4 | | 0.0 - 1.0 % | KS TE |
| Neutrophil # | 0.7 | LO | 1.9 - 6.7 10^3/uL | KS TE |

Legend

LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

000147

```
Name            : MOSHIER  JR, DONALD      Location : MCK
Register Number : 10924-052                Page     : 1 of 2
Printed         : 03/24/2005 @ 09:06
```

**U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS**
**Laboratory, 1900 W. Sunshine**
**SPRINGFIELD, MISSOURI  65808**
**(417) 862-7041**

=====================================================================
**\*\*\* SENSITIVE-LIMITED OFFICIAL USE \*\*\***
**FINAL REPORT**
=====================================================================

```
Register Number : 10924-052              Age           : 43yr
Name            : MOSHIER  JR, DONALD    Sex           : M
Location        : FCI MCKEAN (MCK)       Room          :
Admit. Physician: BEAM, MD               Accession Number : 5761
Order. Physician: BEAM, MD
Collected       : 03/22/05 @  10:40 by:  RE
```

| Test | Result | | Flag | Reference Range/Units | Tech |
|------|--------|-|------|-----------------------|------|
| Lymphocyte # | 0.6 | | LO | 1.3 - 3.7 10^3/uL | KS TE |
| Monocyte # | 0.1 | | LO | 0.3 - 1.1 10^3/uL | KS TE |
| Eosinophil # | 0.0 | | | 0.0 - 0.5 10^3/uL | KS TE |
| Basophil # | 0.0 | | | 0.0 - 0.1 10^3/uL | KS TE |

*S. Ozokai, Med Tech.*

REVIEWED BY:

*H. BEAM, MD*
*FCI MCKEAN*
3/24/05

000148

Legend
LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

## U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
### Laboratory, 1900 W. Sunshine
### SPRINGFIELD, MISSOURI  65808
### (417) 862-7041

=================================================================
### *** SENSITIVE-LIMITED OFFICIAL USE ***
### FINAL REPORT
=================================================================

| | | | |
|---|---|---|---|
| Register Number : 10924-052 | | Age | : 43yr |
| Name | : MOSHIER  JR, DONALD | Sex | : M |
| Location | : FCI MCKEAN (MCK) | Room | : |
| Admit. Physician: BEAM, MD | | Accession Number : 4110 |
| Order. Physician: BEAM, MD | | | |
| Collected | : 03/15/05 @ 09:00 by:  RE | | |

| Test | Result | Flag | Reference Range/Units | Tech |
|---|---|---|---|---|
| Collection Cmt. | | | | TC |
| | CBC REJECTED. SPECIMEN TOO | | | |
| | OLD FOR TESTING. | | | |
| | | | | |
| Rejected Spec. | . | | | |
| **LIVER PROFILE** | | | | |
| Urea Nitrogen | 16 | | 7 - 22 mg/dL | LN TE |
| Creatinine | 0.9 | | 0.6 - 1.6 mg/dL | LN TE |
| Total Protein | 6.9 | | 6.0 - 8.2 g/dL | LN TE |
| Albumin | 3.4 | LO | 3.6 - 5.1 g/dL | LN TE |
| Alkaline Phos. | 62 | | 41 - 133 U/L | LN TE |
| AST(SGOT) | 99 | HI | 11 - 55 U/L | LN TE |
| LDH | 570 | | 354 - 705 U/L | LN TE |
| Total Bilirubin1 | 1.0 | | 0.2 - 1.3 mg/dL | LN TE |
| A/G Ratio | 0.94 | LO | 1.00 - 2.30 | LN TE |
| Globulin | 3.6 | | 2.0 - 3.7 g/dL | LN TE |
| ALT1(SGPT) | 133 | HI | 11 - 66 U/L | LN TE |
| Direct Bilirubin | 0.3 | | 0.0 - 0.5 mg/dL | LN TE |
| Gamma GT1 | 102 | HI | 8 - 78 U/L | LN TE |
| Bilirubin Unconj | 0.7 | | 0.0 - 1.1 mg/dL | LN TE |
| Bun/Creat Ratio | 17.5 | | 5.0 - 30.0 | LN TE |
| Bilirubin Conjug | 0.0 | | 0.0 - 0.3 mg/dl | LN TE |

H. BEAM, MD
FCI MCKEAN
3/18/05

S. Czekai, Med Tech.

Legend
LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

000149

| | | | |
|---|---|---|---|
| Name | : MOSHIER  JR, DONALD | Location : MCK |
| Register Number : 10924-052 | | Page | : 1 of 1 |
| Printed | : 03/18/2005 @ 09:06 | | |