| Mo/Yr: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
| --- | --- | --- | --- | --- | --- | --- | --- |

Days: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Initials | Full Signature | Title

Robert E. Piotrowski, PA-C
FCI McKean

Initials | Full Signature | Title
W. O. Quinn — EMTP

Initials | Full Signature | Title
(EM) — Eric Clip — PA-C

060200

BOP 31-DAY MA...
TR44G# WFPP02B

Facility: MCKEAN HOUSING FACILITY (MCK)

## Medication Administration Record

Month/Year: 10/2004

**Prescriptions**

MOSHIER, DONALD L H. BEAM,MD
INJECT IM 180 MCG SC WEEKLY

Order Date
Exp. Date
RX #

Cru: Order Date: MOSHIER, DONALD L H. BEAM,MD
11/12/04    10924-052
Exp Date    (11)Refills
02/08/05
RX#
173556    PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1

Cru: Order Date: MOSHIER, DONALD L H. BEAM,MD
01/12/2005    10924-052
Exp Date    (12)Refills
02/10/05
RX#
176485    PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1

176395    PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1

GrfSald    MOSHIER, DONALD L    H. BEAM,MD
10924-052
INJECT IM 90 MCG SC WEEKLY
***DOSE DECREASE TO 0.5 CC***

MOSHIER, DONALD L    H. BEAM,MD
10924-052
INJECT IM 135 MCG SC WEEKLY,
***DOSE INCREASE TO 0.75 ML***

ICI MCKEAN PHARMACY    (814) 362-8901
PO BOX 5000 - BRADFORD, PA
177812    H. BEAM,MD
MOSHIER, DONALD L    10924-052
MCKEAN HOUSING FACILITY -    A04-2030
INJECT IM 135 MCG SC WEEKLY

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.
MOSHIER, DONALD L
(2)Refills

MOSHIER, DONALD L    H. BEAM,MD
17812    12/29/04
PEGINTERFERON ALFA-2A 180 MCG/1ML INJ
12/29/2004    VG    RxExp.03/23/0

MOSHIER, DONALD L    10924-052
PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1    A04-2030
(2)Refills

173530    PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1

Documentation Codes:    H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

DOB: 08/18/1961    HT. 6'1"    WT. 260    Allergies: NKA    Diagnosis: NKD

Unit: A04-2030U

Pill Line#:    Pt. Name: MOSHIER, DONALD L    Registration #: 10924-052    Physician: BEAM,MD

000201

| MO/YT: | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| | | | | Robert E. Piotrowski, PA-C FCI McKean | PA-C | | B. Russ | EMT-P |

000202

PAGE: 1

**Medication Administration Record**

Month/Year: 04/2005

**Facility:** MCKEAN HOUSING FACILITY (MCK)

**Prescriptions**

MOSHER, DONALD L
10924-052          BEAM,MD

Order Date 02/10/005
Exp. Date 05/10/005
RX # 179532

RIBAVIRIN 200MG CAP

TAKE THREE CAPSULES TWICE
DAILY

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Time: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

**Documentation Codes:** H - Hold   R - Refused   DC - Discontinued Order   S - Self Administered   NS - No Show   O - Other

DOB: 08/16/1961   HT: 6' 1"   WT: 260   Allergies: NKA

Unit: A04-203U

Pill Line#: _____   **Pt. Name:** MOSHER, DONALD L   Registration #: 10924-052   Diagnosis: NKD   Physician: BEAM,MD

BOF 31-DAY MAR                    TRAK® WPP

000203

Mo/Yr:
Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|

Initials

Full Signature

Robert Piotrowski, PA-C
FCI McKean

Title

Initials

Full Signature

Title

Initials

Full Signature

Title

000204

PAGE: 1

**Facility:** McKEAN HOUSING FACILITY (MCK)

## Medication Administration Record

Monthly/Year: 12/2005

**Prescriptions**

10924-052   BEAM, MD

RIBAVIRIN 200MG CAP

TAKE THREE CAPSULES TWICE DAILY **DOSE INCREASE**

#180   1930

| Order Date |
| Exp. Date |
| RX # |

(repeated order/exp/rx rows)

**Documentation Codes:**  H - Hold   R - Refused   DC - Discontinued Order   S - Self Administered   NS - No Show   O - Other

Unit: A04-203U

DOB: ___   HT: 6' 1"   WT: 160

**Pill Line #:** ___   **Pt. Name:** MOSHIER DONALD J.

Allergies: ___

Diagnosis: ___

Registration #: 10924-052

Physician: BEAM, MD

000205

Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|------|------|-----------------------|-------|--------|---------------------|------|-------------------|

| Initials | Full Signature | Title |
|----------|----------------|-------|
| | Robert E. Borowski, PA-C FCI McKean | |
| S.D. | B. Lomett | EMT-P |
| (RN) | Sue Clip | PA-C |

000206

PAGE: 1

**Facility:** MCKEAN HOUSING FACILITY (MCK)

**Medication Administration Record**

**Month/Year:** 01/2005

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MOSHIER, DONALD L
10924-052

**Order Date** 12/29/04
**Exp. Date** 03/23/05
RX # 177811

RIBAVIRIN 200MG CAP

TAKE TWO CAPSULES EACH
MORNING AND TAKE TWO
CAPSULES EACH EVENING
"DOSE INCREASE"

Order Date 01/12/05
Exp. Date 04/11/05
RX # 178396

RIBAVIRIN 200MG CAP

TAKE THREE CAPSULES TWICE
DAILY
"DOSE INCREASE"

BEAM,MD

10924-052
FT. DEVAN, VIRGINIA
(4)Refills     #180     1935

0600

#120     1930

**Order Date**
**Exp. Date**
**RX #**

**Order Date**
**Exp. Date**
**RX #**

**Order Date**
**Exp. Date**
**RX #**

**Order Date**
**Exp. Date**
**RX #**

**Order Date**
**Exp. Date**
**RX #**

**Order Date**
**Exp. Date**
**RX #**

**Documentation Codes:**   H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

**DOB:** 08/16/1961     **HT:** 6' 1"     **WT:** 260    **Allergies:** NKA    **Diagnosis:** NKD

**Unit:** A04-203U

**Pill Line#:**     **Pt. Name:** MOSHIER, DONALD L     **Registration #:** 10924-052     **Physician:** BEAM,MD

000207

MO/YE

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Initials   Full Signature   Title

Robert E. Piotrowski, PhD
FCI McKean

Initials   Full Signature   Title

Initials   Full Signature   Title

000208

BOP 3-DAY MA...

TRAK# W-FP0028

# Medication Summary Sheet



Ord.Date **01/23/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (2)Refills
Exp.Date **04/21/04**
**TAKE ONE CAPSULE TWICE DAILY**
Rx # 162411 — TETRACYCLINE HCL 500 MG CAP — #60

Ord.Date **01/23/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (2)Refills
Exp.Date **04/21/04**
**TAKE ONE TABLET TWICE DAILY**
Rx # 162412 — RANITIDINE 150 MG TAB — #60

Ord.Date **01/23/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (0)Refills
Exp.Date **02/22/04**
**PUT 2 DROPS IN AFFECTED EARS THREE TIMES DAILY**
Rx # 162413 — CARBAMIDE PEROXIDE 6.5% OTIC — #1

Ord.Date **01/23/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (0)Refills
Exp.Date **04/21/04**
**TAKE TWO TABLETS TWICE DAILY AS NEEDED**
Rx # 162414 — ACETAMINOPHEN 500 MG TAB — #30

Ord.Date **05/21/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (0)Refills
Exp.Date **06/09/04**
**TAKE 1 TABLET 2 TIMES DAILY UNTIL ALL TABLETS ARE GONE. DO NOT SKIP DOSES.  **ANTIBIOTIC****
Rx # 167742 — SULFAMETH/TRIMETH DS 800MG/160MG TAB — #20

Ord.Date **05/21/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (2)Refills
Exp.Date **08/18/03**
**SHAKE WELL:  TAKE 2 PUFFS 4 TIMES DAILY.**
Rx # 167743 — ALBUTEROL INH 90MCG 17GM — #1

Ord.Date **05/24/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (2)Refills
Exp.Date **08/21/04**
**TAKE ONE CAPSULE TWICE DAILY**
Rx # 167747 — TETRACYCLINE HCL 500 MG CAP — #60

Ord.Date **05/24/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (2)Refills
Exp.Date **08/21/04**
**TAKE ONE TABLET TWICE DAILY**
Rx # 167748 — RANITIDINE 150 MG TAB — #60

Ord.Date **05/24/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (2)Refills
Exp.Date **08/21/04**
**TAKE ONE TABLET TWICE DAILY**
Rx # 167749 — ACETAMINOPHEN 500 MG TAB — #30



Ord.Date **08/06/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (2)Refills
Exp.Date **11/03/04**
**INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED**
Rx # 171265 — ALBUTEROL INH 90MCG 17GM — #1

Ord.Date **08/17/04** — MOSHIER, DONALD L — 10924-052 — S. LABRUZZI — (0)Refills
Exp.Date **11/14/04**
**APPLY VERY SMALL AMOUNT TO AFFECTED AREAS OF LOWER LEGS 4 TIMES DAILY AS NEEDED FOR ITCHING.**
Rx # 171815 — HYDROCORTISONE CREAM 1% GM — #1

Ord.Date **08/17/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (0)Refills
Exp.Date **09/16/04**
**TAKE 1 TABLET 3 TIMES DAILY FOR 10 DAYS.  DO NOT SKIP DOSES. *ANTIBIOTIC***
Rx # 171816 — AMOXICILLIN/CLAV 500/125MG TAB — #30

Ord.Date **08/17/04** — MOSHIER, DONALD L — 10924-052 — S. LABRUZZI — (0)Refills
Exp.Date **08/30/04**
**SHAKE WELL:  PLACE 4 DROPS INTO YOUR RIGHT EAR 4 TIMES DAILY.**
Rx # 171817 — NEOMYCIN/POLY B/HC OTIC SUSP ML — #1

Ord.Date **08/17/04** — MOSHIER, DONALD L — 10924-052 — S. LABRUZZI — (0)Refills
Exp.Date **11/14/04**
**SHAKE WELL:  APPLY TO AREA & LATHER WITH SMALL AMOUNT OF WATER. LEAVE ON SKIN X 10 MINUTES. RINSE THOROUGHLY.  REPEAT ONCE WEEKLY.**
Rx # 171818 — SELENIUM SULFIDE LOTION 2.5% ML — #1



Ord.Date **08/19/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (2)Refills
Exp.Date **11/16/04**
**TAKE ONE CAPSULE TWICE DAILY**
Rx # 171990 — TETRACYCLINE HCL 500 MG CAP — #60

Ord.Date **08/19/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (2)Refills
Exp.Date **11/16/04**
**TAKE ONE TABLET TWICE DAILY**
Rx # 171991 — RANITIDINE 150 MG TAB — #60

Ord.Date **08/19/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (2)Refills
Exp.Date **11/16/04**
**INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED**
Rx # 171993 — ALBUTEROL INH 90MCG 17GM — #1

Ord.Date **08/19/04** — MOSHIER, DONALD L — 10924-052 — H. BEAM,MD — (4)Refills
Exp.Date **11/16/04**
**TAKE TWO TABLETS TWICE DAILY**
Rx # 171992 — ACETAMINOPHEN 500 MG TAB — #30

MOSHIER, DONALD L
10924-052
MCKEAN HOUSING FACILITY - A04-
01/23/2004

FCI
McKean

000209



Ord.Date 09/24/04
MOSHIER, DONALD L
10924-052
Exp.Date 12/22/04
(8)Refills
TAKE 15ML (1 TABLESPOONFUL) TWICE DAILY
Rx # 173599

LACTULOSE 10GM/15ML ML                    #1

Ord.Date 09/28/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
Exp.Date 12/26/04
(2)Refills
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED
Rx # 173738

ALBUTEROL INH 90MCG 17GM            #1

Ord.Date 10/08/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(3)Refills
Exp.Date 01/05/05
TAKE THREE CAPSULES TWICE DAILY

RIBAVIRIN 200MG CAP              #0    1930

Ord.Date 10/08/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(13)Refills
Exp.Date 01/05/05
INJECT IM 180 MCG SC WEEKLY
Rx # 174354

PEGINTERFERON ALFA-2A 180 MCG/1ML INJ  #0

Ord.Date 10/20/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(3)Refills
Exp.Date 02/16/05
TAKE ONE CAPSULE TWICE DAILY
Rx # 174776

TETRACYCLINE HCL 500 MG CAP       #60

Ord.Date 10/20/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(2)Refills
Exp.Date 01/17/05
TAKE ONE TABLET TWICE DAILY
Rx # 174777

RANITIDINE 150 MG TAB             #60

Ord.Date 10/20/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(2)Refills
Exp.Date 01/17/05
TAKE TWO TABLETS TWICE DAILY AS NEEDED
Rx # 174778

ACETAMINOPHEN 500 MG TAB          #30

Ord.Date 11/24/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(12)Refills
Exp.Date 02/21/05
INJECT IM 90 MCG SC WEEKLY
****DOSE DECREASE TO 0.5 CC***
Rx # 176485

PEGINTERFERON ALFA-2A 180 MCG/1ML INJ  #1

Ord.Date 11/24/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD  0600
(2)Refills
Exp.Date 02/21/05
TAKE ONE CAPSULE EACH MORNING AND TAKE TWO CAPSULES EACH EVENING **DOSE DECREASE**
Rx # 176486

RIBAVIRIN 200MG CAP              #90    1930

Ord.Date 11/24/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(0)Refills
Exp.Date 02/21/05
APPLY TO AFFECTED AREA TWO TIMES A DAY
Rx # 176487

BACITRACIN OINT                  #1

Ord.Date 11/12/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(2)Refills
Exp.Date 02/09/05
APPLY TO AFFECTED AREA TWO TIMES A DAY
Rx # 175880

HYDROCORTISONE 1% CRM            #1

Ord.Date 11/12/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(2)Refills
Exp.Date 02/09/05
TAKE ONE TABLET EACH DAY
Rx # 175859

RABEPRAZOLE 20MG TAB            #30

Ord.Date 11/12/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(6)Refills
Exp.Date 02/09/05
TAKE 1 TABLESPOONFUL (15CC) TWICE DAILY
Rx # 175861

LACTULOSE 10GM/15ML ML            #1

Ord.Date 11/12/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(2)Refills
Exp.Date 02/09/05
TAKE ONE CAPSULE TWICE DAILY
Rx # 175858

DOXYCYCLINE 100 MG CAP          #60

Ord.Date 11/12/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(2)Refills
Exp.Date 02/09/05
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED
Rx # 175857

ALBUTEROL INH 90MCG 17GM          #1

Ord.Date 11/12/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(11)Refills
Exp.Date 02/09/05
INJECT IM 180 MCG SC WEEKLY
Rx # 175856

PEGINTERFERON ALFA-2A 180 MCG/1ML INJ  #1

Ord.Date 11/12/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD  0600
(2)Refills
Exp.Date 02/09/05
TAKE THREE CAPSULES TWICE DAILY
Rx # 175855

RIBAVIRIN 200MG CAP             #180    1930

Ord.Date 11/30/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(6)Refills
Exp.Date 02/21/05
TAKE TWO TABLETS TWICE DAILY
Rx # 176517

ACETAMINOPHEN 500 MG TAB         #30

Ord.Date 12/17/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(6)Refills
Exp.Date 03/16/85
TAKE TWO TABLETS TWICE DAILY
Rx # 177379

ACETAMINOPHEN 500 MG TAB         #28

Ord.Date 12/22/04
MOSHIER, DONALD L
10924-052          H. BEAM,MD
(6)Refills
Exp.Date 03/21/05
TAKE 1 TABLESPOONFUL (15ML) TWICE DAILY
Rx # 177631

LACTULOSE 10GM/15ML ML           #1

Rx # 177628
Exp.Date 03/21/05
Ord.Date 12/22/04
MOSHIER, DONALD L
10924-052
TAKE ONE CAPSULE EACH DAY
(12)Refills
H. BEAM,MD
OMEPRAZOLE 20MG CAP              #7

Rx # 177629
Exp.Date 03/21/05
Ord.Date 12/22/04
MOSHIER, DONALD L
10924-052
TAKE ONE CAPSULE TWICE DAILY
(12)Refills
H. BEAM,MD
DOXYCYCLINE 100 MG CAP           #14

Rx # 177630
Exp.Date 03/21/05
Ord.Date 12/22/04
MOSHIER, DONALD L
10924-052
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED
(3)Refills
H. BEAM,MD
ALBUTEROL INH 90MCG 17GM         #1

000210

PAGE: 1

**Facility:** MCKEAN HOUSING FACILITY (MCK)

**Prescriptions**

**Medication Administration Record**

**Month/Year:** 12/2004

Order Date 11/24/04
MOSHIER, DONALD L
10924-052
BEAM,MD

Exp. Date 02/21/05
RX # 176496
RIBAVIRIN 200MG CAP
TAKE ONE CAPSULE EACH
MORNING AND TAKE TWO
CAPSULES EACH EVENING
**DOSE DECREASE**

Order Date 12/29/04
MOSHIER, DONALD L
10924-052
BEAM,MD
RX #
TAKE TWO CAPSULES EACH MORNING
AND TAKE TWO CAPSULES EACH
EVENING **DOSE INCREASE**

Exp. Date
RX #

Order Date
RX #

Exp. Date

Order Date

Exp. Date

Order Date

Exp. Date

Order Date

Exp. Date

Order Date

Exp. Date

Order Date

Exp. Date

177811     RIBAVIRIN 200MG CAP     #120     1930

**Documentation Codes:**   H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

Pill Line#:        Pt. Name: MOSHIER-DONALD L        Registration #:        Physician: BEAM,MD

DOB: 08/18/1961    HT: 6' 1"    Allergies: NKO    Diagnosis: NKO

Unit: A04-203U    WT: 260

000211

PAGE: 1

## Medication Administration Record

**Facility:** MCKEAN HOUSING FACILITY (MCK)

**Prescriptions**

| | |
|---|---|
| Ord Order# | MOSHIER, DONALD L |
| 11/2004 | 10924-052 |
| RX # | 175855 |
| Exp Date | RIBAVIRIN 200MG CAP |
| 02/06/05 | TAKE THREE CAPSULES TWICE DAILY |
| Exp Date | (2)Refills |

H. BEAM,MD,PHD    #180  193(

Order Date: 11/24/04   MOSHIER, DONALD L
RX # 10924-052
176486
RIBAVIRIN 200MG CAP
TAKE ONE CAPSULE EACH MORNING
AND TAKE TWO CAPSULES EACH
EVENING **DOSE DECREASE**

H. BEAM,MD,PHD    #90  193(

**Documentation Codes:**  H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

**Pill Line#:**

**Pt. Name:** MOSHIER, DONALD L

**DOB:** 08/18/1961    **HT.** 6' 1"    **WT.** 260

**Unit:** A04-203U    **Allergies:** NKA    **Diagnosis:** NKD    **Registration #:** 10924-052

**Physician:** BEAM,MD

**Month/Year:** 11/2004

000212

PAGE: 1

# Medication Administration Record

Month/Year: 10/2004

**Facility:** MCKEAN HOUSING FACILITY (MCK)

## Prescriptions

| | |
|---|---|
| Order Date | 10/08/04 |
| Exp. Date | 01/05/05 |
| RX # | 174356 |
| | MOSHIER, DONALD L 10924-052 BEAM,MD |
| | RIBAVIRIN 200MG CAP #180 |
| | TAKE THREE CAPSULES TWICE DAILY |

Time: 0900  1930

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Documentation Codes:**   H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

DOB: 08/18/1961    HT: 6' 1"    WT: 260

Unit: A04-203U

Allergies: NKA    Diagnosis: NKD

Pill Line#:

Pt. Name: MOSHIER, DONALD L    Registration #: 10924-052    Physician: BEAM,MD

000213

# Medication Summary Sheet

| | | |
|---|---|---|
| Ord.Date 05/12/03 | MOSHIER, DONALD L 10924-052 | E. ASP (0)Refills |
| Exp.Date 06/10/03 | INHALE 2 PUFFS IN EACH NOSTRIL 4 TIMES A DAY AND AS NEEDED | |
| Rx # 148006 | SALINE NASAL SPRAY | #1 |

| | | |
|---|---|---|
| Ord.Date 05/12/03 | MOSHIER, DONALD L 10924-052 | E. ASP (0)Refills |
| Exp.Date 05/31/03 | TAKE ONE TABLET TWICE DAILY AS NEEDED | |
| Rx # 148005 | IBUPROFEN 800 MG TAB | #10 |

| | | |
|---|---|---|
| Ord.Date 05/12/03 | MOSHIER, DONALD L 10924-052 | E. ASP (0)Refills |
| Exp.Date 05/31/03 | TAKE ONE TABLET TWICE DAILY | |
| Rx # 148004 | TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB | #10 |

| | | |
|---|---|---|
| Ord.Date 05/27/03 | MOSHIER, DONALD L 10924-052 | B. SAYLOR (0)Refills |
| Exp.Date 06/26/03 | TAKE ONE TABLET EVERY EIGHT HOURS AS NEEDED | |
| Rx # 148812 | CHLORPHENIRAMINE 4 MG TAB | #21 |

| | | |
|---|---|---|
| Ord.Date 05/27/03 | MOSHIER, DONALD L 10924-052 | B. SAYLOR (0)Refills |
| Exp.Date 06/26/03 | TAKE ONE OR TWO TABLETS EVERY 4 TO 6 HOURS AS NEEDED | |
| Rx # 148813 | ACETAMINOPHEN 325 MG TAB | #20 |

| | | |
|---|---|---|
| Ord.Date 05/27/03 | MOSHIER, DONALD L 10924-052 | B. SAYLOR (0)Refills |
| Exp.Date 06/09/03 | TAKE ONE CAPSULE 3 TIMES A DAY FOR 10 DAYS | |
| Rx # 148814 | AMOXICILLIN 500 MG CAP | #30 |

| | | |
|---|---|---|
| Ord.Date 08/13/03 | MOSHIER, DONALD L 10924-052 | S. LABROZZI (0)Refills |
| Exp.Date 07/24/03 | TAKE ONE TABLET FOUR TIMES DAILY AS NEEDED FOR COLD SYMPTOMS | |
| Rx # 149676 | TRIPROL/PSEUDO 2.5/60MG TAB | #20 |

| | | |
|---|---|---|
| Ord.Date 06/13/03 | MOSHIER, DONALD L 10924-052 | S. LABROZZI (1)Refills |
| Exp.Date 08/11/03 | TAKE ONE TABLET EVERY FOUR HOURS AS NEEDED FOR PAIN | |
| Rx # 149675 | IBUPROFEN 400 MG TAB | #30 |

| | | |
|---|---|---|
| Ord.Date 08/13/03 | MOSHIER, DONALD L 10924-052 | S. LABROZZI (2)Refills |
| Exp.Date 09/10/03 | TAKE 1 TO 2 TABLESPOONFULS FOUR TIMES DAILY AS NEEDED | |
| Rx # 149674 | BISMUTH SUBSAL 262MG/15ML SUSP | #1 |

| | | |
|---|---|---|
| Ord.Date 09/02/03 | MOSHIER, DONALD L 10924-052 | E. ASP (0)Refills |
| Exp.Date 10/01/03 | TAKE ONE TABLET THREE TIMES DAILY AS NEEDED | |
| Rx # 154174 | IBUPROFEN 800 MG TAB | #28 |

| | | |
|---|---|---|
| Ord.Date 06/18/03 | MOSHIER, DONALD L 10924-052 | S. LABROZZI (1)Refills |
| Exp.Date 07/02/03 | TAKE ONE CAPSULE 3 TIMES A DAY FOR 14 DAYS | |
| Rx # 149673 | AMOXICILLIN 500 MG CAP | #21 |

| | | |
|---|---|---|
| Ord.Date 06/13/03 | MOSHIER, DONALD L 10924-052 | S. LABROZZI (0)Refills |
| Exp.Date 07/12/03 | INHALE 1 TO 2 PUFFS FOUR TIMES DAILY AS NEEDED | |
| Rx # 149672 | ALBUTEROL INHALER 17 GM | #1 |

| | | |
|---|---|---|
| Ord.Date 06/23/03 | MOSHIER, DONALD L 10924-052 | J. GLENN (0)Refills |
| Exp.Date 07/02/03 | TAKE ONE TABLET THREE TIMES DAILY FOR 5 DAYS | |
| Rx # 150142 | TRIPROL/PSEUDO 2.5/60MG TAB | #15 |

| | | |
|---|---|---|
| Ord.Date 06/23/03 | MOSHIER, DONALD L 10924-052 | S. LABROZZI (3)Refills |
| Exp.Date 09/10/03 | TAKE ONE CAPSULE TWICE DAILY UNTIL FINISHED (TAKE ON EMPTY STOMACH WITH A FULL GLASS OF WATER) | |
| Rx # 150190 | TETRACYCLINE HCL 500 MG CAP | #30 |

| | | |
|---|---|---|
| Ord.Date 07/22/03 | MOSHIER, DONALD L 10924-052 | E. ASP (2)Refills |
| Exp.Date 09/04/03 | TAKE ONE TABLET TWICE DAILY | |
| Rx # 151839 | RANITIDINE 150 MG TAB | #20 |

| | | |
|---|---|---|
| Ord.Date 07/22/03 | MOSHIER, DONALD L 10924-052 | E. ASP (0)Refills |
| Exp.Date 07/31/03 | TAKE ONE TABLET TWICE DAILY **DRINK PLENTY OF WATER** | |
| Rx # 151840 | GUAIFENESIN LA 600MG TAB | #14 |

| | | |
|---|---|---|
| Ord.Date 07/22/03 | MOSHIER, DONALD L 10924-052 | E. ASP (0)Refills |
| Exp.Date 07/26/03 | TAKE ONE TABLET THREE TIMES DAILY **MAY CAUSE DROWSINESS** | |
| Rx # 151841 | TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB | #15 |

| | | |
|---|---|---|
| Ord.Date 09/02/03 | MOSHIER, DONALD L 10924-052 | E. ASP (0)Refills |
| Exp.Date 09/21/03 | TAKE ONE TABLET FOUR TIMES DAILY AS NEEDED ** DO NOT USE WITH ACTIFED** | |
| Rx # 154175 | CHLORPHENIRAMINE 4 MG TAB | #12 |

| | | |
|---|---|---|
| Ord.Date 09/02/03 | MOSHIER, DONALD L 10924-052 | E. ASP (0)Refills |
| Exp.Date 09/21/03 | TAKE ONE TABLET THREE TIMES DAILY AS NEEDED | |
| Rx # 154176 | TRIPROL/PSEUDO 2.5/60MG TAB | #15 |

| | | |
|---|---|---|
| Ord.Date 09/02/03 | MOSHIER, DONALD L 10924-052 | E. ASP (3)Refills |
| Exp.Date 11/30/03 | TAKE ONE CAPSULE TWICE DAILY | |
| Rx # 154177 | TETRACYCLINE HCL 500 MG CAP | #30 |

**FCI McKean**



000214



Ord.Date 09/18/03
MOSHIER, DONALD L          B. SAYLOR
10924-052                  (0)Refills
Exp.Date 10/17/03
TAKE 2 TABLESPOONFULS (30CC) UP
TO FOUR TIMES DAILY AS NEEDED
Rx # 155162

BISMUTH SUBSAL 262MG/15ML SUSP    #1

Ord.Date 09/18/03
MOSHIER, DONALD L          B. SAYLOR
10924-052                  (0)Refills
Exp.Date 10/07/03
TAKE ONE TABLET TWICE DAILY
Rx # 155163

GUAIFENESIN LA 600MG TAB    #10

Ord.Date 09/18/03
MOSHIER, DONALD L          B. SAYLOR
10924-052                  (0)Refills
Exp.Date 10/17/03
TAKE TWO TABLETS FOUR TIMES
DAILY AS NEEDED
Rx # 155164

ACETAMINOPHEN 500 MG TAB    #20

Ord.Date 09/30/03
MOSHIER, DONALD L          J. GLENN
10924-052
Exp.Date 10/19/03
TAKE ONE TABLET THREE TIMES DAILY
FOR 5 DAYS
Rx # 155712

TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB    #15

Ord.Date 09/30/03
MOSHIER, DONALD L          J. GLENN
10924-052                  (1)Refills
Exp.Date 11/28/03
TAKE ONE OR TWO TABLETS THREE
TIMES DAILY WITH FOOD AS NEEDED
Rx # 155713

IBUPROFEN 400 MG TAB    #20

Ord.Date 09/30/03
MOSHIER, DONALD L          J. GLENN
10924-052                  (0)Refills
Exp.Date 10/29/03
INHALE 2 PUFFS FOUR TIMES DAILY AS
NEEDED
Rx # 155714

ALBUTEROL INH 90MCG 17GM    #1

Ord.Date 09/30/03
MOSHIER, DONALD L          J. GLENN
10924-052                  (0)Refills
Exp.Date 10/13/03
TAKE ONE CAPSULE THREE TIMES
DAILY FOR 10 DAYS
Rx # 155715

AMOXICILLIN 500 MG CAP    #30

Ord.Date 10/10/03
MOSHIER, DONALD L          R. PIOTROWSKI
10924-052                  (0)Refills
Exp.Date 10/24/03
TAKE ONE CAPSULE THREE TIMES
DAILY UNTIL FINISHED
Rx # 56495

AMOXICILLIN 500 MG CAP    #30

Ord.Date 10/10/03
MOSHIER, DONALD L          R. PIOTROWSKI
10924-052                  (0)Refills
Exp.Date 10/16/03
TAKE ONE TABLET FOUR TIMES DAILY
**MAY CAUSE DROWSINESS**
Rx # 156496

TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB    #20

Ord.Date 10/10/03
MOSHIER, DONALD L          R. PIOTROWSKI
10924-052                  (0)Refills
Exp.Date 10/29/03
TAKE 1-2 TABLETS THREE TIMES DAILY
AS NEEDED WITH FOOD
Rx # 156497

IBUPROFEN 400 MG TAB    #20

Ord.Date 09/14/03
MOSHIER, DONALD L
10924-052
Exp.Date 01/11/04
TAKE ONE TAB AT BEDTIME
#30
Rx # 156643

RANITIDINE 150 MG TAB

Ord.Date 10/16/03
MOSHIER, DONALD L          H. BEAM,MD
10924-052                  (2)Refills
Exp.Date 01/13/04
TAKE TWO TABLETS TWICE DAILY
Rx # 156882

ACETAMINOPHEN 500 MG TAB    #30

Ord.Date 11/21/03
MOSHIER, DONALD L          J. GLENN
10924-052                  (0)Refills
Exp.Date 12/04/03
TAKE ONE CAPSULE 3 TIMES A DAY
FOR 10 DAYS
Rx # 158940

AMOXICILLIN 500 MG CAP    #30

Ord.Date 11/21/03
MOSHIER, DONALD L          J. GLENN
10924-052                  (0)Refills
Exp.Date 11/27/03
TAKE ONE TABLET THREE TIMES DAILY
FOR 5 DAYS
Rx # 158963

TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB    #15

Ord.Date 11/21/03
MOSHIER, DONALD L          J. GLENN
10924-052                  (0)Refills
Exp.Date 12/20/03
TAKE 2 TABLESPOONFULS (30CC)
THREE TIMES DAILY AS NEEDED
Rx # 158964

BISMUTH SUBSAL 262MG/15ML SUSP    #1

Ord.Date 12/01/03
MOSHIER, DONALD L          S. LABROZZI
10924-052                  (0)Refills
Exp.Date 12/14/03
TAKE ONE TABLET FOUR TIMES DAILY
FOR 10 DAYS
Rx # 159403

ERYTHROMYCIN DELAYED RELEASE 500 MG TAB    #40

Ord.Date 12/01/03
MOSHIER, DONALD L          S. LABROZZI
10924-052                  (3)Refills
Exp.Date 02/28/04
TAKE TWO TABLETS FOUR TIMES
DAILY AS NEEDED FOR PAIN
Rx # 159404

ACETAMINOPHEN 500 MG TAB    #40

Ord.Date 12/01/03
MOSHIER, DONALD L          S. LABROZZI
10924-052                  (0)Refills
Exp.Date 12/14/03
TAKE ONE TABLET TWICE DAILY WITH
PLENTY OF WATER
Rx # 159405

GUAIFEN/DEXTRO 600/30MG TAB    #14

Ord.Date 12/01/03
MOSHIER, DONALD L          S. LABROZZI
10924-052                  (2)Refills
Exp.Date 02/28/04
TAKE 2 TABLESPOONFULS FOUR
TIMES DAILY AS NEEDED FOR NAUSEA
& VOMITING
Rx # 159406

BISMUTH SUBSAL 262MG/15ML SUSP    #1

Ord.Date 12/04/03
MOSHIER, DONALD L          S. LABROZZI
10924-052                  (0)Refills
Exp.Date 12/10/03
TAKE ONE TABLET FOUR TIMES DAILY
**MAY CAUSE DROWSINESS**
Rx # 159713

TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB    #20

Ord.Date 12/11/03
MOSHIER, DONALD L
10924-052
Exp.Date 12/24/03
TAKE ONE TABLET TWICE DAILY FOR
14 DAYS
Rx # 160164

SULFAMETH/TRIMETH DS 800MG/160MG TAB    #28

Ord.Date 12/11/03
MOSHIER, DONALD L          S. LABROZZI
10924-052                  (0)Refills
Exp.Date 12/24/03
TAKE ONE TABLET FOUR TIMES DAILY
AS NEEDED FOR FOR NOSE
CONGESTION
Rx # 160165

TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB    #20

000215

**FCI MCKEAN PHARMACY**

133685    B. SAYLOR    08/04/02
MOSHIER, DONALD L    10924-052
MCKEAN HOUSING FACILITY - Z07-210U
5-7 DROPS IN AFFECTED EAR EACH
DAY FOR 4 DAYS

**CARBAMIDE PEROXIDE 6.5% OTIC**    #1
(0)Refills    08/04/2002    CDM    RxExp 08/07/02
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**

135396    G. FAIRBANK    09/09/02
MOSHIER, DONALD L    10924-052
MCKEAN HOUSING FACILITY - Z07-210U
INSTILL 2-3 DROPS IN THE LEFT EAR
THREE TIMES DAILY **SHAKE WELL**

**NEOMYCIN/POLY B/HC OTIC SUSP  ML**    #1
(0)Refills    09/09/2002    CDM    RxExp 09/28/02
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**

135420    G. FAIRBANK    09/09/02
MOSHIER, DONALD L    10924-052
MCKEAN HOUSING FACILITY - Z07-210U
TAKE ONE TABLET 3 TIMES A DAY AS
NEEDED **WITH FOOD**

**IBUPROFEN 800 MG TAB**    #21
(1)Refills    09/09/2002    VG    RxExp 11/07/02
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

Ord.Date    MOSHIER, DONALD L    J. GLENN
09/13/02    10924-052    (0)Refills
Exp.Date    TAKE ONE CAPSULE THREE TIMES
09/22/02    DAILY UNTIL FINISHED
Rx #
135660    AMOXICILLIN 500 MG CAP    #30    

Ord.Date    MOSHIER, DONALD L    D. OLSON
09/16/02    10924-052    (0)Refills
Exp.Date    TAKE ONE TABLET TWICE DAILY
09/25/02
Rx #
135726    CIPROFLOXACIN 500 MG TAB    #20

Ord.Date    MOSHIER, DONALD L    G. FAIRBA
11/19/02    10924-052    (0)Refills
Exp.Date    TAKE ONE CAPSULE FOUR TIMES
12/16/02    DAILY
Rx #
139099    CEPHALEXIN 500 MG CAP    #40

Ord.Date    MOSHIER, DONALD L    G. FAIRBA
11/19/02    10924-052    (2)Refills
Exp.Date    TAKE ONE TABLET TWICE DAILY
02/16/03
Rx #
139100    RANITIDINE 150 MG TAB    #20

Ord.Date    MOSHIER, DONALD L    J. GLENN
11/27/02    10924-052    (0)Refills
Exp.Date    TAKE ONE TABLET THREE TIMES DAILY
12/01/02    **MAY CAUSE DROWSINESS**
Rx #
139530    TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB    #15

Ord.Date    MOSHIER, DONALD L    J. GLENN
11/27/02    10924-052    (0)Refills
Exp.Date    TAKE ONE TABLET TWICE DAILY UNTIL
12/08/02    FINISHED
Rx #
139531    GUAIFENESIN LA 600MG TAB    #14

Ord.Date    MOSHIER, DONALD L    J. GLENN
11/27/02    10924-052    (0)Refills
Exp.Date    TAKE TWO TABLETS EVERY EIGHT
12/15/02    HOURS AS NEEDED
Rx #
139532    ACETAMINOPHEN 500 MG CAPL    #30

Ord.Date    MOSHIER, DONALD L    G. FAIRBANKS
12/09/02    10924-052    (0)Refills
Exp.Date    TAKE ONE CAPSULE FOUR TIMES
01/07/03    DAILY
Rx #
139999    TETRACYCLINE HCL 250 MG CAP    #40

Ord.Date    MOSHIER, DONALD L    G. FAIRBANKS
12/09/02    10924-052    (0)Refills
Exp.Date    TAKE ONE TABLET TWICE DAILY
01/07/03
Rx #
140000    TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB    #10

Ord.Date    MOSHIER, DONALD L    J. GLENN
02/03/03    10924-052    (0)Refills
Exp.Date    TAKE ONE TABLET THREE TIMES DAILY
02/07/03    **MAY CAUSE DROWSINESS**
Rx #
142371    TRIPROL/PSEUDO 2.5/60MG TAB    #15

Ord.Date    MOSHIER, DONALD L    J. GLENN
02/03/03    10924-052    (0)Refills
Exp.Date    2 SQUIRTS IN EACH NOSTRIL FOUR
03/04/03    TIMES DAILY AS NEEDED
Rx #
142372    SODIUM CHLORIDE NASAL 0.65% ML    #1

Ord.Date    MOSHIER, DONALD L    J. GLENN
02/03/03    10924-052    (0)Refills
Exp.Date    TAKE TWO TABLETS EVERY EIGHT
02/22/03    HOURS AS NEEDED
Rx #
142373    ACETAMINOPHEN 500 MG CAPL    #30

000216

Ord.Date 02/18/03
MOSHIER, DONALD L          J. GLENN
10924-052          (0)Refills
Exp.Date 02/27/03
TAKE TWO CAPSULES (500MG) THREE
TIMES DAILY UNTIL FINISHED

Rx # 143182

AMOXICILLIN 250 MG CAP          #60

---

Ord.Date 02/18/03
MOSHIER, DONALD L          J. GLENN
10924-052          (0)Refills
Exp.Date 02/22/03
TAKE ONE TABLET THREE TIMES DAILY
**MAY CAUSE DROWSINESS**

Rx # 143183

TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB          #15

---

Ord.Date 02/18/03
MOSHIER, DONALD L          J. GLENN
10924-052          (0)Refills
Exp.Date 03/09/03
TAKE TWO TABLETS EVERY EIGHT
HOURS AS NEEDED

Rx # 143184

ACETAMINOPHEN 500 MG CAPL          #30

---

Ord.Date 03/12/03
MOSHIER, DONALD L          LABROZZI
10924-052          (0)Refills
Exp.Date 03/31/03
TAKE TWO TABLETS TWICE DAILY FOR
COUGH & CHEST CONGESTION WITH
PLENTY INTAKE

Rx # 144519

GUAIFEN/DEXTROMETH 600MG/30MG TAB          #20

---

Ord.Date 03/12/03
MOSHIER, DONALD L          S. LABROZZI
10924-052          (1)Refills
Exp.Date 06/09/03
MASSAGE 1 TO 2 TEASPOONFULS INTO
WET SCALP. RINSE AFTER 3 MIN.
REPEAT 3 TIMES A WEEK

Rx # 144520

SELENIUM SULF LOT 2.5% LOT          #1

---

Ord.Date 03/12/03
MOSHIER, DONALD L          S. LABROZZI
10924-052          (0)Refills
Exp.Date 03/25/03
TAKE ONE TABLET TWICE DAILY FOR
10 DAYS FOR SINUSITIS

Rx # 144515

SULFAMETH/TRIMETH DS 800MG/160MG TAB          #20

---

Ord.Date 03/12/03
MOSHIER, DONALD L          S. LABROZZI
10924-052          (1)Refills
Exp.Date 06/09/03
TAKE ONE TABLET EVERY FOUR
HOURS AS NEEDED FOR PAIN,
HEADACHE

Rx # 144518

IBUPROFEN 400 MG TAB          #30

---

Ord.Date 03/12/03
MOSHIER, DONALD L          S. LABROZZI
10924-052          (3)Refills
Exp.Date 06/09/03
TAKE ONE CAPSULE TWICE DAILY ON
EMPTY STOMACH BEGINNING MARCH
21 AFTER FINISHING BACTRIM

Rx # 144516

TETRACYCLINE HCL 500 MG CAP          #30

---

Ord.Date 03/12/03
MOSHIER, DONALD L          S. LABROZZI
10924-052          (0)Refills
Exp.Date 03/31/03
TAKE ONE TABLET FOUR TIMES DAILY
AS NEEDED FOR CONGESTION & FOR
COLD SYMPTOMS

Rx # 144517

TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB          #20

868.060
.Y 99    **ASTHMA FLOW SHEET**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| | | Date > 12 Jan 2006 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Staging of asthma severity. Symptom scoring to determine step: see below. | Wheeze | 3 | | | | | | | |
| | Cough | 1 | | | | | | | |
| | Activity | 2 | | | | | | | |
| | Night Sx | 3 | | | | | | | |
| | STEP | 2 | | | | | | | |
| Best = _____ ml | Current Peak Flow | 650 | | | | | | | |
| Meds: enter current dose (e.g. 2 puffs QID). | Beta-2 Agonist Albuterol π puffs qid | | | | | | | | |
| | Inhaled Steroid | | | | | | | | |
| | Theophylline | | | | | | | | |
| | Oral Steroid | | | | | | | | |
| Others: | | | | | | | | | |
| | Smoking (cigs/day) | 0 | 0 | | | | | | |
| | Comments | | | | | | | | |
| | Provider Initials | MJP | | | | | | | |

**History since last visit**
Wheeze:| 0 = None| |1 = < twice/week| |2 = > twice/week| |3 = daily|
Cough:| 0 = None| |1 = occasional| |2 = frequent| |3 = continuous|
Activity:| 0 = Normal| |1 = can run short dist.. climb 3 flights of stairs| |2 = walk only| |3 = sx at rest|
Night symptoms:| 0 = < 2 times/month| |1 = > 2 times/month| |2 = > 1 time/week| |3 = frequent|

Name: MOSHIER , DONALD
Reg No: 10924 - 052
Date of Birth: 18 Aug 1961
Institution: USP LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA 17837

**Key to Comments:**

H = Hospitalized this visit
I = Intensive tx for acute episode
    (e.g. IV steroids. w/o hospitalization)
E/I = Educated re: inhaler technique
E/S = Educated re: smoking cessation
E/M = Educated re: use of med
E/C = Educated re: med compliance
E/A = Educated re: all above

000218

BP-S620.060    **PATIENT PROBLEM LIST** CDFRM
AUG 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

PROBLEM LIST

| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
|---|---|---|---|
| | Axis I | | |
| | II | | |
| 9/16/03 | IV { Hep C ⊕ —→ Cirrhosis | | SP Cholecystectomy for gangrenous gal bladder |
| | Hep B SAb ⊖ Ag ⊖ CAb ⊕ | | |
| | Low back pain | | |
| | SP Appendectomy (1998 - 1999) | | |
| | Borderline Diabetes | | |
| 3/26/04 | GERD } | Asthma | |
| 3/26/04 | Venous Insufficiency | | |
| 3/26/04 | Lipomas | | |
| | Border | | |
| 12/21/04 | Caro level II | | |
| 3/26/04 | MLD D | | |
| ⊘ Food | | | |
| ⊘ ENVIRONMENT | | | |

ADVERSE / ALLERGIC
DRUG REACTIONS
(If none, record "No known Drug Allergies.)
NKDA

Patient Identification
(Name, Reg #, DOB)

(This form may be replicated via WP)

Donald Moshier

1092-052
8/18/61
5'6"

000219

BP-E620.060
AUG 96

## PATIENT PROBLEM LIST

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

### PROBLEM LIST

| Date Noted | Significant Diagnoses | Significant Operations/ Invasive Procedures | Date |
|---|---|---|---|
| 1989 | Ch L B P 2° h MVA. | Fx Nvra 2° h assult | May 2002. |
| | | Substance abus. | |
| | | Cholecystectomy Expro AL. | 1999. |
| | | Appendicty | |

No known drug allergy

**ADVERSE / ALLERGIC DRUG REACTION**
(If none, record "No Known Drug Allergies")

| | |
|---|---|
| NAME | |
| **MOSHIER JR. DONALD** | |

| PATIENT IDENTIFICATION : | Date Of Birth **8/18/1961** | Sex **M** | Institution **BRO** | Date Of Photo **5/22/2002** |
|---|---|---|---|---|

| Name : | Height **601** | Weight **260** | Hair Color **BD** | Eye Color **BL** |
|---|---|---|---|---|

| Register Number | Custody / QTR | | Spec. Cond | |
|---|---|---|---|---|

| DOB | CCC / CSW | | WRK | |

REGISTER NUMBER
**10924-052**

000220

DOJ    Patient-focused F     .ion

BOP

# Care of Patients
### *Pharmacy Service*



## HEALTH SERVICES DEPARTMENT
### USP LEWISBURG

**1.**
Ord.Date
05/02/06
MOSHIER, DONALD L    J. GERARGI
10924-052    (17)Refills
Exp.Date
10/28/06
TAKE ONE TABLET BY MOUTH TWICE
DAILY
Rx #
190743    NAPROXEN 500 MG TAB    #20

*DATE STARTED*

**6.**

**2.**
Ord.Date
05/02/06
MOSHIER, DONALD L    J. GERARGI
10924-052    (0)Refills
Exp.Date
05/11/06
TAKE ONE CAPSULE BY MOUTH THREE
TIMES DAILY
Rx #
190744    CEPHALEXIN 500 MG CAP    #30

**7.**

**3.**
Ord.Date
05/02/06
MOSHIER, DONALD L    J. GERARGI
10924-052    (0)Refills
Exp.Date
05/11/06
TAKE ONE TABLET BY MOUTH TWICE
DAILY
Rx #
190745    SULFAMETHOXAZOLE/TRIMETH 800MG/160MG TAB    #20

**8.**

**4.**

**9.**

**5.**

**10.**

*DATE ENDED*

INMATE NAME & NUMBER
MOSHIER, DONALD L
10924-052
USP LEWISBURG - A01-105U
05/02/2006

## PHARMACY COMMUNICATION SHEET

DOJ    Patient-foc  d Function

BOP

# Care of Patients
### *Pharmacy Service*



## MEDICATION PROFILE SHEET
### HEALTH SERVICES DEPARTMENT
#### USP LEWISBURG

**1:**
Ord.Date **01/12/06**
MOSHIER, DONALD L    M. PEORIA
10924-052    (4)Refills
Exp.Date **04/11/06**
INHALE 2 PUFFS ORALLY 4 TIMES DAILY
Rx # 178716
ALBUTEROL 17 GM MDI    #0
*DATE STARTED:*  1·12·06

**2:**
Ord.Date **01/12/06**
MOSHIER, DONALD L    A. BUSSANICH
10924-052    (8)Refills
Exp.Date **04/11/06**
TAKE ONE TABLET TWICE DAILY
Rx # 178717
RANITIDINE 150 MG TAB    #0

**3:**
Ord.Date **01/12/06**
MOSHIER, DONALD L    A. BUSSANICH
10924-052    (12)Refills
Exp.Date **04/11/06**
TAKE ONE TABLET BY MOUTH TWICE DAILY
Rx # 178718
NAPROXEN 500 MG TABLET 500 MG TAB    #0

**4:**
Ord.Date **01/12/06**
MOSHIER, DONALD L    A. BUSSANICH
10924-052    (0)Refills
Exp.Date **01/12/06**
INSTILL 4 DROPS THREE TIMES DAILY AS DIRECTED
Rx # 178719
NEOMYCIN/POLY B/HC OTIC SUSP  ML    #1

**5:**
Ord.Date **03/09/06**
MOSHIER, DONALD L    L. RAMIREZ
10924-052    (0)Refills
Exp.Date **03/13/06**
TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
Rx # 181972
DICYCLOMINE HCL 20 MG TAB    #15

**6:**
Ord.Date **04/04/06**
MOSHIER, DONALD L    L. RAMIREZ
10924-052    (0)Refills
Exp.Date **04/13/06**
TAKE ONE CAPSULE BY MOUTH FOUR TIMES DAILY
Rx # 184097
CEPHALEXIN 500 MG CAP    #40

**7:**
Ord.Date **04/04/06**
MOSHIER, DONALD L    L. RAMIREZ
10924-052    (0)Refills
Exp.Date **04/13/06**
TAKE ONE TABLET BY MOUTH TWICE DAILY
Rx # 184098
SULFAMETHOXAZOLE/TRIMETH 800MG/160MG TAB    #20

**8:**
Ord.Date **04/04/06**
MOSHIER, DONALD L    L. RAMIREZ
10924-052    (0)Refills
Exp.Date **05/03/06**
APPLY TOPICALLY TWICE DAILY
Rx # 184099
BACITRACIN/POLY B  OINT    #1

**9:**
Ord.Date **05/02/06**
MOSHIER, DONALD L    J. GERARGI
10924-052    (5)Refills
Exp.Date **10/28/06**
2 PUFFS FOUR TIMES DAILY
Rx # 190741
ALBUTEROL 17 GM MDI    #1

**10:**
Ord.Date **05/02/06**
MOSHIER, DONALD L    J. GERARGI
10924-052    (5)Refills
Exp.Date **10/28/06**
TAKE ONE TABLET TWICE DAILY
Rx # 190742
RANITIDINE 150 MG TAB    #60
*DATE ENDED:*

INMATE NAME & NUMBER

MOSHIER, DONALD L
10924-052
USP LEWISBURG - Z01-014LAD
01/12/2006

DOJ   Patient-focused Function
BOP

# Care of Patients
### *Pharmacy Service*



# MEDICATION PROFILE SHEET
## HEALTH SERVICES DEPARTMENT
### USP LEWISBURG

**1:**
Ord.Date 10/07/05
Exp.Date 10/05/06
Rx # 172157

MOSHIER, DONALD L
10924-052
I. NAVARRO
(0)Refills
INHALE 2 PUFFS ORALLY 4 TIMES DAILY

ALBUTEROL 17 GM MDI          #1

**DATE STARTED:**

**6:**
Ord.Date 11/28/05
Exp.Date 12/27/05
Rx # 175139

MOSHIER, DONALD L
10924-052
I. NAVARRO
(0)Refills
TAKE TWO CAPSULES BY MOUTH EACH DAY

DOXYCYCLINE 100 MG CAP          #60

**2:**
Ord.Date 10/25/05
Exp.Date 01/22/06
Rx # 173164

MOSHIER, DONALD L
10924-052
A. BUSSANICH
(11)Refills
TAKE TWO TABLETS BY MOUTH TWICE DAILY

RANITIDINE 150 MG TAB          #30

**7:**
Ord.Date 11/30/05
Exp.Date 02/27/06
Rx # 175274

MOSHIER, DONALD L
10924-052
A. BUSSANICH
(8)Refills
TAKE ONE TABLET BY MOUTH TWICE DAILY

NAPROXEN 500 MG TABLET 500 MG TAB          #20

**3:**
Ord.Date 10/25/05
Exp.Date 01/22/06
Rx # 173165

MOSHIER, DONALD L
10924-052
A. BUSSANICH
(2)Refills
INHALE 2 PUFFS ORALLY 4 TIMES DAILY

ALBUTEROL 17 GM MDI          #1

**8:**
Ord.Date 11/30/05
Exp.Date 02/27/06
Rx # 175275

MOSHIER, DONALD L
10924-052
A. BUSSANICH
(2)Refills
INHALE 2 PUFFS ORALLY 4 TIMES DAILY

ALBUTEROL 17 GM MDI          #1

**4:**
Ord.Date 10/25/05
Exp.Date 01/22/06
Rx # 173166

MOSHIER, DONALD L
10924-052
A. BUSSANICH
(8)Refills
TAKE ONE TABLET BY MOUTH TWICE DAILY

NAPROXEN 500 MG TABLET 500 MG TAB          #20

**9:**
Ord.Date 01/05/06
Exp.Date 04/04/06
Rx # 178219

MOSHIER, DONALD L
10924-052
M. PEORIA
(0)Refills
TAKE TWO CAPSULES BY MOUTH EACH MORNING

DOXYCYCLINE 100 MG CAP          #60

**5:**
Ord.Date 10/25/05
Exp.Date 11/07/05
Rx # 173167

MOSHIER, DONALD L
10924-052
A. BUSSANICH
(0)Refills
TAKE TWO CAPSULES BY MOUTH EACH DAY

DOXYCYCLINE 100 MG CAP          #28

**10:**

**DATE ENDED:**

INMATE NAME & NUMBER

MOSHIER, DONALD L
10924-052
USP LEWISBURG - A01-113U
10/07/2005

000223

DOJ    Patient-focus    Function

BOP

# Care of Patients

## Pharmacy Service



---

**:**  Ord.Date 07/28/05    MOSHIER, DONALD L    A. BUSSANICH
10924-052    (0)Refills
Exp.Date 10/26/05    APPLY TOPICALLY TWICE DAILY

Rx # 167384    BACITRACIN/POLY B  OINT    #1

*DATE STARTED:*

---

**6::**  Ord.Date 10/07/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (1)Refills
Exp.Date 11/05/05    TAKE ONE TABLET TWICE DAILY

Rx # 172154    RANITIDINE 150 MG TAB    #30

---

**2:**  Ord.Date 07/28/05    MOSHIER, DONALD L    A. BUSSANICH
10924-052    (5)Refills
Exp.Date 10/26/05    TAKE ONE CAPSULE TWICE DAILY

Rx # 167385    DOXYCYCLINE 100 MG CAP    #30

---

**7:**  Ord.Date 10/07/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (0)Refills
Exp.Date 11/06/05    TAKE ONE TABLET BY MOUTH TWICE
DAILY

Rx # 172155    NAPROXEN 500 MG TABLET 500 MG TAB    #20

---

**3:**  Ord.Date 08/25/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (0)Refills
Exp.Date 09/23/05    TAKE ONE CAPSULE TWICE DAILY

Rx # 169233    DOXYCYCLINE 100 MG CAP    #60

---

**8:**  Ord.Date 10/07/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (2)Refills
Exp.Date 11/05/05    TAKE ONE CAPSULE TWICE DAILY

Rx # 172156    DOXYCYCLINE 100 MG CAP    #20

---

**4:**  Ord.Date 08/25/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (1)Refills
Exp.Date 09/23/05    TAKE ONE TABLET TWICE DAILY

Rx # 169232    RANITIDINE 150 MG TAB    #30

---

**9:**  Ord.Date 10/07/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (1)Refills
Exp.Date 11/05/06    TAKE ONE TABLET TWICE DAILY

Rx # 172154    RANITIDINE 150 MG TAB    #30

---

**5:**  Ord.Date 08/25/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (0)Refills
Exp.Date 11/22/05    TAKE ONE TABLET BY MOUTH TWICE
DAILY

Rx # 169234    NAPROXEN 500 MG TABLET 500 MG TAB    #20

---

**10:**  Ord.Date 10/07/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (0)Refills
Exp.Date 01/04/06    TAKE ONE TABLET BY MOUTH TWICE
DAILY

Rx # 172155    NAPROXEN 500 MG TABLET 500 MG TAB    #20

*DATE ENDED:*

---

INMATE NAME & NUMBER

MOSHIER, DONALD L
10924-052
USP LEWISBURG - A01-113U
07/28/2005

000224

# Medication Summary Sheet

Ord.Date 12/29/04    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (3)Refills
Exp.Date 03/28/05    TAKE TWO CAPSULES EACH MORNING
AND TAKE TWO CAPSULES EACH
EVENING **DOSE INCREASE**
Rx # 177811    RIBAVIRIN 200MG CAP    #120    1930

Ord.Date 12/29/04    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (2)Refills
Exp.Date 03/28/05    INJECT IM 135 MCG SC WEEKLY
****DOSE INCREASE TO 0.75 ML***
Rx # 177812    PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1

Ord.Date 12/29/04    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (2)Refills
Exp.Date 03/28/05    APPLY TO AFFECTED AREA TWO TIMES
A DAY
Rx # 177813    BACITRACIN OINT    #1

Ord.Date 02/03/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (3)Refills
Exp.Date 05/03/05    INHALE 2 PUFFS FOUR TIMES DAILY AS
NEEDED
Rx # 179198    ALBUTEROL INH 90MCG 17GM    #1

Ord.Date 02/03/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (2)Refills
Exp.Date 05/03/05    INJECT 180 MCG WEEKLY **DOSE
INCREASE**
Rx # 179194    PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1

Ord.Date 02/03/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (12)Refills
Exp.Date 05/03/05    TAKE ONE CAPSULE EACH DAY
Rx # 179195    OMEPRAZOLE 20MG CAP    #7

Ord.Date 02/03/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (12)Refills
Exp.Date 05/03/05    TAKE ONE CAPSULE TWICE DAILY
Rx # 179196    DOXYCYCLINE 100 MG CAP    #14

Ord.Date 02/03/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (12)Refills
Exp.Date 05/03/05    TAKE 1 TABLESPOONFUL (15CC) TWICE
DAILY
Rx # 179197    LACTULOSE 10GM/15ML ML    #1

Ord.Date 02/10/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (1)Refills
Exp.Date 05/10/05    INHALE 2 PUFFS FOUR TIMES DAILY AS
NEEDED
Rx # 179526    ALBUTEROL INH 90MCG 17GM    #1

Ord.Date 02/10/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (8)Refills
Exp.Date 05/10/05    TAKE 1 TABLESPOONFUL (15CC) TWICE
DAILY
Rx # 179527    LACTULOSE 10GM/15ML ML    #1

Ord.Date 02/10/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (2)Refills
Exp.Date 05/10/05    TAKE ONE CAPSULE EACH DAY
Rx # 179529    OMEPRAZOLE 20MG CAP    #30

Ord.Date 02/10/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (2)Refills
Exp.Date 05/10/05    INJECT 180 MCG WEEKLY
Rx # 179530    PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1

Ord.Date 02/10/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (4)Refills
Exp.Date 05/10/05    APPLY TO AFFECTED AREA TWO TIMES
A DAY
Rx # 179531    HYDROCORTISONE 1% CRM    #1

Ord.Date 02/10/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (2)Refills
Exp.Date 05/10/05    TAKE THREE CAPSULES TWICE DAILY
Rx # 179532    RIBAVIRIN 200MG CAP    #180    1930

Ord.Date 02/10/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (2)Refills
Exp.Date 05/10/05    TAKE TWO TABLETS TWICE DAILY
Rx # 179533    ACETAMINOPHEN 500 MG TAB    #30

Ord.Date 02/10/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (2)Refills
Exp.Date 05/10/05    APPLY TO AFFECTED AREA TWO TIMES
A DAY (BODY)
Rx # 179534    BETAMETHASONE VAL 0.1 % OINT    #1

Ord.Date 02/10/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (2)Refills
Exp.Date 05/10/05    TAKE ONE CAPSULE TWICE DAILY
Rx # 179528    DOXYCYCLINE 100 MG CAP    #60

Ord.Date 02/10/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (4)Refills
Exp.Date 05/10/05    APPLY TO AFFECTED AREA TWO TIMES
A DAY
Rx # 179535    BACITRACIN OINT    #1

Ord.Date 03/03/05    MOSHIER, DONALD L    H. BEAM, MD
10924-052    (12)Refills
Exp.Date 05/31/05    TAKE TWO TABLETS BY MOUTH TWICE
DAILY AS DIRECTED
Rx # 180377    ACETAMINOPHEN 500 MG TAB    #30

MOSHIER, DONALD L
10924-052
MCKEAN HOUSING FACILITY - A04
11/24/2004

FCI
McKean

000225

Ord.Date  MOSHIER, DONALD L
06/14/05  10924-052                    (0)Refills
Exp.Date  INHALE 2 PUFFS EVERY SIX HOURS AS
07/13/05  NEEDED
Rx #
184719    ALBUTEROL 17 GM MDI              #1

Ord.Date  MOSHIER, DONALD L         D. OLSON
06/14/05  10924-052                    (0)Refills
Exp.Date  TAKE ONE TABLET TWICE DAILY AT
06/23/05  7AM AND 7PM
Rx #
184720    RANITIDINE 150 MG TAB          #14

Ord.Date  MOSHIER, DONALD L         D. OLSON
06/14/05  10924-052                    (0)Refills
Exp.Date  TAKE 1 TABLESPOONFUL TWICE DAILY
06/28/05  AT 7AM AND 7PM
Rx #
184721    LACTULOSE 10GM/15ML ML         #1

Ord.Date  MOSHIER, DONALD L         I. NAVARRO
06/28/05  10924-052                    (1)Refills
Exp.Date  TAKE ONE TABLET TWICE DAILY
07/27/05
Rx #
165559    RANITIDINE 150 MG TAB          #30

Ord.Date  MOSHIER, DONALD L         I. NAVARRO
06/28/05  10924-052                    (0)Refills
Exp.Date  TAKE ONE CAPSULE TWICE DAILY
07/27/05
Rx #
165560    DOXYCYCLINE 100 MG CAP         #60

Ord.Date  MOSHIER, DONALD L         I. NAVARRO
06/28/05  10924-052                    (0)Refills
Exp.Date  INHALE 2 PUFFS ORALLY 4 TIMES
07/27/05  DAILY
Rx #
165561    ALBUTEROL 17 GM MDI            #1

Ord.Date  MOSHIER, DONALD L         I. NAVARRO
06/28/05  10924-052                    (2)Refills
Exp.Date  TAKE ONE TABLET BY MOUTH TWICE
09/25/05  DAILY
Rx #
165562    NAPROXEN 500 MG TABLET 500 MG TAB   #20

# Medication Summary Sheet

Ord.Date **01/12/05**  MOSHIER, DONALD L    H. BEAM,MD
Exp.Date **04/11/05**  10924-052    (11)Refills
INJECT IM 135 MCG SC WEEKLY
****DOSE INCREASE TO 0.75 ML***
Rx #
178395    PEGINTERFERON ALFA-2A 180 MCG/1ML INJ  #1

Ord.Date **01/12/05**  MOSHIER, DONALD L    H. BEAM,MD    DRWJ
Exp.Date **04/11/05**  10924-052    (4)Refills
TAKE THREE CAPSULES TWICE DAILY
**DOSE INCREASE**
Rx #
178396    RIBAVIRIN 200MG CAP    #180    1930

Ord.Date **01/12/05**  MOSHIER, DONALD L    H. BEAM,MD
Exp.Date **04/11/05**  10924-052    (2)Refills
APPLY TO AFFECTED AREA TWO TIMES
A DAY
Rx #
178397    HYDROCORTISONE 1% CRM    #1

Ord.Date **04/01/05**  MOSHIER, DONALD L    H. BEAM,MD
Exp.Date **05/15/05**  10924-052    (2)Refills
APPLY TO AFFECTED AREA TWO TIMES
A DAY **EXTERNAL USE ONLY**
Rx #
181474    BETAMETHASONE VAL 0.1 % OINT    #1

Ord.Date **04/18/05**  MOSHIER, DONALD L    H. BEAM,MD
Exp.Date **05/01/05**  10924-052    (0)Refills
TAKE ONE TABLET THREE TIMES DAILY
Rx #
182226    AMOXICILLIN/CLAV 500/125MG TAB    #30

Ord.Date **04/28/05**  MOSHIER, DONALD L    H. BEAM,MD
Exp.Date **06/11/05**  10924-052    (2)Refills
APPLY TO AFFECTED AREA TWO TIMES
A DAY **EXTERNAL USE ONLY**
Rx #
182790    BACITRACIN OINT    #1

Ord.Date **04/28/05**  MOSHIER, DONALD L    H. BEAM,MD
Exp.Date **06/11/05**  10924-052    (2)Refills
APPLY TO AFFECTED AREA TWO TIMES
A DAY **EXTERNAL USE ONLY**
Rx #
182791    BETAMETHASONE VAL 0.1 % OINT    #1

Ord.Date **04/28/05**  MOSHIER, DONALD L    H. BEAM,MD
Exp.Date **06/11/05**  10924-052    (2)Refills
APPLY TO AFFECTED AREA TWO TIMES
A DAY **EXTERNAL USE ONLY**
Rx #
182792    HYDROCORTISONE 1% CRM    #1

Ord.Date **04/28/05**  MOSHIER, DONALD L    H. BEAM,MD
Exp.Date **07/26/05**  10924-052    (3)Refills
TAKE 1 TABLESPOONFUL TWICE DAILY
Rx #
182793    LACTULOSE 10GM/15ML ML    #0

MOSHIER, DONALD L
10924-052
MCKEAN HOUSING FACILITY - A04
01/12/2005

FCI
McKean

000227





Ord.Date 04/27/05
Exp.Date 07/25/05
Rx # 182764
MOSHIER, DONALD L
10924-052                    H. BEAM,MD
                             (3)Refills
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED
ALBUTEROL INH 90MCG 17GM          #1

Ord.Date 04/27/05
Exp.Date 07/25/05
Rx # 182765
MOSHIER, DONALD L
10924-052                    H. BEAM,MD
                             (12)Refills
TAKE ONE TABLET TWICE DAILY
RANITIDINE 150 MG TAB             #14

Ord.Date 04/27/05
Exp.Date 07/25/05
Rx # 182766
MOSHIER, DONALD L
10924-052                    H. BEAM,MD
                             (2)Refills
TAKE TWO TABLETS TWICE DAILY AS NEEDED
ACETAMINOPHEN 500 MG TAB          #28

Ord.Date 04/27/05
Exp.Date 04/29/05
Rx # 600384
MOSHIER, DONALD L
10924-052                    H. BEAM,MD
                             (0)Refills
TAKE TWO TABLETS TWICE DAILY FOR 3 DAYS AS NEEDED FOR PAIN
2471
APAP/CODEINE 300/30 MG UD        #12

Ord.Date 04/29/05
Exp.Date 05/03/05
Rx # 600385
MOSHIER, DONALD L
10924-052                    H. BEAM,MD
                             (0)Refills
TAKE TWO TABLETS THREE TIMES DAILY FOR 5 DAYS
2472
APAP/CODEINE 300/30 MG UD        #30

Ord.Date 05/27/05
Exp.Date 08/24/05
Rx # 184084
MOSHIER, DONALD L
10924-052                    H. BEAM,MD
                             (3)Refills
APPLY TO AFFECTED AREA TWO TIMES A DAY
                                 #1
BACITRACIN OINTMENT

Ord.Date 05/27/05
Exp.Date 08/24/05
Rx # 184085
MOSHIER, DONALD L
10924-052                    H. BEAM,MD
                             (3)Refills
APPLY TO AFFECTED AREA TWO TIMES A DAY (30GM)
BETAMETHASONE VAL 0.1 % OINT     #2

Ord.Date 05/27/05
Exp.Date 08/24/05
Rx # 184086
MOSHIER, DONALD L
10924-052                    H. BEAM,MD
                             (6)Refills
TAKE TWO TABLETS TWICE DAILY AS NEEDED
ACETAMINOPHEN 500 MG TAB         #28

Ord.Date 05/27/05
Exp.Date 08/24/05
Rx # 184087
MOSHIER, DONALD L
10924-052                    H. BEAM,MD
                             (8)Refills
TAKE 1 TABLESPOONFUL (15ML) TWICE DAILY AS DIRECTED
LACTULOSE 10GM/15ML ML           #1

000228

BP-S619.060
AUG 96    IMMUNIZATION RECORD    CDFRM
U.S. DEPARTMENT OF JUSTICE    FEDERAL BUREAU OF PRISONS

### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|------------|----------|-------------|
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ROUTE | PROVIDER/INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|------------|----------------------|-----------|--------------|---------|
| 2-14-01 | Abe | 10 | | R forearm | | | | OXO | |
| 7/10/02 | Aventis | 0942AB3-16-04 | (DE4) | R | 0.1cc | FCI McKean | 7/12/02 | OXO | |
| 2/8/03 | Park | 0B3P | 9/03 | RFA | 0.1cc | McKean Scotia | 2/10/03 | OXOneg | |
| 6-29-04 | Park | 0915-IP | 8/65 | LFA | 0.1cc | MCK | 7/1/04 | O | |
| 10-16-05 | Verlenbeck | 004N4P | 8/06 | LFA | 0.1cc 10 | ParkeUSPHED | 6/18/05 | Oxneg | |

000229

HEPATITIS VACCINE

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|---|---|---|---|---|---|---|---|
| epA 1/13/04 | Merck | 0032N | 9/20/05 | Adult | 1 cc im | U K Tsang | McCee |
| epA 7/3/04 | Park | 00154P | 8/05 | R belt | i.cc im | | Mohann |
| 10-11-05 | Aventis | U1772AA | 6/06 | L arm | 1cc/IM | W. Bogler | USP LEW |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

INFLUENZA VACCINE

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|---|---|---|---|---|---|---|---|
| 10/26/04 | Aventis | U1503AA | 6/05 | L Del | 0.5 im | Lg | McKean |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

OTHER  (MMR, Polio, etc)

| DATE | TYPE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Patient Identification
(Name, Reg #)

000230

BP-E619.060
AUG 96

**IMMUNIZATION RECORD**

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

## TETANUS TOXOIDS

| Date | MFG'R | Lot # | Exp. Date | Site | Dose/Route | Provider | Institution |
|------|-------|-------|-----------|------|------------|----------|-------------|
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |

## TUBERCULIN TEST

| Date | MFG'R | Lot # | Exp. Date | Site | Dose/Route | Provider/Institution | Date read | Results (MM) | Read by |
|------|-------|-------|-----------|------|------------|----------------------|-----------|--------------|---------|
| 5/23/02 | PPD | O~~ | 7/14/01 | BC. |  |  |  |  |  |
|      |       |       |           |      |            |                      |           |              |         |
|      |       |       |           |      |            |                      |           |              |         |
|      |       |       |           |      |            |                      |           |              |         |
|      |       |       |           |      |            |                      |           |              |         |
|      |       |       |           |      |            |                      |           |              |         |
|      |       |       |           |      |            |                      |           |              |         |
|      |       |       |           |      |            |                      |           |              |         |
|      |       |       |           |      |            |                      |           |              |         |
|      |       |       |           |      |            |                      |           |              |         |
|      |       |       |           |      |            |                      |           |              |         |

Patient Identification

NAME
**MOSHIER JR. DONALD**

| Date Of Birth | Sex | Institution | Date Of Photo |
|---------------|-----|-------------|---------------|
| **8/18/1961** | **M** | **BRO** | **5/22/2002** |

| Height | Weight | Hair Color | Eye Color |
|--------|--------|------------|-----------|
| **601** | **260** | **BD** | **BL** |

Name of Inmate:

Custody / QTR        Spec. Cond.

CCC / CSW        WRK

REGISTER NUMBER
**10924-052**

ber

000231

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 6-12-02 |
|---|---|---|

**1. LAST NAME—FIRST NAME—MIDDLE NAME** Mosher, Ronald

**2. IDENTIFICATION NUMBER** 10924-052

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS** *(Number, street or RFD, city or town, state and ZIP code)*
X None, I'll Be Going Here

**5. EMERGENCY CONTACT** *(Name and address of contact)*
X Kevin Brown    453 Payne marsh rd
Berkshire NY 13736
607 657 2472

**6. DATE OF BIRTH** X 8/18/61

**7. AGE** X 40

**8. SEX** ☐ FEMALE  ☒ MALE

**9. RELATIONSHIP OF CONTACT** Friend

**10. PLACE OF BIRTH** X CAL

**11. RACE** ☒ WHITE  ☐ BLACK  ☐ AMERICAN INDIAN/ALASKA NATIVE  ☐ HISPANIC WHITE  ☐ HISPANIC BLACK  ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY** BOP DOJ

**12b. ORGANIZATION UNIT** FCI McKean

**13. TOTAL YEARS GOVERNMENT SERVICE** a. MILITARY  b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
FCI McKean
P.O. Box 5000
Bradford, PA 16701

**15. RATING OR SPECIALTY OF EXAMINER**

**16. PURPOSE OF EXAMINATION** A + O

### 17. CLINICAL EVALUATION

| NORMAL | *(Check each item in appropriate column, enter "NE" if not evaluated.)* | ABNORMAL | NORMAL | *(Check each item in appropriate column, enter "NE" if not evaluated.)* | ABNORMAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | ✓ | O. PROSTATE *(Over 40 or clinically indicated)* | |
| ✓ | B. EARS-GENERAL *(INTERNAL CANALS)* *(Auditory acuity under items 39 and 40)* | | ✓ | P. TESTICULAR | |
| ✓ | C. DRUMS *(Perforation)* | | ✓ | Q. ANUS AND RECTUM *(Hemorrhoids, Fistulae) (Hemocult Results)* | |
| ✓ | D. NOSE | | ✓ | R. ENDOCRINE SYSTEM   See below | |
| ✓ | E. SINUSES | | ✓ | S. G-U SYSTEM | |
| ✓ | F. MOUTH AND THROAT | | ✓ | T. UPPER EXTREMITIES *(Strength, range of motion)* | |
| ✓ | G. EYES-GENERAL *(Visual acuity and refraction under items 28, 29, and 36)* | | ✓ | U. FEET | |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | V. LOWER EXTREMITIES *(Except feet) (Strength, range of motion)* | |
| ✓ | I. PUPILS *(Equality and reaction)* | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY *(Associated parallel movements nystagmus)* | | ✓ | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS   See below | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Y. SKIN, LYMPHATICS   See below | |
| ✓ | L. HEART *(Thrust, size, rhythm, sounds)* | | ✓ | Z. NEUROLOGIC *(Equilibrium tests under item 4.)* | |
| ✓ | M. VASCULAR SYSTEM *(Varicosities, etc.)* | | ✓ | AA. PSYCHIATRIC *(Specify any personality deviation)* | |
| ✓ | N. ABDOMEN AND VISCERA *(Include hernia)* | | n/a | BB. BREASTS | |
| | | | n/a | CC. PELVIC *(Females only)* | |

**NOTES** *(Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)*

* Fam. H/o diabetes
* Lap Chole 1999 - scars - puncture wounds
* Scars - on back from cystic acne
- Tatoos - (R) arm, (L) chest, (R) lat + leg
* Skin - H/o cystic acne

**18. DENTAL** *(Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)*

| | 0 | Restorable Teeth | 1 2 3 | Non-restorable teeth | X 1 2 3 | Missing Teeth | X X X 1 2 3 / 32 31 30 | Replaced by Dentures | X X X 1 2 3 / 32 31 30 | Fixed Partial Dentures | REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES |
|---|---|---|---|---|---|---|---|---|---|---|---|

| R I G H T | 1 32 | 2 31 | 3 30 | 4 29 | 5 28 | 6 27 | 7 26 | 8 25 | 9 24 | 10 23 | 11 22 | 12 21 | 13 20 | 14 19 | 15 18 | 16 17 | L E F T |

### 19. TEST RESULTS  *(Copies of results are preferred as attachments)*

| A. URINALYSIS: (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD *(Place, date, film number and result)* |
|---|---|---|
| 2) URINE ALBUMIN | (4) MICROSCOPIC | |
| 3) URINE SUGAR | | 000232 |
| C. SYPHILIS SEROLOGY *(Specify test used and results)* | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| 6' 1" | 286 | Blond | Grey/Blue | SLENDER | MEDIUM | HEAVY ✓ | OBESE | |

**26. BLOOD PRESSURE** (Arm at heart level)

**27. PULSE** (Arm at heart level)

| A. SITTING | SYS. 12 | B. RECUM-BENT | SYS. | C. STANDING (5 mins.) | SYS. | A. SITTING 72 | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |
|---|---|---|---|---|---|---|---|---|---|---|
| | DIAS. | | DIAS. | | DIAS. | | | | | |

| 28. DISTANT VISION | | 29. REFRACTION | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|
| RIGHT 20/ 15 | CORR. TO 20/ | BY | S. | CX | CORR. TO | | BY |
| LEFT 20/ | CORR. TO 20/ | BY | S. | CX | CORR. TO | | BY |

**31. HETEROPHORIA** (Specify distance)

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED | |
|---|---|---|---|---|---|
| RIGHT WNL | LEFT WNL | WNL | | CORRECTED | |
| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
| RIGHT WNL | LEFT WNL | | | RIGHT | LEFT |

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| RIGHT WV | /15 SV | /15 | RIGHT | | | | | | | | |
| LEFT WV | /15 SV | /15 | LEFT | | | | | | | | |

**42. NOTES** (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

- Ø Known expos to infec dis
- Ø H/O STD's
- Ø H/O IVDA
- H/O methamphetamine use QD x 1 yr. 5/29/01

(Use additional sheets if necessary)

**43. SUMMARY OF DEFECTS AND DIAGNOSES** (List diagnoses with item numbers)

| 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify) | 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |
| FCI MCKEAN | | | | | | |

**46. EXAMINEE** (Check)

| A. ✓ IS QUALIFIED FOR | General duty | 45B. PHYSICAL CATEGORY | | | |
|---|---|---|---|---|---|
| B. ☐ IS NOT QUALIFIED FOR | | A | B | C | E |

**47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER**

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| Gracia Fairbanks | Gracia Fairbanks, MLP |
| **49. TYPED OR PRINTED NAME OF PHYSICIAN** | **SIGNATURE** |
| D. Olson, MD Clinical Director | |
| **50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN** (Indicate which) | **SIGNATURE** |
| **51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY** | **SIGNATURE** |

STANDARD FORM 88 (Rev. 10-94) BACK

FPI. LEX.   ♻ Printed on Recycled Paper

| **MEDICAL RECORD** | **REPORT OF MEDICAL EXAMINATION** | DATE OF EXAM 5/23/02 |
|---|---|---|

| 1. LAST NAME—FIRST NAME—MIDDLE NAME Moshier Jr Donald | 2. IDENTIFICATION NUMBER 10924-052 | 3. GRADE AND COMPONENT OR POSITION Inmate |
|---|---|---|

4. HOME ADDRESS (Number, street or RFD, city or town, state and ZIP code)
453 - Painsworth Rd
Richfield NY 13896

5. EMERGENCY CONTACT (Name and address of contact)

| 6. DATE OF BIRTH 8/18/61 | 7. AGE 40yr | 8. SEX ☐ FEMALE ☒ MALE | 9. RELATIONSHIP OF CONTACT |
|---|---|---|---|

| 10. PLACE OF BIRTH C.A. | 11. RACE ☒ WHITE ☐ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER |
|---|---|

| 12a. AGENCY BOP | 12b. ORGANIZATION UNIT H.S. | 13. TOTAL YEARS GOVERNMENT SERVICE a. MILITARY | b. CIVILIAN |
|---|---|---|---|

| 14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS MDC Brooklyn | 15. RATING OR SPECIALTY OF EXAMINER |
|---|---|
| | 16. PURPOSE OF EXAMINATION A&O Physical |

## 17. CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL | NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | | O. PROSTATE (Over 40 or clinically indicated) defer & me | |
| ✓ | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | | ✓ | P. TESTICULAR | |
| ✓ | C. DRUMS (Perforation) | | ✓ | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| ✓ | D. NOSE | | | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | ✓ | S. G-U SYSTEM | |
| ✓ | F. MOUTH AND THROAT | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | U. FEET | |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | - |
| ✓ | I. PUPILS (Equality and reaction) | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | ✓ |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | ✓ | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS (R) arm Chil L/g | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | ✓ | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | ✓ | | BB. BREASTS | |
| | | | | CC. PELVIC (Females only) | |

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)

18. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

| | | | | | | | | | | | REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES |
|---|---|---|---|---|---|---|---|---|---|---|---|

|  | 0 1 2 3 | Restorable Teeth | 1 2 3 | Non-restorable teeth | X 1 2 3 | Missing Teeth | X X X 1 2 3 | Replaced by Dentures | 1 2 3 | Fixed Partial Dentures |
|---|---|---|---|---|---|---|---|---|---|---|
| | 32 31 30 0 | | 32 31 30 / | | 32 31 30 X | | 32 31 30 | | 32 31 30 | |

| R I G H T | 1 32 | 2 31 | 3 30 | 4 29 | 5 28 | 6 27 | 7 26 | 8 25 | 9 24 | 10 23 | 11 22 | 12 21 | 13 20 | 14 19 | 15 18 | 16 17 | L E F T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## 19. TEST RESULTS (Copies of results are preferred as attachments)

| A. URINALYSIS: (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD (Place, date, film number and result) |
|---|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC | |
| (3) URINE SUGAR | | |
| C. SYPHILIS SEROLOGY (Specify test used and results) | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

000234

STANDARD FORM 88 (Rev.10-94)
Prescribed by GSA/ICMR FIRMR (4 CFR) 201-9.202-1

NAME _____ IDENTIFICATION NUMBER _____ NO. OF SHEETS ATTACHED _____

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| 6'1" | 291 lb | | | ☐ SLENDER  ☐ MEDIUM  ☑ HEAVY  ☐ OBESE | | | | 98.4° |

| 26. BLOOD PRESSURE (Arm at heart level) | | | | | | 27. PULSE (Arm at heart level) | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 124 DIAS. 80 | B. RECUM-BENT | SYS. DIAS. | C. STANDING (5 mins.) | SYS. DIAS. | A. SITTING 68 | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE   E. 2 MINS. AFTER |

| 28. DISTANT VISION | | | | 29. REFRACTION | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ 20 | CORR. TO 20/ | BY | S. | | CX | CORR. TO | | BY |
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | | CX | CORR. TO | | BY |

| 31. HETEROPHORIA (Specify distance) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD | |

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | 38. INTRAOCULAR TENSION |
|---|---|---|---|---|
| RIGHT | LEFT | We did not Color Per | UNCORRECTED | |
| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | CORRECTED |
| RIGHT | LEFT | | | |

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
| RIGHT WV /15 SV /15 | | RIGHT | | | | | | | | |
| LEFT WV /15 SV /15 | | LEFT | | | | | | | | |

42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

(+) Hospitalization @ Cauga Medical Center Ithaca NY
(+) Drug
(−) Syphillis
(−) Aid
(−) Suicidal Idiation Ideation

*(Use additional sheets if necessary)*

43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

H/o Fx nose 2° to assult
H/o Appendectomy
Ch LBP 2° MVA

44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

| 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|
| P | U | L | H | E | S |

46. EXAMINEE: (Check)

A. ☑ IS QUALIFIED FOR    *Regular duty*

B. ☐ IS NOT QUALIFIED FOR

45B. PHYSICAL CATEGORY

47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

| A | B | C | E |
|---|---|---|---|

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| ARUN VERMA | |
| 49. TYPED OR PRINTED NAME OF PHYSICIAN  R. BEAUDOUIN, MD   MDC-BRO | SIGNATURE  R Beaudouin MD 05/23/02 |
| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |

000235

**MEDICAL HISTORY REPORT**

U.S. Department of Justice

Federal Bureau Of Prisons

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| Moshier JR, Donald LeRoy | 10924-052 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| intake | 6/6/02 | McKean |

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED *(Follow by description of past history, if complaint arises)*

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | X | Lived with anyone who had tuberculosis |
| X | | Coughed up blood |
| | X | Bled excessively after injury or tooth extraction |
| | X | Attempted suicide |
| | X | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | X | Wear glasses or contact lenses |
| X | | Have vision in both eyes |
| | X | Wear a hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | | | Scarlet fever | | X | | Adverse reaction to serum drug | | X | | Epilepsy or fits |
| X | | | Rheumatic fever | | X | | or medicine | | X | | Car, train, sea or air sickness |
| X | | | Swollen or painful joints | X | X | (C) | Broken bones | | X | | Frequent trouble sleeping |
| X | | | Frequent or severe headache | | X | | Tumor, growth, cyst, cancer | | X | | Depression or excessive worry |
| X | | | Dizziness or fainting spells | | X | | Rupture/hernia | | X | | Loss of memory or amnesia |
| X | | | Eye trouble | | X | | Piles or rectal disease | | X | | Nervous trouble of any sort |
| X | | | Ear, nose, or throat trouble | | X | | Frequent or painful urination | | X | | Periods of unconsciousness |
| X | | | Hearing loss | | X | | Bed wetting since age 12 | | | | Have you ever had |
| X | | | Chronic or frequent colds | | X | | Kidney stone or blood in urine | | X | | homosexual contact? |
| X | | | Severe tooth or gum trouble | | X | | Sugar or albumin in urine | | X | | Been exposed to AIDS |
| X | | | Sinusitis | | X | | VD—Syphilis, gonorrhea, etc. | X | | | Alcohol Use (Excessive) |
| X | | | Hay Fever | | X | | Recent gain or loss of weight | X | | | Drug Use/Addiction |
| X | | | Head injury | | X | | Arthritis, Rheumatism, or Bursitis | X | | | Marijuana |
| X | | | Skin diseases | | X | | Bone, joint or other deformity | X | | | Cocaine |
| X | | | Thyroid trouble | | X | | Lameness | | X | | Heroin |
| X | | | Tuberculosis | | X | | Loss of finger or toe | | X | | L.S.D. |
| X | | | Asthma | X | X | | Painful or "Trick" shoulder or elbow | X | | | Amphetamines |
| X | | | Shortness of breath | | X | | Recurrent back pain | | X | | Others: (Specify) |
| X | | | Pain or pressure in chest | | X | | "Trick" or locked knee | | X | | |
| X | | | Chronic cough | | X | | Foot trouble | | | | Alcohol or drug |
| X | | | Palpitation or pounding heart | | X | | Neuritis | | | | Withdrawal Problems |
| X | | | Heart trouble | | | | Paralysis (include infantile) | | | | |
| X | | | High or low blood pressure | | | | | | | | |
| X | | | Cramps in your legs | | | | | | | | |
| X | | | Frequent indigestion | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | |
| X | | | Stomach, liver, or intestinal trouble | | | | | | | | Been treated for a female disorder |
| X | | | Gall bladder trouble or gallstones | | | | | | | | Had a change in menstrual pattern |
| X | | | Jaundice or hepatitis | | | | | | | | ARE YOU PREGNANT |
| | | | | | | | | | | | SUSPECT YOU ARE PREGNANT |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) |
|---|---|
| Mechanic, Construction Work | [X] Right handed   [ ] Left handed |

000236

BP-360/60)

CHECK EACH ITEM YES OR NO — EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | X | 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | X | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | X | B. Inability to perform certain motions. | | X | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | X | C. Inability to assume certain positions. | | | |
| | X | D. Other medical reasons (If yes, give reasons.) | | | |
| | X | 14. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details.) | | X | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| | X | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | X | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| X | | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| X | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | X | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

EXPLANATION: (#13-22 ABOVE)

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE
*Donald L Moshlien Jr*

SIGNATURE
*Donald L Moshlin Jr*

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER ✓ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? *NO*

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES _____ NO ✓

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____

GENERAL POPULATION _____ YES _____ NO _____

TYPE AND EXTENT OF LIMITATION *none*

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

⊖ HIV
⊖ H&P
⊖ TB
UKDA

000237

TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER *Montgomery*

DATE *6/6/02*

SIGNATURE

NUMBER OF ATTACHED SHEETS

REVERSE

Department of Justice

**MEDICAL HISTOI   REPORT**

ral Bureau Of Prisons

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

LAST NAME--FIRST NA                                                  UMBER

Moshier Jr

| NAME | | |
|---|---|---|
| MOSHIER JR. DONALD | | |

PURPOSE OF EXAMINA

| Date Of Birth | Sex | Institution | Date Of Photo |
|---|---|---|---|
| 8/18/1961 | M | BRO | 5/22/2002 |

FACILITY

STATEMENT OF EXAM

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| 601 | 260 | BD | BL |

*by description of past history, if complaint  rises)*

| Custody / QTR | Spec. Cond |
|---|---|

CCC / CSW          WRK

REGISTER NUMBER
10924-052

---

**HAVE YOU EVER** *(Please check each item)*

| S | NO | (Check each item) |
|---|---|---|
| X | | Lived with anyone who had tuberculosis |
| X | | Coughed up blood |
| X | | Bled excessively after injury or tooth extraction |
| X | | Attempted suicide |
| X | | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | X | Wear glasses or contact lenses |
| X | X | Have vision in both eyes |
| | X | Wear a hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

**HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| S | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | | | Scarlet fever | | | X | Adverse reaction to serum drug or medicine | | X | | Epilepsy or fits |
| X | | | Rheumatic fever | | | | | | X | | Car, train, sea or air sickness |
| X | | | Swollen or painful joints | X | | | Broken bones | X | | | Frequent trouble sleeping |
| X | | | Frequent or severe headache | | | X | Tumor, growth, cyst, cancer | | X | | Depression or excessive wor |
| X | | | Dizziness or fainting spells | | | X | Rupture/hernia | | X | | Loss of memory or amnesia |
| X | | | Eye trouble | | | X | Piles or rectal disease | | X | | Nervous trouble of any sort |
| X | | | Ear, nose, or throat trouble | | | X | Frequent or painful urination | | X | | Periods of unconsciousness |
| X | | | Hearing loss | | | | Bed wetting since age 12 | | X | | Have you ever had homosexual contact? |
| X | | | Chronic or frequent colds | | | X | Kidney stone or blood in urine | | | | |
| X | | | Severe tooth or gum trouble | | | X | Sugar or albumin in urine | | X | | Been exposed to AIDS |
| X | | | Sinusitis | | | X | VD—Syphilis, gonorrhea, etc. | | X | | Alcohol Use (Excessive) |
| X | | | Hay Fever | | | X | Recent gain or loss of weight | | X | | Drug Use/Addiction | | | X |
| X | | | Head injury | | | X | Arthritis, Rheumatism, or Bursitis | X | X | | Marijuana | | | X |
| X | | | Skin diseases | | | X | Bone, joint or other deformity | X | | | Cocaine |
| X | | | Thyroid trouble | | | | Lameness | | X | | Heroin |
| X | | | Tuberculosis | | | X | Loss of finger or toe | | X | | L.S.D. |
| X | | | Asthma | | | X | Painful or "Trick" shoulder or elbow | | X | | Amphetamines | | | X |
| X | | | Shortness of breath | X | | | Recurrent back pain | X | | | Others: (Specify) |
| X | | | Pain or pressure in chest | | | | "Trick" or locked knee | | X | | |
| X | | | Chronic cough | | | | Foot trouble | | X | | Alcohol or drug Withdrawal Problems |
| X | | | Palpitation or pounding heart | | | | Neuritis | | X | | |
| X | | | Heart trouble | | | | Paralysis (include infantile) | | X | | |
| X | | | High or low blood pressure | | | | | | | | |
| X | | | Cramps in your legs | | | | | | | | **10. FEMALES ONLY HAVE YOU EVER** |
| X | | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| X | | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| X | | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| X | | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

**11. WHAT IS YOUR USUAL OCCUPATION?**

**12. ARE YOU** (Check one)
[X] Right handed   [ ] Left handed

000238

CHECK EACH ITEM YES OR NO E___ Y ITEM CHECKED YES MUST BE FULLY EXPLAIN___ N BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | X | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight., etc. | | X | 18. Have you ever had any illness or injury, other than the no___ already noted? (If yes, specify when, where, and give details.) |
| | X | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physici___ ns, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | X | C. Inability to assume certain positions. | | | |
| | X | D. Other medical reasons (If yes, give reasons.) | | | 20. Have you ever been rejected for military service beca___ of physical, mental, or other reason? (If yes, give date, ou___ reason, for rejections.) |
| | X | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details.) | | | |
| | X | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | X | 21. Have you ever been discharged from military  service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than l onorable, for unfitness or unsuitability.) |
| | X | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| | X | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | X | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom , and what amoun___, when, why.) |

EXPLANATION: (#13-22 ABOVE)

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE _Donald C Moffitt 81_ |
|---|---|

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT ___ TRANSFER _✓_ P.V. ___

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OF CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED? HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF    YES ___    NO _✓_

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK ___ RESTRICTED _No F/___

GENERAL POPULATION ___ YES ___ NO

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

(+) IVDU
(-) Epilepsy
(-) TB
(-) Suicidal Ideation Attempt
(-) Psychiatric Hospitalization
(-) Aids

— Fx nose 2 to assult May 2002.
— Substance abuse 20
Chr LBP 20
NSAIA-150

000239

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| ARUN VERMA | 5/23/02 | _AV_ | |

REVERSE

BP-S354.060 **INTAKE SCREENING (MEDICAL)** CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

*lew*

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution  *USP LEW* | Date of Arrival  *6-16-05* | Time of Arrival  *1410* |
|---|---|---|

| Inmate's Name  *Moshier, Donald* | Register Number  *10924-052* |
|---|---|

**M E D I C A L      C L E A R A N C E**

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or
   need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations
   or exclusions)

4. For Holdovers:  OK for Continued Transport? ☒ yes; ☐ no (Explain)

5. Disabilities? ☐ yes  ☒ no  (If yes, enter code(s) into MDS)
                                Code(s)

6. Remarks:

| Medical Staff Signature  *BPrince* | Date  *6-16-05* | Time  *1453* |
|---|---|---|

Medical Staff Title    Beverly Prince, EMT
                       Paramedic
                       USP Lewisburg

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)                    Replaces BP-354(60) of APRIL 1990
                                                        and BP-S354 of AUG 1994

000240

BP-S354.060  **INTAKE SCREENING (MEDICAL)**   CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution _McKean_ | Date of Arrival _4-10-03_ | Time of Arrival _1130_ |
|---|---|---|

| Inmate's Name _Moshier, Donald_ | Register Number _10924-052_ |
|---|---|

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☐ yes; ☒ no (Explain)

   _not reviewed_

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)

   _n/a_

5. Disabilities? ☐ yes  ☒ no  (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:

| Medical Staff Signature | Date _4-10-03_ | Time _1400_ |
|---|---|---|

| Medical Staff Title _R.N._ |
|---|

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

BP-S354.060  **INTAKE SCREENI**  ⟨  ⟩ **DICAL)**    CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution  *McKean* | Date of Arrival  *6-6-02* | Time of Arrival  *0830* |
|---|---|---|

| Inmate's Name  *Moshier, Donald* | Register Number  *10924-052* |
|---|---|

### M E D I C A L       C L E A R A N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)

   *n/a*

5. Disabilities? ☐ yes  ☒ no  (If yes, enter code(s) into MDS)
                                Code(s)

6. Remarks:

| Medical Staff Signature | Date  *6-6-02* | Time  *1700* |
|---|---|---|

Medical Staff Title  *MLP/PA-C*

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

000242

BP-S354.060  **INTAKE SCREENI..  (MEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JU..ICE**                    FEDERAL BUREAU OF PRISONS

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution USP LEWISBURG Health Services Unit Lewisburg, PA 17837 | Date of Arrival 6-5-02 | Time of Arrival 1120 |
|---|---|---|

| Inmate's Name Moshier, Donald | Register Number 10924-052 |
|---|---|

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ■ yes; ☐ no (Explain)

2. General Population Housing Approved? ■ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ■ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ■ yes; ☐ no (Explain)

5. Disabilities?  ☐ yes  ■ no  (If yes, enter code(s) into MDS)
                           Code(s)

6. Remarks:

| Medical Staff Signature  DP | Date 6-5-02 | Time 1159 |
|---|---|---|

| Medical Staff Title | D. McClintock, NREMT-P Paramedic USP Lewisburg |
|---|---|

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

000243

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MEDICAL STAFF: SHAL...ER JR. DONALD                                    **INSTITUTION**

| Institution | Date Of Birth 8/18/1981 | Sex M | Date Of Photo 5/22/2002 | | Time of Arrival |
|---|---|---|---|---|---|
| MDC Bro | Height 601 | Weight 260 | Institution BRO | | |
| Name of Inmate | | | Hair Color BD | Eye Color BL | |
| | Custody / QTR | | Spec. Cond | | |
| | CCC / CSW | | WRK | | |

REGISTER NUMBER
**10924-052**

MEDICAL CLEARANCE

| | | |
|---|---|---|
| **BP-149 (60) reviewed?** | Explain | |
| ☒ Yes | | |
| ☐ No | | |
| **General Population Housing Approved?** | Specify limitation or need | |
| ☒ Yes | | |
| ☐ No | | |
| **Approved for Temporary Work Assignment?** | Specify limitation or exclusion | |
| ☒ Yes | No F/S. | |
| ☐ No | | |
| **For Holdovers: OK for Continued Transportation?** | Explain | |
| ☒ Yes | | |
| ☐ No | | |
| **Disabilities?** | If yes, enter code(s) into MDS | |
| ☒ Yes | | |
| ☐ No | | |

Remarks

① lice
② suicidal Idiction / thyr

| Medical Staff Signature ARUN VERMA | Medical Staff Title | |
|---|---|---|
| | Date 5/23/02 | Time 14:15 |

Record Copy - Inmate Central File; Copy - File

000244

MEDICAL RECORDS                          CONSULTATION SHEET

| TO: SURGICAL CLINIC (IN) | FROM: (Requesting Clinician/Physician) Doctor Bussanich/ J. GERAGI PA/C | DATE OF REQUEST 5/2/06 |
|---|---|---|

**Chief Complaint:** S/P LIPOMA ~~RESECTION~~ EXCISION 3/23/06 - HAS INCISION SITE PACKED & IODOFORM GAUZE - ADVANCED 1" QOD - F/U AS PER DR MOTO NOTE 4/19/06

**History of Present Illness:** AS ABOVE

**Significant Diagnostic Studies Done:**

**Summary of Prior Treatment for Present Condition:**

**Effect condition has on Patient's Ability to Function in Correctional Environment:**

**Current Medications:** NAPROVEN PRN

**Drug Allergies:** NKDA

**Other Significant Medical Condition:**

**Primary Impression/Procedure Requested at this Time:** S/P LIPOMA EXCISION   F/U

| DOCTOR'S SIGNATURE: Bussanich, ANTHONY BUSSANICH ,MD | APPROVAL DATE | TO BE SEEN NO LATER THAN: 052006 |
|---|---|---|

CONSULTANT SECTION

**SIGNIFICANT FINDINGS:** wound closed

**DIAGNOSIS:** S/P lipoma ex/p (L) abdomen wound closed

**TREATMENT:** (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)

NA

**Follow Up #1:** (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)

PRN

| SIGNATURE AND TITLE OF PROVIDER: [signature] M.D. | DATE 5/26/06 |
|---|---|

| DATE OF INCARCERATION | USP LEWISBURG, PA 17837 | CUSTODY LEVEL: |
|---|---|---|

PATIENT'S IDENTIFICATION:

MOSHIER, DONALD
10924-052

CONSULTATION SHEET
STANDARD FORM 513 (Rev 3/99)

000245

513

| MEDICAL RECORDS | CONSULTATION SHEET | |
|---|---|---|
| TO: SURGICAL CLINIC- INSIDE | FROM: (Requesting Clinician/Physician) Doctor Bussanich/ PA Bogler | DATE OF REQUEST 3-23-2006 |

**Chief Complaint:** THIS PATIENT WAS SEEN BY DR. MOTTO IN THE OR ON 3-23-2006, WHEN HE HAD A 4 CM X 4 CM LIPOMA LOCATED IN THE LUQ EXCISED.  F/U IN THE APRIL SURGICAL CLINIC WAS REQUESTED.

**History of Present Illness:** *AS ABOVE*

Significant Physical Examination Findings:

**Significant Diagnostic Studies Done:**

**Summary of Prior Treatment for Present Condition:**

**Effect condition has on Patient's Ability to Function in Correctional Environment:**

**Current Medications:** NAPROXEN PRN

**Drug Allergies:** NKDA

**Other Significant Medical Condition:.**

**Primary Impression/Procedure recommended at this time:** S/P ABDOMINAL LIPOMA, PLEASE PROVIDE F/U

| DOCTOR'S SIGNATURE: D *B. Beck* USP Lewisburg | APPROVAL DATE *3/24/06* | TO BE SEEN NO LATER THAN: **APRIL 2006** |
|---|---|---|

**CONSULTANT SECTION**

**SIGNIFICANT FINDINGS:**

S/P Lipoma Excision.

**DIAGNOSIS:**

**TREATMENT: (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)**

Incision Packed ē Iodo for Gauze

**Follow Up #1: (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)**

Remove 1-2" of Packing QOD
+ Dress Wound.
Clean ē Q-Tip + H₂O₂
1 RTC next Surgery Clinic
DN 1/25/12

| SIGNATURE AND TITLE OF PROVIDER | DATE 4/19 | |
|---|---|---|
| DATE OF INCARCERATION | USP LEWISBURG, PA 17837 | CUSTODY LEVEL: |

**PATIENT'S IDENTIFICATION:**

MOSHIER, DONALD    10924-052

| MEDICAL RECORDS | CONSULTATION SHEET | |
|---|---|---|
| TO: DR. MOTTO- OUTSIDE | FROM: (Requesting Clinician/Physician) Doctor Bussanich/ PA Bogler | DATE OF REQUEST 11-18-2005 |

**Chief Complaint: THIS PATIENT WAS SEEN BY YOU IN CLINIC ON 11-18-2005, WHEN HE WAS NOTED TO HAVE A 4X4 CM LIPOMA IN THE LUQ. YOU RECOMMENDED EXCISION OF THE LESION UNDER LOCAL ANESTHESIA AT THE SURGICENTER.**

**History of Present Illness:** *AS ABOVE*

**Significant Physical Examination Findings:**

**Significant Diagnostic Studies Done:**

**Summary of Prior Treatment for Present Condition:**

**Effect condition has on Patient's Ability to Function in Correctional Environment:**

**Current Medications: ALBUTEROL INHALER, NAPROXEN**

**Drug Allergies: NKDA**

**Other Significant Medical Condition: HEP C +, GERD, ASTHMA**

**Primary Impression/Procedure Requested at this Time:** LIPOMA LUQ, PLEASE EXCISE.

② *APRIL 2006*

| DOCTOR'S SIGNATURE: 11-23-05 | APPROVAL DATE | TO BE SEEN NO LATER THAN: ~~FEBRUARY 2006~~ *APRIL 2006* |
|---|---|---|

### CONSULTANT SECTION

**SIGNIFICANT FINDINGS:**

**DIAGNOSIS:**

**TREATMENT: (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)**

Follow Up #1: (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)

*B. Bechert M.D. USP Lewisburg*

| SIGNATURE AND TITLE OF PROVIDER | DATE | |
|---|---|---|
| DATE OF INCARCERATION | USP LEWISBURG, PA 17837 | CUSTODY LEVEL: 000247 |

**PATIENT'S IDENTIFICATION:**

MOSHIER, DONALD     10924-052

**CONSULTATION SHEET**
STANDARD FORM 513 (Rev 3/99)

PERSON PROFILE                              PAGE: 1
DATE PRINTED: 03/07/2006    PERSON: MOSHIE¨ ¨DNALD L   PERSON ID#: 10924-052
USP LEWISBURG              A01-I05U
              USP LEWISBURG
LEWISBURG, PA 17837

| LAST FILL | RX NUM | RF | PH. | DOCTOR NAME | QUANTITY | COST | ADM DATE |
|-----------|--------|----|----|-------------|----------|------|----------|
| | | | | DRUG NAME | NDC | DAYS | REFILL DUE |
| 03/03/2006 | 178718 | 5 | HXC | BUSSANICH, ANTHONY | 20.0000EA | 200.00 | 03/03/2006 |
| | | | | NAPROXEN 500 MG TABLET 500 MG | 11819-0277-20 | 8 | |
| 02/21/2006 | 178717 | 3 | HXC | BUSSANICH, ANTHONY | 30.0000EA | 0.95 | 02/23/2006 |
| | | | | RANITIDINE 150 MG TAB | 00781-1883-60 | 15 | |
| 02/21/2006 | 178718 | 4 | HXC | BUSSANICH, ANTHONY | 20.0000EA | 200.00 | 02/21/2006 |
| | | | | NAPROXEN 500 MG TABLET 500 MG | 11819-0277-20 | 8 | |
| 02/21/2006 | 178716 | 2 | HXC | PEORIA, MARK | 1.0000EA | 0.01 | 02/22/2006 |
| | | | | ALBUTEROL 17 GM MDI | 00172-4390-18 | 30 | |
| 02/08/2006 | 178718 | 3 | HXC | BUSSANICH, ANTHONY | 20.0000EA | 200.00 | 02/08/2006 |
| | | | | NAPROXEN 500 MG TABLET 500 MG | 11819-0277-20 | 8 | |
| 02/08/2006 | 178717 | 2 | HXC | BUSSANICH, ANTHONY | 30.0000EA | 0.95 | 02/08/2006 |
| | | | | RANITIDINE 150 MG TAB | 00781-1883-60 | 15 | |
| 01/30/2006 | 178718 | 2 | HXC | BUSSANICH, ANTHONY | 20.0000EA | 200.00 | 01/30/2006 |
| | | | | NAPROXEN 500 MG TABLET 500 MG | 11819-0277-20 | 8 | |
| 01/23/2006 | 178716 | 1 | HXC | PEORIA, MARK | 1.0000EA | 0.01 | 01/23/2006 |
| | | | | ALBUTEROL 17 GM MDI | 00172-4390-18 | 30 | |
| 01/17/2006 | 178718 | 1 | HXC | BUSSANICH, ANTHONY | 20.0000EA | 200.00 | 01/17/2006 |
| | | | | NAPROXEN 500 MG TABLET 500 MG | 11819-0277-20 | 8 | |
| 01/17/2006 | 178717 | 1 | HXC | BUSSANICH, ANTHONY | 30.0000EA | 0.95 | 01/17/2006 |
| | | | | RANITIDINE 150 MG TAB | 00781-1883-60 | 15 | |
| 01/12/2006 | 178718 | 0 | HXC | BUSSANICH, ANTHONY | 0.0000EA | 0.00 | 01/12/2006 |
| | | | | NAPROXEN 500 MG TABLET 500 MG | 11819-0277-20 | 0 | |
| 01/12/2006 | 178717 | 0 | HXC | BUSSANICH, ANTHONY | 0.0000EA | 0.00 | 01/12/2006 |
| | | | | RANITIDINE 150 MG TAB | 00781-1883-60 | 0 | |
| 01/12/2006 | 178716 | 0 | HXC | PEORIA, MARK | 0.0000EA | 0.00 | 01/12/2006 |
| | | | | ALBUTEROL 17 GM MDI | 00172-4390-18 | 0 | |

Totals:     13    1002.87

```
5146583-0              SDS
DONALD HOSHIER
USKEP LEWISBURG, PA 17837
HOTTO,MD CHRISTOPHER
HOTTO,MD CHRISTOPHER
44      ?????????    252325 I
```



**EVANGELICAL**
COMMUNITY HOSPITAL
One Hospital Drive, Lewisburg, PA 17837
570.522.2000  FAX: 570.522.2745

## MEDICAL / SURGICAL
## DISCHARGE INSTRUCTION SHEET

✓ 1. Diet: _Regular_

___ 2. Activity restrictions
  ☒ Simple household chores that do not cause discomfort.
  ☐ Lift only things that require one hand, to avoid straining.
  ☐ Lift items weighing up to 10 lbs. the first week and add 5-10 lbs. each week.
  ☐ May use stairs carefully or with assistance.
  ☐ May resume driving _____.
  ☐ Other _____

✓ 3. May take tub bath or shower.

___ 4. Wash incision every day with soap and water.
  a. Dressing Instructions:    ☐ Not Necessary.    ☐ Remove in _____ days.
     ☐ _____
  b. If your incision becomes sore, red or draining, take your temperature and call physician.

___ 5. Remove ace bandage or elastic stockings for bathing. Elevate leg before reapplying.

___ 6. May resume sexual intercourse in _____ days _____ weeks.

___ 7. Return visit: To schedule an appointment _____
     Call _Next Surgery Clinic_ at _____ for appointment in _____ wks. / days.
     Call _____ at _____ for appointment in _____ wks. / days.
     Call _____ at _____ for appointment in _____ wks. / days.

___ 8. Employment: Expect to return to work in _____ days _____ weeks.

___ 9. Medications: ☐ Get prescriptions filled.    ☐ None.
  a. _Tylenol as needed_

  b. _____

  c. _____

  d. _____

  e. _____

  f. _____

  g. _____

Other Instructions: _____ _R Becker 3/24/06_ _____

_____ R. Becker, M.D.
       USP Lewisburg

Home Health Services Referral:    ☐ Yes    ☐ No    Agency: _____
Hospital Adm. Date _____    Home Phone #: _____    Date Service Requested: _____
Diagnosis: _____
Surgical Procedures: _____
Home Services Needed:   ☐ Physical Therapy    ☐ Medical Social Work    ☐ Speech Therapy
                        ☐ Skilled Nursing     ☐ Occupational Therapy   ☐ Home Health Aide
Physician's Instructions: _____

000249

In case of emergency, please call _____ or 522-2000.

_David Mm_                    _3-23-06_