AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: SURGERY IN   FROM: *(Requesting physician or activity)* BUSSANICH   DATE OF REQUEST 10,25,05

REASON FOR REQUEST *(Complaints and findings)*

① LEFT UPPER QUADRANT MASS - states is progressively increasing in size  P/E: 4x4cm MASS movable LUQ

② Also CLAIMS BLEEDING HEMORRHOIDS  P/E ⊕ Hemorrhoid ②

PROVISIONAL DIAGNOSIS

① Left UPPER QUADRANT MASS  FOR EVAL  ② HEMORRHOIDS

DOCTOR'S SIGNATURE

| APPROVED | PLACE OF CONSULTATION | | |
|---|---|---|---|
| | ☐ BEDSIDE  ☐ ON CALL | ☐ ROUTINE  ☑ 72 HOURS | ☐ TODAY  ☐ EMERGENCY |

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO  PATIENT EXAMINED ☐ YES ☐ NO  TELEMEDICINE ☐ YES ☐ NO

4x4 cm Lipoma  LUQ
Can excise Locally

Irritated bleeding hemmorhoids

Arrowsd HC suppositories
c̄ PR TH

SIGNATURE AND TITLE   *(Continue on reverse side)*  IN  4/5/12  DATE  11/1/2006

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|
| RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)* |
| PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)* | REGISTER NO. 10924-052 | WARD NO. |

MOSHIER, Donald

CONSULTATION SHEET  000250
Medical Record

513–110                                                                NSN 7540–00–634–4127

| MEDICAL RECORD | CONSULTATION SHEET |

### REQUEST

TO: Dr Graham

FROM: (Requesting physician or activity) 4 Beam FCI McKean

DATE OF REQUEST 4/27/05

REASON FOR REQUEST (Complaints and findings)

434 05 SP cholecystectomy 4/19/05 for
gangrenous gallbladder
needs post op check

PROVISIONAL DIAGNOSIS

SP cholecystectomy

DOCTOR'S SIGNATURE

H R Beam

APPROVED

PLACE OF CONSULTATION

☐ BEDSIDE   ☐ ON CALL

☐ ROUTINE   ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

### CONSULTATION REPORT

RECORD REVIEWED  ☐ YES ☐ NO          PATIENT EXAMINED  ☐ YES ☐ NO

tol p.o.    no N, V    Bowels OK
wound healing well,    no hernia or infection
appetite still down a little
+ he has lost some weight by appearance
(still is overweight)
moving well + looks good
Rec — no heavy activity for a few more
weeks
will see as needed

(Continue on reverse side)

SIGNATURE AND TITLE

[signature] M.D.

DATE 12-m-5

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. 10924-052 | WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

000251

Donald Moshier

Reviewed by D. Olson, MD
Date: 5/12/05

CONSULTATION SHEET

Medical Record

STANDARD FORM 513 (REV. 8–92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201–9.202–1

☆ U.S. GOVERNMENT PRINTING OFFICE: 1993–398-5

### HCV Treatment Psychology Evaluation
### FCI, McKean

**NAME:** Moshier, Donald
**Reg. No. 10924-052**
**AGE:** 43
**ETHNICITY:** White, non-Hispanic
**INSTANT OFFENSE:** PWITD Methamphetamine; Mailing Threatening Communications
**LENGTH OF SENTENCE:** 120 months
**MANDATORY RELEASE DATE:** 2/28/2012
**CUSTODY/SECURITY LEVEL:** IN/Medium
**INSTITUTION ADJUSTMENT:** Good
**PRESENTING PROBLEM/REASON FOR REFERRAL:** Inmate Moshier, Donald is being considered for combined interferon and ribivirin treatment for chronic HCV.
**PSYCHIATRIC HISTORY, ONSET OF:** No history of mental illness or treatment, no family history of mental illness.
**MEDICATIONS:** Acetamenophen 500mg, 2 tab, bid; Ranitidine 150mg, bid; Tetracycline, 500mg, bid; Hydrocortisone Cream, 1%.
**HISTORY OF ALCOHOL ABUSE/DEPENDENCE:** History of methamphetamine, cocaine and cannabis dependence.
**HISTORY OF HEAD TRAUMA:** None
**HISTORY OF ANTISOCIAL BEHAVIOR:** Conspiracy to Distribute Methamphetamine; Mailing Threatening Communications; Grand Theft, DUI, Harassment, Possession of Marijuana
**OTHER PERTINENT PSYCHIATRIC HISTORY:** None
**PERTINENT MEDICAL/SURGICAL HISTORY:** Chronic HCV, Asthma, Peripheral Vascular Disease
**MENTAL STATUS EXAMINATION - PERTINENT FINDINGS:** Inmate Moshier has appropriate affect and euthymic mood. He denies any family history of suicide. The inmate denies thoughts of hurting himself or others. There is no evidence of psychosis or disturbed thinking. The inmate is aware of the risks of treatment/non-treatment for HCV as described by his treating physician. He was made aware of the signs and symptoms of depression that might signal a need for additional treatment and could potentially result from his treatment of chronic HCV with the medications being contemplated by his treating physician.
**DIAGNOSTIC IMPRESSION**
Axis I: Polysubstance dependence, in remission due to incarceration
Axis II: Personality disorder, NOS (with antisocial features)
**RECOMMENDATIONS:** There are no mental health contraindications for inmate Moshier to receive a trial of interferon/ribivirin for the treatment of chronic HCV.

Walter L. Rhinehart, Psy.D.
Chief Psychologist
FCI, McKean
9/22/04



REVIEWED BY:   9/24/04   H. BEAM, MD   FCI MCKEAN

000252

**U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS**
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI  65808
(417) 862-7041

==================================================================
**\*\*\* SENSITIVE-LIMITED OFFICIAL USE \*\*\***
**FINAL REPORT**
==================================================================

| | | | |
|---|---|---|---|
| Register Number : 10924-052 | | Age | : 42yr |
| Name        : MOSHIER  JR, DONALD | | Sex | : M |
| Location     : FCI MCKEAN (MCK) | | Room: | |
| Admit. Physician: BEAM, MD | | Accession Number : | 5284 |
| Order. Physician: BEAM, MD | | | |
| Collected    : 07/19/04 @  08:10 by:  REFE | | | |

| Test | Result | Flag | Reference Range/Units | Tech |
|---|---|---|---|---|
| COMP. METABOLIC | | | | |
| Glucose | 168 | HI | 70 - 110 mg/dL | JE RY |
| Urea Nitrogen | 16 | | 7 - 22 mg/dL | JE RY |
| Creatinine | 1.0 | | 0.6 - 1.6 mg/dL | JE RY |
| SodiumI | 141 | | 137 - 148 mmol/L | JE RY |
| Potassium | 3.9 | | 3.5 - 5.0 mmol/L | JE RY |
| Chloride1 | 105 | | 99 - 114 mmol/L | JE RY |
| Calcium1 | 8.7 | | 8.5 - 10.9 mg/dL | JE RY |
| Total Protein | 7.0 | | 6.0 - 8.2 g/dL | JE RY |
| Albumin | 3.9 | | 3.6 - 5.1 g/dL | JE RY |
| Alkaline Phos. | 80 | | 41 - 133 U/L | JE RY |
| AST(SGOT) | 106 | HI | 11 - 55 U/L | JE RY |
| Total Bilirubin1 | 0.7 | | 0.2 - 1.3 mg/dL | JE RY |
| Cholesterol | 110 | LO | 140 - 200 mg/dL | JE RY |
| ALT1(SGPT) | 130 | HI | 11 - 66 U/L | JE RY |
| TSH | 1.16 | | 0.30 - 7.00 uIU/mL | KS RY |
| CBC | | | | |
| White Blood Cell | 5.0 | | 4.3 - 11.1 10^3/uL | RS RY |
| Red Blood Cells | 5.52 | | 4.46 - 5.78 10^6/uL | RS RY |
| Hemoglobin | 17.6 | | 13.6 - 17.6 g/dL | RS RY |
| Hematocrit | 50.7 | | 40.2 - 51.4 % | RS RY |
| MCV | 91.8 | | 82.5 - 96.5 fL | RS RY |
| MCH | 32.0 | | 27.1 - 34.3 pg | RS RY |
| MCHC | 34.8 | | 33.0 - 35.0 g/dL | RS RY |
| RDW | 13.6 | | 12.0 - 14.0 % | RS RY |
| PLT | 101 | LO | 130 - 374 10^3/uL | RS RY |
| MPV | 9.3 | | 6.9 - 10.5 fL | RS RY |
| AUTODIFF | | | | |
| Neutrophils | 70.9 | HI | 43.0 - 67.0 % | RS RY |
| Lymphocytes | 19.3 | LO | 21.0 - 45.0 % | RS RY |
| Monocytes | 7.1 | | 5.0 - 13.0 % | RS RY |
| Eosinophils | 2.3 | | 0.0 - 7.0 % | RS RY |
| Basophils | 0.4 | | 0.0 - 1.0 % | RS RY |
| Neutrophil # | 3.5 | | 1.9 - 6.7 10^3/uL | RS RY |
| Lymphocyte # | 1.0 | LO | 1.3 - 3.7 10^3/uL | RS RY |
| Monocyte # | 0.4 | | 0.3 - 1 10^3/uL | RS RY |
| Eosinophil # | 0.1 | | 0.0 - 5 10^3/uL | RS RY |

Legend

LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

| | | | |
|---|---|---|---|
| Name        : MOSHIER  JR, DONALD | | Location | : MCK |
| Register Number : 10924-052 | | Page | : 1 of 2 |
| Printed      : 07/20/2004 @ 15:06 | | | |

000253

```
            U. S. M        CENTER FOR FEDERAL PRI
                    LABORATORY,  1900 W. SUNSHINE
                    SPRINGFIELD,  MISSOURI  65808
                     (417) 862-7041, EXT. 454
```

```
!======================= F I N A L   R E P O R T ========================
Register Number: 10924-052                Age           : 42
Name           : MOSHIER  JR,DONALD       Sex           : M
Location       : FCI MCKEAN (MCK)         Accession Number: 9727
Physician      : BEAM, MD                 "X" if Complete : [X]
Collection Date: 11/17/2003
Collection Time: 11:00
Tests  ¦ HBsAg; HBsAb; HBcAb; Anti-HAV-IgM
Ordered¦
========================================================================

Test Name           Result       Flag      Reference Range        Tech

Collection Cmt.
HBsAg               Negative                             Negative      SY RY
HBsAb               Positive                             Negative      SY RY
HBcAb               Positive                             Negative      SY RY
Anti-HAV-IgM        Negative                             Negative      JN RY
                    -- End of Laboratory Report --
```

*S. Czekai, Med Tech.*

S. Czekai, Med Tech.

```
Name     : MOSHIER   JR,DONALD      Doctor  : BEAM, MD
Register#: 10924-052                Location: FCI MCKEAN (MCK)
Printed  : 11/26/2003 @ 12:39       .........
                                    Sensitive L. O. U.
```

H. BEAM, MD
FCI MCKEAN

000254

Page: 1

U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

============================ F I N A L   R E P O R T ============================

| | |
|---|---|
| Register Number: 10924-052 | Age : 41 |
| Name : MOSHIER JR,DONALD | Sex : M |
| Location : FCI MCKEAN (MCK) | Accession Number: 1366 |
| Physician : MISCELLANEOUS DOCTOR | "X" if Complete : [X] |
| Collection Date: 04/16/2003 | |
| Collection Time: 07:45 | |
| Tests \| HIV-Ab | |
| Ordered\| | |

================================================================================

| Test Name | Result | Flag | Reference Range | Tech |
|---|---|---|---|---|
| Collection Cmt. | Voluntary Testing | | | |
| HIV-Ab | Negative | | NR | SY RY |
| | DO NOT REMOVE REPORT FROM PATIENT CHART | | | |
| | -- End of Laboratory Report -- | | | |

*Voluntary*

*S. Czekai, Med Tech.*

| | |
|---|---|
| Name : MOSHIER JR,DONALD | Doctor : MISCELLANEOUS DOCTOR |
| Register#: 10924-052 | Location: FCI MCKEAN (MCK) |
| Printed : 04/21/2003 @ 12:00 | ........ |
| | Sensitive L.O.U. |

REVIEWED BY

H. BEAM, MD
FCI MCKEAN

000255

U. S. ME _CA_ CENTER FOR FEDERAL PRIS__ EPS
_B _TORY,   1900 W. SUNSHINE
SPRINGFIELD,   MISSOURI   65808
(417) 862-7041, EXT. 454

============================ F I N A L   R E P O R T ============================

| | | | | |
|---|---|---|---|---|
| Register Number: 10924-052 | | | Age | : 42 |
| Name | : | MOSHIER  JR, DONALD | Sex | : M |
| Location | : | FCI MCKEAN (MCK) | Accession Number: | 3832 |
| Physician | : | MISCELLANEOUS DOCTOR *E. Clop, PAC* | "X" if Complete : | [X] |
| Collection Date: 09/04/2003 | | | | |
| Collection Time: 08:50 | | | | |
| Tests | Anti-HCV; S:CO Ratio (HCV) | | | |
| Ordered | | | | |

================================================================================

| Test Name | Result | Flag | Reference Range | | Tech |
|---|---|---|---|---|---|
| Collection Cmt. | | | | | |
| Anti-HCV | Positive | | | Negative | SY CK |
| S:CO Ratio (HCV) | 6.6 | | - | | TX CK |

Samples with high s:co ratios (>3.8)
usually (>95%) confirm positive, but <5
of every 100 might represent false
positives. More specific testing may be
indicated.
-- End of Laboratory Report --

FCI MCKEAN HEALTH SVC.
03 SEP 16 AM 7:46

REVIEWED BY: *[signature]* 9/16/03

H. BEAM, MD
FCI MCKEAN

*S. Czekai, mt*
S. Czekai, Med Tech.

Name     : MOSHIER  JR, DONALD
Register#: 10924-052
Printed  : 09/16/2003 @ 06:32

Doctor  : MISCELLANEOUS DOCTOR
Location: FCI MCKEAN (MCK)
.........
Sensitive L.O.U.

000256









ternals:

OD

OS

Grade: 1-mild 2-moderate 3-dense 4-very dense

| Normal | | |
| Cornea | | |
| Iris | | |
| Conjunctiva | | |
| Lids | | |
| Punctia | | |
| Pupil | | |
| Angle | | |

Aphakia

IOL Type

| | C/D H+ / C/D V+ | HR | AS | AV | VI | Mac | Periphery |
|---|---|---|---|---|---|---|---|

Active

Non Active

Normal

Scleroising

Cataracts    Grade

Type    Surgery

General   Age   Atrophy
Choidal  Atrophy
Drusen

Active

Non Active

Normal

OD

OS

Aphakia

IOL Type

OS

Patient told of eye health condition OU

**MUSCLE BALANCE TEST:** Place dot where patient sees Red Dot.

COLOR VISION:  0- correct   X - wrong

| A | B |
|---|---|

LATERAL PHORIA: Circle #
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15
ESO         EXO

VERTICAL PHORIA: Circle #
1 2 3 4 5 6 7
1½ 1 ½ 0 ½ 1 1½
Left Hyper      Right Hyper

Human Tonometer:

R.A.   OD
       OS

L.A.   OD
       OS

Chief Complaint:

Family History

Allergies

Medication

General Health

History:

Glasses:  FT ___ N ___ D ___ HCL ___ SCL ___

Last Exam

Occupation

Age  44    DOB

Name  **Mosher, Donald**

Date

Location:  USP Lewisburg  12/23/05

Old Rx:  Tint        Glass  Plastic  Style

| | Sph | Cyl | Axis | Prism | Base |
|---|---|---|---|---|---|
| OD | | | | | |
| OS | | | | | |

Told New Rx:          No Change

| | VA ss Rx — O.U. | VA cc Rx — O.U. |
|---|---|---|
| Dist. | OD | R |
| | OS | L |
| | OS | |
| Near | OD | R |
| | OS | L |
| | OS | |
| OBJ: | OD | |
| | OS | |
| | OS | |
| SUBJ: | OD | VA |
| | OS | VA |
| | OS | VA |

PD  OD  62/61
    OS

K   OD
    OS

PD

R  -0.25 -0.75 090
L  -0.25 -0.75 090     Add +1.50

Plan:

Return

Check

Referred Dr.

Months

Time

Attachment 4   I3U-S9180001 October 1, 1989
INSTITUTION: USP LEWISBURG        EYEGLASS PRESCRIPTION
LAY NO.          ARRIVAL DATE ___ PURCHASE ORDER NO. ___ JOB NO. ___

INSTITUTION: USP LEWISBURG
CITY: LEWISBURG
STATE: PA17
ZIP:
CONTACT PERSON: Karen J. Messer, HSA
PHONE NO.: 570-522-7890

FEDERAL CORRECTIONAL INST.
FPI/UNICOR
OLD NORTH CAROLINA HWY 75
BUTNER, NORTH CAROLINA 27509
CUST SERVICE: (919) 575-1491
FAX: (919) 575-5286

BOP FORM 2

Glass.

| | Sph | PGX | Plastic | Tint |
|---|---|---|---|---|
| R | -0.25 -0.75 090 | | B | |
| L | -0.25 -0.75 090 | | | |

Eye Size  52□    Bridge  22

| Manufacturer | Name | | Color |
|---|---|---|---|

Please Circle   FTC   Supply   Enclosed

Add +1.50

| Seg Hgt | Prism | Base | ED | Dec. |
|---|---|---|---|---|

Multifocal Type   PD  62/61

Special Instructions:

000261

12-23-2005

*Moshier*

OPT A II

BILL TO: DIAN CALDWELL
FCI MCKEAN HEALTH SVC
RT 59 BIG SHANTY ROAD
LEWIS RUN
PA, 16738

| PATIENT NAME | CUST. NUMBER | INVOICE NUMBER |
|---|---|---|
| 10924-052 LI-3   110666 | PO: CALDWELL | 194450 |

| Tray No. | 9113 | Date Processed | 06/23/2004 | 07/07/2004 |
|---|---|---|---|---|

| | Sphere | Cylinder | Axis | Prism | Base Curve |
|---|---|---|---|---|---|
| R. EYE | −0.50 | −0.75 | 105 | | 6.00 |
| L. EYE | −0.25 | −0.75 | 60 | | 6.00 |

| | Add | Width | Height | | P.D. | N.P.D. |
|---|---|---|---|---|---|---|
| R. EYE | | | 0.0 | R. EYE | 67.0 | |
| L. EYE | | | 0.0 | L. EYE | 67.0 | |

## FRAME DATA

| Size | Depth | E.D. | D.B.L. |
|---|---|---|---|
| 54.0 | 48.0 | 59.0 | 22.0 |

Model: 0320272297  Tmpl. Length  54X22

83-84                    SMOKE

EDGED UNCUT  [X] [ ]   LENS ONLY [ ]   ENCLOSED [ ]   TO COME [ ]   SUPPLIED [X]

## CHARGES

| DESCRIPTION | PRICE |
|---|---|
| RIGHT LENS | 11.00 |
| LEFT LENS | 11.00 |
| 83-84 | 12.00 |
| SAFETY | .00 |

## LENS DATA

| Type | | | | Material |
|---|---|---|---|---|
| R: SV CR-39 SRC1 SOLA 72 | | | | |
| L: SV CR-39 SRC1 SOLA 72 | | | | |

FDA CODE SEC. 3, 84, 21 CFR    NOTE FOLLOWING EXCEPTIONS

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84, 21 CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF.

(1) PLASTIC: Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop ball testing.

COMMENTS:

J-10227755 LI-3 T-9113

| | |
|---|---|
| Sub Total | 34.00 |
| Freight | |
| Total Due | 34.00 |

FROM: 110664

450  POSTMASTER
IF THIS PACKAGE IS NOT DELIVERED IN FIVE DAYS, PLEASE RETURN TO SENDER

SHIP TO: FCI MCKEAN HEALTH SVC
RT 59 BIG SHANTY RD

LEWIS RUN, PA, 16738

000262

513–110                                                                    NSN 7540–00–634–4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: OPTOMETRIST | FROM: (Requesting physician or activity) Dennis Olson, MD, CD | DATE OF REQUEST |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

EYE EXAM:

SUBJECTIVE: Hx C       blur @ for last couple of months

age 42

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE D. OLSON, M.D. | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE  ☐ ON CALL | ☐ ROUTINE  ☐ 72 HOURS | ☐ TODAY  ☐ EMERGENCY |
|---|---|---|---|---|

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO        PATIENT EXAMINED ☑ YES ☐ NO

Visual Acuity Distance   OD 20/30   OS 20/30              OD
                                              TONOMETRY:      OS
              Near   OD .37m   OS .37m

External   Normal 67

Internal

Refraction   OD −.50 −.75 X 105    20/20
             OS −.25 −.75 X 60     20/20              54 X 22 X 6'

Diagnosis   CMA

Analysis   requires eyeglasses for distance vision

Plan   order eyeglasses for distance vision

(Continue on reverse side)

| SIGNATURE AND TITLE  Christian J Hoerauton | DATE 6/16/06 |
|---|---|

| IDENTIFICATION NO. | ORGANIZATION FCI McKean | REGISTER NO. 10524-050 | WARD NO. |
|---|---|---|---|

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Dennis Olson, MD
Physician

Mosher, Donald

CONSULTATION SHEET

Medical Record

STANDARD FORM 513 (REV. 8–92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201–9.202–1

000263

# Eyeglass Prescription

| TRAY NO. | ARRIVAL DATE | | | PRESCRIPTION NO. | |

**INSTITUTION:**

CITY _____ ZIP _____

STATE

LENSES

EXTRA

FRAME OR MTG

MISC

MUSHER, DONALD
10924-052
FCI-McKean

| | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN DEC OUT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTANCE | R | -1.50 | -.75 | 105 | | | | | | | |
| | L | -.25 | -.75 | 60 | | | | | | | |

| | | | SEGMENT INSTRUCTIONS | | PUPILLARY WIDTH. | | |
|---|---|---|---|---|---|---|---|
| | | HEIGHT | WIDTH | INSET R  L | DIST. | NEAR | |
| ADD | R | | | | 67 | X | |
| | L | | | | | | OTHER |

| SEG. STYLE | ORTH. F TILLER D | EXECUTIVE TYPE | KRYPTOK | PANOPTIK | CURVED TOP | TRIFOCAL AND TYPE | STRAIGHT TOP 22  28  45 | OTHER |
|---|---|---|---|---|---|---|---|---|
| | 22 | | 22 | 22-24 | 22-25 | | 22  25  35 | |

| FRAME OR SHAPE | | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|
| 29 | frame | 54 | 22 | 6 1/4 |

Mail to:
Federal Prison Industries
Box 100
Butner, N.C. 27509

**SPECIAL INSTRUCTIONS**
( ) LENS ONLY
( ) FRAMES ONLY          plastic

_Christian J. Howard_ LVN   6/16/04
SIGNATURE                         DATE
USP LVN                 Previous editions not usable

BP-357(60)
MAY 1984

000264



** LIMITED OFFICIAL USE **

SUICIDE RISK ASSESSMENT

Date .......: February 21, 2005
Inmate .....: MOSHIER, DONALD                    Unit: A
Reg. No ....: 10924-052

Author .....: KENT CANNON, PSY.D.
Title ......: DAP COORDINATOR
Institution : FCI MCKEAN

_____

Housing ..................... : ADM. DETENTION

Type of Attempt ............. : NO ATTEMPT

Lethality Assessment ........ : N/A

Overall Suicide Risk Level .. : Precise prediction of suicidal behavior is
                                difficult and should be modified over time
                                as circumstances change.  Based on the
                                findings noted below, the current overall
                                risk of suicide is judged to be LOW.

Action ..................... : A formal suicide watch is not warranted at
                               this time

COMMENTS:

Section I: PERSON MAKING REFERRAL:  Activities Lt. Garcia

Section II: REASON FOR REFERRAL:  This inmate reportedly told Lt. Garcia, "If
I don't see Dr. Rhinehart and the Warden after lunch then I will hang myself,
because me being here is bullshit."

Section III: RISK FACTORS:

1. SOCIAL RELATIONAL:
N    A. Significant Other(s) Status: His  father is reportedly dieing of
cancer, and he wants to phone him so his father won't needlessly drive here
in bad weather.  He said he looks forward to being reunited with his parents
and his sons when he is released from prison.

P    B. Imminent loss (see above). He said he fears not being able to talk
to his father after his father dies from cancer.

N/S    C. Status Issues: Significant alteration of circumstances: This
inmate said he has no difficulty in this area.

2. SITUATIONAL:
P    A. Criminal Justice Issues:  This SHU inmate said he wants access to
his property because he has only four days to ask for an extension on his
legal appeal, before the time deadline elapses.

P    B. Institutional Issues: This inmate is in the SHU for an

investigation for "encouraging a group demonstration."  He said he never did this.  He said staff "set me up for this," so he said he wants the Warden to transfer him to another facility.  He said he is not having any problems with

\*\* LIMITED OFFICIAL USE \*\*

Suicide Risk Assessment                                    Page 2
MOSHIER, DONALD
10924-052

other inmates, aside from the fact that he said another inmate planted a
shank in his cell awhile back.

N/S    C. Safety Issues: This inmate does not view his prison environment
as dangerous. He said he has nothing to fear here, and he said he will be
able to cope well here - if he gets his property so he can make his legal
appeal, and if he can phone his father to see how he is doing.

3. MEDICAL:
P      A. Distressing Illness: Significant medical concern - chronic back
problems and hepatitus C.

N/S    B. Pain (Physical): Chronic back pain, and a skin rash covering
much of his body. Low intensity and duration. "I can tolerate all of this,
if I can just get my property to make my legal appeal, and phone my father."

N/S    C. Chemical Abuse/Use: This inmate said this is not a problem for
him; however, he was once given a diagnosis of Polysubstance Dependence on
4/14/03.

4. PSYCHIATRIC:
N/S    A. Treatment History: Only short-term substance abuse counseling.

N/S    B. Current Status: Axis II: Antisocial Personality Disorder.

5. PSYCHOLOGICAL:
N/S    A. General Mental Health Status: "No, I am not having any suicidal
thoughts or feelings. I also am not feeling depressed. I am just pissed-
off that they won't give me my property and let me phone my father." This
inmate did not appear to be depressed; instead, he appeared angry and
manipulative. "The only reason why I told the Lt. that I was going to hang
myself is because that is the only way an inmate can get any help around here
(the SHU). No, I have not had a single suicidal thought, and I don't have
a plan to take my life. I just want to phone my dad and get my property. I
think staff are screwing with me, that's why they won't help me."

N/S    B. Hopelessness-Helplessness: This inmate stated a strong desire to
be reunited with his family when he is released from prison. He said he
looks forward to being with his sons and his parents. We discussed ways he
can better handle his stress. "I guess your right Dr. I was only looking at
the negative, and I was not also thinking about being with my family. I
don't want to mess-up and have to wait longer to see my family." This
inmate clearly stated many things that he is hopefull for in his future, and
many ways in which he does not feel helpless in his personal environment.

N/S    C. Depression: This inmate clearly and strongly affirmed that he was
NOT feeling depressed, and he did not appear to be feeling depressed. He did
not manifest any vegatative symptoms.

000268

N/S    D. Pain (Emotional): This inmate said that although he is feeling
angry at staff for not giving him his property, for not letting him have
access to the phones in SHU when he wants, and for placing him in SHU pending

000269

** LIMITED OFFICIAL USE **

Suicide Risk Assessment                              Page 3
MOSHIER, DONALD
10924-052

an investigation for "encouraging a group demonstration," he confidentially stated that he can cope with this and his other life and emotional stressors.

N/S   E. Negative Cognitions (Emphasizing Self Concept): Although I assessed for this area, this inmate did not verbalize the presence of anything in this area.  Instead, had appears to have a positve self-esteem, and was able to articulate positive alternatives.  He only appeared to lie to staff in an effort to manipulate staff.

N/S   F. Coping Resources: This inmate was easily able to articulate cogent reasons for living.  He did not claim a history of serious deficits in coping, or evidence major deficits in basic living skills.  He did not manifest constriction (e.g., an inability to see alternatives to present difficulties and distressing personal problem); etc.

6. HISTORICAL:
N/S   A. Self-Destructive: This inmate denied past suicide attempt/gestures.

P     B. Impulsivity: This inmate appears to have a history of impulsive and manipulative acting out, as is evidenced by his history of self-destructive substance abuse, history of violence, and history of illegal behavior.

N/S   C. Personal Awareness Issues: This inmate said that none of his significant others have a history of suicide.  He does not have any personal contact with suicidal individuals.  He denied the presence of other unusual factors such as fascination with suicide through reading, religious suicide cult ideology; etc.

7. BEHAVIORAL:
N/S   A. Self-Destructive: This inmate said he does not have a history of self-inflicted injury or suicide attempt.

N/S   B. Withdrawal: This inmate does not appear to be isolating, or reducing his interaction with others including inmates, staff, or family; instead, he complains of not being able to phone his family, and his desire to win his appeal so he can be with his sons sooner.  He said he is eating his meals.

N/S   C. Changes: This inmate complained that he is not being given more frequent access to the inmate showers while he is being housed in the SHU.  He also complained that he is not being given "Irish Spring" soap, because it is "easier on his skin," because of his skin condition.  He also complained of having to sleep on the floor in his SHU cell because there are so many inmates in his SHU cell, because he finds it uncomfortable, and it is harder for him to get a good nights sleep, like he wants.

000270

N/S    D.  Related Actions: There was no evidence to suggest that this
inmate was engaged in hoarding medications, stealing medications, buying
drugs, collecting materials such as making a rope, writing a suicide letter

000271

** LIMITED OFFICIAL USE **

Suicide Risk Assessment                              Page 4
MOSHIER, DONALD
10924-052

with death references, making final arrangement, or putting his affairs "in order," etc.

8. MOTIVATIONAL:
N/S    A. Intentionality: It was determined that this inmate did not have a desire to die, escape, effect change, or solve a problem through death. Instead, he clearly stated that he wanted to live, and was looking forward to being with his family.  He clearly stated that the ONLY reason he lied, and told the Lt. that he was suicidal, was because he felt that this was the only way he could get his property and a phone call, and get a chance to tell the Warden that he wanted to be moved to another facility.

N/S    B. Plan: This inmate clearly stated that he did not have a plan, or tools with which to take his life.

N/S    C. Goals: This inmate did not see death as an escape, nor was he imagining scenes of life after death in peaceful setting.  This inmate demonstrated a willingness to work with this clinician, and we established a therapeutic alliance.  He said if he had any other problems, he would ask to speak with a psychologist, instead of trying to manipulate staff.  He convincingly contracted to seek help in the unexpected event that he had a crisis.  "I know Dr. Rhinehart will come and help me if I need him to."

  1. The "Prison Suicide Risk Assessment Checklist" was developed by the psychology services staff at the Federal Transfer Center, Oklahoma City, Oklahoma in 1997; David F. Wedeking, Ph.D., Theresa L. Johnson, Ph.D., David K. Carlson, Psy.D., Richard R. Ray, M.S., and Katie N. Levins, M.A.

  2. P stands for "Potential Problem Area Identified"; and N/S stands for Nothing Significant Noted."

SECTION IV CONCLUSIONS AND RECOMMENDATIONS:  It was therefore determined that this inmate is not at imminent risk for suicidal behavior.  Instead, his verbalization that he might hang himself was determined to represent an effort on his part to manipulate staff.  This inmate was encouraged not to manipulate staff like this in the future.  He said he would not do this again.  Staff are encouraged to closely monitor this inmate, and should they have any concerns about how he is doing, to immediately refer him to the Psych. Dept.

cc:  A-Unit Manager, T.M. Murphy
      Capt.
      HSA
      A/W Grimm
      Warden
      Dr. Rhinehart

**BRADFORD REGIONAL MEDICAL CENTER**

5 Interstate Parkway

**Bradford, Pennsylvania 16701**

DEPARTMENT OF PATHOLOGY

SURGICAL PATHOLOGY REPORT

Moshier, Donald
M 43 DOB 8/18/61
MR# 226525

Dr. Horsley/Beam
4447798 FC: 11
ROOM: OP

DATE OF OPERATION: 08-24-04
Received in Pathology: 08-24-04

PATHOLOGY NUMBER: S04-3048

PRE-OP DX: Elevated LFTS
PROCEDURE: CT Guided Needle Biopsy
CLINICAL INFORMATION:

**SPECIMEN/LOCATION:** CT Guided Needle Biopsy of Liver

**GROSS DESCRIPTION:** The specimen received in formalin consists of four tan-brown, linear soft tissue fragments, varying from 0.7 to 1 cm in length and 0.1 cm in diameter.   The entire specimen is submitted.

**MICROSTUDY DIAGNOSIS:**
CT Guided Needle Biopsy of Liver:
    Cirrhosis of liver, micro-nodular pattern, active.  See comment.

**COMMENT:** Focally hepatocytes show mild to moderate micro and macrovesicular fatty degeneration with focal ballooned hepatocytes, focal areas of piecemeal necrosis. Special stains, trichrome, show increased fibrous tissue.  Special stains for Iron do not show increased stainable Iron.   The possible etiology includes among others the following: alcoholic cirrhosis, viral hepatitis with cirrhosis.  Findings should be clinically correlated.

DATE OF REPORT: 08-26-04

*Sally*

Syed Ally, MD

REVIEWED BY:

H. BEAM, MD
ECA McKEAN

9/7/04

# Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, Pa 16701

## Department of Medical Records

---

**Patient:** MOSHIER,DONALD          **Medical Record #:** M000226525          **Acct #:** V04546554

**DOB:** 08/18/1961                          **Age:** 43                                      **Sex:** M

**Admitting MD:** Graham, Nathaniel MD          **Room/Bed:** 446A-1          **Location:** 4EAST

**Admit Date:** 04/18/05          **Discharge Date:** 04/27/05 / 1347

---

### DISCHARGE SUMMARY

**DISCHARGE DIAGNOSIS:** Severe acute cholecystitis with signs of gangrene at the gallbladder clinically.

**PROCEDURE:** Open cholecystectomy.

**HISTORY:** See HP.

**HOSPITAL COURSE:** The patient was brought to the hospital and given intravenous fluids and antibiotics in an attempt to cool down his cholecystitis. This was unsuccessful, and he required emergent operation. Because of the amount of guarding and expected amount of inflammation, it was planned as an open procedure which was carried out without complications. He recovered very well, particularly considering his comorbidities including hepatitis C with cirrhosis. He improved gradually. JP drain was left in for 5 days. Kept on Zosyn as an antibiotic. He is now eating regular food. The incision is healing well. He has been having some diarrhea in the last 24 to 48 hours. It appears to be related to his antibiotics. We will get a stool titer for C. difficile. Started him on acidophilus, and I have discussed with Dr._____at FCI McKean. He has now been in the hospital for 8 postop days and is ready to be discharged, and he will be followed by the physicians at FCI McKean.

**PROGNOSIS:** Good in the short term for his cholecystitis. Guarded for his hepatitis.

Job#: 4560034 / 891280

Signed By: _____

                                                                              Graham, Nathaniel MD

GRAHNA/PRECYSE
DDT: 04/27/05 0911
TDT: 04/27/05 2159
Report Number: 0427-0062
cc:
FCI MCKEAN
Graham, Nathaniel MD

Reviewed by D. Olson, MD
Date: 5/2/05

000274

1



**BRADFORD REGIONAL MEDICAL CENTER**

**Patient Discharge Instructions**

Address

V04546554 M 08/18/61 43
MOSHIER,DONALD
Graham,Nathaniel MD
M000226525 4EAST 446A-1

Date _4/27/05_

| Diet _low fat_ | Activity _No heavy lifting_ | Medication Sheet Given |
|---|---|---|
| Medications: _Acidoph. 11.5 one tablet with meals_ | | ☐ |
| _Resume prior medication_ | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |

Special Instructions_____

Patient Education Materials distributed and explained:_____

| Pneumoccocal / Influenza Vaccine | Ordered ☐ Yes ☑ No | | |
| | Given ☐ Yes ☑ No | Manufacturer _____ |
| | | Lot _____ |
| Follow Up:  Please see your physician | | Please make an appointment |

The above instructions were explained to me.  I have received medication sheets and prescriptions, if applicable.
I have received a copy of the discharge instructions sheet and have no further questions.

_Moshier 10924-052_

_Donald C Moshier_
Signature of Patient or Responsible Other

_Chad Priester_
Signature of Discharging Nurse

000275

469

H. BEAM, MD

Kane Community Hospital; Kane, PA 16735 (814) 837-8585

# PATIENT DISCHARGE INSTRUCTIONS

MOSHIER, DONALD          124-2
PO BOX 5000
BRADFORD          PA 16701
08/18/1961          31916/
ANDERSON, GARY     04/14/05  286109
111111111   M  43 INPATIENT

1. **Diagnoses:**

2. **Medications:** Fax to _____ Pharmacy    If brand necessary, write BMN

| Fill* | Drug and dose | Directions | Qty | Ref | BMN | am |
|---|---|---|---|---|---|---|
| | Ibuprofen or Tylenol for pain | | | | | |
| | Intertron | ) to continue | | | | |
| | Ribaviron | | | | | |
| | Amoxil 500mg | 3x daily for 5 days | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Doctor, please place an "N" in the fill box that corresponds with medications you don't want the pharmacist to fill.
   Not valid for Schedule II Controlled Drugs. DEA number _____ (if CIII-V)

3. **Diet:**   EGD ⊖ 4/15/05

   **Driving**

4. **Activity:**   Cardiac w/u ⊖

   CT scan chest pending report

   **Follow-up visit Dr**

5. **Special Instructions:** (meds, dressing changes, wound care, etc)   **Follow-up:** _____ days/months

6. **Lab/X-ray/etc:**   Echocardiogram at Dr Aroleson office → Call office @ 837-9750 for appt

7. **Health Care Referral:**   Stress test KCH as outpatient → Cardiac Lab to call FC1 č appt.

8. **Discharge with Home Health:**   yes    no    PT    OT    Speech    Other _____

**If you are experiencing problems (anything abnormal or of unusual concern to you) in any of the above listed areas, contact your physician. If your physician is unavailable, go to the Emergency Room.**

I have received a copy of the above instructions. I have read and understand them.

Patient/Representative Signature _____   Date: _____

Instructions given by: _____   Date: 4/16/05

Physician's signature _____   Date

Patient/caregiver verbalizes understanding:  yes    no

REVIEWED BY: H. BEAM, MD FC1 MCKEAN
4/18/05

Reviewed by D. Olson, MD
Date 4/18/05

000276

BP-618.060  **CLINICAL DENTAL RECORDS**  CDFRM
MAR 02

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Examination:  ☐ Screening   ☐ Comprehensive   ☐ Periodic



| Occlusion | | |
|---|---|---|
| **Oral Hygiene** | | |
| Good | Fair | Poor |
| CPITN | | |

Head & Neck/Soft tissue

Additional Findings

D: _____

M: _____

F: _____

| Examiner Signature | Date |
|---|---|

**Treatment Completed**

**Recommended Treatment Plan**

☐ Radiographs

☐ Dental Prophylaxis
☐ Oral Hygiene Instruction
☐ Periodontal Evaluation   O  I  II  III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

Patient Name          Number       Sex: M  F   Age:

Moshier JR, Donald

10924 052

☐ Prosthodontic Evaluation

Dentist Signature          Date

USP LEWISBURG
HEALTH SERVICES UNIT

000277

### Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 1-13-06 1210 | 18 | Pt seen today w/s benefit of medical record S: Constant TA, LLQ, X 2 mos O: NO swelling in LLQ. #18 perc ⊕. PAXR #18 - read. A: Acute PA abscess ?: Irrev. pulpalgea #18. M'HX P: Informed consent signed. Mand block 1.8cc 0.5% Marcaine 1/:200,000 epi. 1.8cc 2% Lido /1:100,000 epi. Ext #18. Hemostasis. PaT6. OTC analgesic fr pain. |

BP-A787.060
MAY 03
**DENTAL/MEDICAL HEALTH HISTORY**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

Language template provided in Spanish _____, or _____

| | | |
|---|---|---|
| 1. Are you currently taking any medication?<br>If so, what? NAPROXEN, Ranitidine, Doxacycline | X Yes | ___ No |
| 2. Are you allergic to or have you had a reaction to any medication or drug?<br>If so, what? Rice Only | X Yes | ___ No |
| 3. Have you been under the care of a physician during the past two years?<br>If so, what? | X Yes | ___ No |
| 4. Have you been hospitalized in the past two years?<br>If so, what? | X Yes | ___ No |
| 5. Do you have or have you ever had a heart murmur or been treated for a heart condition? | ___ Yes | X No |
| 6. Have you ever been treated for a tumor, growth, or cancer?<br>Not yet | ___ Yes | X No |
| 7. Have you ever had excessive or prolonged bleeding as result of a medical condition or medication (ex. Hemophilia or blood thinners)? | X Yes | ___ No |
| 8. Do you have a latex allergy? | ___ Yes | X No |
| 9. Do you currently use tobacco products? | ___ Yes | X No |
| 10. WOMEN ONLY: Are you pregnant | ___ Yes | ___ No |

**Check any of the following that you have had:**

- ___ Congenital hear defects
- ___ Heart attack or heart problems
- ___ Stroke
- ___ Rheumatic fever
- ___ Mitral Valve Prolapse
- X Anemia (blood problems)
- ___ Thyroid problems
- ___ Chronic bronchitis
- ___ STD (syphilis, gonorrhea, herpes)
- ___ Angio edema

- ___ Arthritis
- ___ Artificial heart valve
- X Hepatitis ( ___ A ___ B X C )
- ___ Any type of transplant
- ___ Steroid treatment
- ___ Sickle Cell Anemia
- ___ Angina
- X High blood pressure
- ___ Heart pacemaker
- ___ Glucose - 6 - phosphate dehydrogenase deficiency

- ___ Epilepsy or seizures
- X Diabetes
- ___ AIDS or HIV Infection
- ___ Emphysema
- ___ Tuberculosis (TB)
- ___ Psychiatric treatment
- ___ Artificial joint
- ___ Radiation therapy
- X Asthma

Do you have any disease, condition, or problem not listed? _____

**Check any of the following that you have had or applies to you:**

- ___ Sensitive teeth
- ___ Bleeding gums
- ___ Food impaction
- X Pain around ear
- X Tooth ache
- ___ Wear partial dentures

- ___ unusual sounds while eating
- X Snoring
- ___ Blisters on lips or mouth
- ___ Clenching or grinding
- ___ Tooth ache
- ___ Swelling or lumps in mouth/throat

- ___ Burning tongue
- ___ Bad breath
- ___ Decayed teeth
- ___ Loose teeth
- ___ Wear dentures

| | | |
|---|---|---|
| Printed Name: Donald L Mastien Jr | Signature: Donald M Mastien | |
| Reg. No.: 19924-052 | Institution: USP | |
| Date: 1/13/96 | Updated: | |

(This form may be replicated via WP)

BP-A805.060
SEP 03
**INFORMED CONSENT FOR ORAL AND MAXILLOFACIAL SURGERY**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

Explained in: (check one) ____ English ____ Spanish ____ Other_____ (specific language)

Alternative to surgery: _____

I understand that if this procedure is not performed my condition may worsen resulting in complications including but not limited to:

1. Infection
2. Pain
3. Health complications beyond the present problem.

Possible complications which have been explained to me:

1. Pain
2. Dry socket (alveolitis)
3. Infection
4. Decision to leave a small piece of tooth root in the jaw when its removal would require extensive surgery and increased risk of complications.
5. Bleeding and bruising
6. Swelling
7. Injury to adjacent teeth or restorations
8. Maxillary sinus involvement
9. Nerve injury
10. Bony fractures
11. Temporomandibular joint disorder

I have had the opportunity to discuss and to ask question about my surgery with    Dr. _Ippolito_

I consent to the surgery as described.    _Remove lower left 2nd molar_

The above information has been explained to me in a language I can understand.

Signature of Patient    _Donald Moshier_

Date:  _1/13/06_    Time: _12:25_

Doctor's printed name  _Ippolito DDS_    Doctor's Signature _____

Witness (not required)

Inmate Name  _Donald Moshier JR_

Register No.:  _19924 052_

Institution:    USP LEWISBURG
HEALTh SERVICES UNIT
LEWISBURG, PA 17837

(This form may be replicated via WP)

000280

BP-618.060  **CLINICAL DENTAL RECORDS**  CDFRM
MAR 02
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**



Examination: ☐ Screening   ☐ Comprehensive   ☐ Periodic

Occlusion

Oral Hygiene
　　　Good　　　Fair　　　Poor

CPITN

Head & Neck/Soft tissue

Additional Findings

D: _____

M: _____

F: _____

Examiner Signature | Date

**Treatment Completed**

**Recommended Treatment Plan**

☐ Radiographs

☐ Dental Prophylaxis
☐ Oral Hygiene Instruction
☐ Periodontal Evaluation   O  I  II  III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

☐ Prosthodontic Evaluation

Dentist Signature | Date

Patient Name         Number      Sex: M  F   Age:

Mashier  Donald

10924    05 2

LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA 17837

000281

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 8/23/05 0905 | | Pt did not answer to call for sick call |

Stephen Ippolito, DDS
USP Lewisburg

000282

HRSA-237 (4/95)
(REVERSE)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|------|--------------------------------|-----------|
| 01/25/05 1315 hrs | P: - Lidocaine 2% c̄ 1:100,000 epi. x 2½ carps | |
| | - Old restoration & slight caries removed | |
| | - Dycal, 3M bonding agent, Retro Conditioner & acid etch | |
| | - TPH resin restoration material | |
| | - Occlusal adjustment and finish of restoration. | |
| | | William K. Collins, D.D.S. CDO FCI McKean |

MOSHIER, DONALD          FCI McKean          000283

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |

| | | |
|---|---|---|
| 11-2-04 0830 | S^: R/V pt for restoration Med Hist Rvd. NKDA. R: Lidocaine 1:100,000 2% epi x 1 OCc. amal c copalite varnish #2 | _GREER, DDS_ W. K. Collins, DDS CDO FCI McKean |
| 1-25-05 1315 hrs. | S: "My filling in the back keeps getting food under it and it hurts." Pt. points to #32; PL#: 3/10 O: Med Hx Rev'd - GERD, NKDA #32, small part of lingual tooth structure missing under provisional restoration ⊖ Percussion, ⊖ Palpation ⊖ Mobility PAX: Small radiolucency between restoration and tooth structure, A: #32 fractured tooth structure P: Assessment explained to patient | William K. Collins, D.D.S. CDO |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

MOSHIER, DONALD        FCI McKean

REGISTER NO. 10924-052  WARD NO. McKean

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

(Continued On Reverse Side)

000284

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |

06/21/04
0922 hrs

O: Med Hx Rev'd: NKDA
+g Error WK: 06/21/04

#17, PEX: Suspicious area at end
of roots

R: #17, Chronic caries, possible initial
stages of an abscess.

P: Advised patient of assessment &
patient understands.
Patient to watch call outs for
next appointment: #17 (restorative)

*William K. Collins, D.D.S.
CDO
FCI McKean

6/28/04
0800 hrs.

Pt-care Pt
SOA: Med Hx wnl Rvd WKA

P: occ anal #17 c
copalit warmil
Pt to watch call
outs for next appt.
comp exam.

W. K. Collins, DDS
CDO
FCI McKean

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

Moshier, Donald

FCI McKean

REGISTER NO. 10924-052     WARD NO.

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

000285     EF

HRSA-237 (4/95)
(REVERSE)

LCI NCKOSU

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|------|--------------------------------|-----------|
| 7-14-04 1130 hrs | SOAP: Pt. was unable to keep 11:30 appt due to no movement on the compound. | H. P. Greer M.D.S G.F. GREER D.D.S |
| 7-14-04 1330 hrs | SOA: Recall Pt Med Hist Rvd NKDA P: 1 docain (1:100,000 2% epi) x1 occ amal replaced in #17. Next replace temp restr c perm restr | H. P. Greer M.D.S G.F. GREER D.D.S |
| 7-26-04 1355 hrs | SOA: Recall Pt. Med Hist Rvd NKDA P: PAX fx #32. Dense rest. appears to be a resin that was placed 3 yrs ago. Rest is in good cond & does not need replaced amel Pt. understands Pt to R.T.C. for rest in #2 | H. P. Greer M.D.S G.F. GREER D.D.S. |
| | | |
| | | |
| | | |
| | | |

BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**　　　　　　　　　**FEDERAL BUREAU OF PRISONS**

FCI McKEAN
CDO

| Examination: | ☐ Screening | ☐ Comprehensive | ☐ Periodic |
|---|---|---|---|



RIGHT  1 (2) 3 4 5 6 7 8 9 10 11 12 13 14 (15) 16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Occlusion**
Class I

**Oral Hygiene**
Good  (Fair)  Poor

**CPITN**
| — | 3 | |
| 3 | 3 | |

**Head & Neck/Soft Tissue**
WNL

**Additional Findings**
Crossbite - ant (R)

D: 2
M: 8
F: 1

---

| Treatment Completed | Recommended Treatment Plan |
|---|---|



RIGHT  1 (2) 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

☑ Radiographs

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction

☐ Periodontal Evaluation  0  I  II  III

☐ Oral Surgical Procedures

☐ Endodontic

☑ Restorative

☐ Prosthodontic Evaluation

| Patient Name | Number | Sex M F | Age: |
|---|---|---|---|
| Moshier, Donald | 10904-052 | M | 8-18-61  40 |

**Dentist Signature**　　　**Date**
W. G. Sterba DDS  4/10/02

W. G. STERBA, DDS  000287

FCI McKean

W.K. COLLINS, DDS
CDO
FCI McKean

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 6/10/04 1300 | | A+O exam, Health History reviewed. Sick call and call out procedures explained — *[signature]* W. STERBA M *[signatures]* **W.K. COLLINS CDO FCI McKean** |
| 03/05/03 1314hrs | | S: Patient alerted Acting HSA Montgomery that he had eaten his lunch and bitten down on a piece of glass that cut his gum and which he then swallowed." O: Patient was instructed to wait and he would be seen: Once by the PA and secondly by this Practitioner. Patient was then called but was not present due to leaving the clinic waiting area. A: None P: Patient left before being evaluated & treated. *[signature]* **W.K. Collins, DDS Chief Dental** |
| 06/21/04 0915hrs | | S: "I have a tooth that is hurting at the bottom left." (PI #: 07), Patient points to # 17; O: # 17, Small-medium occlusal decay, ⊕ Perc, ⊖ Palp, +1 Mobility *[signature]* **William K. Collins, D.D.S. CDO FCI McKean** |

P.S. 6000.05
September 15, 1996
Attachment IV-E, Page 1

## FEDERAL BUREAU OF PRISONS
### DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?
   If so, what?_____ yes  no

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?
   _____ yes  no

3. Have you been under the care of a physician during
   the past two years? If so, why? _____ yes  no

4. Have you been hospitalized in the past two years?
   If so, why? _____ yes  no

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition? yes  no

6. Do your ankles ever swell during the day? yes  no

7. Have you ever been treated for a tumor or growth? yes  no

8. Have you ever had abnormal bleeding? yes  no

9. Have you ever had serious difficulty with any
   dental treatment? yes  no

10. Have you ever had clicking, popping, or pain
    in your jaw joint?          yes  no

Circle any of the following that you have had:

Congenital heart defects          Heart murmur
Heart attack or heart problems    Angina
Stroke                            High Blood pressure
Rheumatic Fever                   Heart pacemaker
Asthma                            Epilepsy or seizures
Anemia (blood problems)           Diabetes
Thyroid problems                  AIDS or HIV infection
Chronic bronchitis                Emphysema
Venereal disease (syphilis, gonorrhea)   Tuberculosis (TB)
Arthritis                         Psychiatric treatment
Artificial heart valve            Artificial joint
Hepatitis

Do you currently use tobacco (Cigarettes, chewing tobacco,
snuff)?                                    yes  no

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant?

Name: Donald L Moshier Jr       Reg No. 10924-052

Institution: McKean A/B         Date: 6/10/02

000289

P-S618.060 **CLINICAL DENTAL RECORD** CDFRM
JG 96

.S. **DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

---

**Examination:** ☐ Screening   ☐ Comprehensive   ☐ Periodic



RIGHT  1  2  X3  4  5  6  7  8  9  10 11 12 13  14  15  16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20  19  18  17
          X3                              21      18

**Occlusion**

**Oral Hygiene**
   Good     Fair    (Poor)

**CPITN**

**Head & Neck/Soft Tissue**  W N L

(-)T M J DYSFUNCTION

**Additional Findings** [-]CALCULUS []Light
                                      [-]Moderat
D: ___                                 [ ]Heavy
                       [-]GINGIVITIS
M: ___                 []Mild[-]Moderate[]He
                          bleeding on probin
F: ___

Bi LAteral mandibulan torus

---

**Treatment Completed**



RIGHT  1  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Recommended Treatment Plan**

☐ Radiographs

☐ Dental Prophylaxis

☐ Oral Hygiene Instruction  P7 1t

☐ Periodontal Evaluation   O   I   II   III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

☐ Prosthodontic Evaluation

---

Patient Name          Number       Sex: (M) F   Age: 40

MOSHIER  DONAlD  10924-052

**DATE OF BIRTH**  18 / 18 / 1961
              MONTH   DAY   YEAR

**RELEASE DATE**  ___ / ___ / ___
              MONTH   DAY   YEAR

**Dentist Signature**          **Date**

                              5/23/02
(A) Hamilton DDS

HEALTH SERVICE UNIT
MDC BROOKLYN
100  29 TH STREET.
BROOKLYN, NEW YORK 11232
PRINTED ON RECYCLED PAPER

000290

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks | |
|-----------|---|--------------------------------|---|
| | | A & O Dental Screening | *P. Hamilton DDS* |
| | | OHI Given | P. Flecher-Hamilton, DDS |
| | | | Dental Officer |
| | | | MDC Brooklyn |
| 5/23/02 13:00 | | EXPLAINED DENTAL , SICK CALL | |

000291



# Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, Pa 16701

## Department of Medical Records

---

**Patient:** MOSHIER,DONALD          **Medical Record #:** M000226525          **Acct #:** V04546554

**DOB:** 08/18/1961          **Age:** 43          **Sex:** M

**Attending MD:** Graham,Nathaniel MD          **Location:**
4 EAST

**Date of Service:** 04/18/05

---

## HISTORY AND PHYSICAL

**CHIEF COMPLAINT:** Acute cholecystitis.

**HISTORY:** This is a 43-year-old white male who is an inmate at FCI McKean. He has a history of hepatitis C and has been on interferon now for some time, but having some difficulties. Recently, he began having abdominal pain and over the last 3 weeks, this pain which was initially only in the right upper quadrant and after meals became more severe and long lasting, and it is now constant. The pain is becoming more diffuse. Last week, he was referred to the Kane Hospital, underwent medical workup including ultrasound, CT, and apparently an EGD. He was diagnosed with acute cholecystitis, given some antibiotics, had some improvement, and went back to FCI McKean. Over the last day or so, he has been getting much worse clinically. His LFTs have actually looked better than they were before when he was at the height of his problems with hepatitis C. He is having more distress and was referred for surgical evaluation.

**PAST MEDICAL HISTORY:** Low back pain and hepatitis C.

**MEDICATIONS:**
1. Interferon 180 micrograms 1 weekly.
2. Ribavirin 600 milligrams b.i.d.
3. Lactulose 1 tablespoon b.i.d.
4. Zantac 150 daily.
5. Omeprazole 20 milligrams daily.
6. Albuterol inhaler 2 puffs q.i.d.
7. Doxycycline 10 milligrams p.o. b.i.d.

**PAST SURGICAL HISTORY:** Appendectomy, left knee surgery, and liver biopsy.

**FAMILY HISTORY:** Remarkable for cancer, emphysema, diabetes, and hypertension in his father and diabetes in his mother.

**SOCIAL HISTORY:** The patient used to smoke, but quit. He is separated and has 4 children.

**REVIEW OF SYSTEMS:** Denies any depression, anxiety, or psychiatric problems. Eyes: Denies any blurry vision or pain behind the eyes. Ears: Decreased hearing acuity or tinnitus. LUNGS: Denies any shortness of breath or coughing, but does have some dyspnea when he is in abdominal pain. GI: No nausea or vomiting today. He has had some diarrhea over the last week. GU: No burning or urination frequency or nocturia or decreased force of stream. ORTHOPEDIC: No active problems.

**PHYSICAL EXAMINATION:**

000292

**GENERAL:**  The patient is a tall, large-boned, muscular man who appears older than stated age.  He has long, coarse, gray-white hair, and full beard.
**HEENT:**  Ears, eyes, nose:  No lesions.
**NECK:**  No adenopathy.
**LUNGS:**  Clear, but he is splitting his respiration with abdominal pain.
**HEART:**  Regular rate with no murmurs.
**ABDOMEN:**  Firm with guarding in the right upper quadrant.  Some tenderness, but without guarding throughout the rest of the abdomen.
**EXTREMITIES:**  Unremarkable.

**LABORATORY DATA:**  White count is 4.9, which is elevated for him.  My discussions with Dr.____,____ revealed that his white count normally is 1.8, hemoglobin is 13.7, and hematocrit is 39.6.  Chemistries show bilirubin of 1.5, AST of 44, ALT of 85, alkaline phosphatase is 70.  These numbers are way down from his highs previously according to Dr._____  Glucose is 153 and electrolytes are satisfactory.  I obtained some reports from Kane Hospital.  These showed an ultrasound with thickened gallbladder wall up to 10 mm consistent with acute cholecystitis and 4-mm common bile duct.  EKG normal.  CT scan showed normal pancreas, thickened edematous gallbladder consistent with acute cholecystitis, and no biliary duct dilatation.  CT of the chest was normal.  Numbers there showed a white count of 2.4, hemoglobin 12.9, and hematocrit 37.

**IMPRESSION:**  Acute cholecystitis.

**PLAN:**  Admit, IV fluids, bowel rest, and antibiotics.  If he does not rapidly improve, I think he should be explored and this would be best done through an open cholecystectomy.  Risks are quite high in this patient with active hepatitis C.  With a high-risk mortality for any abdominal operation, we will try to treat him medically; however, he would most likely require operation.

Thank you for the referral.

Job#: 4520101 / 285842


Signed By: _____

Graham, Nathaniel MD

GRAHNA/PRECYSE
DDT: 04/19/05 1619
TDT: 04/20/05 1040
Report Number: 0420-0029
cc:
FCI MCKEAN
Graham, Nathaniel MD

Reviewed by D. Olson, MD
Date: 5/2/05

# BRADFORD REGIONAL MEDICAL CENTER
### Bradford, Pennsylvania
## DIAGNOSTIC IMAGING DISCHARGE INSTRUCTIONS - PROCEDURES

## CALL YOUR PHYSICIAN OR GO TO AN EMERGENCY ROOM IF ANY OF THE FOLLOWING SYMPTOMS OCCUR:

**ARTHROGRAM:** Severe swelling, pain, restriction of the joint; abnormal discoloration or redness at the site of injection

**NEEDLE BIOPSY/ CORE BIOPSY:** Severe weakness, headache, fainting, swelling at the site of injection, abnormal redness and/or leaking of fluid at injection site.

**PARACENTESIS/ THORACENTESIS:** Weakness, drowsiness, fainting; severe redness, soreness, leaking of fluid at site. Unusually fast heartbeat, fever, chills, discoloration or swelling area of injection site.

**NEPHROSTOMY/BILIARY TUBE PLACEMENT:** Drainage from tube diminishes or stops. Signs of infection such as fever, chills, redness, excessive soreness, drainage around site.

**BONE MARROW BIOPSY:** Excessive pain, bleeding at site. Signs of infection such as fever and chills.

**HYSTEROSALPINGOGRAM:** Bleeding unusual pain, foul-smelling discharge, fever or chills.

**SPINAL TAP/MYELOGRAM:** Severe headache, fainting, weakness, swelling at site of injection, abnormal redness and/or leaking of fluid at injection site.

**AMNIOCENTESIS:** Severe cramping, vaginal bleeding, leaking of fluid at injection site, redness or swelling at injection site.

**OTHER:** If you have any unusual symptoms that may have been caused by the procedure today or the medication we have given you, please contact your physician or return to an Emergency Room. Some of these symptoms may be:

| | | |
|---|---|---|
| X Fever | _____ Chest Pain | _____ Fainting |
| X Chills | _____ Shortness of Breath | _____ Rash or Hives |
| _____ Headache | _____ Restriction of Motion | X Drainage at Injection Site |
| / Bleeding | | |

_____ If you have received any sedation today, this medicine will remain in your system for 24 hours. Even though you may feel normal, your reaction time has been altered. You may **not** operate any machinery, drive a vehicle, make any important decisions, sign any legal papers, or drink any alcoholic beverages for 24 hours because of the medication we have given you.

I, the patient or family member, acknowledge that I have read and understand the above instructions, I have had the opportunity to ask questions and have received a copy of the instructions.

_Donald C Mosher_ Jr          _Richard Horsley_ CN
**Patient or Family Member**          **RN or Technologist**
                                       MOSHER, DONALD          M-42
Additional Comments:_____          HORSLEY
                            Reviewed by D. Olson, MD          #26525          OUTPT, PROCEDURE
                            Date: 8/25/04          4447798          11   08/18/61

Date __08-24-04__    Patient Name _Mosher, Donald_    Patient M.R. Number _____

000294

7210-172   7/03

172

UNITED STATES PENITENTIARY
LEWISBURG, PENNSYLVANIA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED          UNIT: _A-1_          DATE: _2-13-06_

INMATE'S NAME: _Meshier Donald_    DETAIL: _mailroom_    REG. NO.: _10524/052_

### MEDICAL CLASSIFICATION STATUS: (Check One)    _At ht_

(  ) IDLE: _____ THRU 12 MIDNIGHT _____, 20 _____

( ) CONVALESCENT: _today_ THRU 12 MIDNIGHT _____, 20 _____

(  ) RESTRICTED DUTY: _____

(  ) MEDICALLY UNASSIGNED: _____ THRU 12 MIDNIGHT _____, 20 _____

_____
Physician or Physician Assistant

IDLE STATUS – Temporary disability not to exceed three days duration including weekends and holidays.  Restricted to room
    except for meals.  No recreation activity.
CONVALESCENT STATUS – Recovery period for operation, injury, or serious illness.  Not less than four days and not to exceed
    thirty days.  Excused from work with no recreation activities.
RESTRICTED DUTY – Restricted from specific activities because of physical condition.  List condition, work limitation, and time
    period.
MEDICALLY UNASSIGNED – Unassigned due to existing medical condition.


PRINTED ON RECYCLED PAPER

LVN-20-F

000295

### UNITED STATES PENITENTIARY
### LEWISBURG, PENNSYLVANIA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED    UNIT: _A - Block_    DATE: _03/09/06_

INMATE'S NAME: _Mosher, Donald_    DETAIL: _UNICOR_    REG. NO.: _10924 - 052_

_Mail Bags_

### MEDICAL CLASSIFICATION STATUS: (Check One)

(✓) IDLE: _✕ 3 days_                    THRU 12 MIDNIGHT _03/10_, 20 _06_

( ) CONVALESCENT: _____    THRU 12 MIDNIGHT _____, 20 ___

( ) RESTRICTED DUTY: _____    THRU 12 MIDNIGHT _____, 20 ___

( ) MEDICALLY UNASSIGNED: _____

_Luis Ramirez, P.A._

Physician or Physician Assistant    Luis Ramirez, P.A.

---

IDLE STATUS – Temporary disability not to exceed three days duration including weekends and holidays.  Restricted to room
    except for meals.  No recreation activity.

CONVALESCENT STATUS – Recovery period for operation, injury, or serious illness.  Not less than four days and not to exceed
    thirty days.  Excused from work with no recreation activities.

RESTRICTED DUTY – Restricted from specific activities because of physical condition.  List condition, work limitation, and time
    period.

MEDICALLY UNASSIGNED – Unassigned due to existing medical condition.



LVN-20-F

000296

UNITED STATES PENITENTIARY
LEWISBURG, PENNSYLVANIA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED    UNIT: A    DATE: 09-16-05

INMATE'S NAME: MOSHIER, DAVID    DETAIL: UNIDTR    REG. NO.: 10724-05

### MEDICAL CLASSIFICATION STATUS: (Check One)

(✗) IDLE: Three Days _____ THRU 12 MIDNIGHT 09-18 , 21

( ) CONVALESCENT: _____ THRU 12 MIDNIGHT _____

( ) RESTRICTED DUTY: _____ THRU 12 MIDNIGHT _____

( ) MEDICALLY UNASSIGNED: _____

_____
Physician or Physician Assistant

IDLE STATUS – Temporary disability not to exceed three days duration including weekends and holidays.  Restrictr
  except for meals.  No recreation activity.
CONVALESCENT STATUS – Recovery period for operation, injury, or serious illness.  Not less than four days and
  thirty days.  Excused from work with no recreation activities.
RESTRICTED DUTY – Restricted from specific activities because of physical condition.  List condition, work limi'
  period.
MEDICALLY UNASSIGNED – Unassigned due to existing medical condition.

000297

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED
INMATE'S NAME: _____    UNIT: _____    DATE: 8/25/04
                                   DETAIL: _____    REG. NO. 10925-052

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19 ___

(X) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT 8/27 19 2004

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED:
( ) FULL DUTY:

_____
**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List, handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _Mosher_    UNIT: _AB_    DATE: _8/17/04_

INMATE'S NAME: _____    DETAIL: _Cassieat_    REG. NO. _10924_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19 ____

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19 ____

(X) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19 ____

( ) TOTALLY DISABLED: _DC used Cassieat_

( ) FULL DUTY: _No lift 20 lbs_
_No prolonged stoop, stand or bend_
_may need 10min per hour_

_[signature]_ MD
Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and recreational activities outside the unit.

CONVALESCENT STATUS - Restricted participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

000299