FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED                                   DATE: 4/6/04

INMATE'S NAME: _Donald Malone_   UNIT: _AB_   REG. NO. _10929-052_

DETAIL: _Kitchen_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19 ___

( ) CONVALESCENCE: List any restricted activity for medical reasons.
_____ THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED: _____

( ) FULL DUTY: _medically uncompromised_

_____
Physician or Physician Assistant
BENN MD
MCKEAN

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List, handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

FEDERAL CORRECTIONAL INSTITUTION, HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED     UNIT: _____     DATE: 1/6/04

INMATE'S NAME: Donald Mosher     DETAIL: AB     REG. NO. 09244-052

For Medical purposes, the inmate named above has been authorized the work and/or activity/status listed below the reason(s) and
the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19 _____

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19 _____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____

_____ THRU 12 MIDNIGHT _____ 19 _____

( ) TOTALLY DISABLED: _____

( ) FULL DUTY: _____     3 mo

_____
Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick
call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work
and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

000301

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED                    UNIT: __AB__    DATE: _12/3/13_
INMATE'S NAME: _Mosher, Donald_    DETAIL: _unassigned_    REG. NO.: _10904 - 052_

*For Medical purposes, the inmate named above has been authorized the work and/or
activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____, 19____

(✓) CONVALESCENCE: List any restricted activity for medical reasons.

_____ THRU 12 MIDNIGHT _12/10/_19_05_

( ) RESTRICTED DUTY: Specify exact restriction and reason.

_____ THRU 12 MIDNIGHT _____, 19____

( ) TOTALLY DISABLED:

( ) FULL DUTY:

_A. Lohragg_____
**Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disability not to exceed three days duration including weekends and holidays. Restricted to quarters except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Full institutional recreational privileges, subject only to medical limitation.
**RESTRICTED DUTY** - Restricted from work around machinery, heights, heavy lifting, etc., because of physical or mental handicap. List handicap, work limitation and time period, either for a specific date or indefinite.
**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical resons. Condition generally expected to last indefinitely.
**FULL DUTY** - NO work restrictions because of physical, medical or mental disability.

1. _____    3 Detail Supervisor    4 Sentry/Medical Records    5 Inmate Copy

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI McKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED

INMATE'S NAME: _Moshier, D_    UNIT: _AB_    DATE: _11/30/03_
REG. NO. _10924-052_

DETAIL: _unassigned_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)    _12/3/03_

(✓) IDLE: Reason _Medical_    THRU 12 MIDNIGHT _____ 19 ___

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____    THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____    THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED:
( ) FULL DUTY:

_____
Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

000303

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI McKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO:  ALL CONCERNED
INMATE'S NAME: _Donald Marlin_    UNIT: _A3_    DATE: _10/31/03_

DETAIL: _Orderly_    REG. NO.: _08245-052_

*For Medical purposes, the inmate named above has been authorized the work and/or
activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____    THRU 12 MIDNIGHT _____, 19____

( ) CONVALESCENCE: List any restricted activity for medical reasons.
_____    THRU 12 MIDNIGHT _____, 19____

( ) RESTRICTED DUTY: Specify exact restriction and reason.
_____    THRU 12 MIDNIGHT _____, 19____

(X) TOTALLY DISABLED: _Medically unassigned_
_x 3 month_

( ) FULL DUTY:

_____
Physician or Physician Assistant
M Berg MD
H. C.I. McKean

## DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disability not to exceed three days duration including weekends and holidays. Restricted to quarters except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Full institutional recreational privileges, subject only to medical limitation.
**RESTRICTED DUTY** - Restricted from work around machinery, heights, heavy lifting, etc., because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical resons. Condition generally expected to last indefinitely.
**FULL DUTY** - No work restrictions because of physical, medical or mental disability.

Distribution: Unit ( )    3-Detail Supervisor    4-Sentry/Medical Records    5-Inmate Copy

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED     UNIT: _A B_     DATE: _10/30/03_

INMATE'S NAME: _Moshtr, Donald_     DETAIL: _CMS_     REG. NO. _10204-052_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason _medical_ _____ THRU 12 MIDNIGHT _10/31/03_ 19____

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19____

( ) TOTALLY DISABLED:
( ) FULL DUTY:

_[signature]_

## Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

000305

FEDERAL CORRECTIONAL INSTITUTION, HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED     UNIT: _A0_     DATE: _9/30/03_

INMATE'S NAME: _Mathis, Donald_     DETAIL: _orderly_     REG. NO. _20924-052_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

### MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason _Medical_     THRU 12 MIDNIGHT _10/2_ 19 _03_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19 _____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19 _____

( ) TOTALLY DISABLED:

( ) FULL DUTY:

_Jolene Gile_
_FNP-C_

_____
Physician or Physician Assistant

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED    UNIT: _____    DATE: 9/18/03

INMATE'S NAME: _Michael Drale_    DETAIL: _AB Probity_    REG. NO. _06924-05C_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason _Medical_                                    THRU 12 MIDNIGHT _9/19/03_ 19___

( ) CONVALESCENCE: List any restricted activity for medical reasons.  THRU 12 MIDNIGHT _____ 19___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____    THRU 12 MIDNIGHT _____ 19___

( ) TOTALLY DISABLED:

( ) FULL DUTY:

_____
Physician or Physician Assistant

RENAE SAYLOR, MD

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Confined to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List  handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

000307

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED                    DATE: 6-13-03

INMATE'S NAME: _Mosher Donald_      REG. NO. _10924-052_

UNIT: _AB_    DETAIL: _Kitchen_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions) _6/16/03_

(x) IDLE: Reason _medical_ _____ THRU 12 MIDNIGHT _____ 19___

( ) CONVALESCENCE: List any restricted activity for medical reasons. ___ THRU 12 MIDNIGHT _____ 19___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19___

( ) TOTALLY DISABLED:
( ) FULL DUTY:

Steven Labrozzi, PA-C
Physician Assistant

_(signature)_

Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List  handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

000308

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED    UNIT: A-B    DATE: 9/15/02

INMATE'S NAME: Mercher Donald    DETAIL: elec II    REG. NO. 10424-012

For Medical purposes, the Inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(√) IDLE: Reason _Medical_ _____ THRU 12 MIDNIGHT 9/17 19 02

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED: _____
( ) FULL DUTY: J Glenn

_____
Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

000309

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI McKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED                                    DATE: 9/12/02

INMATE'S NAME: Mc Gries Dowell    UNIT: ___    REG. NO. 10224-052

DETAIL: Elec 2

For Medical purposes, the Inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason Medical                    THRU 12 MIDNIGHT  9/13  2002

( ) CONVALESCENCE: List any restricted activity for medical reasons. ___ THRU 12 MIDNIGHT ___ 19___

( ) RESTRICTED DUTY: Specify exact restriction and reason. ___ THRU 12 MIDNIGHT ___ 19___

( ) TOTALLY DISABLED:
( ) FULL DUTY:

_____
Physician or Physician Assistant

J Glenn

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

000310

FEDERAL CORRECTIONAL INSTITUTION, HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED    UNIT: AD    DATE: 9/10/02

INMATE'S NAME: Joshua Dawson    DETAIL:    REG. NO. 10424-068

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason Medical      THRU 12 MIDNIGHT 9/14/02

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____

( ) TOTALLY DISABLED:

( ) FULL DUTY:

_Signature_

**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious s call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excl and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific dat

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

000311

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
(Medical)

| 1. Institution FCI McKean | 2. Name of Injured Mosher, Donald | 3. Register Number 10924-052 |
|---|---|---|
| 4. Injured's Duty Assignment CMS | 5. Housing Assignment AB | 6. Date and Time of Injury 10/30/03 630 PM |

**7. Where Did Injury Happen** (Be specific as to location)
Shakedown shake

Work Related? ☐ Yes ☑ No

**8. Date and Time Reported for Treatment**
10/31/03   0640

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

Slipped on the mud and hurt my back and neck. I have sharp pain shooting down my Left leg really bad pain 7/10

X

Signature of Patient

**10. Objective:** (Observations or Findings from Examination)

NAD

X–Rays Taken _____    Not Indicated ☑
**X-Ray Results**

Back: palpable spasm of ① lower back, tender to palpation
Ⓝ deformity ~ mech ~ wnl

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)

① LBP 2° spasm

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)

① Education - stretches - Pt understands  ④ FU PRN

② Idl + 24 hours- guaze

③ Ibuprofen 800mg PO TID disprue #9 RO

**13. This Injury Required:**

☐ a. No Medical Attention
☑ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other (explain)

_____
_____

☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to
Community Physician

_____
Signature of Physician or Physician Assistant

Original – Medical File
Canary – Safety
Pink – Work Supervisor (Work related only)

Self Carbonized Form – If ball point pen is used, **PRESS HARD**

000312

U.S. Department of Justice

Federal Bureau of Prisons

**Medical Treatment Refusal**

**(Rechazo de Tratamiento Médico)**

Date _5/23/02_ (Fecha)

I, _Moshier Jr Donald    10924-052_ , refuse treatment recommended by the Federal

(Name and Registration Number)    (Numbre y Número de Registro)    (rechaza el tratamiento recomendado por el Personal

Bureau of Prisons Medical staff for the following condition(s):

Médico del Bureau Federal de Prisiones, por las siguientes razones):

DESCRIBE IN LAYMAN'S TERMINOLOGY:    (DESCRIBA EN TERMINOLOGIA COMUN Y CORRIENTE):

_Rectal Exam_

The following treatment(s) was/were recommended:    (El siguiente tratamiento(s) fue/fueron recomendado(s)):

_Prostate._

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

(Los miembros del personal Médico del Bureau Federal de Prisiones me ha explicado cuidadosamente las posibles consecuencias o complicaciones siguientes que pueden resultar por causa de mi rechazo a aceptar tratamiento):

_To rule out Ca or any pathological cond'n_

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment.  I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

(Me doy por enterado de las posibles consecuencias o complicaciones enlistadas arriba, y aun así me rehuso al tratamiento recomendado.  Por medio de la presente, asumo toda responsabilidad por mi condición física o mental, y relevo al Bureau de Prisiones y a sus empleados de cualquiera y toda responsabilidad por cause de respectar y seguir mis expresos deseos y direcciones.)

Patient's Signature and Date    (Firma del Paciente y Fecha)

_AKUN VERMA._

Signature of Witness and Date    (Firma del Testigo y Fecha)

Signature of Witness and Date    (Firma del Testigo y Fecha)

000313

Original – Inmate's Medical Record

BP-S621.060    AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION    CDFRM    31916
SEP 03
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate Name Moshier, Donald | Register Number 10924-052 | Date 10-18-05 |
| | Date of Birth 8-18-61 | Social Security Number 096 52 8139 |

I hereby authorize and request the Federal Bureau of Prisons to:

☐ release information to, or  ☒ obtain information from

Name/Facility: __Kane Community Hospital__

Address: __N. Fraley Street Box 778__

City, State, Zip: __Kane  PA  16735__

PLEASE CONTACT IF
PAYMENT IS REQUIRED
PRIOR TO FILLING
REQUEST

I understand the information is to be used for (specific reason for release of information):

☒ Continuation of care, or  ☐ Other _____

Information to be Released/Obtained: Copy of and/or information from my medical file pertaining to
my evaluation and treatment received from __6-2002__ to __6-2005__

This is to include: ☒ Complete Record   ☐ Discharge Summary   ☐ History & Physical

☐ Operative Reports   ☐ Consultations   ☐ Progress Notes   ☐ X-ray Reports

☐ Laboratory Reports   ☐ Pathology Reports   ☐ Actual Films*#   ☐ Actual Slides*

☐ Other:_____

*will be returned
#duplicates accepted

I understand that authorizing the disclosure of this health information is voluntary. I can refuse
to sign this authorization. I need not sign this form in order to assure treatment. I understand
that information used or disclosed pursuant to this authorization could be subject to redisclosure
by the recipient and, if so, may not be subject to federal or state law protecting its
confidentiality. I understand that I may revoke this consent at any time by sending a written notice
to the Supervisor of Medical Records. I understand that any release which has been made prior to
my revocation and which was made in reliance upon this authorization shall not constitute a breach
of my rights to confidentiality. This authorization will automatically expire three months from the
date of the signature.

| Signature of Patient  Donald C. Moshier Jr  FAX SIGNATURE VALID ORIGINAL  10924-052 | Date (Month, Day, Year) 10-18-05 | Staff Witness  Kim Ely, Hut |

SPECIFIC AUTHORIZATION FOR RELEASE OF INFORMATION PROTECTED BY STATE OR FEDERAL LAW.
Must sign below, to Release Protected Information.

I specifically authorize the release of data and information relating to:
☐ 1. Substance Abuse   ☐ 2. Mental Health   ☐ 3. HIV

| Signature | Date |

Deliver Records To:   (Institution Address & Fax number)

USP LEWISBURG
HEALTH SERVICES UNIT  Po Box 1000                                   000314
LEWISBURG, PA 17837
                                        fax: 570-522-7764
                                        packet reviewed 12-23-2005

(This form may be replicated via WP)                    This form replaces BP-S621 Dtd AUG  96

# EMERGENCY ROOM RECORD    KANE COMMUNITY HOSPITAL    KANE, PA 16735

| | | | | | | Medical Record # |
|---|---|---|---|---|---|---|
| Last Name Moshier | First Name Donald | Middle Name L | Home Phone | Admission Date | Time | A.M./P.M. |

| Address | City | | State | Zip | | |
|---|---|---|---|---|---|---|

MOSHIER, DONALD
PO BOX 5000
BRADFORD        PA 16701
08/18/1961      31916/
FREEMAN, RICHARD E   04/14/05  286109
111111111  M  43 E R

| Status | | | | Sex Civil |
|---|---|---|---|---|
| Employer | | Address | | Religion |
| Next of Kin | | Address | | |
| Guarantor | Guarantor Address | | | Phone |
| Physician | Family Physician | Arrival | Last O/P Visit Date | Last I/P Dis. Date |
| INSURANCE | Dr. Anderson | Mode of | Last I/P Adm. Date | Initials |

Substeine C.P.
Onset Date Tues.
Onset Time

**PFSH: Past Medical, Family, and Social History:** 0 history areas=L1, L2, or L3    1 history area=L4    2 history areas=L5

| Present Meds: ☐ See attached | TETANUS HX: | ALLERGIES: |
|---|---|---|
| Glucotrol 500 Bid | Date of last Tetanus: _____ | Bicel swelling |
| Albuterol II puff qid | ☐ Td Information given | UKDA |
| Advil | Manufacturer _____ | LATEX: Y (N) |
| Tylenol | Lot# _____ | W/ |
| Zantac | Expiration Date _____ | |
| Bicel order iron 185 mg SC | | |
| weekly | | |
| Bicalcium po 600 mg Bid | | |

| Family History: | | | Past Medical | Surgical | LNMP: |
|---|---|---|---|---|---|
| Diabetes | Y | N | ☒ ASTHMA | ☐ Appendectomy | N/A |
| HTN | Y | N | ☐ CAD/MI | ☐ Bowel Surg. | Weight: _____ |
| Heart Disease | Y | N | ☐ CHF | ☐ Cardiac Surg. | |
| COPD | Y | N | ☐ COPD | ☐ Cholecystomy | Visual Acuity: |
| Cancer | Y | N | ☐ DM | ☐ Hernia repair | Without Correction: R/L |
| Other: Ren contulins | | | ☐ CVA | ☐ Hysterectomy | OD ___ OS ___ |
| Social History: | | | ☐ HTN | ☐ Laminectomy | With Correction: |
| Tobacco Y (N) | | | ☐ NONE OF ABOVE | ☒ Ortho. Surg. | OD ___ OS ___ |
| amt./freq.: | | | ☐ OTHER: | ☐ Tubal Ligation | PEDIATRIC PARAMETERS |
| ETOH Y (N) | | | Hepatitis C | ☐ NONE OF ABOVE | Height _____ |
| amt./freq.: | | | Cirrhosis | ☐ OTHER | Weight _____ |
| Occupation: FCI inmate | | | Low back pin | | Head Circum. ___ NB |
| Other: | | | HEXD | | ☐ Childhood immun. UTD |

FIRST AID: None

History obtained from: (Patient)  EMS  Family  Caregiver  Other FCI inmate
Unable to obtain history due to: _____

| TRIAGE TIME: 1204 | TIME PHYSICIAN NOTF'D: 1206 | ESI: 1 2 (3) 4 5 | TIME | T | P | R | BP | SPO2 |
|---|---|---|---|---|---|---|---|---|
| Nursing Assessment: | | | 1210 | 98.2 | 84 | 20 | 170/100 | 99% |
| | | | 1345 | | 80 | | 142/84 | |

Nursing Assessment: 204 C/C C/O substernal chest pain →
epigastric area radiating to back, ambulatory
brought in by FCI guys x2. Hands & feet shackled.
A&O x3. Color pink. Skin warm & dry.
Resp 5 distress. No peripheral edema. ——— Bf
1240 Electrographic started. 800 cc tubein, in 10 minutes
1315. C/O chest pain - 11/10 pain scale. - Dr. Freeman
notified. Med to tread 30 mg IVP ——— Bf
205. Report receiv'd from Dr. Ram Dhagan. ——— Bf
1345. All relief to tread ————— Bf
1440 To x-ray via gurney. 1450 Back from x-ray
1520 O x-ray for 11/5 this cont. remain shackled - Bf

| Consultant: | Time Notified: |
|---|---|
| Attending Physician: | Time Notified: |

| ☐ Discharged  Time: | CONDITION: | PCP Notified | ☐ Verbal |
|---|---|---|---|
| ☒ Admitted  RM# 124 Time: | ☐ UNCHANGED  ☐ SATISFACTORY | | ☐ Voice Mail |
| Report Called to: Nancy Kristen, CPN | ☐ IMPROVED  ☐ EXPIRED (PCP Notfd.) | @ | ☐ Other |
| ☐ Transferred To: | | | |
| Time: | PERSONAL BELONGINGS | RN SIGNATURE: | 000315 |
| | ☐ SENT WITH PATIENT | | |
| | ☐ GIVEN TO FAMILY | Barbara J. Anderson R.N. | |

emergencyroom.mdi

Patient Name: MOSHIER, DONALD

**EMERGENCY ROOM RECORD**
**KANE COMMUNITY HOSPITAL**
KANE, PA 16735

Patient #/Admission #: 31916 / 286109
Admit Date/Time: 04/14/05 / 12.07
Mode of Arrival: VAN

Age: 43
Date of Birth: 08/18/1961
Sex: M
Home Phone: 8143628900

**EXAM** 1 = Level 1, 2-7 = Level 2 or 3, 2-7(4x4) = Level 4, 8+systems=Level 5  Note: Levels 1-4=body area or organ systems  Level 5=organ systems (underlined)
(SYSTEM/AREA ASSESSMENT: Nml=all items as listed except those as noted in "abnormal findings". Slash=not assessed)

**CONSTITUTIONAL:** TEMP    PULSE    RESP    BP    SaO2    % on    Comments:

**GENERAL APPEARANCE:**

| SYSTEM/AREA ASSESSMENT | Nml | Abnormal Findings |
|---|---|---|
| **Head,** incl.face: nml appearance, no scars, symmetrical, no lesions, no masses | ✓ | |
| **Eyes:** PERRL, nml. pupil size, nml. conjunctiva, no eyelid edema, EOMI | ✓ | |
| **Ears, nose, mouth, throat:** TMs clear, no ENT bleeding, no gum/palate/oral cyanosis | ✓ | |
| **Neck:** supple, no tenderness, no masses, no JVD, no bruits, no thyromegaly | ✓ | |
| **Cardiovascular:** S1, S2 WNL, RRR, no murmurs, no thrills | ✓ | |
| **Respiratory:** BS clear & equal, nml. effort, nml. percussion, nml. palpation | ○ | |
| **GI/Abdomen:** Soft, no masses, nml. bowel sounds, no tenderness, no pulsatile mass | | |
| **MSK/Extrem.:** No clubbing, no cyanosis, no edema, PPP, FPP/=, nml ROM | | |
| **Genitourinary:** Ext.genitalia nml, no DC, no tenderness or fullness of bladder | ✓ | |
| **Chest,** include breasts/axilla: no masses, no tenderness, no discharge | | |
| **Skin:** Warm, dry. Turgor good. No cyanosis, jaundice, rashes, ulcers | | Acne |
| **Neurological:** No motor or sensory deficit, DTR WNL, Cranial n. intact | ✓ | |
| **Psychiatric:** Alert, oriented x 3, nml affect, normal mood. | ✓ | |
| **Heme/Lymph/Immuno.:** No lymph-adenopathy, no hepatosplenomegaly | ✓ | |
| **Back,** including spine: no scoliosis, kyphosis, lordosis; no lesions, masses, or scars | | |
| **Genitalia, groin, buttocks:** no masses, rashes, lesions, erythema; no tenderness, deformity. | | |

| ORDERS & RESULTS check box/order | | |
|---|---|---|
| **LABORATORY** | Init. | Result |
| AMYLASE | | 12.5 |
| CBC | | WBC 2.4  37.1 |
| CHEM 7 | | |
| CPK | | 3.8  26  0.9 |
| DIGOXIN LEVEL | | |
| HCG | | |
| LIPASE | | Table 1.4 |
| LIVER PROFILE | | ALT 89 · AST 6 |
| PT | | |
| PTT | | |
| TROPONIN | | |
| UA (CX if positive) | | Bact 4+ |
| ABG | | |
| EKG | | NSR |
| Pulse OX | | |
| Blood CX | | |
| Throat CX | | |

| RADIOLOGY | Init | Result |
|---|---|---|
| ☐ X Ray Visualized by examiner | | |
| CXR | | |
| C-SPINE | | |
| CT HEAD w/o | | |
| KUB | | |

**PROCEDURES/NARRATIVE/OTHER**
☐ Old Records. Review
☐ Case discussed with:    Nature of Discussion:

Xyphoid process - Trigger point injection
Depo Medrol 80mg + Marcaine 0.5%
25 g. needle ẞ Betadine
Local infiltration - good relief

**DIAGNOSES:**
1. Acute Cholecystitis
2. UTI
3. Xyphoid tenderness
4. Hep C - Hepatic insufficiency
5. Neutropenia

**INTRAVENOUS**

| Time | Site/Gauge | Init | Fluid |
|---|---|---|---|

**MEDICATIONS AND TREATMENTS**

**ED PHYSICIAN SIGNATURE:**

Critical Care Time: _____ min.*
*This time must not include time spent on separately billable procedures.

☐ PFSH reviewed and confirmed by physician.
☐ See addendum / progress note / dictation

000316

# EMERGENCY ROOM RECORD
## KANE COMMUNITY HOSPITAL
KANE, PA 16735

Patient Name: MOSHIER, DONALD
Age: 43

atient #/Admission #: 31916 / 286109

Admit Date/Time: 04/14/05 / 12.07

Mode of Arrival: VAN

Date of Birth: 08/18/1961

Sex: M

Home Phone: 8143628900

**Time seen by physician:**

---

**HPI: History of Present Illness:**  1-3 elements = Level 1, 2, or 3    4 elements = Level 4 or 5

Context (story):                    Modifying factors:              Associated signs and symptoms:              Severity

*Pylorus? - c/o - epigastric pain - X 3-4 days constant - radiates to back) - worse c̄ cough & deep breath - nausea - no vomiting or diarrhea - claims to have blood: stool 3 days ago - "when had severe pain." - No fever, chills, cough, SOB, diaphoresis - claims he has a "lump" - ① UQ that is also sore recent labs - 4/5 - WBC 1,800  Hct 38%  Platelet cnt. 77,000. Hx of Hepatitis C c̄ Hepatic failure - Interferon/Rilimin Chronic Bronchitis/Asthma/ COPD Meds - Interferon, Rilimin, APAP, Loctulose Albuterol   Zantac.*

Quality
Location
Duration
Timing

---

## REVIEW OF SYSTEMS (elaborate positive findings)  0=Level 1    1=Level 2 or 3    2-9=Level 4    10 or "all other systems negative"=Level5

| Constitutional | N | Y | Comments | Genitourinary | N | Y | Comments |
|---|---|---|---|---|---|---|---|
| Fever, sweats | ✓ | | | Frequent urination | ✓ | | |
| Sleep problems | | | | Painful, diffuclt urination | | ✓ | |
| Fatigue | | | | DC/bleeding | ✓ | | |
| Weight gain or weight loss | ✓ | | | Incontinence | | | |
| **Skin** | | | | **Musculoskeletal** | | | |
| Rashes | | | – done - bee | Muscle aches, arthritis | | ✓ | |
| Ulcers | ✓ | | | Falls | | | |
| **Eyes** | | | | Gait disorders | | | |
| Dry eyes or irritation | ✓ | | | **Neurological** | | | |
| Vision loss or disturbance | ✓ | | | Headaches | | ✓ | |
| **Ears/nose/mouth/throat** | | | | Focal weakness, numbness | | | |
| Ear pain | ✓ | | | Dizziness, faintness, numbness | | | |
| Hearing loss | ✓ | | | **Psychiatric** | | | |
| Nose, sinus problems, snoring | ✓ | | | Anxiety, depressed mood | | | |
| Dry mouth, ulcers, sore throat | ✓ | | | Memory loss | | ✓ | |
| **Respiratory** | | | | Behavioral changes | | | |
| SOB/DOE | ✓ | | | **Endocrine** | | | |
| Cough | ✓ | | | Heat or cold intolerance | | | |
| **Cardiovascular** | | | | Excessive thirst | | | |
| Chest pain or palpitations | ✓ | | | **Hematologic/Lymphatic** | | | |
| Edema | ✓ | | | Easy bleeding or bruising | | | |
| Claudication | ✓ | | | Known lymphadenopathy | | | |
| **Gastrointestinal** | | | | **Allergic/Immunologic** | | | |
| Indigestion or "heartburn" | ✓ | | | Allergic symptoms | | | |
| Nausea or vomiting | ✓ | | | ☐ All other systems negative | | | |
| Constipation or diarrhea | ✓ | | | **Additional Comments:** | | | |
| Difficulty swallowing | ✓ | | | | | | |
| Abdominal pain | | ✓ | | | | | |

☐ Established problem (to examiner): Stable, improved

☐ Established problem (to examiner): Worsening

000317

## KANE COMMUNITY HOSPITAL
## KANE, PA

### DISCHARGE SUMMARY

NAME:  DONALD MOSHIER
ADMITTED:  04/14/2005          DISCHARGED:  04/16/2005
MED REC #:  31916          ADM #:  286109

ADMISSION DIAGNOSIS:  Acute cholecystitis

DISCHARGE DIAGNOSIS:  Non-cardiogenic chest pain
Probable chronic cholecystitis without cholelithiasis
History of cirrhosis and hepatitis C
Costochondritis

HISTORY:  The patient is a 43-year-old male admitted with the history described in his history and physical.  He was seen initially from the emergency room where he was complaining of nausea and two weeks of abdominal pain.  He described this as mid-epigastric, mid-chest pain actually radiating into his back.  He was admitted because of an abnormal ultrasound which was indicative in the radiologist's opinion of acute cholecystitis because of gallbladder wall thickening.  There was no enlargement of the common duct.  There was no stone seen and his presentation was mildly atypical in this regard.  Be that as it may, he was admitted with further work-up for his chest pain, a differential diagnosis entertained.  CAT scan of the chest showed no evidence of PE, cardiac isoenzymes were negative.  Chest x-ray was unremarkable.  EKGs were unremarkable.  An upper endoscopy showed no evidence of ulcerations and there were no varices.  His pain seemed mostly reproducible, mid-epigastric, more mid-sternal with reproduction and seemed more consistent with costochondritis.  His SED rate was slightly elevated.  A D Dimer was pending at this time.  Generally pulmonary embolism, coronary disease, peptic ulcer disease, aneurismal changes were excluded during his work-up.  It was probable that the patient's pain was related to costochondritis.  He was advised as per progress note date of discharge, any worsening changing symptoms need further evaluation.  A further work-up is necessary perhaps in terms of his gallbladder but definitely in terms of a stress test and echocardiogram to assess any possibility of coronary disease; this can be done as an outpatient in my opinion.  In the meantime the patient will continue on Ibuprofen, Tylenol, Interferon, Ribavirin and Amoxicillin 500 mg. t.i.d. Any worsening symptoms, he should be re-evaluated pending these other diagnostic studies. This was described for him in detail and he understood this at the time of discharge.

_____
GARY ANDERSON, D.O.

D:  04/16/2005 0940
T:  04/16/2005 1228
GLA/kb

Page 1 of 1

000318

KANE COMMUNITY HOSPITAL
KANE, PA

## HISTORY AND PHYSICAL

Name:  DONALD MOSHIER
Admission Date: 04/14/2005
Admission #: 286109
MR#: 31916

CHIEF COMPLAINT:  Two weeks of mid epigastric pain.

HPI:  The patient is a 43-year-old male with a history of cirrhosis, chronic hepatitis C and was referred from FCI McKean because of chest pain, substernal pain, epigastric area pain.  He states he has been having this on and off for the last couple of weeks.  It has been worse, especially the last couple days, almost steady.  He describes it mostly in his mid chest, into his mid back with some nausea, but no vomiting.  He can't eat, although he states his appetite is generally good.  He was seen in the emergency room, subsequent CT scan, ultrasound indicative of acute on chronic cholecystitis.  He was given Toradol in the ER and his xiphoid area injected, that seemed to help somewhat.  He has had no other change in bowel or bladder habits.  Denies any hematochezia, hematemesis.  He has a notable history for chronic hepatitis C and diagnosed with cirrhosis by a liver biopsy done in Bradford.

PMH:  Significant for lumbar disc disease.  He has had an appendectomy done years ago.  He has had patellar fracture in his left knee in the past.

MEDICATIONS:  Ribavirin, Interferon which caused some pancytopenia according to Dr. Bean.  He has been on that since October.

SH:  Former smoker, quit in December.  Heavy drinker but has also quit and has had Hepatitis C secondary to IV cocaine years ago.

ALLERGIES:  Rice.

FH:  Mother is alive with diabetes.  Father is terminal with cancer and diabetes.

REVIEW OF SYSTEMS:
GENERAL:  No fever or chills, weight change, or appetite disturbance.  EYES:  No visual changes, blurred vision, or double vision.  ENT:  No hearing loss or tinnitus.  No nosebleeds or sinus congestion.  No hoarseness or difficulty swallowing.  CARDIAC:  No chest pain, palpitations, or lightheadedness.  LUNGS:  No productive coughing, wheezing, or hemoptysis.  GI:  As above.  GU:  No dysuria, frequency, or urgency.  MSK:  No clubbing, cyanosis, or edema.  No arthralgia.  HEMATOLOGIC-LYMPHATIC:  No swollen glands, abnormal bruising, or bleeding.  ENDOCRINE:  No polyuria, polydipsia, heat or cold intolerance.  NEUROLOGICAL:  No headaches, paresthesia, weakness, numbness, or tremors.

000319

# KANE COMMUNITY HOSPITAL
## KANE, PA

## HISTORY AND PHYSICAL

DONALD MOSHIER (continuation)

ALLERGIES: No sneezing, itchy eyes, or rashes.

PHYSICAL EXAM:
GENERAL APPEARANCE: He appears well, in no distress.

VITALS: T--98, P--84, R--20, BP--142/84.

EYES: Nonicteric. Pupils equal and reactive to light and symmetrical.

EARS, NOSE, THROAT, NECK: Head is normocephalic. Neck is supple without palpable masses. No thyromegaly. Hearing intact to voice. External ears normal. Nares patent. Pharyngeal area clear. No bruits auscultated. Carotid upstroke normal.

HEART: Regular. PMI is in normal position. No lift or heave noted. No S3 gallop.

LUNGS: Clear to auscultation. No rales, rhonchi, or wheezes.

CHEST: Normal excursion and AP diameter. No accessory muscle usage.

GASTROINTESTINAL: Tender in the mid epigastric area. No rebound or guarding. Good bowel sounds in all quadrants. No pulsatile lesions.

HEMATOLOGIC-LYMPHATIC: No adenopathy in the neck or groin.

MUSCULOSKELETAL: No cyanosis, clubbing, or edema.

SPINE: No tenderness or spasm.

PULSE: Radial pulses symmetrical. Femoral pulses palpable and symmetrical.

NEUROLOGIC: No focality. Reflexes symmetrical. Sensory motor exam intact.

SKIN: No rashes or suspicious nevi. Good turgor.

LABORATORY DATA: Ultrasound of the gallbladder shows a distended gallbladder filled with sludge, very thick edematous wall, apparently no stones were seen but consistent with acute cholecystitis according to the radiologist. Urinalysis showed no evidence of bilirubin, positive nitrite, 4+ bacteria. Amylase 44, bilirubin elevated at 1.4, transaminase is 89.65, alkaline phosphatase was 64, BUN 16, creatinine 0.9, sodium 137, potassium 3.9, troponin 0.1, CPK 37, white count 2.4, hemoglobin 2.9, platelets 94, 67% segs and approximately 12 to 1400 neutrophils. EKG shows sinus mechanism.

000320

KANE COMMUNITY HOSPITAL
KANE, PA

**HISTORY AND PHYSICAL**

DONALD MOSHIER (continuation)

IMPRESSION:  A 43-year-old male presenting with a history of cirrhosis, mid epigastric
pain, abnormal gallbladder on ultrasound.  Differential diagnosis to
include cholecystitis acute on chronic, peptic ulcer disease,
musculoskeletal pain, doubt myocardial or cardiopulmonary
etiologies.  Rectal done in the ER heme negative.

PLAN:  The patient is admitted to the hospital, started on Toradol for pain, continued on
Interferon, Ribavirin, Unasyn intravenously, Albuterol mini nebs.  He will be kept NPO
after midnight for upper endoscopy tomorrow morning.  Risks and benefits were
discussed, including the risk of puncturing his stomach, side effects from sedating
medication or bleeding.  Surgical consultation may be required.


_____
GARY ANDERSON, D.O.

D: 04/14/2005 1706
T: 04/15/2005 0729
GLA:sln

000321

MOSHIER, DONALD      124-2
PO BOX 5000
BRADFORD      PA 16701
        08/18/1961    31916/
ANDERSON, GARY    04/14/05  286109
111111111  M 43 INPATIENT

## PHYSICIAN'S ORDERS

Stopping of an order should be written as a specific order.
Automatic Stop Order: Medication orders will follow the
policy and procedure on administration of medications.  I
hereby authorize Kane Community Hospital Pharmacy to
dispense a generic equivalent (under the formulary system)
unless otherwise indicated.

Height:
Weight:
Drug Allergies

| Date & Time | | Nurse's Initials |
|---|---|---|
| | Diagnosis: Acute cholecystitis; UTI; Xyphoid Tenderness | |
| 4/14/05 4:00 PM | ① Admit to Dr Anderson | |
| | ② IV 0.9 NS @ 125 cc/° ✓ | |
| | ③ NPO | |
| | ④ Activities - as tolerated ✓ | |
| | ⑤ Vitals q 4° | |
| | ⑥ Labs: CBC, Basic of liver profile - UA; PT, PTT, Amylase, Urine C+S | done |
| | ⑦ Blood + Fluid Precautions - Hep C | |
| | ⑧ CXR - PA/Lat - ✓ | |
| | ⑨ EKG - done ✓ | |
| | ⑩ CT Scan Abdomen/pelvis - done ✓ | |
| | ⑪ GB Sonogram - done ✓ | |
| | ⑫ Meds: a) Toradol 30 mg IV q 6° prn pain | |
| | b) Interferon 1.8 mg SQ q week | |
| | c) Rebetrin 600 mg po bid | |
| | d) Unasyn - 3 gms IV q 6° | |
| | ⑬ Albuteral MDI - 2 puffs q 4° prn wheezing | |
| | ⑭ Lactulose 5 cc po bid ✓ | |
| | ⑮ Further orders problems contact Dr Anderson. | |
| | Thank you! | |
| | [signature] | |
| 4/14/05 | NPO p midnight, Comfort diet tonight | |
| | Call OR to add for EGD in AM at 8 AM | |

PLEASE! USE BALL POINT PEN ONLY          PHYSICIAN'S ORDERS
Chart Forms/Physicians Orders/Dec 04

000322

Amylase, Lipase c ER labs ✓

Noted Mary J Rushosky
4/14/05  2045

MOSHIER, DONALD     124-2
PO BOX 5000
BRADFORD          PA 16701
     08/18/1961     31916/
ANDERSON, GARY     04/14/05 286109
111111111  M 43 INPATIENT

## PHYSICIAN'S ORDERS

Stopping of an order should be written as a specific order
Automatic Stop Order: Medication orders will follow the
policy and procedure on administration of medications.  I
hereby authorize Kane Community Hospital Pharmacy to
dispense a generic equivalent (under the formulary system)
unless otherwise indicated.

Height:          Weight:
Drug Allergies

| Date & Time | | | Nurse's Initials |
|---|---|---|---|
| | Diagnosis: | | |
| 4/15/05 | EKG Troponin I  D-Dimer, CPK | vse Q15'x4p | |
| | Seel Rate   this AM | NPO mid aht | |
| | CT Scan chest today | | |
| | Echocardiogram today | | |
| | | *N Combo DO* | |
| 4/16/05 | Discharge | *Matich* | |
| | | *B Buchholz* | |
| | | 4/16/05 | |
| | | 0950 | |

**PLEASE! USE BALL POINT PEN ONLY**          **PHYSICIAN'S ORDERS**

DONALD MOSHIER
04/15/2005

Don this morning is still complaining of pain in his mid-chest area. It hurts to take a deep breath. It has been pretty much persistent all night. He has had no nausea or vomiting associated with it. He describes it mostly in the mid-epigastric area radiating into his back.

VITAL SIGNS: He is afebrile. P-64 BP-134/88, ranging 88 to 100 systolic.

On exam, his neck is supple, there is no jugular venous distention. His heart is regular, there is no S3 gallop or rub. Lungs are clear, no rales or rhonchi. He has some reproducible pain in his mid-epigastric and mid-chest area. Abdomen is soft, non-distended. Extremities show no edema.

LABORATORY DATA: His white count and hemoglobin from yesterday noted. His INR was 1.2, amylase 44, troponin 0.01.

DIAGNOSTIC IMPRESSION: 1. Mid-epigastric pain
2. Presumptive acute cholecystitis based on scans; no stones in the gallbladder however. Pain and symptoms mildly atypical but still possibly consistent with cholecystitis.

PLANS: The patient is scheduled for an upper endoscopy this morning to exclude any possibility of ulceration or peptic disease. Risks, benefits of endoscopic procedure discussed with the patient including the risk of puncturing his stomach, side effects from sedating medication or bleeding related to the procedure. He did agree today.

GARY ANDERSON, D.O.

D: 04/15/2005 0719
T: 04/15/2005 1052
GLA/kb

000324

DONALD MOSHIER
04/16/2005

Don this morning continuing to complain of pleuritic type chest pain substernally. He states that when he takes a deep breath it hurts below his chest, in his mid-epigastric area. He has had no shortness of breath, productive coughing, indigestion, no further nausea. He has been able to tolerate his diet without difficulty. He has had no other changes in his bowel or bladder habits, no fevers or chills, or viral symptoms.

On physical examination, he generally is in no distress, appears relaxed. T-97 P-68 BP-150/78

On exam, his neck is supple, no JVD. His heart is regular, there is no S3 gallop or rub. His lungs are clear, there are no rales, rhonchi or wheezes. There is no pleuritic friction rub and no evidence of a rub over the chest. The abdomen is soft, tender in the mid-epigastric area, over the sternum and xiphoid. He has good bowel sounds. He has no right upper quadrant tenderness, no guarding or rebound.

LABORATORY DATA: CAT scan report is still pending. I did look at it myself. I don't see any obvious clot, no infiltrates in the lung, no evidence of pericardial effusion. An echocardiogram ordered yesterday was not done. The patient's SED rate is slightly elevated at 16. CPK 49, troponin 0.1 yesterday.

DIAGNOSTIC IMPRESSION: Chest pain which is reproducible, pleuritic in quality. Initial cardiac work-up is negative. His ultrasound of his gallbladder and CAT scan were suspicious regarding cholecystitis so those presentations somewhat atypical in my opinion, no stones, no fever. He is tolerating his diet without nausea. His pain location mid-epigastric. His CAT scan reviewed shows no evidence of an aneurysm. His risk factors for PE are generally low.

PLANS: Awaiting CAT scan report. In my opinion his symptoms are mostly musculoskeletal at this time but cannot exclude a pulmonary embolism definitively. D Dimers are sent out and not back. Will await CAT scan report but the situation described, the patient, my feeling is that it is musculoskeletal. Any changing symptoms, worsening symptoms, unresolving symptoms need further work-up. He should be adequate to treat him with antibiotics empirically for any possibility of cholecystitis. Ibuprofen or Tylenol as needed for pain. The patient is concerned because he is isolated over there and can't get the care that he may need. If the situation changes he may need to be observed an additional 24 hours pending the CAT scan report. His Ribavirin and Interferon to continue as an outpatient. His EGD reviewed with him again today.

_____
GARY ANDERSON, D.O.

D: 04/16/2005  0928
T: 04/16/2005  1218
GLA/kb

000325

DONALD MOSIER
04/16/2005
ADDENDUM

CAT scan reported negative. Verbal report from Radiology.

FINAL DIAGNOSIS:  Musculoskeletal chest pain, rule out pleuritic chest pain

PLANS:  The patient is stable for discharge.

_____
GARY ANDERSON, D.O.

D:  04/1/6/2005  0940
T:  04/16/2005  1225
GLA/kb

000326

Quest on Demand™

PATIENT INFORMATION
**MOSHIER, DONALD**

Associated Clinical Laboratories
CLIENT SERVICE 814.461.2400

DOB: 08/18/1961  Age: 43
GENDER: M

SPECIMEN INFORMATION
SPECIMEN:    ET858566X
REQUISITION: 4511870006269
LAB REF NO:  4511870006269

ID: 31916

COLLECTED: 04/14/2005    20:02
RECEIVED:  04/15/2005    19:26
REPORTED:  04/15/2005    21:07

REPORT STATUS **Final**

ORDERING PHYSICIAN
**ANDERSON G**

CLIENT INFORMATION
451187
KANE COMMUNITY HOSPITAL
NORTH FRALEY STREET
KANE, PA 16753

COMMENTS:    124

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| LIPASE, SERUM | 261 | | 114-286 U/L | A |

------------------------------------------------------------------------------------------

**Performing Laboratory Information:**

A    ASSOCIATED CLINICAL LABS 1526 PEACH STREET ERIE PA  16501

000327

Kane Community Hospl
North Fraley Street
Kane, PA  16735
814.837-8585

**Laboratory Report**

**Final Report**

Location:

| Patient Name | | Patient Phone | Room/Bed |
|---|---|---|---|
| **MOSHIER, DONALD** | | (814) 362-8900 | |

| Diagnosis | Ordered | Accession # |
|---|---|---|
| **UNKNOWN** | **04/14/2005  1242  BAA** | 174468    STAT |

| Admitting | Freeman, Richard | Scheduled | Spec # |
|---|---|---|---|
| Ordering | Freeman, Richard | 04/14/2005  1235  BAA | 362143 |
| Attending | Freeman, Richard | Collected | MR # |
| Family | | 04/14/2005  1254  MLW | 31916 |

| Patient Type | DOB | Sex | Admit/Discharge Date | Received | Visit # |
|---|---|---|---|---|---|
| **ER** | 08/18/1961 | M | Admit  04/14/2005  Dischg  04/14/2005 | 04/14/2005  1255  PLH | 286109 |

| Test | Result | Flag | Range | Units | Date/Time/Tech |
|---|---|---|---|---|---|
| **CHEMISTRY** | | | | | |
| AMYLASE | 44 | | 29-103 | U/L | 4/14/2005   1350  MLW |
| **LIVER PROFILE** | | | | | |
| TP | 7.1 | | 5.4 - 8.1 | g/dl | 4/14/2005   1356  MLW |
| ALBUMIN | 4.2 | | 2.3 - 5.3 | g/dl | 4/14/2005   1358  MLW |
| GLOBULIN | 2.9 | | 2.6 - 3.1 | g/dl | 4/14/2005   1356  MLW |
| A/G RATIO | 1.4 | | 0.0 - 0.0 | | 4/14/2005   1358  MLW |
| T BILI | * 1.4 | H | 0.1 - .9 | mg/dl | 4/14/2005   1358  MLW |
| D BILI | * 0.3 | H | 0.0 - .2 | mg/dl | 4/14/2005   1358  MLW |
| ALK PHOS | 64 | | 25 - 133 | IU/L | 4/14/2005   1356  MLW |
| ALT | * 89 | H | 3 - 35 | iu/l | 4/14/2005   1358  MLW |
| AST | * 65.0 | H | 16.0 - 38.0 | iu/l | 4/14/2005   1356  MLW |
| results repeated (04/14/2005 13:56 By MLW) | | | | | |
| **CHEMSCREEN** | | | | | |
| GLUCOSE | 87 | | 75.0 - 129.0 | mg/dl | 4/14/2005   1350  MLW |
| BUN | 16 | | 9.0 - 26.0 | mg/dl | 4/14/2005   1350  MLW |
| CREAT | 0.9 | | 0.4 - 1.6 | mg/dl | 4/14/2005   1350  MLW |
| Na | 137 | | 134.0 - 144.0 | mmol/L | 4/14/2005   1350  MLW |
| K | 3.9 | | 3.3 - 5.3 | mmol/L | 4/14/2005   1350  MLW |
| Cl | 103 | | 98.0 - 114.0 | mmol/L | 4/14/2005   1350  MLW |
| TCO2 | 26 | | 20.0 - 34.0 | mmol/L | 4/14/2005   1350  MLW |
| ANION GAP | 12 | | | | 4/14/2005   1350  MLW |
| Ca | 8.6 | | 8.6 - 11.2 | mg/dl | 4/14/2005   1350  MLW |

Order Comments:

    fmd dr anderson

| Name: | **MOSHIER, DONALD** | **Final Report** | Print: | 4/14/2005  1:55:24PM |
|---|---|---|---|---|
| MR #: | 31916 | Page 1 of 1 | | |
| Test: | **LIVER PROFILE, CHEMSCREEN, AMYLASE** | | | |

000328

Kane Community Hospi
North Fraley Street
Kane, PA 16735
814.837-8585

**Laboratory Report**

**Final Report**

Location:

| Patient Name<br>**MOSHIER, DONALD** | | | Patient Phone<br>(814) 362-8900 | Room/Bed |
|---|---|---|---|---|
| Diagnosis<br>**UNKNOWN** | | Ordered<br>04/14/2005   1243   BAA | Accession #<br>174470    STAT | |
| Admitting   Freeman, Richard<br>Ordering   Freeman, Richard | | Scheduled<br>04/14/2005   1235   BAA | Spec #<br>362146 | |
| Attending   Freeman, Richard<br>Family | | Collected<br>04/14/2005   1254   MLW | MR #<br>31916 | |
| Patient Type   DOB   Sex   Admit/Discharge Date<br>**ER**   08/18/1961   M   Admit  04/14/2005<br>Dischg  04/14/2005 | | Received<br>04/14/2005   1255   PLH | Visit #<br>286109 | |

| Test | Result | | Flag | Range | Units | Date/Time/Tech | |
|---|---|---|---|---|---|---|---|
| **CHEMISTRY** | | | | | | | |
| TROPONIN I | 0.01 | | | <.40 | ng/ml | 4/14/2005 | 1357  MLW |

**Order Comments:**

*a⨍*

Name:   MOSHIER, DONALD
MR #:   31916
Test:   TROPONIN I

Final Report
Page 1 of 1

Print:   4/14/2005   1:55:18PM

000329

SingleSpecimenAuto.rpt

Kane Community Hospi                                          **Laboratory Report**
North Fraley Street
Kane, PA 16735                                               **Final Report**
814.837-8585
                                                            **Location:**

| Patient Name **MOSHIER, DONALD** | | | Patient Phone (814) 362-8900 | Room/Bed |
|---|---|---|---|---|
| Diagnosis **UNKNOWN** | | Ordered **04/14/2005  1243  BAA** | | Accession # **174470   STAT** |
| Admitting | Freeman, Richard | Scheduled **04/14/2005  1235  BAA** | | Spec # **362145** |
| Ordering | Freeman, Richard | | | |
| Attending | Freeman, Richard | Collected **04/14/2005  1254  MLW** | | MR # **31916** |
| Family | | | | |
| Patient Type     DOB     Sex   Admit/Discharge Date **ER       08/18/1961  M**   Admit **04/14/2005** Dischg **04/14/2005** | | Received **04/14/2005  1255  PLH** | | Visit # **286109** |

| Test | Result | | Flag | Range | Units | Date/Time/Tech |
|---|---|---|---|---|---|---|
| **CHEMISTRY** | | | | | | |
| CPK | 37.0 | | | 4.0 - 230.0 | iu/l | 4/14/2005   1348  MLW |

**Order Comments:**

Kane Community Hospi
North Fraley Street
Kane, PA 16735
814.837-8585

**Laboratory Report**

**Final Report**

Location:

| Patient Name **MOSHIER, DONALD** | | Patient Phone (814) 362-8900 | Room/Bed |
|---|---|---|---|
| Diagnosis **UNKNOWN** | | Ordered 04/14/2005  1307  BAA | Accession # 174480    STAT |
| Admitting    Freeman, Richard Ordering    Freeman, Richard | | Scheduled 04/14/2005  1305  BAA | Spec # 362158 |
| Attending    Freeman, Richard Family | | Collected 04/14/2005  1308  amb | MR # 31916 |

| Patient Type | DOB | Sex | Admit/Discharge Date Admit  04/14/2005 | Received | Visit # |
|---|---|---|---|---|---|
| **ER** | 08/18/1961 | M | Dischg  04/14/2005 | 04/14/2005  1308  AMB | 286109 |

| Test | Result | Flag | Range | Units | Date/Time/Tech |
|---|---|---|---|---|---|
| UA | O | | | | |

URINE WITH MICROSCOPIC

| Test | Result | Flag | Range | Units | Date | Time | Tech |
|---|---|---|---|---|---|---|---|
| COLOR | Yellow | | | | 4/14/2005 | 1426 | MLW |
| APPEARANCE | Clear | | | | 4/14/2005 | 1426 | MLW |
| LEUKOCYTE | Negative | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| NITRITE | Positive | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| UROBILINOGEN | 1.0 EU/dL | | | EU/dl | 4/14/2005 | 1426 | MLW |
| PROTEIN(UA) | negative | | 0 - 0 | | 4/14/2005 | 1426 | MLW |
| confirmed (04/14/2005 14:26 By MLW) | | | | | | | |
| pH | 6.0 | | | | 4/14/2005 | 1426 | MLW |
| BLOOD | Trace | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| SP GRAVITY | 1.025 | | | | 4/14/2005 | 1426 | MLW |
| KETONES | Negative | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| BILIRUBIN,(UA) | Negative | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| GLUCOSE UA | Negative | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| MICRO-WBC | 0-5 /hpf | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| MICRO-BACTERIA | 4+ | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| C&S IF INDICATE | 1 | | | | 4/14/2005 | 1426 | MLW |

**Order Comments:**

DO YOU WANT A C&S IF UA IS POSITIVE?: yes, clean catch
URINE WITH MICROSCOPIC: Ordered as laboratory reflex order

Name:    **MOSHIER, DONALD**
MR #:    31916
Test:    **URINE WITH MICROSCOPIC**

**Final Report**
Page 1 of 1

Print:    4/14/2005   2:24:55PM

000331

SingleSpecimenAuto.rpt

**Kane Community Hospi**
North Fraley Street
Kane, PA 16735
814.837-8585

**Laboratory Report**

**Final Report**

**Location:**

| Patient Name MOSHIER, DONALD | | | Patient Phone (814) 362-8900 | Room/Bed M/S 124 2 |
|---|---|---|---|---|
| Diagnosis UNKNOWN, ESI-3 | | Ordered 04/14/2005  1242  BAA | | Accession # 174468    STAT |
| Admitting    Anderson, Gary | | Scheduled 04/14/2005  1235  BAA | | Spec # 362142 |
| Ordering    Freeman, Richard | | | | |
| Attending    Anderson, Gary | | Collected 04/14/2005  1254  MLW | | MR # 31916 |
| Family | | | | |
| Patient Type    DOB    Sex    Admit/Discharge Date INPATIENT    09/18/1961   M    Admit  04/14/2005           Dischg | | Received 04/14/2005  1254  PLH | | Visit # 286109 |

| Test | Result | Flag | Range | Units | Date/Time/Tech |
|---|---|---|---|---|---|
| COAG | | | | | |
| PTT | 28.0 | | 0.0 - 45.0 | sec | 4/14/2005   2039  JLZ |
| PROTHROMBIN TIME PT | | | | | |
| PT | 13.3 | | 9.6 - 13.6 | sec | 4/14/2005   2039  JLZ |
| INR | * 1.2 | L | 2.0 - 3.0 | INR | 4/14/2005   2039  JLZ |

### EXCEPT FOR MECHANICAL PROSTHETIC VALVES AND
ACUT -MYOCAR IAL INFARCTION  INR = 2.5-3.5

Order Comments:
      nd dr anderson
      dded Draw Charge

Kane Community Hospi
North Fraley Street
Kane, PA 16735
814.837-8585

**Laboratory Report**

**Final Report**

Location:

| Patient Name **MOSHIER, DONALD** | | Patient Phone (814) 362-8900 | Room/Bed M/S 124 2 |
|---|---|---|---|
| Diagnosis **UNKNOWN, ESI-3** | Ordered 04/14/2005  1426  BAA | | Accession # 174480     STAT |
| Admitting     Anderson, Gary<br>Ordering     Freeman, Richard | Scheduled 04/14/2005  1305  BAA | | Spec # 362177 |
| Attending     Anderson, Gary<br>Family | Collected 04/14/2005  1308  amb | | MR # 31916 |
| Patient Type          DOB          Sex     Admit/Discharge Date<br>                                                     Admit  04/14/2005<br>**INPATIENT**     08/18/1961  **M**     Dischg | Received 04/14/2005  1427  MLW | | Visit # 286109 |

| Test | Result | Flag | Range | Units | Date/Time/Tech |
|---|---|---|---|---|---|
| **MICRO** | | | | | |
| URINE C & S | | | | | |
| SOURCE | CLEAN CATCH | | | | 4/15/2005   1445  JLZ |
| COLONY COUNT | NO GROWTH | | | | 4/15/2005   1445  JLZ |
| PRELIMINARY | See Comment | | | | 4/15/2005   1445  JLZ |
| FINAL | NO GROWTH | | | | 4/15/2005   1445  JLZ |

NO FURTHER TESTING PERFORMED.
(04/15/2005 14:45 By JLZ)

Order Comments:

DO YOU WANT A C&S IF UA IS POSITIVE?: yes, clean catch
URINE WITH MICROSCOPIC: Ordered as laboratory reflex order
URINE C & SOrder Added As Laboratory Reflex Order

Name:     MOSHIER, DONALD
MR #:     31916
Test:     URINE C & S

Final Report
Page 1 of 1

Print:   4/15/2005  2:43:35PM

000333

Kane Community Hospi                                    Laboratory Report
North Fraley Street
Kane, PA  16735                                         Final Report
814.837-8585                                            Location:

| Patient Name | | | | Patient Phone | Room/Bed |
|---|---|---|---|---|---|
| **MOSHIER, DONALD** | | | | **(814) 362-8900** | |

| Diagnosis | | Ordered | | | Accession # |
|---|---|---|---|---|---|
| **UNKNOWN** | | **04/14/2005    1242    BAA** | | | **174468    STAT** |

| Admitting | Freeman, Richard | Scheduled | | | Spec # |
|---|---|---|---|---|---|
| Ordering | Freeman, Richard | **04/14/2005    1235    BAA** | | | **362141** |
| Attending | Freeman, Richard | Collected | | | MR # |
| Family | | **04/14/2005    1254    MLW** | | | **31916** |

| Patient Type | DOB | Sex | Admit/Discharge Date | Received | Visit # |
|---|---|---|---|---|---|
| **ER** | **08/18/1961** | **M** | Admit  **04/14/2005**<br>Dischg  **04/14/2005** | **04/14/2005    1254    PLH** | **286109** |

| Test | Result | Flag | Range | Units | Date/Time/Tech |
|---|---|---|---|---|---|
| **HEMATOLOGY** | | | | | |
| CBC W/ MANUAL DIFF | | | | | |
| WBC | * 2.4 | L | 4.80 - 10.80 | x 10 `3 | 4/14/2005    1346    MLW |
| RBC | * 4.04 | L | 4.70 - 6.10 | x 10 `6 | 4/14/2005    1346    MLW |
| HGB | * 12.9 | L | 14.0 - 18.0 | g/dl | 4/14/2005    1346    MLW |
| HCT | * 37.4 | L | 42.0 - 52.0 | % | 4/14/2005    1346    MLW |
| MCV | 93 | | 80 - 99 | fl | 4/14/2005    1346    MLW |
| MCH | * 31.9 | H | 27.0 - 31.0 | pg | 4/14/2005    1346    MLW |
| MCHC | 34.5 | | 33.0 - 37.0 | g/dl | 4/14/2005    1346    MLW |
| PLT | * 94 | L | 130 - 400 | x 10 `3 | 4/14/2005    1346    MLW |
| RDW | 16.4 | | 11.6 - 16.5 | % | 4/14/2005    1346    MLW |
| MPV | 10.7 | | 7.4 - 11.0 | fl | 4/14/2005    1346    MLW |
| LYMPH | 24.3 | | 15.0 - 41.0 | % | 4/14/2005    1346    MLW |
| MIXED | * 12.8 | H | 1.7 - 9.3 | % | 4/14/2005    1346    MLW |
| GRAN | 62.9 | | 42.2 - 75.2 | % | 4/14/2005    1347    MLW |
| MDIFF SEGS | * 67 | H | 35 - 65 | % | 4/14/2005    1347    MLW |
| MDIFF LYMPH | * 24 | L | 25 - 45 | % | 4/14/2005    1347    MLW |
| MDIFF MONO | 8 | | 1 - 8 | % | 4/14/2005    1347    MLW |
| MDIFF EOSO | 1 | | 0 - 4 | % | 4/14/2005    1347    MLW |
| RBC MORPH | See Comments | | | | 4/14/2005    1347    MLW |

    2+ ANISOCYTOSIS
    2+ MACROCYTOSIS

Order Comments:

    fmd dr anderson
    CBC WITH MANUAL DIFF: Ordered as laboratory reflex order
    CBC W/ MANUAL DIFF: Ordered as laboratory reflex order

Associated Clinical Laboratories
CLIENT SERVICE 814.461.2400

**PATIENT INFORMATION**
**MOSHIER, DONALD**

DOB: 08/18/1961  Age: 43
GENDER: M

ID: 31916

REPORT STATUS **Final**

ORDERING PHYSICIAN
**ANDERSON, GARY**

CLIENT INFORMATION
451187
KANE COMMUNITY HOSPITAL
NORTH FRALEY STREET
KANE, PA 16753

SPECIMEN INFORMATION
SPECIMEN:     ET859284I
REQUISITION: 4511870006289
LAB REF NO:  4511870006289

COLLECTED:  04/15/2005   08:35
RECEIVED:   04/15/2005   19:01
REPORTED:   04/15/2005   20:46

COMMENTS:    124-2

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| D-DIMER | | | | |
| D-DIMER (EIA) | 338 | | < 500 ng/mL | A |

THIS ASSAY IS A QUANTITATIVE
ELISA INTENDED FOR USE AS AN AID
IN THE DIAGNOSIS OF PE AND DVT
WITH A HIGH NEGATIVE PREDICTIVE
VALUE.

--------------------------------------------------------------------------------

**Performing Laboratory Information:**

A     ASSOCIATED CLINICAL LABS 1526 PEACH STREET ERIE PA  16501

000335

# Preliminary Radiology Report

Patient Name _Donald McKee_

Physician Name _Anderson_ Date _11-15-05_

ER ____ ICU ____ INPT __ER__ OP ____

Exam(s) _CT Chest_

Report

_without & with abdomen contrast_

_Normal_

Radiologist Signature _____

Verbal report date and time _____

Radiologist giving verbal _____

Technologist taking verbal report _____

# Preliminary Radiology Report

Patient Name _Donald Moshner_

Physician Name _____ Date _____

ER _✓_          ICU ____          INPT____          OP ____

Exam(s) _____

Report _U.S. of upper abd_

Distended gall-bladder, filled with sludge
and very thick ~~wall~~ edematous wall.
Consistent with acute cholecystitis.

Radiologist Signature _____

Verbal report date and time _____

Radiologist giving verbal _____

Technologist taking verbal report _____

000337

KANE COMMUNITY HOSPITAL
KANE, PA

**RADIOLOGY REPORT**

NAME:  DONALD MOSHIER
PO BOX 5000
BRADFORD   , PA 16701
814-3628900

MED REC #: 31916          ADM #: 286109
DATE OF BIRTH:  08/18/1961                    AGE: 43Y

PHYSICIAN:  RICHARD E FREEMAN, M.D.            ROOM: INPATIENT
DATE OF EXAM:  04/14/2005            X-RAY #: 36625

Clinical information:  Chest pain, right upper abdominal pain, history of cirrhosis and hepatitis.  Gallbladder disease.

<u>ULTRASOUND OF THE UPPER ABDOMEN:</u>
    The liver is ultrasonographically normal.  However, predominantly functional hepatocellular disease may not be demonstrable ultrasonographically and further clinical correlation is requested.  There are no space occupying lesions within the liver.
    There is no dilatation of the biliary duct system and the common bile duct measures 4.0 mm.
    The gallbladder is moderately distended.  It is filled with sludge.  The gallbladder wall is significantly thickened, measuring up to 10.0 mm.  There is no pericholecystic fluid collection.  However, from the overall appearance, the findings would be consistent with acute cholecystitis.
    There are no other significant findings.

IMPRESSION:  Changes in the gallbladder which are consistent with acute cholecystitis as discussed above.  Clinical correlation is also requested.  If there is any question clinically, then further evaluation with HIDA scan may also be judicious.


JAMIL SARPKAZ, M.D.
RADIOLOGIST

D: 04/14/2005 1628
T: 04/15/2005 1435
JS:sln

000338

# KANE COMMUNITY HOSPITAL
## KANE, PA

## RADIOLOGY REPORT

NAME:  DONALD MOSHIER
PO BOX 5000
BRADFORD  , PA 16701
814-3628900

MED REC #: 31916          ADM #: 286109
DATE OF BIRTH:  08/18/1961          AGE: 43Y

PHYSICIAN:  RICHARD E FREEMAN, M.D.          ROOM: INPATIENT
DATE OF EXAM:  04/14/2005          X-RAY #: 36625

Clinical information:  Substernal chest pain radiating to the back; back pain; gallstones; status post appendectomy.

CHEST - PA AND LATERAL VIEWS:
     The study is normal.

CT SCAN OF THE ABDOMEN AND CT SCAN OF THE PELVIS:
     The study was performed without and then with intravenous contrast administration.  Oral contrast medium was also administered.
     The following observations are made:

1.  The liver, spleen, pancreas, adrenal glands, and the kidneys are normal.

2.  The gallbladder wall is thickened and edematous.  The appearance is consistent with acute cholecystitis.  Within the gallbladder, there is rim-like density which either is part of thickened inflamed wall, or may represent partially calcified calculus.  Further correlation with ultrasound examination may also be helpful.

3.  There is no dilatation of the biliary duct system.

4.  The remainder of the CT scan of the abdomen and CT scan of the pelvis are unremarkable.

IMPRESSION:  Evidence of acute cholecystitis.  Further correlation with ultrasound
                    examination is also requested.
          The remainder of the examination is unremarkable.


                                        _____
                                        JAMIL SARFRAZ, M.D.
                                        RADIOLOGIST

D: 04/14/2005 1535
T: 04/15/2005 1421
JS:sln

000339

KANE COMMUNITY HOSPITAL
KANE, PA

**RADIOLOGY REPORT**

NAME: DONALD MOSHIER
PO BOX 5000
BRADFORD , PA 16701
814-3628900

MED REC #: 31916          ADM #: 286109
DATE OF BIRTH: 08/18/1961          AGE: 43Y

PHYSICIAN: GARY ANDERSON, D.O.          ROOM: INPATIENT
DATE OF EXAM: 04/15/2005          X-RAY #: 36625

Clinical information: Mid epigastric and lower chest pain. Acute cholecystitis.

<u>CT SCAN OF THE CHEST:</u>
        The study was performed without and then with intravenous contrast administration.
        The examination is normal, specifically, there is no evidence of pulmonary embolism. There is no acute pneumonic infiltrate.


                                                    _____
                                                    JAMIL SARFRAZ, M.D.
                                                    RADIOLOGIST

D: 04/15/2005 1822
T: 04/16/2005 0935
JS:sln

000340



FROM: ANDERSON

3916/286109
04/14/2005    11:27:04
43 years    Male

Rx:
Dx: Chest Pain

Rate    82
PR      191
QRSD    104
QT      354
QTc     413

--AXIS--
P       60
QRS     33
T       17

Moshier, Donald L
White

Kane Community Hospital
Dept: er
Room: cardiac
Oper: lmg

280 lbs    73 ins    BP:170/100

. NORMAL SINUS RHYTHM, RATE    82............normal P axis, PR, rate & rhythm

- NORMAL ECG -

Requested by:
Dr Freeman

COPY
MD MUST REVIEW

000341



31916 / 286109    04/15/2003  09:33:00 AM    MOSHIER, Donald

Rx:                43 years    Male    White                    280 lbs    73 ins    BP:
Dx:

| Rate | 67 |
| PR | 199 |
| QRSD | 99 |
| QT | 387 |
| QTc | 408 |

--AXIS--
P    35
QRS  24
T    15

. Normal sinus rhythm, rate 67.................Normal P axis, PR, rate & rhythm

NO PREVIOUS EKG AVAILABLE - NORMAL ECG -

The Kane Community Hospital
Dept: MS1
Room: 124-2
Oper: sb

Requested by:
Dr Anderson

COPY
NARY MD MUST REVIEW

000342

## KANE COMMUNITY HOSPITAL
## KANE, PA

### OPERATIVE REPORT

NAME:  DONALD MOSHIER
MEDICAL RECORD #:  31916          ADM #:  286109
DATE:  04/15/2005

PREOPERATIVE DIAGNOSIS:     Mid epigastric pain.  Dyspepsia.  Rule out peptic
disease.

POSTOPERATIVE DIAGNOSIS:     Mild gastritis.  No esophageal varices, gastric or
duodenal ulcers.  Biopsies of the antrum to
rule out Helicobacter.

OPERATION:          Esophagogastroduodenoscopy

SURGEON:          Gary Anderson, D.O.

ANESTHESIA:          Intravenous sedation

PROCEDURE:  The patient was admitted to the OR and identified, placed in the left
lateral recumbent position.  After appropriate intravenous sedation, after Cetacaine spray
for local anesthesia a well lubricated endoscope was inserted into the first part of the
esophagus and advanced by direct vision to the distal esophagus to the gastroesophageal
junction, into the stomach, to the pylorus, into the duodenum.  The first three parts of the
duodenum were examined and were normal in appearance.  The instrument was pulled
back into the stomach.  The entire mucosa of the stomach was examined and was normal
in appearance with the exception of some mild antral gastritis.  Biopsies were done to
exclude Helicobacter.  The instrument was then pulled back into the esophagus.  Again
the distal esophagus appeared normal.  The ora serrata was well formed.  There was no
hiatal hernia.  There was no evidence of any varices.  The patient has a notable history of
cirrhosis.  The instrument was then gradually removed, decompressing the stomach and
the esophagus as it was removed.  The patient tolerated the procedure well.

_____
GARY ANDERSON, D.O.

D:  04/15/2005 0757
T:  04/19/2005 1013
GLA:sln

000343

# SURGICAL PATHOLOGY CONSULTATION
## HAMOT MEDICAL CENTER LABORATORY
Pathology Associates of Erie, Inc.
201 State Street
Erie, PA 16550
(814) 877-2241

Name: **MOSHIER, DONALD**
Surgical#: 02-SP-05-05760
Ordering Physician: ANDERSON, GARY L., DO
Location: KANE

Med Rec#: (00002)528781
Hospital#: 000000250430766
SS#:
DOB: 08/18/61
Age/Sex: 43 YRS M

Procedure Date: 04/15/05
Date Received: 04/18/05
Date Printed: 04/18/05

**PRE-OP DIAGNOSIS:**
Mid-epigastric pain

**PROCEDURE:**
Biopsy

**SPECIMEN:**
Antrum

**GROSS DESCRIPTION:**
Received in formalin, labeled with the patient's name and "antrum", are two fragments of soft light tan tissue measuring 0.4 x 0.2 x 0.2 cm. in aggregate. The specimen is entirely submitted in one cassette.

BAM/jet

**MICROSCOPIC DESCRIPTION:**
Performed and confirms final diagnosis.

**DIAGNOSIS:**
**Gastric antrum, mucosal biopsies:**
   **Gastric mucosa, no active gastritis, intestinal metaplasia or malignancy identified.**

   **No H. pylori micro-organisms identified by special stain.**
                                    **P1**

DLK/jet          Report Diagnosed By: DAVID L. KLAWON, MD
                 Report Verified By:  DAVID L. KLAWON, MD
                                     (Electronic Signature)
                 Verified Date:      04/18/05

PHYSICIAN:                          Copies to:    GARY L. ANDERSON, DO
KANE COMMUNITY HOSPITAL LAB
N. FRALEY ST. PO BOX 778
KANE
PA  16735-

000344

Name: **MOSHIER, DONALD**
Med Rec#:(00002)528781

10929-052

Created on: 04/22/05 1123          Bradford Regional Medical Ctr          Page 1 of 1

Patient: **MOSHIER,DONALD**
Acct#: **V04546554**
Unit#: **M000226525**

Age/Sex: **43/M**
DOB:      **08/18/1961**
Physician:**Graham,Nathaniel MD**

Location: **4EAST**
Rm/Bed: **446A-1**

------------------------------------------------

Specimen # **S05-1355**          Received: **04/20/05 - 1237**          Specimen Type: **SURGICAL**

------------------------------------------------

## MEDICAL CODES

**CODES:**     T-63000 - Gallbladder

## COPIES TO

Graham,Nathaniel MD
300 Hooker Fulton Bldg
Bradford, PA 16701
(814)368-7125

Miskiel,Edward J MD
116 Interstate Parkway
Bradford, PA 16701
(814)362-8425

## PTH PROCEDURES COMPLETE

**PROCEDURES:**     HE STAIN (04/20/05-1238)

## SPECIMEN/LOCATION

**TISSUES:**     Gallbladder - Gallbladder

## GROSS DESCRIPTION

The specimen received in formalin consists of previously opened gallbladder, measuring 10 x 4 x 3.5 cm with an oval, transmural defect; measuring 1.7 x 1.5 cm in the fundus. The lumen contains small amount of reddish-brown bile and blood clots. No stones are identifiable. The wall is rubbery, edematous, thickened, varying from 0.3 to 0.8 cm in maximum thickness with focal hemorrhage, edema and congestion. Representative sections are submitted.

## MICROSTUDY DIAGNOSIS

000345

Gallbladder:
   Acute cholecystitis.

## DATE OF OPERATION

04-19-05

## PROCEDURE

Open Cholecystectomy

## PRE-OPERATIVE DIAGNOSIS

Severe Cholecystitis

**Signed** _____ SYED ALLY, MD 04/22/05
              &lt;signature on file&gt;

MOSHIER,DONALD      A#V04546554     DOB: 08/18/1961

# Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, Pa 16701

## Department of Medical Records

---

**Patient:** MOSHIER,DONALD

**DOB:** 08/18/1961

**Admitting MD:** Graham, Nathaniel MD

**Admit Date:** 04/18/05

**Medical Record #:** M000226525

**Age:** 43

**Room/Bed:** 446A-1

**Discharge Date:** 04/27/05 / 1347

**Acct #:** V04546554

**Sex:** M

**Location:** 4EAST

---

### DISCHARGE SUMMARY

---

**DISCHARGE DIAGNOSIS:** Severe acute cholecystitis with signs of gangrene at the gallbladder clinically.

**PROCEDURE:** Open cholecystectomy.

**HISTORY:** See HP.

**HOSPITAL COURSE:** The patient was brought to the hospital and given intravenous fluids and antibiotics in an attempt to cool down his cholecystitis. This was unsuccessful, and he required emergent operation. Because of the amount of guarding and expected amount of inflammation, it was planned as an open procedure which was carried out without complications. He recovered very well, particularly considering his comorbidities including hepatitis C with cirrhosis. He improved gradually. JP drain was left in for 5 days. Kept on Zosyn as an antibiotic. He is now eating regular food. The incision is healing well. He has been having some diarrhea in the last 24 to 48 hours. It appears to be related to his antibiotics. We will get a stool titer for C. difficile. Started him on acidophilus, and I have discussed with Dr._____at FCI McKean. He has now been in the hospital for 8 postop days and is ready to be discharged, and he will be followed by the physicians at FCI McKean.

**PROGNOSIS:** Good in the short term for his cholecystitis. Guarded for his hepatitis.

Job#: 4560034 / 891280

Signed By: _____

Graham, Nathaniel MD

GRAHNA/PRECYSE
DDT: 04/27/05 0911
TDT: 04/27/05 2159
Report Number: 0427-0062
cc:
FCI MCKEAN
Graham, Nathaniel MD

1

000347

# Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, Pa 16701

## Department of Medical Records

---

Patient:  MOSHIER,DONALD        **Medical Record #:**  M000226525        **Acct #:** V04546554

DOB: 08/18/1961        **Age:** 43        **Sex:** M

**Attending MD:**  Graham,Nathaniel MD        **Location:**
4EAST

**Date of Service:** 04/18/05

---

## OPERATIVE REPORT

---

**PREOPERATIVE DIAGNOSIS:**  Acute surgical abdomen with acute cholecystitis, possible gangrenous cholecystitis.

**POSTOPERATIVE DIAGNOSES:**
1. Gangrenous cholecystitis with intrahepatic gallbladder.
2. Cirrhosis from hepatitis C.

**PROCEDURE:**  Open cholecystectomy.

**SURGEON:**  Nathaniel L. Graham, MD

**ANESTHESIA:**  General.

**FINDINGS:**  The gallbladder was densely edematous, thickened, and obviously inflamed.  It could not be grasped because of the tension.  Therefore, trocar was used to aspirate the gallbladder.  Cultures of the gallbladder were taken.  Inside of the gallbladder was necrotic, and this necrosis extended down to the biliary duct system.  The gallbladder was 50% intrahepatic in a hard macronodular cirrhotic liver.  The liver could not be moved to manipulate easily, and the base of the gallbladder and the intrahepatic portion was difficult to access and carve out.  Therefore, the gallbladder was removed as much as possible, and a small portion of the base left intrahepatically and the Bovie at 80 W used to destroy the gangrenous tissue.  At the end of the procedure, Surgicel was placed over this for completion of hemostasis and_____ drain placed along this area to suction the debris.  The triangle of Calot was edematous from chronic and acute inflammation.  With disruption of all tissue planes, careful dissection was made from the top down along the gallbladder to the base of the gallbladder, and 2 branched arteries impinging on the gallbladder divided with Hemoclips and a single very thickened cystic duct identified, divided off the gallbladder over a clamp, and then opened in the inside and examined, while the outer portion of the cystic duct was pink, inflamed, but not gangrenous.  The inner mucosa was black with the appearance of gangrene.  This was ligated carefully with a 0 silk tie and then 3 Hemoclips placed distal to the tie for markings should future exploration be required in this very difficult case.

**DETAILS OF PROCEDURE:**  The patient was brought to the operating room and identified by myself as Donald Moshier.  He was placed on the operating table in supine position.  After induction of anesthesia and endotracheal intubation, the nasogastric tube and Foley catheter were placed and the abdomen prepped with Betadine and draped with sterile linen.  Right subcostal incision was performed 2 fingerbreadths below the costal margin, carried through the skin with a knife and deep tissues with electrocautery.  The anterior fascial sheath was incised and then a muscle-sparing incision performed dissecting the fascia from the muscles superiorly and inferiorly, retracting the muscle medially and laterally with Bookwalter retractor system exposing the deep muscular fascial layers.  These were divided underneath the rectus muscle with electrocautery and the abdomen entered without injuring intra-abdominal contents.  The bowel was packed inferiorly over rolled moistened gauze packs using the Bookwalter system exposing the edematous gallbladder.  Trocar was

000348

used to aspirate the gallbladder and then the opening was grasped with a Kocher clamp and the electrocautery used to dissect the plane between the liver and the gallbladder. This was quite difficult because of the firm edema and gangrenous nature of the tissues. The gallbladder was dissected as much as possible. Small portions of the posterior bed could not be even removed from the gallbladder angles such that visualization was difficult. The liver on palpation was firm and not easily mobile, and several attempts to angulate this for deeper exposure would result in cracking this macronodular cirrhotic liver. Therefore, the gallbladder was removed where it could be placed on appropriate tension and the remainder of the base per liver bed destroyed with electrocautery. A pack was placed in the liver bed, and sweetheart retractor used to elevate this gently, and the rest of the gallbladder dissected down to the infundibulum. At this point, several branches of the hepatic artery were identified impinging into the gallbladder. These were 1.5- to 2-mm size and were divided over Hemoclips. Gallbladder was carefully skeletonized using right-angle clamps and Kitner dissector down to a single thickened widened cystic duct. External edematous diameter was approximately 5 mm. This was divided over clamps and ligated. Internal diameter was approximately 2.5 mm to 3 mm. The inner wall was black. The gallbladder was removed to specimen. Packs were placed and then removed after 5 minutes and the gallbladder bed reinspected. Cautery was used to obtain hemostasis and then a Surgicel over sponge placed with pressure on the liver bed for 5 minutes and then sponge removed and hemostasis was complete. Surgicel was then placed over the cystic duct and vascular stumps. The common duct itself appeared to be very deep within more edematous friable infected tissue just below the 7 to 8 mm cystic duct stump. After ligating the cystic duct with 0 silk tie, 3 distal Hemoclips were placed and retractors removed. The gallbladder bed was irrigated with saline and dried. A #10 Jackson-Pratt drain was placed along the gallbladder bed in the liver and into the Morrison pouch brought through a lateral incision. The abdomen was closed in layers using #1 PDS. The skin was closed with staples. Drain was sutured to the skin with 3-0 nylon. Sterile dressings were placed to the wound. The patient tolerated the procedure well.

Job#: 4520167 / 285865

Signed By: _____

Graham, Nathaniel MD

GRAHNA/PRECYSE
DDT: 04/19/05 1627
TDT: 04/20/05 1306
Report Number: 0421-0012
cc:
Graham, Nathaniel MD

1

000349