# Bradford Regional Medical Center
**116 Interstate Parkway**
**Bradford, Pa 16701**

## Department of Medical Records

---

**Patient:** MOSHIER,DONALD               **Medical Record #:** M000226525          **Acct #:** V04546554

**DOB:** 08/18/1961                        **Age:** 43                              **Sex:** M

**Attending MD:** Graham,Nathaniel MD                                              **Location:**
4EAST

**Date of Service:** 04/18/05

---

## HISTORY AND PHYSICAL

**CHIEF COMPLAINT:** Acute cholecystitis.

**HISTORY:** This is a 43-year-old white male who is an inmate at FCI McKean. He has a history of hepatitis C and has been on interferon now for some time, but having some difficulties. Recently, he began having abdominal pain and over the last 3 weeks, this pain which was initially only in the right upper quadrant and after meals became more severe and long lasting, and it is now constant. The pain is becoming more diffuse. Last week, he was referred to the Kane Hospital, underwent medical workup including ultrasound, CT, and apparently an EGD. He was diagnosed with acute cholecystitis, given some antibiotics, had some improvement, and went back to FCI McKean. Over the last day or so, he has been getting much worse clinically. His LFTs have actually looked better than they were before when he was at the height of his problems with hepatitis C. He is having more distress and was referred for surgical evaluation.

**PAST MEDICAL HISTORY:** Low back pain and hepatitis C.

**MEDICATIONS:**
1. Interferon 180 micrograms 1 weekly.
2. Ribavirin 600 milligrams b.i.d.
3. Lactulose 1 tablespoon b.i.d.
4. Zantac 150 daily.
5. Omeprazole 20 milligrams daily.
6. Albuterol inhaler 2 puffs q.i.d.
7. Doxycycline 10 milligrams p.o. b.i.d.

**PAST SURGICAL HISTORY:** Appendectomy, left knee surgery, and liver biopsy.

**FAMILY HISTORY:** Remarkable for cancer, emphysema, diabetes, and hypertension in his father and diabetes in his mother.

**SOCIAL HISTORY:** The patient used to smoke, but quit. He is separated and has 4 children.

**REVIEW OF SYSTEMS:** Denies any depression, anxiety, or psychiatric problems. Eyes: Denies any blurry vision or pain behind the eyes. Ears: Decreased hearing acuity or tinnitus. LUNGS: Denies any shortness of breath or coughing, but does have some dyspnea when he is in abdominal pain. GI: No nausea or vomiting today. He has had some diarrhea over the last week. GU: No burning or urination frequency or nocturia or decreased force of stream. ORTHOPEDIC: No active problems.

**PHYSICAL EXAMINATION:**
GENERAL: The patient is a tall, large-boned, muscular man who appears older than stated age. He has long, coarse, gray-white hair, and full beard.
HEENT: Ears, eyes, nose: No lesions.
NECK: No adenopathy.
LUNGS: Clear, but he is splitting his respiration with abdominal pain.

000350

HEART:  Regular rate with no murmurs.
ABDOMEN:  Firm with guarding in the right upper quadrant.  Some tenderness, but without guarding throughout the rest of the abdomen.
EXTREMITIES:  Unremarkable.

**LABORATORY DATA:**  White count is 4.9, which is elevated for him.  My discussions with Dr._____revealed that his white count normally is 1.8, hemoglobin is 13.7, and hematocrit is 39.6.  Chemistries show bilirubin of 1.5, AST of 44, ALT of 85, alkaline phosphatase is 70.  These numbers are way down from his highs previously according to Dr._____  Glucose is 153 and electrolytes are satisfactory.  I obtained some reports from Kane Hospital.  These showed an ultrasound with thickened gallbladder wall up to 10 mm consistent with acute cholecystitis and 4-mm common bile duct.  EKG normal.  CT scan showed normal pancreas, thickened edematous gallbladder consistent with acute cholecystitis, and no biliary duct dilatation.  CT of the chest was normal.  Numbers there showed a white count of 2.4, hemoglobin 12.9, and hematocrit 37.

**IMPRESSION:**  Acute cholecystitis.

**PLAN:**  Admit, IV fluids, bowel rest, and antibiotics.  If he does not rapidly improve, I think he should be explored and this would be best done through an open cholecystectomy.  Risks are quite high in this patient with active hepatitis C.  With a high-risk mortality for any abdominal operation, we will try to treat him medically; however, he would most likely require operation.

Thank you for the referral.

Job#: 4520101 / 285842

Signed By: _____

                                                                Graham, Nathaniel MD

GRAHNA/PRECYSE
DDT: 04/19/05 1619
TDT: 04/20/05 1040
Report Number: 0420-0029
cc:
FCI MCKEAN
Graham, Nathaniel MD

1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | | | |
|---|---|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA | |
| **Acct#:** V04546554  **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST    446A-1 | |
| **Reg:** 04/18/05  **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 | |

| | | | |
|---|---|---|---|
| **SPEC #:** 0418:H00138S | **COLL:** 04/18/05-1338 | **STATUS:** COMP | **REQ #:** 00017235 |
| | **RECD:** 04/18/05-1339 | **SUBM DR:** Graham,Nathaniel MD | |

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CBC* | | | | |
| WBC | 4.9 | | 4.8-10.8 K/mm3 | |
| RBC | 4.28 | L | 4.70-6.10 M/uL | |
| *HH* | | | | |
| HGB | 13.7 | L | 14.0-18.0 gm/L | |
| HCT | 39.6 | L | 42.0-52.0 % | |
| MCV | 92.5 | | 80.0-94.0 fL | |
| MCH | 31.9 | H | 27-31 pg | |
| MCHC | 34.5 | | 33-37 g/dL | |
| RDW | 15.3 | H | 11.5-14.5 % | |
| PLATELET COUNT | 100 | L | 130-400 K/mm3 | |
| MPV | 9.4 | H | 7.3-9.3 fl | |
| *ADIFF* | | | | |
| NEUTROPHILS | 90.4 | H | 40-74 % | |
| LYMPHOCYTES | 3.8 | L | 19-48 % | |
| MONOCYTE | 4.2 | | 3-9 % | |
| EOSINOPHIL | 0.9 | | 0-7 % | |
| BASOPHIL | 0.1 | | 0-2 % | |
| LUC | 0.6 | | 0-4 % | |
| *MANUAL DIFF* | | | | |
| NEUTROPHILS | 89.0 | H | 40-74 % | |
| BAND | 4.0 | | 3-5 % | |
| LYMPHOCYTES | 4.0 | L | 19-48 % | |
| MONOCYTE | 3.0 | | 3-9 % | |

** END OF REPORT **

000352

RUN DATE: 10/25/05 - 1154                                                    PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | | | |
|---|---|---|---|
| **Name:** MOSHIER,DONALD | | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA |
| **Acct#:** V04546554 | **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST    446A-1 |
| **Reg:** 04/18/05 | **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 |

**SPEC #:** 0418:C00150S          **COLL:** 04/18/05-1338      **STATUS:** COMP          **REQ #:** 00017235
                                 **RECD:** 04/18/05-1339      **SUBM DR:** Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| *CHEM 12* | | | | |
| GLUCOSE | 153 | H | 70-120 mg/dL | |
| BUN | 13.0 | | 8-20 mg/dL | |
| CREATININE | 1.1 | | 0.7-1.5 mg/dL | |
| BUN/CREAT RATIO | 11.0 | | | |
| SODIUM | 134 | L | 135-147 mEq/L | |
| POTASSIUM | 4.1 | | 3.5-5.5 mEq/L | |
| CHLORIDE | 99 | | 98-108 mEq/L | |
| CARBON DIOXIDE | 25.0 | | 24-30 mEq/L | |
| ANION GAP | 14.1 | | | |
| CALCIUM | 8.7 | | 8.4-10.7 mg/dL | |
| TOTAL PROTEIN | 7.7 | | 6-8 gm/dL | |
| ALBUMIN | 4.0 | | 3-5 gm/dL | |
| BILI,TOTAL | 1.5 | H | 0-1 mg/dL | |
| AST | 44 | H | 10-42 U/L | |
| ALT | 85 | H | 10-60 U/L | |
| ALK PHOSPHATASE | 70 | | 17-120 U/L | |

** END OF REPORT **

000353

RUN DATE: 10/25/05 - 1154                                                      PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | | | |
|---|---|---|---|
| **Name:** MOSHIER,DONALD | | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA |
| **Acct#:** V04546554 | **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST    446A-1 |
| **Reg:** 04/18/05 | **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 |

| | | |
|---|---|---|
| **SPEC #:** 0419:H00022R | **COLL:** 04/19/05-0630 | **STATUS:** COMP    **REQ #:** 00017484 |
| | **RECD:** 04/19/05-0640 | **SUBM DR:** Graham,Nathaniel MD |

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CBC* | | | | |
| WBC | 5.7 | | 4.8-10.8 K/mm3 | |
| RBC | 3.99 | L | 4.70-6.10 M/uL | |
| *HH* | | | | |
| HGB | 12.7 | # L | 14.0-18.0 gm/L | |
| HCT | 37.8 | L | 42.0-52.0 % | |
| MCV | 94.9 | H | 80.0-94.0 fL | |
| MCH | 31.9 | H | 27-31 pg | |
| MCHC | 33.6 | | 33-37 g/dL | |
| RDW | 15.2 | H | 11.5-14.5 % | |
| PLATELET COUNT | 99 | L | 130-400 K/mm3 | |
| MPV | 9.3 | | 7.3-9.3 fl | |
| *ADIFF* | | | | |
| NEUTROPHILS | 81.0 | H | 40-74 % | |
| LYMPHOCYTES | 8.1 | L | 19-48 % | |
| MONOCYTE | 8.5 | | 3-9 % | |
| EOSINOPHIL | 0.1 | | 0-7 % | |
| BASOPHIL | 0.4 | | 0-2 % | |
| LUC | 1.9 | | 0-4 % | |
| *MANUAL DIFF* | | | | |
| NEUTROPHILS | 80.0 | H | 40-74 % | |
| BAND | 2.0 | L | 3-5 % | |
| LYMPHOCYTES | 9.0 | L | 19-48 % | |
| MONOCYTE | 9.0 | | 3-9 % | |

** END OF REPORT **

000354

```
RUN DATE: 10/25/05 - 1154                                              PAGE 1
```

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

```
Name:   MOSHIER,DONALD              Age/Sex:43/M        Attend Phy:GRAHNA
Acct#:  V04546554    Unit#: M000226525   DOB:    08/18/1961 Location:  4EAST      446A-1
Reg:    04/18/05     Disch: 04/27/05     Status: DIS IN    Home Phone: (814)362-8900
```

```
SPEC #: 0419:H00183T       COLL: 04/19/05-2010    STATUS:  COMP        REQ #: 00017950
                           RECD: 04/19/05-2010    SUBM DR: Graham,Nathaniel MD
```

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| *CBC* | | | | |
| WBC | 5.7 | | 4.8-10.8 K/mm3 | |
| RBC | 4.15 | L | 4.70-6.10 M/uL | |
| *HH* | | | | |
| HGB | 13.1 | L | 14.0-18.0 gm/L | |
| HCT | 39.3 | L | 42.0-52.0 % | |
| MCV | 94.6 | H | 80.0-94.0 fL | |
| MCH | 31.5 | H | 27-31 pg | |
| MCHC | 33.3 | | 33-37 g/dL | |
| RDW | 15.1 | H | 11.5-14.5 % | |
| PLATELET COUNT | 96 | L | 130-400 K/mm3 | |
| MPV | 9.3 | | 7.3-9.3 fl | |
| *ADIFF* | | | | |
| NEUTROPHILS | 83.7 | H | 40-74 % | |
| LYMPHOCYTES | 10.9 | L | 19-48 % | |
| MONOCYTE | 3.8 | | 3-9 % | |
| EOSINOPHIL | 0.8 | | 0-7 % | |
| BASOPHIL | 0.1 | | 0-2 % | |
| LUC | 1.5 | | 0-4 % | |
| *MANUAL DIFF* | | | | |
| NEUTROPHILS | 82.0 | H | 40-74 % | |
| LYMPHOCYTES | 14.0 | L | 19-48 % | |
| MONOCYTE | 4.0 | | 3-9 % | |

** END OF REPORT **

000355

RUN DATE: 10/25/05 - 1154                                                              PAGE 1

Bradford Regional Medical Center
116 Interstate Parkway
Bradford, PA 06701

Specimen Inquiry Report

| | |
|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M      **Attend Phy:** GRAHNA |
| **Acct#:** V04546554     **Unit#:** M000226525 | **DOB:** 08/18/1961  **Location:** 4EAST     446A-1 |
| **Reg:** 04/18/05     **Disch:** 04/27/05 | **Status:** DIS IN     **Home Phone:** (814)362-8900 |

**SPEC #:** 0419:CG00061T      **COLL:** 04/19/05-2010      **STATUS:** COMP          **REQ #:** 00017950
                          **RECD:** 04/19/05-2010      **SUBM DR:** Graham,Nathaniel MD
**COMMENTS:** Is the patient on anticoagulant(s)? NO
           Which anticoagulant(s)? NONE
**QUERIES:** Is patient on anticoagulants? N

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *PT* | | | | |
| PT | 14.0 | H | 10-13 SECONDS | |
| INR | 1.30 | | | |
| PTT | 33.3 | | 0-40 SECONDS | |

** END OF REPORT **

000356

RUN DATE: 10/25/05 - 1154                                                          PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | | | |
|---|---|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA | |
| **Acct#:** V04546554 | **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST    446A-1 |
| **Reg:** 04/18/05 | **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 |

**SPEC #:** 0420:H00037R          **COLL:** 04/20/05-0615      **STATUS:** COMP          **REQ #:** 00018013
                                 **RECD:** 04/20/05-0644      **SUBM DR:** Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CBC* | | | | |
| WBC | 5.6 | | 4.8-10.8 K/mm3 | |
| RBC | 3.68 | L | 4.70-6.10 M/uL | |
| *HH* | | | | |
| HGB | 11.4 | # L | 14.0-18.0 gm/L | |
| HCT | 35.3 | L | 42.0-52.0 % | |
| MCV | 96.1 | H | 80.0-94.0 fL | |
| MCH | 30.9 | | 27-31 pg | |
| MCHC | 32.1 | L | 33-37 g/dL | |
| RDW | 14.9 | H | 11.5-14.5 % | |
| PLATELET COUNT | 73 | L | 130-400 K/mm3 | |
| MPV | 9.5 | H | 7.3-9.3 fl | |
| *ADIFF* | | | | |
| NEUTROPHILS | 84.4 | H | 40-74 % | |
| LYMPHOCYTES | 9.5 | L | 19-48 % | |
| MONOCYTE | 3.9 | | 3-9 % | |
| EOSINOPHIL | 0.5 | | 0-7 % | |
| BASOPHIL | 0.0 | | 0-2 % | |
| LUC | 1.6 | | 0-4 % | |

** END OF REPORT **

000357

RUN DATE: 10/25/05 - 1154                                                      PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

```
Name:   MOSHIER,DONALD              Age/Sex:43/M        Attend Phy:GRAHNA
Acct#:  V04546554    Unit#: M000226525   DOB:    08/18/1961 Location:  4EAST      446A-1
Reg:    04/18/05     Disch: 04/27/05     Status: DIS IN     Home Phone:  (814)362-8900
```

```
SPEC #: 0420:C00040R        COLL: 04/20/05-0615    STATUS:  COMP        REQ #: 00018013
                            RECD: 04/20/05-0644    SUBM DR: Graham,Nathaniel MD
```

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| *CHEM 12* | | | | |
| GLUCOSE | 118 | | 70-120 mg/dL | |
| BUN | 36.0 | H | 8-20 mg/dL | |
| CREATININE | 3.2 | H | 0.7-1.5 mg/dL | |
| BUN/CREAT RATIO | 11.0 | | | |
| SODIUM | 133 | L | 135-147 mEq/L | |
| POTASSIUM | 4.3 | | 3.5-5.5 mEq/L | |
| CHLORIDE | 99 | | 98-108 mEq/L | |
| CARBON DIOXIDE | 25.7 | | 24-30 mEq/L | |
| ANION GAP | 12.6 | | | |
| CALCIUM | 7.3 | L | 8.4-10.7 mg/dL | |
| TOTAL PROTEIN | 6.0 | | 6-8 gm/dL | |
| ALBUMIN | 2.9 | L | 3-5 gm/dL | |
| BILI,TOTAL | 0.9 | | 0-1 mg/dL | |
| AST | 120 | H | 10-42 U/L | |
| ALT | 74 | H | 10-60 U/L | |
| ALK PHOSPHATASE | 46 | | 17-120 U/L | |

** END OF REPORT **

000358

RUN DATE: 10/25/05 - 1155                                                            PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | | | |
|---|---|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA | |
| **Acct#:** V04546554  **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST    446A-1 | |
| **Reg:** 04/18/05  **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 | |

**SPEC #:** 0421:H00002R    **COLL:** 04/21/05-0630    **STATUS:** COMP    **REQ #:** 00018463
                             **RECD:** 04/21/05-0701    **SUBM DR:** Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CBC* | | | | |
| WBC | 3.3 | L | 4.8-10.8 K/mm3 | |
| RBC | 3.33 | L | 4.70-6.10 M/uL | |
| *HH* | | | | |
| HGB | 10.3 | # L | 14.0-18.0 gm/L | |
| *HGB REPEATED* | | | | |
| HCT | 31.1 | L | 42.0-52.0 % | |
| MCV | 93.2 | | 80.0-94.0 fL | |
| MCH | 30.9 | | 27-31 pg | |
| MCHC | 33.2 | | 33-37 g/dL | |
| RDW | 14.8 | H | 11.5-14.5 % | |
| PLATELET COUNT | 62 | L | 130-400 K/mm3 | |
| *PLT REPEATED* | | | | |
| MPV | 9.4 | H | 7.3-9.3 fl | |
| *ADIFF* | | | | |
| NEUTROPHILS | 82.5 | H | 40-74 % | |
| LYMPHOCYTES | 11.8 | L | 19-48 % | |
| MONOCYTE | 3.7 | | 3-9 % | |
| EOSINOPHIL | 0.1 | | 0-7 % | |
| BASOPHIL | 0.1 | | 0-2 % | |
| LUC | 1.8 | | 0-4 % | |
| *MANUAL DIFF* | | | | |
| NEUTROPHILS | 83.0 | H | 40-74 % | |
| BAND | 3.0 | | 3-5 % | |
| LYMPHOCYTES | 11.0 | L | 19-48 % | |
| MONOCYTE | 3.0 | | 3-9 % | |

** END OF REPORT **

000359

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | | | |
|---|---|---|---|
| Name: MOSHIER,DONALD | Age/Sex:43/M | Attend Phy:GRAHNA | |
| Acct#: V04546554    Unit#: M000226525 | DOB:    08/18/1961 | Location:    4EAST    446A-1 | |
| Reg:    04/18/05    Disch: 04/27/05 | Status: DIS IN | Home Phone: (814)362-8900 | |

| | | | |
|---|---|---|---|
| SPEC #: 0421:C00008R | COLL: 04/21/05-0630 | STATUS:    COMP | REQ #: 00018463 |
| | RECD: 04/21/05-0701 | SUBM DR: Graham,Nathaniel MD | |

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CHEM 12* | | | | |
| GLUCOSE | 107 | | 70-120 mg/dL | |
| BUN | 28.0 | H | 8-20 mg/dL | |
| CREATININE | 2.2 | H | 0.7-1.5 mg/dL | |
| BUN/CREAT RATIO | 12.0 | | | |
| SODIUM | 133 | L | 135-147 mEq/L | |
| POTASSIUM | 4.1 | | 3.5-5.5 mEq/L | |
| CHLORIDE | 99 | | 98-108 mEq/L | |
| CARBON DIOXIDE | 24.6 | | 24-30 mEq/L | |
| ANION GAP | 13.5 | | | |
| CALCIUM | 7.6 | L | 8.4-10.7 mg/dL | |
| TOTAL PROTEIN | 5.9 | L | 6-8 gm/dL | |
| ALBUMIN | 2.7 | L | 3-5 gm/dL | |
| BILI,TOTAL | 0.8 | | 0-1 mg/dL | |
| AST | 193 | H | 10-42 U/L | |
| ALT | 83 | H | 10-60 U/L | |
| ALK PHOSPHATASE | 42 | | 17-120 U/L | |

** END OF REPORT **

000360

RUN DATE: 10/25/05 - 1155                                                                PAGE 1

Bradford Regional Medical Center
116 Interstate Parkway
Bradford, PA 06701

Specimen Inquiry Report

| | |
|---|---|
| **Name:** MOSHIER, DONALD | **Age/Sex:** 43/M     **Attend Phy:** GRAHNA |
| **Acct#:** V04546554     **Unit#:** M000226525 | **DOB:** 08/18/1961 **Location:** 4EAST     446A-1 |
| **Reg:** 04/18/05     **Disch:** 04/27/05 | **Status:** DIS IN     **Home Phone:** (814)362-8900 |

**SPEC #:** 0421:HP00001R          **COLL:** 04/21/05-0630          **STATUS:** COMP          **REQ #:** 00018471
                                   **RECD:** 04/21/05-0701          **SUBM DR:** Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| HCV | PRESUMPTIVE POSITIVE | H | NEGATIVE | |

*SPECIMEN NOT SENT FOR CONFIRMATION. PT KNOWN POS*
*A repeatedly positive result indicates past or present*
*hepatitis C virus (HCV) infection or possibly a carrier*
*state, but does not substantiate infectivity or immunity.*
*However, a patient with a repeatedly reactive result should*
*be considered infectious.*

*With the HCV antibody test, false positive results can*
*occur.  The absence of antibodies to hepatitis C virus does*
*not rule out infection with HCV.  Therefore, when the*
*diagnosis of NANBH is strongly suspected, sequential repeat*
*testing for Anti-HCV is recommended.*

** END OF REPORT **

000361

RUN DATE: 10/25/05 - 1155                                                    PAGE 1

### Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, PA 06701

Specimen Inquiry Report

| | |
|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M   **Attend Phy:** GRAHNA |
| **Acct#:** V04546554   **Unit#:** M000226525 | **DOB:** 08/18/1961 **Location:** 4EAST   446A-1 |
| **Reg:** 04/18/05   **Disch:** 04/27/05 | **Status:** DIS IN   **Home Phone:** (814)362-8900 |

**SPEC #:** 0422:H00007R    **COLL:** 04/22/05-0630    **STATUS:** COMP    **REQ #:** 00018897
**RECD:** 04/22/05-0702    **SUBM DR:** Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CBC* | | | | |
| WBC | 2.6 | L | 4.8-10.8 K/mm3 | |
| RBC | 3.18 | L | 4.70-6.10 M/uL | |
| *HH* | | | | |
| HGB | 9.6 | # L | 14.0-18.0 gm/L | |
| HCT | 29.1 | L | 42.0-52.0 % | |
| MCV | 91.6 | | 80.0-94.0 fL | |
| MCH | 30.2 | | 27-31 pg | |
| MCHC | 33.0 | | 33-37 g/dL | |
| RDW | 14.4 | | 11.5-14.5 % | |
| PLATELET COUNT | 56 | L | 130-400 K/mm3 | |
| | *PLT REPEATED* | | | |
| MPV | 8.9 | | 7.3-9.3 fl | |
| *ADIFF* | | | | |
| NEUTROPHILS | 80.6 | H | 40-74 % | |
| LYMPHOCYTES | 13.2 | L | 19-48 % | |
| MONOCYTE | 3.5 | | 3-9 % | |
| EOSINOPHIL | 0.1 | | 0-7 % | |
| BASOPHIL | 0.0 | | 0-2 % | |
| LUC | 2.5 | | 0-4 % | |
| *MANUAL DIFF* | | | | |
| NEUTROPHILS | 80.0 | H | 40-74 % | |
| BAND | 1.0 | L | 3-5 % | |
| LYMPHOCYTES | 16.0 | L | 19-48 % | |
| MONOCYTE | 3.0 | | 3-9 % | |
| PLT ESTIMATE | NORMAL | | NORMAL | |

** END OF REPORT **

000362

RUN DATE: 10/25/05 - 1155                                                    PAGE 1

### Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, PA 06701

Specimen Inquiry Report

| | | | | |
|---|---|---|---|---|
| **Name:** MOSHIER,DONALD | | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA | |
| **Acct#:** V04546554 | **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST | 446A-1 |
| **Reg:** 04/18/05 | **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 | |

**SPEC #:** 0422:C00012R       **COLL:** 04/22/05-0630       **STATUS:** COMP       **REQ #:** 00018897
                              **RECD:** 04/22/05-0702       **SUBM DR:** Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CHEM 12* | | | | |
| GLUCOSE | 100 | | 70-120 mg/dL | |
| BUN | 17.0 | | 8-20 mg/dL | |
| CREATININE | 1.6 | H | 0.7-1.5 mg/dL | |
| BUN/CREAT RATIO | 10.0 | | | |
| SODIUM | 133 | L | 135-147 mEq/L | |
| POTASSIUM | 4.1 | | 3.5-5.5 mEq/L | |
| CHLORIDE | 98 | | 98-108 mEq/L | |
| CARBON DIOXIDE | 23.4 | L | 24-30 mEq/L | |
| ANION GAP | 15.7 | | | |
| CALCIUM | 7.7 | L | 8.4-10.7 mg/dL | |
| TOTAL PROTEIN | 5.8 | L | 6-8 gm/dL | |
| ALBUMIN | 2.5 | L | 3-5 gm/dL | |
| BILI,TOTAL | 0.8 | | 0-1 mg/dL | |
| AST | 188 | H | 10-42 U/L | |
| ALT | 94 | H | 10-60 U/L | |
| ALK PHOSPHATASE | 58 | | 17-120 U/L | |

** END OF REPORT **

000363

RUN DATE: 10/25/05 - 1155                                                    PAGE 1

## Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, PA 06701

Specimen Inquiry Report

```
Name:   MOSHIER,DONALD          Age/Sex:43/M      Attend Phy:GRAHNA
Acct#: V04546554    Unit#: M000226525   DOB:   08/18/1961 Location:   4EAST    446A-1
Reg:   04/18/05     Disch: 04/27/05     Status: DIS IN   Home Phone: (814)362-8900
```

```
SPEC #: 0424:H00020R        COLL: 04/24/05-0615   STATUS:  COMP       REQ #: 00019516
                            RECD: 04/24/05-0650   SUBM DR: Graham,Nathaniel MD
```

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| *CBC* | | | | |
| WBC | 1.5 | L | 4.8-10.8 K/mm3 | |
| | *Test repeated.* | | | |
| RBC | 3.12 | L | 4.70-6.10 M/uL | |
| *HH* | | | | |
| HGB | 9.4 | L | 14.0-18.0 gm/L | |
| HCT | 28.7 | L | 42.0-52.0 % | |
| MCV | 91.9 | | 80.0-94.0 fL | |
| MCH | 30.0 | | 27-31 pg | |
| MCHC | 32.7 | L | 33-37 g/dL | |
| RDW | 14.7 | H | 11.5-14.5 % | |
| PLATELET COUNT | 70 | L | 130-400 K/mm3 | |
| | *TEST* | | | |
| MPV | 10.1 | H | 7.3-9.3 fl | |
| *ADIFF* | | | | |
| NEUTROPHILS | 69.0 | | 40-74 % | |
| LYMPHOCYTES | 22.3 | | 19-48 % | |
| MONOCYTE | 5.0 | | 3-9 % | |
| EOSINOPHIL | 1.6 | | 0-7 % | |
| BASOPHIL | 0.2 | | 0-2 % | |
| LUC | 1.8 | | 0-4 % | |
| *MANUAL DIFF* | | | | |
| NEUTROPHILS | 61.0 | | 40-74 % | |
| BAND | 2.0 | L | 3-5 % | |
| LYMPHOCYTES | 25.0 | | 19-48 % | |
| MONOCYTE | 8.0 | | 3-9 % | |
| EOSINOPHIL | 2.0 | | 0-7 % | |
| RETIC COUNT,AUT | 0.3 | L | 0.5-1.5 % | |
| LEFT SHIFT | 1+ | | | |

** END OF REPORT **                                    000364

RUN DATE: 10/25/05 - 1155                                                    PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | |
|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M    **Attend Phy:** GRAHNA |
| **Acct#:** V04546554    **Unit#:** M000226525 | **DOB:** 08/18/1961 **Location:** 4EAST    446A-1 |
| **Reg:** 04/18/05    **Disch:** 04/27/05 | **Status:** DIS IN    **Home Phone:** (814)362-8900 |

**SPEC #:** 0424:C00021R    **COLL:** 04/24/05-0615    **STATUS:** COMP    **REQ #:** 00019516
**RECD:** 04/24/05-0650    **SUBM DR:** Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| TIBC | 177 | L | 260-445 ug/dL | |
| IRON | 23 | L | 35-150 ug/dL | |
| IRON SATURATION | 12 | L | 35-150 | |

** END OF REPORT **

000365

RUN DATE: 10/25/05 - 1155                                              PAGE 1

### Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, PA 06701

Specimen Inquiry Report

| | |
|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M    **Attend Phy:** GRAHNA |
| **Acct#:** V04546554    **Unit#:** M000226525 | **DOB:** 08/18/1961  **Location:** 4EAST    446A-1 |
| **Reg:** 04/18/05    **Disch:** 04/27/05 | **Status:** DIS IN  **Home Phone:** (814)362-8900 |

**SPEC #:** 0424:SC00001R    **COLL:** 04/24/05-0615    **STATUS:** COMP         **REQ #:** 00019516
                             **RECD:** 04/24/05-0650    **SUBM DR:** Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| VITAMIN B12 LEV | 379 | | 232-1138 pg/mL | |
| FOLATE | O  5.0 | | 3.0-17.5 ng/mL | |

** END OF REPORT **

000366

RUN DATE: 10/25/05 - 1155                                                    PAGE 1

Bradford Regional Medical Center
116 Interstate Parkway
Bradford, PA 06701

Specimen Inquiry Report

```
Name:  MOSHIER,DONALD              Age/Sex: 43/M      Attend Phy: GRAHNA
Acct#: V04546554   Unit#: M000226525  DOB:    08/18/1961 Location:  4EAST     446A-1
Reg:   04/18/05    Disch: 04/27/05    Status: DIS IN    Home Phone: (814)362-8900
```

```
SPEC #: 0427:ST00006R        COLL: 04/27/05-1315    STATUS:  COMP         REQ #: 00020837
                             RECD: 04/27/05-1347    SUBM DR: Graham,Nathaniel MD
COMMENTS: Specimen Comment: CDIFF TITER
```

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| CDIFF TOX A | NEGATIVE | | NEGATIVE | |

*THE VIDAS C. DIFFICILE TOXIN A II ASSAY IS AN AUTOMATED ENZYME-LIN*
*IMMUNOASSAY FOR THE QUALITATIVE DETECTION OF CLOSTRIDIUM DIFFICILE*
*SPECIMENS.*

** END OF REPORT **

000367

```
RUN DATE: 10/25/05 - 1155                                              PAGE 1

                        Bradford Regional Medical Center
                             116 Interstate Parkway
                              Bradford, PA 06701

                           Specimen Inquiry Report
```

| | |
|---|---|
| **Name:**  MOSHIER,DONALD | **Age/Sex:** 43/M    **Attend Phy:** GRAHNA |
| **Acct#:** V04546554    **Unit#:** M000226525 | **DOB:**    08/18/1961  **Location:**  4EAST    446A-1 |
| **Reg:**  04/18/05    **Disch:** 04/27/05 | **Status:** DIS IN    **Home Phone:** (814)362-8900 |

```
SPEC #: 0421:HP00008R     COLL: 04/21/05-0630    STATUS:  CAN        REQ #: 00018471
                          RECD: 04/21/05-0701    SUBM DR: Graham,Nathaniel MD
```

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| ** CANCELLED ** | *NOT RIGHT TEST* | | | |

```
                           ** END OF REPORT **                    000368
```

RUN DATE: 10/25/05 - 1155                                                    PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | |
|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M    **Attend Phy:** GRAHNA |
| **Acct#:** V04546554    **Unit#:** M000226525 | **DOB:**    08/18/1961  **Location:**   4EAST       446A-1 |
| **Reg:** 04/18/05    **Disch:** 04/27/05 | **Status:** DIS IN    **Home Phone:** (814)362-8900 |

**SPEC #:** 05:M0002363S          **COLL:** 04/18/05-1605      **STATUS:**  COMP              **REQ #:** 00017369
                                 **RECD:** 04/18/05-1651      **SUBM DR:** Graham,Nathaniel MD
**SOURCE:** BLOOD                  **ENTR:** 04/18/05-1649
**SPDESC:** OTHER
**COMMENTS:** Has Specimen been collected? Y

| Procedure | Result | Verified | Site |
|---|---|---|---|
| **BLOOD CULTURE** *Final* | | 04/23/05-0855 | |
| NO GROWTH | | | |
| PRELIMINARY REPORT: 12-24 HOURS | | | |
| FINAL REPORT: 5-6 DAYS | | | |
| **BLOOD CULTURE** *Preliminary (changed)* | | 04/19/05-1235 | |
| NO GROWTH | | | |
| PRELIMINARY REPORT: 12-24 HOURS | | | |
| FINAL REPORT: 5-6 DAYS | | | |

** END OF REPORT **

000369

RUN DATE: 10/25/05 - 1155                                                                 PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

---

| | | |
|---|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA |
| **Acct#:** V04546554    **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST    446A-1 |
| **Reg:** 04/18/05    **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 |

---

**SPEC #:** 05:M0002364S       **COLL:** 04/18/05-1610       **STATUS:**   COMP              **REQ #:** 00017370
                              **RECD:** 04/18/05-1651       **SUBM DR:** Graham,Nathaniel MD
**SOURCE:** BLOOD            **ENTR:** 04/18/05-1649
**SPDESC:** OTHER
**COMMENTS:** Has Specimen been collected? Y

---

| Procedure | Result | Verified | Site |
|---|---|---|---|
| **BLOOD CULTURE**   *Final* | | 04/23/05-0855 | |
| NO GROWTH | | | |
| PRELIMINARY REPORT: 12-24 HOURS | | | |
| FINAL REPORT: 5-6 DAYS | | | |
| **BLOOD CULTURE**   *Preliminary (changed)* | | 04/19/05-1235 | |
| NO GROWTH | | | |
| PRELIMINARY REPORT: 12-24 HOURS | | | |
| FINAL REPORT: 5-6 DAYS | | | |

** END OF REPORT **

000570

RUN DATE: 10/25/05 - 1155                                                                    PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

---

| | | |
|---|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA |
| **Acct#:** V04546554   **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST    446A-1 |
| **Reg:** 04/18/05   **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 |

---

**SPEC #:** 05:M0002434R          **COLL:** 04/19/05-1446      **STATUS:** COMP          **REQ #:** 00017914
                                   **RECD:** 04/19/05-1519      **SUBM DR:** Graham,Nathaniel MD

**SOURCE:** GALLBLAD             **ENTR:** 04/19/05-1520
**SPDESC:**
**COMMENTS:** GALL BLADDER WOUND CULTURE

---

| Procedure | Result | Verified | Site |
|---|---|---|---|
| **GRAM STAIN**  *Final* | | 04/21/05-1134 | |
|   SMEAR OBSERVATION 1 | NO ORGANISMS SEEN | | |
|   SMEAR OBSERVATION 2 | NO CELLS SEEN | | |
| **WOUND CULTURE**  *Final* | | 04/21/05-1134 | |
|   NO GROWTH AEROBICALLY OR ANAEROBICALLY AFATER 48 HOURS INCUBATION. | | | |

** END OF REPORT **

000371

CIAL SECURITY ADMINISTRATION

Date: May 12, 2004
Claim Number: 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A
          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DI

DONALD L MOSHIER JR        # 10929-052
139 SEARS ROAD
RICHFORD NY 13835-####

ou asked us for information from your record. The information that you
equested is shown below. If you want anyone else to have this information, you
ay send them this letter.

ther Important Information

  ACCORDING TO OUR RECORDS MR MOSHIER WAS DISABLED AND RECEIVING SOCIAL
  SECURITY BENEFTS UNTIL INCARCERATION.

ype of Social Security Benefit Information

 You are entitled to monthly disability benefits.

5/11/09
H. BEAM, MD
FCI MCKEAN

000372

RUN DATE: 10/25/05 - 1155                                                          PAGE 1

Bradford Regional Medical Center
116 Interstate Parkway
Bradford, PA 06701

Specimen Inquiry Report

| | | | |
|---|---|---|---|
| **Name:** MOSHIER,DONALD | | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA |
| **Acct#:** V04546554 | **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST     446A-1 |
| **Reg:** 04/18/05 | **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 |

**SPEC #:** 05:M0002803R          **COLL:** 04/27/05-1315     **STATUS:** COMP            **REQ #:** 00020838
                                 **RECD:** 04/27/05-1347     **SUBM DR:** Graham,Nathaniel MD
**SOURCE:** STOOL                **ENTR:** 04/27/05-1317
**SPDESC:** STOOL
**COMMENTS:** Has Specimen been collected? Y

| Procedure | Result | Verified | Site |
|---|---|---|---|
| **STOOL CULTURE**  *Final*  No growth | | 04/29/05-0915 | |
| **STOOL CULTURE**  *Preliminary (changed)*  NO NORMAL FECAL FLORA AFTER 18-24 HOURS INCUBATION.  This may indicate a severe flora imbalance from  antimicrobial therapy.  Final report to follow. | | 04/28/05-1208 | |

** END OF REPORT **

000373

Facility Name ( _____ ELY _____

Month/Year _____ 7/03 _____

MOTRIN 600mg TIDx5days

START DATE 3/30/03   STOP DATE 4/6/03

300 4 PO Q.D PRN X5 days

START DATE 4/6/02   STOP DATE 4/6/03

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S SIGNATURE — INITIAL — NURSE'S SIGNATURE — INITIAL

NKA

MOSHIER, DONALD   ID 19784   WING F

DOCUMENTATION CODES =
Discontinued Order          R - Refused          S - Self Administered
Dose Omitted                C - Court            NS - No Show
Medical Hold                LD - Lock Down       O - Other

PHARMACY SUGGESTIONS / RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

000374

STD702

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 607-773-2884. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 15 HENRY STREET
> BINGHAMTON, NY 13901

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER

000375

NSN 7540-00-634-4176                                                          AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

S: If you are requesting refills, list the names of the medications below:
   Si esta pidiendo renovacion de medicamentos, edcriba los nombres abajo:

What is your problem?
Cual es su problema?   *PAIN IN Stomack*

How long have you had the problem?
Por cuanto tiempo ha tenido el problema

What medication has worked well for this problem in the past?
Cuales medicamentos han trabajado bien para su problema en el pasado?

If you have a problem which causes pain, fill in the section below.
Sitiene problemas que envueluen dolor liene la seccion de abajo.

Where is the pain located?
Donde esta localiqado el dolor?   *Stomoch*

Were you ever injured where the pain is located?
Tuvo usted al guna lesion donde esta el dolor?   *Yes.*

How long does the pain last?
Cuanto tiempo dura el dolor?   *it dont stop*

| How intense is the pain? Cuan intenzo es el dolor? | MILD Minimo | MODERATE Moderado | SEVERE Severo |
|---|---|---|---|

What makes the pain worse?
Que hace que el dolor aumente?   *everything*          *Seen today 03/09/06 PLR*

What decreases the pain?
Que hace que el dolor disminuya   *Nothing*

| HOSPITAL OR MEDICAL FACILITY **US PENITENTIARY LEWISBURG** **LEWISBURG, PA   17837** | STATUS | DEPART/SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

000376

*Mostier* ~~~~ *(Donald)*

| Last Name | Nombre Completo | First Name | Inmate Registration Number/Numero |
|---|---|---|---|

*10924-052*

I COULDN'T EXCHANGE THE ARMS BECAUSE ONE OF THEM IS BROKEN, AND THE LENS ARE TO SMALL FOR THE FRAMS,

CAN YOU PLEASE GET ME A BIGGER PAIR THAT WILL FIT ME, I REALLY NEED A PAIR.

THANK YOU VERY MUCH,

Donald C Mahon Jr

10924-052

A-1

Your name has been added to the eye clinic waiting list.

Karen V. Kauser, HSAA
USP Lewisburg
Health Svc Unit
Lewisburg, PA 17837

2/28/06

000377

COP - OUT
TO: Stacey Dreese Medical Records

From: Donald C. Mosthen JR Reg # 10924-052 STU - 014

ReQuest:
    I Signed some Reliece Forms a couple of months ago for my medical Records From Kane Hospital and Bradford Hospital I Have already Recieved the Records From Bradford Hospital But I've not Gotten Nothing From Kane Hospital
    I Really Need the Records From Kane, can you please see whats the Hold up, or please Give me there address and I will mail them A Freedom of information act, Because there my Records, I Have A Right to them,
    Thank you, and please Respond.

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

Kane Community Hospital
N fraley Street Box 778
Kane Pa 16735

Please handle this request Yourself

Kim Ely, Hit.

Kimberly Ely, HIT

000378

C-O-P - OUT

TO: STACEY DRASE, MEDICAL RECORDS

FROM: DONALD L MOSHIER JR. Res # 10924-052    SHU-018

Dear Miss, Stacey;

I WANT TO THANK you for GETTING my medical Records From Bradford Hospital, However I still Need the ones From KANE Hospital From 4/11/05 TO 4/15/05 I DO Believe Are the dates At ANY Rate I WAS ONLY at KANE Hospital One time in my life. AND that was in April.

ALSO, Miss Stacey, I'd like TO APOLOGIZE For BEING SO HARSH IN my last COP-OUT, I KNOW that you CAN ONLY DO SO MUCH AND that I did SIGN 4 Release Forms, 2 for KANE AND 2 for Bradford, I NOW Have Bradfords, CAN you please CHECK Some How ON the MEDICAL Reports AND All Finding From KANE.
ASAIN THANK you, PLEASE RESPOND

Sincerely,
Donald L Moshier JR.

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

We have not recieved any records from Kane hospital after several requests. We Cannot copy them if we don't have them.

Kimberly Ely, HIT

000379

COP - OUT

TO: Medical Records

Date 12/2/05

From: Donald L Mosthien Jr. Reg# 10924-052    SHU,- 018

Request!
       I've Been waiting now for over a month now for my medical Records from you, From Kane Hospital and Bradford Hospital, which you had me sign Release forms for, its very very importent that I Get there medical Records my next step will Be a BP8-9-10-11, until I Have To File in court, I need these Records or I wouldn't Be asking you for them so ofter! So can you please Get them To me, within the Next week.
       Thank you, please Respond

Donald L Mosthien Jr.

I/m received 33 pag of record See 600 form.

Stacey Dreese

Stacey Dreese

000380

SEP-27-2004 16:31 FROM:                   TO:720    0862      P.001/007

**Algorithm for Treatment of Hepatitis C / Approval Form (January 2003)**

I. Anti-HCV positive:  Date: _9/4/03_  *By Hx Since 1992*
(Inmates without risk factors should have test confirmed with 3rd generation EIA or RIBA)

II. Last 3 ALT levels:

Result: _115_ /Date: _2/12/04_   Result: _129_ /Date: _5/12/04_   Result: _130_ /Date: _7/19/04_

III. Physician clearance:  Date: _9/24/04_
No evidence of decompensated cirrhosis (ascites, edema, esophageal varices, jaundice, encephalopathy)
*(include copy of CBC, prothrombin time, and chemistry panel dated within 90 days of request. Also include copy of HIV test result and hepatitis B serologies [B surface antigen and antibody, B core antibody])

IV. No contraindications to interferon or ribavirin (see guidelines)   *Except Borderline Platelet count*

V. Projected Release Date: _2/28/12_

VI. Psychiatry or psychology clearance:   Date: _9/22/04_
*(include copy of consult report, including assessment of alcohol/drug use history)

VII. HCV RNA positive:   Date: _7/24/04_   *(7,270,000)*

VIII. Liver biopsy:   Date: _8/24/04_
* (include copy of biopsy report when submitting request for treatment)

Findings/Comments: _Cirrhosis of liver micronodular pattern, active_

IX. Liver ultrasound, if indicated:   Date:

Findings: _Abd CT no lesions at time of liver Bx_

X. Prior anti-viral treatment (if any): Drug(s)  _NO_   Dates

At conclusion of prior treatment, what was ALT? _____  What was HCV RNA? _____

Previous treatment: relapser  or  nonresponder  (circle one)

XI. HCV genotype: 1 or 2 or 3 or other (circle one)   _Ribavirin 600mg po Bid_

XII. Requested medication regimen: _Peg interferon d2a  180mcg SC Qw1c  Bothx24 wks_
Signature of Clinical Director: _____

APPROVED _____  Per  Medical Director  DATE _10/5/04_

DISAPPROVED _____  Medical Director  DATE _____

Comments: _____

Inmate Name: _MOSHIER, DONALD_

Reg. No.: _10924-052_

Institution: _FCI McKEAN_

Fax this form, current lab reports,
psychiatry/psychology report, and liver
biopsy report to: (202) 305-0862

**Algorithm for Treatment of Hepatitis C / Approval Form (January 2003)**

I. (Anti-HCV positive)    Date: 9/4/03    By Hx Since 1992
(Inmates without risk factors should have test confirmed with 3rd generation EIA or RIBA)

II. Last 3 ALT levels:

Result: 115 /Date: 2/12/04    Result: 129 /Date: 5/12/04    Result: 130 /Date: 7/19/04

III. Physician clearance:    Date: 9/24/04
No evidence of decompensated cirrhosis (ascites, edema, esophageal varices, jaundice, encephalopathy)
    *(include copy of CBC, prothrombin time, and chemistry panel dated within 90 days of request. Also include
    copy of HIV test result and hepatitis B serologies [B surface antigen and antibody, B core antibody])

IV. (No contraindications to interferon or ribavirin (see guidelines))    Except Borderline
    Platelet count

V. Projected Release Date: 2/28/12

VI. Psychiatry or psychology clearance:    Date: 9/22/04
    *(include copy of consult report, including assessment of alcohol/drug use history)

VII. HCV RNA positive:    Date: 7/24/04    (7,270,000)

VIII. Liver biopsy:    Date: 8/24/04
    * (include copy of biopsy report when submitting request for treatment)

Findings/Comments: Cirrhosis of liver micronodular pattern, active

IX. Liver ultrasound, if indicated:    Date:

Findings: Abd CT no lesions at time of liver Bx

X. Prior anti-viral treatment (if any): Drug(s)    NO    Dates

At conclusion of prior treatment, what was ALT?    What was HCV RNA?

Previous treatment: relapser or nonresponder (circle one)

XI. HCV genotype: 1 or 2 or 3 or other (circle one)    Ribavirin 600mg poBid

XII. Requested medication regimen: Peg Interferon d2a 180mcg SC Qwk    Both x 24 w/cs
Signature of Clinical Director:    H Beam MD

FCI McKean

APPROVED _____    Medical Director ___    DATE ___

DISAPPROVED _____    Medical Director ___    DATE ___

Comments: _____

Inmate Name: MOSHIER, DONALD

Reg. No.: 10924 - 052

Institution: FCI MCKEAN

Fax this form, current lab reports,
psychiatry/psychology report, and liver
biopsy report to: (202) 305-0862

000382

COP-OUT

TO: MS. MASSER, HEALTH SERVICES

FROM: DONALD L MOSTHIER JR REG # 10924-052 SHU-018

ReQuest:
My eyes ARE GETTING very blurry AND seem to Be GETTING WORSE,

COULD you please GET me AND eye examination, AND ALSO Some Reading CLASSES MAY Help,
THANK you, please RespOND

SINCERELY
Donald L Mosthier Jr

Your name has been added to the
eye clinic waiting list.

Karen S. Masser, HSAA
USP Lewisburg
Health Svc Unit
Lewisburg, PA 17837

12/7/05

000383

BP-A807.060
SEP 03

**INFORMATION ON VACCINATION (CONSENT/DECLINATION)
FOR INFLUENZA VACCINE**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

Influenza Vaccine (Flu Shot) for _____2005-2006_____ **(Year)**

NOTE: CONSULT THE CENTERS FOR DISEASE CONTROL FOR ANNUAL UPDATES CONCERNING VACCINE INFORMATION

Influenza is a serious disease caused by a virus that spreads from infected persons to the nose or throat of others. The "influenza season" in the U.S. is from November through April each year. Influenza can cause fever, sore throat, cough, headache, chills, and muscle aches. People of any age can get influenza. Most people are ill with influenza for only a few days, but some get much sicker and may need to be hospitalized. Influenza causes thousands of deaths each year, mostly among the elderly. Influenza vaccine can prevent influenza. Influenza Vaccine Influenza viruses change often. Therefore, influenza vaccine is updated each year to make sure it is as effective as possible. Protection develops about 2 weeks after getting the vaccination and may last up to a year.

**Persons who should receive the influenza vaccine:**

Individuals in any of the following categories:

1. Chronic disorders of the cardiovascular or pulmonary systems,

2. Health individuals 65 years of age or older,

3. Adults with chronic metabolic diseases, including diabetes mellitus, renal dysfunction, anemia, or immunosuppression,

4. Anyone who has extensive contact with high risk individuals,

5. Pregnant women with a medical condition that increases the risk of complications from influenza (should be given after the first trimester),

6. Persons living in dormitories or in other crowded conditions, to prevent outbreaks,

7. Anyone who wants to reduce their chance of catching influenza.

**Persons who should not receive the influenza vaccine:**

1. Those who have allergic sensitivity to eggs, chicken feathers, chickens or chicken dander,

2. Those who have a hypersensitivity to any components of the vaccine,

3. Have a history of Guillain-Barre Syndrome (GBS),

4. Anyone with a current febrile illness.

**When should I get influenza vaccine?**

Because influenza activity can start as early as December, the best time to get influenza vaccine is during October and November. But getting the vaccine after November can still provide protection. A new vaccination is needed each year.   Influenza vaccine can be given at the same time as other vaccines, including pneumococcal vaccine.

**Can I get influenza even if I get the vaccine this year?**

Yes. Influenza viruses change often, and they might not always be covered by the vaccine. But vaccinated people who do get influenza often have a milder case than those who did not get the injection. Also, many people call any illness with fever and cold symptoms "the flu." They may expect influenza vaccine to prevent these illnesses, but influenza vaccine is effective only against illness caused by influenza viruses, and not against other illnesses.

| Name: | Mosher, Donald | |
|---|---|---|
| Register No. | 10924-052 | SSN: |
| Institution | USP Lewisburg    Lewisburg, PA | |

000384

**What are the risks from influenza vaccine?**

A vaccine, like any medicine, is capable of causing serious problems, such as severe allergic reactions. The risk of a vaccine causing serious harm, or death, is extremely small. Almost all people who get influenza vaccine have no serious problems.  The viruses in the vaccine are killed, so you cannot get influenza from the vaccine. Mild problems include soreness, redness, swelling where the injection was given, fever, and body aches.   If these problems occur, they usually begin soon after the vaccination and last 1-2 days. Life-threatening allergic reactions are very rare. If they do occur, it is within a few minutes to a few hours after the injection.

*****************************************************************************************************

I, _____Donald Moshier_____, have read the above statement about the influenza vaccination.   I have provided with updated information and have had the opportunity to ask questions about the benefits and risks receiving this vaccination.

### FOR WOMEN

Pregnancy can increase the risk for complications from the flu, and pregnant women are more likely to be hospitalized from complications of the flu than non-pregnant women of the same age. In previous worldwide outbreaks of the flu (pandemics of 1918-19 and 1957-58), deaths among pregnant women were associated with the flu. Pregnancy can change the immune system in the mother, as well as affect her cardiovascular system (heart and lung function). These changes may place pregnant women at increased risk for complications from the flu.

Because the flu vaccination is made from inactivated viruses (the viruses are killed), many experts consider flu vaccinations safe during any stage of pregnancy. However, since miscarriages (spontaneous abortion) most often occur in the first trimester of pregnancy, experts have traditionally not given a flu vaccination during the first trimester to avoid a coincidental association with miscarriage.

Women who will be beyond the first 3 months of pregnancy during the flu season should get a flu vaccination. Pregnant women who have medical problems that increase their risk for complications from the flu should get a flu vaccination before the flu season, no matter their stage of pregnancy.

_____          _____
Signature of the Recipient                      Signature of Witness

*****************************************************************************************************

### DECLINATION FOR VACCINE

I do not want to receive the influenza vaccination at this time.

_____          _____
Signature of the Patient          Date          Signature of Witness

(This form may be replicated via WP)

000385

# AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION   CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate Name Moshier, Donald | Register Number 10924-052 | Date 10-18-05 |
|---|---|---|
| | Date of Birth 8-18-61 | Social Security Number 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 |

I hereby authorize and request the Federal Bureau of Prisons to:

☐ release information to, or          ☒ obtain information from

Name/Facility: Kane Community Hospital

Address: N. Fraley Street Box 778

City, State, Zip: Kane PA. 16735

PLEASE CONTACT IF
PAYMENT IS REQUIRED
PRIOR TO FILLING
REQUEST

I understand the information is to be used for (specific reason for release of information):

☒ Continuation of care, or          ☐ Other

Information to be Released/Obtained: Copy of and/or information from my medical file pertaining to my evaluation and treatment received from   6-2002   to   6-2005

his is to include:          ☒ Complete Record

| | | |
|---|---|---|
| Operative Reports | ☐ Discharge Summary | |
| ☐ Consultations | ☐ Progress Notes | ☐ History & Physical |
| Laboratory Reports | | ☐ X-ray Reports |
| ☐ Pathology Reports | ☐ Actual Films*# | |
| Other: _____ | | ☐ Actual Slides* |

*will be returned
#duplicates accepted

understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality. I understand that I may revoke this consent at any time by sending a written notice to the Supervisor of Medical Records. I understand that any release which has been made prior to revocation and which was made in reliance upon this authorization shall not constitute a breach of my rights to confidentiality. This authorization will automatically expire three months from the date of the signature.

Signature of Patient

Donald C Moshier Jr   10924-052

SIGNATURE VALID ORIGINAL

| Date (Month, Day, Year) 10-18-05 | Staff Witness Kim Ely, HIT |
|---|---|

SPECIFIC AUTHORIZATION FOR RELEASE OF INFORMATION PROTECTED BY STATE OR FEDERAL LAW.
Must sign below, to Release Protected Information.

cifically authorize the release of data and information relating to:

☐ 1. Substance Abuse
          ☐ 2. Mental Health
                    ☐ 3. HIV

_____ Signature          _____ Date

r Records To:   (Institution Address & Fax number)

USP LEWISBURG
HEALTH SERVICES UNIT   Po Box 1000
LEWISBURG, PA 17837

fax : 570-522-7760 4          000386

may be replicated via WP)

This form repl... ...  AUG

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Medical Records* | DATE: 9/21/05 |
|---|---|
| FROM: *Donald L Moshier Jr* | REGISTER NO.: *10924-052* |
| WORK ASSIGNMENT: *Unicor Weld 2* | UNIT: *A-Block-113-u* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I'm Requesting my medical Records of all the Test Results
that was taken on me at Kane Hospital PA in April 2005, plus
all the medical Records that was taken at Bradford Hospital Following
my operation and prior to my gullblatter operation. The Doctors
Name that Treated me in Kane was Dr Anderson and the
one at Bradford was Dr Graham, its very important that I
Get copies of these medical Records, I'm also writing to F.C.I
McKean for them in case you don't Have them.
Please Respond.
                              Thank you very much.

CC:

---

(Do not write below this line)

---

DISPOSITION:

Any records from outside the institution
Can be requested by you. Send your
request to the hospital directly.

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

| Signature Staff Member   *Kim Ely, Hit* | Date 9-27-05 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

000387

BP-S148.055    **INMATE REQUEST TO STAFF**    CDFRM    **U.S. DEPARTMENT OF JUSTICE**
SEP 98                                                                        **FEDERAL BUREAU OF PRISONS**

| TO: (Name and title of staff member): *Medical Records* | Date: 9/12/05 |
|---|---|
| From: *Donald L Mashien JR* | Registration number: 10924-052 |
| Work assignment: *Unicor Weld 2* | Unit: A- Block - 113-u |

SUBJECT:    (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I'm not sure if you was the one's that sent me the letters telling me my x-ray Results were outside Normal limits and one saying my lab test were found to be within Normal limits. well these show me and tell me Nothing, I need and want A copy of the Results of my lab test From U.S. medical centers for federal prisoners, Laboratory, 1900 W. sunshine Springfield, Missouri 65808, Because I need to know my ALT! plt, Gamma Gt1 Ast, to see for myself. And for my lawsuite that is in count now. so can you please send me a copy of my lab test, and the Results of my x-ray.

(Continue on back if necessary)

(Do not write below this line)

Disposition: 9-19-05, recieved 1 copy blood Work dated 9-1-05 and 1 copy of x-ray dated 9-1-05.

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

| Signature of staff member: *Kim Ely, Hit* Kimberly Ely, HIT | Date: 9-19-05 |
|---|---|

(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

000388

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Beam | 5/25/05 |
| FROM: | REGISTER NO.: |
| Donald L Mosttien SR | 10924-052 |
| WORK ASSIGNMENT: | UNIT: |
| N/A | AB → SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I've sent you a COP-out Already asking when I was going to have blood drawn to see when my Hed C. is and when you plain on starting my treatment again also about this bulge in my stomach, that I'm scared maybe cancerus I want test done please respond to that also please respond to this:

I want all of the medical records and test that was done at Hamot KANE, if you can't give me copies please give me the address so I can write and obtain these medical report and test that was done on my stomach + chest ext, By order of Doctor Gary Anderson,

(Do not write below this line)

DISPOSITION:

1) labs are ordered - patience ↓

2) I'll see you 5/27/05 @ pm for followup RE: The Bulge - not cancer - Dr Graham would have seen it at surgery.

3) Send please a request to medical records for the records you desire -

4) wait 1 to 3 months before you restart Treatment - I want to make sure your

Signature Staff Member _are healed. also if you are have a viral load showing no virus

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

H. Beam, MD
FCI McKean
5/26/05

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

you may not need further Treatment -

000389

MEDICAL REQUEST

TO: DR. Beam

FCI MCKEAN HEALTH SVC.

From, Donald Mosthen JR, Reg# 10424-052     Date 5/19/05
                                            A-209

    I need to talk to you about a couple of things, One is whats Going on about my treatment, are you Going to Have Some Blood test done, to See where on what my liver is doing now, with the Hep.C.

    Also this Bulge that is Growing in my stomach, its still Getting Bigger, and it does, Hurt Some Now and then, with all the other things that Has Been Going on with me, I want that Bulge checked out To make sure its Not a cancerest tumor, can you please Set this up, and let me Know A.S.A.P.

                    Thank you very much,
please respond.

                    Sincerely
                    Donald L Mosh

C-C   - Hep C treatment is on hold for a while until you are Totally back to normal

      - I'll be by Friday Pm to check out the bulge - if it can wait                     000390

      - Bloodwork is ordered

5/24/05   H. Beam, MD   FCI McKean

BP-S621.060   AUTHORIZATION   ↑ RELEASE OF MEDICAL INFORMAT↑   CDFRM
SEP 03
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate Name DonALD MoSHIER | Register Number 10924-052 | Date 4/27/05 |
|---|---|---|
| | Date of Birth 8/18/61 | Social Security Number |

I hereby authorize and request the Federal Bureau of Prisons to:

☐ release information to, or        ☐ obtain information from        PLEASE CONTACT IF
                                                                     PAYMENT IS REQUIRED
Name/Facility: BRADFORD REGIONAL MED CTR    PRIOR TO FILLING
                                                                     REQUEST
Address: INTERSTATE PARKWAY

City, State, Zip: BRADFORD, PENNSYLVANIA
MEDICAL RECORDS - FAX 814 362 8633 16701

I understand the information is to be used for (specific reason for release of information):

☒ Continuation of care, or ☐ Other _____

_____

Information to be Released/Obtained: Copy of and/or information from my medical file pertaining to

my evaluation and treatment received from _____ to _____.

This is to include:    ☐ Complete Record    ☐ Discharge Summary    ☐ History   ?
                       & Physical                                              4/21/05

☐ Operative Reports  ☐ Consultations  ☐ Progress Notes  ☐ X-ray Reports

☒ Laboratory Reports  ☐ Pathology Reports  ☐ Actual Films*#  ☐ Actual Slides*
                                                              *will be returned
☐ Other: Hepatitis C viral load                              #duplicates accepted

I understand that authorizing the disclosure of this health information is voluntary.  I can
refuse to sign this authorization.  I need not sign this form in order to assure treatment.  I
understand that information used or disclosed pursuant to this authorization could be subject to
redisclosure by the recipient and, if so, may not be subject to federal or state law protecting
its confidentiality.  I understand that I may revoke this consent at any time by sending a
written notice to the Supervisor of Medical Records.  I understand that any release which has
been made prior to my revocation and which was made in reliance upon this authorization shall not
constitute a breach of my rights to confidentiality. This authorization will automatically expire
three months from the date of the signature.

| Signature of Patient Donald C Mosher Sr | Date (Month, Day, Year) 4/27/05 | Staff Witness [signature] |
|---|---|---|
| FAX SIGNATURE VALID ORIGINAL | | H. BEAN, MD FCI McKEAN |

SPECIFIC AUTHORIZATION FOR RELEASE OF INFORMATION PROTECTED BY STATE OR FEDERAL LAW.
Must sign below, to Release Protected Information.
I specifically authorize the release of data and information relating to:
☐ 1. Substance Abuse    ☐ 2. Mental Health    ☐ 3. HIV

_____
            Signature        Date

FCI MCKEAN, P.O. BOX 5000, BRADFORD, PA 16701  Fax No.: (814) 363-6813

000391


not drawn

Federal Correctional Institution
McKean County, Bradford, Pennsylvania

## CONSENT TO RELEASE INFORMATION

DONALD MOSHER

Inmate: _Moshier_    Reg.No.: _10924-052_

I hereby consent to the disclosure, by the medical staff of this
institution and the Regional Health Services Administrator of this
region, of medical information regarding my medical condition and
treatment by medical staff of this institution, in accordance with
the Privacy Act of 1974, to the following people, at their request:

| NAME | RELATIONSHIP | PHONE NO. | ADDRESS |
|------|--------------|-----------|---------|
| | Mother | | |
| Dolores Moshier | | (607) 657 4476 | |
| | | | P.O. Box 157 |
| | | | Richmond N.Y 13835 |

Signature of inmate: _Donald L Moshier Jr_

Date: _4/21/05_

Signature of Staff Witness: _NR Beam MD   4/21/05_

## NOTIFICATION IN CASE OF SERIOUSLY/CRITICALLY ILL OR DEATH

NAME: _Same as above_    RELATIONSHIP: _Mother_

ADDRESS: _____

PHONE: (   ) _____

Original to Medical Record

000392

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dr.Beam | DATE: 12/6/04 |
|---|---|
| FROM: Donald L. Moshier, JR. | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: Compound orderly pm. | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Dr.Beam, I have a large lump or ball on my left side just
under my ribcage. If you recall I mentioned this to you like
8 months ago or so. Back then it was very small no bigger then
a marble. Well now its very large and it is very painfull. I
want to know what it is. Is it my spleen, or a tumor. No I don't
want to hear that its just some fatty tissue. I want it X-Rayed
or somthing. I believe that I have enough problems already
because F.C.I. McKean refused to treat me for Hepatitis C. until
after I developed Cirrhosis of the liver. I'm very concerned
about this lump in my stomach. Please respond to this Cop-out
in writing.

                                        Thank You.
                        (Do not write below this line)

DISPOSITION:
1) We'll check that on your weekly appointment as we discussed today.

2) In my opinion, you had cirrhosis long before you entered Federal Custody.

| Signature Staff Member | Date 12/7/04 | 000393 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

include soreness, redness, sw lling where the injection was given fever, and body aches.
If these problems occur, the  sual y begin soon after the vaccin  on an  las 1-2 days.
Life-threatening allergic reactions  e very rare. If they do occur, it  within a few
minutes to a few hours after the in  tion.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*

### CONSENT FOR VACCINATION

I, _Donald L Mostllen Sr_ , have read the above statement about the influenza
vaccination.  I have been provided with updated information and have had the opportunity
to ask questions about the benefits and risks receiving this vaccination.

### FOR WOMEN

Pregnancy can increase the risk for complications from the flu, and pregnant women are
more likely to be hospitalized from complications of the flu than non-pregnant women of
the same age. In previous worldwide outbreaks of the flu (pandemics of 1918-19 and
1957-58), deaths among pregnant women were associated with the flu. Pregnancy can change
the immune system in the mother, as well as affect her cardiovascular system (heart and
lung function). These changes may place pregnant women at increased risk for complications
from the flu.

Because the flu vaccination is made from inactivated viruses (the viruses are killed),
many experts consider flu vaccinations safe during any stage of pregnancy. However, since
miscarriages (spontaneous abortion) most often occur in the first trimester of pregnancy,
experts have traditionally not given a flu vaccination during the first trimester to avoid
a coincidental association with miscarriage.

Women who will be beyond the first 3 months of pregnancy during the flu season should get
a flu vaccination.  Pregnant women who have medical problems that increase their risk for
complications from the flu should get a flu vaccination before the flu season, no matter
their stage of pregnancy.

_Donald L Mostllen Sr_  10/26/04

Signature of the Recipient    Date    Signature of Witness

_Donald L Mostllen Sr  70924-052_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*

### DECLINATION FOR VACCINE

I do not want to receive the influenza vaccination at this time.

Signature of Patient        Date        Signature of Witness

(This form may be replicated via WP)

BP-S806.060    CONSENT TO TREATMENT OF INTERFERON / RIBAVIRIN    CDFRM
SEP 03
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

The physician should initial numbers 1 through 11 after discussing each with the inmate.

I, DONALD MOSHER , Reg. No. 10924-052 , hereby authorize
Dr. BROWN or his/her relief (designee), to prescribe interferon (Intron A®,
PEG-Intron®, Pegasys®) and ribavirin (Rebetol®, Copegus®) to me and to continue said medication as
is recommended by BOP Clinical Practice Guidelines. I understand my medical condition and why
this combination of medications is being recommended to treat my disease.

1. ___ The combination of ribavirin capsules and interferon injections is indicated for the
treatment of hepatitis C in certain patients. This treatment is associated with numerous
adverse and potentially serious side effects*. Your doctor, along with pharmacy and
laboratory, will carefully monitor you for side effects and your response to this
therapy.

2. ___ The most common side effects of this treatment are "flu-like" symptoms, such as headache,
fatigue, muscle aches, and fever. These symptoms may decrease in severity as treatment
continues. Taking acetaminophen (Tylenol®) prior to interferon administration may help
alleviate some of these adverse effects.

3. ___ Psychiatric problems, such as insomnia and depression, are also frequently associated
with          this therapy. If you feel you are getting irritable or easily upset, feel
hopeless or bad          about yourself, or experience any other uncommon psychological
problems, you should          immediately contact your physician.

4. ___ Some patients will develop blood problems such as reduced red blood cells (anemia), or
reduced white blood cells and platelets. Between 5%-10% of the patients taking ribavirin
therapy develop anemia within 1 to 4 weeks of beginning treatment. You will receive a
Complete Blood Count on a regular basis to determine if you are developing anemia. Your
white blood cells and platelets will also be closely monitored. If these levels drop below
acceptable levels you may need to discontinue the medication.

5. ___ Your thyroid function will be closely monitored because a small percentage of patients
(approximately 4%) will develop thyroid dysfunction that my be irreversible, even if
treatment is discontinued.

6. ___ Other common side effects include bruising, irritation, or itchiness at the injection
site,          nasal stuffiness, and reversible thinning of the hair.

7. ___ Ribavirin can cause birth defects. Both women and men, particularly those awaiting
release, must be counseled to use adequate birth control (2 forms of birth control)
during          treatment and 6 months after treatment is completed.

8. ___ Abstain from illicit drug or alcohol use.

9. ___ Ribavirin should not be taken if you have severe kidney dysfunction.

10. ___ You should immediately speak to your doctor if you experience any side effects described
above, or you experience trouble breathing, chest pain, severe stomach or lower back
pain,          bloody diarrhea or bloody bowel movements, high fever, bruising, bleeding, decreased
vision, weight loss, rashes, or other symptoms that concern you.

11. ___ To improve your comfort and the chances of successfully completing this course of
treatment          you should, get plenty of rest, exercise lightly but regularly, drink plenty of water or
clear fluids every day, eat regularly, and take acetaminophen for fevers and "flu-like"
symptoms.

Based upon interview, assessment, and medical record review, it is my opinion that this patient
understands the proposed treatment, the risks and benefits of the treatment, and is competent to
give consent.          Physician Signature_____

Based upon interview, assessment, and medical record review, it is my opinion that this patient
understands the proposed treatment, and is not competent to give consent.
Physician Signature_____

Other issues discussed:

000395

48.055 **INMATE REQUEST TO STAFF** CDFRM
8

U. **DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Dr. Beam | DATE: 10/7/04 |
| FROM: Donald C Moshien JR | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: pm Compound | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Dr. Beam, I would like a copy of the Request That you sent to washington Requesting Treatment for Hep.C for me, Also There Reply That I'm sure has to have came back to you by now, if not please send me a copy soon as you Get it, I would Also like copies of The Blood Test That was done in Bradford Hospital including The last 6 months of Blood Test That Have been Done Here, Also Can you please Tell me if or when I will start Treatment for my Hep.C, because its only Getting worse, "please Respond"

THANK you
Donald C Moshien JR

(Do not write below this line)

DISPOSITION:

Treatment has been approved.
The details are in The note I sent
yesterday.

See attached (11 pgs) (Labs)

| Signature Staff Member | Date |
| H. BEAM, MD | 10/8/04    000396 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)            This form replaces BP-148.070 dated Oct 86
                                                and BP-S148.070 APR 94

Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

## INSTRUCTIONS

You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: _Donald Moshier_
   (Nombre)

2. Reg. Number: _10924-052_
   (Numero de Registro)

3. Date: _10/7/04_
   (Fecha)

4. Housing unit and Unit Team: _AB_ TEAM: A B C D
   (unidad y equipo de la unidad)

5. Complaint, What is your problem?
   (Queja). (Cual es su problema?)

   _____

6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days _____ Months _____ Years _____
   (Dias)         (Meses)          (Anos)

7. Are you on any medication(s) at present? Yes _____ No _____
   (Esta usted tomando alguna(s) medicinas actualmente?)

8. Have you purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?)
   Yes _____ No _____

9. Signature _____
   (Firma)

*Good news — Treatment is approved. I need Tobe here when you start s' Jill be off next week So I'll see you 10/21 @ 0930 TO Sign Consent Then get 1st*

---

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date seen: _____

11. Time seen: _____

12. Subjective: _____

13. Objective: Temp: _____ Pulse _____ Respirations _____

14. Appointment Date: _____ Appointment Time _____

15. Triage Personnel's Signature: _____

*TbI/shot Theweek of 10/25 to 29 — I'll See you weekly x 5 wks Then WB on Thurs ofts That Thing should go well*

H. BEAM, MD
FCI MCKEAN

000397

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
| --- | --- |
| Dr. Beam | 9/6/04 |
| FROM: Donald C Mostien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: Pm compound orderly | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I ReQvest To Have complete Lab Reports ON The Liver Biopsy
That I Had Taken ON 8/24/04 at Bradford Hospital, Also all the
Blood test and Catscan X Rays I've Also Had Some Blood work
done Here About a week Ago I would also Like Them Results
I would also like To Know when I'll Be Getting Treated for
my Hep C. please Respond,

                                    THANK you
                                    Donald C Mostien Jr

(Do not write below this line)

DISPOSITION:

1) D.ll refer This request
   To medical records

2) D.ll have you or clinic
   0930          9/8/04 To Beam
                              PSX

| Signature Staff Member | Date |
| --- | --- |
|  | 9/7/04          000398 |

Record Copy - File/ Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)        and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Beam | 8/5/04 |
| FROM: Donald L Moshien JR | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: Med, unassigned | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

First off I am out of ALBUTEROL INH, which I Really Need,
(2.) I've Been Haveing servene Back pain which Has Been Shooting
Down my Left leg, tylanol on motrin dont do a thing for the
pain,

(.3.) my Lower Legs Have Been Really Turning Brown with
spots Now I've Never even Had this out on the streets, if
I would Have, I would of Gone to a skin specialist so can
you please Find out why my Legs are doing this, there Dry
ichy, And full of Brown spots, "please Respond"

(Do not write below this line)

DISPOSITION:

1) - I'll refill your Albuterol

2) - You have a sick call appt soon
    for the back & leg problem

3) - I'll look at the spots on your
    legs at chronic care clinic

| Signature Staff Member | Date | |
|---|---|---|
| | 8/5/04 | 000399 |