Date: 7/15/04                    Unit: AL

To: Donald Moshier          Reg. #: 10924-052

Your case has been reviewed by our Utilization Review Committee and the decision was:

approval for liver biopsy

H. BEAM, MD
FCI MCKEAN

000400

**FCI McKean**
**Inmate Sick Call Sign-Up Sheet**
(Formulario y Registro para Atencion Medica de Confinados)

## INSTRUCTIONS

You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1.  Name:  *Donald Moshier*
    (Nombre)
2.  Reg. Number:  *10924-052*
    (Numero de Registro)
3.  Date:  *4/21/04*
    (Fecha)
4.  Housing unit and Unit Team:  *A B*    TEAM: A  B  C  D
    (unidad y equipo de la unidad)
5.  Complaint, What is your problem?
    (Queja). (Cual es su problema?)
    _____
    _____
    _____

6.  How long have you had this problem?
    (Durante cuante tiempo ha tenido este problema?)
    Days _____ Months _____ Years _____
    (Dias)          (Meses)          (Anos)
7.  Are you on any medication(s) at present?  Yes _____ No _____
    (Esta usted tomando alguna(s) medicinas actualmente?)

8.  Have you purchased Over-the-Counter Medications from Commissary?
    (Ha comprado medicinas non-prescipcion en la Comisaria?)
    Yes _____ No _____

9.  Signature _____
    (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date seen:  *You missed your appointment this*
11. Time seen:  *Am.  I'll reschedule you*
12. Subjective:  *for 5/19/04 @ 0930 + I'll*
    *order meds later in the*
    *meantime*
13. Objective:  Temp: _____ Pulse _____ Respirations _____ B/P _____
14. Appointment Date: _____ Appointment Time _____
15. Triage Personnel's Signature: _____

*H. BEAM, MD*
*FCI McKEAN*

000401

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr Beam | 4/6/04 |
| FROM: Donald C Moshier Sr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: Med cNAsigned | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Frist off I Need TO KNOW WhEN I'll BE seeing you this month!
Also when will I Have ANother Alt and OR a Viral load Test done.
Also my medical cNAsigned pass Run out. NOW I Need oNe 'toclay
4/6/04, I'm Not workiNg, my BAck and hip Bother me so much
that I'm iN paiN coNstaNtly. Also I'm Right Now waiTiNg for my
Disability papers from S.S office, and my Lawyer plus I've
BeeN HaviNg alot of paiN iN my RigHt side. and my piss
is the color of Red Tea. Also my medicatioN is RuN out
No more Refills, TetRacyliNe HCl 500 mg, and RaNitidiNe 150 mg
They Both Run out oN the 18th of this month!
"Please Respond" THANk you.

(Do not write below this line)

DISPOSITION:

Appointment 4/21/04
OFF WORk SLIP — Done

---

| Signature Staff Member | Date | |
|---|---|---|
| [signature] L. BEAM, MD FCI MCKEAN | 4/6/04 | 000402 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)     This form replaces BP-148.070 dated Oct 86
                                          and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dil Beam | DATE: 02/11/04 |
|---|---|
| FROM: Donald C Moshien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: Med un | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

WHEN will I Be GETTING A VIRCl load AND A liver BiopSY done, I KNOW THAT you told me A couple of times THAT I would Be GETTING it done But so far NOTHING, NOW I WAS JUST there today AND Had Blood DRAWN for A liver FUNCTION, But I've Had that done once already, will you please let me Know,

Please RESPOND. THANK you.

(Do not write below this line)

DISPOSITION:

If your "ALT" liver feunction test remains high over a period of time, Then we proceed to viral load etc and liver Biopsy. Patience.

| Signature Staff Member | Date 2/13/04 | 000403 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) DR Beam | DATE: 02/11/04 |
|---|---|
| FROM: Donald C Mosthen Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: med unl | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I would like To Know if you could Help me
Get A pair of Boots that Have Tread on them
Because the one's I Have Don't Have Any And
I Slipes And Hurt my Back again plus the
Boots I do Have Hurt my Feet Bad could you
Please Help me, I know that they Have some New
Boots over In Laundry that Have Really Good Tread
And A Good Arch in them, I wear A size 12
again please Respond And Thank you

(Do not write below this line)

DISPOSITION:

I have no control over which
Type of boot laundry hands out
If your feet need to be looked
at make a sickcall Arm

| Signature Staff Member | Date 2/13/04 | 000404 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                This form replaces BP-148.070 dated Oct 86
                                                    and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                           **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) DR Beam | DATE: 1/5/04 |
|---|---|
| FROM: Donald C Moshien JR | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: medical unasigned | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Now That you sent me a paper Saying That I Can And will Be Vaccinated
Against Hep A Over Two weeks ago, I'm wondering now if and when I'm
going To Receive This, Or is it Just Another delay Tactit Or Brush off Or so
That your Records look good even though Nothing is Really Being done, Or
Can you please Give me a time And date when I'll Recieve The Hep A
Vaccinaion, Also I would Like To Know when I'll Beable To come And
Talk to you, Because I'm Really Feeling poorly, This is Not No Joke
To me, This is my Life I'm Talking about, And I still Have 9 years Left
To do in prison Before I Can Seek Real Medical Help Why I Say That
is Because I still don't Feel Like I'm Getting Any in McKean prison
please Responed To This A.S.A.P   Thank you

(Do not write below this line)

DISPOSITION:
- We talked at mainline today
- you will receive the Hep A
  Vaccine as soon as it arrives
  Through the pharmacy
- your next chronic care visit
  Should be 1/23/03
  @ 12³⁰

| Signature Staff Member [H. BEAM, MD FCI MCKEAN] | Date 1/6/04 | 000405 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                             and BP-S148.070 APR 94

## FCI McKean
## Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

## INSTRUCTIONS
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1.    Name:        _Donald moshier_
      (Nombre)
2.    Reg. Number:    _10924-052_
      (Numero de Registro)
3.    Date:        _12/22/03_
      (Fecha)
4.    Housing unit and Unit Team: _A3_ _____ TEAM: A  B  C  D
      (unidad y equipo de la unidad)
5.    Complaint, What is your problem?
      (Queja). (Cual es su problema?)
      _____
      _____

6.    How long have you had this problem?
      (Durante cuante tiempo ha tenido este problema?)
      Days _____ Months _____ Years_____
      (Dias)        (Meses)        (Anos)
7.    Are you on any medication(s) at present?  Yes _____ No _____
      (Esta usted tomando alguna(s) medicinas actualmente?)

8.    Have you purchased Over-the-Counter Medications from Commissary?
      (Ha comprado medicinas non-prescipcion en la Comisaria?)
      Yes_____ No_____

9.    Signature _____
      (Firma)

---

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10.   Date seen:    _We are ordering The hepatitis A_
11.   Time seen:    _Vaccine and you will receive_
12.   Subjective:   _The series soon_
      _____
      _____    _H Beam_

13.   Objective:    Temp: _____ Pulse _____ Respirations _____ B/P ___  H. BEAM, MD
                                                                                   FCI MCKEAN
14.   Appointment Date: _____ Appointment Time _____
15.   Triage Personnel's Signature: _____

BP-S148.055 **INMATE REQUE.../ TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| DR Beam | 12/10/03 |
| FROM: Donald L Moshien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: NONE | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I'm Requesting To Be Vacidnated For Hep A, you Have
Already did the Blood work To see if I've Been vacidnated
for Hep A and I Have Not, I do Have Hep C, so I do
need To Be vacidnated For Hep A, ASAP

Please Respond

(Do not write below this line)

DISPOSITION:

I will present your request to
The utilization review committee

000407

| Signature Staff Member | Date |
|---|---|
| [signature] AL BEAM MD FCI McKEAN | 12/10/03 |

Record Copy - File; Copy - Inmate        This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)      and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Dr Beam* | DATE: *12/10/03* |
|---|---|
| FROM: *Donald L Moshien Jr* | REGISTER NO.: *10924 - 052* |
| WORK ASSIGNMENT: *None* | UNIT: *AB* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

*I would still like to know when I'm going to
have a liven biopys done, so I can be treated for
Hep C, I feel that I'm just being stalled and being
told that don't worry you'll be treated but still nothing
is being done whatsoever, will you please let me know
why nothing is being done and why I'm being stalled and
why I have not had a liven biopsy done yet*

*please respon*

---

(Do not write below this line)

---

DISPOSITION: *Bureau Hep C guidelines suggest monitoring
the ALT & if it remains high, move to
a liver biopsy. That is the stage you are
at.*

---

| Signature Staff Member | Date *12/10/03* | 000408 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

*COPYS 1 AND 2 of 3*

BP-S148.055 **INMATE REQU.** *T* **TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| DR Beam | 11/18/03 |
| FROM: Donald l Moshien JR | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: medical UNASSIGNED | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I Know That you Told me That I would Recieve Treatment for
my Hep C. However I want to Know when do you plan
on Getting A Liver Biopsy done and a viral load HCV-RNA
PCR To determine what my level of the viris is, also a
Geno Type, is it Going To Be in a week, month, 6 months
year or longer, Please Give me some Dates, Because
I feel That The longer I'm put on Hold the worse I'll
Get and then won't Be Treatable, and I Have the Feeling
this is what is Happinening,
                                        *Please Respond.*

*COPYS 1 AND 2 of 3*

(Do not write below this line)

DISPOSITION: I hit a snag getting your viral
load done; we'll check LFT's for
now. You will not miss the window
of opportunity for Treatment if you
end up needing it. If you need it,
it will happen

| Signature Staff Member | Date | |
|---|---|---|
| [signature] H. BEAM, MD FCI MCKEAN | 11/18/03 | 000409 |

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)       and BP-S148.070 APR 94

MOSHIER, Donald
Reg. No. 10924-052
MCK 314442-F2

---

## PART B - RESPONSE

This is in response to your Request for Administrative Remedy receipted in my office on October 27, 2003, in which you claim deliberate indifference, and delay in proper medical treatment. Specifically, you request immediate treatment for hepatitis C.

An investigation of your complaint reveals you requested testing for hepatitis C, September 3, 2003, while at sick call. You reported a history of intravenous drug use and unprotected sex and the study was ordered. Your test returned positive for hepatitis C, September 16, 2003. You were placed on chronic care clinic and was evaluated by the medical officer October 16, 2003. Additional blood work was ordered during that visit. Once all lab work is complete, you will be treated following the guidelines for hepatitis C treatment set forth by the medical director of the Bureau of Prisons. There is no evidence of deliberate indifference or improper care.

Based on this information, your Request for Administrative Remedy is denied.

In the event that you are not satisfied with this response, you may appeal within twenty (20) calendar days from the date of this response by submitting a BP-DIR-230 to the regional director.

11-14-03
Date

John J. LaManna, Warden

LMU Sensitive

000410

U.S. DEPARTMENT OF JUSTICE                                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Moshier Jr Donald Leroy__                    __03247-057__              __F.C.I McKean__
        LAST NAME, FIRST, MIDDLE INITIAL                    REG. NO.              UNIT        INSTITUTION

**Part A– INMATE REQUEST**    I Reiterate and Incorporate By Reference each and every
Allegation HeretoFore made as set Forth in my BP-8 Furthen more making it
Clearly obvious I Have Complaned That I'm in pain That effects my daily
Functions, Flu Like Symptoms muscle and jouint pain Fatiuge pain unden my Right Rib
no urine That has Been as Dank as Coffee, Rather Then call me down for a complaint.
Test To determine whats wrong - I'm put off for 2 weeks - if I had a cold I'd Be seen in
1 week Something Sennious like this and I'm delayed. This is Oeliberate Indiffance to a
serious medical Need A Violation of my 8TH and 14TH amendment garrenteed By The
Constitution! I Request to experience no more delays - To Have a Liver Biopsy done
a Liver profile and to Be vaccinated for Hepatitis A


__10/8/03__                                          __Donald C Moshier Jr__
DATE                                                SIGNATURE OF REQUESTER

**Part B– RESPONSE**




_____                    _____
        DATE                                        WARDEN OR REGIONAL DIRECTOR
*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*
ORIGINAL: RETURN TO INMATE                          CASE NUMBER: __314442__

                                                    CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____
                                                                    **000411**
_____                    _____
        DATE                                        RECIPIENT'S SIGNATURE (STAFF MEMBER)
                                                                    BP-229(13)

## ADMINISTRA .VE REMEMDY PROCEDURE  OR INMATES
### INFORMAL RESOLUTION FORM

**NOTICE TO INMATE:** Before filing a BP-9 ("Request for Administrative Remedy"), you **MUST** attempt to informally resolve your complaint through your Correctional Counselor. Briefly state your complaint in "1" below and in "2" list what efforts you have made to informally resolve the complaint (state names of staff contacted).

This Informal Resolution Form was issued by ~~MORELLO~~, Correctional Counselor, on

To:

INMATE: Donald L Moshier Jr   REG. NO. 10924-052   QUARTERS: A/B

1. COMPLAINT: Since I've Been Here at FCI McKean, I have Been Complaining To medical That I Have Hepatitis C. It's Been more Then a year NOW And Finally They've given me a Blood test That Confirms What I've Been Telling Them, medical at FCI McKean Has Failed To Follow — Cont. Next Pg.

2. EFFORTS MADE TO INFORMALLY RESOLVE & STAFF CONTACTED: Talked To NUMEROUS PA'S About my Hepatitis C, AND Need To Be monitered AND treated.

_Donald C Moshier Jr_                     _10924-052_
INMATE'S SIGNATURE                       REG. NO.

### ***DO NOT WRITE BELOW THIS LINE***

#### CORRECTIONAL COUNSELOR'S COMMENTS

DATE RECEIVED FROM INMATE: 10-2-03

EFFORTS MADE TO INFORMALLY RESOLVE & NAMES OF STAFF CONTACTED: DR. BEAM WAS CONTACTED AND CONFIRMED THAT YOU HAVE HEPATITIS C. YOU HAVE BEEN SCHEDULED TO BE EXAMINED ON 10/16/03 @ 1230. YOU ARE TO BE REASSURED THAT IF YOU DO, IN FACT, NEED TREATMENT, YOU WILL RECEIVE IT.

DATE ( ) INFORMALLY RESOLVED or ( ) BP-9 ISSUED (check one): _____

_J. Morello  10-03-03_
COUNSELOR'S SIGNATURE

DISTRIBUTION:   A.   IF INFORMALLY REOLVED: Forward original to Warden (Attention: Warden's Secretary).
B. IF BP-9 ISSUED: Forward original (attached to BP-9) to Warden (Attention: Warden's Secretary).

> CODE MUST BE SUPPLIED BY DEPARTMENT HEAD OR DESIGNEE **BEFORE** GIVING TO WARDEN'S SECRETARY
>
> CODE: _____

Continued From page (1) the Bop's policy By placing me on Chronic care and By monitoring my blood periodically. To this date they still haven't given me a Liver profile test to see what my ALT levels are. There purposly delaying/avoiding working up lab tests so they don't Have to treat me, allowing my disease to progress, I am in pain that effects my Daily Fuctions, Constantly Feel like I Have the Flu musele and Joint pain, Fatiuge, and pain under my Right Rib - sometime my urine is As Dark As Coffee. There's An FDA approved treatment For this Disease - this Disease CAN be Fatal yet the Bop at FCI McKean are doing nothing for me.

I am in Fear of my Life Because they are taking no Intrest what so even, and are not offering me this treatment - Also I Have Requested to Be Vaccinated Against Hepatitis A - But Am Being Denied.

   Request - Treatment To Begin with out any more Delays - to Have a Liver Biopsy To See what stage of the Disease I've progressed To and to see if I Qualify for Treatment And To Be Vaccinated For Hepatitis A.

Donald LeRoy Mosthier Jr.
Reg# 10924-052
Donald LeRoy Mosthier Jr.

000413



# FEDERAL BUREAU OF PRISONS
# memorandum
**FCI McKean, Pennsylvania**

**DATE:** November 5, 2003

**REPLY TO**
**ATTN. OF:** Rosemary Dean, Warden's Secretary

**SUBJECT:** Administrative Remedy (BP-9)
MCK 314442-F2

**TO:** Rodney Smith, HSA

Please investigate the attached Request for Administrative Remedy (BP-9) filed by inmate **MOSHIER, Donald, Reg. No. 10942-052.** Route your response through your associate warden and the camp administrator/legal liaison. Your response is due in the warden's office no later than **November 12, 2003.**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr Beam | 10/29/03 |
| FROM: | REGISTER NO.: |
| Donald I Moshien Jr | 10924-052 |
| WORK ASSIGNMENT: | UNIT: |
| None | A/B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Do To my Hep C, And tHe Way I've Been Feeling Sick
And Fatige, I'm asking you To Give me a medical Relieve
From Having To Have a Job I Have a very Bad Back Also
maybe in a year or so I'll Be able To work some wHere
once I'm Recieving Treatment. How even I was a orderly
extra for A/B unit, But mr. morello Has decided To make
a new Rule of His own, as to wHere no one can Be a orderly,
if they come out of tHe Box. Now if you will Not Give me
this medical lieve, I Guess I'll Have To Go To tHe Box until
I'm Better, so will you please Help me, please Respond ASAP
THank you very much

(Do not write below this line)

DISPOSITION:

I'll put you on Idle until
your next chronic Care clinic
& we can go from There — when
can you go back To being an
orderly?

| Signature Staff Member | Date |
|---|---|
| (signature) H. BEAM, MD FCI MCKEAN | 10/31/03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94                   000415



BP-S148.055 **INMATE REQUL ? TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Medical Records* | DATE: *10/15/03* |
|---|---|
| FROM: *Donald L Mosttien Jr* | REGISTER NO.: *10924-052* |
| WORK ASSIGNMENT: *extra orderly* | UNIT: *AB* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

*I request a copy of my lab results that was taken on
10/10/03 also a complete copys of all my medical records.
Please respond*

_____

_____

_____

_____

_____

_____

_____

_____

(Do not write below this line)

DISPOSITION:

# See attached
## 22 pages

**FCI McKean**

| Signature Staff Member *J. Pelury* | Date *10/21/03* | **000416** |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUL ✗ TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dr Beam | DATE: 10/15/03 |
|---|---|
| FROM: Donald C Mosthien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: extra orderly | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I Request A Geno Type test done to Determine what Geno
Type of HCV I Have SO AN Informative Session CAN Be
made on How to Treat my Disease. please Respond

(Do not write below this line)

DISPOSITION:

seen 10/16/03
Will order

Signature Staff Member    H. BEAM MD    10/16/03    000417
                          FCI McKEAN

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)         This form replaces BP-148.070 dated Oct 86
                                             and BP-S148.070 APR 94



BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Dr Beam | DATE: 10/15/03 |
|---|---|
| FROM: Donald C Moshien JR | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: extra orderly | UNIT: A/B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I Request at this time to Be Vaccinated according to BOP policy for Hepatitis A, AS I Have Cronic HCV please Respond

(Do not write below this line)

DISPOSITION:

Seen 10/16/03
will check for previous
Hep A + B infections if
immunizetion needed
will arrange

Signature Staff Member  *[signature]*  Date 10/16/03           000418
H. BEAM, MD
FCI McKEAN

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)           This form replaces BP-148.070 dated Oct 86
                                                and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUE.. TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr Beam | 10/15/03 |
| FROM: | REGISTER NO.: |
| Donald L Moshien Jr | 10924-052 |
| WORK ASSIGNMENT: | UNIT: |
| extra ordenly | A B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I Request A Viral Load HCV - RNA - pCR To determine
What my level on the Virus is Because patients with A
Low Viral Load Respond Better to HCV therapy with
Interferon + Ribivirin.

                    please Respond

_____

(Do not write below this line)

DISPOSITION:

                    Seen 10/16/03
                    will order

_____

Signature Staff Member _____ Date 10/16/03          000419



Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr Beam | 10/15/03 |
| FROM: Donald Moshien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: extra orderly | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I Request a liver Biopsy To Determine the Health of my
liver, So an Informitive Evaluation on my condition (HCV) can
Be made, as if weather to Treat Right away - Alt levels only
can peedict Inflamation at the time of the Blood test - can't
peedict if a patient Has Fibrosis or Cirrossis.
(Please Respond)

(Do not write below this line)

DISPOSITION:

seen 10/16/03
if needed will be done
preperatory work in progress

| Signature Staff Member | Date | 000420 |
|---|---|---|
| H. BEAM, MD FCI MCKEAN | 10/16/03 | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr Beam | 10/15/03 |
| FROM: Donald L Mosthen Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: extra orderly | UNIT: A B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I Request that you oschedule me with psychology
For Clearence to treat my HCV Disease.
please Respond.

(Do not write below this line)

DISPOSITION:

seen 10/16/03
will arrange - watch The callouts

| Signature Staff Member | Date | |
|---|---|---|
| M Beam | 10/16/03 | 000421 |
| H. BEAM, MD FCI MCKEAN | | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dr. Beam | DATE: 10/2/03 |
|---|---|
| FROM: Donald C Moshien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: extra orderly | UNIT: A/B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I Have Hepatitis C.      Request To Be Vaccinated

Against Hepatitis A      Please Respond

(Do not write below this line)

DISPOSITION: From the envelope it looks like this
got sent somewhere other than to
medical. I'll see you on call out
soon and start talking about Hep C
and what needs to be done about
it.

| Signature Staff Member [signature] H. BEAM, MD FCI MCKEAN | Date 10/8/03 | 000422 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: 7/28/03 |
|---|---|
| Dr. Smith, Hospital Administrator | |
| FROM: Donald L. Moshier Jr. | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: Extra orderly | UNIT: A/B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I Have Been tested positive for Hepatitis C. This explains
why I Have Been Feeling sick all the time. I Request at
this time to be treated for this disease with peglated
Interferon/Ribivirn, also that I be placed on Cronic care
with No more delays and Have my Blood monitored Regularly
I Have Been Feeling sick with pain under my Right Ribs
and my urine Has Been Dank Brown at times,
I also Request a Liver profile done as soon as possible.
please Respond. This is my life and this Desease kills
                                    Thank you very much
                                    Donald L. Moshier Jr.

(Do not write below this line)

DISPOSITION:

On clinic for there wines
10/16/03 @ 1230

ECI McKean

| Signature Staff Member | Date | 000423 |
|---|---|---|
| HSA | 10-7-03 | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQU.. T TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: 9/28/03 |
| Dr. Bean | |
| FROM: Donald L Mostlien JR | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: extra orderly | UNIT: A/B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I HAVE Been Tested positive for Hepatitis C. This explains
Why I Have Been Feeling Sick All the Time. I Request
At this Time To Be Treated for this Disease with peglated
Interfenon / Ribivinn, Also that I Be placed on Cronic care
with no more Delay's And Have my Blood monitered Reguanly.
I Have Been Feeling sick with pain unden my Right Ribs
And my urone Has Been Dank Brown at Times.
I Also Request A liven profile Done as soon as possible
please Respond. This is my life And this Disease Kills.
                            THANK you very much.
                            Donald L Mostin Jr.

(Do not write below this line)

DISPOSITION:   Watch the callouts for lab
               Tests

               You have an appointment
               on 10/16/03 @ 12:30
               and can talk Then

Signature Staff Member    H. BEAM, MD    Date 9/30/03         000424
                          FCI MCKEAN

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**    *Copy 1 of 2*    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| *Medical Records* | *9/22/03* |
| FROM: *Donald C Mostlien Sr* | REGISTER NO.: *10924-052* |
| WORK ASSIGNMENT: *extra orderly* | UNIT: *A/B* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*I Request copys of my last blood tests, performed here at FCI mckean.*

*Put in on 9/22/03 at 2:30 pm*

(Do not write below this line)

DISPOSITION:

*See Attached*
*2 pgs.*

*FCI mckean*

| Signature Staff Member *T. Pelen* | Date *9/25/03* | 00042 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

*COPY 1 of 2*

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| MR. DR. OLSON | 9/17/03 |
| FROM: Donald LeRoy Moshier Jr. | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: | UNIT: A/B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Dr. Olson approximately 2 weeks ago I came in for bloodwork for a Hepatitus Test. I was told it would take approximately 6 to 8 days for the results to come in. As you can imagine I'm concerned about the results and want to find out as soon as possible. I would appreciate your attention to whats happening with my results. Also I've been attempting to get a back brace for some time now, in addition I would like to formely request a copy of my complete medical record. Thank you for your attention and I await a response.

(Do not write below this line)

DISPOSITION:

You will be placed on callout to see Dr. Bean to discuss your lab tests

FCI McKean

| Signature Staff Member | Date 9/18/03 | 000426 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

POST-TEST:   Seronegat___

_____ 1.   Explain purpose of session.

_____ 2.   Review confidentiality.

_____ 3.   Test Information

    a.   Inform patient of negative test result.
    b.   Explain purpose of test.
    c.   Identify remaining risks.
    d.   Explain inability of test to detect early infections. (false negatives)

_____ 4.   Explain risk reduction behaviors (high risk)

_____ 5.   Discussed follow-up testing (high risk)

_____ 6.   Give additional education material if requested.

_____ 7.   Patients Reactions/Level of Understanding/Comments

I understand the above information.

10924-052
Mosner

_____          _____
Signature of Inmate                 Signature of Staff Counselor

4/30/03
Date

*************************************************************

__Seropositive Post-Test Counseling__

_____ 1.   Confidentiality review.

_____ 2.   Patient informed of results of test by physician.

_____ 3.   Patient referred to the psychology department for follow-up counseling.

_____          _____
Signature of Inmate                 Signature of Staff Counselor

_____
Date

END FORM

000427

### FCI McKean
### Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

<u>INSTRUCTIONS:</u>
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1.  Name: _Donald L Moshien JR_
    (Nombre)
2.  Reg. Number: _10924 - 052_
    (Numero de Registro)
3.  Date: _11/27/02_
    (Fecha)
4.  Housing unit and Unit Team: _A/8_ TEAM: A Ⓑ C D
    (Unidad y equipo de la unidad)
5.  Complaint. What is your problem ?
    (Queja). (Cual es su problema?)
    _I Have A Really Bad Cold_
    _Sore Throut, and Bad Gourgill Head ace_
6.  How long have you had this problem?
    (Durante cuante tiempo ha tenido este problema?)
    Days _2_ Months_____ Years_____
    Dias)        (Meses)        (Anos)
7.  Are you on any medication(s) at present? Yes_____ No _X_
    (Esta usted tomando alguna(s) medicinas actualmente?)
8.  Have you purchased Over-the-Counter Medications from Commissary?
    (Ha comprado medicinas non-prescipcion en la Comisaria? .
    Yes_____ No _X_
9.  Signature _Donald L Moshien JR_
    (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date Seen:_____

11. Time Seen:_____

12. Subjective: _____
    _____
    _____

13. Objective: Temp._____ Pulse_____ Respirations_____ B/P_____
13. Appointment Date: _Mon Dec 9th_ Appointment Time _8 30_
14. Triage Personnel's Signature: _____



## FCI McKean
## Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

FCI McKEAN HEALTH SVC.

02 AUG 29  AM 11: 13

## INSTRUCTIONS:
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1.   Name:  Donald G Moshier JR
     (Nombre)
2.   Reg. Number:  10924-052
     (Numero de Registro)
3.   Date:  8/28/02
     (Fecha)
4.   Housing unit and Unit Team:  A/B     TEAM: (A) B C D
     (Unidad y equipo de la unidad)
5.   Complaint. What is your problem ?
     (Queja). (Cual es su problema?)
     My EARS I CAN'T EVEN HEAR out of
     my LEFT EAR NOW, ANd tHEy BOTH Ring All tHE time, ANd Hurt
6.   How long have you had this problem?
     (Durante cuante tiempo ha tenido este problema?)
     Days 2½ w  Months_____  Years_____
     Dias       (Meses)          (Anos)
7.   Are you on any medication(s) at present? Yes_____ No  X
     (Esta usted tomando alguna(s) medicinas actualmente?)
8.   Have you purchased Over-the-Counter Medications from Commissary?
     (Ha comprado medicinas non-prescipcion en la Comisaria?
     Yes_____ No  X
9.   Signature  Donald C Moshier JR
     (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10.  Date Seen:_____

11.  Time Seen:_____

12.  Subjective:  _____
     _____
     _____

13.  Objective:   Temp._____ Pulse_____ Respirations_____ B/P_____

13.  Appointment Date:  9/9/02   Appointment Time 10:30

14.  Triage Personnel's Signature:

000429

**LabCorp**

| Specimen # | Type | Primary Lab | Report Status |
|---|---|---|---|
| 283-844-2368-0 | S | CB | Final  Pg  1 |

Time 0630     Additional Information

Clinical Information

Fasting: N

CD- 53099351380

Patient Name

| | Sex | Age (Yr/Mos) |
|---|---|---|
| MOSHIER, DONALD | M | 042/01 |

Physician ID: BEAM H      Patient ID: 10924-052

Account: FEDERAL CORRECTIONAL INSTITUTE 37806845
MCKEAN COUNTY
RT 59 & BIG SHANTY ROAD
LEWIS RUN, PA 16738
814-362-8900

Pat. Addr.

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 10/10/03 | 10/11/03 | 10/11/03 | 0581 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HEPATIC FUNCTION PANEL (7) | | | | | |
| Protein, Total, Serum | 7.1 | | g/dL | 6.0 - 8.5 | CB |
| Albumin, Serum | 4.1 | | g/dL | 3.5 - 5.5 | CB |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | CB |
| Bilirubin, Direct | 0.15 | | mg/dL | 0.00 - 0.40 | CB |
| Alkaline Phosphatase, Serum | 64 | | IU/L | 25 - 150 | CB |
| AST (SGOT) | 69 | H | IU/L | 0 - 40 | CB |

This serum sample was in contact
with the red cells when received.
This may adversely affect serum
Chemistries.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| ALT (SGPT) | 115 | H | IU/L | 0 - 40 | CB |
| BUN | 15 | | mg/dL | 5 - 26 | CB |
| Creatinine, Serum | 1.0 | | mg/dL | 0.5 - 1.5 | CB |
| BUN/Creatinine Ratio | 15 | | | 8 - 27 | |

Lab: CB LABCORP DUBLIN          Director: ROSE GOODWIN, MD
        6370 WILCOX ROAD DUBLIN, OH 43016-1296

For inquiries, the physician may contact: Branch: 412-937-1808 Lab: 614-889-1061
Last Page of Report

*S. Czekai, MT*
S. Czekai, Med Tech.

REVIEWED BY: [signature] 10/24/03
H. BEAM, MD
FCI MCKEAN

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call  800-859-0391

MOSHIER, DONALD

REPORT
Report Date: 10/11/03  Report Time: 08:08 ET

© 2003 Laboratory Corporation of America® Holdings
All Rights Reserved

000430

U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI  65808
(417) 862-7041

================================================================
*** SENSITIVE-LIMITED OFFICIAL USE ***
FINAL REPORT
================================================================

Register Number : 10924-052
Name            : MOSHIER  JR, DONALD              Age              : 42yr
Location        : MCK                              Sex              : M
Admit. Physician: BEAM, MD                         Accession Number : 1787
Order. Physician: BEAM, MD
Collected       : 02/12/04 @  08:45

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|-----------------------|------|
| LIVER PROFILE | | | | |
| Urea Nitrogen | 15 | | 7 - 22 mg/dL | RS CK |
| Creatinine | 1.0 | | 0.6 - 1.6 mg/dL | RS CK |
| Total Protein | 7.5 | | 6.0 - 8.2 g/dL | RS CK |
| Albumin | 4.0 | | 3.6 - 5.1 g/dL | RS CK |
| Alkaline Phos. | 63 | | 41 - 133 U/L | RS CK |
| AST(SGOT) | 68 | HI | 11 - 55 U/L | RS CK |
| LDH | 397 | | 354 - 705 U/L | RS CK |
| Total Bilirubinl | 0.40 | | 0.20 - 1.30 mg/dL | RS CK |
| A/G Ratio | 1.13 | | 1.00 - 2.30 | RS CK |
| Globulin | 3.5 | | 2.0 - 3.7 g/dL | RS CK |
| ALT1(SGPT) | 115 | HI | 11 - 66 U/L | RS CK |
| Direct Bilirubin | 0.30 | | 0.00 - 0.50 mg/dL | RS CK |
| Gamma GT1 | 54 | | 8 - 78 U/L | RS CK |
| Bilirubin Unconj | 0.1 | | 0.0 - 1.1 mg/dL | HS CK |
| Bun/Creat Ratio | 15.8 | | 5.0 - 30.0 | RS CK |
| Bilirubin Conjug | 0.00 | | 0.00 - 0.30 mg/dl | RS CK |

*Stephaumont*
S. Czakai, Med Tech.

REVIEWED

*[signature]*
2/18/04

Name            : MOSHIER  JR, DONALD
Register Number : 10924-052                        Location : MCK
Printed         : 02/13/2004 @ 16:28               Page     : 1 of 1

000-131

U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI  65808
(417) 862-7041

====================================================================
*** SENSITIVE-LIMITED OFFICIAL USE ***
FINAL REPORT
====================================================================

Register Number : 10924-052
Name            : MOSHIER  JR, DONALD          Age              : 42yr
Location        : MCK                          Sex              : M
Admit. Physician: BEAM, MD                     Accession Number : 8912
Order. Physician: BEAM, MD
Collected       : 05/12/04 @  06:20 by:  REFE

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|----------------------|------|
| Collection Cmt.  Fasting | | | | TC |
| LIPID TESTING | | | | |
| **LIVER PROFILE** | | | | |
| Glucose | 177 | HI | 70 - 110 mg/dL | LN CK |
| Urea Nitrogen | 12 | | 7 - 22 mg/dL | LN CK |
| Creatinine | 1.0 | | 0.6 - 1.6 mg/dL | LN CK |
| Total Protein | 7.4 | | 6.0 - 8.2 g/dL | LN CK |
| Albumin | 3.8 | | 3.6 - 5.1 g/dL | LN CK |
| Alkaline Phos. | 68 | | 41 - 133 U/L | LN CK |
| AST(SGOT) | 93 | HI | 11 - 55 U/L | LN CK |
| LDH | 400 | | 354 - 705 U/L | LN CK |
| Total Bilirubin1 | 0.60 | | 0.20 - 1.30 mg/dL | LN CK |
| Cholesterol | 114 | LO | 140 - 200 mg/dL | LN CK |
| Triglycerides | 169 | | 30 - 200 mg/dL | LN CK |
| A/G Ratio | 1.04 | | 1.00 - 2.30 | LN CK |
| Globulin | 3.6 | | 2.0 - 3.7 g/dL | LN CK |
| ALT1(SGPT) | 129 | HI | 11 - 66 U/L | LN CK |
| Direct Bilirubin | 0.20 | | 0.00 - 0.50 mg/dL | LN CK |
| Gamma GT1 | 54 | | 8 - 78 U/L | LN CK |
| Bilirubin Unconj | 0.4 | | 0.0 - 1.1 mg/dL | HS CK |
| Bun/Creat Ratio | 12.0 | | 5.0 - 30.0 | LN CK |
| HDL-Cholesterol1 | 22 | LO | 29 - 67 mg/dL | LN CK |

Other factors critical to assessment of
CHD risk - Overweight, Blood Pressure,
Smoking and Familial History.

| | | | | |
|------|--------|------|----------------------|------|
| VLDL | 34 | | mg/dL | HS CK |
| LDL Cholesterol | 58 | LO | 62 - 130 mg/dL | HS CK |
| Chol/HDL Ratio | 5.2 | HI | 3.4 - 5.0 | HS CK |
| Glycohemoglobin | 4.9 | | 4.3 - 6.3 %A1C | LN CK |
| Bilirubin Conjug | 0.00 | | 0.00 - 0.30 mg/dl | LN CK |

Legend
LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

Name            : MOSHIER  JR, DONALD                    Location : MCK
Register Number : 10924-052                              Page     : 1 of 1
Printed         : 05/13/2004 @ 17:06

000432



**LabCorp**
Laboratory Corporation of America

LabCorp Dublin
6370 Wilcox Road
Dublin, OH 43016-1296

Phone: 614-889-1061

| Patient Name | Patient ID |
|---|---|
| MOSHIER, DONALD | 10924 052 |

| Sex | Date of Birth | Age (Y/M/D) | Fasting | Patient Phone |
|---|---|---|---|---|
| M | 08/18/61 | 42/11/01 | | |

Additional Information

| Specimen Number | Account Number | Control Number |
|---|---|---|
| 201-844-1529-0 | 37806845 | AK537806845 |

| Physician Name | Physician ID |
|---|---|
| Dr. Beam | BEAM |

Account                                          00

Federal Correctional Institute
McKean County
Rt 59 & Big Shanty Road
Lewis Run PA  16738
814-362-8900

| Date and Time Collected | Total Volume | Date and Time Reported |
|---|---|---|
| 07/19/04 08:15 | | 07/27/04 15:11 ET |

Tests Ordered

Hepatitis C Virus Genotyping

TESTS                                    RESULT   FLAG   UNITS          REFERENCE INTERVAL  LAB

**Hepatitis C Virus Genotyping**                                              See Note          TG

   Hepatitis C Genotype                  3e

       This assay can detect the six (6) major HCV Genotypes and
       their most common subtypes.

       Several clinical studies have demonstrated that Genotype 1
       HCV may be more refractory to interferon monotherapy as
       well as to interferon plus ribavirin combination therapy.
       Sustained response rates are increased for Genotype 1
       infected patients when therapy is given for 48 weeks
       instead of 24 weeks.                                          TG

Please note:
       This test was developed and its performance character-
       istics determined by LabCorp.  It has not been cleared
       or approved by the U.S. Food and Drug Administration.

       The FDA has determined that such clearance or approval
       is not necessary. This test is used for clinical
       purposes.  It should not be regarded as investigational
       or for research.

CB: LabCorp Dublin                          Dir:  Rose Goodwin, MD
    6370 Wilcox Road, Dublin, OH 43016-1296
TG: LabCorp RTP                             Dir:  Myla Lai-Goldman, MD
    1912 Alexander Drive, RTP, NC 27709
For inquiries, the physician may contact: Branch: 412-937-1808  Lab: 614-889-1061

S. Czekai, Med Tech.

H. BEAM, MD
FCI MCKEAN

| MOSHIER, DONALD | 10924 052 | 201-844-1529-0 | Seq # 1081 |
|---|---|---|---|

FINAL REPORT                                                  Page 1 of 1

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 412-937-1808

©2004 Laboratory Corporation of America ® Holdings
All Rights Reserved
Ver: 1.00

000435

## ST. JOHN'S REGIONAL HEALTH CENTER
1235 E. Cherokee ~ Springfield, Mo. 65804

### CLINICAL LABORATORY
# Periodic

| | | |
|---|---|---|
| **Name:** | **MOSHIER, DONALD** | Client: St. John's Regional Health Center |
| SJRHC MRN: J0003117849  *10924-052* | | Location: MC SensitiveLOU |
| Birthdate: | 08/18/1961 | Order Physician: |
| Age / Sex: | 42 Years   Male | Copy To: |
| Pt. Fin No: | 420301408 | Admit Physician: Federal Medical Center, 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 |

---

## CHEMISTRY

### General Chemistry

Collection Date    07/19/2004
         Time           08:10

| Test Name | | Reference Range | Units |
|---|---|---|---|
| Ferritin | 180.0 | [17.9-464.0] | ng/mL |

07/19/2004 08:10:00  Ferr:
WARD MCK
ACCT # 5287
INMATE # 10924-052

S. Czekai, Med Tech.



| | |
|---|---|
| C | Critical Result |
| = | Abnormal Text Result |
| @ | Corrected Result |
| ^ | Footnote / Result Comment |

**Periodic**

Printed: 07/29/04  05:05
Page 1 of 1

000432

**LabCorp**
Laboratory Corporation of America

LabCorp Dublin
6370 Wilcox Road
Dublin, OH 43016-1296

Phone: 614-889-1061

| Patient Name | | | | Patient ID | | Specimen Number | Account Number | Control Number |
|---|---|---|---|---|---|---|---|---|
| MOSHIER, DONALD | | | | 10924 052 | | 201-844-1526-0 | 37806845 | AK437806845 |

| Sex | Date of Birth | Age (Y/M/D) | Fasting | Patient Phone | | Physician Name | | Physician ID |
|---|---|---|---|---|---|---|---|---|
| M | 08/18/61 | 42/11/01 | | | | Dr. Beam | | BEAM |

Additional Information

Account

Federal Correctional Institute          00
McKean County
Rt 59 & Big Shanty Road
Lewis Run PA  16738
814-362-8900

| Date and Time Collected | Total Volume | Date and Time Reported |
|---|---|---|
| 07/19/04 08:15 | | 07/24/04 08:06 ET |

Tests Ordered

HCV QuantaSure Plus(Non-Graph)

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **HCV QuantaSure Plus(Non-Graph)** | | | | | |
| International Units | 7,270,000 | | IU/mL | | TG |
| | | | | | TG |

Please note:

This test measures HCV RNA using real-time Polymerase
Chain Reaction (PCR) technology. The assay was developed
and its performance characteristics were determined by
Labcorp. It has not been cleared or approved by the U.S.
Food and Drug Administration.

The FDA has determined that such clearance or approval
is not necessary.  This test is used for clinical
purposes. It should not be regarded as investigational
or for research.

CB: LabCorp Dublin
    6370 Wilcox Road, Dublin, OH 43016-1296

TG: LabCorp RTP
    1912 Alexander Drive, RTP, NC 27709

Dir: Rose Goodwin, MD

Dir: Myla Lai-Goldman, MD

For inquiries, the physician may contact: Branch: 412-937-1808  Lab: 614-889-1061

*S. Gckai* MNT

C. Gzckai, Med Tech.

REVIEWED BY

H. BEAM, MD
FCI McKEAN

| MOSHIER, DONALD | 10924 052 | 201-844-1526-0 | Seq # 1073 |
|---|---|---|---|

FINAL REPORT

Page 1 of 1

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 412-937-1808.

©2004 Laboratory Corporation of America ® Holdings
All Rights Reserved
Ver: 1.00