RECEIVED

OCT 13 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Clerk of Court
Western District of
Pennsylvania
U.S. District Court
17 South Park Row, Rm. A 280
Erie, PA 16501

ATTN:
LEGAL
MAIL