UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

DONALD L. MOSHIER JR.,
    PLAINTIFF

V.

CASE No. 05-180-ERIE

FEDERAL BUREAU OF PRISONS, et.al
    DEFEENDANTS

PLAINTIFF SECOND MOTION FOR AN EXTENSION
TIME TO RESPOND TO DEFENDANTS REPLY TO
28 U.S.C. § 1983 COMPLAINT

    NOW COMES the plaintiff, Donald L. Moshier Jr. in Pro-Se hereby respectfully request of this Honorable Court for a **Second Extension Of Time** to file his **Traverse Response** to the defendant's reply from November 30, 2006 to **90 days from then** being, **March 16, 2007** for the following for going reasons:

(1)    The plaintiff had until November 30, 2006 to have his Traverse filed, but! the inmate that is assisting the plaintiff was taken to the Special Housing Unit (SHU) on November 16, 2006 and have all of the planitiff legals papers and documents, and plaintiff can't get them until he is

( 1 )

released/or alternative conclusion of the investigation that he is under. All of this is beyond plaintiff's control.

(2)    This second extension will in no way prejudice the defendant's, and will actually free up a little time for the U.S. Attorney to handle other matters that are before them.

(3)    As the Honorable Court have or did in the alternative granted the defendant's an extension of time to respond to the complaint, the plaintiff feels that he should be entitled to the same courtesy.

**Where as** the plaintiff respectfully request of this Honorable Court that this request be granted allowing him to file his Traverse Response on March 16, 2007 due to the circumstances that are beyond his control where as he prays.

Respectfully Submitted

*Donald L. Moshier Jr.*

DATE  11/17/  2006

Donald L. Moshier # 10924-052
USP Lewisburg, P.O.BOX 1000
LEWISBURG, PENNSYLVANIA  17837

# CERTIFICATE OF SERVICE

I, _Donald L Moshier Jr_, hereby certify that I have served a true and correct copy of the foregoing:

> MOTION FOR AN SECOND EXTENSION
> OF TIME TO FILE TRAVERSE RESPONSE

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, <u>Houston vs. Lack</u>, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

> U.S. ATTORNEY'S OFFICE
> FOR THE WESTERN DISTRICT OF PENNSYLVANIA
> US POST OFFICE & COURTHOUSE, ROOM 204
> 7th AND GRANT STREETS
> PITTSBURG, PENNSYLVANIA 15219

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this _17TH_ day of _NOVEMBER_, _06_.

Respectfully Submitted,

_Donald L Moshier_

REG. NO. _10924-052_