Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA 16501

legal mail

RECEIVED
NOV 29 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

legal mail

legal mail