Date 1/18/07

Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA 16501

FILED
'07 JAN 24 P1:14
CLERK
U.S. DISTRICT COURT

Civil No. 1:05-CV-00180-SJM-SPB

Your Honor, on November 17th 2006 I mailed you a motion for an second extension of time to file Traverse Response, yes you did grant me until 1/26/07.

However I'm in a very bad way. I was the victum of a stabbing, I was stabed 21 times on 12/23/06. During this time the person who was helping me with all of this, has been locked up and I found out that all of my papers have been lost or thrown away, so everything that the U.S Attorney's office sent to me, I no longer have, so I don't know what or how to write my Traverse Response.

I ask the courts if it could send me a copy of everything the U.S Attorney's office had filed and more time so that I may beable to file my Traverse Response.

I would also like to inform the Courts that I will be getting transferd within Six (6) weeks, As to where, I'm not sure until I get there at which time, I will give the Courts the change of address.

Respectfully
*Donald L Moshier Jr*
Donald L Moshier Jr #10924-052
U.S.P. Lewisburg, P.O. Box 1000
Lewisburg, PA. 17832