Inmate Name: Durell Mosher Jr.
Register Number: 10924-052
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal mail

CLERK'S Office
United States District Court
P.O. Box 1820
ERIE, Pennsylvania
16507

RECEIVED

JAN 2 4 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA