part pay- filing fee
rcpt # 07-161

$4.43

CA 05-180 E

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 07000161 - DM
         January 29, 2007

   Code    Case #    Qty      Amount
                              4.43 CH
   1ST CIVI 05-180 Erv

                              4.43
   TOTAL*

   FROM: DEPT OF JUSTICE BOP FOR
         DONALD HOSHIER
```