```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 07000224 - DM
         March 9, 2007

  Code    Case #    Qty     Amount

  1ST CIVI 05-180 Ecv        6.90 CH


  TOTAL→                     6.90


  FROM: DEPT OF JUSTICE/BOP FOR:
          DONALD MOSHIER
```

part pay
rcpt # 07-224

$6.90

CA 05-180