# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Donald L. Moshier, Jr.                          )
                                                )
                                                )
                                      Plaintiff )
                    vs.                         )        No.        CA 05-180 Erie
United States of America, et al                 )
                                                )
                                                )
                                     Defendants )

HEARING ON    March 22, 2007     Case Management Conference

Before    Chief U. S. Magistrate Judge Susan Paradise Baxter

Donald L. Moshier, Jr., pro se                  Megan E. Farrell, Esq., AUSA


_____Appear for Plaintiff_____             _____Appear for Defendant_____

Hearing Begun    10:30 am                       Hearing Adjourned to

Hearing concluded C.A.V.                        Stenographer Ron Bench
                                                CD:            Index:

**WITNESSES**

For Plaintiff                                   For Defendant

Plaintiff granted ~~for a minimum of time~~ extension to April 10 to file response to Defendents'

partial motion to dismiss, or in the alternative, partial motion for

summary judgment (Document #24)

Discovery ~~deadline~~ deadline - July 31, 2007