CA 05-180 E

Clerk of Courts
U.S District Court
Western District of PA
Erie PA.

Date 3/21/07

Donald C Moshier Jr
Reg # 10924 052
FCI Schuylkill
P.O. Box 759
Minersville, PA
17954-0759

To Clerk of Courts,

I'm writing this letter to inform the courts that I've been transferred to another facility, so I've got a new address which is above.

Sincerely
Donald C Moshier Jr

FILED '07 MAR 26 AM 10:16 CLERK U.S. DISTRICT COURT

Daniel Mathier Jr 10924-052
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Legal Mail

Mailed from
Federal Correctional Institution
Schuylkill Pa.

HARRISBURG PA 170
22 MAR 2007 PM 3 L

TO Clerk's Office
United States District Court
P.O. Box 1820
Erie, PA 16507

16507+0820



**RECEIVED**

MAR 26 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA