Donald L. Mosbier
#10924-052
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill Pa.

HARRISBURG PA 171
30 MAR 2007 PM 1 T



TO   UNITED STATES DISTRICT COURT
      P.O. Box 1820
      ERIE, PENNSLYVANIA 16507

LEGAL MAIL

16507+0820