

RECEIVED
APR 1 3 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Legal Mail

clerk of the court
SUSAN PARADISE BAXTER
United States District Court
Western District of Pennslyvania
17 South Park Row, Room A280
Erie, PA 16501

Donald L. Moshier, Jr.
#10924-052
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954

legal
Mail