IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF PENNSLYVANIA

DONALD L. MOSHIER JR.,         )
                               )
                               )
        V.                     )
                               )
UNITED STATES FEDERAL          )     CASE NO: 05- 180 erie
                               )
BUREAU OF PRISONS, EL AL.,     )
                               )
        DEFENDANTS.            )

MOTION FOR LEAVE TO RESPOND TO

DEFENDANTS  FIRST SET OF INTERROGATORIES

AND REQUESTS FOR PRODUCTION OF DOCUMENTS

COMES NOW, DONALD L. MOSHIER JR. petitioner, pro-se, to to respectfully move this Honorable court for leave of time to gather and answer U.S. attorneys, first set of interrogatories and request for production of documents, the U.S. attorney ask for answers within (30) days from date of service, I just recieved it today at 4:30pm,5-02-07. it was mailed to me on 4-20-07. it seems that all my mail takes up to (10) days or more to reach me, if at all. so I ask this court to grant me (60) days, or until june 30th,07 to respond.

## EXCUSABLE ERROR

Petitioner is a layman at law, therefore, he relies upon **EXCUSABLE ERROR Pro Se,** pleading this court will hold his motions to less stringent standards than formal pleading drafted by lawyers, pursuant to <u>hains v. Kerner</u>, 404 U.S. 519, 92 S. Ct. 954 (1972), cited in <u>Huges v. Bowe</u>, 449 U.S. 5, 101 S. Ct. 173, 176 (1980).

CERTIFICATE OF SERVICE

I hereby certifty a true and accurate copy of the foregoing motion for leave of time, to be sentby regular U.S.Mail, this 3rd day of may, 07. postage prepaid to: Mary Beth Buchanan, United States Attorney 700 Grant ST., Suite 4000, Pittsburgh, PA 15219.

Donald L.Moshier, JR.

REG# 10924-052
F.C.I.SchuyLKill
PO. BOX. 759
MinersVille. PA.
17954