10924-052
DONALD L MOSHIER JR.
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill Pa.

HARRISBURG PA 171
02 MAY 2007 PM 3 T

TO Susan Paradise Baxter
Chief United States Magistrate Judge
United States District court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA 16501

16501$1155

RECEIVED
MAY 07 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA