Donald L. Moshier, Jr.
#10924-052

Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill Pa.

RECEIVED
MAY 30 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

LEGAL MAIL

TO  Susan Paradise Baxter
    Chief United States Magistrate Judge
    United States District Court
    Western District of Pennsylvania
    17 South Park Row, Room A280
    Erie, PA 16501