part pay
#07-392

CA 05-180

```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000392 - DM
June 8, 2007

Code    Case #    Qty       Amount

1ST CIVI 05-180 E           1.52 CH


TOTAL→              1.52


FROM: DEPT OF JUSTICE/BOP
      DONALD HOSHIER
```