IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF PENNSLYVANIA

DONALD L. MOSHIER JR.,                )
                                      )
                                      )
        V.                            )
                                      )
                                      )           CASE NO: 05- 180 erie
UNITED STATES FEDERAL                 )
                                      )
BUREAU OF PRISONS, EL AL.,            )
                                      )
        DEFENDANTS.                   )
                                      )

MOTION FOR LEAVE TO RESPOND TO

DEFENDANTS FIRST SET OF INTERROGATORIES

AND REQUESTS FOR PRODUCTION OF DOCUMENTS

    COMES NOW, DONALD L. MOSHIER JR. petitioner, pro-se, to
to respectfully move this Honorable court for leave of time
to gather and answer U.S. attorneys, first set of interrogatories
and request for production of documents, the U.S. attorney ask
for answers within (30) days from date of service, I just
recieved it today at 4:30pm, 5-02-07. it was mailed to me on
4-20-07. it seems that all my mail takes up to (10) days or
more to reach me, if at all. so I ask this court to grant
me (60) days, or until june 30th, 07 to respond.

## EXCUSABLE ERROR

Petitioner is a layman at law, therefore, he relies upon **EXCUSABLE ERROR Pro Se,** pleading this court will hold his motions to less stringent standards than formal pleading drafted by lawyers, pursuant to **hains v. Kerner,** 404 U.S. 519, 92 S. Ct. 954 (1972), cited in **Huges v. Rowe,** 449 U.S. 5, 101 S. Ct. 173, 176 (1980).

CERTIFICATE OF SERVICE

I hereby certifty a true and accurate copy of the foregoing motion for leave of time, to be sentby regular U.S.Mail,this 3rd day of may, 07. postage prepaid to: Mary Beth Buchanan, United States Attorney 700 Grant ST., Suite 4000, Pittsburgh, PA 15219.

*Donald L. Moshier Jr. [signature]*

Donald L.Moshier, JR.

REG# 10924-052
F.C.I.SchuyLKill
PO. BOX. 759
MinersVille. PA.
17954