IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD L. MOSHIER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-180(ERIE) |
| | ) | |
| v. | ) | JUDGE MCLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Electronically Filed |
| Defendant. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant's Motion for Leave to Depose Plaintiff, and upon further consideration of any response thereto,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and that Defendant shall be permitted to depose Plaintiff upon oral examination by telephone or other remote electronic means (live video conferencing) during the week of July 30, 2007.

_____
J.

cc: All parties of record