part pay filing fee
rcpt # 07-447

$.03

CA 05-180 E

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000447 - DM
July 13, 2007

Code   Case #   Qty      Amount

1ST CIVI 05-180 E                 0.03 CH

TOTAL→              0.03

FROM: DEPT OF TREASURY FOR:
D. NOSHIER