# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Donald L. Moshier, Jr. )
)
)
Plaintiff )
vs. ) No.   CA 05-180 Erie
United States of America, et al )
)
)
Defendants )

HEARING ON   August 30, 2007   Status Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

| Donald L. Moshier, Jr., pro se | Megan E. Farrell, Esq., AUSA |
| --- | --- |
| | Phil O'Connor, Esq. AUSA |
| Appear for Plaintiff | Appear for Defendant |
| Hearing Begun  10:35 am | Hearing Adjourned to |
| Hearing concluded C.A.V.  10:40 am | Stenographer  Janis Ferguson |
| | CD:     Index: |

### WITNESSES

| For Plaintiff | For Defendant |
| --- | --- |

Deadline for summary judgment motion - October 12, 2007

Response due November 16, 2007

Reply brief due November 26, 2007