```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

      #  07000532  -  SP
      September 10, 2007

   Code    Case #    Qty    Amount

   1ST CIVI CA-05-180E           $.75 CH


   TOTAL→                   0.75


   FROM: U.S. TREASURY FOR DONALD
         MOSHER
```

1:05-CV-180
part pay
$.75