```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 08000014 - SP
        October 9, 2007

   Code    Case #    Qty       Amount

   1ST CIVI 05-180E                4.47 CH


   TOTAL→                          4.47


   FROM: U.S. TREASURY FOR DONALD
         KOSHIER
```