IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD L. MOSHIER, JR | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-180(ERIE) |
| | ) | |
| v. | ) | JUDGE MCLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Electronically Filed |
| Defendant. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 200_, upon consideration of Defendant the United States' Motion for Summary Judgment, and upon consideration of any response thereto,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED and that judgment be, and hereby is, entered in favor of Defendant the United States of America, and against Plaintiff Donald L. Moshier, Jr., on all the claims set forth in the above-captioned action.

_____, J.

cc:   All parties of record