IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD L. MOSHIER, JR | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-180(ERIE) |
| | ) | |
| v. | ) | JUDGE MCLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Electronically Filed |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS IN SUPPORT OF**
**THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1(B)(3) of the Western District of Pennsylvania, defendant the United States of America, by its undersigned counsel, files the attached Appendix of Exhibits in Support of the United States' Motion for Summary Judgment:

1. Plaintiff's Answers to Defendant's First Set of Interrogatories and Requests for Production of Documents;

2. Donald L. Moshier deposition transcript (relevant excerpts);

3. Expert Report of Barry Kisloff, M.D., FACP;

4. Curriculum Vitae of Barry Kisloff, M.D., FACP;

5. Declaration of A Bussanich, M.D.;

5a. Plaintiff's Prison Medical Records;

6. The Federal Bureau of Prisons Clinical Practice Guidelines for the Prevention and Treatment of Viral Hepatitis (February 2003); and

7. Cayuga Medical Center at Ithaca, Operative Note (6/6/99).

                        Respectfully submitted,

                        MARY BETH BUCHANAN
                        United States Attorney

                        /s Megan E. Farrell
                        MEGAN E. FARRELL
                        Assistant U.S. Attorney
                        Western District of PA
                        700 Grant Street, Suite 4000
                        Pittsburgh, PA 15219
                        (412) 894-7429
                        PA I.D. No. 76972

Dated: October 12, 2007          Counsel for defendant the United States of America