# EXHIBIT 2

# In The Matter Of:

*Donald L. Moshier, Jr., v.*
*United States of America, et al.*

---

*Donald L. Moshier, Jr.*
*July 30, 2007*

---

*Morse Gantverg & Hodge Court Reporters, Inc.*
Suite 719, One Bigelow Square
Pittsburgh, Pennsylvania  15219
1-800-966-4157

Original File MoshierJr.txt, Pages 1-120

**Word Index included with this Min-U-Script®**

Page 29

[1] with Hepatitis C?
[2] A. Yes.
[3] Q. In your own words, do you know what Hepatitis C is?
[4] A. Yeah, it's a disease that eventually kills ya.
[5] Q. Do you know how it kills you?
[6] A. It eats your liver up.
[7] Q. When did you first find out that you have Hepatitis C?
[8] A. Um, when I got to prison.
[9] Q. Do you remember what year?
[10] A. 2002.
[11] Q. Do you remember why you were tested for Hepatitis C?
[12] A. I asked to be tested.
[13] Q. And why did you ask to be tested for Hepatitis C?
[14] A. Oh, because I was sick. I was feeling sick all the time
[15] and I was talking to somebody else that had Hepatitis C, he
[16] said, my God, he says I feel that way, too. You better get
[17] checked. So I figured I better get checked.
[18] Q. You said you were feeling sick all the time. What kind of
[19] symptoms were you experiencing?
[20] A. Well, I still feel it.
[21] Q. Well, let's talk about that time.
[22] A. At the time I was fatigue, no energy. I felt like I had a
[23] cold all the time going on, headaches, nausea.
[24] Q. And you mentioned -- I'm sorry?
[25] A. Just normal type, like having a normal cold like, that

Page 30

[1] type of feeling.
[2] Q. And you mentioned that you talked to somebody else who had
[3] Hepatitis C. Who was that person?
[4] A. Oh, I don't know, some inmate that was there.
[5] Q. Do you remember that inmate's name?
[6] A. Off the top of my head, I talked to several of them. I
[7] talked to several people there. But I believe it might have
[8] been Raymond Cornwell.
[9] Q. I'm sorry, what was that name?
[10] A. I said I believe it might have been Ray Cornwell that I
[11] talked to first about it. He is one of my witnesses I believe.
[12] Q. Did you say that name was Ray Cornwell? I'm just trying
[13] to gets it for the court reporter.
[14] A. Yeah.
[15] Q. Raymond Cornwell, C-o-r-n-w-e-l-l; is that correct?
[16] A. Yes.
[17] Q. Okay. Any other inmates that you talked to that told you
[18] to get tested for Hepatitis C?
[19] A. Well, I talked to Ray. I talked to a few of them. I
[20] talked to my cell mate at the time.
[21] Q. And who was your cell mate?
[22] A. He didn't know nothing.
[23] Q. Okay.
[24] A. At the time it was James Fowers.
[25] Q. James Fowers, F-o-w-e-r-s; correct?

Page 31

[1] A. Correct.
[2] Q. Okay.
[3] A. I talked to Darryl Cherry.
[4] Q. Okay.
[5] A. I got these guys down as witnesses here.
[6] Q. Okay. We'll go over that later. So the inmates that you
[7] are saying you talked to who advised you to get tested were
[8] Raymond Cornwell and Darryl Lee Cherry; is that correct?
[9] A. Well, I talked to them about it. They didn't advise me
[10] nothing.
[11] Q. Okay.
[12] A. I just said well, I'm going to get tested. James Fowers,
[13] I had already been tested and he didn't come into the scene for
[14] a year later. But he was my cell mate a year or two later, you
[15] know, and he seen how sick I was all the time.
[16] Q. Okay.
[17] A. I had Hep C.
[18] Q. I'm asking who you talked to at the time that you were
[19] tested for Hepatitis C when you requested to be tested. And
[20] that you said was Ray Cornwell and Darryl Cherry?
[21] A. Yeah. Yeah, then I talked to those guys. Other names, I
[22] don't know.
[23] Q. Okay.
[24] A. Not that I can remember offhand.
[25] Q. Was there any other reason that you requested being tested

Page 32

[1] for Hepatitis C?
[2] A. Well, because I had tattoos throughout the years of my
[3] life, and that was one of the big things. Plus I used to use
[4] needles when I was younger.
[5] Q. What do you mean you used to use needles when you were
[6] younger? Are you referring to intravenous drug use?
[7] A. Yes, exactly.
[8] Q. I've already marked some documents as exhibits.
[9]     MS. FARRELL: Mr. Helder, could you show Mr. Moshier,
[10] Moshier Exhibit 2?
[11] A. Got it right here.
[12] Q. Okay. I'm going to ask you to turn to page 107 and let me
[13] just identify that for the record. Exhibit 2 is a series of
[14] medical records and because of the way we are doing this
[15] deposition by satellite, if it's okay, I'm going to identify
[16] them as we go through them because I may not use all of them.
[17] But I'm asking you to turn to page 107. Do you see that there?
[18] It's a chronological --
[19] A. I don't see no numbers on them.
[20] Q. Do you have something that's marked on the front that says
[21] Defendant's Exhibit Moshier 2?
[22] A. Yeah.
[23] Q. Okay. And do you see in the bottom right-hand corner
[24] there is numbers on that first page it's 000074?
[25] A. Okay, yeah, I got it.

Page 33

[1] Q. Okay. I'm sorry.
[2] A. 102?
[3] Q. No, sir, 107, please.
[4] A. All right.
[5] Q. Let me know when you are there. And --
[6] A. I'm there.
[7] Q. And that is a chronological record of medical care. I'm
[8] going to ask you to look around the middle of the page there is
[9] an entry on the right hand side that says 9/2/03.
[10] A. Yeah.
[11] Q. And then there is corresponding text about three lines
[12] down. I'm going to read it. It says "wants Hep C test, IV drug
[13] use, snort cocaine, unprotected sex." Do you see that there?
[14] A. Yep.
[15] Q. I just want to know if that document refreshes your
[16] recollection that you requested a test for Hepatitis C because
[17] you had a history of IV drug use, cocaine and unprotected sex?
[18] A. Yes, just like it says.
[19] Q. Okay. Do you know how Hepatitis C spreads?
[20] A. Through blood.
[21] Q. Okay.
[22] A. Transfusion of blood.
[23] Q. And how did you learn this?
[24] A. I learned it by writing to places and getting information
[25] on it.

Page 34

[1] Q. What places did you write to?
[2] A. I don't know now. I ain't got all that paperwork here. I
[3] wrote to several hepatitis places. I wrote, I know one was out
[4] in California. I got information other places. I talked to
[5] Dr. Beam about it.
[6] Q. When did you write to places requesting information about
[7] Hepatitis C?
[8] A. Oh, as soon as I found out I had it.
[9] Q. Okay. And if you have those records, I understand you are
[10] in, you said you are in the SHU currently; is that correct?
[11] A. Yeah.
[12] Q. When you get access to your records, I think there is a
[13] response, those are responsive to requests I asked you for
[14] information, if you could send me, you know, the letters that
[15] you have written and information you have received in response
[16] about Hepatitis C, could you do that for me?
[17] A. Yeah, I don't know if I have any of that stuff yet.
[18] Q. Okay.
[19] A. When I transferred from Lewisburg to here, a lot of my
[20] things were gone, you know what I mean.
[21] Q. Okay.
[22] A. So I don't even know if I have them. I'll look and see
[23] what I have.
[24] Q. When you get access to those documents, if you have
[25] anything, like I said, please send that to me, because I think

Page 35

[1] that's responsive to our requests for information --
[2] A. Yes.
[3] Q. -- that we sent you. Okay. And I just want to follow up
[4] on what I just read on page 107 and what you talked about
[5] earlier. You said you had a history of IV drug use. And I just
[6] want to know which drugs have you taken intravenously?
[7] A. Cocaine.
[8] Q. Any others?
[9] A. No.
[10] Q. When is the first time you took cocaine intravenously?
[11] A. Back in, I don't know, back in '85 maybe, '86, somewhere
[12] around back in the '80s there.
[13] Q. And approximately when is the last time you used cocaine
[14] intravenously?
[15] A. Around '87, '88.
[16] Q. Can you estimate or do your best how many times you have
[17] taken cocaine intravenousl?
[18] A. Yeah, not many. Maybe 15, 20 times.
[19] Q. Okay. During the times that you used cocaine
[20] intravenously, did you share needles with anybody?
[21] A. No.
[22] Q. Did you ever share any other equipment for injecting
[23] cocaine such as cotton or spoons or water?
[24] A. No.
[25] Q. Did you use cocaine intravenously with anybody who you

Page 36

[1] knew or now know had Hepatitis C?
[2] A. No.
[3] Q. Okay. I also want to follow up on the statement to the
[4] physician's assistant that you requested the Hepatitis C test
[5] because you had unprotected sex. Is it correct that prior to
[6] your incarceration you had unprotected sex?
[7] A. Yeah.
[8] Q. Did you ever have a sexual partner who you knew or now
[9] know had Hepatitis C?
[10] A. No.
[11] Q. Did you receive a blood transfusion prior to 1992?
[12] A. No.
[13] Q. Okay.
[14] A. I don't believe so.
[15] Q. And you also mentioned that you have had tattoos?
[16] A. Yes.
[17] Q. Do you know if the needles used for tattooing were used on
[18] anyone with Hepatitis C?
[19] A. No, they weren't.
[20] Q. How many tattoos do you have?
[21] A. 1, 2, 3, 4.
[22] Q. Okay. So four tattoos?
[23] A. Yes.
[24] Q. And did you receive all of those tattoos at tattoo
[25] parlors, I guess for lack of a better term, or were any of those

Case 1:05-cv-00180-SJM-SPB   Document 53-3   Filed 10/12/2007   Page 5 of 11

Donald L. Moshier, Jr.                                                    Donald L. Moshier, Jr., v.
July 30, 2007                                                             United States of America, et al.

Page 61

[1] here with me, but I did just get them medical records here last
[2] week.
[3] Q. Okay. I'm going to switch around documents here. Do you
[4] see a document entitled Defendant's Exhibit Moshier 1, do you
[5] have that with you?
[6] A. What is that?
[7] Q. There is a --
[8] A. Is that the Interrogatories?
[9] Q. Yes, sir.
[10] A. Uh-huh.
[11] Q. It's entitled Defendant's First Set of Interrogatories
[12] and --
[13] A. I got it, yep, right here.
[14] Q. Okay. And just so you know I'm going to try not to cut
[15] you off, too, so if you can try to remember to let me finish my
[16] question.
[17] A. Okay.
[18] Q. Just for the benefit of the court reporter. I'm going to
[19] identify this document, Moshier Exhibit 1 is Defendant's First
[20] Set of Interrogatories and Request for Production of Documents.
[21] And what I marked has your typewritten answers to each
[22] Interrogatory.
[23]     Can you turn please to page 21, your Answer to
[24] Interrogatory number 16. Let me know when you are on that page.
[25] A. Yep.

Page 62

[1] Q. And the first part of your answer I'm going to read it
[2] says "It is an established fact that in the very beginning the
[3] Plaintiff was interviewed by prison staff, he stated he may have
[4] contacted Hepatitis C, some 20-years prior." Do you see that
[5] there?
[6] A. Yep.
[7] Q. So who did you tell from the prison staff that you may
[8] have contacted Hepatitis C 20 years ago?
[9] A. Well, Dr. Beam.
[10] Q. Okay.
[11] A. That's what we were having the discussion about. Where he
[12] told me, how most people get Hepatitis C is through intravenous
[13] drugs. I said well, I probably had it 20 years then. Because
[14] that's when I did the drugs 20 years ago.
[15] Q. Okay. Thanks for clarifying your answer. You can put
[16] that document away. I want to go back to page 101 from
[17] Deposition Exhibit 2. A few lines, maybe like two-thirds down
[18] the page there is a typed written entry "recent lab results"; do
[19] you see that there?
[20] A. I see something written there.
[21] Q. Okay. On page 100 recent lab results on that same line in
[22] handwriting, it says "in contact with attorney"?
[23] A. Okay.
[24] Q. Do you see that, sir?
[25] A. Yeah, I'm on the wrong page.

Page 63

[1] Q. Page 100 of Exhibit 2?
[2] A. 101?
[3] Q. No, 100, please.
[4] A. Oh, page 100, okay.
[5] Q. It's across from the typed line "recent lab results." And
[6] I just wanted to refer you to the handwriting that reads "in
[7] contact with attorney." Do you see that, sir?
[8] A. Oh, yeah, okay, yep.
[9] Q. My question is just whether you told Dr. Beam that you
[10] were in contact with an attorney on --
[11] A. Yeah, I told him I was trying, I was -- excuse me. I told
[12] him that I was trying to obtain an attorney. I had contacted
[13] several and I hadn't gotten no results from any of them yet.
[14] But I told him, that, that I was in contact with an attorney.
[15] Q. And as you sit here --
[16] A. I wrote to them. Actually I wrote to them, I wasn't
[17] in contact. Because I can't make no calls for nothing like
[18] that.
[19] Q. I understand.
[20] A. But I had wrote letters.
[21] Q. And as you sit here today, you can't remember the names of
[22] the attorneys that you wrote to around that time?
[23] A. Not offhand, no.
[24] Q. Okay. And that same line says recent lab results it
[25] indicates that you are ALT levels were 115; correct?

Page 64

[1] A. That's correct.
[2] Q. And is that the first time you had your ALT levels tested,
[3] if you remember?
[4] A. No. I don't think that was the first time, no.
[5] Q. Okay. Do you know an earlier time when you had ALT
[6] results?
[7] A. I don't know. I don't know offhand.
[8] Q. Okay. Now, you continued to file requests to staff asking
[9] for specific treatment for Hepatitis C; am I correct?
[10] A. Yes.
[11] Q. And didn't Dr. Beam explain to you that the BOP guidelines
[12] for treating Hepatitis C suggested monitoring ALT levels over
[13] time before antiviral treatment was initiated? Did he explain
[14] that to you?
[15] A. Yes, he did, and I said, and I showed him paperwork that I
[16] had, I took down two of them that state here you should be
[17] treated right away, not wait until it's three times the normal.
[18] That would be like if I had cancer, waited until it got three
[19] times the normal, now there is nothing they can do for me. You
[20] know what I'm saying? That don't make no sense. It's like any
[21] disease, the faster, quicker you treat it, better off.
[22] Q. Do you have a copy --
[23] A. And I took him that.
[24] Q. Do you have a copy of the paperwork that you showed to
[25] Dr. Beam?

Page 73

[1] incarceration. And I just want to make sure I understand your
[2] answer. I had down that you had unprotected sex approximately
[3] 50 times. Is that all with different partners or is that number
[4] of times? Can you clarify your answer for me?
[5] A.  Number of times.
[6] Q.  Okay. About how many different partners could you
[7] estimate did you have unprotected sex with?
[8] A.  Approximately 10, 15.
[9] Q.  Okay. Do you remember if blood was ever exchanged at any
[10] time that you had unprotected sex?
[11] A.  No.
[12] Q.  No, it wasn't exchanged, just to clarify?
[13] A.  No, it wasn't exchanged.
[14] Q.  Or was there ever any blood caused as a result of sex
[15] while you had unprotected sex?
[16] A.  Not to my knowledge, no.
[17] Q.  And have you ever had unprotected homosexual sex?
[18] A.  No.
[19] Q.  Have you ever had unprotected heterosexual anal sex?
[20] A.  No.
[21] Q.  Thank you. And we also talked just before the break about
[22] the times that your ALT levels were tested, and I think your
[23] testimony, and I just want to make sure I understand it, is that
[24] your ALT levels were checked more than three times before your
[25] referral for a liver biopsy, is that what you were saying?

Page 74

[1] A.  I believe so, yes.
[2] Q.  Okay. I just wanted to make sure, because I understand
[3] your ALT levels were checked more than three times throughout
[4] the course of your medical treatment. I just want to make sure
[5] that you are saying they were checked more than three times
[6] before your liver biopsy. And that's your testimony?
[7] A.  I believe so, yes.
[8] Q.  Okay. And like we talked about before, if you can point
[9] to dates other than I mentioned which were October '03, February
[10] and April '04, you will contact me; right?
[11] A.  Yes.
[12] Q.  Or let me know. Or I'm sorry, May 2004. I was just
[13] corrected. Thanks. And then we talked about that antiviral
[14] therapy was initiated in 2004; right?
[15] A.  Yes.
[16] Q.  And did that result in bringing your ALT levels to within
[17] normal limits?
[18] A.  No, it did not.
[19] Q.  Okay. Do you know when was the last time you had your ALT
[20] levels checked?
[21] A.  Geez, I think they did them here once, I'm not sure. I
[22] don't have my paperwork with me.
[23] Q.  Okay. So you don't remember what your last ALT level was?
[24] A.  No.
[25] Q.  Okay. But the antiviral therapy did reduce your ALT

Page 75

[1] levels, didn't it?
[2] A.  I believe it started to, yes.
[3] Q.  Okay. What do you mean it started to?
[4] A.  Well, let me explain that a little bit. When they give
[5] you the first dose of Interferon, that was a full dose. After
[6] that first dose I got sick from it so Dr. Beam lowered it down
[7] to like a half a dose. Then from a half a dose down to a
[8] quarter of a dose. Then he shut me off completely.
[9] Q.  Okay. You did receive 24 weeks of antiviral therapy,
[10] though, didn't you?
[11] A.  No.
[12] Q.  Okay. Do you remember how many --
[13] A.  No, I was short, I was short I think one dose.
[14] Q.  I'm sorry?
[15] A.  None of it was -- I was short one dose, I believe. And
[16] the records would show that somewhere. But none of it were full
[17] doses, so I didn't get the full treatment.
[18] Q.  Okay. Well, I didn't send you those records, but I think
[19] the records will speak for themselves. But it's your contention
[20] that you didn't receive a full course of antiviral therapy,
[21] though, that's what you are saying?
[22] A.  Exactly.
[23] Q.  Okay. And we'll get to some of that. I want to ask you
[24] about your claims in this lawsuit. You allege in this action
[25] that the United States was negligent and committed medical

Page 76

[1] malpractice with regard to the treatment you received for your
[2] Hepatitis C; is that correct?
[3] A.  That's correct.
[4] Q.  And your Amended Complaint also alleged constitutional
[5] claims and medical malpractice claims related to treatment you
[6] received for a growth on the side of your stomach and
[7] gallbladder problems; is that correct?
[8] A.  That's correct.
[9] Q.  And you understand that some of your claims have been
[10] dismissed by the Court including all your constitutional
[11] violations, as well as your medical malpractice claims with
[12] regard to the growth on the side of your stomach and your
[13] gallbladder problems, you understand that; right?
[14] A.  Yes.
[15] Q.  Okay. Because I'm going to ask you about your claims, and
[16] because those claims have been dismissed, I'm going to ask you
[17] to limit your answers to my questions to the claims that remain
[18] in this lawsuit, which are medical malpractice and negligence
[19] related to the treatment for your Hepatitis C. Do you
[20] understand that?
[21] A.  Right.
[22] Q.  Okay.
[23] A.  Yes.
[24] Q.  Can you describe for me each and every way that you
[25] contend the United States was negligent and/or committed medical

Page 73

[1] incarceration. And I just want to make sure I understand your
[2] answer. I had down that you had unprotected sex approximately
[3] 50 times. Is that all with different partners or is that number
[4] of times? Can you clarify your answer for me?
[5] A.  Number of times.
[6] Q.  Okay. About how many different partners could you
[7] estimate did you have unprotected sex with?
[8] A.  Approximately 10, 15.
[9] Q.  Okay. Do you remember if blood was ever exchanged at any
[10] time that you had unprotected sex?
[11] A.  No.
[12] Q.  No, it wasn't exchanged, just to clarify?
[13] A.  No, it wasn't exchanged.
[14] Q.  Or was there ever any blood caused as a result of sex
[15] while you had unprotected sex?
[16] A.  Not to my knowledge, no.
[17] Q.  And have you ever had unprotected homosexual sex?
[18] A.  No.
[19] Q.  Have you ever had unprotected heterosexual anal sex?
[20] A.  No.
[21] Q.  Thank you. And we also talked just before the break about
[22] the times that your ALT levels were tested, and I think your
[23] testimony, and I just want to make sure I understand it, is that
[24] your ALT levels were checked more than three times before your
[25] referral for a liver biopsy, is that what you were saying?

Page 74

[1] A.  I believe so, yes.
[2] Q.  Okay. I just wanted to make sure, because I understand
[3] your ALT levels were checked more than three times throughout
[4] the course of your medical treatment. I just want to make sure
[5] that you are saying they were checked more than three times
[6] before your liver biopsy. And that's your testimony?
[7] A.  I believe so, yes.
[8] Q.  Okay. And like we talked about before, if you can point
[9] to dates other than I mentioned which were October '03, February
[10] and April '04, you will contact me; right?
[11] A.  Yes.
[12] Q.  Or let me know. Or I'm sorry, May 2004. I was just
[13] corrected. Thanks. And then we talked about that antiviral
[14] therapy was initiated in 2004; right?
[15] A.  Yes.
[16] Q.  And did that result in bringing your ALT levels to within
[17] normal limits?
[18] A.  No, it did not.
[19] Q.  Okay. Do you know when was the last time you had your ALT
[20] levels checked?
[21] A.  Geez, I think they did them here once, I'm not sure. I
[22] don't have my paperwork with me.
[23] Q.  Okay. So you don't remember what your last ALT level was?
[24] A.  No.
[25] Q.  Okay. But the antiviral therapy did reduce your ALT

Page 75

[1] levels, didn't it?
[2] A.  I believe it started to, yes.
[3] Q.  Okay. What do you mean it started to?
[4] A.  Well, let me explain that a little bit. When they give
[5] you the first dose of Interferon, that was a full dose. After
[6] that first dose I got sick from it so Dr. Beam lowered it down
[7] to like a half a dose. Then from a half a dose down to a
[8] quarter of a dose. Then he shut me off completely.
[9] Q.  Okay. You did receive 24 weeks of antiviral therapy,
[10] though, didn't you?
[11] A.  No.
[12] Q.  Okay. Do you remember how many --
[13] A.  No, I was short, I was short I think one dose.
[14] Q.  I'm sorry?
[15] A.  None of it was -- I was short one dose, I believe. And
[16] the records would show that somewhere. But none of it were full
[17] doses, so I didn't get the full treatment.
[18] Q.  Okay. Well, I didn't send you those records, but I think
[19] the records will speak for themselves. But it's your contention
[20] that you didn't receive a full course of antiviral therapy,
[21] though, that's what you are saying?
[22] A.  Exactly.
[23] Q.  Okay. And we'll get to some of that. I want to ask you
[24] about your claims in this lawsuit. You allege in this action
[25] that the United States was negligent and committed medical

Page 76

[1] malpractice with regard to the treatment you received for your
[2] Hepatitis C; is that correct?
[3] A.  That's correct.
[4] Q.  And your Amended Complaint also alleged constitutional
[5] claims and medical malpractice claims related to treatment you
[6] received for a growth on the side of your stomach and
[7] gallbladder problems; is that correct?
[8] A.  That's correct.
[9] Q.  And you understand that some of your claims have been
[10] dismissed by the Court including all your constitutional
[11] violations, as well as your medical malpractice claims with
[12] regard to the growth on the side of your stomach and your
[13] gallbladder problems, you understand that; right?
[14] A.  Yes.
[15] Q.  Okay. Because I'm going to ask you about your claims, and
[16] because those claims have been dismissed, I'm going to ask you
[17] to limit your answers to my questions to the claims that remain
[18] in this lawsuit, which are medical malpractice and negligence
[19] related to the treatment for your Hepatitis C. Do you
[20] understand that?
[21] A.  Right.
[22] Q.  Okay.
[23] A.  Yes.
[24] Q.  Can you describe for me each and every way that you
[25] contend the United States was negligent and/or committed medical

**Page 77**

[1] malpractice with regard to the treatment it provided for your
[2] Hepatitis C?
[3] A. Can I explain that to you?
[4] Q. Yes, sir.
[5] A. Yeah, I can explain it. By refusing to treat me, for one.
[6] Not outright refuse me, but delayed the process for over a year.
[7] Q. Okay. Is there any other way that you believe the United
[8] States was negligent or committed malpractice, other than by
[9] delaying your treatment for a year?
[10] A. Um, well, yeah. They, like I say, all the other problems
[11] I had, other medical problems that I have and I still have now.
[12] Q. Okay.
[13] A. Because of that delay. One of the reasons that I'll
[14] use as an exhibit down the road, why I lost my gallbladder,
[15] okay.
[16] Q. So you believe that --
[17] A. I can't --
[18] Q. You believe --
[19] A. You are telling me I can't go into that because that was
[20] dismissed. But that's part, that's what started this, the
[21] Interferon, the lack of treatment taking so long in delaying it
[22] let my disease progress so long, so far, when I started, when
[23] they finally started giving me the treatment, that's when I
[24] started having all the problems with gallbladder and what not.
[25] Q. So are you saying that your gallbladder problems were

**Page 78**

[1] caused by the antiviral therapy or by the delay in initiating
[2] antiviral therapy?
[3] A. I was saying by the delay and the lack of medical
[4] treatment.
[5] Q. Okay. What evidence do you have that your gallbladder
[6] problems were caused by the delay in initiating antiviral
[7] therapy?
[8] A. Well, I don't have any evidence to that effect.
[9] Q. Okay. It's just your belief that the delay caused you to
[10] have gallbladder problems?
[11] A. Yes.
[12] Q. Okay. Are there any other ways that you believe the
[13] United States was negligent with regard to treating your
[14] Hepatitis C other than the delay in treatment which also caused
[15] gallbladder problems?
[16] A. I don't know at this point in time.
[17] Q. Okay.
[18] A. Again, I can't answer that.
[19] Q. Who specifically was negligent or committed medical
[20] malpractice?
[21] A. Who specifically?
[22] Q. Yes, sir.
[23] A. The staff at FCI McKean.
[24] Q. Which individuals?
[25] A. Well, it was Dr. Olson, Dr. Smith, Dr. Beam, the warden,

**Page 79**

[1] all them. All of them pass the buck down the road, down the
[2] line, pass the buck, pass the buck. That's, you know, nobody
[3] wanted to do nothing.
[4] Q. How was Dr. Olson negligent?
[5] A. How was he? Because he refused to even speak to me. He
[6] just passed me, he said I'm going to refer you to Dr. Beam.
[7] Same with Dr. Smith.
[8] Q. And how was Dr. Beam negligent?
[9] A. Well, he is negligent in the part he wouldn't treat me.
[10] And he tells me, in his own words he told me, he said that "my
[11] hands are tied. I can't do nothing without OJ. He says if it
[12] was up to me, I'd be treating you right now."
[13] Q. And when did Dr. Beam make that statement to you?
[14] A. He made that statement to me on, right after I started --
[15] I believe it was during the time that, on the 16th there. I
[16] believe it was around that time then.
[17] Q. Around when, I'm sorry?
[18] A. When I had, on 10/16 when I had a meeting with him.
[19] Q. Okay.
[20] A. When I had an appointment with him. I believe it was
[21] right around then.
[22] Q. And that was 2003?
[23] A. Yes, 2003, I believe it was right around then.
[24] Q. And were there any witnesses to that statement other than
[25] you and Dr. Beam?

**Page 80**

[1] A. Just, no, just me and Dr. Beam. I asked if he would put
[2] it in writing and he wouldn't do it.
[3] Q. And how is the warden negligent with regard to your
[4] treatment of Hepatitis C?
[5] A. Well, because the warden is, he is head boss over
[6] everybody. Nobody do nothing without his okay.
[7] Q. What injuries do you have as a result of the alleged
[8] negligence and medical malpractice of the United States in
[9] treating your Hepatitis C?
[10] A. What injuries? I have cirrhosis of the liver. I now have
[11] nine inch scar on my stomach.
[12] Q. Any other injuries caused by the United States' medical
[13] malpractice in treating your Hepatitis C other than cirrhosis of
[14] the liver and the nine inch scar on your stomach?
[15] A. I got major stress, no physical appearance injuries.
[16] Q. Okay. I just want to make sure you are finished with your
[17] answer as to the injuries that you suffered?
[18] A. Yes.
[19] Q. So do you believe that the cirrhosis of the liver that you
[20] have was caused by the delay in beginning antiviral therapy? I
[21] just want to make sure I understand your testimony.
[22] A. I believe most of it is, yes.
[23] Q. What do you mean --
[24] A. My understanding of the report that they say I had
[25] alcohol cirrhosis of the liver, but that's two different types

Page 81

[1] of cirrhosis of the liver and they know that. That can be
[2] detected. I have hepatitis cirrhosis, which is what I'm talking
[3] about.
[4] Q. So is it your belief that you developed cirrhosis within
[5] the approximate one year period that you were diagnosed with
[6] Hepatitis C and the time you had the liver biopsy?
[7] A. I believe, I believe I developed it between then and the
[8] time I got --
[9] Q. Hold on, the court reporter can't hear you. Can you
[10] repeat my question?
[11] (Read back.)
[12] Q. Sir, it's your belief that you did not have cirrhosis in
[13] September, of the liver, in September of 2003?
[14] A. Not Hepatitis C cirrhosis, no.
[15] Q. And what evidence do you have to support that belief, if
[16] any?
[17] A. The only thing, only thing we have is the report from --
[18] that's the only thing I have is the report from the biopsy.
[19] Q. Okay. You are referring to the liver pathology report?
[20] A. Yes.
[21] Q. And I think that's at page 191 of Moshier Exhibit,
[22] Deposition Exhibit 2?
[23] A. Exactly.
[24] Q. And can you show me where that supports your belief that
[25] the cirrhosis developed over a one year period?

Page 82

[1] A. It doesn't say that nowhere. It just says that viral
[2] hepatitis with cirrhosis. "Findings should be clinically
[3] correlated."
[4] Q. Okay. And you read the last sentence there, "findings
[5] should be clinically correlated"?
[6] A. Yes.
[7] Q. And how does that support your position?
[8] A. I read it from viral hepatitis, the sentence up.
[9] Q. Okay.
[10] A. "Viral hepatitis with cirrhosis."
[11] Q. So you believe that the pathology report which shows that
[12] you have viral hepatitis supports your belief that that
[13] hepatitis developed over a one year, or I'm sorry that that
[14] cirrhosis developed over a one year period?
[15] A. That's just my opinion. I'm not a medical, I'm not a
[16] medical doctor, I don't know.
[17] Q. I understand. I'm just --
[18] A. I don't know how long it takes.
[19] Q. So you don't know how long it takes to develop cirrhosis
[20] of the liver?
[21] A. Not at all.
[22] Q. Okay. And you mention that you have a nine inch scar on
[23] your stomach. What's that from?
[24] A. Yes, I do. That's from where they removed the
[25] gallbladder.

Page 83

[1] Q. Okay. And you also mention that you suffer from major
[2] stress as a result of having Hepatitis C; is that correct?
[3] A. Yes, I do. Yes, I do, every day.
[4] Q. Can you describe what type of stress you experience?
[5] A. I just, I don't know, it's hard to describe. I'm worried
[6] about my health every day, you know. What's going to happen. I
[7] keep asking the medical staff here to treat me, to get me back
[8] into treatment. I'm starting to, I feel that I'm starting now,
[9] I'm starting to get sick again, worse than I was before.
[10] Headaches constantly. Sounds like I got conk shells on my head,
[11] on my ears, you know. I'm always sick to my stomach.
[12] Q. And you believe that the headaches and sick to your
[13] stomach is related to your Hepatitis C?
[14] A. Well, yeah, it's all related.
[15] Q. How do you know that?
[16] A. I just, I don't know. A doctor would know these
[17] things. I don't know. I'm just me. I don't know.
[18] Q. Okay.
[19] A. I'm not medically capable of making that statement,
[20] you know what I'm saying. I don't know.
[21] Q. Okay. With regard to the stress that you experience, have
[22] you sought any kind of psychological treatment or counseling
[23] from anyone at the prison?
[24] A. Yes, I have.
[25] Q. And who have you seen? What type of medical treatment

Page 84

[1] have you received for stress?
[2] A. I took a class here for it, anxiety class.
[3] Q. At your current institution, Schuykill?
[4] A. Yes.
[5] Q. Did that class help ease your symptoms of stress?
[6] A. A little bit, not much. But I've also signed up for
[7] another class which will start in about 8 weeks.
[8] Q. And what's that class about?
[9] A. That's another part of an anxiety class, another stress
[10] release class.
[11] Q. Have you sought treatment from a psychologist or
[12] psychiatrist at any of the prisons for stress?
[13] A. I talked to one and he is the one that referred me to his
[14] class.
[15] Q. Okay.
[16] A. That's why I took his class here.
[17] Q. And who is that doctor that you spoke with or counselor?
[18] A. What's his name?
[19]     MR. KRANZEL: Slaw.
[20] A. Slaw.
[21] Q. Oh.
[22] A. How do you pronounce it?
[23]     MR. KRANZEL: Psychology technician, Slaw?
[24] A. Dr. Slaw.
[25] Q. Any idea how to spell that?

Page 93

[1] therapy was negligent?
[2] A. I don't follow you there.
[3] Q. I just want to make sure that I understand all of your
[4] claims. Are you alleging that anything was negligent with
[5] regard to the dosages that you were given of Interferon and
[6] Ribaviron?
[7] A. I don't understand what you mean.
[8] Q. Okay. How about this? What did you mean by that number
[9] 25 that you wrote down? Why did you list that?
[10] A. The exact statement by Dr. Beam.
[11] (Interruption in video satellite.)
[12] (Break taken.)
[13]     MS. FARRELL: We are going back on the record now.
[14] Unfortunately, we've had some technical difficulties, and just
[15] for the record, we are proceeding by audio only and we are going
[16] to do our best to proceed with this format.
[17] Q. Are you there, Mr. Moshier?
[18] A. Yes.
[19] Q. Before we had our technical difficulties, we were going
[20] through Interrogatory No. 3 to Moshier Deposition Exhibit 1. Do
[21] you remember where we were?
[22] A. Yes.
[23] Q. That was on page 8.
[24] A. Right, number 25.
[25] Q. Okay. Well, I'm just going to back you up a little bit.

Page 94

[1] Interrogatory No. 3 on page 8 asks you for evidence supporting
[2] your claim that your medical care for injuries caused by the
[3] events alleged in your Amended Complaint did not meet the
[4] standard of care. Do you see that question?
[5] A. Yes.
[6] Q. And I just want to make sure that I understand your answer
[7] with regard to your claim that the medical care for your
[8] Hepatitis C did not meet the standard of care. My understanding
[9] is that you are alleging that your treatment was negligent
[10] because you did not receive Interferon and Ribaviron treatment
[11] until after about a year after you tested positive for Hepatitis
[12] C; is that correct?
[13] A. Yes, I believe so, yeah.
[14] Q. Okay. And then you also state, your answer lists some
[15] things and then number 10 to 35, and we were looking at 25,
[16] which states and I'll just read that, "In January 2005
[17] Plaintiff's system rejects treatment by Dr. Beam, in the interim
[18] Dr. Beam gives plaintiff one-half the original dose of the past
[19] four months." Do you see what I read there?
[20] A. Yes.
[21] Q. And I'm just trying to figure out what your claim is. How
[22] does that support your claim of medical malpractice with regard
[23] to the treatment for Hepatitis C?
[24] A. Well, he wasn't giving me the proper treatment. According
[25] to the information I acquired out of the medical book, this is

Page 95

[1] just recently, but even here he had me supposedly supposed to be
[2] taking one full pill every Thursday. He had cut me down to a
[3] half a dose every Thursday, which is once a week. According to
[4] the medical, and I did make copies of that, according to the
[5] medical, the Interferon is supposed to be taken once every day
[6] for a year. So, yeah, negligence is there because he wasn't
[7] giving me the proper treatment.
[8] Q. And just to make --
[9] A. (Inaudible.)
[10] Q. I'm sorry, what was that answer?
[11] A. I say, again it's just, I don't know how I'm saying -- at
[12] any rate he wasn't giving me the proper treatment.
[13] Q. Is it your contention that the dose should never have been
[14] cut to half strength, is that what you are saying was negligent?
[15] A. Exactly.
[16] Q. Okay. And you said you have a medical book to support
[17] this contention?
[18] A. Well, no, I don't have the book. Somebody else had the
[19] book and I made photocopies of the page, of that.
[20] Q. Okay. Do you have a copy of those photocopies that you
[21] could provide to me?
[22] A. Yes, I'll send you copies when I got released from the
[23] SHU. I can't do nothing til I get released.
[24] Q. I understand. What was the medical book? Do you remember
[25] what you copied that from?

Page 96

[1] A. No, I don't, offhand. It's medical guide, 2006 medical
[2] guide.
[3] Q. And how did you get a copy of that 2006 medical guide?
[4] A. Another inmate here at the compound here at Schuylkill has
[5] that book.
[6] Q. Who is the inmate?
[7] A. And he let me look at it. Huh?
[8] Q. What's that?
[9] A. Oh, I don't know who the inmate is. I don't know who owns
[10] the book. It was in the law library, somebody let me see it.
[11] And I looked that up and made a copy of that.
[12] Q. Okay. Wasn't your dosage cut because you were
[13] experiencing side effects, though?
[14] A. No -- he said that I wasn't experiencing no side effects.
[15] He said that because of, he cut my dose because of something to
[16] do with my white blood cell was dropping. I'm not really sure
[17] what that was.
[18] Q. And when you refer to "he," you meant Dr. Beam told you
[19] that he was cutting the dosage because your white blood cell
[20] counts were dropping?
[21] A. Yes, exactly.
[22] Q. Okay. But you don't believe that that's a sufficient
[23] reason to cut your dosage?
[24] A. No, it wasn't, I don't believe so.
[25] Q. Okay. I just want to make sure I understand what you are

Case 1:05-cv-00180-SJM-SPB    Document 53-3    Filed 10/12/2007    Page 11 of 11

Donald L. Moshier, Jr.                                          Donald L. Moshier, Jr., v.
July 30, 2007                                                   United States of America, et al.

Page 101

[1] A. Yes, he will.
[2] Q. -- will he testify to?
[3] A. Me being sick all the time and he can also testify because
[4] he was also in the hole with me, how they refused to treat me
[5] with my stomach ache until my gallbladder operation.
[6] Q. Okay. So will all the inmates listed on page 11-A and
[7] 11-B, will they all provide testimony regarding your Hepatitis
[8] C?
[9] A. Yes, they will.
[10] Q. Okay.
[11] A. And how I'm always sick, fatigued, yes, they will.
[12] Q. Do you know if any of the inmates that you listed on pages
[13] 11-A and 11-B in Moshier Deposition Exhibit 1 have filed
[14] lawsuits against the government related to their medical
[15] treatment in prison?
[16] A. The only one that I know of is Darryl Lee Cherry.
[17] Q. Okay. Do you know if he alleged negligence or deliberate
[18] indifference based on the treatment of Hepatitis C?
[19] A. I'm not sure. But at any rate he would deny it. It was
[20] negligence on Hepatitis C, yes, it was. I know it was Hepatitis
[21] C.
[22] Q. Okay. Let's take a look at the next page, which is 12 and
[23] your Answer to Interrogatory No. 7 which asks you to "Identify
[24] each expert witness who you may call to testify at trial in
[25] support of your claim in this action." Do you see where I am?

Page 102

[1] A. Uh-huh, yes, yes.
[2] Q. And the first sentence of your answer states "At this time
[3] I do not have any expert witness to testify and support me in
[4] this claim." Do you see that answer?
[5] A. That's the truth.
[6] Q. And is your answer still --
[7] A. That's true.
[8] Q. Is your answer still accurate that you have not retained
[9] an expert to testify in this case on your behalf?
[10] A. That's still accurate, I have no expert.
[11] Q. Have you consulted with or had any discussions with expert
[12] witnesses to testify on your behalf?
[13] A. No, I have not.
[14] Q. Let's skip to your Answer to Interrogatory No. 10, it's on
[15] page 15. Let me know when you are there.
[16] A. I'm there.
[17] Q. And this asks you to "Identify all hospitals, physicians
[18] or other health care providers who have examined, treated or
[19] consulted with you for the 20 year period prior to your
[20] incarceration in 2002." And you listed Cayuga Medical Center
[21] and Driscoll, do you see your answers there?
[22] A. Yes.
[23] Q. And now is that Dr. Driscoll?
[24] A. Yes, it is. I just forgot to put the doctor on front of
[25] that.

Page 103

[1] Q. Is his first name Daniel?
[2] A. Yes, it is.
[3] Q. Do you know what kind of doctor is Dr. Driscoll?
[4] A. I believe he is just a regular family doctor.
[5] Q. Have you been given treatment by any other health care
[6] providers other than what you listed in your Answer to
[7] Interrogatory No. 10?
[8] A. I've had numerous other doctors, but I don't know who they
[9] are, where they are, for my back.
[10] Q. I'm sorry?
[11] A. That was for my back. Treatment for my back.
[12] Q. Okay. Have you gotten an answer to the letter you wrote
[13] to Cayuga Medical Center since --
[14] A. Yes, I have. They sent me my, they sent me records.
[15] They sent me medical records from 1998, I believe '98 til '99 is
[16] what they had on file.
[17] Q. When you are able to access those records, could you
[18] please send me a copy of what you received --
[19] A. Oh, I don't know. That's a lot of copies.
[20] Q. Okay.
[21] A. I don't have the money to make copies of all them.
[22] Q. Well, how voluminous is it?
[23] A. Huh?
[24] Q. How --
[25] A. I would say there is probably as many as there is

Page 104

[1] here, Interrogatories or more.
[2] Q. So, what, about 40 pages?
[3] A. Or better, yeah, probably even more.
[4] Q. Okay.
[5] A. I'll see what I can do.
[6] Q. Can you make those copies available to the prison and we
[7] could make copies for you? Would that be an acceptable
[8] alternative?
[9] A. That I can do, yes.
[10] Q. Okay. Well, we'll work with your unit manager, because
[11] I'm entitled to receive a copy of those records. But --
[12] A. Okay.
[13] Q. -- we'll work with --
[14] A. Okay.
[15] Q. We'll work with getting a copy of those from you without
[16] you having to pay for copying those. But you'll agree to make
[17] those available?
[18] A. Yes.
[19] Q. Okay. Thank you. Let's look at your answer to the next
[20] Interrogatory, which is No. 11, and appears on page 16 of
[21] Moshier Deposition Exhibit 1. Do you see where I am?
[22] A. Yes.
[23] Q. And this asks you about hospitalization. And your answer,
[24] letter C, indicates "a back injury in 1989, appendix removal in
[25] 1998 and surgery on left knee 1999"; do you see that answer?