# EXHIBIT 4

Barry Kisloff, MD, FACP

CURRICULUM VITAE
Current as of 6/15/04

## BIOGRAPHICAL

| | | | |
|---|---|---|---|
| NAME: | Barry Kisloff, MD, FACP | BIRTH DATE: | 06/14/44 |
| HOME ADDRESS: | | BIRTH PLACE: | Bronx, NY |
| | | CITIZENSHIP: | USA |
| HOME PHONE: | | SPOUSE: | |

BUSINESS ADDRESS:    University of Pittsburgh Medical Center
Division of Gastroenterology, Hepatology, and Nutrition
Mezzanine Level, C Wing, PUH
200 Lothrop Street
Pittsburgh, PA  15213-2582

BUSINESS PHONE:    (412) 648-9214
FAX NUMBER:    (412) 648-9378
E-MAIL:    kisloffb@msx.dept-med.pitt.edu

## EDUCATION AND TRAINING

UNDERGRADUATE:

| | | | |
|---|---|---|---|
| 1962 - 1966 | The City College of New York<br>New York, NY | BS | History |

GRADUATE:

| | | | |
|---|---|---|---|
| 1966 - 1970 | New York University<br>School of Medicine<br>New York, NY | MD | Medicine |

Major Professor and Discipline:
Lewis Thomas, M.D., Dean

POST-GRADUATE:

| | | |
|---|---|---|
| 1970 - 1971 | Northwestern University Medical Center<br>Chicago, IL<br>Straight Medical Internship | David Earle, MD |

Barry Kisloff, MD, FACP

| | | |
|---|---|---|
| 1971 - 1973 | Northwestern University Medical Center<br>Chicago, IL<br>Medical Residency | David Earle, MD |
| 1973 - 1975 | Medical College of Virginia<br>Richmond, VA<br>Gastroenterology Fellow | John T. Farrar, MD |

## APPOINTMENTS AND POSITIONS

### ACADEMIC

| | | |
|---|---|---|
| 1975 - 1976 | Medical College of Virginia<br>Hospital and Clinics<br>Richmond, VA | Instructor in Medicine |
| 1976 - present | University of Pittsburgh School of Medicine<br>Pittsburgh, PA | Clinical Assistant<br>Professor of Medicine |
| 2001 - present | Division of Gastroenterology and<br>Hepatology<br>University of Pittsburgh Medical Center<br>Pittsburgh, PA | Director of<br>Clinical Services<br>Director of the Digestive<br>Disorders Center |

## TEACHING

I.  Medical College of Virginia

   A. Internal Medicine 2/76
   B. Gastroenterology 9-12/75
   C. Medical Grand Rounds 1/76
       "Inflammatory Bowel Disease"
   D. Sophomore Medical Student Lectures
       1. Intestinal Transport 9/77
       2. Pathophysiology of Intestinal Transport 9/75

II. University of Pittsburgh School of Medicine

   1. Gastroenterology        Presbyterian University Hospital 9, 10/76
   2. Internal Medicine       Presbyterian University Hospital 3/1-4/15/77
   3. Internal Medicine       Montefiore Hospital 11/76
   4. Gastroenterology        Presbyterian University Hospital 7, 8/77
   5. Gastroenterology        Montefiore Hospital 10/77
   6. Internal Medicine       Montefiore Hospital 2/78
   7. Internal Medicine       Presbyterian University Hospital 4, 5/78

| | |
|---|---|
| 8. Medical Grand Rounds | Presbyterian University Hospital 9/76 "Achalasia" |
| 9. Medical Grand Rounds | Presbyterian University Hospital 4/77 "Short Bowel Syndrome" |
| 10. Medical Grand Rounds | Montefiore Hospital 10/77 "Sclerosing Cholangitis" |
| 11. Medical Grand Rounds | Citizen's General Hospital Outreach Program 4/77 - "Chronic Active Liver Disease" |
| 12. Gastroenterology Sub-Specialty | Teaching Conferences-Presbyterian University Hospital 2/77, 6/77, 2/78 |
| 13. Lecture - The Western Pennsylvania Society of Gastrointestinal Assistants | "Hepatitis and the Gastroenterology Laboratory Worker." Pittsburgh Hyatt House, Chatham Center 10/77 |
| 14. Medical Grand Rounds | Montefiore Hospital 2/79 "Cimetidine-Role in Gastric Physiology and Clinical Uses" |
| 15. Internal Medicine | Veteran's Administration Hospital, Oakland 11, 12/78 |
| 16. Internal Medicine | Montefiore Hospital 3/79, 3/80, 3/81, 1/82, 1/83, 2/84, 2/85, 2/86 |
| 17. Internal Medicine | Presbyterian University Hospital 11, 12/79, 11, 12/80 |
| 18. Gastroenterology | Montefiore Hospital 1/80, 9/80 |
| 19. Medical Grand Rounds | The Children's Hospital of Pittsburgh 9/81, "Achalasia" |
| 20. Medical Grand Rounds | The Montefiore Hospital of Pittsburgh 10/81, "Primary Biliary Cirrhosis" |
| 21. Gastroenterology | The Montefiore Hospital of Pittsburgh 9, 10/81 |
| 22. Clinico-Pathology Conference | University of Pittsburgh School of Medicine, Presbyterian University Hospital 10/13/82, "Thorotrast Induced Liver Failure" |
| 23. Clinico-Pathology Conference | University of Pittsburgh School of Medicine, Presbyterian University Hospital 10/87, "Fulminant Hepatic Failure" |
| 24. Medical Care Conference | University of Pittsburgh School of Medicine, Presbyterian University Hospital, "Treatment of Inflammatory Bowel Disease" |
| 25. Problem Based Learning Course Instructor | University of Pittsburgh School of Medicine 2/95, "Hepatitis" |
| 26. Problem Based Learning Course Instructor | University of Pittsburgh School of Medicine 2/96, "Esophageal Disorders and Functional Bowel |

3.

Barry Kisloff, MD, FACP

| | |
|---|---|
| 27. Problem Based Learning Course Instructor | University of Pittsburgh School of Medicine 2/97, "Esophageal Disorders, Hepatitis" |
| 28. Flexible Sigmoidoscopy | 1996 to Present |
| 29. Problem Based Learning Course Instructor | University of Pittsburgh School of Medicine<br>(A) Esophageal Disorders 11/97<br>(B) Gastrointestinal Bleeding 11/97 |
| 30. Problem Based Learning Course Instructor | University of Pittsburgh School of Medicine<br>(A) Esophageal Disorder 11/98<br>(B) Gastrointestinal Bleeding 12/98<br>(C) Complications of Cirrhosis 12/98 |
| 31. Problem Based Learning Course Instructor | University of Pittsburgh School of Medicine<br>(A) Esophageal Disorders 11/99<br>(B) Gastrointestinal Bleeding 12/99<br>(C) Complications of Cirrhosis 12/99 |
| 32. Problem Based Learning Course Instructor | (A) Esophageal Disorders 12/00, 01<br>(B) Gastrointestinal Bleeding 12/00, 01<br>(C) Complications of Cirrhosis 12/00, 01<br>(D) Pancreatico-biliary Disorders 12/01 |
| 33. Problem Based Learning Course Instructor | (A) Esophageal Disorders 11 & 12/02<br>(B) Gastrointestinal Bleeding 11 & 12/02<br>(C) Complications of Cirrhosis 11 & 12/02<br>(D) Pancreatico-biliary Disorders 11 & 12/02 |

## CERTIFICATION and LICENSURE

### SPECIALTY CERTIFICATION

| | |
|---|---|
| 1973 | American Board of Internal Medicine, Internal Medicine |
| 1975 | American Board of Internal Medicine, Gastroenterology |

### MEDICAL LICENSURE

| | | |
|---|---|---|
| Medicine and Surgery | State Board of Medicine | Pennsylvania |

## MEMBERSHIPS IN PROFESSIONAL AND SCIENTIFIC SOCIETIES

| | |
|---|---|
| 1976 - present | American College of Physicians |
| 1977 - present | American Gastroenterological Association |
| 1976 - present | Pennsylvania State Medical Society |
| 1976 - present | Allegheny County Medical Society |
| 1990 - present | American Society of Internal Medicine |

4

Barry Kisloff, MD, FACP

## PUBLICATIONS

### ARTICLES

1. Kisloff B.  Ketamine Paraldehyde anesthesia in rabbits.  Am J Vet Res 36;1033-1034, 1975.
2. Kisloff B, Schaffer G.  Fulminant hepatic failure secondary to congestive heart failure.  Am J Dig Dis 21;895-900, 1976.
3. Kisloff B, Moore EW.  The effect of serotonin on water and electrolyte transport in the in vivo rabbit small intestine.  Gastroenterology 71;1033-1038, 1976.
4. Kisloff B, Moore EW.  Effects of intravenous calcitonin on water, electrolyte and calcium movement across in vivo rabbit jejunum and ileum.  Gastroenterology 72;462-468, 1977.
5. Propper RA, Weinstein BJ, Skilnick ML, Kisloff B.  Ultrasonography of hemorrhagic splenic cysts.  J Clin Ultrasound 7;18-20, 1979.
6. Kisloff B.  Cimetidine resistant gastric acid secretion in humans.  Ann Int Med 92;791-793, 1980.
7. Kisloff B, Adkins JC.  Toxic megacolon developing in a patient with long-standing distal ulcerative colitis.  Am J Gastroenterology 75;451-453, 1981.
8. Hoffman M, Sugerman HJ, Heuman D, Turner MA, Kisloff B.  Gastric duplication cyst communicating with aberrant pancreatic duct: A rare cause of recurrent acute pancreatitis.  Surgery 101;369-372, 1987.

### ABSTRACTS

1. Kisloff B, Moore EW.  Effect of thyrocalcitonin on rabbit jejunal and ileal water and electrolyte transport.  Presented at the 75th Annual Meeting, American Gastroenterologic Association, San Antonio, Texas, May 1975.  Gastroenterology 68;960, 1975.
2. Kisloff B, Moore EW.  Effect of serotonin on rabbit jejunal and ileal water and electrolyte transport.  Presented at the 76th Annual Meeting, American Gastroenterological Association, Miami, Florida, May 1976.  Gastroenterology 70;902, 1976.

### LETTERS

1. Kisloff B.  Periodic liver biopsy for mild Hepatitis C.  Ann Int Med 2001;135:381-382.
2. Kisloff B.  Implications of regional differences In Medicare spending.  Ann Int Med 2004;140:145-146.
3. Kisloff B.  The cost of medicine.  Ann Int Med 2004;140:585.
4. Kisloff B.  Market demand matters.  Health Affairs 2003;22(1):283.
5. Kisloff B.  Acting on health promotion.  Health Affairs 2002;21(4):299.

### TEACHING (OTHER)

1. Allegheny General Hospital Seminar
   The Clinical Spectrum of Gallbladder Disease 10/8
2. The Pittsburgh Psychological Society
   Stress and the Gastrointestinal Tract 3/82

3. The National Foundation for Colitis and Ileitis-Liver and Kidney Disease in Inflammatory Bowel Disease 10/20/83

## JOURNAL REFEREEING

1. Gastroenterology
2. American Journal of Digestive Disease

## SERVICE

Tumor Registry Committee, Presbyterian University Hospital, 1977-78

Peer Review Committee, Chairman, subcommittee on Treatment of Duodenal Ulcer Disease, Montefiore Hospital, 1977-78

Attending Physician, Presbyterian University Hospital

Attending Physician, Montefiore Hospital

Consulting Physician, Veteran's Administration Hospital

Utilization Review Committee, Presbyterian University Hospital, 5/78-5/80

Utilization Review Committee, Montefiore Hospital, 1/80-1/83

Allegheny County Medical Society, Speakers Bureau, Prevention and Treatment of Peptic Ulcers, 3/83

Joint Conference Committee, 1/95-1/97.

University Physicians Practice Association, Board of Directors, 1/95-12/31/95

Vice President, Medical Staff, Medicine Based, University of Pittsburgh Medical Center, 7/97-7/99

Vice-President, Medical Staff, University of Pittsburgh Medical Center, Presbyterian University Hospital, 7/97-7/99

ByLaws Committee, University of Pittsburgh Medical Center, Presbyterian University Hospital, 7/99-present

Director of Clinical Services, Division of Gastroenterology, University of Pittsburgh Medical Center

Director of the Digestive Disorders Center, University of Pittsburgh Medical Center

Barry Kisloff, MD, FACP

UPP Clinical Operations Committee, 1/02-present

UPMC Ambulatory Care Committee, 1/02-12/02

UPP Contract Review Committee, 1/03-present

American Gastroenterological Association, Clinical Practice and Economics Committee, 6/04-present

7