# EXHIBIT 5a
# PART 1

NSN 7840-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

5-4-06
1120

A. I/M HERE AT MY REQUEST FOR MD TO EVALUATE
S/P LIPOMA EXCISION c̄ WOUND PACKING (IODOFORM)

O IN NAD
ABD c̄ 7-10 CM SURGICAL SCAR INCISION LUQ
EDGES SLIGHTLY SEPERATED DISTAL & PROX.
IODOFORM GAUSE IN PLACE.   MILD TO MOD ERYTHEMA
TENDER.   DRESSING c̄ GREENISH DISCHARGE & ODOR

A S/P LIPOMA CYST EXCISION

P I/M ALSO SEEN BY DR BECKER.
IODOFORM GAUSE IS REMOVED
WOUND CLEANED c̄ H₂O₂ & NS → MILD TO MODERATE
BLEEDING AFTER BEING CLEANED
DRESSING 4×4 (2) 5×9 ABD PAD COMPRESSION DRSG.
KEEP DRY & CLEAN
Δ DSG DAILY - SUPPLIES GIVEN TO IM
RTC 7-10 DAYS FOR RECHECK
HAS F/U SURGICAL APPT
CMT ANTIBIOTICS BACTRIM DS & KEFLEX

                                    J. Geragi PA/C / J. GERAGI PA/C

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| USP LEWISBURG | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

MOSHIER, DONALD L.
DOB 8/18/61

| REGISTER NO. | WARD NO. |
|---|---|
| 10924052 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record   000001
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1                USP LVN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
| --- | --- |
| 5-2-06<br>1015 | **CHRONIC CARE/SPECIALTY CLINIC(S):** ID / Pulmonary<br>**SUBJECTIVE:** s/p Lipoma Removal LUQ 3-23-06 (GERD)<br>continues to have dressing ↓D and Iodiform Advanced<br>Present Medical Concerns:<br>c/o RUQ pain and occasional RLQ pain<br>Medication Side Effects: None<br>Medication Compliance: — States He take regularly<br>Diet: Low Fat<br>Exercise: ~~Minimal~~<br>Tobacco Usage: Ø |

| Base Line Studies | Next Annual Studies Due |
| --- | --- |
| CXR Present: | UA: |
| ECG Present: | Lipids: |
| Peak Flow Present: | Fundoscopic & Tonometry: |

Diagnostic Study Results Since Last Clinic Visit:

Consultant Reports Since Last Clinic Visit:

**OBJECTIVE:**

General Appearance: In NAD

Vital Signs: B/P 125/80   P 78      Peak Flow 552   T 97⁷

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| --- | --- | --- | --- |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | 000002 |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Moshier, Donald L
DOB 8/18/61

USP Lewisburg

REGISTER NO.  10924052       WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION(*Sign each entry*) |
|------|--------------------------------------------------------------------------|

**Skin:** DIFFUSE ACNE VULGARIS SCARING

**HEENT** NON ICTERIC CONJUNCTIVA NORMAL

**Chest/Heart/Lungs:** COR REG RATE ⊕ M   LUNGS CLEAR TO A+P B/L

**Abdomen/GI:** SOFT - MILDLY TENDER RUA   LUA ē ERYTHEMATOUS
7-10CM SURGICAL EXCISION WHICH IS PACKED ē IODOFORM GAUZE AND

**Extremities:** HAS SEPERATION AT DISTAL & PROX AREAS.

**CNS:** S/P CHOLECYSTECTOMY SCAR RUQ   BS ⊕
GROSSLY INTACT

**ASSESSMENT:** ① ASTHMA ② ID HEP C ③ S/L LIPOMA EXCISION
④ GERD

**PLAN:**

Patient Education:
( ✓ ) Tobacco Cessation       ( ✓ ) Low Fat/High Fiber Diet       ( ✓ ) Walking
( ✓ ) Medication Compliance   ( ✓ ) Monitoring Condition

DRESSING △ ⊕ - IODOFORM ADVANCED

Diagnostic Studies:
( ) Viral Load              ( ) EKG              ( ) LFT's
( ) Lymphocyte Subset       ( ) CXR              ( ✓ ) Peak Flow
( ✓ ) CBC                   ( ) Lipids           ( ) Other:
( ✓ ) SMA-24                ( ) UA

Consults:

Return To Clinic: 3 MONTHS

Medications:

① ALBUTEROL MDI   ṭṭ PUFFS QID   #1 × 5R

② RANITIDINE 150mg   Ṭ PO BID   #60 × 5R

③ NAPROXYN 500mg   Ṭ PO BID ē FOOD   #60 × 5R

④ CEPHALEXIN 500mg   Ṭ PO TID × 10 DAYS   #30

⑤ BACTRIM D/S   Ṭ PO BID × 10 DAYS   #20

⑥ WILL DISCUSS ē MR BUSSANICH CONC; SURGICAL F/U

*David Co.*
*Chief Pharmacist*
*RPh*
*USP Lewisburg*

J GERAGI PAC

000003

Dr. Anthony Bussanich, M.D.

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 4/19/06 0930 | - Adm: I/m seen by Surgeon this Am for incesional wound ✓, packed c iodiform gauze to allow healing from inside-out.<br>- A: wound covitation s/p lipomectomey —<br>- P: Staff to pull out 1 inch/day and cut off slowly - redress, ref PRN if persists/worsens<br>- QOD pull 1" here in urgent care.<br>                     S Gosa √ Samuel Gosa PA-C |
| 4/21/06 0949 | Admin Note: wound was given Small amt of sansgun eos drainage noted r 1"/inch iP gauze removed.  moistey, changed = 1/2 strength tha F/u on 4/23/06<br>                                   William Bogler, PA-C<br>                                   Physician Assistant |
| 4/25/06 1150 | Admin note:<br>Arrives for dsg ∆. No complications or complaints.     B Prince ENTP  B. Prince ENTP<br>                              B Susann M.D  04-25-2006 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10924 - 052   WARD NO.

Mosley, Donald

USP LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA 17837

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000004

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
|      |                                                                          |

000005

STANDARD FORM 600 (REV. 6-97) BACK

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 3/28/06 0943 | Patient Seen by Optometrist. KAREN MUSSER ADMINISTRATIVE ASST |
| 04/04/06 0821 | S. 44 y/o WM who had a S/P on LUQ for the excision of an abdominal lipoma. F/y stated since yesterday morning he has been experiencing tenderness on the excision site and area is swollen. O. Area referred is edematous and irritated tenderness when palpated. Area looks infected. A/① Hx of abdominal lipoma excision on 3/23/06 P. ① Cephalexin 500 mg ī cap P.O. Q/D X 10 d. #40 ② Septra ī tab P.O. BID X 10 d. #20 ③ Bact/Polym oint. Apply over affected area BID #1 ④ pt. educ. (Warm compresses recommended. Tx and Rx use were explained. Pt understood. F/u PRN. RTC PRN.) Luis Ramirez, P.A. Luis Ramirez, P.A. Harold Cozza, RPh Pharmacist USP, Lewisburg |
| 4/17/06 | ADMIN NOTE (DUE TO A LATE MOVE THE IM/M WAS NOT SEEN will reschedule CCC VISIT — B. Becker, M.D. USP Lewisburg |

NSN 7840-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | PATIENT ENCOUNTER FOLLOWING COMMUNITY MEDICAL TRIP |
| 3-23-2006 | Subjective: "I'm ok". |
| 1341 | Condition giving rise to community referral: 4 cm x 4 cm lipoma- LUQ of the abdomen. |
| | Procedures provided in the community: Excision of the lipoma. |
| | Complications: None |
| | Current symptoms and/or concerns: None |
| | Objective: |
| | Vital signs: deferred |
| | General appearance: Alert and oriented x 3 |
| | Inspection of surgical site: Dermabond had been applied over the incision- no wound care needed. |
| | Assessment: S/P excision of abdominal wall lipoma |
| | Plan: |
| | Follow-up with staff physician scheduled: no |
| | Paperwork for follow-up with consultant submitted: yes |
| | Paperwork for follow-up diagnostic studies submitted: no |
| | Pain intensity: level=1 |
| | Convalescence/work restriction: quarters today |
| | Wound care: None needed. The patient is instructed to alert Health Services if increased redness, swelling, pain, or pus formation develops- he understands. |
| | Medications: Tylenol prn- the patient declines due to history of chronic hepatitis C- will use Naproxen he already has prn.    B. Becker, M.D. |
| | F/u in the April surgical clinic.    USP Lewisburg |

3/2a/06

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | William A. Bogler, PA-C  Physician Assistant |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Moshier, Donald    10924-052

| | REGISTER NO. | WARD NO. |
|---|---|---|

NSN 7540-00-834-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

03/09/06 / 0930

S. 44 y/o WM w̄ a hx of S/p removal of gallbladder. (cholecistectomy). April 2005. Hx. of Hep C; Hep B. Hx. of appendectomy in 98-99 (doesn't remember). Hx. venous insufficiency; Hx. of GERD. Hx. of B. Asthma. Hx. of LBP 2nd to a MVA in 1989. NKDA. Currently on Albuterol inhaler, Ranitidine and Naproxen. F/o referred that yesterday, at work, he was lifting something heavy and then was that the pain on right abdominal area (liver side) started (term 8). He stated he doesn't feel feel it internally but more superficial, that increases when he breath in.

O. w/s BP 145/89 mmHg; P. 80/min; RR 18/min; T. 97.0°F; wt. 282 lbs.; ht. 6'0". Tenderness when right upper quadrant was palpated just on top of scar he has on that area (Hx. of cholecystectomy).

A. ⃝ Muscle strain RUQ vs. liver problem. 2nd to his Hep C or Hep B history.

P. ① Dicyclomine 20mg. 2cc IM given stat.
② Dicyclomine 20mg ī tab P.O. TID x 5 d. #15
③ Lab. Liver and Lipid profile ordered today.

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| USP LEWISBURG HEALTH SERVICES UNIT LEWISBURG, PA 17837 | | Cont'd | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Moshier, Donald
DoB: 08/18/1961

| REGISTER NO. 10924-052 | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record    000008
STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
MR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|---------------------------------------------------------------------------|
| 03/09/06 09:30 CONT. | ④ pt. educ. (Continue taking Ranitidine and be careful with the Naproxen. Pt. understood. F/U PRN. RTC PRN. 2 days lay in given.)

Luis Ramirez, P.A.
Luis Ramirez, P.A. |

000009

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

06JAN 2006
0738    Rx ① Refill Naproxen # 175274
SHU      ② Refill Albuterol # 177207

*Mark Peoria, PA-C*

10JAN 2006
0742    Refill Ranitidine # 175276

*Mark Peoria, PA-C*

Harold Cozza, RPH
Chief Pharmacist
USP Lewisburg

13JAN 2006   CHRONIC  CARE  CLINIC  (INFECT DIS + PULMONARY)

1132   S: 44 Y OWM ℅ STOPPED UP NOSE & HA AT NIGHT. ① EAR FEELS LIKE

SHU 016   THERE IS A PIMPLE IN THERE. USES NAPROXEN FOR NECK + BACK

USES RANITIDINE FOR HEART BURN + REFLUX. ALSO ON

DOXYCYCLINE + ALBUTEROL. SEE FLOW SHEET.

O: ALERT + AMBULATORY. W/O. W/N. W/H. IN NAD. NO TICS,

TREMORS  COUGH  OR  OBVIOUS ABNORMALITIES

V.S: T-97.9°F po  P-73,  BP 145/75 LA ↓,  WT. 278.25 LBS.

(CONTINUED)   EARS: ① EAC - MUCH DEBRIS  TM NOT VISUALIZED. A.D. - CLEAR EAC c̄

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| USP LEWISBURG HEALTH SERVICES UNIT LEWISBURG, PA 17837 | | | 000010 |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. 10924 - 052 | WARD NO. |
|---|---|---|

MOSHIER, DONALD

AUG 1961

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1          USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 12JAN2006 (CONTINUED) | O: NORMAL LANDMARKS, TM INTACT |
| | LUNGS: CTA |
| SNU 016 | CVR: REGULAR RATE. NORMAL $S_1$ FOLLOWED BY NORMAL $S_2$. NO $S_3$, $S_4$ |
| | ON $m$ |
| | ABD: OBESE. NORMAL SOUNDS SOFT, NON-TENDER. NO PALPABLE |
| | MASSES OR ORGANOMEGALY POOR EXAM $\bar{x}$ TO RESTRAINTS |
| | LABS: NO NEW VALUES |
| | A: CHRONIC HCV |
| | BRONCHIAL ASTHMA, STEP 2 |
| | EXTERNAL OTITIS A.S. |
| | LIPOMA |
| | P: PENDING EXCISION OF LIPOMA. WILL ORDER HCV VIRAL LOAD. |
| | F/U IN 16 WKS, CONCIDER INHALED STEROID AT NEXT VISIT. 07JAN2006 |
| | Rx ① ALBUTEROL MDI #17 GMS. $\bar{u}$ PUFFS qid PRN REFILL X3 |
| | ② RANITIDINE 150MG #30 $\bar{u}$ po BID REFILL X07 |
| | ③ NAPROXEN 500MG #30 $\bar{i}$ po BID REFILL X07 |
| | ④ CORTISPORIN OTIC GTS # $\bar{i}$ INSTILL $\overset{iiii}{IV}$ GTS A.S. tid |
| | NO REFILL |
| | Mark Peoria, PA-C |
| 02FEB2006 | ADMIN NOTE! |
| 0834 | RESULTS OF HCV RNA LOAD COLLECTED 18JAN2006! 732,926 IU/ML |
| SNU 016 | WILL NOTIFY PATIENT IN WRITING. |
| | Mark Peoria, PA-C |

Harriet Cozza, RPA
Chief Pharmacist
USP Lewisburg

000011

NSN 7540-00-634-4176    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

**12/13/05 1430** — admin note: I/m received 33 pgs of record - all records from Bradford Medical Center.

*Stacey Dreese*

~~Jeffrey Minor, RPH~~
~~Contract Pharmacist~~

**19 DEC 2005 0722 SHU** — Rx ① Refill Ranitidine #175276  ② Refill Naproxen #175274

Mark Peoria, PA-C

~~Patient Seen by Optometrist.~~

~~KAREN J. MASSER~~
~~ADMINISTRATIVE ASST~~

**12/23/05 1225**

**27 DEC 2005 0843 SHU** — admin note: Requests refill of Ranitidine + Naproxen. Both refilled 19 DEC 2005

Rx refill Naproxen #175274

Mark Peoria, PA-C

Harold Cozza, RPH
Chief Pharmacist
USP Lewisburg

**03 JAN 2006 0712 SHU 01 A** — SHU s/c cop-out, no date. "I put in two refills 12/26/05 and I only got one back, my Ranitidine which had 9 refills left I didn't get back and I really need it, can you please send it to me I have wrote a cop-out to Dr. Bussanich telling him

(continued)

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | **000012** |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)   REGISTER NO. 10924-058   WARD NO.

USP LEWISBURG
Health Services Unit
Lewisburg, PA  17837

Moshier, Donald

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1    USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------|
| 03 JAN 2006 (continued) | THAT I NEED IT AND THAT IT NEVER CAME BACK FROM THE PHARMACY NKDA. SEE NOTE 27 DEC 2005. |
| SHU 014 | # REFILL RANITIDINE #157 175 276    Mark Peoria, PA-C |

Joseph Zegarra, RPH, AHSA
USP Lewisburg

| 05 JAN 2006 | S: 44 Y.O. ♂ c/o BUCLE ON LEG x 2 WKS BUT ONLY NOTICED 5 DAYS |
| 0919 | AGO. NOT AS BIG TODAY. DENIES INJURY, ON ANTERIOR DISTAL |
| SHU 014 | (R) THIGH. ALSO HAS LUMP ON (L) ANTERIOR THORAX JUST |
|  | INFERIOR TO 10 TH RIB IN MCL. BACK BREAKS OUT IN BOILS. |
|  | NECK IS KILLING HIM. STIFF NECK. WANTS PILLOW ON NAPROXEN, |
|  | RANITIDINE, & DOXYCYCLINE NKDA ALLERGY TO RICE. PMH: HCV, |
|  | LIPOMAS. WANTS TO SEE DR. |
|  | O: ALERT + AMBULATORY. W/D. W/N. W/I. IN NAD. NO TICS, |
|  | TREMORS, COUGH, OR OBVIOUS ABNORMALITIES |
|  | LUMPS ON (L) ANTERIOR CHEST + (R) ANTERIOR THIGH NOT |
|  | APPRECIATED TODAY. |
|  | SKIN: CYSTIC ACNE VULGARIS |
|  | X-RAYS: DEGENERATIVE DISC DZ C5-6 |
|  | A: DEGENERATIVE DISC DZ C5-6 |
|  | CYSTIC ACNE VULGARIS |
|  | LIPOMAS |
|  | P: INMATE TO RETURN TO MD. DANDRUFF SHAMPOO FROM COMMISSARY. I |
|  | DO NOT AUTHORIZE OR ISSUE PILLOWS IN SHU. PLU ON CHRONIC |
|  | CARE CLINIC |
|  | Rx DOXYCYCLINE 100 MG #60 ṖO Q AM NO REFILL.    Mark Peoria, PA-C |

000013

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

11-18-2005
1349

ADMIN NOTE: SEEN BY DR. MOTTO IN SURGICAL CLINIC.  DX- 1.  4X4 CM LIPOMA

IN LUQ   2. IRRITATED BLEEDING HEMORRHOIDS

RX- SCHEDULE FOR EXCISION IN SURGICENTER UNDER LOCAL ANESTHESIA

HEMORRHOIDAL SUPPOSITORIES WITH HC ONE PR TID # 1 BOX   1 RF

William A. Bogler, PA-C
Physician Assistant

D. BECKERND

11-23-05

11/28/05
0650

S: Refill of Medication/s for _arthritis_
O: Stable, Vital signs. BP. _____ PR. _____
A: _Arthritis_
P: Refill of the following medications (See
   below) Pt. Educ to follow previous
   instructions.

① Naprsyn 500 mg  ī  BID  #20
② Doxycycline 10  II  OD  #60
③ Ranitidine 150 mg  ī  BID  #60

11/28/05

Ivan Navarro, PA
USP Lewisburg

Harold Cezza, RPH

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

MOSHER, DONALD   10934-052

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

USP Lewisburg
CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000014

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|
| 30 NOV 2005 | ADMIN NOTE: |
| 0738 | SIM S/C COP-OUT DATED 29 NOV 2005 REQUESTS REFILL ALBUERAL |
| SHU  018 | INHALER MOTRINE ANTIACID NAPROXEN A ECH CLIVER WAS IN MY |
| | PROPERTY MY EYES ARE REALLY BLURRY AND GETTING WORSE A COUPLE |
| | OF MONTHS " PMH: ASTHMA HEPATITIS ULCER   ALLERGY: "ONLY PICE" |
| | "PLUS I NEED SOME BANDAIDS   COP-OUT TO MS PASSER FOR OPTOM APPT |
| | Rx ① REFILL ALBUTEROL # 173165    WILL ISSUE LG BANDAIDS |
| | ② REFILL NAPROXEN # 173166     Mark Peoria, PA-C |
| | ③ REFILL RANITIDINE # 173164 |
| | Harold Cozza, RPH  Chief Pharmacist  USP Lewisburg |
| 05 DEC 2005 | ADMIN NOTE: |
| 0809 | SIM S/C COP-OUT DATED 02 DEC 2005. "MY EYES EVERYTHING IS |
| SHU 018 | BLURRY ALL THE TIME ABOUT 2 MONTHS + JUST STARTED GETTING |
| | WORSE. MEDS: RANITIDINE, DOXYCYCLINE, NAPROXEN, ALBUTEROL |
| | PMH: "ASTHMA, HEPATITIS, ULCER, AND POSSIBLE DIABETES, HIGH BLOOD |
| | PRESSURE" NKDA. WILL INSTRUCT PATIENT TO REQUEST OPTOMETRY |
| | EXAM, LAST EXAM JUN 2004.     Mark Peoria, PA-C |
| 08 DEC 2005 | ADMIN NOTE: |
| 0759 | Rx ① REFILL NAPROXEN # 175274    Mark Peoria, PA-C |
| SHU | ② REFILL RANITIDINE    Jeffrey Minor, RPH  Contract Pharmacist |
| | |
| | |
| | |

000015

4N 7540-00-634-4176

AUTHORIZED FOR LOCA

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

11 Nov 2005     ADMIN NOTE:

1330     Rx ① REFILL ALBUTEROL  173165

SITE     ② NAPROXEN REFILL  173166     Mark Peoria, PA-C

    ③ REFILL RANITIDINE  173164

Harold Cozza, RPH
Chief Pharmacist
USP Lewisburg

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION:  *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.   10924 - 052          WARD NO.

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

MOSHIER, DONALD

AUG 1961

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record          000016

STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1          USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
|      |                                                                        |

000017

000-834-4176

AUTHORIZED FOR LOCA

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each ent |

# CHRONIC CARE/SPECIALTY CLINIC(S): Infect. Deson Pulmonary

**SUBJECTIVE:**

10.24.06
0930

Present Medical Concerns:

Was started on peg interferon 2a received approx 22 injections. Then developed gangrenous cholecyplite requiring emergent surgery at Bradford Hosp, Braford PA H/O asthma diagnosed recently

Medication Side Effects: Ø

Medication Efficacy: yes

Medication Compliance: yes

Diet: low fat

Exercise: yes

Tobacco Usage: yes  1 pack / 2 days

Recent Consultations/Studies:
HCV genotype 3E     AST 59
                     ALT 264

**OBJECTIVE:**

General Appearance: good / not in acute distress

Vital Signs:
WT=278            peakflow
BP: 115/90  →151/81   550
HR 80

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| --- | --- | --- | --- |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | 000018 |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

USP Lewisburg
Health Services Unit
Lewisburg, PA 17837
USP
LEWISBURG

Mosther Downo
DOB: 08.18.196

REGISTER NO.
10924-052

WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------|
| 0.25.05 | **Skin:** evidence of prior acne vulgaris |
| 0530 | **HEENT:** anicteric / pink conjunctiva |
| | **Chest/Lungs:** no wheezing |
| | **Heart:** S1S2 RRR @3.05 @ |
| | **Abdomen:** SCAR RUQ |
| | **GU:** deferred |
| | **Extremities:** no edema            ① hemorrhoids |
| | **CNS:** AAO×3 |
| | **Assessment:** ① hepatitis C        ② LUQ mass |
| | **Plan:**                            ③ hemorrhoids |
| | **Patient Education:** weight loss |
| | **Diagnostic Studies:** HCV RNA viral load    1 CBC PO/UA |
| | **Consults:** ∅                    ② RLS/sene |
| | **Return to Clinic:** ③ month PPD  4 weeks to √ BP |
| | 0.25.05 |
| | **Medications:** ① RANITIDINE 150mg ī PO/BID    (increase) |
| | #120 × 2RF |
| | ② Albuterol MDI ī puff PO/QID   #1 × 2RF |
| | ③ NAPROXEN 375mg ī PO/BID #60 × 1RF |
| | ④ Doxycycline 100 mg ī PO/daily # 14 days |

(signature) Anthony Buseano
Anthony Buseano

000019

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

09.16OT 16AT — S: FB IN RIGHT EYE

O: RIGHT EYELID (UPPER) SWOLLEN
FLUORESCEIN STAIN NO UPTAKE

A: ① FB REACTION RIGHT UPPER EYELID

P: ① FB REMOVED FROM UPPER EYELID (RIGHT)
② SULFACETAMIDE OPHTH SOLUTION ПGtts to
RIGHT EYE TID × 3 DAYS
③ WARM COMPRESS AT c̄ COLD COMPRESSES
④ USE NSAIDS of CHOICE

ABYSSAM MD

9.19.05
9:30 — adm note: recieved 1 copy of blood work dated
9-1-05 and 1 copy of X-ray dated 9-1-05 from
medical record. Kim Ely, HIT  Kimberly Ely, HIT

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

MOSIER, DONALD

| REGISTER NO. | WARD NO. |
|---|---|
| 10924-052 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000020

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------|

10/7/05
0235

S: Refill of Medication/s for ① LBP ② Chronic cough sand ③ asthma by Ivent buy
O. Stable, Vital signs: BP: _____ PR: _____
A: See (S°)
P: Refill of the following medications (See below) Pt. Educ to follow previous instructions.

① Ranitidine 150    ī BīS    #60
② Naproxen 500    ī BīS    #28
③ Doxycycline 100    ī BīD    #60
④ Albuterol Inhaler    īi puff Qīō #1

Ivan Navarro, PA
USP Lewisburg

Harriet Cezza, RPH
Pharmacist
USP Lewisburg

000021

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL RF |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------|
| 8/25/05<br>1010<br>SL. | S: OD 44 yo S inm c/o pain and numbness on L arm and fingers when move his neck + head to the left side. Pt c hx of car accident many years ago. Pt c hx Hep C and family hx of diabetes. Pt c hx also of chronic gastric sore and gallbladder surgery on April 2005. Pt indicates is s show lately + even today.<br><br>O: Ambulatory moves x3 & above belly. Slight reddish scars on back arm and chest of approx directly heals. Pain of the eye red and reflexes of right toe.<br><br>Exam: numbness of L thumb index and middle finger c L lateral movement of neck.<br><br>VS: BP 120/90  HR 63  Resp 57.8  wt 265  mild & sms of sx hernia? grade ②<br><br>A ① Neuropathy<br>② Poor transit colitis.<br>③ Hx of diabetes ~<br>P: ① sms 2p , A1C , C-spine x-rays.<br>② Ranitidine 150  † BID #60<br>③ Doxycyclin 100  † BID #60<br>④ Naprosyn 500  † BID #60 |

*(signature)* Harold Coyle, RPH<br>Chief Pharmacist<br>USP Lewisburg

*(signature)* Ivan Navarro, PA<br>USP Lewisburg

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT<br>USP Lewisburg |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10924 - 052   WARD NO.

MOSHIER, Donald

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000022

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|-----|
| | |

000023

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (*Sign each entry*) |

6-17-05
0937

Admin note:

IM requests medication for chronic back + head pain.

Rx: ① Acetaminophen 324mg po q 4-6 hrs prn #24.

*NON-OTC Medication Qualified*

B Prince EMTP     **Beverly Prince, EMT**
                 **Paramedic**
                 **USP Lewisburg**

W Bogler PA     William Bogler, PA-C
                Physician Assistant

6/20/05
1080
S/L

S: Refill of Medication/s for ① 6 EMD ② LMP ③ Cysts None ④ Asthma
O: Stable, Vital signs: BP: _____  PR: _____
A: su (s?)
P: Refill of the following medications (See below) Pt. Educ to follow previous Instructions.

① Ranitidine 150  ī BTS  #60
② Dopacyclin 100  ī BID  #60
③ Albuterol Inhaler  īī puff BID  #
④ Naprin 275  ī BTS  #60

*Harold Cozza, RPH Chief Pharmacist*

Ivan Navarro, PA
USP Lewisburg

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (*For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.*)

REGISTER NO. 10924-052     WARD NO.

Moshier, Donald

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000024

USP
Lewi

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 0800 7/28/5 | S: Pt c/o ulceration on toe & cystic acne on back, Dyspepsia |
| | O: Alert, oriented, NAD. Pitted, scarred back |
| | with numerous pustules.  Ulceration, open |
| | wound on left hallux. |
| | A: Cystic Acne, ulceration on toe, Dyspepsia. |
| | P: Pt ED not required. |
| | ATC PRN. |
| | Bacitracin Ointment bid #1 |
| | Ranitidine 150 mg bid # 60,  2RF |
| | Doxycycline 100 mg bid, # 60, 2 RF |

Paul Clemens, Sr., PA-C
Commander, US PHS

Harold Cozza, RPH
Chief Pharmacist
USP Lewisburg

000025

,59.60 **MEDICAL SUMMARY OF FEDERAL PRISONER/A** IN TRANSIT CDFRM

99

**FEDERAL BUREAU OF PRISON**

. **DEPARTMENT OF JUSTICE**

| | |
|---|---|
| Clearance Yes ✓ No ___ | Name: Moshier Donald |
| PPD Completed: 7-1-04 Date | Prisoner/Alien Reg # 10424-052 |
| sults: OXO mm | D.O.B. 61 |
| CXR Completed: ___ Date | Departed From McKean |
| sults: ___ | Date Departed 6-16-05 |
| . Health Authority | Destination Lew |
| learance: OK | Reason for Transfer: Non Medical |
| ___ dw 6/14/05 Sign Date | Dist. Name ___ |
| | Dist. # ___ |
| | Date in Custody _/_/_ |

Note: Dates listed above must be within one year of this transfer.

Current Medical Problems:
1. Chronic HCV
2. Cirrhosis
3. GERD
4. S/P Chylemectomy Asthma
5. ___
6. ___

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| Albuterol inhaler | puffs | | 2 puffs every 6 hours as needed | See below |
| ranitidine | 150 | mouth | one pill at 7AM, 7PM | |
| lactulose | 10 mg 15 ml | mouth | one tablespoonful at 7AM, 7PM | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions
Continue meds until med staff evaluation

**Special Needs Affecting Transportation**

| | Yes | No | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ | | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ | | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ | | If no, why not? 000026 |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | | ✓ | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | | ✓ | If yes, what equipment? |

Sign and Print Name ___ Certifying Health Authority

D. Olson, MD Medical Director

Phone Number ___    Date Signed 6/14/05

Record Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

SIMILAR TO (USM 553)

Replaces BP-S659 of Mar

USP Lewisburg

Inmate Received, this date _6/16/05._

Medical History Reviewed

Evidence of lice                                    (Yes) No

Suicidal Thoughts                                   Yes No

Recent Assault, Trauma or Abuse                     Yes No

Signs and Symptoms of Infect Dse                    Yes No

Allergies to Medications                            Yes No

Medications                                         (Yes) No

_Lactulose, albuterol +_
_Zantac issued._

Beverly Prince, EMT-P

000027

AUTHORIZED FOR

40-00-634-4176

# CHRONOLOGICAL RECORD OF MEDICAL CARE

| MEDICAL RECORD DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2/27/05 | Chole [illegible] post op D/O 4/19/05 |
| 1307 | feels fine |
| | WGT 249 BP 110/70 P80 |
| | O) [illegible] |
| | [illegible] |
| | [illegible] |
| | A want to see [illegible] |
| 5HU | [illegible] |
| | [illegible] |
| | TX. Hep C – [illegible] |
| | A) |
| | P) [illegible] |
| | Tylenol 500mg [illegible] po bid #28 RF6 |
| | [illegible] 15 [illegible] BID #1 [illegible] RF8 |
| | [illegible] bid #30gm RF3 |
| | bacitracin [illegible] bid #1 RF-3 |
| | [illegible] |
| | CB ~ 1 mo |
| | [signature] H. Beam, MD FCI McKean |

Reviewed By: V. Geza, PharmD

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | 000028 |
| | | REGISTER NO. 10924-052 | WARD NO. |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR

. LEX.   Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) B/

000029

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other: Post Choleystectomy     Hep C Active

SUBJECTIVE: (Chief Complaint) (4/19/05)     GERD

**1/5/05** feels better, scant abd pain
**1320** post Interferon/Riba Tx- received 25 W/CS
Med. Compliance:     Though 11 wks of full

OBJECTIVE: (Review System)  Age: 43   self dose discharge

B/P: 110/80  P: 70  Wt:   T:   R/R:   SO2%:   Peak Flow:

HEENT: Ok     Last Op / Opth. Eval.: —

Heart: OWO

Lungs: OK

Abdomen: Abd Soft, ⊖ SOA     530

Genital / Rectal: Healing RUQ Scar     550

Extremities: Staples removed     600

Neuro:

Recent Lab Results: Disured Father - very ill
ASSESSMENT(S): chronically painful djys

DSM IV Classification

Axis I:     Axis IV:

Axis II:     Axis V: GAF Score:     Ortho

Axis III: Satisfactory post op Cholecystectomy     Problem

Preventive Care: Off Peg, Jet/Ri ba     Exercise:     Stable

Tobacco Use:     Medication Side Effects:

HOSPITAL OR MEDICAL FACILITY |   | STATUS |   | DEPART. / SERVICE |   | RECORDS MAINTAIN
FCI McKea

SPONSOR'S NAME |   | SSN/ID NO. |   | RELATIONSHIP TO SPONSOR
000030

PATIENT'S IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; |   | REGISTER NO. 10924-05  WARD NO.
No. or SSN; Sex; Date of Birth; Rank / Grade)

Donald Mortimer

CHRONOLOGICAL RECORD OF MEDICAL
Medical Record
STANDARD FORM 600 (REV. 5-97)

| SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATIO (Sign each entry)

Pain Level:    1    2    3    4    5    6    7    8    9    10

PLAN:

*Hastglue*

Patient Education:
( ✓) Discussed Test Results  ( ✓) Discussed Tx Plan
( ✓) Etiology, Complications, Prognosis, Prevention
( ✓) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes   ( ) No Smoking
( ✓) Medication Dosage / Administration / Compliance / Side Effects
( ✓) Patient Understood Topics  ( ) Verbalized Understanding
( ✓) Instructed if Problems or if running out of medication, should sign up for sick-call or send cop-out.

Diagnostic Studies:  ( ✓) CBC / Dif  ( ) U / A  ( ✓) LFT  ( ) Chem. Profile  ( ) Lipids  ( ) HgAlc
( ) PSA  ( ✓) Viral Load  ( ) CD4  ( ) Toxo Igg.  ( ) Hepatitis Panel
( ) CXR  ( ) EKG  ( ) Others:

Consultations:  ( ) Optometrist  ( ) Ophthalmologist  ( ) Orthopedic Surgeon
( ) Others:

Referral for Vaccination:  ( ) Influenza  ( ) Pneumococal  ( ) Other:

Return to Clinic for routine Follow-Up on: *3 WKS*      *d ī da Araber*

Treatments(s):

*Harallmedr*

*(signature)*

N 7840-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

Adm — She's nearly

/29/05   S) c/o incisional pain & sore throat
1200          (CT Tube)

O) looks in mild-mod pain
   resting - healing wg

A) Post op #10 SP cholecystectomy
   c sore throat - incisional pn

P) RTC d. med refills
   CB for staple out Nxt wk

   Refill Tylenol #3 ii po tid # 5 days

DEA# **BF1879800**-002

H. BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

PATIENT'S IDENTIFICATION:  (For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10924-052    WARD NO.

Donald Mochier

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000032

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
|      |                                                                        |

FPI. LEX.    Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

4/27/05
1420

Check in back from hospital —
1370

S) SP Cholecystectomy on 4/19/05 for
what proved to be a gangrenous
gallbladder. Handling well —
is eating; c/o slight diarrhea
3-4 times a day. Was W Zosyn
for duration of stay

O) looks a little pale —              T 96⁵
  clinically dehortonic          BP 130/80
  Abd RUQ incision healing        P 70
  well and non tender —
  (much less than on 4/18 at preop adm
  last WBC 1500 approx (on chdaferox/Rifly (was
  which is stopped now,
  C diff pending; awt Hep C viral load

A) 1) POD # 8 SP Cholecystectomy 4/19/05
     for gangrenous gall bladder
   2) Diarrhea 20 ABX
   3) Hep C — Tx Sunday          Ozzy 103
   4) Asthma

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI BEAM MD FCI MCKEAN |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10924-052   WARD NO.

Donald Moshier

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000034

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|-------------------------------------------------------------------------|

4/29/05
14³⁰

Pred. call for assistance for pain, fever

- lactobacillus → cap tid #6 RF0 *from Hosp.*
- Tylenol 500mg ii po Bid #28 RR2
- Tylenol #3 ii po Bid prn pain #3 day

DEA # **BF1879800**-002

SH

Albuterol ii puff Qid #1 RR3

~~Doxycycline 100mg po t~~  NBeam Hold 4/27/05  *end* 1445

Bacitracen ung bid #1 RR2

Betamethasone oint bid #1 RR2 *only*

Hydrocortisone 1% cream bid #1 RR2 *face*

Ranitidine 150mg po Bid #14 RF1₂

after 2wks — Restart

→ ~~lactobacillus~~

→ lactulose 15cc Bid #1 RF2

CB 1 wk   — Staple out ~ 1 wk

Reviewed By:
V. Geza, PharmD

H. Beam, MD
FCI McKean

000035

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

4/22/05    Admn Note

0800    I visited inmate in hosp, doing OK, OOB in chair
VSS , C/O abd "bloating", abd. distended some,
on liquid diet, inmate is in Room 446 (Regular room)

D. Olson, MD
Clinical Director

4/23/05    Admin note:
1300    I/M stable, staff stated that he
will be re eval on 4/25 for poss. D/c

J. Fleming, EMT-P
FCI McKean

4/24/05    Admin note
10³⁰    I/M stable, drainage tube removed from
I/M, re-eval on 4/25

J. Fleming, EMT-P
FCI McKean

4/25/05
1445    Adm:
eating, on IV ABX- looking stable

_____, MD
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10924-052    WARD NO.

Yoshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000036

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------|
| 4/26/05 | Adm Note |
| 0900 | Discussed case c̄ Dr. Graham, doing well, has drainea from solid food, afebrile, WBC low ~1,500 - hematology consulted, VSS, ārousy plan to discharge tomorrow |

D. Olson, MD
Clinical Director

000037

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE  E. 446 - |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 4/18/05<br>1645 | Adm - I called - I'm at Hosp -<br>Dr Graham will be by immediatly<br><br>H. BEAM, MD<br>FCI MCKEAN |
| 4/19/05<br>1120 | Adm<br>He will be taken to Surgery later This afternoon<br><br>H. BEAM, MD<br>FCI MCKEAN |
| 4/19/05<br>1600 | Adm - Dr Graham called<br>gangrenous gallbladder<br>open procedure Successful<br>High mortality rate in a (50% Drs est<br>cirrhotic with hepatitis- He will<br>be in Hospital 7 to 10 days as<br>a conservative estimate.<br>I notified Au Rebar<br><br>H. BEAM, MD<br>FCI MCKEAN |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT<br>FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO.<br>10924-052 | WARD NO. |
|---|---|

Donald Mashia

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000038

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 4/20/05 0920 | Adm — I spoke to Graham — I/m is doing well so far — |
|  | *H. BEAM, MD FCI MCKEAN* |
| 4/20/05 1300 | Adm — Discontinue Peg Interferon α2a Discontinue Ribavirin |
|  | Reviewed By: V. Geza, PharmD |
|  | *H. BEAM, MD FCI MCKEAN* |
| 4/21/05 0700 | Adm Note I visited the inmate in the hospital, he is alert & talking, moderate post-op pain, ō vomiting, good urine output, VSS, found UTI also, on strong IV antibiotics, fluids, doing OK so far |
|  | D. Olson, MD Clinical Director |

FPI, LEX.   Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

ISN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

4/15/08
1245U

Adm - *t disamed* c̄ Dr Anderson
Thickened HB Wall no stones —
best explanation of pain is
acalculous cholecystitis —
upper endoscopy ⊖ for lesions, no varices
1/min improving & will
return to FCI tomorrow

*H. BEAM, MD*
*FCI McKEAN*

04/16/05
09²⁰ hrs.

Admin Note: Contacted KCH in regards of inmate's condition, spoke
w/ Dr. Anderson he stated the inmate was doing ~~fine~~; he didn't see
or note ~~error~~ Anything on CT or ultra sound; did have IV antibotics;
⊖ changes on CBC's or EKG's; Inmate would be returning to FCI
today and still waiting for Radiologist report to be finalized.

*B. Douthit EMT-P*

Reviewed by D. Olson, MD
Date: 4/18/15

B. Douthit, EMT-P
FCI McKean

04/16/05
1300

Inmate @ FCI w/o any complaints.

*B. Douthit EMT-P*

B. Douthit, EMT-P
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | Reviewed by D. Olson, MD  Date: 4/18/16 | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO.  10929-052 | WARD NO. |
|---|---|---|

Donald Moshier

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000040

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|-----------------------------------------------------------------------|

Acalculous Cholecystitis

4/18/05  Adm~ See Kane Hosp sheet
090  Augmenten 500 mg ĩ PO TID #30
RF5

Reviewed By
V. Geza, PharmD

J. BEAM, MD
FCI McKEAN

4/18/05  S] F/U Hospitalizaly
1000  hi's feeling much worse Sore
return to facility, and Sx
accelerated yesterday Am
Dx was Acalculous Cholecystitis

O] Afebrile  nec  TG 86
clinicali  BP 130/80
recent sx  P 80
Abd Tender RUQ / RLQ
heel drop test neg (+)
Discussed c Dr Graham

A] Acalculous Cholecystitis with
peritoneal signs —
Hepe; on antibiotics Rifa Tx, immunosuppd.

P] Pred— "we'll take care of you"
Transfer to Bradford Hosp
under care of Dr Graham

J. BEAM, MD
FCI McKEAN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

S) _Alena Xrogentry_ PA ASP w/ 73
48 hr of sensation of swelling
epigastric pain + vomited x1
no fever but feel chilled

On Peg I, Ri Ga
4/5/05 WBC 1800 Anc 882   Hct 38.5

BP 120/80

O) looks mildly uncomfortable
Quiet + tender in epigastric
area to palpation -
BS+ no serious swelling or bloating
clear clear heart one
neuro screen - NC of symmetry

PSO
T 98°

A) Epigastric Tenderness ; on Peg I, Ri Ga
for HCpc and immunosuppression

P) P Sed - w/u to follow
To Kane Er for bloodwork. & w/u
I called To Alen

4/14/05
0950

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART /SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| Phone call Ltr to Andrew | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. 10924-052 | WARD NO. |
|---|---|---|

Donald moshier

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000042

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|-------------------------------------------------------------------------|
| 4/14/05 1630c | Adm - D called GR @ Keene I/m in ultravarel *H. BEAM, MD FCI MCKEAN* |
| 4/15/05 0700 | Adm DH I/mate doing OK, had ultrasound yesterday ⇒ ? GB disease, scheduled for endoscopy today  D. Olson, MD Clinical Director |
| 4/15/05 1200 | Adm DH Dr Anderson called → endoscopy was neg, CAT / ultrasound suggests GB disease s̄ stones, likely treated for this  D. Olson, MD Clinical Director |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

4/7/05
0840
5/t/co

admis note:                                               D 24/10
    Interfero 180 mg self administered by inmate   4/14/5
5 difficulty. Tolerated well.

                    Eric Asp
                    PA-C

4/13/05
22⁰⁰

⑤ CAlled by stAff "Inmate stated his chest hurt and couldn't breath"
ⓞ m Pt CAOX3; ⊖ Acute distress; Pain is mid-sternum non-radiating;
Pain 8/10; states it is a pressure w/ swelling; ⊖ visual swelling noted;
⊕ redness from inmate rubbing area ~~error~~ right below sternum.
Inmate ⊖ SOB; tAlking in full sentences; Spo2 on R.A. 99%, Pulse 84
Resp.18; States hard to lay flat to sleep; moving around cell w/o any
trouble;
ⓐ Anxiety Poss. or musclure pain
ⓟ Assessment; Rest tonight, try to relax; Advised him this would be
referred to DAy P.A on 4/14/05. Inmate Agreed / understood.

                    B. Douthit EMTP

        Reviewed by D. Olson, MD        B. Douthit, EMT-P
        Date: 4/14  05                  FCI McKean

| HOSPITAL OR MEDICAL FACILITY | | STATUS | DEPART./SERVICE | | RECORDS MAINTAINED AT |
|---|---|---|---|---|---|
| | | | | | FCI McKean |
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR | | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)     REGISTER NO.          WARD NO.

Moshier, Donald
10924-052

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 8-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000044

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|-------------------------------------------------------------------------|

4/14/05
0715

(SHW)

S: Emergency triage, Pt states that for the last
two weeks off and on. Now for the past week
it has been constant and the sharpness has increased,
Now he states he can't sleep and is vomiting. Pain's
to "right between my ribs and shoots to my back"
Pain level 10/10.

O: BP: 142/80 (R) 130/70 (L) Temp: 96.8 Pulse 100
HEENT: PEARRLA, EOMI, wnl
Heart: RRR
Lung: CTA bilateral ⊖ wheezes, rales, rhonchi
Abd: soft, tender to percussion and palpatation, ⊕ diffuse
swelling, ⊕ fullness at LLQ, ⊖ bruits

A: R/O pancreatitis
P: ① Education — continue care - Pt understands
② Consult MD

            Eric Asp PAC
            Eric Asp
            PA-C

4/14/05
1025

Addendum:

Interferon 180 mcg self injected by inmate ⊃ difficulty
tolerated well.

            Eric Asp PAC
            Eric Asp  PA-C

FPI. LEX.    Printed on Recycled Paper

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

3/24/05.
1430

Admin - Hep C Tx
(modocumentation of injeres)    3/3 = #19/5
will verify received    3/10 - #20/6
    3/17 = #21/7

Labs  ALT 123
    WBC 1,500
    Hct 37.7
    petct 82x10³  %o neut 46.5
    ANC 690

A) Hep C Tx - counts are barely
acceptable in regard to WBC
ANC is OK - Proceed with Tx

P) monitor
CBI W/K

H. BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE  Lab | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |  |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10924 - 052    WARD NO.

Donald Moshier

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000046

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|-----------------------------------------------------------------------|
| 3/31/05 0800 (SHU) | admin note! #25/9 HB23/31/05 Interferon 180 mcg self injected by inmate s̄ difficulty. Tolerated well. Eric Asp PA-C **Eric Asp PA-C** H. BEAM, MD RCI MCKEAN |
| 3/31/05 1420 | CB - Interferon Tx feeling ok S/ Blotchy Lower leg, use Hc & Bactroban O/ looks to have ?Lichen Keratosis like process — (The usual Interferon itch) also c/o pain in RUQ lipoma as before ALT 91 WBC 1,900    ANC 1045 HCT 37 Ret Ct 80 A/ satisfactory on 9th full dose Reg I P/ continue 91 CB BWKS Betamethasone oint use bid #1 RF 2 R. Olson, MD Re_____ Date: 9/11/05 H. BEAM, MD RCI MCKEAN |

000047

NSN 7540-00-634-4176

AUTHORIZED FOR ~~AL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

3/3/05
0630h    Admin Note          #19/5     Rec'd 3/31/05
Interferon 180 mcg A2A Inject Abd "self"

Robert E. Piotrowski, PA-C
FCI McKean

H. BEAM, MD
FCI McKean

3/10/05    Admin Note          #20/6     Rec'd 3/31/05
06/5h    INTERFERON A2A 180 mcg Abd self Inject
Tolerated Well ⊕ Incident

Robert E. Piotrowski, PA-C
FCI McKean

H. BEAM, MD
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Mosher, Donald

REGISTER NO.
10924-052

WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000048

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 3/17/05 0640h | Administrative note: Interferon 180 mcg A2A |
| | #21/7 |
| | Robert E. Piotrowski, PA-C FCI McKean |
| | H. BEAM, MD FCI McKEAN |
| 3/24/05 0630h | ADMINISTRATIVE NOTE INTERFERON 180 mcg A-2A |
| | #22/8 |
| | Robert E. Piotrowski, PA-C FCI McKean |
| | H. BEAM, MD FCI McKEAN |

000049

IN 7840-00-834-4176                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

2/10/05   S: weekly interferon injection        # 10 RES
0715      O: NAD  exam deferred                        2/15/05
          A: HCV ⊕                    (#2 @ full dose)
          P: ① self administered 1 ml of interferon to abd SQ ⊃
             difficulty.
          ② flu in 1 week

                                      Eric Asp Mc
                                      Eric Asp
                                      PA-C

2/10/05   Admin due to lockdown will not
1600      see st. will reschedule ~ 1 wk
          also CBC & LFT's will be drawn
          and monitored

                                      H. BEAM, MD
                                      FCI McKEAN

2/17/05   Admin. Note: Chron Hep. C            # 1
0915~     Meds. Admin.  Injection                (3)
          peginterferon ALPHA-2A 180 mcg - Abdomen via
                    self administered
          tolerated well & prudent
                                      Robert E. Piotrowski, PA-C
                                      FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. # 17 | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10924-052    WARD NO.

Moshier, Donald
10924-052

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000050

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

Adm: Institution lockdown

**2/23/05**
**1200**

Labs:  ALT 150
WBC 1,900
ANC 874
Hct 42.1
plt ct 94

⟩ Stable on current dosing

FCI McKean
Ropell E. Pronowski PA-C

Will follow counts
& monitor progress

*H. BEAM, MD*
*FCI McKEAN*

**02/24/05**
**16³⁰**

③ Interferon Injection

② Hep C – Deferred

④ Hep C

① Self Admin - Interferon 1ml to Abd. w/o any problems.

#18/4

B. Douthit EMT-P

**B. Douthit, EMT-P**
**FCI McKean**
PA-C

Reviewed by D. Olson, MD
Date: 2/25/05

**3/2/05**

S/ follow c/o Sharp 30 sec ro bur pain chest
& Oarm c/orash - warts tylig

O) labs c - fasned ALT 172  WBC 1,600
ANC 965  Hct 37.8  plt 79x10³

A) Tolerating increased dose po q I  IRby
(back to a standard q) (follow counter

follow- Prep
Tylenol 500mg ii Bid #30

000051

STANDARD FORM 600
BEAM, MD
McKEAN

MEDICAL RECORD | CHRONOLOGICAL RECORD | MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORG. | ATION (Sign each) |

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other: Hep C on tx  Astha  GERD

SUBJECTIVE: (Chief Complaint)

**2/9/05**
**1440**

back at full dose on 2/3/05
feeling OK

Med. Compliance:

OBJECTIVE: (Review System) Age: 43    Sex: Male    Race:

B/P: 130/80  P: 70  Wt: 286  T:    R/R:    SO2%:    (Peak Flow:)

HEENT: OK                Last Op/Opth. Eval.:
Heart: Ser
Lungs: clear

Abdomen:            soft in back     U50
                                     U90
Genital/Rectal:     cystic >1        U90
Extremities:        pitted

Neuro:
Recent Lab Results:  1+ edema        edgy
ASSESSMENT(S):

DSM IV Classification
  Axis I:                          Axis IV:
  Axis II:                         Axis V: GAF Score:
  Axis III: all clinic stable

Preventive Care:        Diet:            Exercise: ya
Tobacco Use: no          Medication Side Effects:

Diabetic foot Screen Test S

Left Foot 7

Diabetic foot Screen Test S

R F

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED |
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; No. or SSN; Sex; Date of Birth; Rank/Grade)

Donald   Moshier

REGISTER NO. 10924-052    WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL C/
Medical Record
STAN.. RD FORM 600 (REV. 6-97)
P... ped by GSA/ICMR **000052**
FI... (41 CFR) 201-202.1

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

Pain Level:   1   2   3   4   5   6   7   8   9   10

PLAN:  *edsq. trouble on the compound*

Patient Education:

(  ) Discussed Test Results   (  ) Discussed Tx Plan

(  ) Etiology, Complications, Prognosis, Prevention

(  ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes   (  ) No Smoking

(  ) Medication Dosage / Administration / Compliance / Side Effects

(  ) Patient Understood Topics   (  ) Verbalized Understanding

(  ) Instructed If Problems or if running out of medication, should sign up for sick-call or send cop-out.

Diagnostic Studies: ( ✓ ) CBC / Dif ( ) U / A ( ) LFT ( ✓ ) Chem. Profile ( ) Lipids ( ) HgAlc
( ) PSA ( ✓ ) Viral Load ( ✓ ) CD4 ( ) Toxo Igg. ( ) Hepatitis Panel
( ) CXR ( ) EKG ( ) Others:

Consultations: ( ) Optometrist ( ) Ophthalmologist ( ) Orthopedic Surgeon
( ) Others:            *Weekly x 8*

Referral for Vaccination: ( ) Influenza ( ✓ ) Pneumococcal ( ) Other:

Return to Clinic for routine Follow-Up on:  *1 w/c*

Treatments(s):

*(out of seg)*   *Peg Interfer α2a  180mcg Sco QWk} 3mo*
*Ribavirin 600mg poBid pill line }*
*Lactulose 15cc Bid #1 RF 8*
*Doxycyclin 100mg po Bid #100 RF2*
*Albuterol ī puff Qid #1 RF1*
*Bacitracin unt bid #1 RF4*
*Betamethasone oint (body) Bid #1 RF4*
*Hydrocortisone 1% cream Bid #1 RF4*
*Omeprazole 20mg po QD #30 RF2*
*Tylenol 500mg īī Bid #30 RF2*

Reviewed By:
V. Geza, PharmD

000053