# EXHIBIT 5a
# PART 2

NSN 7640-00-834-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) | |
|---|---|---|
| 2/3/05 0620hr | Admin - Note - Chronic Hep C | |
| | Interferon A-2A 180 mcg s.q. 18/wk | 4/9/05 |
| | Tolerated well & no incident. | |
| | | Robert E. Piotrowski, PA-C |
| | | FCI McKean |

| SPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| ONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCI McKean |

IENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Moshier, # 10924-052

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
|      |                                                                        |

FPI. LEX.   Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7840-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

4/21/05
1045

S/ _feel sick_   c/o broken filling

O/ _looks fine_   – broken filling @ lower
_left molar_

ALT 142   WBC 1,800   Hct 42.3
_plt_ ct 76k/13   ANC 1080

A/ Hep C   under Tx

P/ NToll · _no aspirin, tobacco_
recheck blood weekly
recheck LFTs
note to Dr Collins

H. BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|
| 10924-05 | 2 |

Donald Moshier

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1-27-05 0630h | Admin. Note – Chronic Hep. C  135 mcg (.75cc) Interferon alpha 2a SC self administered  Tolerated Well & Incident  *Robert E. Piotrowski, PA-C*  *FCI McKean*  #14 2/2/05 |
| 2/2/05 1400 | S/ Check back Res I/PV bu to feel ok "dim on to pulling meds ... & get out next week – wednesday"  O/ labs ok – CBC – stable  A/ Hep C on tx & S shall increase Interferon dose back to Standard full dose  P/ Cont. med A's   (ribavirin Same dose)  (chang) Peg Interferon α 2a 180 mcg Scq QWK #2mo  omeprazole 20mg po QD # 7 RF12  Doxycycline 100mg po bid #60 PO RF12  lactulose 15cc bid # 1 RF12  Albuterol Ti puffs QID # 7 RF3  P/ next week for peak flow etc. |

Reviewed By: V. Geza, PharmD

H. BEAM, MD FCI MCKEAN

Printed on Recycled Paper

SN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

1/5/05
1340
SHU

Interim check

S) feel, well ~

S) before dose increase on Peg I / Rifa

ALT 199   WBC 2,200   Hct 43.9
Anc 1100   Plt Ct 87 x10 3

A) Hepc on tx. Improved counts
P) Recheck nxt wk    follow count
    ifin underway

H. BEAM, MD
FCI McKEAN

01/6/05   S) Weekly Interferon Injection
0620      O) NAD                              #11
SHU       O) Hcp
          P) Self-Administer, 135 mcg (.75cc) of Interferon to Abd. w/o Any difficulty.

B. Douthit, EMT-P    B. Douthit EMT-P
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | | STATUS | DEPART./SERVICE | | RECORDS MAINTAINED AT |
|---|---|---|---|---|---|
| | | | | | FCI McKean |
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR | | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*   REGISTER NO. 10924-052   WARD NO.

Donald Moshier

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1      000058

1/11/05  S/ feelin OK
1400     O) were stat plt ct stable
S/P       after 2 doses of midrange Peg I

         A) Hep C on Peg I / Cirb qTX
            thrombocytopenia better, stable

         P) Pred med A's  ‖ Hydrocortisone cream bid #1 RF2
            (increase) Ribavirin 600 mg po bid  } 3 mo
            (same) Peg dule fes & 2a 135 mcg Sca Q WK ]
            follow counts
            recheck / WK

Reviewed By:
V. Geza, PharmD
                                                    [signature] H. BEAM, MD
                                                    FCI McKEAN

1/13/05  admin note!              #12  [signature] 1/20/05 H. BEAM, MD
0630     Interferon 0.75 cc SC, self administered 5 difficult FCI McKEAN
                                    Eric Asp [signature] PA-C
         Eric Asp
         PA-C

1/20/05  admin note)             #13  [signature] 1/21/05
1045     Interferon 0.75 cc SC, self administered 5 difficulty
                                    Eric Asp [signature]
         Eric Asp                  H. BEAM, MD
         PA-C                      FCI McKEAN

3N 7540-00-634-4176

AUTHORIZED FOR LOCAL RE

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

12-16-04
0715

(S) Weekly Interferon injection. No complaints    # 8 10/36

(O) NAD
(A) HepC
(P) 1. PEGasys 90 mcg in 0.5 ml self administered by
patient under supervision in abdomen, without difficulty.

2. RTC in 1 week for next dose.

Steven Labrozzi, PA-C
Physician Assistant

12/21/04
1500    S/ c/o new meds TCN
also meds for heartburn

SHU

(O) ~ flare of back acne   50+ large
inflamed pits

(A) HepC on Tx ; Acne ; GERD

(P) RTed reaven - following
Acti NBRR error 12/21/04 1520
Omeprazole 20mg po QD # 7 RF12
Doxycycline 100mg po BID #14 RF12
lactulose 15cc BID #1 RF0
Albuterol ī puffs QID #1 RF3

Reviewed By
V. Geza, PharmD

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| CB 1 WIC | | | McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | H. BENNER MD FCI McKEAN |

PATIENT'S IDENTIFICATION: (For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Moshier, D  10924-052

| REGISTER NO. | | WARD NO. |
|---|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000060

12/23/09    admin rules

0630    Interferon 0.5cc injection subcutaneous self administered by
        pt c̄ difficulty

                                        Eric Asp
                                        PA-C

        SHU
        3) feel fine

12/28/01  O)  looknoe · mood backtroace
SHU          ALT 208    Hct 47.5
1400         WBC 2,200 (↑) ANC 1100 (↓)
             pltct 76 x 10³  (↓)
                                                    90
                                                    45
        A)  Hep c on Peg I, Riba Tx              135
            folliculitis

        P)  Tx ed · med A/s
SHU         (increase)
            Peglated Interferon #29  135 mcg
                  1m Q week

            (increase)
            Ribavirin 400mg BID      3mo
                  pick up here

        Bacitracin
                  ung bid #1 Rf-2

Reviewed By:
V. Geza, PharmD
            CB  [w]c

                                        H. BEAM, MD
                                        FCI McKEAN

SN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12-30-04<br>D900<br>SHU | Admin Note:<br><br>Interferon Injection 135 mcg. w/ self Admin w/o Any difficulty<br>for Hep C Treatment.<br><br>*B. Douthit EMT-P*<br>B. Douthit, EMT-P<br>FCI McKean |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10924-052   WARD NO.

*Donald moshier*

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000062

12/16/04
1350
SHU

S) In SHU & angry
       c/o headache

O) looks OK
    vocalized feeling

A) Here in tx
    Peg I / Riba @
    reduced dose
Counts are stabilizing - still
not time to try working dose
back up

ALT 202
Hct 44.8
WBC 2,000
ANC 980
Pltct 65x10³

P) PTed signs & sx reflux screening

RX: Tylenol 500 mg ii PO BID #28 Rx1e
    CBC nxt week

Reviewed By
V. Geza, PharmD

H. BEAM, MD
FCI MCKEAN

LEX.   Printed on Recycled Paper

000063

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|---|
| DATE | | SYMPTOM DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) | |

12/3/04
1100

S/ cough

S/
cough
got full dose
Interferon yesterday

A/ Hep C Tx

ALT 148
WBC 2,000 (↑)
ANC 1060
Hct 41
plt 66x103 ↓
Ammonia 163 (↓)
T98³

P/ PTed. signs Sx infect
CBC wk

*H. BEAM, MD*
*FCI MCKEAN*

12/9/04   Admin Note :                          #7 RB
0655h   Interferon 90 mcg SC Self Adm Abd
Tolerated Well c̄ ? Difficulty

*Robert E. Piotrowski, PA-C*
*FCI McKean*

*H. BEAM, MD*
*FCI MCKEAN*

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION 000064 | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 10924 - 052 | | DATE OF BIRTH |

Donald Morbier

CHRONOLOGICAL RECORD OF MEDICAL CARE      STANDARD FORM 600 (REV. 5
Prescribed by GSA and ICMR

12/9/04  S)  doug o/c - related incident Appny          285#
1045        c/o "lump L uq he says feels   110/80
                lg"
        O)  looks well
           HEENT  neg
           chest clear
           heart reg        A8Y90 XR58
           liver - 2cm - under R costal
           margin

        A)  Hep C - on Tx.
           lipoma RUQ
        P)  Pred - reassure about lipoma
           monitor meds · Welauta
           follow labs weekly

                              R. BEAM, MD
                              FCI McKEAN

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|---|
| DATE | SYMPTO | DIAGNOSIS, TREATMENT TREATING | ANIZATION (Sign each entry) |

Peg I s/ Riba check back

**1/24/0?** c/o headache & hollow feeling in ear
**1050** looks well  & dry nose

O)  ALT 144 ↑1                          TG 78
    WBC 1,600 (↓)                      Bp 120/80
    ANC 768                             P 70
    HCT 38.7
    Plt 734/103 ↓
    ammon 315 →
    (lendiarrhea on lactulose now)
    looks fine  Ht ___ ___
    Chest clear heart reg   sb so?x38#

A)  HCrc Peg I / Riba Tx
B)  ↓ Med dose's
    decrease Ribavirin 200 q Am  400 q pm    } 3m
        Pegintron ↓ 2a  90 mcg Sc q wk
    (decrease lactulose 15cc tid  Nas)
    Bacitraan url bid ×1  RF2
    CBI wk  CBC (↑↑↑)

Reviewed By
V. Geza, PharmD

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

H. BEAM, MD
FCI McKEAN
For McKean

| RECORDS MAINTAINED AT: | ► | Well Dr |
|---|---|---|

Donald
moshier
10924-053

PATIENT'S NAME (Last, First, Middle initial)                    SEX

RELATIONSHIP TO SPONSOR        STATUS        RANK/GRADE

SPONSOR'S NAME

DEPART./SERVICE  SSN/IDENTIFICATION NO.        ORGANIZATION
                                                **000066**
                                                DATE OF BIR

CHRONOLOGICAL RECORD OF MEDICAL CARE        STANDARD FORM 600 (REV.

Adm' needs,

11/30/04

1040   Tylenol 500mg ī PO BID   #30
                                          RR6

Reviewed By:
V. Geza, Pharm

12/2/04   Adm Note — chronic HCV          H. BEAM, MD   (#6)
0700h                                      FCI McKEAN
Interferon 180 mcg sc self adm abd        #00
tolerated well & incident                  12/3/04
RTC — per schedule                         1040

                              Robert E. Plotrowski, PA-C
                              FCI McKean

12/3/04   Hesays he got Peg I last Thursday (#5)
1100                              11/25/04

                                   H. BEAM, MD
                                   FCI McKEAN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) | |

11/11/04
0745

S: interferon injection #3

O: NAD

A: HCV (+)

P: 1) Pegasys 180 mcg (1ml) given SQ by inmate under direct supervision
2) F/u in 1week for next injection

*Eric Asp*
Eric Asp
PA-C

(DOSE #4)

11-18-04
1300

(S) Interferon injection: weekly. 1M pleased b/c lab results
are now more in his favor.

(O) NAD.
(A) Hep C
(P) 1. Peg Asys 180 mcg given (self administered under
supervision in abdomen) without difficulty.

2. RTC in 1 week for next dose.

*SL*

Steven Labrozzi, PA-C
Physician Assistant

11/18/04
(0930)
1430ᵃ

Adm - Inclement weather. Seen
@ varicus - loose fem
Recheck next wk

*(signature)* BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Moshier, Donald
10924-052

REGISTER NO.
10924-052

WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000068

Printed on Recycled Paper

000069

DICAL RECORD | CHRONOLOGICAL RECORD    MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other: _Hep c on Tx._ _GERD._ _Asthma_

SUBJECTIVE: (Chief Complaint)

1/10/04
020

_tolerating shots - "a little fevers" That's it_
_Ranitidine not helping as much_
Med. Compliance: _new brit - Lactulose_

OBJECTIVE: (Review System)   Age:   Sex: Male   Race:

B/P: 130/90   P: 7?   Wt: 287   T:   R/R:   SO2%:   Peak Flow:

HEENT: _ok_
Heart: _gm_   Last Op / Opth. Eval.: ___
Lungs: _ok_

Abdomen: _490_
Genital / Rectal: _450_
Extremities: _500_
Neuro:

Recent Lab Results: _ALT 180_   _Ammonia 262_
ASSESSMENT(S):   _WBC 3,400_
_Hct 45.9_   _ANC 1802_

DSM IV Classification

Axis I:
Axis II:   Axis IV:
Axis III: _Hep c on Tx_ _Borderline Dm_ _Asthma_   Axis V: GAF Score _(GERD)_

Preventive Care:   Diet: _watch_   Exercise: ___
Tobacco Use: _yes_

Medication Side Effects:

SPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED A
PONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | FCI McKean

TIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle;
No. or SSN; Sex; Date of Birth; Rank / Grade

_Donald Monkei_

REGISTER NO. _10924-052_   WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA / ICMR
FIRMR (41 CFR) 201-202.1
000070

Diabetic foot
Screen Test Steps

Left Foot

Diabetic foot
Screen Test Steps

Right Foot

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

Pain Level: 1 *and* 2  3  4  5  6  7  8  9  10

PLAN:

*Total*
*acute back*
*flaring*
*Dematil*
*sorianos*
*(dactalor)*

Patient Education:

( ✓ ) Discussed Test Results  ( ✓ ) Discussed Tx Plan
( ) Etiology, Complications, Prognosis, Prevention
( ✓ ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes  ( ✓ ) No Smoking
( ) Medication Dosage / Administration / Compliance / Side Effects
( ✓ ) Patient Understood Topics  ( ) Verbalized Understanding
( ✓ ) Instructed If Problems or if running our of medication, should sign up for sick-call or
send cop-out.

Diagnostic Studies: ( ) CBC / Dif ( ) U / A ( ) LFT ( ) Chem. Profile ( ) Lipids ( ) HgAlc
( ) PSA ( ) Viral Load ( ) CD4 ( ) Toxo Igg. ( ) Hepatitis Panel
( ) CXR ( ) EKG ( ) Others:

Consultations: ( ) Optometrist ( ) Ophthalmologist ( ) Orthopedic Surgeon
( ) Others:

Referral for Vaccination: ( ) Influenza ( ) Pneumococal ( ) Other:

Return to Clinic for routine Follow-Up on: *nxt wk*

Treatments(s): *Peg Interferon 2a → 180mcg Sca Qwk } 3wk*
*Ri bavirin 600 mg → po Bid Pill line*
*Albuterol ii puffs Qid #1 RF2*
*change Doxycycline 100mg po Bid #60 RF2*
*Change Aciphex 20 mg ī po Qd #30 RF2*
*Hydrocortine ont ur bid #1 RF2*
*lactulose 15u Bid #1 RF8*

Reviewed By
V. Geza, R... MD

H. BEAM, MD
FCI MCKEAN

000071

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPROD.

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

11/4/04
0700

S: interferon injection          #2  11/10/04
O: NAD                                         0700
A: HCV⊕                                        1330

P: ⊕ Pegasys 180 mg given SQ - administered under supervision
  ⊕ RTC in 1 week for next dose

*Eric Asp PA-C*

Eric Asp
PA-C

---

11/4/04
1020

S: Hep C - Peg I/Riba Tx          fever Epus inj
  feel OK - c/o localized mild rash
  at injection site

O: looks fine                    Ammonia 202    BP 146/84
  H___ ___              (UBER 2/40)          P 70
  alert                                      285#
  ___
  ABD Soft nontender
  skin dry at RUQ (dry skin - says
    getting better)

A: Hep C on Peg I/Riba Tx
P: ⊕ feel med cyclidine under tol
  labs CBC - Chem panel -
  continue all meds - recheck 1 wk

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. 10924-052 | WARD NO. |
|---|---|---|

Moshier, Donald
10924-052

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000072



STANDARD FORM 600 (REV. 6-97) BACK

000073

# CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|------|

2/20/04
1015

Hep C stable, Asthma

S) Here to discuss Peg Int/efam's Rifa
eg- Bone marrow depression; he
accepts risks —

O) looks well-
He signed consent for ___
c/o tiny recurrent @ ant scalp

A) Hep C  — will begin Tx next week

P) Med - risks. s/ benefits - understood

needs: Tetracycline 500 mg po Bid #60  RF3
Ranitidine 150 mg i/ po Bid #60 RF2
Tylenol 500mg i/ po Bid #30 RF2

Has lactulose + Albuterol
CBC - ALT weekly x5 + Ammonia
CB/wk

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI MCKEAN

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: ▶ | | FCI McKean | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME  Donald Moshier | | ORGANIZATION 000074 | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO.  10924 - 052 | | DATE OF BIR |

10/28/04   S) First dose Interferon   ( DOSE #1 )
0700       O) NAD

           A) Hep-C

           P) 1. Pt EO: Injection procedure
              2. PEGASys 180 µg given (self administered under
                 supervision) in abdomen
              3. RTC in 1 week for next dose

                        _Steven Labrozzi, PA-C_
                        _Physician Assistant_


10/28/04   S) got first shot today              287#
0950       O) looks & feels fine                T978
              HEENT neg                          BP 126/70
              chest clear                        P70
              heart ⊘
              abds ⊕ bs ⊕ no masses
           A) Hep C (Reg'd) Riba TX

           P) ✓ed meds SE's
              Harmed
              CBJWIC
              check CBC/ALT

                        H. BEAM, MD
                        FCI McKEAN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

Check back (Blood arm mem 296)
(27-102

9/24/04    S) K FP =6 → normal
1430         C/O Rmid pead pa
           O) feels good — Discused Lab lang

           W+284  BP 120/80 P80
           Clear lu clear to m
           A0q soft/BSE wd neum

           was cleaned by Psych for Peg I

           A) Hepc ī Cirrhosis

           P) Pred - Further plan for Tx

           lact ulose 15cc po Bid #1mo RF3    cmai 9/24/04

           PTu ~ ī declin for Peg3/Rifa    #1 bottle RF (8x)
           or/mo

Review by
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10924-05?    WARD NO.

Donald Mashie

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000076

H24104g
emv
1430

9/28/04   Marlin~  Needs.
1100
          Albuteral 1 puff aid #1 RR 2

Reviewed By:
V. Geza, PharmD                              H. BEAM, MD
                                             FCI McKEAN

10/7/04   Adm Approved for Reg I / Rifa TX
1500
          Anticipate Starting TX week of — 10/25-29

          { Rx Pegelated interferon α2a / 80mcg Scn QWeek }
            Ribavirin 600 mg po Bid pill line    3m

          Note Sent to I/m — Will have her
          Sign consent; Plan weekly
          visits x6 & then monthly~
          monitor CBC ALT weekly x5
          then monthly—

Reviewed By:
V. Geza, PharmD                              H. BEAM, MD
                                             FCI McKEAN

10/13/04  Inmate Rec'd 11 pgs. Medical Records       HIT
0730                                         T. Petruzzi HIT

FPI. LEX.   Printed on Recycled Paper        STANDARD FORM 600 (REV. 6-97) BACK

000077

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

9/8/04
1055

S/ long discussion - The Biopsy
showed cirrhosis -
We discussed risks of interferon,
psych problem; bone marrow
suppression. He is wanting Tx
and I feel its a good idea
I'll be sending form, to Washington
after I get the psych clearing
statement

O/ - looks well

A/ Hep C - c̄ cirrhosis

P/ Proced. noted above
Drew αFP; blood ammonia
await central office decision
q 1mo

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10924-055   WARD NO.

Donald Mashier

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000078

9/22/01
1450

Adm - Seen on rounds 9/21
appear well - mentating now

α FP = 6
Blood Ammonia 246 (27-102)

F/u chronic care ~ within 2 wks
↑ in su lactulose Tx

H. BEAM, MD
FCI McKEAN

000079

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

8/24/04
0700
Admin Note
Inmate on roundtrip for liver Bx

D. Olson, MD
Clinical Director

8/25/04
0700
Adm Note
Inmate returned from roundtrip yesterday,
/ pending report, convales 8/25 → 8/29/04,
sched. daily checks

D. Olson, MD
Clinical Director

8/26/04   (S) Here for wound check post
0900   liver Bx. Pain 4 on 1-10 scale
(O) NAD 97⁸
site of incision healing ē
problem Ø erythema / edema
(A) Wound check
(P) 1) f/u wound checks per order

JGlenn FNP-C

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Mosher, Donald

REGISTER NO.
10914-052

WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000080

STANDARD FORM 600 (REV. 6-97) **BACK**

000081

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|---|---|

**CLINIC(S):** ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines

( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General

( ) Other: _Hep C GERD Asthma_

**SUBJECTIVE:** (Chief Complaint)

7/18/07 c/o Back pain - recently redig for w/c
0950 R leg pain down but -

Med. Compliance:

**OBJECTIVE:** (Review System) Age: **43**   Sex: Male   Race:

B/P: **130/80** P: **70** Wt: **278** T:   R/R:   SO2%:   Peak Flow:

HEENT: _ac_    Last Op/Opth. (Eval.:

Heart: _gro_

Lungs: _clear_

Abdomen: _soft nontenn_    550
                          520
Genital / Rectal:          560

Extremities:

Neuro:

Recent Lab Results:

**ASSESSMENT(S):**

**DSM IV Classification**

Axis I:                    Axis IV: _acne_    _asthma_

Axis II:    _Chronic LBP_ Axis V: GAF Score: _(GERD)_

Axis III: _Hepc Borderline Diabetic_

Preventive Care:   Diet: _water_   Exercise: _walk_

Tobacco Use: _yes_        Medication Side Effects: _w_


Diabetic foot Screen Test Steps — Left Foot


Diabetic foot Screen Test Steps — Right Foot

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; ID No. or SSN; Sex; Date of Birth; Rank / Grade

Donald Moshier

| REGISTER NO. **10924-052** | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA / ICMR
FIRM (41 CFR) 201-202-1   **000082**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|---|---|

**Pain Level:** 1    2    3    4    5    6    (7)    8    9    10

**PLAN:**

**Patient Education:**

( ) Discussed Test Results    ( ) Discussed Tx Plan

( ) Etiology, Complications, Prognosis, Prevention

( ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes    ( ) No Smoking

( ) Medication Dosage / Administration / Compliance / Side Effects

( ) Patient Understood Topics    ( ) Verbalized Understanding

( ) Instructed If Problems or if running our of medication, should sign up for sick-call or send cop-out.

**Diagnostic Studies:** ( ) CBC / Dif  ( ) U / A  ( ) LFT  ( ) Chem. Profile  ( ) Lipids  ( ) HgAlc

( ) PSA  ( ) Viral Load  ( ) CD4  ( ) Toxo Igg.  ( ) Hepatitis Panel

( ) CXR  ( ) EKG  ( ) Others:

**Consultations:** ( ) Optometrist  ( ) Ophthalmologist  ( ) Orthopedic Surgeon

( ) Others:

**Referral for Vaccination:** ( ) Influenza  ( ) Pneumococal  ( ) Other:

**Return to Clinic for routine Follow-Up on:**

**Treatments(s):**

TCN tetracylin 500mg → po Bid #60 RF2
Ranitidin 150 mg → po Bid #60 RF2
Tyenol 500 mg # po Bid #30 RF4
Albuteral ii puff Qid # ( RF2
A&D ointment sub bid #1 RF2

Reviewed By
V. Geza, PharmD

H. BEAM, MD
FCI MCKEAN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (*Sign each entry*) |
|---|---|
| 8/17/04<br>0916 | ⑤ C/o Rt ear ache x several weeks. Drainage.<br>(+) pain around/behind ® eyeball + around ear. |
| | C/o boils on Ⓛ gluteus + near Ⓛ underarm |
| | C/o acne, scarring ... "TCN not working" |
| | C/o brown discoloration of lower legs c̄ itching x several months |
| | Ⓞ NAD  T=98² |
| | SKIN: - severe scarring acne esp at ~~author~~ error it 8/17 posterior torso |
| | - 1 inch suppurative or exudative induration c̄ erythema at Ⓛ gluteus + near Ⓛ axilla |
| | - slightly scaling lesions, lower legs c̄ hyperpigmented macules. |
| | HEENT: Ⓛ Ⓡ frontal sinus tenderness turbinates + 3/4 bilat Ⓡ F.Am Ⓛ erythema Ⓡ black region of impacted cerumen near TM'. |
| | --- Ⓞ adenopathy |
| | Ⓐ Abscesses. Cerumen impaction  Sinusitis<br>Acne.  ® otitis externa  R/o Tinea versicolor } of LE<br>R/o Xerosis |
| | Ⓟ 1. Cortisporin Otic Suspension  4 drops AD QID  #1 NR  {150 ml #1<br>2. Selsun 2.5% Shampoo  Apply to AA + lather c̄ small amt of water. Remain on skin 10 min. Rinse thoroughly.  Repeat QD  } NL<br>3. HC 1% Cream  Apply to lower legs QID prn itching  #1 Rx3<br>4. Augmentin-500  1 po TID x 10d  #30  NR<br>5. Pt declines NSAIDs.<br>6. C&S of exudate from abscesses.<br>7. RW in 7-10 days.<br>8. FD's: Rx, tx plan, meds, hygiene. |

Steven Labrozzi, RPh
Pharmacist

Steven Labrozzi, PA-C
Physician Assistant

Steven Labrozzi, PA-C
Physician Assistant

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/15/04
1430 | Alm URC - Approved for ever Bro -

H. BEAM, MD
FCI McKEAN |
| 8/5/04
1530 | Adm - See Copronr response

RX   Albuterol ī Ruff Bid #1 RF

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN |

HOSPITAL OR MEDICAL FACILITY

SPONSOR'S NAME

STATUS

SSN/ID NO.

DEPART./SERVICE

RELATIONSHIP TO SPONSOR

RECORDS MAINTAINED AT
FCI McKean

PATIENT'S IDENTIFICATION: (For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

REGISTER NO.
18829-0

WARD NO.

Donald Moshier

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000085

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |

**CLINIC(S):** ( ) Cardiac  ( ) Hypertension  ( ) Diabetes  ( ) Infections  ( ) Endocrines

( ) Lipid  ( ) Pulmonary  ( ) Mental  ( ) Neurology  ( ) Ortho  ( ) General

( ) Other: _Hepc    Borderline Dm    GERD_

5/21/09
14/09

**SUBJECTIVE:** (Chief Complaint) _Sickle or clog last_
_2 days - yellow phlegm w/ th_
_↑ serum glucose - mother & father  400_
_c Dm -  460  290_

Med. Compliance:

**OBJECTIVE:** (Review System) Age: _42_  Sex: Male  Race: _____

B/P: _120/60_  P: _70_  Wt: _284_  T:  R/R:  SO2%:  Peak Flow:

Diabetic foot
Screen Test Steps



Left Foot

HEENT: _OK_                           Last Op / Opth. Eval.:

Heart: _OK_          ( _chronic low back pain_

Lungs: _clear John_    _- disability on SocSec_

Abdomen: _Tenderness ball  Since 1989_

Genital / Rectal: _⊕ GRC ©_                              _set/40_

Extremities:            _5/12/04_      _115 10/11/03_

Neuro: _ALT 129 → 115_                      _LDL_

Recent Lab Results: _glu 177, 139   glycoltyp 4.9_

**ASSESSMENT(S):**

Diabetic foot
Screen Test Steps



Right Foot

**DSM IV Classification**

Axis I:

Axis II:                                      _acne back_

Axis III: _Hepc , Borderline Dm    Borderline_

Preventive Care:        Diet: _diety_      Exercise: _walk_

Tobacco Use: _yes_                Medication Side Effects:

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED AT **FCI McKean** |
|---|---|---|---|
| **SPONSOR'S NAME** | SSN / ID NO. | RELATIONSHIP TO SPONSOR | 000086 |

PATIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; ID No. or SSN; Sex; Date of Birth; Rank / Grade

_Donald Morkier_

REGISTER NO. _10924-052_     WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA / ICMR

Pain Level: 1  2  3  4  5  (6)  7  8  9  10  (12)

**PLAN:**

**Patient Education:**

( ✓ ) Discussed Test Results  ( ✓ ) Discussed Tx Plan

( ✓ ) Etiology, Complications, Prognosis, Prevention

( ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes  ( ✓ ) No Smoking

( ✓ ) Medication Dosage / Administration / Compliance / Side Effects

( ✓ ) Patient Understood Topics  ( ✓ ) Instructed If Problems

or if running our of medication, should sign up for sick-call or send cop out.

**Diagnostic Studies:** ( ) CBC / Dif ( ) U / A ( ) LFT ( ) Chem. Profile ( ) Lipids ( ) HgAlc
( ) PSA ( ) Viral Load ( ) CD4 ( ) Toxo Igg. ( ) Hepatitis Panel
( ) CXR ( ) EKG ( ) Others: *11 Hepc Battery 4*

**Consultations:** ( ) Optometrist ( ) Ophthalmologist ( ) Orthopedic Surgeon
( ) Others: *psych eval - evaspt to a R*

**Referral for Vaccination:** ( ) Influenza ( ) Pneumococal ( ) Other:

**Return to Clinic for routine Follow-Up on:** *3mo*

**Treatments(s):**

*Tetracyclin 500 g → po Bid #60 RF2*
*Ranitidine 150 g → po Bid #60 RF2*
*Tylenol 500 mg → po Bid #30 RF2*

*Bactrim DS → po Bid # 20 RF2*
*Albuteral # puff 8id #1 RF2*

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI MCKEAN

000087

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |

**CLINIC(S):** ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines ( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General ( ) Other:

4/21/04
0930

**SUBJECTIVE:** (Chief Complaint)
No show for callout
will reschedule

Med. Compliance:

**OBJECTIVE:** (Review System)   Age:        Sex: Male    Race:

B / P:        P:        Wt:        T:        R / R:        SO2%:        Peak Flow:

Diabetic foot Screen Test Steps

**HEENT:**                                    Last Op / Opth. Eval.:
**Heart:**        Han RBS 139        8/14/02
**Lungs:**
**Abdomen:**        needs RBS glycotto p
**Genital / Rectal:**
**Extremities:**
**Neuro:**
**Recent Lab Results:**
**ASSESSMENT(S):** ALT 775 10/03
ALT 115 2/04

DSM IV Classification

Axis I:

Axis II:

Axis III: Neg C

Preventive Care:        Diet:        Exercise:

Tobacco Use:        Medication Side Effects:

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | 000088 |

PATIENTS IDENTIFICATION: (For typed or written entries give: Name -- last, first, middle; ID No. or SSN; Sex; Date of Birth; Rank / Grade

Donald Moshier

REGISTER NO.        WARD NO.
10924-052

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA / ICMR

**PLAN:**

**Patient Education:**

(  ) Discussed Test Results  (  ) Discussed Tx Plan

(  ) Etiology, Complications, Prognosis, Prevention

(  ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes  (  ) No Smoking

(  ) Medication Dosage / Administration / Compliance / Side Effects

(  ) Patient Understood Topics  (  ) Instructed If Problems

or if running our of medication, should sign up for sick-call or send cop out.

**Diagnostic Studies:**  (  ) CBC / Dif  (  ) U / A  (✓) LFT  (  ) Chem. Profile  (✓) Lipids  (✓) HgAlc

(  ) PSA  (  ) Viral Load  (  ) CD4  (  ) Toxo Igg.  (  ) Hepatitis Panel

(  ) CXR  (  ) EKG  (  ) Others:  RBS

**Consultations:**  (  ) Optometrist  (  ) Ophthalmologist  (  ) Orthopedic Surgeon

(  ) Others:

**Referral for Vaccination:**  (  ) Influenza  (  ) Pneumococal  (  ) Other:

**Return to Clinic for routine Follow-Up on:**  Resheedule x 1 mo

**Treatments(s):**

H. BEAM, MD
FCI MCKEAN

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

3/26/04 ⓢ 42 y/o c/o Lump (soft) Rt. Thigh - c̄ Episodic
1010 hr    enlargement & pain - Onset? ~ 2 mo.
          Hx Lumps other places - Chin / abdomen.
          Side Note - Breath/Sweats/Dyspnea Hx (CHF?)
              & LE's (leg/feet swelling)

ⓞ CAOx3, NAD, ambulatory, & affect.
  - Chin - Epidermoid / Sebaceous Cyst
  - Abd - LUQ - Lipoma
  - RLE→Ant. Surface Thigh - ill defined ā 4 cm
       gray, ⊕ tender, palpable soft
       doughy mass ; ⊕ Mobile. ⊖ Erythema
       c̄ mod. to zero elevation; & Pigmentation
  →Leg/Feet (Bilat) - Hyperpigmented, c̄
       1+ Pitting edema c̄ Medial ankle
  NT (
  Nl. Temp (   & anterior Dorsal Surface Tibia breakdown
       - & Ulceration & Scabbing 2° abrasion

Ⓐ Lipoma ; Venous Insufficiency
Ⓟ Educate / Counsel — Reassure re. Man.
              — Venous Insuff. & pot. ulcerations
  Teds Stockings (Large/Long knee high)
  F/u Dr. Bean re. CHF? Meds. adjust., RTC PRN
  Understands    [signature]    Robert E. Piotrowski, PA-C
                                 FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)    REGISTER NO. 10924-052    WARD NO.

MOSHIER, DONALD

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000090

Robert E. Pionowski, PA-C
LCI McKean

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

AUTHORIZED FOR LOCAL REPRODUCTION

**DATE** | **SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION** *(Sign each entry)*

CLINIC(S): ( )Cardiac ( )Hypertension ( )Diabetes ( )Infectious ( )Endocrine
( ) Lipid ( )Pulmonary ( )Mental ( )Neurology ( )Ortho ( )General
( )Other: Hep C   GERD

**1/23/04 1240**

SUBJECTIVE: (Chief Complaint)
"R Hip killing me"
"Back cramps x 2 wks"

OBJECTIVE: (Review System) Age: 42   Sex: Male   Race:
B/P: 130/80   P: 70   Wt: 287   T:   R/R:   SO2%:   Peak Flow:

HEENT:   Last Op/Opht. Eval:
Heart:   R side 8L
Lungs: clr
Abdomen: soft/BS
Genital/Rectal:
Extremities:
Neuro:
Recent Lab Results:

ASSESSMENT(S):
DSM IV Classification
Axis I:
Axis II:
Axis III: Hep C   GERD

Preventative Care: Diet   Exercise: walks
Tobacco Use? yes   Medication Side Effects: no

RECORDS MAINTAINED AT: FCI McKean

REGISTER NO. 10924-052

Donald Mashion

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 5-87)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1
000092

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry). |
|---|---|

Pain Level:  1    2    3    4    5    6    7    8    9    10

PLAN: Hepatitis shot

Patient Education:

( )Etiology, Complications, Prognosis, Prevention ( )Diet, Diabetic/Cardiac/

Disease, Lifestyle Changes ( )No Smoking ( )Medication Dosage/Administration/

Compliance/Side Effects ( )Patient Understood Topics ( )Instructed if problems

or if running out of medication, should sign up for sick-call or send cop out.

Diagnostic Studies: ( )CBC/Diff ( )U/A (✓)LFT ( )Chem Profile ( )Lipids ( )HgAlc

( )PSA ( )Viral Load ( )CD4 ( )Toxo Igg. ( )Hepatitis Panel

( )CXR ( )EKG ( ) Others:

Consultations: ( )Optometrist ( )Ophthalmologist ( )Orthopedic Surgeon

( )Others:

Referal for Vaccination: ( )Influenza ( )Pneumococal ( )Other:

Return to Clinic for routine Follow-Up on: 3mo

Treatment(s):

Tetracycline 500mg x Bid # 60 RF2
Ranitidine 150mg po Bid #60 RF2
Debrox 2gtts tid ( ) RF0
Tylenol 500 ii Bid # 30 RF2

(indigent)

Reviewed By:
V. Geza, PharmD

1/23/04
Will allow OTC meds at this time.
Inmate has no funds currently
but does not qualify as indigent.
Inmate has purchased through Commissary
this month

H. BEAM, MD
FCI MCKEAN

Reviewed By:
V. Geza, PharmD

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

12-10-03
1300

Pt states he feels better ....
(S) C/o forehead pressure & pressure behind eyeball.

(O) T=97.8°F    SaO₂ = 97%   HR = 82
HEENT: ⊕ sinus tenderness
Turbinates +4/4 Ⓛ c̄ thick white mucus
+3/4 Ⓡ
⊖ adenopathy

Lungs: rhonchi throughout

(A) Sinusitis c̄ Viral Syndrome

(P) 1. Septra-DS   ī po BID × 14d      #28  NR.
2. Actifed    ī po QID prn for nose + sinus congestion  #20 NR.
3. Continue APAP previously R'd.
4. ↑ water intake, ↑ dietary protein. ↑ rest.
5. F/U prn via s/c.

Reviewed By
V. Geza, PharmD

S. Labego
Steven Labrozzi, PA-C
Physician Assistant

12/22/03
1548

Adm - will order Hepatitis A vaccine
series

note sent to I/m

H. BEAM, MD
FCI MCKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. 10924-05⟩ | WARD NO. |
|---|---|---|

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000094

1/6/04
1100

Adm mainline - c/o LBP -
w/d continues convalesce
See form

H. BEAM, MD
FCI MCKEAN

STANDARD FORM 600 (REV. 6-97) BACK

000095

NSN 7640-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

11/30/03
2030

EMERGENCY: IM c/o Chest Pain, brought to HSU by COs
in Gator

C/p Chest Pain x 20 minutes like elephant stepping on Chest
c̄ radiation across chest, (R + L pectoral areas) down
(Right error c̄ 11-30) Left Arm to elbow c̄ paresthesia
thruout entire L. Arm.

+9/10

c/o Constant cough c̄ fever/chills since last night

Ⓞ  IM clutching chest        BP = 140/66
T = 100.6°F              HR = 92
                         SaO₂ = 96%

(+) tenderness to palpation of Chest wall at Ⓛ > Ⓡ
    pectoris

HEENT:  ⊖ adenopathy
        Ⓡ EAM +++ erythema
        Oropharynx S̄ exudates

LUNGS:  CTA  ⊖ egophony        ECG:  Normal

Ⓐ  R/O Pneumonia  R/O bronchitis  URI / Viral Syndrome / Gastritis

Ⓡ  * 1. Erythromycin 500mg      1 po QID x 10d    #40  NR  (4 night cap'd)
    * 2. APAP - 500              2 po QID prn fever, pain, HA  #40  Rx3  (6 night cab)
    * 2A. Guaifenesin - DM       1po BID c̄ ↑ water  # 14  NR
    * 3B. Pepto Bismol *                              intake
    4. ReCheck on Wednesday 3 Dec.              2 TBS po QID prn N/V.
    5. Pt understands Tx plan.                  Do not take at same
                                                as other meds.  #1 Rx2
    (6. ASA given stat 325mg)
    (  Maalox 45 ml given stat)              Glenn Labrozzi, PA-C
                                             Physician Assistant
    7. IDLE x 3days.
    * 8. BENADRYL 25mg    1 po QID x 24hrs          # 4  NR  (4 nite cab)

(Pharmacy)

J. Geza, PharmD
Reviewed By:

REVIEWED BY
H. BEAM, MD
FCI McKEAN
RECORDS MAINTAINED AT

| HOSPITAL OR MEDICAL FACILITY | | STATUS | DEPART./SERVICE | |
|---|---|---|---|---|
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO.        WARD NO.

Moshier, Donald
10924-052

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000096

12-3-03  (S) ReV RE chest pain, fevers, etc  SEE 11/30/03

1070  Not feeling Better.                    Coughing has improved
      Bones + Muscles aches.                 Chest still sore
      Diarrhea                               "achery" not
                                             excruciating as on 11/30

      chest feels full.
      Headaches: pressure

(O) Pt appears ill/weary   T= 96.4°F   SaO2= 95%   BP = 136/79
                                       HR= 82

    HEENT: some tenderness to palp of frontal sinuses
    TURBINATES  + 3.5⁄4 tpat c thick white mucus
    TMs pearly gray
    Oropharynx: no exudate
    (-) adenopathy

    LUNGS: Rhonchi  expiratory & inspiratory  throughout

           PEEK FLOWS:  560, 340, 380

(A)  R/o Pneumonia   R/o bronchitis   C/o Influenza

(P)  1. Albuterol 0.5ml in 3ml NS inhalation Tx.
        VS p Tx:  T=98.1  BP= 116/76  SaO2=97%  HR= 81  Peek Flows= 420/460/450

     2. CXR (done)

     3. Consult Dr. Beam:
        - No evident Pneumonia (CXR)
        - Continue current Txps on 11/30

     4. ACTIFED   T po Q10 prn for sinus pressure.   #20 NR

     5. ReV in 7 days.

Reviewed By:
V. Geza, PharmD

                                   Steven Labrozzi, PA-C
                                   Physician Assistant

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/21/03 1230 | Inmate received 22 pages of medical records    _J. Peluzzi HIT_  T. Petruzzi, HIT |
| 10/3/03 0640 | see injury report of this date.    _Eric Asp PA-C_  Eric Asp PA-C |
| 11/21/03 0930 | ⓢ c/o nasal congestion, H/A, sore throat c̄ cough, and upset stomach x 1 wk. Pain 4 on 1-10 scale ⓞ NAD 98⁸-70-16 ¹³⁰/₇₀ SMOKER exam— inmate has very stong cigarette odor throat — erythema c̄ mild white patches ears — TM not visible due to cerumen impaction rt. ear, lt. ear WNL, ⊘ facial tenderness lungs — mild wheezes Ⓐ 1) URI vs pharyngitis 2) dyspepsia (cont) Ⓟ c̄ CV    J GLENN FNP-C |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT  FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO.  10934-058 | WARD NO. |
|---|---|---|

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000098

Case 1:05-cv-00190-GJM-SPB  Document 6-8  Filed 01/24/2007  Page 47 of 73

4/21/03 (P) 1) Amoxicillin 500 mg po TID x 10 days
0930
(cont) 2) Actifed ī po TID x 5 days

3) Pepto bismal 30 cc po TID pen # 1 day

4) ↑ fluids

5) No Smoking

6) Educated on Rx, plan of care, F/U
verbalized understanding

J Glenn FNP-C

Reviewed By:
V. Geza, PharmD

FPI. LEX.  Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

CLINIC(S):  ( )Cardiac  ( )Hypertension ( )Diabetes ( )Infectious ( )Endocrine

( ) Lipid ( )Pulmonary ( )Mental ( )Neurology ( )Ortho ( )General

( )Other:

**0/16/0?**
**1300**

SUBJECTIVE: (Chief Complaint) gets pain under (R) rib

back pain - bad back, disability on street
always feel sick muscle, joint ache

OBJECTIVE: (Review System) Age: **42**  Sex: Male   Race:

B/P: **110/**  P: **70**  Wt: **283**  T:   R/R:   SO2%:   Peak Flow:

HEENT: nc    Last Op/Opht. Eval:

Heart: ? no      Hep C & since probably

Lungs: clear      20 yrs

Abdomen: WT tender RUQ    ache on back

Genital/Rectal:      He handed me 5 copouts

Extremities:      "Says he doesn't want

Neuro:      anyone in the BOP"

Recent Lab Results: ALT 115    In contact with Attorney

ASSESSMENT(S): Hep C      SRU ⊖ /⊖
Chronic LBP      Discussed Treating relationship
      No ETOH in views AA in rout

Preventative Care: Diet Watch lunches  Exercise walking  4 hr program

Tobacco Trying to quit    Medication Side Effects: NO

| OTHER MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |
| NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |  |

IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

REGISTER NO. **10924-052**   WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 5-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

moshier Donald

000100

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------|

Pain Level:   1    2    3    4    5    6⊗ 7    8    9    10

PLAN:

Patient Education:

(✓)Etiology, Complications, Prognosis, Prevention (✓)Diet, Diabetic/Cardiac/
Disease, Lifestyle Changes ( )No Smoking ( )Medication Dosage/Administration/
Compliance/Side Effects ( )Patient Understood Topics ( )Instructed if problems
or if running out of medication, should sign up for sick-call or send cop out.

Diagnostic Studies: ( )CBC/Diff ( )U/A ( )LFT ( )Chem Profile ( )Lipids ( )HgA

Hep C Battery( )PSA ( )Viral Load ( )CD4 ( )Toxo Igg. ( )Hepatitis Pane

Hep A & B Serology( )R ( )EKG ( ) Others:

Consultations: ( )Optometrist ( )Ophthalmologist ( )Orthopedic Surgeon

( )Others:  psych

Referal for Vaccination: ( )Influenza ( )Pneumococal ( )Other:

Return to Clinic for routine Follow-Up on: 3mo

Treatment(s):

Tylenol 500mg ⅱ PO Bid #30 RF2

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

000101

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

**DATE** — SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry)

10/9/03
2200 — admis note.

Talked to inmate about request for Hep A vaccination. Had discussion about HCV ⊕. Will consult Dr. Beam.

Rx TCN 500 mg 1 PO BID dispense #30 R-3  Dx Cystic acne
Zantac 150 mg 1 PO QHS dispense #30 R-3  Dx reflux

Eric Asp
PA-C

10/10/03
0655 hr — (to AM Pill line (window))

Reports for 10/09/03 visit last nite
for Meds that visit ⊕ prior meds 2°
→ 09/30/03 visit - 2° URI - did not f/u till 10/2/03
→ 10/2/03 Meds confiscated ē placement into SHU
Verified ē Seg. - Confined 10/2/03 → thru 10/8/03
@ S's persistent - though slightly better
CAO2, Amb, Mod distress ē congestion
header: Amoxicillin 500mg 1 PO TID x 10d #30 0 Ref
(Actifed) 1 PO QID x 5 days 0 Ref
Motrin 400mg 1-2 PO TID PRN Fever #20 0 ref

Robert S. Piotrowski PA-C
FCI McKean

Reviewed By:
V. Geza, PharmD

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCI McKean |

PATIENT'S IDENTIFICATION: (For typed or written entries give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10924-052    WARD NO.

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000102

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

9/16/03
12:00

Adler
HapC ⊕ on testing
P/u chronic care clinic
                                        NBer

9/18/03
1440

S: "I'm sick." ⊕ congn ⊖ vomiting ⊕ diarrhea ⊕ HA c̄ Stuffiness.
       Sx3 since last night. Seeks tx.

O: NAD. Temp: 99.4  Eyes + ears: clear, TM's intact. Nasal: turbinates
       boggy o/p; MM's pink + dry. Oral: able to breathe. Neck: supple s̄ adenopathy.
       Chest: ctA bil. Abd: obese, NT, ⊕ BS's x4 quadrants c̄ hyperactive
       sounds x4 ⊖ guarding, ⊖ HSM.

A: 1 - Viral syndrome c̄ cold like Sx's.

P: Pepto bismol #1, 30cc's up to 4xday. OK.
    - Chlorpheniramine, 600mg. 1 tab po bid. #10 OK
    - Tylenol ES, 500mg. 2 tabs po q6h prn. #200K    Adler x24°
    pt ed re: viral syndrome, bland diet, rest, ↑ fluids, RTC
    prn. pt understands.                          B. Saylor NPC

Reviewed By:                                     BONNIE SAYLOR, NP
V. Geza, PharmD                                  FCI MCKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |  |

PATIENT'S IDENTIFICATION: *(For typed or written entries; give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 18924-052    WARD NO.

Donald Mosher

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000104

DATE

9/30/03  (s) c/o stuffy nose, rt. ear pain,
1000     back pain x 1 wk; pain 8 on 1-10 scale
         Hep C +    Smoker

         (o) NAD 98⁶
         ears - rt. ear TM bulging canal
         red
         nose - stuffy, pale membranes
         throat - erythema no exudate
         lungs - wheezes all fields
         (A) 1) URI  2) R/o asthma  3) Chronic (NP
                                    4) Otitis media
         (P) 1) Actifed ī po T10 X 5d NR
             2) Motrin 400 mg ī or ī po T10 prn
                c̄ food # 20 RX1
             3) Albuterol inhaler ī puffs QID
                prn # 1 NR
             3) Amoxicillin 500 mg ī T10 X 10d NR
             4) ↑ fluids
             5) Educated as RX, plan of care,
                f/u in 5 days if no improvent
                sooner if ↑ symptoms
             6) Tyl ex 3 days                    J Glenn em

                                          J GLENN FMP-C

         Reviewed By:
         V. Geza, PharmD        9/30/03
                                D. Olson, MD
                                Clinical Director

FPI. LEX.   Printed on Recycled Paper        STANDARD FORM 600 (REV. 6-97) BACK

000105

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

6/23/03
1200

③ Requests TCN for acne

⓪ NAD. SKIN: ⊕ scarring lesions posterior torso  }

Ⓐ Severe scarring acne  } see 3/11/03

Ⓟ 1. Tetracycline 500 ↑ po BID on empty stomach, c̄
full glass of water.                    #30 Rx3

2. F/U prn via SIc.
6/23/03
Reviewed By: *V. Geza, PharmD*
V. Geza, PharmD                         *S. Labrozzi*
                                        **Steven Labrozzi, PA-C**
                                        **Physician Assistant**

7/11/03    No show for scheduled s/c appointment.    *B. Saylor NP-C*
1330                                   **BONNIE SAYLOR, NP**
                                       **FCI MCKEAN**

7/22/03    S: C/o heartburn — gets every night after he eats,
1035       Is in his throat. His unit goes last.
           C/o head cold c̄ cough, mucos, x 2 weeks;
           O: NAD    Temp. 97.6
              HEENT: ⊕ erythema, ⊖ mucous
              Lungs: CTA bilateral s̄ wheezes, rales
              Abd: soft, nontender ⊕ BS
           A: DURI
              ② heartburn                    *E. Apo PA-C*
           P: Continue on other side,

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCI McKean |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. 10924-052 | WARD NO. |
|---|---|---|

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000106

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

7/22/03 — continue from other side

1035
1) D Education - stop smoking ~ Pt understands
2) Zantac ↑ PO BID dispense # 20 R 2
3) Vansbid LA 600mg ↑ PO BID dispense # 14 R-0
4) ~~Zoloft~~ (ETA) Actifed ↑ PO TID dispense # 15 R 0
5) FU PRN

7/22/03
Reviewed By: V. Geza, PharmD

Eric Asp PA-C
Eric Asp
PA-C

8/21/03
1100
No show for scheduled appt.
will reschedule

J. GLENN, FNP
FCI MCKEAN

9/2/03
1010
S: C/O L knee pain - no trauma, but just hurts at top of patella

C/O severe H/A / sinus x 2 weeks.

Wants Hep C test, IV drug use, snort cocaine, unprotected sex

O: NAD

EXT: Full ROM active and passive - tender to palpation of L medial - proximal area.

HEENT: nasal congestion, post nasal drip

A: 1) knee pain      2) URI

P: 1) ibuprofen 800mg ↑ PO TID dispense # 24 R-0

Note # Rx

2) ctm 4mg ↑ PO QID dispense # 12 R-0
3) actifed ↑ PO BID dispense # 15 R-0
4) Education - re-exercise, ↑ stretches - Pt understands.
5) FU PRN   5) t(N 500mg ↑ PO BID dispense # 30 R-3
6) HCV Test

9/2/03
Reviewed By: V. Geza, PharmD

Eric Asp PA-C
Eric Asp
PA-C

STANDARD FORM 600 (REV. 6-97) BACK

000107

ISM 7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

6/23/03
0915

FOOD HANDLERS PHYSICAL

S: Changes in physical health: *none*

O: Cough? *none*   Fever? *none*   Night Sweats: *none*

Skin rash/lesion? *yes*   Hands? *clear*

Temp: 97⁴   B/P: 138/72   Pulse: 76   Resp: 16   Weight: 294

Throat:   wnl? *yes*   other:

Respiratory:   wnl? *yes*   other:

Cardiac:   wnl? *yes*   other:

PPD date: 7/11/02   positive/negative

CXR date:   positive/negative

Other: (tattoos, evidence of IVDA)

A: EHM? *yes*   other:

P: 1) OK for Food Service? (yes)   no

2) If not OK, schedule for MD evaluation (reason):

3) Pt. Education: *Hygiene / infectious disease*

J GLENN FMP-C

| PATIENT'S IDENTIFICATION (Use this space for Mechanical imprint) | RECORDS MAINTAINED AT: ▶ | FCI McKean | |
|---|---|---|---|
| Moshier, Donald  10924-052 | PATIENT'S NAME (Last, First, Middle initial) | | SEX |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | | |
| | | ORGANIZATION | |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

000108

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

6/23/03
0910

(S) c/o problem c veins in legs, swelling of legs & allergies
Pain 2 on 1-10 scale

(O) NAD 97⁴-76-16 138/78
legs - (+) edema both lower legs (+) pulses & capillary refill. varicosities noted
eyes - watery
nose - clear drainage
Throat - WNL x exudate
lungs - CTA

(A) 1) Seasonal allergies
2) Varicosities

(P) 1) Actifed 1̄ po TID X 5 d NR
2) TED hose
3) ↑ Fluids
4) Elevate legs
5) Educated on Rx + plan of care
6) F/U prn sick call

6/23/03
Reviewed By: J Glenn
V. Geza, PharmD

J GLENN FNP-C

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10924-052    WARD NO.

Mosier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000109

Case 1:05-cv-00180-SOM-LEK    Document 82    Filed 02/08/18

Renewed By:
Church, Lloyd A

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

4/10/03
1400

Intake Screen — no significant status

*T. Montgomery, MLP*
AHSA

5/12/03
0750

S: C/o sinus cold

H/A, stuffy nose, cough (mild). States using cough syrup on commissary. On TCN_fanadine 500mg BID allergies NKDA. ⊖ a smoker. Symptoms x 1 week.

O: NAD    Temp. 97.1
HEENT: ⊕ nasal congestion, ⊕ post nasal drip.
Lungs: CTA bilateral s̄ wheezes, rales.
Heart: RRR s̄ murmur.

A: URI

P: ① actifed (tripolidine HCl/ Pseudoephedrine HCl) i PO BID #10 R-O
② ibuprofen 800 mg i PO BID #10 R-O
③ Education — hand washing, Rx and side effects. Pt understands
④ saline spray ī spray each nostril QID PRN dryness #1 bottle
⑤ flu PRN        Eric Asp PA-C
                Eric Asp PA-C
5/12/03 V. Sa, Pharm

Violette Geza, PharmD, RPh
Chief Pharmacist

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCI McKean |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. 10924.052 | WARD NO. |
|---|---|---|

Moshur, Donald

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| 5-27-03 | S) C/o head cold and ear ache x 4 week. Seeks relief. |
| 0450 | O: NAD. Temp 100³. Eyes: Pearla, Ears: both canals c̄ erythema and edema |
| | TM's intact. Nose: turbinates boggy c̄ rhinorrhea, o/c: mms pink + moist |
| | neck: supple, J adenopathy. Chest: ctr bilt. |
| | A: bilt OM, viral syndrome cold-like sx's |
| | P: CPM's, 4mg. ī tab pu q̄ 8° H 21 gr |
| | Tyl. 325mg. ī-ī tabs q̄ 4-6° prn H 20 tk |
| | Amoxicillin, 500 mg. ī bid pu tid x 10 days # 30 gr. PT education ₹ |
| | re: OM. RTC prn x 10 days for f/u. Pt understands. B Saylor NP |

Reviewed By: 5/27/03
V. Geza, PharmD

BONNIE SAYLOR, NP
FCI MCKEAN

| 6-13-03 | EMERGENCY SICK CALL |
| 0700 | S) Bad cold body aches fever/chills vomiting x 2-7 days |
| | cough: gobs of blood head stuffed, NA |
| | O) T=98.4° P |
| | HEENT: Turbinates +4/x Left +3/x Rt |
| | ⊕ tenderness to palp of F/m sinuses |
| | ⊕ adenopathy |
| | Oropharynx: ⊖ exudates |
| | LUNGS: ⊕ rhonchi thru-out |
| | ⊕ wheezes |
| | A) Bronchitis. URI, Sinusitis |
| | P) 1. Albuterol inhaler 1-2 puffs QID prn SOB #1 NR |
| | 2. Amoxicillin 500 mg ī po TID x 14d #21 Rx1 |
| | 3. Pepto Bismol 1-2 TBS QID prn #1 Rx2 |
| | 4. Motrin-400mg ī po q 4hrs prn HA, pain, body aches #30 Rx1 |
| | 5. Actifed ī po QID prn nasal + head congestion, cold sxs. #30 NR |
| | 6. ↑water + protein intake ↑ rest. DAT |
| | 7. IDLE x 3 days |
| | 8. IM understands Tx plan RTC prn |

Reviewed By: 6/13/03
V. Geza, PharmD

Steven Labrozzi, PA-C
Physician Assistant

Reviewed by D. Olson, MD
date: 6/13/03

**MEDICAL SUMMARY OF F__ERAL PRISONER/ ALIEN IN TRA__SIT**
**U.S. Department of Justice**

| | I. PRISONER/ALIEN |
|---|---|

TB Clearance ☑Yes ☐ No

1) PPD Completed: 3/25/03 Date

Results: *negative*

2) CXR Completed: ⊖ Date

Results: ⊖

3) Health Authority Clearance: *C Stearns*

Sign: *C St* Date: 4/10/03

Note: Dates listed above must be within one year of this transfer.

**I. PRISONER/ALIEN**

Name: *Mosher, Donald*    Prisoner/Alien Reg. # *19184*    D.O.B: *8/18/61*

Departed From: *ECP*    Date Departed: *4/10/63*

Destination: *Federal*    Reason for Transfer:

Dist. Name: *WPA*    Dist. # *06Y*    Date in Custody:

**II. Current Medical Problems**
1. *LBP - MVA*
2. *hip pain*
3. *c/o depression*
4.
5.
6.

(left margin, vertical) 10924-1

| Medication | Dose | Route | Medication Required For Care En Route | |
|---|---|---|---|---|
| | | | Instructions For Use (Include proper time for Administering) | Stop |
| *See MAR copy* | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments: *f/u < psych + MD*
*NKA*

**III. SPECIAL NEEDS AFFECTING TRANSPORTATION**

Is prisoner medically able to travel by BUS, VAN or CAR?    ☑Yes    ☐ No    If no, Why not?

Is prisoner medically able to travel by airplane?    ☑Yes    ☐ No    If no, Why not?

Is prisoner medically able to stay overnight at another facility en route to destination?    ☑Yes    ☐ No    If no, Why not?

Is there any medical reason for restricting the length of time prisoner can be in travel status?    ☐ Yes    ☑No    If yes, state reason:

Does prisoner require any medical equipment while in transport status?    ☐ Yes    ☑No    If yes, What equipment?    **000113**

Sign & Print Name- Certifying Health Authority:

*C Stearns Cn*
*C. Stearns LPN*

Phone Number: *451-755-2*    Date Signed: *4/10/03*

**Yellow (original) - Upon Transfer**    Form USM-553

BP-S659.60 **MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT** CDFRM
MAY 99
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TB Clearance Yes ✓ No __ | Name | Prisoner/Alien Reg.# | D.O.B |
|---|---|---|---|
| 1. PPD Completed: ___ Date | Moshier, Donald | 10924-052 | 8/8/61 |
| Results: 0 PPD mm | Departed From | Date Departed | |
| 2. CXR Completed: ___ Date | McKean | 3/25/03 | |
| Results: ____ | Destination | Reason for Transfer | |
| 3. Health Authority | WRIT | MSM medical | |
| Clearance: /HPS | Dist. Name | Dist.# | Date in Custody __/__/__ |

Current   1. Hx LBP        4. _____
Medical   2. _____   5. _____
Problems  3. _____   6. _____

Sign / 3/25/03
Note: Dates listed above must be within one year of this transfer.

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| | | | NONE | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes __ No | If yes, what equipment? |

000114

| Sign and Print Name / Certifying Health Authority | Phone Number 814 362-8500 | Date Signed 3/25/03 |
|---|---|---|

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

NSN 7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| **MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE** |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

**DATE:** 3/4/03  2030

S) MULTIPLE COMPLAINTS    41 y/o WM

A) Severe cold × 2 weeks .... cough, chest congestion, HBs nasal congestion

B) Chest pain × 2 weeks ... associated with cold?
Sharp +7/10 mid sternal to left pectoral pain radiates down left arm. Fingers go numb. Occurs several times daily. PAIN ↑ with coughing + breathing. Pt does not know if anything ↓ pain.

C) RASH in scalp line / scalp c̄ itching

D) Severe acne : posterior torso, armpits. ⊕ pus

O) NAD.   T= 98.7°F   HR=88   SaO₂= 95%   BP= 116/88 RA sitting
HEENT: periorbital areas appear edematous
⊕ tenderness to palp of maxillary sinus
Turbinates +3/4 bilat.   TMs pearly gray
Oropharynx: erythematous
⊖ adenopathy

LUNGS: ⊕ expiratory ronchi + wheezes heard throughout lung fields. these adventitious lung sounds disappear after Pt coughs. ⊖ egophony.

SKIN: { ⊕ scaling, erythematous lesions in scalp
        { acne-form lesions throughout posterior torso. ⊕ suppuration
        { ⊕ scarring. ⊕ lesions also in axillae. (axillae)

EKG: NSR. No S-T segment elevation / depression.
No arrhythmias.   Normal ECG

A) 1. Sinusitis + URI    4, CP 2° URI / Cough
2. Severe acne
3. Seborrhea

P) 1. Septra-DS    T po BID (BID) × 10 days for sinusitis   #20 NR
2. Tetracycline 500mg  T po BID on empty stomach, beginning on 28 Mar 03 after completion of Septra-DS.  #30 Rx3
3. Actifed   T po QID (QID) for congestion + cold symptoms  #20 NR
4. Ibuprofen 400mg  T po q4hrs prn HAs, pain.  #30 Rx1
5. Guaifenesin-DM  2 po BID for cough + chest congestion, ↑ H₂O intake. #20 NR
6. SELSUN 2.5% LOTION  massage 1-2 tsp into wet scalp, Rinse thoroughly after 3 minutes. Repeat 3× weekly.  #1 Rx1
7. Pt to ↑ daily water intake.
8. IMED re---ine  of meds. Pt understands Rx plan.
9. RTC prn

Vidette Geza, PharmD. RPh
Chief Pharmacist

3/12/03

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|
|  | *S. Labrozzi* |  |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|
| Steven Labrozzi, PA-C  Physician Assistant | 10924-052 |  |

Moshier, Donald

Reviewed by D. Olson, MD
Date: 3/13/0)

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000115

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

2/18/03
1025

(S) c/o sinus pressure, H/A, Rt. ear crackles. Pain 4 on 1-10 scale

(O) NAD 98⁸
ears - Rt. ear erythema of canal obstructed TM, Lt. ear WNL
face - mild tenderness over frontal sinus area
throat - erythema, ⊘ exudate
lungs - CTA

(A) 1) Sinusitis 2) Rt. otitis media

(P) 1) Amoxicillin 500 mg I ID x 10 days
2) Actifed ī po I ID x 5 d NR
3) Tylenol 500 mg ǐǐ po q8° prn #30 NR
4) ↑ fluids
5) Educated on Rx + plan of care
6) F/U prn sick call

Reviewed by D. Olson, MD
Date: 2/11/03

J. GLENN, FNP
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCI McKean |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10924-052    WARD NO.

Moshier, Donald

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000117

| DATE | |
|---|---|
| 2/20/03 1115 | S Inmate c/o large painful abscess - growing - want [illegible] - asking for HIV test - [illegible] directum - noticed lump 2 mos ago - blood on toilet paper often [illegible] - Hx IVDA x 18 yrs + crystal meth + cocaine - have shared needles - multiple sex partners unprotected |
| | O no mass appreciated c [illegible] rib - [illegible] tissue - no [illegible] hemorrhoids seen - sm external [illegible] at 6:00 [illegible] |
| | A Hemorrhoid
+ IVDA Hx   R/o HIV |
| | P will order HIV testing now
pt ed as to Dx - Understands f/u prn |

Reviewed by D. Olson, MD
Date: 2/21/03

T. Montgomery, MLP

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 12/9/02 0900 | S: c/o to c/o cold symptoms + cough, congested head, runny nose. Also states bumps under (R) arm are coming back |
| | O: Lungs CTA. Ears - TM's WNL. Throat - benign. Neck - Ø palpable nodes. Nasal turbinates erythem. + inflammed c̄ thin mucous noted. Ø sinus tenderness. |
| | Erythem. maculopapular lesions xit c̄ central closed focus noted (R) axillary area. Ø deg. |
| | A: URI    cyst/abscess (R) axilla |
| | P: Tetracycline 250mg #40 i QID x OR. Actifed #10 i bid x OR |
| | Educ. take medic as directed. Warm compresses to (R) axilla. RTC prn. ff underarms |
| | *(signature)* Gracia Fairbanks PA |
| | GRACIA FAIRBANKS Physician Assistant |

*(handwritten vertical note on left margin)* Violette Geza, PharmD, RPh Chief Pharmacist

| HOSPITAL OR MEDICAL FACILITY FCI McKean | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Mosher, Donald
10924-052

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000119

Case 1:05-cv-00195 Document 58-8 ... (Rev 6-72)



2/3/03
0800

S) c/o sinus pressure & pain > 2wks also back is breaking out, and H/A's all the time. Pain 5 on 1-10 scale

O) 97.6   136/84

eyes - PERL
face - Ø sinus tenderness
throat - erythema Ø exudate
ears - TM's pearly gray Ⓡ light
nose - ↓ air exchange, pale membranes

A) 1) nasal congestion / sinus congestion
   2) H/A's

P) 1) Actifed ī po T 10 x 5 d ν R
   2) Saline nasal spray ī-ī squirts
      Q I D prn each nostril #1 NR
   3) Tylenol 500 mg ī-ī po q 8° prn
      #30 NR
   4) ↑ fluids
   5) Educated on Rx & plan of care
   6) F/U 2/6/03

Reviewed by D. Olson, MD
Date: 2/3/03

J GLENN FMP-C

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 11/19/02 1025 | S: c/o heartburn x last 2-3 weeks → worse @ night. Also c/o π big pimples under (R) arm. |
| | O: abd soft c sl. epigastric tenderness. ∅ masses ∅ organomegaly BS present. Back - (+) evidence of scarring from severe cystic acne on entire back! (R) axilla - π pea sized lesions c central focus. ∅ drg @ present |
| | A: Dyspepsia.    Cyst/abscess (R) axilla |
| | P: Keflex 500mg #40 → QID X 10 D Zantac 150mg #20 → bid X 2R educ: Take meds as directed. Warm compresses to aa. ∅ eating 3° prior to hs. ↑ head while sleeping. RTC PRN. Pt understands |

G. Fairbanks
Physician Assistant

11/19/02
Violette Geza, PharmD. RPh
Chief Pharmacist

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
| --- | --- | --- | --- |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
| --- | --- | --- |

Moshier, Donald
10924-082

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000121



11/27/02
1400

(S) c/o coughing until he gets a H/A & sore throat x yesterday. Pain 4 on 1-10 scale, can't sleep at night.

(O) NAD 98⁸-74-16 138/78
nose - ↓ air exchange lt. nostril
throat - erythema Ø exudate
lungs - expiratory wheezes LUL
ears - WNL    eyes - watery

(A) URI vs Flu syndrome

(P) 1) Actifed ī po TID x 5 days NK
2) Guaifenesin ī po BID #14 NK
3) Tylenol 500 mg ī̄ī po q8° prn #30 NK
4) ↑ fluids/rest
5) F/U 11/30/02 in PM

J GLENN FMP-C    FNP-c

Violette Geza, PharmD, RPh
Chief Pharmacist
11/27/02

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

9/12/02
1300

(S) Inmate c/o cont. lt. ear pain and c/o stiff neck & rt. shoulder pain (see note (9/9/02) Pain 7m/1-10scale

(O) Inmate unable to turn neck.

(T) (100²) - 84-18  138/88

neck - enlarged nodes, pain c̄ rotation
lt. ear - TM dull, buldging, canal has erythema

(A) Otitis

(P) 1) Amoxicillin 500 mg i po T 10x10duk
2) Heat/Ice to shoulder area
3) Cont. Motrin fr temp/pain
4) Educated in Rx plan of care
5) F/U prn sick call
6) Return 9/13 temp ✓
7) Dr. Beam (exam inmate)

9/12/02
V.___ Pharm?
N. Beam Pharm?

J. Glenn
J. GLENN, FNP
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

PATIENT'S IDENTIFICATION:  (For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|
| | 10924-052 | |

Moshier, Donald

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000123

Case 1:05-cv-00148-GJB    Document 53-3    Filed    Page 72 of 73

| DATE | |
|---|---|
| 9/16/02 1025 | S: PA called to unit to have pt report to HSU. States (L) ear pain is better. O drg from ear noted |
| | O: (L) ear canal c thick yellow/green drg. TM not visible. EAC erythematous. Temp 98.2. C+S of ear drg shows Pseudomonas, S. aureus, Beta hemolytic strep |
| | A: Otitis externa |
| | P: Stop taking amoxicillin + return to HSU |
| 9/16/02 Noffs Pharm Noffs Pharm v. Gear Pharm | Δ to Cipro 500 mg #20 + bid x OR. Pt educ. Take medic as directed. RTC Thurs 9/19 @ 1230 for re ✓. Pt understands |
| | 9/17/02  _Gracia Fairbanks PA_ |

**GRACIA FAIRBANKS**
Physician Assistant

OLSON, M.D.
CLINICAL DIRECTOR

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

**6/12/02**
**0020**

Physical exam done

*Gracia Fairbanks PA*

Gracia Fairbanks, MLP

**8-4-02**
**1530**

S: c/o pain in L ear x 3 days. States it is draining on his
pillow. Pain is "5-6" on 1-10 scale. Seeks relief. Also c/o diabetes, family hx.
O: NAD. L ear: Canal clear, + M intact R ear: ↑ cerumen. + M
not observed. T - 97⁴.

(SHU)

A: Cerumen impaction; R/o diabetes

P: Debrox, 5-7 gtts in affected ear q d. x4 days #1 B R
Pt education re: cleaning ears. RTC x4 days @ prn for f/u.
Lab: FBS. Pt understands. _____ *Bonnie Saylor NP*

**BONNIE SAYLOR, NP**
**FCI MCKEAN**

REVIEWED BY: [stamp]
8/15/02

H. BEAM, MD
FCI MCKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. 10924-052 | WARD NO. |
|---|---|---|

Moshier, Donald

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

**000125**