# EXHIBIT 5a
# PART 4

MC 90-464 Rel'd 08/24/04 17:26 From RADT To RAD  4447798-3

```
                *** BRADFORI  3GIONAL MEDICAL CENTER ***
                     116 INTERSTATE PARKWAY
                     BRADFORD, PA   16701
```

#/0924-052

```
            *****  DIAGNOSTIC IMAGING DEPARTMENT *****
```

```
Patient   FC  Admit     Birth Dt  Age Sex SSN        Room    PT   MR Number
=============================================================================
4447798   11  08-24-04  08-18-61  43  M                      U    000226525
```

MOSHIER, DONALD                     Phone#: (814) 362-8900    Date: 08/24/04
PO BOX 5000          BRADFORD       PA  16701                 Time: 13:31
Ref Phys:
Att Phys: HORSLEY, ROSS, , DR.      Adm Dx: CT LIVER BIOPSY
Adm Phys:                                                     Tech: JANB
Procedure: 0809    CT - Biopsy
                                    Explained to Pt: Y
    Req Phys: BEAM                  Preg: NA        Shielded: NA
      Reason: ELEVATED LFTS
    Priority: Routine
 Date to do: 08-24-04               Consent: NA    Prepped: NA
Preg Status: Patient is Male        2nd Chk LMP: NA
 LMP Status:                        Cont. Sensitive: NA
    Location: LIVER                 Oral contrast: NA
    Comments:                       Alrgy: NA
                                    Lab Tests: NA Attempts:
    Handicap:                       Contrast: N
 Resucitate:       High Risk Falls: Dose:           Time:
                                    Site:           Tech:

Radiologist: Mark J. Welch, MD
0809 CT - Biopsy

Date Typed: 8/24/2004      Date Dictated: 8/24/2004

CT LIVER BIOPSY:

CT guided liver biopsy was performed.  Before the examination started a CT
of the entire abdomen was performed without contrast.  The liver is in the
upper limits of normal for size.  The spleen is unremarkable.  The
gallbladder is normal.  The kidneys are normal.  The pancreas and adrenals
are normal.  Following this a CT guided biopsy was performed after an
appropriate site was chosen.  Subcutaneous Lidocaine was infiltrated into
the soft tissues and two core biopsies were obtained.  The liver had the
consistency of wood.  The patient tolerated the procedure without
complications.

kte

Electronic verification by  Mark J. Welch, MD

H. BEAM, MD
FCI MCKEAN
8/26/04

000196

0001

PAGE: 1

# Medication Administration Record

**Facility:** MCKEAN HOUSING FACILITY (MCK)

**Month/Year:** 05/2005

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Order Date 04/29/05.
Exp. Date 05/03/05
RX # 600385

MOSHIER, DONALD L
10924-052    BEAM,MD

APAP/CODEINE-300/30 MG UD #30

TAKE TWO TABLETS THREE TIMES DAILY FOR 5 DAYS

Time: 0600 / 1150 / 1800

D/C 5/2/05

**Documentation Codes:** H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

**DOB:** 08/18/1961    **HT:** 6'1"    **WT:** 260

**Unit:** Z02-103LDS

**Allergies:** NKA    **Diagnosis:** NKD

**Pill Line#:** _____    **Pt. Name:** MOSHIER, DONALD L    **Registration #:** 10924-052    **Physician:** BEAM,MD

000197

| MED 11: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|

Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title

Robert E. Piotrowski, PA-C
FCI McKean

Jimmie S. Ward, PA-C
FCI McKean

000198

PAGE: 1

Facility: MCKEAN HOUSING FACILITY (MCK)

## Medication Administration Record

Month/Year 04/2005

**Prescriptions**

MOSHIER, DONALD L    10924-052    BEAM,MD

| Order Date 04/27/05 | Exp. Date 04/28/05 | RX # 600384 | APAP/CODEINE 300/30 MG UD | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

MOSHIER, DONALD L
10924-052
H. BEAM,MD
(0)Ref

Ord Date 04/29/05
Exp Date 05/03/05
RX # 600385

TAKE TWO TABLETS TWICE
DAILY FOR 3 DAYS AS NEEDED
FOR PAIN

TAKE TWO TABLETS THREE TIMES
DAILY FOR 3 DAYS
APAP/CODEINE 300/30 MG UD    (2472)    #12

0800    1190    1190    1930

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

000199

Documentation Codes:    H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

DOB: 08/18/1961    HT: 6' 1"    WT: 260    Allergies: NKA    Diagnosis: NKD

Unit: ZO2-103LDS

Pill Line#:-    Pt. Name: - MOSHIER, DONALD L    Registration #: 10924-052    Physician: BEAM,MD

MONTH:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| | Robert E. Piotrowski, PA-C FCI McKean | | | W. J. Burtess | EMT-P | | Eric Clug | PA-C |

BOP 31-DAY MA...

TRAKS WFPPO26

000200

PAGE: 1

Facility: MCKEAN HOUSING FACILITY (MCK)

## Prescriptions

**FCI MCKEAN PHARMACY**
PO BOX 5000 - BRADFORD, PA
177812
MCKEAN HOUSING FACILITY
INJECT IM 135 MCG SC WEEKLY
***DOSE INCREASE TO 0.75 ML***

MOSHIER, DONALD L          H. BEAM,MD
10924-052              12/29/04
PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1    VG
(2)Refills        RxExp 03/28/04

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

MOSHIER, DONALD L
10924-052
PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1
(1)Refills
INJECT IM 135 MCG SC WEEKLY
***DOSE INCREASE TO 0.75 ML***

MOSHIER, DONALD L      H. BEAM,MD
10924-052
PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1
(12)Refills

MOSHIER, DONALD L      H. BEAM,MD
10924-052
INJECT IM 90 MCG SC WEEKLY
***DOSE DECREASE TO 0.5 CC***

Order Date    Ord./Order
01/12/2005
Exp.Date  02/11/2005
Rx #
176485

Exp.Date  04/11/2005
Rx #
178395

Ord./Order
11/12/04
Exp.Date  02/10/2005
Rx #
178556

PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1
(11)Refills

PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1

Order Date

Exp. Date

RX #

## Medication Administration Record

Month/Year: 10/2004

| | October 2004 | November 2004 | December 2004 | January 2005 | February 2005 | March 2005 |

(handwritten notations across grid for each month)

D/C 4/2010

## Documentation Codes:
**H** - Hold    **R** - Refused    **DC** - Discontinued Order    **S** - Self Administered    **NS** - No Show    **O** - Other

DOB: 08/18/1961
Unit: A04-203U
Pill Line #:
Pt. Name: MOSHIER, DONALD L
HT: 6'1"    WT: 260
Allergies: NKA
Registration #: 10924-052
Diagnosis: NKD
Physician: BEAM,MD

000301

MO/YR:

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|

Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| Initials | Full Signature | Title |
|---|---|---|
| | Robert E. Piotrowski, PA-C FCI McKean | PA-C |

BOP 31-DAY MAR

000202

PAGE: 1

**Facility:** MCKEAN HOUSING FACILITY (MCK)

**Medication Administration Record**

**Month/Year:** 04/2005

**Prescriptions**

MOSHIER-DONALD L
10924-052    BEAM,MD

Order Date 02/10/05
Exp. Date 05/10/05
RX # 179532

RIBAVIRIN 200MG CAP

**TAKE THREE CAPSULES TWICE DAILY**

#90

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Documentation Codes:**

**H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other**

DOB: 08/08/1961    HT: 6'1"    WT: 260    Allergies: NKA    Diagnosis: NKD

Unit: A04-203U

Pill Line#:    Pt. Name: MOSHIER-DONALD L    Registration #: 10924-052    Physician: BEAM,MD

BOP 31-DAY MAR    TRAK# W-FPI

000203

Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|------|------|----------------------|-------|--------|---------------------|------|-------------------|

| Initials | Full Signature | Title |
|----------|---------------|-------|
| | ROBERT Potrowski, PA-C  FCI McKean | |
| | B Clawson | |
| | Eric Ling | |

000204

8CP3-31-DAY MAR    TRAK® WFPP02E

**Facility:** McKEAN HOUSING FACILITY (MCK)

## Medication Administration Record

Month/Year: 03/2005

| Prescriptions | | |
|---|---|---|
| 10924-052    BEAM,MD | | |
| RIBAVIRIN 200MG CAP | | |
| TAKE THREE CAPSULES TWICE DAILY **DOSE INCREASE** | | |

**Documentation Codes:** H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

**Pill Line#:**  **Unit:** A04-203L  **DOB:**  **HT:**  **WT:**  **Allergies:**  **Diagnosis:**

**Pt. Name:** MOSHER, DONALD L    **Registration #:** 10924-052    **Physician:** BEAM,MD

000205

Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|------|------|-----------------------|-------|--------|---------------------|------|-------------------|

| Initials | Full Signature | Title |
|----------|----------------|-------|
|  | Robert E Borowski, PhD C FCI McKean |  |
|  | B.D. ℬ Lowett | EMT P |
| (RN) | Eric Clef | PA-C |

BOP 31-DAY MAR

TRAK® WFPP028

000206

PAGE: 1

**Facility:** MCKEAN HOUSING FACILITY (MCK)

**Medication Administration Record**

**Month/Year:** 01/2005

| Prescriptions | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Order Date 12/29/04
MOSHIER, DONALD L
10924-052
RX # 177811
BEAM, MD
RIBAVIRIN 200MG CAP #120
TAKE TWO CAPSULES EACH
MORNING AND TAKE TWO
CAPSULES EACH EVENING
"DOSE INCREASE"

Exp. Date 03/28/05

Order Date 01/12/05
MOSHIER, DONALD L
10924-052
RX # 178396
BEAM, MD
RIBAVIRIN 200MG CAP #180
TAKE THREE CAPSULES TWICE DAILY
"DOSE INCREASE"
(4)Refills

Exp. Date 04/10/05

RX #

Exp. Date

Order Date

RX #

Exp. Date

Order Date

RX #

Exp. Date

Order Date

RX #

Exp. Date

Order Date

RX #

Exp. Date

Order Date

**Documentation Codes:** **H** - Hold    **R** - Refused    **DC** - Discontinued Order    **S** - Self Administered    **NS** - No Show    **O** - Other

**Pill Line#:** _____ **Pt. Name:** MOSHIER, DONALD L **Registration #:** 10924-052 **Physician:** BEAM, MD

**DOB:** 08/18/1961 **HT:** 6' 1" **WT:** 260 **Allergies:** NKA **Diagnosis:** NKD

**Unit:** A04-203U

000207

MO/YR:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|

Initials — Full Signature — Title

Robert E. Chotkowski, PA-C
FCI McKean

000208

# Medication Summary Sheet



Ord.Date 01/23/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052
Exp.Date 05/24/04   TAKE ONE CAPSULE TWICE DAILY
Rx # 162411
TETRACYCLINE HCL 500 MG CAP   #60

Ord.Date 01/23/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052   (2)Refills
Exp.Date 04/21/04   TAKE ONE TABLET TWICE DAILY
Rx # 162412
RANITIDINE 150 MG TAB   #60

Ord.Date 01/23/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052   (0)Refills
Exp.Date 02/21/04   PUT 2 DROPS IN AFFECTED EARS THREE TIMES DAILY
Rx # 162413
CARBAMIDE PEROXIDE 6.5% OTIC   #1

Ord.Date 01/28/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052
Exp.Date 04/21/04   TAKE TWO TABLETS TWICE DAILY AS NEEDED
Rx # 162414
ACETAMINOPHEN 500 MG TAB   #30

Ord.Date 05/21/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052   (0)Refills
Exp.Date 08/08/04   TAKE 1 TABLET 2 TIMES DAILY UNTIL ALL TABLETS ARE GONE. DO NOT SKIP DOSES.  **ANTIBIOTIC**
Rx # 167742
SULFAMETH/TRIMETH DS 800MG/160MG TAB   #20

Ord.Date 05/21/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052   (2)Refills
Exp.Date 08/18/04   SHAKE WELL:  TAKE 2 PUFFS 4 TIMES DAILY.
Rx # 167743
ALBUTEROL INH 90MCG 17GM   #1

Ord.Date 05/24/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052   (2)Refills
Exp.Date 05/21/04   TAKE ONE CAPSULE TWICE DAILY
Rx # 167747
TETRACYCLINE HCL 500 MG CAP   #60

Ord.Date 05/24/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052   (2)Refills
Exp.Date 05/21/04   TAKE ONE TABLET TWICE DAILY
Rx # 167748
RANITIDINE 150 MG TAB   #60

Ord.Date 05/24/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052   (2)Refills
Exp.Date 08/21/04   TAKE ONE TABLET TWICE DAILY
Rx # 167749
ACETAMINOPHEN 500 MG TAB   #30



Ord.Date 08/06/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052   (2)Refills
Exp.Date 11/03/04   INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED
Rx # 171285
ALBUTEROL INH 90MCG 17GM   #1

Ord.Date 08/17/04   MOSHIER, DONALD L   S. LABRUZZI
10924-052   (3)Refills
Exp.Date 11/14/04   APPLY VERY SMALL AMOUNT TO AFFECTED AREAS OF LOWER LEGS 4 TIMES DAILY AS NEEDED FOR ITCHING.
Rx # 171815
HYDROCORTISONE CREAM 1% GM   #1

Ord.Date 08/17/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052   (0)Refills
Exp.Date 08/15/04   TAKE 1 TABLET 3 TIMES DAILY FOR 10 DAYS. DO NOT SKIP DOSES. *ANTIBIOTIC*
Rx # 171816
AMOXICILLIN/CLAV 500/125MG TAB   #30

Ord.Date 08/17/04   MOSHIER, DONALD L   S. LABRUZZI
10924-052   (0)Refills
Exp.Date 08/30/04   SHAKE WELL:  PLACE 4 DROPS INTO YOUR RIGHT EAR 4 TIMES DAILY.
Rx # 171817
NEOMYCIN/POLY B/HC OTIC SUSP ML   #1

Ord.Date 08/17/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052   (0)Refills
Exp.Date 11/14/04   SHAKE WELL: APPLY TO AREA & LATHER WITH SMALL AMOUNT OF WATER. LEAVE ON SKIN X 10 MINUTES. RINSE THOROUGHLY.  REPEAT ONCE DAILY.
Rx # 171818
SELENIUM SULFIDE LOTION 2.5% ML   #1



Ord.Date 08/19/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052   (2)Refills
Exp.Date 11/16/04   TAKE ONE CAPSULE TWICE DAILY
Rx # 171990
TETRACYCLINE HCL 500 MG CAP   #60

Ord.Date 08/19/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052   (2)Refills
Exp.Date 11/16/04   TAKE ONE TABLET TWICE DAILY
Rx # 171991
RANITIDINE 150 MG TAB   #60

Ord.Date 08/19/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052
Exp.Date 11/16/04   INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED
Rx # 171993
ALBUTEROL INH 90MCG 17GM   #1

Ord.Date 08/19/04   MOSHIER, DONALD L   H. BEAM,MD
10924-052   (4)Refills
Exp.Date 11/16/04   TAKE TWO TABLETS TWICE DAILY
Rx # 171992
ACETAMINOPHEN 500 MG TAB   #30

MOSHIER, DONALD L
10924-052
MCKEAN HOUSING FACILITY - A04-
01/23/2004

FCI
McKean

000209



Ord.Date 09/24/04
Exp.Date 12/22/04
Rx # 173599
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(8)Refills
TAKE 15ML (1 TABLESPOONFUL) TWICE DAILY

LACTULOSE 10GM/15ML ML    #1

Ord.Date 09/28/04
Exp.Date 12/26/04
Rx # 173738
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(2)Refills
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED

ALBUTEROL INH 90MCG 17GM    #1

Ord.Date 10/08/04
Exp.Date 01/05/05
Rx # 174355
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(3)Refills
TAKE THREE CAPSULES TWICE DAILY

RIBAVIRIN 200MG CAP    #0    1930

Ord.Date 10/08/04
Exp.Date 01/05/05
Rx # 174354
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(13)Refills
INJECT IM 180 MCG SC WEEKLY

PEGINTERFERON ALFA-2A 180 MCG/1ML INJ    #0

Ord.Date 10/20/04
Exp.Date 02/18/05
Rx # 174776
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(3)Refills
TAKE ONE CAPSULE TWICE DAILY

TETRACYCLINE HCL 500 MG CAP    #60

Ord.Date 10/20/04
Exp.Date 01/17/05
Rx # 174777
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(2)Refills
TAKE ONE TABLET TWICE DAILY

RANITIDINE 150 MG TAB    #60

Ord.Date 10/20/04
Exp.Date 01/17/05
Rx # 174778
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(2)Refills
TAKE TWO TABLETS TWICE DAILY AS NEEDED

ACETAMINOPHEN 500 MG TAB    #30

Ord.Date 11/24/04
Exp.Date 02/21/05
Rx # 176485
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(12)Refills
INJECT IM 90 MCG SC WEEKLY
****DOSE DECREASE TO 0.5 CC***

PEGINTERFERON ALFA-2A 180 MCG/1ML INJ    #1

Ord.Date 11/24/04
Exp.Date 02/21/05
Rx # 176486
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(2)Refills
TAKE ONE CAPSULE EACH MORNING AND TAKE TWO CAPSULES EACH EVENING **DOSE DECREASE**

RIBAVIRIN 200MG CAP    #90    1930

Ord.Date 11/24/04
Exp.Date 02/21/05
Rx # 176487
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(2)Refills
APPLY TO AFFECTED AREA TWO TIMES A DAY

BACITRACIN OINT    #1

Ord.Date 02/09/05
Exp.Date 02/09/05
Rx # 175860
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(2)Refills
APPLY TO AFFECTED AREA TWO TIMES A DAY

HYDROCORTISONE 1% CRM    #1

Ord.Date 11/12/04
Exp.Date 02/09/05
Rx # 175859
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(2)Refills
TAKE ONE TABLET EACH DAY

RABEPRAZOLE 20MG TAB    #30

Ord.Date 11/12/04
Exp.Date 02/09/05
Rx # 175861
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(8)Refills
TAKE 1 TABLESPOONFUL (15CC) TWICE DAILY

LACTULOSE 10GM/15ML ML    #1

Ord.Date 11/12/04
Exp.Date 02/09/05
Rx # 175858
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(2)Refills
TAKE ONE CAPSULE TWICE DAILY

DOXYCYCLINE 100 MG CAP    #60

Ord.Date 11/12/04
Exp.Date 02/09/05
Rx # 175857
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(2)Refills
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED

ALBUTEROL INH 90MCG 17GM    #1

Ord.Date 11/12/04
Exp.Date 02/09/05
Rx # 175856
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(11)Refills
INJECT IM 180 MCG SC WEEKLY

PEGINTERFERON ALFA-2A 180 MCG/1ML INJ    #1

Ord.Date 11/12/04
Exp.Date 02/09/05
Rx # 175855
MOSHIER, DONALD L
10924-052
H. BEAM, MD    0600
(2)Refills
TAKE THREE CAPSULES TWICE DAILY

RIBAVIRIN 200MG CAP    #180    1930

Ord.Date 11/30/04
Exp.Date 12/27/05
Rx # 176617
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(6)Refills
TAKE TWO TABLETS TWICE DAILY

ACETAMINOPHEN 500 MG TAB    #30

Ord.Date 12/17/04
Exp.Date 03/16/05
Rx # 177379
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(6)Refills
TAKE TWO TABLETS TWICE DAILY

ACETAMINOPHEN 500 MG TAB    #28

Ord.Date 12/22/04
Exp.Date 03/21/05
Rx # 177631
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(6)Refills
TAKE 1 TABLESPOONFUL (15ML) TWICE DAILY

LACTULOSE 10GM/15ML ML    #1

Ord.Date 12/22/04
Exp.Date 03/21/05
Rx # 177628
MOSHIER, DONALD L
10924-052
(12)Refills
OMEPRAZOLE 20MG CAP
TAKE ONE CAPSULE EACH DAY    #7

Ord.Date 12/22/04
Exp.Date 03/21/05
Rx # 177629
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(12)Refills
DOXYCYCLINE 100 MG CAP
TAKE ONE CAPSULE TWICE DAILY    #14

Ord.Date 12/22/04
Exp.Date 03/21/05
Rx # 177630
MOSHIER, DONALD L
10924-052
H. BEAM, MD
(3)Refills
ALBUTEROL INH 90MCG 17GM
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED    #1

PAGE 1

Facility: MCKEAN HOUSING FACILITY (MCK)

Prescriptions

| Order Date 11/24/04 | MOSHER, DONALD L 10924-052 BEAM,MD |
| RX # 176486 | |
| Exp. Date 02/21/05 | RIBAVIRIN 200MG CAP |
| | TAKE ONE CAPSULE EACH MORNING AND TAKE TWO CAPSULES EACH EVENING **DOSE DECREASE** |

Order Date 12/29/04
Exp. Date
RX #
177811

MOSHER, DONALD L
10924-052
RIBAVIRIN 200MG CAP
TAKE TWO CAPSULES EACH MORNING AND TAKE TWO CAPSULES EACH EVENING **DOSE INCREASE**

Medication Administration Record     Month/Year: 12/2004

Documentation Codes:  H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

Pill Line#:              Pt. Name: MOSHER, DONALD L        Registration #: 10924-052        Physician: BEAM,MD

DOB: 08/18/1961    HT: 6' 1"    WT: 260    Allergies: NKA    Diagnosis: NKD

Unit: A04-203U

000211

PAGE: 1

Facility: MCKEAN HOUSING FACILITY (MCK)

## Medication Administration Record

Month/Year: 11/2004

### Prescriptions

**175855**
Order Date: MOSHIER, DONALD L
11/2004
Exp Date 10924-052
02/08/05
RX # (2)Refills
RIBAVIRIN 200MG CAP
TAKE THREE CAPSULES TWICE DAILY
#180  1SC

Order Date: MOSHIER, DONALD L
11/24/04  H. BEAM,MUMBA
Exp. Date 10924-052
02/21/05  (2)Refills
RX #
RIBAVIRIN 200MG CAP
TAKE ONE CAPSULE EACH MORNING
AND TAKE TWO CAPSULES EACH
EVENING "DOSE DECREASE"
#180  1SC

**176486**
RX #
RIBAVIRIN 200MG CAP
#90  183¢

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1930 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Order Date

Exp. Date

RX #

Order Date

Exp. Date

RX #

Order Date

Exp. Date

RX #

Order Date

Exp. Date

RX #

Order Date

Exp. Date

RX #

Order Date

Exp. Date

RX #

### Documentation Codes:

| H - Hold | R - Refused | DC - Discontinued Order | S - Self Administered | NS - No Show | O - Other |
|----------|-------------|-------------------------|----------------------|--------------|-----------|

DOB: 08/18/1961    HT: 6' 1"    WT: 260

Unit: A04-203U

Pill Line#:

**Pt. Name:** MOSHIER, DONALD L

Allergies: NKA

Registration #: 10924-052

Diagnosis:NKD

**Physician:** BEAM,MD

000212

PAGE: 1

**Facility:** MCKEAN HOUSING FACILITY (MCK)

**Prescriptions**

**Medication Administration Record**

**Month/Year:** 10/2004

| | Time: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date 10/05/04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 01/05/05 | MOSHIER, DONALD L 10924-052   BEAM,MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # 174355 | TAKE THREE CAPSULES TWICE DAILY | 1630 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | RIBAVIRIN 200MG CAP | 1930 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | #180 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Documentation Codes:**   **H - Hold**   **R - Refused**   **DC - Discontinued Order**   **S - Self Administered**   **NS - No Show**   **O - Other**

**DOB:** 08/18/1961          **HT:** 6'1"          **WT:** 260          **Allergies:** NKA          **Diagnosis:** NKD

**Unit:** A04-203U

**Pill Line#:** ___   **Pt. Name:** MOSHIER, DONALD L          **Registration #:** 10924-052          **Physician:** BEAM,MD

000213

# Medication Summary Sheet

Ord.Date 05/12/03
MOSHIER, DONALD L          E. ASP
10924-052                  (0)Refills
Exp.Date 08/10/03
INHALE 2 PUFFS IN EACH NOSTRIL 4 TIMES A DAY AND AS NEEDED
Rx # 148006     SALINE NASAL SPRAY          #1

Ord.Date 05/12/03
MOSHIER, DONALD L          E. ASP
10924-052                  (0)Refills
Exp.Date 05/31/03
TAKE ONE TABLET TWICE DAILY AS NEEDED
Rx # 148005     IBUPROFEN 800 MG TAB        #10

Ord.Date 05/12/03
MOSHIER, DONALD L          E. ASP
10924-052                  (0)Refills
Exp.Date 05/31/03
TAKE ONE TABLET TWICE DAILY
Rx # 148004     TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB   #10

Ord.Date 05/27/03
MOSHIER, DONALD L          B. SAYLOR
10924-052                  (0)Refills
Exp.Date 08/25/03
TAKE ONE TABLET EVERY EIGHT HOURS AS NEEDED
Rx # 148812     CHLORPHENIRAMINE 4 MG TAB   #21

Ord.Date 05/27/03
MOSHIER, DONALD L          B. SAYLOR
10924-052                  (0)Refills
Exp.Date 08/25/03
TAKE ONE OR TWO TABLETS EVERY 4 TO 6 HOURS AS NEEDED
Rx # 148813     ACETAMINOPHEN 325 MG TAB    #20

Ord.Date 05/27/03
MOSHIER, DONALD L          B. SAYLOR
10924-052                  (0)Refills
Exp.Date 06/06/03
TAKE ONE CAPSULE 3 TIMES A DAY FOR 10 DAYS
Rx # 148814     AMOXICILLIN 500 MG CAP      #30

Ord.Date 06/13/03
MOSHIER, DONALD L          S. LABROZZI
10924-052                  (0)Refills
Exp.Date 07/12/03
TAKE ONE TABLET FOUR TIMES DAILY AS NEEDED FOR FOR COLD SYMPTOMS
Rx # 149676     TRIPROL/PSEUDO 2.5/60MG TAB  #20

Ord.Date 06/13/03
MOSHIER, DONALD L          S. LABROZZI
10924-052                  (1)Refills
Exp.Date 08/17/03
TAKE ONE TABLET EVERY FOUR HOURS AS NEEDED FOR PAIN
Rx # 149675     IBUPROFEN 400 MG TAB        #30

Ord.Date 06/13/03
MOSHIER, DONALD L          S. LABROZZI
10924-052                  (0)Refills
Exp.Date 09/10/03
TAKE 1 TO 2 TABLESPOONFULS FOUR TIMES DAILY AS NEEDED
Rx # 149674     BISMUTH SUBSAL 262MG/15ML SUSP   #1

Ord.Date 09/02/03
MOSHIER, DONALD L          E. ASP
10924-052                  (0)Refills
Exp.Date 10/01/03
TAKE ONE TABLET THREE TIMES DAILY AS NEEDED
Rx # 154174     IBUPROFEN 800 MG TAB        #28

Ord.Date 06/13/03
MOSHIER, DONALD L          S. LABROZZI
10924-052                  (1)Refills
Exp.Date 07/02/03
TAKE ONE CAPSULE 3 TIMES A DAY FOR 14 DAYS
Rx # 149673     AMOXICILLIN 500 MG CAP      #21

Ord.Date 06/13/03
MOSHIER, DONALD L          S. LABROZZI
10924-052                  (0)Refills
Exp.Date 07/12/03
INHALE 1 TO 2 PUFFS FOUR TIMES DAILY AS NEEDED
Rx # 149672     ALBUTEROL INHALER 17 GM     #1

Ord.Date 06/23/03
MOSHIER, DONALD L          J. GLENN
10924-052                  (0)Refills
Exp.Date 07/02/03
TAKE ONE TABLET THREE TIMES DAILY FOR 5 DAYS
Rx # 150142     TRIPROL/PSEUDO 2.5/60MG TAB  #15

Ord.Date 06/23/03
MOSHIER, DONALD L          S. LABROZZI
10924-052                  (3)Refills
Exp.Date 09/10/03
TAKE ONE CAPSULE TWICE DAILY UNTIL FINISHED (TAKE ON EMPTY STOMACH WITH A FULL GLASS OF WATER)
Rx # 150190     TETRACYCLINE HCL 500 MG CAP  #30

Ord.Date 07/22/03
MOSHIER, DONALD L          E. ASP
10924-052                  (2)Refills
Exp.Date 09/04/03
TAKE ONE TABLET TWICE DAILY
Rx # 151839     RANITIDINE 150 MG TAB       #20

Ord.Date 07/22/03
MOSHIER, DONALD L          E. ASP
10924-052                  (0)Refills
Exp.Date 07/31/03
TAKE ONE TABLET TWICE DAILY **DRINK PLENTY OF WATER**
Rx # 151840     GUAIFENESIN LA 600MG TAB    #14

Ord.Date 07/22/03
MOSHIER, DONALD L          E. ASP
10924-052                  (0)Refills
Exp.Date 07/26/03
TAKE ONE TABLET THREE TIMES DAILY **MAY CAUSE DROWSINESS**
Rx # 151841     TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB   #15

Ord.Date 09/02/03
MOSHIER, DONALD L          E. ASP
10924-052                  (0)Refills
Exp.Date 09/21/03
TAKE ONE TABLET FOUR TIMES DAILY AS NEEDED  ** DO NOT USE WITH ACTIFED**
Rx # 154175     CHLORPHENIRAMINE 4 MG TAB   #12

Ord.Date 09/02/03
MOSHIER, DONALD L          E. ASP
10924-052                  (0)Refills
Exp.Date 09/21/03
TAKE ONE TABLET THREE TIMES DAILY AS NEEDED
Rx # 154176     TRIPROL/PSEUDO 2.5/60MG TAB  #15

Ord.Date 09/02/03
MOSHIER, DONALD L          E. ASP
10924-052                  (3)Refills
Exp.Date 11/30/03
TAKE ONE CAPSULE TWICE DAILY
Rx # 154177     TETRACYCLINE HCL 500 MG CAP  #30

FCI McKean

000214



Ord.Date 09/18/03
Exp.Date 10/17/03
MOSHIER, DONALD L
10924-052
B. SAYLOR
(0)Refills
TAKE 2 TABLESPOONFULS (30CC) UP
TO FOUR TIMES DAILY AS NEEDED
Rx # 155162
BISMUTH SUBSAL 262MG/15ML SUSP   #1

Ord.Date 09/18/03
Exp.Date 10/17/03
MOSHIER, DONALD L
10924-052
B. SAYLOR
(0)Refills
TAKE ONE TABLET TWICE DAILY
Rx # 155163
GUAIFENESIN LA 600MG TAB   #10

Ord.Date 09/18/03
Exp.Date 10/17/03
MOSHIER, DONALD L
10924-052
B. SAYLOR
(0)Refills
TAKE TWO TABLETS FOUR TIMES
DAILY AS NEEDED
Rx # 155164
ACETAMINOPHEN 500 MG TAB   #20

Ord.Date 09/30/03
Exp.Date 10/19/03
MOSHIER, DONALD L
10924-052
J. GLENN
(0)Refills
TAKE ONE TABLET THREE TIMES DAILY
FOR 5 DAYS
Rx # 155712
TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB   #15

Ord.Date 09/30/03
Exp.Date 11/28/03
MOSHIER, DONALD L
10924-052
J. GLENN
(1)Refills
TAKE ONE OR TWO TABLETS THREE
TIMES DAILY WITH FOOD AS NEEDED
Rx # 155713
IBUPROFEN 400 MG TAB   #20

Ord.Date 09/30/03
Exp.Date 10/29/03
MOSHIER, DONALD L
10924-052
J. GLENN
(0)Refills
INHALE 2 PUFFS FOUR TIMES DAILY AS
NEEDED
Rx # 155714
ALBUTEROL INH 90MCG 17GM   #1

Ord.Date 09/30/03
Exp.Date 10/13/03
MOSHIER, DONALD L
10924-052
J. GLENN
(0)Refills
TAKE ONE CAPSULE THREE TIMES
DAILY FOR 10  DAYS
Rx # 155715
AMOXICILLIN 500 MG CAP   #30

Ord.Date 10/10/03
Exp.Date
MOSHIER, DONALD L
10924-052
R. PIOTROWSKI
(0)Refills
TAKE ONE CAPSULE THREE TIMES
DAILY UNTIL FINISHED
Rx # 56495
AMOXICILLIN 500 MG CAP   #30

Ord.Date 10/10/03
Exp.Date 10/18/03
MOSHIER, DONALD L
10924-052
R. PIOTROWSKI
(0)Refills
TAKE ONE TABLET FOUR TIMES DAILY
**MAY CAUSE DROWSINESS**
Rx # 156496
TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB   #20

Ord.Date 10/10/03
Exp.Date
MOSHIER, DONALD L
10924-052
R. PIOTROWSKI
(0)Refills
TAKE 1-2 TABLETS THREE TIMES DAILY
AS NEEDED WITH FOOD
Rx # 156497
IBUPROFEN 400 MG TAB   #20

Ord.Date 01/11/04
Exp.Date
MOSHIER, DONALD L
10924-052
TAKE ONE TAB AT BEDTIME
Rx # 156643
RANITIDINE 150 MG TAB   #30

Ord.Date 10/18/03
Exp.Date 01/13/04
MOSHIER, DONALD L
10924-052
H. BEAM,MD
(2)Refills
TAKE TWO TABLETS TWICE DAILY
Rx # 156882
ACETAMINOPHEN 500 MG TAB   #30

Ord.Date 11/21/03
Exp.Date 12/04/03
MOSHIER, DONALD L
10924-052
J. GLENN
(0)Refills
TAKE ONE CAPSULE 3 TIMES A DAY
FOR 10 DAYS
Rx # 158940
AMOXICILLIN 500 MG CAP   #30

Ord.Date 11/21/03
Exp.Date 11/27/03
MOSHIER, DONALD L
10924-052
J. GLENN
(0)Refills
TAKE ONE TABLET THREE TIMES DAILY
FOR 5 DAYS
Rx # 158963
TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB   #15

Ord.Date 11/21/03
Exp.Date 12/30/03
MOSHIER, DONALD L
10924-052
J. GLENN
(0)Refills
TAKE 2 TABLESPOONFULS (30CC)
THREE TIMES DAILY AS NEEDED
Rx # 158964
BISMUTH SUBSAL 262MG/15ML SUSP   #1

Ord.Date 12/01/03
Exp.Date 12/14/03
MOSHIER, DONALD L
10924-052
S. LABROZZI
(0)Refills
TAKE ONE TABLET FOUR TIMES DAILY
FOR 10  DAYS
Rx # 159403
ERYTHROMYCIN DELAYED RELEASE 500 MG TAB   #40

Ord.Date 12/01/03
Exp.Date 02/28/04
MOSHIER, DONALD L
10924-052
S. LABROZZI
(3)Refills
TAKE TWO TABLETS FOUR TIMES
DAILY AS NEEDED FOR PAIN
Rx # 159404
ACETAMINOPHEN 500 MG TAB   #40

Ord.Date 12/01/03
Exp.Date 12/10/03
MOSHIER, DONALD L
10924-052
S. LABROZZI
(0)Refills
TAKE ONE TABLET TWICE DAILY WITH
PLENTY OF WATER
Rx # 159405
GUAIFEN/DEXTRO 600/30MG TAB   #14

Ord.Date 12/01/03
Exp.Date 02/28/04
MOSHIER, DONALD L
10924-052
S. LABROZZI
(2)Refills
TAKE 2 TABLESPOONFULS FOUR
TIMES DAILY AS NEEDED FOR NAUSEA
& VOMITING
Rx # 159406
BISMUTH SUBSAL. 262MG/15ML SUSP   #1

Ord.Date 12/04/03
Exp.Date 12/10/03
MOSHIER, DONALD L
10924-052
S. LABROZZI
(0)Refills
TAKE ONE TABLET FOUR TIMES DAILY
**MAY CAUSE DROWSINESS**
Rx # 159713
TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB   #20

Ord.Date 12/11/03
Exp.Date 02/24/03
MOSHIER, DONALD L
10924-052
S. LABROZZI
(0)Refills
TAKE ONE TABLET TWICE DAILY FOR
14 DAYS
Rx # 160164
SULFAMETH/TRIMETH DS 800MG/160MG TAB   #28

Ord.Date 12/11/03
Exp.Date 12/25/03
MOSHIER, DONALD L
10924-052
S. LABROZZI
(0)Refills
TAKE ONE TABLET FOUR TIMES DAILY
AS NEEDED FOR NOSE
CONGESTION
Rx # 160165
TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB   #20

**FCI MCKEAN PHARMACY**

133685    B. SAYLOR    08/04/02
MOSHIER, DONALD L    10924-052
MCKEAN HOUSING FACILITY - Z07-210U
5-7 DROPS IN AFFECTED EAR EACH
DAY FOR 4 DAYS

**CARBAMIDE PEROXIDE 6.5% OTIC**    #1
(0)Refills    08/04/2002    CDM    RxExp 08/07/02

CAUTION: Federal/State law prohibits transfer of this drug
than other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**

135396    G. FAIRBANK    09/09/02
MOSHIER, DONALD L    10924-052
MCKEAN HOUSING FACILITY - Z07-210U
INSTILL 2-3 DROPS IN THE LEFT EAR
THREE TIMES DAILY **SHAKE WELL**

**NEOMYCIN/POLY B/HC OTIC SUSP  ML**    #1
(0)Refills    09/09/2002    CDM    RxExp 09/28/02

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**

135420    G. FAIRBANK    09/09/02
MOSHIER, DONALD L    10924-052
MCKEAN HOUSING FACILITY - Z07-210U
TAKE ONE TABLET 3 TIMES A DAY AS
NEEDED **WITH FOOD**

**IBUPROFEN 800 MG TAB**    #21
(1)Refills    09/09/2002    VG    RxExp 11/07/02

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

| Ord.Date 09/13/02 | MOSHIER, DONALD L 10924-052 | J. GLENN (0)Refills |
|---|---|---|
| Exp.Date 09/22/02 | TAKE ONE CAPSULE THREE TIMES DAILY UNTIL FINISHED | |
| Rx # 135660 | AMOXICILLIN 500 MG CAP | #30 |

 D/C Gev 9/16 Fairbanks

| Ord.Date 09/16/02 | MOSHIER, DONALD L 10924-052 | D. OLSON (0)Refills |
|---|---|---|
| Exp.Date 09/25/02 | TAKE ONE TABLET TWICE DAILY | |
| Rx # 135726 | CIPROFLOXACIN 500 MG TAB | #20 |

| Ord.Date 11/19/02 | MOSHIER, DONALD L 10924-052 | G. FAIRBA (0)Refills |
|---|---|---|
| Exp.Date 12/19/02 | TAKE ONE CAPSULE FOUR TIMES DAILY | |
| Rx # 139099 | CEPHALEXIN 500 MG CAP | #40 |

| Ord.Date 11/19/02 | MOSHIER, DONALD L 10924-052 | G. FAIRBA (2)Refills |
|---|---|---|
| Exp.Date 02/16/03 | TAKE ONE TABLET TWICE DAILY | |
| Rx # 139100 | RANITIDINE 150 MG TAB | #20 |

| Ord.Date 11/27/02 | MOSHIER, DONALD L 10924-052 | J. GLENN (0)Refills |
|---|---|---|
| Exp.Date 12/01/02 | TAKE ONE TABLET THREE TIMES DAILY **MAY CAUSE DROWSINESS** | |
| Rx # 139530 | TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB | #15 |

| Ord.Date 11/27/02 | MOSHIER, DONALD L 10924-052 | J. GLENN (0)Refills |
|---|---|---|
| Exp.Date 12/03/02 | TAKE ONE TABLET TWICE DAILY UNTIL FINISHED | |
| Rx # 139531 | GUAIFENESIN LA 600MG TAB | #14 |

| Ord.Date 11/27/02 | MOSHIER, DONALD L 10924-052 | J. GLENN (0)Refills |
|---|---|---|
| Exp.Date 12/16/02 | TAKE TWO TABLETS EVERY EIGHT HOURS AS NEEDED | |
| Rx # 139532 | ACETAMINOPHEN 500 MG CAPL | #30 |

| Ord.Date 12/09/02 | MOSHIER, DONALD L 10924-052 | G. FAIRBANKS (0)Refills |
|---|---|---|
| Exp.Date 01/07/03 | TAKE ONE CAPSULE FOUR TIMES DAILY | |
| Rx # 139999 | TETRACYCLINE HCL 250 MG CAP | #40 |

| Ord.Date 12/09/02 | MOSHIER, DONALD L 10924-052 | G. FAIRBANKS (0)Refills |
|---|---|---|
| Exp.Date 01/07/03 | TAKE ONE TABLET TWICE DAILY | |
| Rx # 140000 | TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB | #10 |

| Ord.Date 02/03/03 | MOSHIER, DONALD L 10924-052 | J. GLENN (0)Refills |
|---|---|---|
| Exp.Date 02/07/03 | TAKE ONE TABLET THREE TIMES DAILY **MAY CAUSE DROWSINESS** | |
| Rx # 142371 | TRIPROL/PSEUDO 2.5/60MG TAB | #15 |

| Ord.Date 02/03/03 | MOSHIER, DONALD L 10924-052 | J. GLENN (0)Refills |
|---|---|---|
| Exp.Date 03/04/03 | 2 SQUIRTS IN EACH NOSTRIL FOUR TIMES DAILY AS NEEDED | |
| Rx # 142372 | SODIUM CHLORIDE NASAL 0.65% ML | #1 |

| Ord.Date 02/03/03 | MOSHIER, DONALD L 10924-052 | J. GLENN (0)Refills |
|---|---|---|
| Exp.Date 02/22/03 | TAKE TWO TABLETS EVERY EIGHT HOURS AS NEEDED | |
| Rx # 142373 | ACETAMINOPHEN 500 MG CAPL | #30 |

000216

Ord.Date 02/18/03
Exp.Date 02/27/03

MOSHIER, DONALD L          J. GLENN
10924-052                      (0)Refills
TAKE TWO CAPSULES (500MG) THREE
TIMES DAILY UNTIL FINISHED

Rx #
143182          AMOXICILLIN 250 MG CAP          #60

Ord.Date 02/18/03
Exp.Date 02/22/03

MOSHIER, DONALD L          J. GLENN
10924-052                      (0)Refills
TAKE ONE TABLET THREE TIMES DAILY
**MAY CAUSE DROWSINESS**

Rx #
143183          TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB          #15

Ord.Date 02/18/03
Exp.Date 03/09/03

MOSHIER, DONALD L          J. GLENN
10924-052                      (0)Refills
TAKE TWO TABLETS EVERY EIGHT
HOURS AS NEEDED

Rx #
143184          ACETAMINOPHEN 500 MG CAPL          #30

Ord.Date 03/12/03
Exp.Date 03/31/03

MOSHIER, DONALD L          S. LABROZZI
10924-052                      (0)Refills
TAKE TWO TABLETS TWICE DAILY FOR
COUGH & CHEST CONGESTION WITH
PLENTY INTAKE

Rx #
144519          GUAIFEN/DEXTROMETH 600MG/30MG TAB          #20

Ord.Date 03/12/03
Exp.Date 06/08/03

MOSHIER, DONALD L          S. LABROZZI
10924-052                      (1)Refills
MASSAGE 1 TO 2 TEASPOONFULS INTO
WET SCALP. RINSE AFTER 3 MIN.
REPEAT 3 TIMES A WEEK

Rx #
144520          SELENIUM SULF LOT 2.5% LOT          #1

Ord.Date 03/12/03
Exp.Date 03/25/03

MOSHIER, DONALD L          S. LABROZZI
10924-052                      (0)Refills
TAKE ONE TABLET TWICE DAILY FOR
10 DAYS FOR SINUSITIS

Rx #
144515          SULFAMETH/TRIMETH DS 800MG/160MG TAB          #20

Ord.Date 03/12/03
Exp.Date 06/09/03

MOSHIER, DONALD L          S. LABROZZI
10924-052                      (1)Refills
TAKE ONE TABLET EVERY FOUR
HOURS AS NEEDED FOR PAIN,
HEADACHE

Rx #
144518          IBUPROFEN 400 MG TAB          #30

Ord.Date 03/12/03
Exp.Date 06/09/03

MOSHIER, DONALD L          S. LABROZZI
10924-052                      (3)Refills
TAKE ONE CAPSULE TWICE DAILY ON
EMPTY STOMACH BEGINNING MARCH
21 AFTER FINISHING BACTRIM

Rx #
144516          TETRACYCLINE HCL 500 MG CAP.          #30

Ord.Date 03/12/03
Exp.Date 03/31/03

MOSHIER, DONALD L          S. LABROZZI
10924-052                      (0)Refills
TAKE ONE TABLET FOUR TIMES DAILY
AS NEEDED FOR CONGESTION & FOR
COLD SYMPTOMS

Rx #
144517          TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB          #20

668.080
.Y 99

**ASTHMA FLOW SHEET**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

| | Date > | 12 Jan 2006 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Staging of asthma severity. Symptom scoring to determine step: see below. | Wheeze | 3 | | | | | | |
| | Cough | 1 | | | | | | |
| | Activity | 2 | | | | | | |
| | Night Sx | 3 | | | | | | |
| | STEP | 2 | | | | | | |
| Best = _____ ml | Current Peak Flow | 650 | | | | | | |
| Meds: enter current dose (e.g. 2 puffs QiD). | Beta-2 Agonist  Albuterol 2 puffs qid | | | | | | | |
| | Inhaled Steroid | | | | | | | |
| | Theophylline | | | | | | | |
| | Oral Steroid | | | | | | | |
| Others: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Smoking (cigs/day) | 0 | 0 | | | | | |
| | Comments | | | | | | | |
| | Provider Initials | MJP | | | | | | |

**History since last visit**

Wheeze:| 0 = None| |1 = < twice/week| |2 = > twice/week| |3 = daily|
Cough:| 0 = None| |1 = occasional| |2 = frequent| |3 = continuous|
Activity:| 0 = Normal| |1 = can run short dist.. climb 3 flights of stairs| |2 = walk only| |3 = sx at rest|
Night symptoms:| 0 = < 2 times/month| |1 = > 2 times/month| |2 = > 1 time/week| |3 = frequent|

Name: MOSHIER, DONALD
Reg No: 10024 - 052
Date of Birth: 18 Nov 1961
Institution: USP LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA 17837

**Key to Comments:**

H = Hospitalized this visit
I = Intensive tx for acute episode
    (e.g. IV steroids w/o hospitalization)
E/I = Educated re: inhaler technique
E/S = Educated re: smoking cessation
E/M = Educated re: use of med
E/C = Educated re: med compliance
E/A = Educated re: all above

000218

BP-S620.060    **PATIENT PROBLEM LIST** CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

PROBLEM LIST

| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
|---|---|---|---|
| | Axis I | | |
| | II | | |
| 9/16/03 | IV  CHepC ⊕  ⟶ Cirrhosis | | SP Cholecystectomy for gangrenous gall bladder |
| | Hep Bs Ab ⊕ Ag ⊖ cAb ⊕ | | |
| | Low back pain | | |
| | SP appendectomy (1998-1999) | | |
| | Borderline Diabetes | | |
| 3/26/04 | (GERD) | Asthma | |
| 3/26/04 | Venous Insufficiency | | |
| 3/26/04 | Lipomas | | |
| | Bockurt | | |
| 12/21/04 | Care Level II | | |

| 3/26/04 NKDA Food Environment | | |
|---|---|---|

ADVERSE / ALLERGIC
DRUG REACTIONS
(If none, record "No Known Drug Allergies.")

NKDA

Patient Identification
(Name, Reg #, DOB)

(This form may be replicated via WP)

Donald Mosher
1092Y-052
8/18/61
8-8-61

000219

BP-E620.060
AUG 96

## PATIENT PROBLEM LIST

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

### PROBLEM LIST

| Date Noted | Significant Diagnoses | Significant Operations/ Invasive Procedures | Date |
|---|---|---|---|
| 1989 | Ch L BP 2° h MVA. | F/o Nerve 2° to assult | May 2002 |
| | | Substance abuse. | |
| | | Cholecystectomy Esprio Av. | 1999 |
| | | Appendicity | |

No Known drug allergy

**ADVERSE / ALLERGIC DRUG REACTION**
(If none, record "No Known Drug Allergies")

| | |
|---|---|
| PATIENT IDENTIFICATION : | **NAME** **MOSHIER JR. DONALD** |
| | Date Of Birth **8/18/1961** / Sex **M** / Institution **BRO** / Date Of Photo **5/22/2002** |
| Name : | Height **601** / Weight **260** / Hair Color **BD** / Eye Color **BL** |
| Register Number | Custody / QTR / Spec. Cond |
| DOB | CCC / CSW / WRK |

REGISTER NUMBER
**10924-052**

000220

DOJ    Patient-focused F_ _ion

BOP

# Care of Patients
## *Pharmacy Service*



## HEALTH SERVICES DEPARTMENT
### USP LEWISBURG

**1.** Ord.Date 05/02/06    MOSHIER, DONALD L    J. GERARGI
Exp.Date 10/28/06    10924-052    (17)Refills
TAKE ONE TABLET BY MOUTH TWICE DAILY
Rx # 190743    NAPROXEN 500 MG TAB    #20
*DATE STARTED*

**6.**

**2.** Ord.Date 05/02/06    MOSHIER, DONALD L    J. GERARGI
Exp.Date 05/11/06    10924-052    (0)Refills
TAKE ONE CAPSULE BY MOUTH THREE TIMES DAILY
Rx # 190744    CEPHALEXIN 500 MG CAP    #30

**7.**

**3.** Ord.Date 05/02/06    MOSHIER, DONALD L    J. GERARGI
Exp.Date 05/11/06    10924-052    (0)Refills
TAKE ONE TABLET BY MOUTH TWICE DAILY
Rx # 190745    SULFAMETHOXAZOLE/TRIMETH 800MG/160MG TAB    #20

**8.**

**4.**

**9.**

**5.**

**10.**
*DATE ENDED*

INMATE NAME & NUMBER
MOSHIER, DONALD L
10924-052
USP LEWISBURG - A01-105U
05/02/2006

# PHARMACY COMMUNICATION SHEET

Health Services Unit

DOJ    Patient-foc   d Function
BOP

# Care of Patients
*Pharmacy Service*



# MEDICATION PROFILE SHEET
## HEALTH SERVICES DEPARTMENT
### USP LEWISBURG



| **1.** Ord.Date 01/11/06 | MOSHIER, DONALD L 10924-052 | M. PEORIA (4)Refills |
|---|---|---|
| Exp.Date 04/11/06 | INHALE 2 PUFFS ORALLY 4 TIMES DAILY | |
| Rx # 178716 | ALBUTEROL 17 GM MDI | #0 |

**DATE STARTED**    1·12·06

| **2.** Ord.Date 01/12/06 | MOSHIER, DONALD L 10924-052 | A. BUSSANICH (8)Refills |
|---|---|---|
| Exp.Date 04/11/06 | TAKE ONE TABLET TWICE DAILY | |
| Rx # 178717 | RANITIDINE 150 MG TAB | #0 |

| **3.** Ord.Date 01/12/06 | MOSHIER, DONALD L 10924-052 | A. BUSSANICH (12)Refills |
|---|---|---|
| Exp.Date 04/11/06 | TAKE ONE TABLET BY MOUTH TWICE DAILY | |
| Rx # 178718 | NAPROXEN 500 MG TABLET 500 MG TAB | #0 |

| **4.** Ord.Date 01/12/06 | MOSHIER, DONALD L 10924-052 | A. BUSSANICH (0)Refills |
|---|---|---|
| Exp.Date 01/27/06 | INSTILL 4 DROPS THREE TIMES DAILY AS DIRECTED | |
| Rx # 178719 | NEOMYCIN/POLY B/HC OTIC SUSP ML | #1 |

| **5.** Ord.Date 03/09/06 | MOSHIER, DONALD L 10924-052 | L. RAMIREZ (0)Refills |
|---|---|---|
| Exp.Date 03/13/06 | TAKE ONE TABLET BY MOUTH THREE TIMES DAILY | |
| Rx # 181972 | DICYCLOMINE HCL 20 MG TAB | #15 |

| **6.** Ord.Date 04/04/06 | MOSHIER, DONALD L 10924-052 | L. RAMIREZ (0)Refills |
|---|---|---|
| Exp.Date 04/17/06 | TAKE ONE CAPSULE BY MOUTH FOUR TIMES DAILY | |
| Rx # 184097 | CEPHALEXIN 500 MG CAP | #40 |

| **7.** Ord.Date 04/04/06 | MOSHIER, DONALD L 10924-052 | L. RAMIREZ (0)Refills |
|---|---|---|
| Exp.Date 04/17/06 | TAKE ONE TABLET BY MOUTH TWICE DAILY | |
| Rx # 184098 | SULFAMETHOXAZOLE/TRIMETH 800MG/160MG TAB | #20 |

| **8.** Ord.Date 04/04/06 | MOSHIER, DONALD L 10924-052 | L. RAMIREZ (0)Refills |
|---|---|---|
| Exp.Date 04/17/06 | APPLY TOPICALLY TWICE DAILY | |
| Rx # 184099 | BACITRACIN/POLY B OINT | #1 |

| **9.** Ord.Date 05/02/06 | MOSHIER, DONALD L 10924-052 | J. GERARGI (5)Refills |
|---|---|---|
| Exp.Date 10/28/06 | 2 PUFFS FOUR TIMES DAILY | |
| Rx # 190741 | ALBUTEROL 17 GM MDI | #1 |

| **10.** Ord.Date 05/02/06 | MOSHIER, DONALD L 10924-052 | J. GERARGI (5)Refills |
|---|---|---|
| Exp.Date 10/28/06 | TAKE ONE TABLET TWICE DAILY | |
| Rx # 190742 | RANITIDINE 150 MG TAB | #60 |

**DATE ENDED**

INMATE NAME & NUMBER

MOSHIER, DONALD L
10924-052
USP LEWISBURG - Z01-014LAD
01/12/2006

000222

DOJ   Patient-focused Function
BOP

# Care of Patients
*Pharmacy Service*



# MEDICATION PROFILE SHEET
## HEALTH SERVICES DEPARTMENT
### USP LEWISBURG

| | | |
|---|---|---|
| **1.** Ord.Date 10/07/05 Exp.Date 11/06/05 Rx # 172157 | MOSHIER, DONALD L 10924-052 INHALE 2 PUFFS ORALLY 4 TIMES DAILY ALBUTEROL 17 GM MDI | I. NAVARRO (0)Refills #1 |
| **DATE STARTED:** | | |
| **6.** Ord.Date 11/28/05 Exp.Date 12/27/05 Rx # 175139 | MOSHIER, DONALD L 10924-052 TAKE TWO CAPSULES BY MOUTH EACH DAY DOXYCYCLINE 100 MG CAP | I. NAVARRO (0)Refills #60 |
| **2.** Ord.Date 10/25/05 Exp.Date 01/22/06 Rx # 173164 | MOSHIER, DONALD L 10924-052 TAKE TWO TABLETS BY MOUTH TWICE DAILY RANITIDINE 150 MG TAB | A. BUSSANICH (11)Refills #30 |
| **7.** Ord.Date 11/30/05 Exp.Date 02/27/06 Rx # 175274 | MOSHIER, DONALD L 10924-052 TAKE ONE TABLET BY MOUTH TWICE DAILY NAPROXEN 500 MG TABLET 500 MG TAB | A. BUSSANICH (0)Refills #20 |
| **3.** Ord.Date 10/25/05 Exp.Date 01/22/06 Rx # 173165 | MOSHIER, DONALD L 10924-052 INHALE 2 PUFFS ORALLY 4 TIMES DAILY ALBUTEROL 17 GM MDI | A. BUSSANICH (2)Refills #1 |
| **8.** Ord.Date 11/30/05 Exp.Date 02/27/06 Rx # 175275 | MOSHIER, DONALD L 10924-052 INHALE 2 PUFFS ORALLY 4 TIMES DAILY ALBUTEROL 17 GM MDI | A. BUSSANICH (2)Refills #1 |
| **4.** Ord.Date 10/25/05 Exp.Date 01/22/06 Rx # 173166 | MOSHIER, DONALD L 10924-052 TAKE ONE TABLET BY MOUTH TWICE DAILY NAPROXEN 500 MG TABLET 500 MG TAB | A. BUSSANICH (8)Refills #20 |
| **9.** Ord.Date 01/05/06 Exp.Date 04/04/06 Rx # 178219 | MOSHIER, DONALD L 10924-052 TAKE TWO CAPSULES BY MOUTH EACH MORNING DOXYCYCLINE 100 MG CAP | M. PEORIA (0)Refills #60 |
| **5.** Ord.Date 10/25/05 Exp.Date 11/07/05 Rx # 173167 | MOSHIER, DONALD L 10924-052 TAKE TWO CAPSULES BY MOUTH EACH DAY DOXYCYCLINE 100 MG CAP | A. BUSSANICH (0)Refills #28 |
| **10.** | | |
| | **DATE ENDED:** | |

INMATE NAME & NUMBER

MOSHIER, DONALD L
10924-052
USP LEWISBURG - A01-113U
10/07/2005

000223

DOJ    Patient-focus    Function
BOP

# Care of Patients
## *Pharmacy Service*



---

**:** Ord.Date 07/28/05    MOSHIER, DONALD L    A. BUSSANICH
10924-052    (0)Refills
Exp.Date 10/25/05    **APPLY TOPICALLY TWICE DAILY**
Rx #
167384    BACITRACIN/POLY B OINT    #1

**DATE STARTED:**

**6::** Ord.Date 10/07/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (1)Refills
Exp.Date 10/06/05    **TAKE ONE TABLET TWICE DAILY**
Rx #
172154    RANITIDINE 150 MG TAB    #30

**2:** Ord.Date 07/28/05    MOSHIER, DONALD L    A. BUSSANICH
10924-052    (5)Refills
Exp.Date 10/26/05    **TAKE ONE CAPSULE TWICE DAILY**
Rx #
167385    DOXYCYCLINE 100 MG CAP    #30

**7:** Ord.Date 10/07/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (0)Refills
Exp.Date 11/04/05    **TAKE ONE TABLET BY MOUTH TWICE DAILY**
Rx #
172155    NAPROXEN 500 MG TABLET 500 MG TAB    #20

**3:** Ord.Date 08/25/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (0)Refills
Exp.Date 09/23/05    **TAKE ONE CAPSULE TWICE DAILY**
Rx #
169233    DOXYCYCLINE 100 MG CAP    #60

**8:** Ord.Date 10/07/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (2)Refills
Exp.Date 11/05/05    **TAKE ONE CAPSULE TWICE DAILY**
Rx #
172156    DOXYCYCLINE 100 MG CAP    #20

**4:** Ord.Date 08/25/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (1)Refills
Exp.Date 09/23/05    **TAKE ONE TABLET TWICE DAILY**
Rx #
169232    RANITIDINE 150 MG TAB    #30

**9:** Ord.Date 10/07/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (1)Refills
Exp.Date 11/05/05    **TAKE ONE TABLET TWICE DAILY**
Rx #
172154    RANITIDINE 150 MG TAB    #30

**5:** Ord.Date 08/25/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (2)Refills
Exp.Date 11/29/05    **TAKE ONE TABLET BY MOUTH TWICE DAILY**
Rx #
169234    NAPROXEN 500 MG TABLET 500 MG TAB    #20

**10:** Ord.Date 10/07/05    MOSHIER, DONALD L    I. NAVARRO
10924-052    (0)Refills
Exp.Date 01/04/06    **TAKE ONE TABLET BY MOUTH TWICE DAILY**
Rx #
172155    NAPROXEN 500 MG TABLET 500 MG TAB    #20

**DATE ENDED:**

---

INMATE NAME & NUMBER

MOSHIER, DONALD L
10924-052
USP LEWISBURG - A01-113U
07/28/2005

000224

# Medication Summary Sheet

Ord. Date 12/29/04
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(3) Refills
Exp. Date 03/28/05
TAKE TWO CAPSULES EACH MORNING AND TAKE TWO CAPSULES EACH EVENING **DOSE INCREASE**
Rx # 177811
RIBAVIRIN 200MG CAP        #120    1930

Ord. Date 12/29/04
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(2) Refills
Exp. Date 03/28/05
INJECT IM 135 MCG SC WEEKLY ****DOSE INCREASE TO 0.75 ML***
Rx # 177812
PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1

Ord. Date 12/29/04
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(2) Refills
Exp. Date 03/28/05
APPLY TO AFFECTED AREA TWO TIMES A DAY
Rx # 177813
BACITRACIN OINT        #1

Ord. Date 02/03/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(3) Refills
Exp. Date 05/03/05
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED
Rx # 179198
ALBUTEROL INH 90MCG 17GM        #1

Ord. Date 02/03/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(2) Refills
Exp. Date 05/03/05
INJECT 180 MCG WEEKLY **DOSE INCREASE**
Rx # 179194
PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1

Ord. Date 02/03/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(12) Refills
Exp. Date 05/03/05
TAKE ONE CAPSULE EACH DAY
Rx # 179195
OMEPRAZOLE 20MG CAP        #7

Ord. Date 02/03/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(12) Refills
Exp. Date 05/03/05
TAKE ONE CAPSULE TWICE DAILY
Rx # 179196
DOXYCYCLINE 100 MG CAP        #14

Ord. Date 02/03/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(12) Refills
Exp. Date 05/03/05
TAKE 1 TABLESPOONFUL (15CC) TWICE DAILY
Rx # 179197
LACTULOSE 10GM/15ML ML        #1

Ord. Date 02/10/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(1) Refills
Exp. Date 05/10/05
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED
Rx # 179526
ALBUTEROL INH 90MCG 17GM        #1

Ord. Date 02/10/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(8) Refills
Exp. Date 05/10/05
TAKE 1 TABLESPOONFUL (15CC) TWICE DAILY
Rx # 179527
LACTULOSE 10GM/15ML ML        #1

Ord. Date 02/10/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(2) Refills
Exp. Date 05/10/05
TAKE ONE CAPSULE EACH DAY
Rx # 179529
OMEPRAZOLE 20MG CAP        #30

Ord. Date 02/10/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(2) Refills
Exp. Date 05/10/05
INJECT 180 MCG WEEKLY
Rx # 179530
PEGINTERFERON ALFA-2A 180 MCG/1ML INJ #1

Ord. Date 02/10/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(4) Refills
Exp. Date 05/10/05
APPLY TO AFFECTED AREA TWO TIMES A DAY
Rx # 179531
HYDROCORTISONE 1% CRM        #1

Ord. Date 02/10/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(2) Refills
Exp. Date 05/10/05
TAKE THREE CAPSULES TWICE DAILY
Rx # 179532
RIBAVIRIN 200MG CAP        #180    1930

Ord. Date 02/10/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(2) Refills
Exp. Date 05/10/05
TAKE TWO TABLETS TWICE DAILY
Rx # 179533
ACETAMINOPHEN 500 MG TAB        #30

Ord. Date 02/10/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(2) Refills
Exp. Date 05/10/05
APPLY TO AFFECTED AREA TWO TIMES A DAY (BODY)
Rx # 179534
BETAMETHASONE VAL 0.1 % OINT        #1

Ord. Date 02/10/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(2) Refills
Exp. Date 05/10/05
TAKE ONE CAPSULE TWICE DAILY
Rx # 179528
DOXYCYCLINE 100 MG CAP        #60

Ord. Date 02/10/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(4) Refills
Exp. Date 05/10/05
APPLY TO AFFECTED AREA TWO TIMES A DAY
Rx # 179535
BACITRACIN OINT        #1

Ord. Date 03/05/05
MOSHIER, DONALD L
10924-052        H. BEAM, MD
(12) Refills
Exp. Date 05/31/05
TAKE TWO TABLETS BY MOUTH TWICE DAILY AS DIRECTED
Rx # 180377
ACETAMINOPHEN 500 MG TAB        #30

MOSHIER, DONALD L
10924-052
MCKEAN HOUSING FACILITY - A04
11/24/2004

FCI
McKean



Ord.Date
06/14/05
10924-052            (0)Refills
Exp.Date    INHALE 2 PUFFS EVERY SIX HOURS AS
07/13/05    NEEDED
Rx #
184719      ALBUTEROL 17 GM MDI            #1

Ord.Date    MOSHIER, DONALD L        D. OLSON
06/14/05    10924-052
Exp.Date    TAKE ONE TABLET TWICE DAILY AT
06/23/05    7AM AND 7PM
Rx #
184720      RANITIDINE 150 MG TAB          #14

Ord.Date    MOSHIER, DONALD L        D. OLSON
06/14/05    10924-052            (0)Refills
Exp.Date    TAKE 1 TABLESPOONFUL TWICE DAILY
06/28/05    AT 7AM AND 7PM
Rx #
184721      LACTULOSE 10GM/15ML ML         #1

Ord.Date    MOSHIER, DONALD L        I. NAVARRO
06/28/05    10924-052            (1)Refills
Exp.Date    TAKE ONE TABLET TWICE DAILY
07/27/05
Rx #
165559      RANITIDINE 150 MG TAB          #30

Ord.Date    MOSHIER, DONALD L        I. NAVARRO
06/28/05    10924-052            (0)Refills
Exp.Date    TAKE ONE CAPSULE TWICE DAILY
07/27/05
Rx #
165560      DOXYCYCLINE 100 MG CAP         #60

Ord.Date    MOSHIER, DONALD L        I. NAVARRO
06/28/05    10924-052            (0)Refills
Exp.Date    INHALE 2 PUFFS ORALLY 4 TIMES
07/27/05    DAILY
Rx #
165561      ALBUTEROL 17 GM MDI            #1

Ord.Date    MOSHIER, DONALD L        I. NAVARRO
06/28/05    10924-052            (2)Refills
Exp.Date    TAKE ONE TABLET BY MOUTH TWICE
09/25/05    DAILY
Rx #
165562      NAPROXEN 500 MG TABLET 500 MG TAB    #20



# Medication Summary Sheet

Ord.Date 01/12/05   MOSHIER, DONALD L   H. BEAM,MD
                    10924-052              (11)Refills
Exp.Date 04/11/05   INJECT IM 135 MCG SC WEEKLY
                    ****DOSE INCREASE TO 075 ML***
Rx # 178395         PEGINTERFERON ALFA-2A 180 MCG/1ML INJ  #1

Ord.Date 01/12/05   MOSHIER, DONALD L   H. BEAM,MD
                    10924-052              (4)Refills
Exp.Date 04/11/05   TAKE THREE CAPSULES TWICE DAILY
                    **DOSE INCREASE**
Rx # 178396         RIBAVIRIN 200MG CAP          #180   1930

Ord.Date 01/12/05   MOSHIER, DONALD L   H. BEAM,MD
                    10924-052              (2)Refills
Exp.Date 04/11/05   APPLY TO AFFECTED AREA TWO TIMES
                    A DAY
Rx # 178397         HYDROCORTISONE 1% CRM         #1

Ord.Date 04/01/05   MOSHIER, DONALD L   H. BEAM,MD
                    10924-052              (2)Refills
Exp.Date 05/15/05   APPLY TO AFFECTED AREA TWO TIMES
                    A DAY **EXTERNAL USE ONLY**
Rx # 181474         BETAMETHASONE VAL 0.1 % OINT   #1

Ord.Date 04/18/05   MOSHIER, DONALD L   H. BEAM,MD
                    10924-052              (0)Refills
Exp.Date 05/01/05   TAKE ONE TABLET THREE TIMES DAILY
Rx # 182226         AMOXICILLIN/CLAV 500/125MG TAB   #30

Ord.Date 04/28/05   MOSHIER, DONALD L   H. BEAM,MD
                    10924-052              (2)Refills
Exp.Date 06/11/05   APPLY TO AFFECTED AREA TWO TIMES
                    A DAY **EXTERNAL USE ONLY**
Rx # 182790         BACITRACIN OINT              #1

Ord.Date 04/28/05   MOSHIER, DONALD L   H. BEAM,MD
                    10924-052              (2)Refills
Exp.Date 06/11/05   APPLY TO AFFECTED AREA TWO TIMES
                    A DAY **EXTERNAL USE ONLY**
Rx # 182791         BETAMETHASONE VAL 0.1 % OINT

Ord.Date 04/28/05   MOSHIER, DONALD L   H. BEAM,MD
                    10924-052              (2)Refills
Exp.Date 06/11/05   APPLY TO AFFECTED AREA TWO TIMES
                    A DAY **EXTERNAL USE ONLY**
Rx # 182792         HYDROCORTISONE 1% CRM        #1

Ord.Date 04/28/05   MOSHIER, DONALD L   H. BEAM,MD
                    10924-052              (3)Refills
Exp.Date 07/26/05   TAKE 1 TABLESPOONFUL TWICE DAILY
Rx # 182793         LACTULOSE 10GM/15ML ML       #0

MOSHIER, DONALD L
10924-052
MCKEAN HOUSING FACILITY - A04
01/12/2005

FCI
McKean

000227



Ord.Date
04/27/05

Exp.Date
07/25/05

Rx #
182764

MOSHIER, DONALD L
10924-052          H. BEAM,MD
                        (3)Refills
INHALE 2 PUFFS FOUR TIMES DAILY AS
NEEDED

ALBUTEROL INH 90MCG 17GM          #1

Ord.Date
04/27/05

Exp.Date
07/25/05

Rx #
182765

MOSHIER, DONALD L
10924-052          H. BEAM,MD
                        (12)Refills
TAKE ONE TABLET TWICE DAILY

RANITIDINE 150 MG TAB          #14

Ord.Date
04/27/05

Exp.Date
07/25/05

Rx #
182766

MOSHIER, DONALD L
10924-052          H. BEAM,MD
                        (2)Refills
TAKE TWO TABLETS TWICE DAILY AS
NEEDED

ACETAMINOPHEN 500 MG TAB          #28

Ord.Date
04/27/05

Exp.Date
04/29/05

Rx #
600384

MOSHIER, DONALD L
10924-052          H. BEAM,MD 0600
                        (0)Refills
TAKE TWO TABLETS TWICE DAILY AS    1130
NEEDED FOR PAIN
2471
APAP/CODEINE 300/30 MG UD
                        #12  1930

Ord.Date
04/29/05

Exp.Date
05/03/05

Rx #
600385

MOSHIER, DONALD L
10924-052          H. BEAM,MD 0600
                        (0)Refills
TAKE TWO TABLETS THREE TIMES    1130
DAILY FOR 5 DAYS
2472
APAP/CODEINE 300/30 MG UD          #30  1930

Ord.Date
05/27/05

Exp.Date
08/24/05

Rx #
184084

MOSHIER, DONALD L
10924-052          H. BEAM,MD
                        (3)Refills
APPLY TO AFFECTED AREA TWO TIMES
A DAY
                                          #1
BACITRACIN OINTMENT

Ord.Date
05/27/05

Exp.Date
08/24/05

Rx #
184085

MOSHIER, DONALD L
10924-052          H. BEAM,MD
                        (3)Refills
APPLY TO AFFECTED AREA TWO TIMES
A DAY (30GM)

BETAMETHASONE VAL 0.1 % OINT    #2

Ord.Date
05/27/05

Exp.Date
08/24/05

Rx #
184086

MOSHIER, DONALD L
10924-052          H. BEAM,MD
                        (2)Refills
TAKE TWO TABLETS TWICE DAILY AS
NEEDED

ACETAMINOPHEN 500 MG TAB          #28

Ord.Date
05/27/05

Exp.Date
08/24/05

Rx #
184087

MOSHIER, DONALD L
10924-052          H. BEAM,MD
                        (6)Refills
TAKE 1 TABLESPOONFUL (15ML) TWICE
DAILY AS DIRECTED

LACTULOSE 10GM/15ML ML          #1

BP-S619.060
AUG 96

**IMMUNIZATION RECORD** CDFRM

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

## TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|-------------|-----------------------|-----------|--------------|---------|
| 2-14-01 | Aba | | | Renova | | | | 0x0 | |
| 7/10/02 | Aventis | 094?AB | 3-6-04 | (0)64 | 0.1cc | FKJPCR6QR | 7/13/02 | 0x0mm | |
| 7/8/03 | Park | 0832C | 9/03 | LFA | 0.1cc | SM | 7-10-03 | 0mm | |
| 6-29-04 | P.J. | 80154P | 7/05 | LFA | 0.1cc ID | MCK | 7/1/04 | 0 | |
| 6-16-05 | Aventis | 8C4N4P | 8/06 | LFA | 0.1cc ID | Perez USPLEW | 6/18/05 | 0mm | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

000229

### HEPATITIS VACCINE

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
| pA 1/13/04 | Merck | 0032N | 9/20/05 | L del | 1.0cc, im | W. Klismann | McC... |
| pA 7/13/04 | Park | 00154P | 8/05 | Delt | 1.0cc, im | | Mohann |
| 10-11-05 | Aventis | U1772AA | 6/06 | L arm | 1cc/IM | W. Bogler | USP LEW |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### INFLUENZA VACCINE

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
| 10/26/04 | Aventis | U1503AA | 6/05 | L Del | 0.5 im | Leg | McKeon |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### OTHER (MMR, Polio, etc)

| DATE | TYPE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION |
|------|------|-------|-------|-----------|------|-------------|----------------------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Patient Identification
(Name, Reg #)

000230

BP-E619.060
AUG 96
**IMMUNIZATION RECORD**

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

## TETANUS TOXOIDS

| Date | MFG'R | Lot # | Exp. Date | Site | Dose/Route | Provider | Institution |
|------|-------|-------|-----------|------|------------|----------|-------------|
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |

## TUBERCULIN TEST

| Date | MFG'R | Lot # | Exp. Date | Site | Dose/Route | Provider/Institution | Date read | Results (MM) | Read by |
|------|-------|-------|-----------|------|------------|---------------------|-----------|--------------|---------|
| 5/22/02 | PPD | | | O~ | 7/14/01 | BC. | | | |
|      |       |       |           |      |            |                     |           |              |         |
|      |       |       |           |      |            |                     |           |              |         |
|      |       |       |           |      |            |                     |           |              |         |
|      |       |       |           |      |            |                     |           |              |         |
|      |       |       |           |      |            |                     |           |              |         |
|      |       |       |           |      |            |                     |           |              |         |
|      |       |       |           |      |            |                     |           |              |         |
|      |       |       |           |      |            |                     |           |              |         |
|      |       |       |           |      |            |                     |           |              |         |
|      |       |       |           |      |            |                     |           |              |         |

Patient Identification

Name of Inmate: _____

NAME
**MOSHIER JR. DONALD**

| Date Of Birth | Sex | Institution | Date Of Photo |
|---------------|-----|-------------|---------------|
| 8/18/1961 | M | BRO | 5/22/2002 |

| Height | Weight | Hair Color | Eye Color |
|--------|--------|------------|-----------|
| 601 | 260 | BD | BL |

Custody / QTR          Spec. Cond

CCC / CSW          WRK

REGISTER NUMBER
**10924-052**

ber _____

000231

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 6-12-02 |
|---|---|---|

1. LAST NAME—FIRST NAME—MIDDLE NAME: Mosher Donald
2. IDENTIFICATION NUMBER: 10924-052
3. GRADE AND COMPONENT OR POSITION:
4. HOME ADDRESS (Number, street or RFD, city or town, state and ZIP code): X None. I'll be going here
5. EMERGENCY CONTACT (Name and address of contact): X Kevin Brown 453 Payne marsh Rd Berkshire NY 13736  607 657 2472
6. DATE OF BIRTH: 8/18/61   7. AGE: X 40   8. SEX: ☐FEMALE ☑MALE
9. RELATIONSHIP OF CONTACT: Friend
10. PLACE OF BIRTH: X CAL
11. RACE: ☑WHITE ☐BLACK ☐AMERICAN INDIAN/ALASKA NATIVE ☐HISPANIC WHITE ☐HISPANIC BLACK ☐ASIAN/PACIFIC ISLANDER
12a. AGENCY: BOP DOJ
12b. ORGANIZATION UNIT: FCI McKean
13. TOTAL YEARS GOVERNMENT SERVICE: a. MILITARY  b. CIVILIAN
14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS: FCI McKean P.O. Box 5000 Bradford, PA 16701
15. RATING OR SPECIALTY OF EXAMINER:
16. PURPOSE OF EXAMINATION: A+0

## 17. CLINICAL EVALUATION

| NOR-MAL | (Check each item) | ABNOR-MAL | NOR-MAL | (Check each item) | ABNOR-MAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | ✓ | O. PROSTATE (Over 40 or clinically indicated) | |
| ✓ | B. EARS-GENERAL (INTERNAL CANALS) | | ✓ | P. TESTICULAR | |
| ✓ | C. DRUMS (Perforation) | | ✓ | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae)(Hemocult Results) | |
| ✓ | D. NOSE | | ✓ | R. ENDOCRINE SYSTEM   See below | |
| ✓ | E. SINUSES | | ✓ | S. G-U SYSTEM | |
| ✓ | F. MOUTH AND THROAT | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | G. EYES-GENERAL | | ✓ | U. FEET | |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | I. PUPILS (Equality and reaction) | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY | | ✓ | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS   See below | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Y. SKIN, LYMPHATICS   See below | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 4) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | ✓ | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | n/a | BB. BREASTS | |
| | | | n/a | CC. PELVIC (Females only) | |

NOTES:
* Fam. H/O diabetes
* Lap Chole 1999 - Scars - puncture wounds
* Scars - on back from cystic acne
- Tatoos - (R) arm, (L) chest, (R) lat + leg
* Skin - H/O cystic acne

18. DENTAL

19. TEST RESULTS
1) URINALYSIS (1) SPECIFIC GRAVITY
2) URINE ALBUMIN
3) URINE SUGAR  (4) MICROSCOPIC
SYPHILIS SEROLOGY   D. EKG   E. BLOOD TYPE AND RH FACTOR   F. OTHER TESTS
B. CHEST X-RAY OR PPD

000232

| 20. HEIGHT | 26. WEIGHT | | COLOR HAIR | COLOR EYES | 21. BUILD | | | |
|---|---|---|---|---|---|---|---|---|
| 10'1" | 206 | Blond | Grey | Blue | ☐ SLENDER | ☐ MEDIUM | ☑ HEAVY | ☐ OBESE |

**26. BLOOD PRESSURE** *(Arm at heart level)*

| A. SITTING | | B. RECUM-BENT | SYS. DIAS. | C. STANDING *(5 mins.)* | SYS. DIAS. |
|---|---|---|---|---|---|
| SYS. | DIAS. 9 | | | | |

**27. PULSE** *(Arm at heart level)*

| A. SITTING | B. RECUMBENT | C. STANDING *(3 mins.)* | D. AFTER EXERCISE | E. 2 MINS. AFTER |
|---|---|---|---|---|
| 72 | | | | |

| 28. DISTANT VISION | | 29. REFRACTION | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|
| RIGHT 20/ 15 | CORR. TO 20/ | BY | S. | CX | CORR. TO | BY | |
| LEFT 20/ | CORR. TO 20/ | BY | S. | CX | CORR. TO | BY | |

**31. HETEROPHORIA** *(Specify distance)*

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 32. ACCOMMODATION | | 33. COLOR VISION *(Test used and result)* | 34. DEPTH PERCEPTION *(Test used and score)* | UNCORRECTED |
|---|---|---|---|---|
| RIGHT WNL | LEFT WNL | WNL | | CORRECTED |

| 35. FIELD OF VISION | | 36. NIGHT VISION *(Test used and score)* | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|---|
| RIGHT WNL | LEFT WNL | | | RIGHT | LEFT |

**39. HEARING** / **40. AUDIOMETER** / **41. PSYCHOLOGICAL AND PSYCHOMOTOR** *(Tests used and score)*

| | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | RIGHT | | | | | | | |
| LEFT WV | /15 SV | /15 | LEFT | | | | | | | |

**42. NOTES** *(Continued)* AND SIGNIFICANT OR INTERVAL HISTORY

- Ø Known expos to infec dis
- Ø H/O STD's
- & Ø H/O IVDA
- & H/O methamphetamine use QD x 1 yr. 5/29/01

*(Use additional sheets if necessary)*

**43. SUMMARY OF DEFECTS AND DIAGNOSES** *(List diagnoses with item numbers)*

**44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED** *(Specify)*

FCI MCKEAN

| 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|
| P | U | L | H | E | S |
| | | | | | |

**46. EXAMINEE** *(Check)*

A. ☑ IS QUALIFIED FOR General duty

B. ☐ IS NOT QUALIFIED FOR

**47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER**

**45B. PHYSICAL CATEGORY**

| A | B | C | E |
|---|---|---|---|
| | | | |

**48. TYPED OR PRINTED NAME OF PHYSICIAN**
Gracia Fairbanks

SIGNATURE

**49. TYPED OR PRINTED NAME OF PHYSICIAN**

Gracia Fairbanks, MLP

**50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN** *(Indicate which)*
Clinical Director

SIGNATURE

**51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY**

SIGNATURE

STANDARD FORM 88 (Rev. 10-94) BACK

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 5/23/02 |
|---|---|---|

**1. LAST NAME–FIRST NAME–MIDDLE NAME** Moshier Jr Donald

**2. IDENTIFICATION NUMBER** 10924-052

**3. GRADE AND COMPONENT OR POSITION** Inmate

**4. HOME ADDRESS** *(Number, street or RFD, city or town, state and ZIP code)* 453 - Painsworth Rd Richford NY 13896

**5. EMERGENCY CONTACT** *(Name and address of contact)* —

**6. DATE OF BIRTH** 8/18/61

**7. AGE** 40yr

**8. SEX** ☐ FEMALE ☑ MALE

**9. RELATIONSHIP OF CONTACT**

**10. PLACE OF BIRTH** CA.

**11. RACE** ☑ WHITE ☐ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY** BOP

**12b. ORGANIZATION UNIT** H.S.

**13. TOTAL YEARS GOVERNMENT SERVICE** a. MILITARY | b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS** MDC Brooklyn

**15. RATING OR SPECIALTY OF EXAMINER**

**16. PURPOSE OF EXAMINATION** A&O Physical

### 17. CLINICAL EVALUATION

| NOR-MAL | *(Check each item in appropriate column, enter "NE" if not evaluated.)* | ABNOR-MAL | NOR-MAL | *(Check each item in appropriate column, enter "NE" if not evaluated.)* | ABNOR-MAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | | O. PROSTATE *(Over 40 or clinically indicated)* refus'd NE | |
| ✓ | B. EARS-GENERAL *(INTERNAL CANALS)* *(Auditory acuity under items 39 and 40)* | | ✓ | P. TESTICULAR | |
| ✓ | C. DRUMS *(Perforation)* | | ✓ | Q. ANUS AND RECTUM *(Hemorrhoids, Fistulae) (Hemocult Results)* | |
| ✓ | D. NOSE | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | ✓ | S. G-U SYSTEM | |
| ✓ | F. MOUTH AND THROAT | | ✓ | T. UPPER EXTREMITIES *(Strength, range of motion)* | |
| ✓ | G. EYES-GENERAL *(Visual acuity and refraction under items 28, 29, and 36)* | | ✓ | U. FEET | |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | V. LOWER EXTREMITIES *(Except feet) (Strength, range of motion)* | • |
| ✓ | I. PUPILS *(Equality and reaction)* | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY *(Associated parallel movements nystagmus)* | | ✓ | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS (R) arm chest only | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART *(Thrust, size, rhythm, sounds)* | | ✓ | Z. NEUROLOGIC *(Equilibrium tests under item 41)* | |
| ✓ | M. VASCULAR SYSTEM *(Varicosities, etc.)* | | | AA. PSYCHIATRIC *(Specify any personality deviation)* | |
| ✓ | N. ABDOMEN AND VISCERA *(Include hernia)* | | | BB. BREASTS | |
| | | | | CC. PELVIC *(Females only)* | |

NOTES: *(Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)*

**18. DENTAL** *(Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)*

| | 0 1 2 3 | Restorable | 1 2 3 | Non- | X 1 2 3 | Missing | X X X 1 2 3 | Replaced | 1 2 3 | Fixed | REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 31 30 | Teeth | 32 31 30 | restorable teeth | 32 31 30 | Teeth | 32 31 30 | by Dentures | 32 31 30 | Partial Dentures | |
| | 0 | | | | / | | X | | X | | |

| R I G H T | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | L E F T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

### 19. TEST RESULTS  *(Copies of results are preferred as attachments)*

| A. URINALYSIS: (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD *(Place, date, film number and result)* |
|---|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC | |
| (3) URINE SUGAR | | |
| C. SYPHILIS SEROLOGY *(Specify test used and results)* | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

000234

STANDARD FORM 88 (Rev 10-94)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

NAME                                          IDENTIFICATION NUMBER                          NO. OF SHEETS ATTACHED

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| 6'1" | 291 lb | | | ☐ SLENDER  ☐ MEDIUM  ☑ HEAVY  ☐ OBESE | | | | 98.4° |

| 26. BLOOD PRESSURE (Arm at heart level) | | | | | | 27. PULSE (Arm at heart level) | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 124  DIAS. 80 | B. RECUM-BENT | SYS. DIAS. | C. STANDING (5 mins.) | SYS. DIAS. | A. SITTING 68 | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE   E. 2 MINS. AFTER |

| 28. DISTANT VISION | | | 29. REFRACTION | | | 30. NEAR VISION | |
|---|---|---|---|---|---|---|---|
| RIGHT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | CORR. TO | BY |
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | CORR. TO | BY |

| 31. HETEROPHORIA (Specify distance) | | | | | | | |
|---|---|---|---|---|---|---|---|
| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
| | | | | | | | |

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | Use different Color Pens | | CORRECTED |

| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|---|
| RIGHT | LEFT | | | RIGHT | LEFT |

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | RIGHT WV ____/15 20/15 | | | 250 258 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LEFT WV Normal Conversation ____/15 SV ____/15 | | RIGHT | | | | | | | | | |
| | | LEFT | | | | | | | | | |

### 42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

⊕ Hospitalization a Cauga Medical Center - Ithaca NY

⊕ Drug

⊖ Syphillis

⊖ Aid

⊖ Suicidal Idiah Atten

*(Use additional sheets if necessary)*

### 43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

H/o Fx nose 2° to assault

H/o Appendectomy.

Ch LBP 2° MVA

### 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

| 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|
| P | U | L | H | E | S |
| | | | | | |

### 46. EXAMINEE: (Check)

A. ☑ IS QUALIFIED FOR    Regular duty

B. ☐ IS NOT QUALIFIED FOR

**45B. PHYSICAL CATEGORY**

### 47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

| A | B | C | E |
|---|---|---|---|
| | | | |

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| ARUN VERMA | AV |
| **49.** TYPED OR PRINTED NAME OF PHYSICIAN R. BEAUDOUIN, MD   MDC-BRO | SIGNATURE  R Beaudouin MD 05/23/02 |
| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |

000235

U.S. Department of Justice

Federal Bureau Of Prisons

**MEDICAL HISTORY REPORT**

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| Moshier SR, Donald LeRoy | 10924-052 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| intake | 6/6/02 | McKean |

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED *(Follow by description of past history, if complaint arises)*

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | X | Lived with anyone who had tuberculosis |
| X | | Coughed up blood |
| | X | Bled excessively after injury or tooth extraction |
| | X | Attempted suicide |
| | X | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | X | Wear glasses or contact lenses |
| X | | Have vision in both eyes |
| | X | Wear a hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | | Scarlet fever | | X | | Adverse reaction to serum drug | | X | | Epilepsy or fits |
| | X | | Rheumatic fever | | X | | or medicine | | X | | Car, train, sea or air sickness |
| X | | | Swollen or painful joints | X | X | (C) | Broken bones | | X | | Frequent trouble sleeping |
| X | | | Frequent or severe headache | | X | | Tumor, growth, cyst, cancer | | X | | Depression or excessive worry |
| X | | | Dizziness or fainting spells | X | | | Rupture/hernia | | X | | Loss of memory or amnesia |
| | X | | Eye trouble | | X | | Piles or rectal disease | | X | | Nervous trouble of any sort |
| X | | | Ear, nose, or throat trouble | | X | | Frequent or painful urination | | X | | Periods of unconsciousness |
| | X | | Hearing loss | X | | | Bed wetting since age 12 | | | | Have you ever had |
| X | | | Chronic or frequent colds | | X | | Kidney stone or blood in urine | | X | | homosexual contact? |
| X | | | Severe tooth or gum trouble | | X | | Sugar or albumin in urine | | X | | Been exposed to AIDS |
| X | | | Sinusitis | | X | | VD—Syphilis, gonorrhea, etc. | X | | | Alcohol Use (Excessive) |
| X | | | Hay Fever | | X | | Recent gain or loss of weight | X | | | Drug Use/Addiction |
| X | | | Head injury | | X | | Arthritis, Rheumatism, or Bursitis | X | | | Marijuana |
| X | | | Skin diseases | | X | | Bone, joint or other deformity | X | | | Cocaine |
| X | | | Thyroid trouble | | X | | Lameness | | X | | Heroin |
| X | | | Tuberculosis | | X | | Loss of finger or toe | | X | | L.S.D. |
| X | | | Asthma | X | X | | Painful or "Trick" shoulder or elbow | X | | | Amphetamines |
| X | | | Shortness of breath | | X | | Recurrent back pain | | | | Others: (Specify) |
| X | | | Pain or pressure in chest | | X | | "Trick" or locked knee | | X | | |
| X | | | Chronic cough | | X | | Foot trouble | | | | Alcohol or drug |
| X | | | Palpitation or pounding heart | | X | | Neuritis | | | | Withdrawal Problems |
| X | | | Heart trouble | | X | | Paralysis (include infantile) | | | | |
| X | | | High or low blood pressure | | | | | | | | |
| X | | | Cramps in your legs | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | | |
| X | | | Frequent indigestion | | | | Been treated for a female disorder | | | | |
| X | | | Stomach, liver, or intestinal trouble | | | | Had a change in menstrual pattern | | | | |
| X | | | Gall bladder trouble or gallstones | | | | ARE YOU PREGNANT | | | | |
| X | | | Jaundice or hepatitis | | | | SUSPECT YOU ARE PREGNANT | | | | |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) |
|---|---|
| Mancave, Construction work | ☒ Right handed ☐ Left handed |

000236

BP-360/60

| CHECK EACH ITEM YES OR ... | ...ERY ITEM CHECKED YES MUST BE FULLY EXPL... IN BLANK SPACE BELOW |
|---|---|
| **YES NO** | **YES NO** |

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | X | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | X | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| | X | B. Inability to perform certain motions. | | X | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| | X | C. Inability to assume certain positions. | | | |
| | X | D. Other medical reasons *(If yes, give reasons.)* | | X | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejections.)* |
| | X | 14. Have you ever been treated for a mental condition? *(If yes, specify when, where, and give details.)* | | | |
| | X | 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | | X | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.)* |
| X | | 16. Have you had, or have you been advised to have, any opera–tions? *(If yes, describe and give age at which occured.)* | | | |
| X | | 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | | X | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom , and what amount, when, why.)* |

**EXPLANATION: (#13–22 ABOVE)**

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| Donald L Moshien Jr | Donald L Moshien Jr |

**INTAKE SCREENING:**

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? NO

INMATE RECEIVED FROM: COURT ____ TRANSFER ✓ P.V. ____

OTHER ____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES ____ NO ✓

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORM-ITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

WHAT ARRANGEMENTS HAVE BEEN MADE? ____

DUTY STATUS: TEMPORARY WORK ____ RESTRICTED ____

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

GENERAL POPULATION ____ YES ____ NO ____

TYPE AND EXTENT OF LIMITATION ____

23. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

⊖ H/C
⊖ H2O
⊖ TB
UKDA

000237

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| Montgomery | 6/6/02 | | |

REVERSE

Department of Justice
ral Bureau Of Prisons

# MEDICAL HISTOI  REPORT

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

LAST NAME—FIRST NA... Moshier Sr...

UMBER

PURPOSE OF EXAMINA...

STATEMENT OF EXAM...

| NAME | | | |
|------|------|------|------|
| MOSHIER JR. DONALD | | | |
| Date Of Birth | Sex | Institution | Date Of Photo |
| 8/18/1961 | M | BRO | 5/22/2002 |
| Height | Weight | Hair Color | Eye Color |
| 601 | 260 | BD | BL |
| Custody / QTR | | Spec. Cond | |
| CCC / CSW | | WRK | |

FACILITY

by description of past history, if complaint ...ises)

REGISTER NUMBER
**10924-052**

## HAVE YOU EVER (Please check each item)

| S | NO | (Check each item) |
|---|----|-------------------|
| X | | Lived with anyone who had tuberculosis |
| X | | Coughed up blood |
| X | | Bled excessively after injury or tooth extraction |
| X | | Attempted suicide |
| X | | Been a sleepwalker |

## 8. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|-----|----|-------------------|
| | X | Wear glasses or contact lenses |
| X | X | Have vision in both eyes |
| | X | Wear a hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

## HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| S | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|----|----|-------------------|-----|----|----|-------------------|-----|----|----|-------------------|
| | X | | Scarlet fever | | X | | Adverse reaction to serum drug | | X | | Epilepsy or fits |
| | X | | Rheumatic fever | | | | or medicine | | X | | Car, train, sea or air sickness |
| | X | | Swollen or painful joints | X | | | Broken bones | X | | | Frequent trouble sleeping |
| | X | | Frequent or severe headache | | X | | Tumor, growth, cyst, cancer | | X | | Depression or excessive worry |
| | X | | Dizziness or fainting spells | | X | | Rupture/hernia | | X | | Loss of memory or amnesia |
| | X | | Eye trouble | | X | | Piles or rectal disease | | X | | Nervous trouble of any sort |
| | X | | Ear, nose, or throat trouble | | X | | Frequent or painful urination | | X | | Periods of unconsciousness |
| | X | | Hearing loss | | X | | Bed wetting since age 12 | | | | Have you ever had |
| | X | | Chronic or frequent colds | | X | | Kidney stone or blood in urine | | | | homosexual contact? |
| | X | | Severe tooth or gum trouble | | X | | Sugar or albumin in urine | | X | | Been exposed to AIDS |
| | X | | Sinusitis | | X | | VD—Syphilis, gonorrhea, etc. | | X | | Alcohol Use (Excessive) |
| | X | | Hay Fever | | X | | Recent gain or loss of weight | | X | | Drug Use/Addiction | X |
| | X | | Head injury | X | X | | Arthritis, Rheumatism, or Bursitis | | X | | Marijuana | X |
| | X | | Skin diseases | X | | | Bone, joint or other deformity | | X | | Cocaine | X |
| | X | | Thyroid trouble | | X | | Lameness | | X | | Heroin | |
| | X | | Tuberculosis | | X | | Loss of finger or toe | | X | | L.S.D. | |
| | X | | Asthma | | X | | Painful or "Trick" shoulder or elbow | | X | | Amphetamines | X |
| | X | | Shortness of breath | X | | | Recurrent back pain | X | X | | Others: (Specify) | |
| | X | | Pain or pressure in chest | | X | | "Trick" or locked knee | | | | | |
| | X | | Chronic cough | | X | | Foot trouble | | X | | Alcohol or drug | |
| | X | | Palpitation or pounding heart | | X | | Neuritis | | X | | Withdrawal Problems | |
| | X | | Heart trouble | | X | | Paralysis (include infantile) | | | | | |
| | X | | High or low blood pressure | | | | | | | | | |
| | X | | Cramps in your legs | | | | | | | | 10. FEMALES ONLY HAVE YOU EVER | |
| | X | | Frequent indigestion | | | | | | | | Been treated for a female disorder | |
| | X | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern | |
| | X | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT | |
| | X | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT | |

**11. WHAT IS YOUR USUAL OCCUPATION?**

**12. ARE YOU (Check one)**
[X] Right handed   [ ] Left handed

000238

CHECK EACH ITEM YES OR NO B[ ] ITEM CHECKED YES MUST BE FULLY EXPLAIN[ ]N BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | X | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | X | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | X | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years (other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | X | C. Inability to assume certain positions. | | | |
| | X | D. Other medical reasons (If yes, give reasons.) | | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| | X | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details.) | | | |
| | X | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| | X | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) | | | |
| | X | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | X | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

EXPLANATION: (#13-22 ABOVE)

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE  SIGNATURE Donald C Mayhin 52

INTAKE SCREENING:  THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL?

INMATE RECEIVED FROM: COURT ___ TRANSFER ✓ P.V. ___

OTHER ___  DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF  YES ___  NO ___

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OF CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23, BELOW.

WHAT ARRANGEMENTS HAVE BEEN MADE?

DUTY STATUS: TEMPORARY WORK ___ RESTRICTED No FL

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW LONG, WHEN WERE THEY LAST USED: HAVE

GENERAL POPULATION ___ YES ___ NO

TYPE AND EXTENT OF LIMITATION

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

(+) IVDU  — Fx none ? to consult May 2002
(−) epilepsy  — substance abuse
(−) TB  Ch LBP
(−) Suicidal Ideation Attempt  to NVA-180
(−) Psychiatric Hospitalization
(−) Aids

000239

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER  ARUN VERMA | DATE 5/23/02 | SIGNATURE Av | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|

REVERSE

*lew*

BP-S354.060  **INTAKE SCREENING (MEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| USP LEW | 6-16-05 | 1410 |

| Inmate's Name | Register Number |
|---|---|
| Moshier, Donald | 10924-052 |

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☒ yes; ☐ no (Explain)

5. Disabilities? ☐ yes   ☒ no   (If yes, enter code(s) into MDS)
                                        Code(s)

6. Remarks:

| Medical Staff Signature | Date | Time |
|---|---|---|
| BPrince | 6-16-05 | 1453 |

Medical Staff Title          Beverly Prince, EMT
                             Paramedic
                             USP Lewisburg

Record Copy – Inmate Central File; copy – file
(This form may be replicated via WP)          Replaces BP-354(60) of APRIL 1990
                                              and BP-S354 of AUG 1994

000240

BP-S354.060  **INTAKE SCREENING (MEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution McKean | Date of Arrival 4-10-03 | Time of Arrival 1130 |
|---|---|---|

| Inmate's Name Moshier, Donald | Register Number 10924-052 |
|---|---|

**M E D I C A L    C L E A R A N C E**

1. BP-149(60) reviewed? ☐ yes; ☒ no (Explain)
    Wnt (nnnn

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or
   need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations
   or exclusions)

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)
    n/a

5. Disabilities?  ☐ yes   ☒ no  (If yes, enter code(s) into MDS)
                          Code(s)

6. Remarks:

| Medical Staff Signature | Date | Time 1400 |
|---|---|---|
| Medical Staff Title  RHSA | | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

BP-S354.060  **INTAKE SCREENI** ◯ **DICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| McKean | 6-6-02 | 0830 |

| Inmate's Name | Register Number |
|---|---|
| Moshier, Donald | 10924-052 |

**M E D I C A L     C L E A R A N C E**

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or
   need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations
   or exclusions)

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)

   N/A

5. Disabilities?  ☐ yes  ☒ no  (If yes, enter code(s) into MDS)
                              Code(s)

6. Remarks:

| Medical Staff Signature | Date | Time |
|---|---|---|
|  | 6-6-02 | 1700 |
| Medical Staff Title  RN/SA |  |  |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

000242

BP-S354.060  **INTAKE SCREENi.  (MEDICAL)** CDFRM
NOV 94
**U.S. DEPARTMENT OF JUS ICE**                          **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution USP LEWISBURG<br>Health Services Unit<br>Lewisburg, PA 17837 | Date of Arrival<br>6-5-02 | Time of Arrival<br>11:20 |
|---|---|---|

| Inmate's Name<br>Moshier, Donald | Register Number<br>10924-052 |
|---|---|

**M E D I C A L       C L E A R A N C E**

1. BP-149(60) reviewed? ■ yes; ☐ no (Explain)

2. General Population Housing Approved? ■ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ■ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ■ yes; ☐ no (Explain)

5. Disabilities?  ☐ yes   ■ no  (If yes, enter code(s) into MDS)
   <u>Code(s)</u>

6. Remarks:

| Medical Staff Signature | Date<br>6-5-02 | Time<br>1159 |
|---|---|---|
| Medical Staff Title    D. McClintock, NREMT-P<br>Paramedic<br>USP Lewisburg | | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

000243

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

MEDICAL STAFF SHALLER JR. DONALD

| | | | |
|---|---|---|---|
| Institution | Date Of Birth 8/18/1961 | Sex M | |
| | Institution BRO | Date Of Photo 5/22/2002 | |
| Name of Inmate MDC Bro | Height 601 | Weight 260 | Hair Color BD  Eye Color BL |
| | Custody / QTR | | Spec. Cond |
| | CCC / CSW | | WRK |

| INSTITUTION | |
|---|---|
| | Time of Arrival |

REGISTER NUMBER
10924-052

MEDICAL CLEARANCE

| | Explain |
|---|---|
| **BP-149 (60) reviewed?** ☒ Yes ☐ No | |
| **General Population Housing Approved?** ☒ Yes ☐ No | Specify limitation or need |
| **Approved for Temporary Work Assignment?** ☒ Yes ☐ No | Specify limitation or exclusion  No F/S. |
| **For Holdovers: OK for Continued Transportation?** ☒ Yes ☐ No | Explain |
| **Disabilities?** ☒ Yes ☐ No | If yes, enter code(s) into MDS |

Remarks

① lice
② suicidal Idicatn / thyr

| Medical Staff Signature  ARUN VERMA | Medical Staff Title |
|---|---|
| | Date 5/23/02  Time 14:15 |

Record Copy - Inmate Central File; Copy - File

000244

Replaces BP-354(60) of APRIL 90 and BP-S354 of AUG 94

MEDICAL RECORDS          CONSULTATION SHEET

| TO: SURGICAL CLINIC (IN) | FROM: (Requesting Clinician/Physician) Doctor Bussanich/ J. GERAGI PA/C | DATE OF REQUEST 5/2/06 |

Chief Complaint: S/P LIPOMA RESECTION EXCISION 3/23/06 - HAS INCISION SITE
PACKED c IODOFORM GAUZE - ADVANCED 1" QOD - F/U AS PER DR MOTO NOTE 4/19/06
History of Present Illness: AS ABOVE
Significant Diagnostic Studies Done:
Summary of Prior Treatment for Present Condition:
Effect condition has on Patient's Ability to Function in Correctional Environment:
Current Medications: NAPROVEN PRN
Drug Allergies: NKDA
Other Significant Medical Condition:
Primary Impression/Procedure Requested at this Time: S/P LIPOMA EXCISION   F/U

DOCTOR'S SIGNATURE: _Bussanich_   APPROVAL DATE     TO BE SEEN NO LATER THAN: 052006
ANTHONY BUSSANICH ,MD

CONSULTANT SECTION

SIGNIFICANT FINDINGS: _wound closed_

DIAGNOSIS: _S/P lipoma exam @ post-op wound closed_

TREATMENT: (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)
NA

Follow Up #1: (Whenever possible...)
PRN

SIGNATURE AND TITLE OF PROVIDER _____ m(D)   DATE 5/26/06

DATE OF INCARCERATION   USP LEWISBURG, PA 17837   CUSTODY LEVEL:

PATIENT'S IDENTIFICATION:
MOSHIERI DONALD
10924-052

CONSULTATION SHEET
STANDARD FORM 513 (Rev 3/99)

000245

| MEDICAL RECORDS | CONSULTATION SHEET | |
|---|---|---|
| TO: SURGICAL CLINIC- INSIDE | FROM: (Requesting Clinician/Physician) Doctor Bussanich/ PA Bogler | DATE OF REQUEST 3-23-2006 |

**Chief Complaint:** THIS PATIENT WAS SEEN BY DR. MOTTO IN THE OR ON 3-23-2006, WHEN HE HAD A 4 CM X 4 CM LIPOMA LOCATED IN THE LUQ EXCISED. F/U IN THE APRIL SURGICAL CLINIC WAS REQUESTED.

**History of Present Illness:** *AS ABOVE*
**Significant Physical Examination Findings:**
**Significant Diagnostic Studies Done:**
**Summary of Prior Treatment for Present Condition:**
**Effect condition has on Patient's Ability to Function in Correctional Environment:**
**Current Medications:** NAPROXEN PRN
**Drug Allergies:** NKDA
**Other Significant Medical Condition:.**
**Primary Impression/Procedure recommended at this time:** S/P ABDOMINAL LIPOMA, PLEASE PROVIDE F/U

| DOCTOR'S SIGNATURE: B. Becker, M.D. USP Lewisburg | APPROVAL DATE 3/24/06 | TO BE SEEN NO LATER THAN: APRIL 2006 |
|---|---|---|

**CONSULTANT SECTION**

**SIGNIFICANT FINDINGS:**

S/P Lipoma Excision.

**DIAGNOSIS:**

**TREATMENT:** (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)

Iredrin Packed c Iodoform Gauze

**Follow Up #1:** (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)

Remove 1-2" of Packing QOD
+ Dress Wound.
Clean c Q-Tip + H₂O₂
↓ RTC next Surgery Clinic
RTN 1/25/12

| SIGNATURE AND TITLE OF PROVIDER | DATE 4/19 |
|---|---|
| DATE OF INCARCERATION | USP LEWISBURG, PA 17837 | CUSTODY LEVEL: |

**PATIENT'S IDENTIFICATION:**

MOSHIER, DONALD   10924-052

**CONSULTATION SHEET**
STANDARD FORM 513 (Rev 3/99)

000246

| MEDICAL RECORDS | CONSULTATION SHEET | |
|---|---|---|
| TO: DR. MOTTO- OUTSIDE | FROM: (Requesting Clinician/Physician) Doctor Bussanich/ PA Bogler | DATE OF REQUEST 11-18-2005 |

**Chief Complaint: THIS PATIENT WAS SEEN BY YOU IN CLINIC ON 11-18-2005, WHEN HE WAS NOTED TO HAVE A 4X4 CM LIPOMA IN THE LUQ. YOU RECOMMENDED EXCISION OF THE LESION UNDER LOCAL ANESTHESIA AT THE SURGICENTER.**

**History of Present Illness:** *AS ABOVE*

Significant Physical Examination Findings:

**Significant Diagnostic Studies Done:**

**Summary of Prior Treatment for Present Condition:**

**Effect condition has on Patient's Ability to Function in Correctional Environment:**

**Current Medications: ALBUTEROL INHALER, NAPROXEN**

**Drug Allergies: NKDA**

**Other Significant Medical Condition: HEP C +, GERD, ASTHMA**

**Primary Impression/Procedure Requested at this Time: LIPOMA LUQ, PLEASE EXCISE.**

*APRIL 2006*

| DOCTOR'S SIGNATURE: 11-23-05 | APPROVAL DATE | TO BE SEEN NO LATER THAN: ~~FEBRUARY 2006~~ APRIL 2006 |
|---|---|---|
| B Beck (B BECKERMD) | | |

### CONSULTANT SECTION

**SIGNIFICANT FINDINGS:**

**DIAGNOSIS:**

**TREATMENT: (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)**

**Follow Up #1: (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)**

B. Becker 4/06
USP Lewisburg

| SIGNATURE AND TITLE OF PROVIDER | DATE | |
|---|---|---|
| DATE OF INCARCERATION | USP LEWISBURG, PA 17837 | CUSTODY LEVEL: 000247 |

**PATIENT'S IDENTIFICATION:**

MOSHIER, DONALD     10924-052

CONSULTATION SHEET
STANDARD FORM 513 (Rev 3/99)

PERSON PROFILE                    PAGE: 1
DATE PRINTED: 03/07/2006        PERSON: MOSHIF    ONALD L    PERSON ID#: 10924-052
USP LEWISBURG              A01-105U
              USP LEWISBURG
LEWISBURG, PA 17837

| LAST FILL | RX NUM | RF | PH. | DOCTOR NAME | | QUANTITY | COST | ADM DATE |
|-----------|--------|----|----|-------------|--|----------|------|----------|
| DRUG NAME | | NDC | | DAYS | | REFILL DUE | | |
| 03/03/2006 | 178718 | 5 | HXC | BUSSANICH, ANTHONY | | 20.0000EA | 200.00 | 03/03/2006 |
| NAPROXEN 500 MG TABLET | | 500 MG | 11819-0277-20 | 8 | | | | |
| 02/21/2006 | 178717 | 3 | HXC | BUSSANICH, ANTHONY | | 30.0000EA | 0.95 | 02/23/2006 |
| RANITIDINE 150 MG TAB | | 0781-1883-60 | | 15 | | | | |
| 02/21/2006 | 178718 | 4 | HXC | BUSSANICH, ANTHONY | | 20.0000EA | 200.00 | 02/21/2006 |
| NAPROXEN 500 MG TABLET | | 500 MG | 11819-0277-20 | 8 | | | | |
| 02/21/2006 | 178716 | 2 | HXC | PEORIA, MARK | | 1.0000EA | 0.01 | 02/22/2006 |
| ALBUTEROL 17 GM MDI | | 00172-4390-18 | | 30 | | | | |
| 02/08/2006 | 178718 | 3 | HXC | BUSSANICH, ANTHONY | | 20.0000EA | 200.00 | 02/08/2006 |
| NAPROXEN 500 MG TABLET | | 500 MG | 11819-0277-20 | 8 | | | | |
| 02/08/2006 | 178717 | 2 | HXC | BUSSANICH, ANTHONY | | 30.0000EA | 0.95 | 02/08/2006 |
| RANITIDINE 150 MG TAB | | 0781-1883-60 | | 15 | | | | |
| 01/30/2006 | 178718 | 2 | HXC | BUSSANICH, ANTHONY | | 20.0000EA | 200.00 | 01/30/2006 |
| NAPROXEN 500 MG TABLET | | 500 MG | 11819-0277-20 | 8 | | | | |
| 01/23/2006 | 178716 | 1 | HXC | PEORIA, MARK | | 1.0000EA | 0.01 | 01/23/2006 |
| ALBUTEROL 17 GM MDI | | 00172-4390-18 | | 30 | | | | |
| 01/17/2006 | 178718 | 1 | HXC | BUSSANICH, ANTHONY | | 20.0000EA | 200.00 | 01/17/2006 |
| NAPROXEN 500 MG TABLET | | 500 MG | 11819-0277-20 | 8 | | | | |
| 01/17/2006 | 178717 | 1 | HXC | BUSSANICH, ANTHONY | | 30.0000EA | 0.95 | 01/17/2006 |
| RANITIDINE 150 MG TAB | | 0781-1883-60 | | 15 | | | | |
| 01/12/2006 | 178718 | 0 | HXC | BUSSANICH, ANTHONY | | 0.0000EA | 0.00 | 01/12/2006 |
| NAPROXEN 500 MG TABLET | | 500 MG | 11819-0277-20 | 0 | | | | |
| 01/12/2006 | 178717 | 0 | HXC | BUSSANICH, ANTHONY | | 0.0000EA | 0.00 | 01/12/2006 |
| RANITIDINE 150 MG TAB | | 0781-1883-60 | | 0 | | | | |
| 01/12/2006 | 178716 | 0 | HXC | PEORIA, MARK | | 0.0000EA | 0.00 | 01/12/2006 |
| ALBUTEROL 17 GM MDI | | 00172-4390-18 | | 0 | | | | |

                Totals:    13    1002.87

000248

# Moshein v. BOP, et al.
# Civil Action No. 05-180 (Erie)

# Litigation Report Part III

```
5146583-0            ODS
DONALD HOSHIER
USREP LEWISBURG, PA 17837
MOTTO,MD CHRISTOPHER
MOTTO,MD CHRISTOPHER
44   ...........   252325 1
```



**EVANGELICAL**
COMMUNITY HOSPITAL
One Hospital Drive, Lewisburg, PA 17837
570.522.2000  FAX: 570.522.2745

## MEDICAL / SURGICAL
## DISCHARGE INSTRUCTION SHEET

✓ 1. Diet: _Regular_

___ 2. Activity restrictions
  ☑ Simple household chores that do not cause discomfort.
  ☐ Lift only things that require one hand, to avoid straining.
  ☐ Lift items weighing up to 10 lbs. the first week and add 5-10 lbs. each week.
  ☐ May use stairs carefully or with assistance.
  ☐ May resume driving _____
  ☐ Other _____

✓ 3. May take tub bath or shower.

___ 4. Wash incision every day with soap and water.
  a. Dressing Instructions:  ☐ Not Necessary.    ☐ Remove in _____ days.
     ☐ _____
  b. If your incision becomes sore, red or draining, take your temperature and call physician.

___ 5. Remove ace bandage or elastic stockings for bathing. Elevate leg before reapplying.

___ 6. May resume sexual intercourse in _____ days      _____ weeks.

___ 7. Return visit: To schedule an appointment _____
       Call _Next Surgery Clinic_ at _____ for appointment in _____ wks. / days.
       Call _____ at _____ for appointment in _____ wks. / days.
       Call _____ at _____ for appointment in _____ wks. / days.

___ 8. Employment: Expect to return to work in _____ days      _____ weeks.

___ 9. Medications: ☐ Get prescriptions filled.    ☐ None.

  a. _Tylenol as needed_

  b. _____

  c. _____

  d. _____

  e. _____

  f. _____

  g. _____

Other Instructions: _____

_B. Becker, M.D._
_USP Lewisburg_

Home Health Services Referral:  ☐ Yes    ☐ No    Agency: _____
Hospital Adm. Date _____    Home Phone #: _____    Date Service Requested: _____
Diagnosis: _____
Surgical Procedures: _____
Home Services Needed:  ☐ Physical Therapy    ☐ Medical Social Work    ☐ Speech Therapy
                       ☐ Skilled Nursing     ☐ Occupational Therapy    ☐ Home Health Aide
Physician's Instructions: _____

000249

In case of emergency, please call _____ or 522-2000.

_3-23-06_

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: SURGERY    IN    FROM: *(Requesting physician or activity)* BUSSANICH    DATE OF REQUEST 10,25,05

REASON FOR REQUEST *(Complaints and findings)*

(1) LEFT UPPER QUADRANT MASS  States is progressively increasing in size  P/E 4x4cm Mass movable LUQ

(2) Also CLAIMS BLEEDING HEMORRHOIDS  P/E (+) Hemorrhoid (2)

PROVISIONAL DIAGNOSIS  (1) Left upper QUADRANT MASS  FOR EVAL  (2) HEMORRHOIDS

DOCTOR'S SIGNATURE

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE  ☐ ON CALL
☐ ROUTINE ☐ TODAY
☐ 72 HOURS ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO    TELEMEDICINE ☐ YES ☐ NO

4x4 cm Lipoma LUQ
Can excise locally

Irritated bleeding hemmorhoids

Advised HEC suppositories

c̄ PR TH

*(Continue on reverse side)*    IN    4/5/12

SIGNATURE AND TITLE

MD

DATE 11/1/2005

HOSPITAL OR MEDICAL FACILITY    RECORDS MAINTAINED AT    DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR    SPONSOR'S NAME *(Last, first, middle)*    SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)*    REGISTER NO. 10924-052    WARD NO.

Mosher, Donald

CONSULTATION SHEET    000250
Medical Record

513-110                                                                                    NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

TO: Dr Graham

FROM: (Requesting physician or activity) 4 Beam FCI McKean

DATE OF REQUEST 4/27/05

REASON FOR REQUEST (Complaints and findings)

4340 SP cholecystectomy 4/19/05 for
gangrenous gallbladder
needs post op check

PROVISIONAL DIAGNOSIS
SP cholecystectomy

DOCTOR'S SIGNATURE
H Beam

APPROVED

PLACE OF CONSULTATION

☐ BEDSIDE  ☐ ON CALL

☐ ROUTINE    ☐ TODAY
☐ 72 HOURS   ☐ EMERGENCY

### CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO        PATIENT EXAMINED ☐ YES ☐ NO

tol p.o.   no N, V    Bowels OK
wound healing well,    no hernia or infect.
appetite still down a little
+ he has lost some weight by appearance
(still is overweight)
moving well + looks good
Rec — no heavy activity for a few more
weeks
will see as needed

(Continue on reverse side)

SIGNATURE AND TITLE
[signature] M.D.

DATE
12-my-5

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. 10924-052 | WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

000251

Donald Moshier

Reviewed by D. Olson, MD
Date: 5/12/05

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

☆U.S.GOVERNMENT PRINTING OFFICE: 1995-398-5

### HCV Treatment Psychology Evaluation
### FCI, McKean

**NAME:** Moshier, Donald
**Reg. No.** 10924-052
**AGE:** 43
**ETHNICITY:** White, non-Hispanic
**INSTANT OFFENSE:** PWITD Methamphetamine; Mailing Threatening Communications
**LENGTH OF SENTENCE:** 120 months
**MANDATORY RELEASE DATE:** 2/28/2012
**CUSTODY/SECURITY LEVEL:** IN/Medium
**INSTITUTION ADJUSTMENT:** Good
**PRESENTING PROBLEM/REASON FOR REFERRAL:** Inmate Moshier, Donald is being considered for combined interferon and ribivirin treatment for chronic HCV.
**PSYCHIATRIC HISTORY, ONSET OF:** No history of mental illness or treatment, no family history of mental illness.
**MEDICATIONS:** Acetamenophen 500mg, 2 tab, bid; Ranitidine 150mg, bid; Tetracycline, 500mg, bid; Hydrocortisone Cream, 1%.
**HISTORY OF ALCOHOL ABUSE/DEPENDENCE:** History of methamphetamine, cocaine and cannabis dependence.
**HISTORY OF HEAD TRAUMA:** None
**HISTORY OF ANTISOCIAL BEHAVIOR:** Conspiracy to Distribute Methamphetamine; Mailing Threatening Communications; Grand Theft, DUI, Harassment, Possession of Marijuana
**OTHER PERTINENT PSYCHIATRIC HISTORY:** None
**PERTINENT MEDICAL/SURGICAL HISTORY:** Chronic HCV, Asthma, Peripheral Vascular Disease
**MENTAL STATUS EXAMINATION - PERTINENT FINDINGS:** Inmate Moshier has appropriate affect and euthymic mood. He denies any family history of suicide. The inmate denies thoughts of hurting himself or others. There is no evidence of psychosis or disturbed thinking. The inmate is aware of the risks of treatment/non-treatment for HCV as described by his treating physician. He was made aware of the signs and symptoms of depression that might signal a need for additional treatment and could potentially result from his treatment of chronic HCV with the medications being contemplated by his treating physician.
**DIAGNOSTIC IMPRESSION**
Axis I: Polysubstance dependence, in remission due to incarceration
Axis II: Personality disorder, NOS (with antisocial features)
**RECOMMENDATIONS:** There are no mental health contraindications for inmate Moshier to receive a trial of interferon/ribivirin for the treatment of chronic HCV.

Walter L. Rhinehart, Psy.D.
Chief Psychologist
FCI, McKean
9/22/04



9/24/04

000252

07/20/04   03:39 PM CDT   Sfp via VSI-FAX                    Page 7 of 9 #17201

## U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
### Laboratory, 1900 W. Sunshine
### SPRINGFIELD, MISSOURI   65808
### (417) 862-7041

========================================================================
### *** SENSITIVE-LIMITED OFFICIAL USE ***
### FINAL REPORT
========================================================================

Register Number : 10924-052                    Age          : 42yr
Name            : MOSHIER  JR, DONALD           Sex          : M
Location        : FCI MCKEAN (MCK)             Room:
Admit. Physician: BEAM, MD                      Accession Number :  5284
Order. Physician: BEAM, MD
Collected       : 07/19/04 @  08:10 by:  REFE

| Test | Result | | Flag | Reference Range/Units | Tech | |
|---|---|---|---|---|---|---|
| COMP. METABOLIC | | | | | | |
| Glucose | 168 | | HI | 70 - 110 mg/dL | JE | RY |
| Urea Nitrogen | 16 | | | 7 - 22 mg/dL | JE | RY |
| Creatinine | 1.0 | | | 0.6 - 1.6 mg/dL | JE | RY |
| SodiumI | 141 | | | 137 - 148 mmol/L | JE | RY |
| Potassium | 3.9 | | | 3.5 - 5.0 mmol/L | JE | RY |
| Chloride1 | 105 | | | 99 - 114 mmol/L | JE | RY |
| Calcium1 | 8.7 | | | 8.5 - 10.9 mg/dL | JE | RY |
| Total Protein | 7.0 | | | 6.0 - 8.2 g/dL | JE | RY |
| Albumin | 3.9 | | | 3.6 - 5.1 g/dL | JE | RY |
| Alkaline Phos. | 80 | | | 41 - 133 U/L | JE | RY |
| AST(SGOT) | 106 | | HI | 11 - 55 U/L | JE | RY |
| Total Bilirubin1 | 0.7 | | | 0.2 - 1.3 mg/dL | JE | RY |
| Cholesterol | 110 | | LO | 140 - 200 mg/dL | JE | RY |
| ALT1(SGPT) | 130 | | HI | 11 - 66 U/L | JE | RY |
| TSH | 1.16 | | | 0.30 - 7.00 uIU/mL | KS | RY |
| CBC | | | | | | |
| White Blood Cell | 5.0 | | | 4.3 - 11.1 10~3/uL | RS | RY |
| Red Blood Cells | 5.52 | | | 4.46 - 5.78 10~6/uL | RS | RY |
| Hemoglobin | 17.6 | | | 13.6 - 17.6 g/dL | RS | RY |
| Hematocrit | 50.7 | | | 40.2 - 51.4 % | RS | RY |
| MCV | 91.8 | | | 82.5 - 96.5 fL | RS | RY |
| MCH | 32.0 | | | 27.1 - 34.3 pg | RS | RY |
| MCHC | 34.8 | | | 33.0 - 35.0 g/dL | RS | RY |
| RDW | 13.6 | | | 12.0 - 14.0 % | RS | RY |
| PLT | 101 | | LO | 130 - 374 10~3/uL | RS | RY |
| MPV | 9.3 | | | 6.9 - 10.5 fL | RS | RY |
| AUTODIFF | | | | | | |
| Neutrophils | 70.9 | | HI | 43.0 - 67.0 % | RS | RY |
| Lymphocytes | 19.3 | | LO | 21.0 - 45.0 % | RS | RY |
| Monocytes | 7.1 | | | 5.0 - 13.0 % | RS | RY |
| Eosinophils | 2.3 | | | 0.0 - 7.0 % | RS | RY |
| Basophils | 0.4 | | | 0.0 - 1.0 % | RS | RY |
| Neutrophil # | 3.5 | | | 1.9 - 6.7 10~3/uL | RS | RY |
| Lymphocyte # | 1.0 | | LO | 1.3 - 3.7 10~3/uL | RS | RY |
| Monocyte # | 0.4 | | | 0.3 - 1.1 10~3/uL | RS | RY |
| Eosinophil # | 0.1 | | | 0.0 - 5 10~3/uL | | RY |

Legend

LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

Name            : MOSHIER  JR, DONALD                    Location  :  MCK
Register Number : 10924-052                              Page      : 1 of 2
Printed         : 07/20/2004 @ 15:06

000253

Page: 1

U. S. M      CENTER FOR FEDERAL PRI
LABORATORY,    1900 W. SUNSHINE
SPRINGFIELD,   MISSOURI   65808
(417) 862-7041, EXT. 454

```
:============================= F I N A L    R E P O R T ==============================
Register Number: 10924-052                          Age           : 42
Name         : MOSHIER   JR,DONALD                  Sex           : M
Location     : FCI MCKEAN (MCK)                     Accession Number: 9727
Physician    : BEAM, MD                             "X" if Complete :  [X]
Collection Date: 11/17/2003
Collection Time: 11:00
Tests  | HBsAg; HBsAb; HBcAb; Anti-HAV-IgM
Ordered|
=====================================================================================
```

| Test Name | Result | Flag | Reference Range | Tech |
|---|---|---|---|---|
| Collection Cmt. | | | | |
| HBsAg | Negative | | Negative | SY RY |
| HBsAb | Positive | | Negative | SY RY |
| HBcAb | Positive | | Negative | SY RY |
| Anti-HAV-IgM | Negative | | Negative | JN RY |

-- End of Laboratory Report --

*Slxhi, mt*

S. Czekai, Med Tech.

```
Name    : MOSHIER   JR,DONALD        Doctor  : BEAM, MD
Register#: 10924-052                 Location: FCI MCKEAN (MCK)
Printed : 11/26/2003 @ 12:39              .........
                                     Sensitive L.O.U.
```

H. BEAM, MD
FCI MCKEAN

000254

Page: 1

U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

========================= F I N A L   R E P O R T =========================
Register Number: 10924-052                      Age              : 41
Name         : MOSHIER  JR,DONALD               Sex              : M
Location     : FCI MCKEAN (MCK)                 Accession Number: 1366
Physician    : MISCELLANEOUS DOCTOR             "X" if Complete :  [X]
Collection Date: 04/16/2003
Collection Time: 07:45
Tests │ HIV-Ab
Ordered│
==============================================================================

| Test Name | Result | Flag | Reference Range | Tech |
|-----------|--------|------|-----------------|------|
| Collection Cmt. | Voluntary Testing | | | |
| HIV-Ab | Negative | | NR | SY RY |

DO NOT REMOVE REPORT FROM PATIENT CHART
-- End of Laboratory Report --

*Voluntary*

*S. Czekai, Med Tech.*

Name      : MOSHIER   JR,DONALD          Doctor  : MISCELLANEOUS DOCTOR
Register#: 10924-052                     Location: FCI MCKEAN (MCK)
Printed   : 04/21/2003 @ 12:00           .........
                                         Sensitive L.O.U.



000255

Page: 1

U. S. MF CA CENTER FOR FEDERAL PRIS EPS
B TORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

```
=========================== F I N A L   R E P O R T ===========================
Register Number: 10924-052                        Age              : 42
Name         : MOSHIER  JR,DONALD                 Sex              : M
Location     : FCI MCKEAN (MCK)                   Accession Number: 3832
Physician    : MISCELLANEOUS DOCTOR E.Cop,PAC     "X" if Complete :  [X]
Collection Date: 09/04/2003
Collection Time: 08:50
Tests | Anti-HCV; S:CO Ratio (HCV)
Ordered|
===============================================================================
```

| Test Name | Result | Flag | Reference Range | Tech |
|-----------|--------|------|-----------------|------|
| Collection Cmt. | | | | |
| Anti-HCV | Positive | | Negative | SY CK |
| S:CO Ratio (HCV) | 6.6 | - | | TX CK |

Samples with high s:co ratios (>3.8)
usually (>95%) confirm positive, but <5
of every 100 might represent false
positives. More specific testing may be
indicated.

-- End of Laboratory Report --

REVIEWED BY:
H. BEAM, MD
FCI MCKEAN
9/16/03

S. Czekai, Med Tech.

FCI MCKEAN HEALTH SVC.
03 SEP 16 AM 7:46

Name      : MOSHIER  JR,DONALD          Doctor   : MISCELLANEOUS DOCTOR
Register#: 10924-052                    Location: FCI MCKEAN (MCK)
Printed  : 09/16/2003 @ 06:32           .........
                                        Sensitive L.O.U.

000256



BILL TO: KAREN MASSER
RR 5 BOX - USP LEWISBURG
RR 5 PENN RD
LEWISBURG
PA, 17837

| PATIENT NAME | CUST. NUMBER | INVOICE NUMBER |
|---|---|---|
| 10924-052 LI-4  144577 | PO MASSER | 242840 |
| Tray No.   9819 | Date Processed   04/05/2000 | 04/19/2000 |

|  | Sphere | Cylinder | Axis | Prism | Base Curve | |
|---|---|---|---|---|---|---|
| R. EYE | -0.25 | -0.75 | 90 | | | 6.0 |
| L. EYE | -0.25 | -0.75 | 90 | | | 6.0 |

|  | Add | Width | Height | | | |
|---|---|---|---|---|---|---|
| R. EYE | 1.50 | 28 | 21.0 | R. EYE | P.D. 64.0 | N.P.D. 61.0 |
| L. EYE | 1.50 | 28 | 21.0 | L. EYE | 64.0 | 61.0 |

## FRAME DATA

| Size | Depth | E.D. | D.B.L. |
|---|---|---|---|
| 54.0 | 48.0 | 59.0 | 24.0 |

Model:  0 5202/214 /   TMPL. Length    54X24
83-84                          SMOKE

EDGED UNCUT  [ ][ ]   LENS ONLY [ ]   ENCLOSED [ ]   TO COME [ ]   SUPPLIED [X]

## LENS DATA

| Type | Material |
|---|---|
| R: ST28 CR-39 SRC1 SOLA 76 | |
| L: ST28 CR-39 SRC1 SOLA 76 | |

**FDA CODE SEC. 3, 84, 21 CFR**

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84, 21 CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF.

**NOTE FOLLOWING EXCEPTIONS**

(1) PLASTIC: Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multicals have been made impact resistant, but are exempted from drop-ball testing.

## CHARGES

| DESCRIPTION | PRICE |
|---|---|
| RIGHT LENS | |
| LEFT LENS | |
| 83-84 | |
| SAFETY | |

| | |
|---|---|
| Sub Total | |
| | |
| Freight | |
| **Total Due** | |

COMMENTS:
J-10293661 LI-4 T-9819

SHIP TO:
KAREN MASSER
USP LEWISBURG, HEALTH SRVC
RR 5 BOX 1000
LEWISBURG, PA, 17837

FROM: 144577
2840

POSTMASTER
IF THIS PACKAGE IS NOT DELIVERED IN FIVE DAYS, PLEASE RETURN TO SENDER.



000258



BILL TO:
KAREN MASSER
BOJ/BOP USP LEWISBERG
RR 5    PENN RD, BOX
LEWISBURG
PA, 17837

| PATIENT NAME | CUST. NUMBER | INVOICE NUMBER |
|---|---|---|
| LI-17 144577 | PD: MASSER | 236627 |
| Tray No.  8900 | Date Processed  01/13/2006 | 01/27/2006 |

| | Sphere | Cylinder | Axis | Prism | Base Curve |
|---|---|---|---|---|---|
| R. EYE | -0.25 | -0.75 | 90 | | 6.00 |
| L. EYE | -0.25 | -0.75 | 90 | | 6.00 |

| | Add | Width | Height | | P.D. | N.P.D. |
|---|---|---|---|---|---|---|
| R. EYE | 1.50 | 28 | 18.5 | R. EYE | 64.0 | 61.0 |
| L. EYE | 1.50 | 28 | 18.5 | L. EYE | 64.0 | 61.0 |

## FRAME DATA

| Size | Depth | E.D. | D.B.L. |
|---|---|---|---|
| 50.0 | 43.0 | 50.0 | 20.0 |

Model:  100000012  Tmpl. Length  50X20
83-84                    SMOKE

EDGED UNCUT [X]   [ ] LENS ONLY   [ ] ENCLOSED   [ ] TO COME   [ ] SUPPLIED [X]

## LENS DATA

| Type | Material |
|---|---|
| R: ST28 CR-39 SRC1 SOLA 76 | |
| L: ST28 CR-39 SRC1 SOLA 76 | |

FDA CODE SEC. 3, 84, 21 CFR

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84, 21 CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF.

NOTE FOLLOWING EXCEPTIONS

(1) PLASTIC: Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop-ball testing.

COMMENTS:

J-10286239 LI-17 T-8900

## CHARGES

| DESCRIPTION | PRICE |
|---|---|
| RIGHT LENS | 11.00 |
| LEFT LENS | 11.00 |
| 83-84 | 12.00 |
| SAFETY | .00 |
| | |
| Sub Total | 34.00 |
| Freight | |
| Total Due | 34.00 |

FROM: 144577
(OPT)

POSTMASTER
IF THIS PACKAGE IS NOT DELIVERED IN FIVE DAYS, PLEASE RETURN TO SENDER.

SHIP TO:
KAREN MASSER
USP LEWISBURG, HEALTH SRVC
RR 5 BOX 1000
LEWISBURG, PA, 17837

000259



**Name** Mosher, Donald

**Date** 10/24-05

**Location** USP Lewisburg     12.23.05

Age 44     DOB

Occupation

Last Exam

History:

Glasses: FT — N — D — HCL — SCL

General Health

**Old Rx:** Tint / Glass Plastic Style

Told New Rx: No Change

Allergies

Medication

Family History

Chief Complaint:

**terms:** OD / OS

Normal / Cornea / Iris / Conjunctiva / Lids / Pupil / Puncta / Angle

Grade: 1- mild 2- moderate 3- dense 4- very dense OU

General Age Atrophy / S.M.D. / Chorioidal Atrophy / Drusen

Aphakia / IOL Type

Active / Non Active

Normal OD / OS

Sclerosing / Cataracts / Grade / Type / Surgery

C/D↑→ C/D↑↓ HR AS AW Vit Mac Periphery

MUSCLE BALANCE TEST: Place dot where patient sees Red Dot. A | B

COLOR VISION: A B C D E F / 12 5 6 16 10

LATERAL PHORIA: Circle # 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 / ESO   EXO

VERTICAL PHORIA Circle # Left Hyper / Right Hyper

Huan Tonometry OD: OS:
R.A. OD OS
TR: OD OS
LA OD OS

Patient told of eye health condition OU

VA ŚŚ Rx — O.U.    VA ĊĊ Rx — O.U.
Dist. OD OS / Near OD OS
OBJ: / SUBJ: / PD / K OD OS

Add + 1.50

INSTITUTION: USP LEWISBURG
LAY NO.     ARRIVAL DATE
CONTACT PERSON: Karen J. Massey,
PHONE NO.: 570-522-7890 HSAA:

Attachment 4    ISU-89(8000) October 1, 1989
EYEGLASS PRESCRIPTION

| | Sph | Cyl | Axis | Prism | Base | Dec |
|---|---|---|---|---|---|---|
| R | -025 -075 090 | | | | | |
| L | -025 -075 082 | | | | | |

| Glass | PGX | Plastic | Tint |

Eye Size 50 / Bridge Size 20 / Seg Hgt B

Plan: Return / Check / Referred Dr. / Time / Months

MISC / Case

Moshier

OPT A 11

**BILL TO:**
DIANE CALDWELL
FCI MCKEAN HEALTH SVC
RT 59 BIG SHANTY ROAD
LEWIS RUN
PA, 16738

| PATIENT NAME | CUST. NUMBER | INVOICE NUMBER |
|---|---|---|
| 10924-052 LI-3  110666 | PO: CALDWELL | 194450 |

| Tray No. | 9113 | Date Processed | 06/23/2004 | 07/07/2004 |

| | Sphere | Cylinder | Axis | Prism | Base Curve |
|---|---|---|---|---|---|
| R. EYE | -0.50 | -0.75 | 105 | | 6.00 |
| L. EYE | -0.25 | -0.75 | 60 | | 6.00 |

| | Add | Width | Height | | | P.D. | N.P.D. |
|---|---|---|---|---|---|---|---|
| R. EYE | | | 0.0 | | R. EYE | 67.0 | |
| L. EYE | | | 0.0 | | L. EYE | 67.0 | |

**FRAME DATA**

| Size | Depth | E.D. | D.B.L. |
|---|---|---|---|
| 54.0 | 48.0 | 59.0 | 22.0 |

Model: 0320272297    Tmpl. Length    54X22
83-84                                SMOKE

**EDGED UNCUT**
[X]    LENS ONLY [ ]    ENCLOSED [ ]    TO COME [ ]    SUPPLIED [X]

**LENS DATA**

| | Type | Material |
|---|---|---|
| R: | SV CR-39 SRC1 SOLA | 72 |
| L: | SV CR-39 SRC1 SOLA | 72 |

**FDA CODE SEC. 3, 84, 21 CFR**

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84, 21 CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF.

**NOTE FOLLOWING EXCEPTIONS**

(1) PLASTIC: Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop ball testing.

**CHARGES**

| DESCRIPTION | PRICE |
|---|---|
| RIGHT LENS | 11.00 |
| LEFT LENS | 11.00 |
| 83-84 | 12.00 |
| SAFETY | .00 |
| | |
| **Sub Total** | 34.00 |
| | |
| **Freight** | |
| **Total Due** | 34.00 |

**COMMENTS:**
J-10227755 LI-3 T-9113

OPT A 11

**FROM:** 110660
4450
**POSTMASTER**
IF THIS PACKAGE IS NOT DELIVERED IN FIVE DAYS, PLEASE RETURN TO SENDER.

**SHIP TO:**
FCI MCKEAN HEALTH SVC
RT 59 BIG SHANTY RD
LEWIS RUN, PA, 16738

000262

513–110                                                                                      NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

| TO: OPTOMETRIST | FROM: (Requesting physician or activity) Dennis Olson, MD, CD | DATE OF REQUEST |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

EYE EXAM:

SUBJECTIVE: Hx blur @ for last couple of months

eye 42

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE  D. OLSON, M.D. | APPROVED | PLACE OF CONSULTATION | ☐ ROUTINE  ☐ BEDSIDE  ☐ ON CALL | ☐ TODAY  ☐ 72 HOURS | ☐ EMERGENCY |
|---|---|---|---|---|---|

### CONSULTATION REPORT

RECORD REVIEWED  ☐ YES ☐ NO          PATIENT EXAMINED  ☑ YES ☐ NO

Visual Acuity Distance   OD 20/30   OS 20/30       OD
                                          TONOMETRY:       OS
              Near    OD .37m   OS .37m

External   Normal 67

Internal

Refraction   OD  -.50 -1.75 × 105   20/20
             OS  -.25 -.75 × 60     20/20        54 × 22 × 6?

Diagnosis   CMA

Analysis   requires eyeglasses for distance main

Plan   order eyeglasses for distance main

(Continue on reverse side)

| SIGNATURE AND TITLE  Christen J Hoerarton | DATE 6/16/06 |
|---|---|
| IDENTIFICATION NO. | ORGANIZATION  FCI McKean | REGISTER NO.  10924-050 | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Dennis Olson, MD
Physician

Moshier, Donald

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202–1

000263

# Eyeglass Prescription

| TRAY NO. | ARRIVAL DATE | | PRESCRIPTION NO. |
|---|---|---|---|
| | | | |

INSTITUTION:

| CITY | | | ZIP |
|---|---|---|---|
| STATE | | | MUSHIER, DONALD |
| LENSES | | | 10924 - 052 |
| EXTRA | | | FCI - McKean |
| FRAME OR MTG | | | |
| MISC | | | |

| | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN DEC OUT |
|---|---|---|---|---|---|---|---|
| DISTANCE | R | -.50 | -.75 | 105 | | | |
| | L | -.25 | -.75 | 60 | | | |

SEGMENT INSTRUCTIONS

PUPILLARY WIDTH
DIST. 67  NEAR

| ADD | HEIGHT | WIDTH | INSET |
|---|---|---|---|
| R | | | R |
| L | | | L |

| ORTH. F TILLER D | EXECUTIVE TYPE | KRYPTOK | PANOPTIK | CURVED TOP | TRIFOCAL AND TYPE | STRAIGHT TOP | OTHER |
|---|---|---|---|---|---|---|---|
| 22 | | 22 | 22 - 24 | 22 - 25 | | 22  28  45 / 25  35 | |

FRAME OR SHAPE

| | | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|
| 29 | frosb | 54 | 22 | 64 |

Mail to:
Federal Prison Industries
Box 100
Butner, N.C. 27509

SPECIAL INSTRUCTIONS
( ) LENS ONLY
( ) FRAMES ONLY

plastic

SIGNATURE                    DATE  6/16/04
USP LVN

Previous editions not usable

BP-357(80)
MAY 1984

000264

U.S. DEPARTMENT OF JUSTICE
**AUDIOMETRIC EXAMINATION**
Federal Bureau of Prisons



FOR 1951 ASA LEVELS, SUBTRACT VALUES SHOWN: 9DB    15    14    10    8.5    6    11.5
                                                          10    8.5    9.5

**SPEECH AUDIOMETRY**

| EXAMINERS INITIALS | SPEECH RECEPTION THRESHOLD | | | | ITEM | DISCRIMINATION SCORE (PB MAX) | | | | PURE TONE AVERAGES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 | EAR | TWO FREQ. | THREE FREQ. |
| RIGHT EAR | | | | | RIGHT EAR | | | | | | | |
| | | | | | LIST MASKING LEVEL | | | | | RIGHT | | |
| LEFT EAR | | | | | LEFT EAR | | | | | | | |
| MASKING LEVEL | | | | | LIST MASKING LEVEL | | | | | LEFT | | |

REMARKS

Dr. D. Massa, MD
FCC Philadelphia

BASELINE - UNICOR

| WORK DETAIL | AUDIOMETER USED | EXAMINER |
|---|---|---|
| WEID-2 | MAICO | Bret Brosious, RT (R) |

| NAME | REG. NUMBER | AGE | INSTITUTION | DATE |
|---|---|---|---|---|
| MOSHIER DONALD | 10924-052 | 18 AUG 1961 | USP Lewisburg Health Services Unit Lewisburg, PA 17837 | 13 JUL 2005 |

000265

** LIMITED OFFICIAL USE **

SUICIDE RISK ASSESSMENT

Date .......: February 21, 2005
Inmate .....: MOSHIER, DONALD          Unit: A
Reg. No ....: 10924-052

Author .....: KENT CANNON, PSY.D.
Title ......: DAP COORDINATOR
Institution : FCI MCKEAN

---

Housing .................... : ADM. DETENTION

Type of Attempt ............. : NO ATTEMPT

Lethality Assessment ........ : N/A

Overall Suicide Risk Level .. : Precise prediction of suicidal behavior is
                                difficult and should be modified over time
                                as circumstances change.  Based on the
                                findings noted below, the current overall
                                risk of suicide is judged to be LOW.

Action ..................... : A formal suicide watch is not warranted at
                                this time

COMMENTS:

Section I: PERSON MAKING REFERRAL:  Activities Lt. Garcia

Section II: REASON FOR REFERRAL:  This inmate reportedly told Lt. Garcia, "If
I don't see Dr. Rhinehart and the Warden after lunch then I will hang myself,
because me being here is bullshit."

Section III: RISK FACTORS:

1. SOCIAL RELATIONAL:
N    A.  Significant Other(s) Status:  His  father is reportedly dieing of
cancer, and he wants to phone him so his father won't needlessly drive here
in bad weather.  He said he looks forward to being reunited with his parents
and his sons when he is released from prison.

P    B.  Imminent loss (see above). He said he fears not being able to talk
to his father after his father dies from cancer.

N/S    C.  Status Issues: Significant alteration of circumstances: This
inmate said he has no difficulty in this area.

2. SITUATIONAL:
P    A.  Criminal Justice Issues:  This SHU inmate said he wants access to
his property because he has only four days to ask for an extension on his
legal appeal, before the time deadline elapses.

P    B.  Institutional Issues: This inmate is in the SHU for an

investigation for "encouraging a group demonstration."  He said he never did
this.  He said staff "set me up for this," so he said he wants the Warden to
transfer him to another facility.  He said he is not having any problems with

** LIMITED OFFICIAL USE **

Suicide Risk Assessment                          Page 2
MOSHIER, DONALD
10924-052

other inmates, aside from the fact that he said another inmate planted a
shank in his cell awhile back.

N/S    C.  Safety Issues: This inmate does not view his prison environment
as dangerous.  He said he has nothing to fear here, and he said he will be
able to cope well here - if he gets his property so he can make his legal
appeal, and if he can phone his father to see how he is doing.

3.  MEDICAL:
P       A.  Distressing Illness: Significant medical concern - chronic back
problems and hepatitus C.

N/S       B.  Pain (Physical): Chronic back pain, and a skin rash covering
much of his body.  Low intensity and duration.  "I can tolerate all of this,
if I can just get my property to make my legal appeal, and phone my father."

N/S    C.  Chemical Abuse/Use: This inmate said this is not a problem for
him; however, he was once given a diagnosis of Polysubstance Dependence on
4/14/03.

4.  PSYCHIATRIC:
N/S    A.  Treatment History: Only short-term substance abuse counseling.

N/S    B.  Current Status: Axis II:  Antisocial Personality Disorder.

5.  PSYCHOLOGICAL:
N/S    A.  General Mental Health Status:  "No, I am not having any suicidal
thoughts or feelings.  I also am not feeling depressed.  I am just pissed-
off that they won't give me my property and let me phone my father."  This
inmate did not appear to be depressed; instead, he appeared angry and
manipulative.  "The only reason why I told the Lt. that I was going to hang
myself is because that is the only way an inmate can get any help around here
(the SHU).  No, I have not had a single suicidal thought, and I don't have a
plan to take my life.  I just want to phone my dad and get my property.  I
think staff are screwing with me, that's why they won't help me."

N/S    B.  Hopelessness-Helplessness: This inmate stated a strong desire to
be reunited with his family when he is released from prison.  He said he
looks forward to being with his sons and his parents.  We discussed ways he
can better handle his stress.  "I guess your right Dr.  I was only looking at
the negative, and I was not also thinking about being with my family.  I
don't want to mess-up and have to wait longer to see my family."  This
inmate clearly stated many things that he is hopefull for in his future, and
many ways in which he does not feel helpless in his personal environment.

N/S    C.  Depression: This inmate clearly and strongly affirmed that he was
NOT feeling depressed, and he did not appear to be feeling depressed.  He did
not manifest any vegatative symptoms.

000268

N/S    D. Pain (Emotional): This inmate said that although he is feeling
angry at staff for not giving him his property, for not letting him have
access to the phones in SHU when he wants, and for placing him in SHU pending

** LIMITED OFFICIAL USE **

Suicide Risk Assessment                           Page 3
MOSHIER, DONALD
10924-052

an investigation for "encouraging a group demonstration," he confidentially
stated that he can cope with this and his other life and emotional stressors.

N/S    E.  Negative Cognitions (Emphasizing Self Concept): Although I
assessed for this area, this inmate did not verbalize the presence of
anything in this area.  Instead, had appears to have a positve self-esteem,
and was able to articulate positive alternatives.  He only appeared to lie to
staff in an effort to manipulate staff.

N/S    F.  Coping Resources: This inmate was easily able to articulate
cogent reasons for living.  He did not claim a history of serious deficits in
coping, or evidence major deficits in basic living skills.  He did not
manifest constriction (e.g., an inability to see alternatives to present
difficulties and distressing personal problem); etc.

6.  HISTORICAL:
N/S    A.  Self-Destructive: This inmate denied past suicide
attempt/gestures.

P      B.  Impulsivity: This inmate appears to have a history of impulsive
and manipulative acting out, as is evidenced by his history of
self-destructive substance abuse, history of violence, and history of illegal
behavior.

N/S    C.  Personal Awareness Issues: This inmate said that none of his
significant others have a history of suicide.  He does not have any personal
contact with suicidal individuals.  He denied the presence of other unusual
factors such as fascination with suicide through reading, religious suicide
cult ideology; etc.

7.  BEHAVIORAL:
N/S    A.  Self-Destructive: This inmate said he does not have a history of
self-inflicted injury or suicide attempt.

N/S    B.  Withdrawal: This inmate does not appear to be isolating, or
reducing his interaction with others including inmates, staff, or family;
instead, he complains of not being able to phone his family, and his desire
to win his appeal so he can be with his sons sooner.  He said he is eating
his meals.

N/S    C.  Changes: This inmate complained that he is not being given more
frequent access to the inmate showers while he is being housed in the SHU.
He also complained that he is not being given "Irish Spring" soap, because it
is "easier on his skin," because of his skin condition.  He also complained
of having to sleep on the floor in his SHU cell because there are so many
inmates in his SHU cell, because he finds it uncomfortable, and it is harder
for him to get a good nights sleep, like he wants.

N/S    D.  Related Actions: There was no evidence to suggest that this
inmate was engaged in hoarding medications, stealing medications, buying
drugs, collecting materials such as making a rope, writing a suicide letter

** LIMITED OFFICIAL USE **

Suicide Risk Assessment                                    Page 4
MOSHIER, DONALD
10924-052

with death references, making final arrangement, or putting his affairs "in
order," etc.

8. MOTIVATIONAL:
N/S    A. Intentionality: It was determined that this inmate did not have a
desire to die, escape, effect change, or solve a problem through death.
Instead, he clearly stated that he wanted to live, and was looking forward to
being with his family. He clearly stated that the ONLY reason he lied, and
told the Lt. that he was suicidal, was because he felt that this was the only
way he could get his property and a phone call, and get a chance to tell the
Warden that he wanted to be moved to another facility.

N/S    B. Plan: This inmate clearly stated that he did not have a plan, or
tools with which to take his life.

N/S    C. Goals: This inmate did not see death as an escape, nor was he
imagining scenes of life after death in peaceful setting. This inmate
demonstrated a willingness to work with this clinician, and we established a
therapeutic alliance. He said if he had any other problems, he would ask to
speak with a psychologist, instead of trying to manipulate staff. He
convincingly contracted to seek help in the unexpected event that he had a
crisis. "I know Dr. Rhinehart will come and help me if I need him to."

   1. The "Prison Suicide Risk Assessment Checklist" was developed by the
psychology services staff at the Federal Transfer Center, Oklahoma City,
Oklahoma in 1997; David F. Wedeking, Ph.D., Theresa L. Johnson, Ph.D., David
K. Carlson, Psy.D., Richard R. Ray, M.S., and Katie N. Levins, M.A.

   2. P stands for "Potential Problem Area Identified"; and N/S stands for
Nothing Significant Noted."

SECTION IV CONCLUSIONS AND RECOMMENDATIONS: It was therefore determined that
this inmate is not at imminent risk for suicidal behavior. Instead, his
verbalization that he might hang himself was determined to represent an
effort on his part to manipulate staff. This inmate was encouraged not to
manipulate staff like this in the future. He said he would not do this
again. Staff are encouraged to closely monitor this inmate, and should they
have any concerns about how he is doing, to immediately refer him to the
Psych. Dept.

cc: A-Unit Manager, T.M. Murphy
    Capt.
    HSA
    A/W Grimm
    Warden
    Dr. Rhinehart

000272

BRADFORD REGIONAL MEDICAL CENTER
5 Interstate Parkway
Bradford, Pennsylvania 16701

DEPARTMENT  OF  PATHOLOGY

SURGICAL PATHOLOGY REPORT

Moshier, Donald                     Dr. Horsley/Beam
M 43 DOB 8/18/61                    4447798 FC: 11
MR# 226525                         ROOM: OP


DATE OF OPERATION: 08-24-04         PATHOLOGY NUMBER: S04-3048
Received in Pathology: 08-24-04

PRE-OP DX: Elevated LFTS
PROCEDURE: CT Guided Needle Biopsy
CLINICAL INFORMATION:

**SPECIMEN/LOCATION:** CT Guided Needle Biopsy of Liver

**GROSS DESCRIPTION:** The specimen received in formalin consists of
four tan-brown, linear soft tissue fragments, varying from 0.7 to
1 cm in length and 0.1 cm in diameter.  The entire specimen is
submitted.

**MICROSTUDY DIAGNOSIS:**
CT Guided Needle Biopsy of Liver:
   Cirrhosis of liver, micro-nodular pattern, active.  See comment.


**COMMENT:** Focally hepatocytes show mild to moderate micro and
macrovesicular fatty degeneration with focal ballooned hepatocytes,
focal areas of piecemeal necrosis.  Special stains, trichrome, show
increased fibrous tissue.   Special stains for Iron do not show
increased stainable Iron.   The possible etiology includes among
others the following: alcoholic cirrhosis, viral hepatitis with
cirrhosis.  Findings should be clinically correlated.




DATE OF REPORT: 08-26-04

                                        Syed Ally, MD

REVIEWED BY:
9/7/04
H. BEAM, MD

000273

# Bradford Regional Medical Center

**116 Interstate Parkway**
**Bradford, Pa 16701**

## Department of Medical Records

---

**Patient:** MOSHIER,DONALD                  **Medical Record #:** M000226525                  **Acct #:** V04546554

**DOB:** 08/18/1961                          **Age:** 43                                     **Sex:** M

**Admitting MD:** Graham, Nathaniel MD       **Room/Bed:** 446A-1                            **Location:** 4EAST

**Admit Date:** 04/18/05                     **Discharge Date:** 04/27/05 / 1347

---

### DISCHARGE SUMMARY

**DISCHARGE DIAGNOSIS:** Severe acute cholecystitis with signs of gangrene at the gallbladder clinically.

**PROCEDURE:** Open cholecystectomy.

**HISTORY:** See HP.

**HOSPITAL COURSE:** The patient was brought to the hospital and given intravenous fluids and antibiotics in an attempt to cool down his cholecystitis. This was unsuccessful, and he required emergent operation. Because of the amount of guarding and expected amount of inflammation, it was planned as an open procedure which was carried out without complications. He recovered very well, particularly considering his comorbidities including hepatitis C with cirrhosis. He improved gradually. JP drain was left in for 5 days. Kept on Zosyn as an antibiotic. He is now eating regular food. The incision is healing well. He has been having some diarrhea in the last 24 to 48 hours. It appears to be related to his antibiotics. We will get a stool titer for C. difficile. Started him on acidophilus, and I have discussed with Dr._____at FCI McKean. He has now been in the hospital for 8 postop days and is ready to be discharged, and he will be followed by the physicians at FCI McKean.

**PROGNOSIS:** Good in the short term for his cholecystitis. Guarded for his hepatitis.

Job#: 4560034 / 891280

Signed By: _____

Graham, Nathaniel MD

GRAHNA/PRECYSE
DDT: 04/27/05 0911
TDT: 04/27/05 2159
Report Number: 0427-0062
cc:
FCI MCKEAN
Graham, Nathaniel MD

Reviewed by D. Olson, MD
Date: 5/2/05

000274

1