# EXHIBIT 5a
# PART 5



**BRADFORD REGIONAL MEDICAL CENTER**

**Patient Discharge Instructions**

Address
```
V04546554 M 08/18/61 43
MOSHIER,DONALD
Graham,Nathaniel MD
M000226525 4EAST 446A-1
```

Date  _4/27/05_

| Diet _low fat_ | Activity _No heavy lifting_ | Medication Sheet Given |
|---|---|---|
| **Medications:** _Acidoph. llis one tablet with meals_ | | ☐ |
| _Resume prior medications_ | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |

Special Instructions_____
_____
_____
_____

Patient Education Materials distributed and explained:_____
_____
_____
_____

| Pneumoccocal / Influenza Vaccine | Ordered ☐ Yes ☑ No | |
|---|---|---|
| | Given ☐ Yes ☑ No | Manufacturer _____ |
| | | Lot _____ |
| **Follow Up:**  Please see your physician | | Please make an appointment |

The above instructions were explained to me.  I have received medication sheets and prescriptions, if applicable.
I have received a copy of the discharge instructions sheet and have no further questions.

_Moshier_
_10924-052_

_Donald C Moshier_
Signature of Patient or Responsible Other

_Chd Restrpk_
Signature of Discharging Nurse

000275

White - Patient    Yellow - Medical Records    Pink  - Physician        6000-469  9/03

H. BEAM, MD

Kane Community Hospital; Kane, PA 16735 (814) 837-8585

# PATIENT DISCHARGE INSTRUCTIONS

MOSHIER, DONALD          124-2
PO BOX 5000
BRADFORD              PA 16701
                08/18/1961    31916/
ANDERSON, GARY    04/14/05   286109
111111111  M 43 INPATIENT

1. **Diagnoses:**

2. **Medications:** Fax to _____ Pharmacy    If brand necessary, write BMN

| Fill* | Drug and dose | Directions | Qty | Ref | BMN | am | r |
|---|---|---|---|---|---|---|---|
| | Ibuprofen or Tylenol for pain | | | | | | |
| | Interferon ) to continue | | | | | | |
| | Ribaviron ) | | | | | | |
| | Amoxil 500mg 3x daily for 5days | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Doctor, please place an "N" in the fill box that corresponds with medications you don't want the pharmacist to fill.
    Not valid for Schedule II Controlled Drugs. DEA number_____(if CIII-V)

3. **Diet:** EGD ⊝ 4/18/05          Driving _____.

4. **Activity:** Cardiac w/u ⊝          Follow-up visit Dr _____
   Ct scan chest pending report    Follow-up: _____ days/months

5. **Special Instructions:** (meds, dressing changes, wound care, etc)    Call office @ 837-9750 for appt

6. **Lab/X-ray/etc:** Echocardiogram at Dr Arelson office →

7. **Health Care Referral:** Stress test KCH as outpatient + Cardiac Lab to call FC1 c̄ app⁺

8. **Discharge with Home Health:** yes   no   PT   OT   Speech   Other_____

If you are experiencing problems (anything abnormal or of unusual concern to you) in any of the above listed areas, contact your physician. If your physician is unavailable, go to the Emergency Room.
I have received a copy of the above instructions. I have read and understand them.

Patient/Representative Signature _Donald M__    Date: _____

Instructions given by: _____    Date: 4/16/05

Physician's signature_____    Date _____
Patient/caregiver verbalizes understanding: yes   no

REVIEWED BY
H. BEAM, MD
FCI MCKEAN
4/18/05

Reviewed by D. Olson, MD
Date: 4/18/05

000276

BP-618.060   **CLINICAL DENTAL RECORDS**  CDFRM
MAR 02

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Examination:  ☐ Screening    ☐ Comprehensive    ☐ Periodic

Occlusion

Oral Hygiene

| | Good | Fair | Poor |
|---|---|---|---|
| CPITN | | | |

Head & Neck/Soft tissue

Additional Findings

D: _____

M: _____

F: _____

| Examiner Signature | Date |
|---|---|

RIGHT

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

**Treatment Completed**

**Recommended Treatment Plan**

☐ Radiographs

☐ Dental Prophylaxis
☐ Oral Hygiene Instruction
☐ Periodontal Evaluation    O  I  II  III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

RIGHT

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

Patient Name          Number      Sex: M  F   Age:

Moshier JR, Donald

10924 052

☐ Prosthodontic Evaluation

Dentist Signature          Date

USP LEWISBURG
HEALTH SERVICES UNIT

000277

### Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 1-13-06 | | Pt seen today w/o benefit of |
| 1210 | 18 | medical record. |
| | | S: Constant TA, LLQ, X 2 mos |
| | | O: No swelling in LLQ. #18 |
| | | perc ⊕. PAXR #18 - read. |
| | | A: Acute PA abscess?. Irrev. |
| | | pulpalgea #18. MHR |
| | | P: Informed consent signed. |
| | | Mand block 1.8cc 0.5% |
| | | Marcaine 1:200,000 epi. |
| | | 1.8cc 2% lido 1:100,000 epi. |
| | | Ext #18. Hemostasis. PoI 6. |
| | | OTC analgesic fr pain. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

000278

BP-A787.060
MAY 03
**DENTAL/MEDICAL HEALTH HISTORY**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

Language template provided in Spanish _____ , or _____

| | | |
|---|---|---|
| 1. Are you currently taking any medication?<br>If so, what? NAPROXEN Ranitidine, Doxepin | X Yes | ___ No |
| 2. Are you allergic to or have you had a reaction to any medication or drug?<br>If so, what? Rice only | X Yes | ___ No |
| 3. Have you been under the care of a physician during the past two years?<br>If so, what? | X Yes | ___ No |
| 4. Have you been hospitalized in the past two years?<br>If so, what? | X Yes | ___ No |
| 5. Do you have or have you ever had a heart murmur or been treated for a heart condition? | ___ Yes | X No |
| 6. Have you ever been treated for a tumor, growth, or cancer?<br>Not yet | ___ Yes | X No |
| 7. Have you ever had excessive or prolonged bleeding as result of a medical condition or medication<br>(ex. Hemophilia or blood thinners)? | X Yes | ___ No |
| 8. Do you have a latex allergy? | ___ Yes | X No |
| 9. Do you currently use tobacco products? | ___ Yes | X No |
| 10. WOMEN ONLY: Are you pregnant | ___ Yes | ___ No |

**Check any of the following that you have had:**

___ Congenital hear defects
___ Heart attack or heart problems
___ Stroke
___ Rheumatic fever
X Mitral Valve Prolapse
X Anemia (blood problems)
___ Thyroid problems
___ Chronic bronchitis
___ STD (syphilis, gonorrhea, herpes)
___ Angio edema

___ Arthritis
___ Artificial heart valve
X Hepatitis (___ A ___ B X C)
___ Any type of transplant
___ Steroid treatment
___ Sickle Cell Anemia
___ Angina
X High blood pressure
___ Heart pacemaker
___ Glucose - 6 - phosphate dehydrogenase deficiency

___ Epilepsy or seizures
X Diabetes
___ AIDS or HIV infection
___ Emphysema
___ Tuberculosis (TB)
___ Psychiatric treatment
___ Artificial joint
___ Radiation therapy
X Asthma

Do you have any disease, condition, or problem not listed? _____

**Check any of the following that you have had or applies to you:**

___ Sensitive teeth
___ Bleeding gums
___ Food impaction
X Pain around ear
X Tooth ache
___ Wear partial dentures

___ unusual sounds while eating
X Snoring
___ Blisters on lips or mouth
___ Clenching or grinding
___ Tooth ache
___ Swelling or lumps in mouth/throat

___ Burning tongue
___ Bad breath
___ Decayed teeth
___ Loose teeth
___ Wear dentures

| | | | |
|---|---|---|---|
| Printed Name: Donald L Mashier JR | | Signature: Donald M Mashier | |
| Reg. No.: 19924-052 | | Institution: USP | |
| Date: 1/13/96 | | Updated: | |

(This form may be replicated via WP)

BP-A805.060
SEP 03
**INFORMED CONSENT FOR ORAL AND MAXILLOFACIAL SURGERY**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

Explained in: (check one) ☑ English ___ Spanish ___ Other_____ (specific language)

Alternative to surgery: _____

I understand that if this procedure is not performed my condition may worsen resulting in complications including but not limited to:

1. Infection
2. Pain
3. Health complications beyond the present problem.

Possible complications which have been explained to me:

1. Pain
2. Dry socket (alveolitis)
3. Infection
4. Decision to leave a small piece of tooth root in the jaw when its removal would require extensive surgery and increased risk of complications.
5. Bleeding and bruising
6. Swelling
7. Injury to adjacent teeth or restorations
8. Maxillary sinus involvement
9. Nerve injury
10. Bony fractures
11. Temporomandibular joint disorder

I have had the opportunity to discuss and to ask question about my surgery with    Dr. _Ippolito_

I consent to the surgery as described.    _Remove lower left 2nd molar_

The above information has been explained to me in a language I can understand.

Signature of Patient    _Donald Moshier_

Date: _1/13/06_    Time: _12:20_

Doctor's printed name _Ippolito DDS_    Doctor's Signature _____

Witness (not required)

Inmate Name    _Donald Moshier JR_

Register No.:    _19924-052_

Institution:    USP LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA 17837

(This form may be replicated via WP)

000280

BP-618.060  **CLINICAL DENTAL RECORDS**  CDFRM
MAR 02

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Examination: ☐ Screening   ☐ Comprehensive   ☐ Periodic

| Occlusion |
| Oral Hygiene |
| Good    Fair    Poor |
| CPITN |
| Head & Neck/Soft tissue |
| Additional Findings |
| D: ____ |
| M: ____ |
| F: ____ |

RIGHT
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

| Examiner Signature | Date |

**Treatment Completed**

**Recommended Treatment Plan**

☐ Radiographs

RIGHT
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

☐ Dental Prophylaxis
☐ Oral Hygiene Instruction
☐ Periodontal Evaluation   O  I  II  III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

☐ Prosthodontic Evaluation

| Patient Name | Number | Sex: M  F | Age: |

Mashier Donald
10924        52

USP LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA 17837

| Dentist Signature | Date |

000281

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 8/23/05 0905 | | Pt did not answer to call for sick call    Stephen Ippolito, DDS USP Lewisburg |

HRSA-237 (4/95)
(REVERSE)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|------|--------------------------------|-----------|
| 01/25/05 1315 hrs | P: - Lidocaine 2% c̄ 1:100,000 epi. × 2½ carps<br>- Old restoration & slight caries removed<br>- Dycal, 3M bonding agent, Retro conditioner & acid etch<br>- TPH resin restoration material<br>- Occlusal adjustment and finish of restoration. | *[signature]* **William K. Collins, D.D.S.** CDO FCI McKean |

MOSHIER, DONALD          FCI McKean          000283

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|---|---|---|
| 11-2-04 0830 | S/H: R/V Pt for restoration Med Hist Rvd. NKDA. R: Lidocaine 1:100,000 2% epi X1 OTC. amal c copalite varnish #2 | _____ Greer, DDS G. BREER, P.D.S. W. K. Collins, DDS W. K. Collins, DDS CDO FCI McKean |
| 1-25-05 1315 hrs. | S: "My filling in the back keeps getting food under it and it hurts." Pt. points to #32; PT# : 3/10 O: Med Hx rev'd - GERD, NKDA #32, Small part of lingual tooth structure missing under provisional restoration ⊖ Percussion, ⊖ Palpation ⊖ Mobility PAX: Small radiolucency between restoration and tooth structure. A: #32 fractured tooth structure P: Assessment explained to patient | William K. Collins, D.D.S. CDO McKean |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

REGISTER NO. 10924-052    WARD NO.

MOSHIER, DONALD        FCI McKean

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

000284

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) |
|---|---|

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|---|---|---|
| 06/21/04 0922 hrs | O: Med Hx Rev'd: NKDA [*Error WK 06/21/04] | |
| | #17, PEX: Suspicious area at end of roots | |
| | A: #17, Chronic caries, possible initial stages of an abscess. | |
| | P: Advised patient of assessment & patient understands. Patient to watch call outs for next appointment: #17 Restorative | *William K. Collins, D.D.S. CDO FCI McKean |
| 6/28/04 0800 hrs. | Pt - care Pt SOAP: Med H wt Rvd NKA P: occ amal #17 c copalit varnish Pt. to watch call outs for next appt. Comp exam. | W.K. Collins, DDS CDO FCI McKean |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

Moshier, Donald

REGISTER NO. 10924-052   WARD NO.

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

FCI McKean

000285

HRSA-237 (4/95)
(REVERSE)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|---|---|---|
| 7-14-04 1130 hrs | SOAP: Pt. was unable to keep 11:30 appt due to no movement on the compound. | |
| 7-14-04 1330 hrs | SOA: Recare Pt Med Hist Rvd NKDA P: Lidocain 1:100,000 2g gr 1 x 1 occ anal replaced in #11. Next replace temp rests c pvm rests | H. F. Greer D.D.S O.F. GREER, D.D.S |
| 7-26-04 1355 hrs | SOA: Pt care Pt. Med Hist Rvd NKDA P: PAX for #32. Drug rest. appears to be a resin that was placed 3 yrs ago. Rest is in good cond + does not need replaced. Told Pt. understands Pt to R.T.C for rest in #2 | H. F. Greer D.D.S B. F. GREER D.D.S. |

000286

BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**

FCI McKEAN
CDO

**FEDERAL BUREAU OF PRISONS**

---

Examination:  ☐ Screening  ☐ Comprehensive  ☐ Periodic



RIGHT

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

LEFT

**Occlusion**
Class I

**Oral Hygiene**
Good    (Fair)    Poor

**CPITN**

| — | 3 | ☞ |
| 3 | 3 | — |

**Head & Neck/Soft Tissue**
WNL

**Additional Findings**
Crossbite - Ant ⓛ

D: 2
M: 8
F: 1

---

**Treatment Completed**



RIGHT

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

LEFT

**Recommended Treatment Plan**
☑ Radiographs

☐ Dental Prophylaxis
☑ Oral Hygiene Instruction

☐ Periodontal Evaluation    0    I    II    III

☐ Oral Surgical Procedures

☐ Endodontic

☑ Restorative

☐ Prosthodontic Evaluation

---

Patient Name    Number    Sex (M) F    Age:
Mosher, Donald    10924-052    8-18-61    40

**Dentist Signature**    **Date**
A. _____ DDS    6/10/02
W. G. STERBA, DDS
William K. Collins DDS
000287

FCI McKean

W.K. COLLINS, DDS
CDO
FCI McKean

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 6/10/0? 1300 | | A+O exam, Health History reviewed. Sick call and call out procedures explained — [signature] AP |

W. STERBA M

[signature] *William K. Collins*
**W.K. COLLINS**
CDO
FCI McKean

| 03/05/03 13?4hrs | | S: Patient alerted Acting HSA Montgomery that he had eaten his lunch and bitten down on a piece of glass that cut his gum and which he then swallowed." |
| | | O: Patient was instructed to wait and he wouldbe seen; Once by the PA and secondly by this practitioner, Patient was then called but was not present due to leaving the clinic waiting area |
| | | A: None |
| | | P: Patient left B. before being evaluated & treated |

[signature]
**W.K. Collins, DDS**
**Chief Dental**

| 06/21/04 OffSchl | | S: "I have a tooth that is hurting at the bottom left." |
| | | (PI# 07), Patient points to #17; |
| | | O: #17, Small-medium occlusal decay; +Perc, -Palp, +1 Mobility |

[signature]
**William K. Collins, D.D.S.**
CDO
FCI McKean

000288

P.S. 6000.05
September 15, 1996
At'    :hment IV-E, Page 1

## FEDERAL BUREAU OF PRISONS
### DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?
   If so, what?_____     yes   no

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?          yes   no

3. Have you been under the care of a physician during
   the past two years? If so, why? _____   yes   no

4. Have you been hospitalized in the past two years?
   If so, why? _____      yes   no

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?           yes   no

6. Do your ankles ever swell during the day?        yes   no

7. Have you ever been treated for a tumor or growth?  yes   no

8. Have you ever had abnormal bleeding?             yes   no

9. Have you ever had serious difficulty with any
   dental treatment?                                yes   no

10. Have you ever had clicking, popping, or pain
    in your jaw joint?                  yes   no

Circle any of the following that you have had:

| | |
|---|---|
| Congenital heart defects | Heart murmur |
| Heart attack or heart problems | Angina |
| Stroke | High Blood pressure |
| Rheumatic Fever | Heart pacemaker |
| Asthma | Epilepsy or seizures |
| Anemia (blood problems) | Diabetes |
| Thyroid problems | AIDS or HIV infection |
| Chronic bronchitis | Emphysema |
| Venereal disease (syphilis, gonorrhea) | Tuberculosis (TB) |
| Arthritis | Psychiatric treatment |
| Artificial heart valve | Artificial joint |
| Hepatitis | |

Do you currently use tobacco (cigarettes, chewing tobacco,
snuff)?                                    yes   no

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant?

Name: _Donald L Moshier Jr_     Reg No. _10924-052_

Institution: _McKean A/B_     Date: _6/10/02_

000289

P-S618.060  **CLINICAL DENTAL RECORD** CDFRM
JG 96

.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

Examination:  ☐ Screening  ☐ Comprehensive  ☐ Periodic | Occlusion

Oral Hygiene

Good    Fair    (Poor)

CPITN

Head & Neck/Soft Tissue  WNL

(J T M J DYSFUNCTION)

Additional Findings  [ ] CALCULUS  [ ] Light
                                            [ ] Moderat
                                            [ ] Heavy
D: ___
                     [ ] GINGIVITIS
M: ___               [ ] Mild [ ] Moderate [ ] Be
                            bleeding on probin
F: ___

Bi Lateral mandibular torus

**RIGHT**  1  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16  **LEFT**
           32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Treatment Completed** | **Recommended Treatment Plan**

☐ Radiographs

☐ Dental Prophylaxis
☐ Oral Hygiene Instruction  P7 It
☐ Periodontal Evaluation  0  I  II  III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

**RIGHT**  1  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16  **LEFT**
           32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Patient Name        Number      Sex: (M) F  Age: 40

MOSHIER  DONALD  10924-052

☐ Prosthodontic Evaluation

DATE OF BIRTH  18 / 18 / 1961
              MONTH   DAY   YEAR

RELEASE DATE  ___ / ___ / ___
              MONTH   DAY   YEAR

Dentist Signature          Date

                                           5/23/02

G7 Hamilton  DDS

HEALTH SERVICE UNIT
MCC BROOKLYN
100 29 TH STREET,
BROOKLYN, NEW YORK 11232

PRINTED ON RECYCLED PAPER

000290

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks | |
|---|---|---|---|
| | | A & O Dental Screening<br>OHI Given | P. Hamilton DDS<br>P. Flecher-Hamilton, DDS<br>Dental Officer<br>MDC Brooklyn |
| 5/23/02<br>13:00 | | EXPLAINED DENTAl<br>SICK CAll | [PH] |



# Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, Pa 16701

## Department of Medical Records

---

**Patient:** MOSHIER,DONALD

**Medical Record #:** M000226525

**Acct #:** V04546554

**DOB:** 08/18/1961

**Age:** 43

**Sex:** M

**Attending MD:** Graham,Nathaniel MD
4 EAST

**Location:**

**Date of Service:** 04/18/05

---

## HISTORY AND PHYSICAL

**CHIEF COMPLAINT:** Acute cholecystitis.

**HISTORY:** This is a 43-year-old white male who is an inmate at FCI McKean. He has a history of hepatitis C and has been on interferon now for some time, but having some difficulties. Recently, he began having abdominal pain and over the last 3 weeks, this pain which was initially only in the right upper quadrant and after meals became more severe and long lasting, and it is now constant. The pain is becoming more diffuse. Last week, he was referred to the Kane Hospital, underwent medical workup including ultrasound, CT, and apparently an EGD. He was diagnosed with acute cholecystitis, given some antibiotics, had some improvement, and went back to FCI McKean. Over the last day or so, he has been getting much worse clinically. His LFTs have actually looked better than they were before when he was at the height of his problems with hepatitis C. He is having more distress and was referred for surgical evaluation.

**PAST MEDICAL HISTORY:** Low back pain and hepatitis C.

**MEDICATIONS:**
1. Interferon 180 micrograms 1 weekly.
2. Ribavirin 600 milligrams b.i.d.
3. Lactulose 1 tablespoon b.i.d.
4. Zantac 150 daily.
5. Omeprazole 20 milligrams daily.
6. Albuterol inhaler 2 puffs q.i.d.
7. Doxycycline 10 milligrams p.o. b.i.d.

**PAST SURGICAL HISTORY:** Appendectomy, left knee surgery, and liver biopsy.

**FAMILY HISTORY:** Remarkable for cancer, emphysema, diabetes, and hypertension in his father and diabetes in his mother.

**SOCIAL HISTORY:** The patient used to smoke, but quit. He is separated and has 4 children.

**REVIEW OF SYSTEMS:** Denies any depression, anxiety, or psychiatric problems. Eyes: Denies any blurry vision or pain behind the eyes. Ears: Decreased hearing acuity or tinnitus. LUNGS: Denies any shortness of breath or coughing, but does have some dyspnea when he is in abdominal pain. GI: No nausea or vomiting today. He has had some diarrhea over the last week. GU: No burning or urination frequency or nocturia or decreased force of stream. ORTHOPEDIC: No active problems.

**PHYSICAL EXAMINATION:**

000292

1

**GENERAL:** The patient is a tall, large-boned, muscular man who appears older than stated age. He has long, coarse, gray-white hair, and full beard.
**HEENT:** Ears, eyes, nose: No lesions.
**NECK:** No adenopathy.
**LUNGS:** Clear, but he is splitting his respiration with abdominal pain.
**HEART:** Regular rate with no murmurs.
**ABDOMEN:** Firm with guarding in the right upper quadrant. Some tenderness, but without guarding throughout the rest of the abdomen.
**EXTREMITIES:** Unremarkable.

**LABORATORY DATA:** White count is 4.9, which is elevated for him. My discussions with Dr.____, revealed that his white count normally is 1.8, hemoglobin is 13.7, and hematocrit is 39.6. Chemistries show bilirubin of 1.5, AST of 44, ALT of 85, alkaline phosphatase is 70. These numbers are way down from his highs previously according to Dr._____ Glucose is 153 and electrolytes are satisfactory. I obtained some reports from Kane Hospital. These showed an ultrasound with thickened gallbladder wall up to 10 mm consistent with acute cholecystitis and 4-mm common bile duct. EKG normal. CT scan showed normal pancreas, thickened edematous gallbladder consistent with acute cholecystitis, and no biliary duct dilatation. CT of the chest was normal. Numbers there showed a white count of 2.4, hemoglobin 12.9, and hematocrit 37.

**IMPRESSION:** Acute cholecystitis.

**PLAN:** Admit, IV fluids, bowel rest, and antibiotics. If he does not rapidly improve, I think he should be explored and this would be best done through an open cholecystectomy. Risks are quite high in this patient with active hepatitis C. With a high-risk mortality for any abdominal operation, we will try to treat him medically; however, he would most likely require operation.

Thank you for the referral.

Job#: 4520101 / 285842

Signed By: _____

_____
Graham, Nathaniel MD

GRAHNA/PRECYSE
DDT: 04/19/05 1619
TDT: 04/20/05 1040
Report Number: 0420-0029
cc:
FCI MCKEAN
Graham, Nathaniel MD


Reviewed by D. Olson, MD
date: 5/2/05

2

## BRADFORD REGIONAL MEDICAL CENTER
### Bradford, Pennsylvania
### DIAGNOSTIC IMAGING DISCHARGE INSTRUCTIONS - PROCEDURES

## CALL YOUR PHYSICIAN OR GO TO AN EMERGENCY ROOM IF ANY OF THE FOLLOWING SYMPTOMS OCCUR:

**ARTHROGRAM:**  Severe swelling, pain, restriction of the joint; abnormal discoloration or redness at the site of injection

**NEEDLE BIOPSY/ CORE BIOPSY:**  Severe weakness, headache, fainting, swelling at the site of injection, abnormal redness and/or leaking of fluid at injection site.

**PARACENTESIS/ THORACENTESIS:**  Weakness, drowsiness, fainting; severe redness, soreness, leag of fluid at site. Unusually fast heartbeat, fever, chills, discoloration or swelling area of injection site.

**NEPHROSTOMY/BILIARY TUBE PLACEMENT:**  Drainage from tube diminishes or stops.  Signs of infection such fever, chills, redness, excessive soreness, drainage around site.

**BONE MARROW BIOPSY:**  Excessive pain, bleeding at site.  Signs of infection such as fever and chills.

**HYSTEROSALPINGOGRAM:**  Bleeding  unusual pain, foul-smelling discharge, fever or chills.

**SPINAL TAP/MYELOGRAM:**  Severe headache, fainting, weakness, swelling at site of injection abnormal redness and/or leaking of fluid at injection site.

**AMNIOCENTESIS:**  Severe cramping, vaginal bleeding, leaking of fluid at injection site, redness or swelling at injection site.

---

**OTHER:** If you have any unusual symptoms that may have been caused by the procedure today or the medication we have given you, please contact your physician or return to an Emergency Room.  Some of these symptoms may be:

| | | |
|---|---|---|
| X    Fever | _____ Chest Pain | _____ Fainting |
| ____ Chills | _____ Shortness of Breath | _____ Rash or Hives |
| ____ Headache | _____ Restriction of Motion | X   Drainage at Injection Site |
| /    Bleeding | | |

---

_____ If you have received any sedation today, this medicine will remain in your system for 24 hours.  Even though you may feel normal, your reaction time has been altered.  You may <u>not</u> operate any machinery, drive a vehicle, make any important decisions, sign any legal papers, or drink any alcoholic beverages for 24 hours because of the medication we have given you.

---

I, the patient or family member, acknowledge that I have read and understand the above instructions, I have had the opportunity to ask questions and have received a copy of the instructions.

_Donald C Moshier_            _Richard Horsley_ CN
**Patient or Family Member**                  **RN or Technologist**
                                                      MOSHIER, DONALD          M-42
Additional Comments:_____          HORSLEY
               Reviewed by D. Olson, MD          226525                OUTPT. PROCEDURE
               Date: 8/25/04                     4447198      11      06/18/61

---

Date _08-24-04_    Patient Name _Moshier, Donald_    Patient M.R. Number _____


172

000294

7210-172  7/03

UNITED STATES PENITENTIARY
LEWISBURG, PENNSYLVANIA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED          UNIT: _A-1_          DATE: _3-13-06_

INMATE'S NAME: _Meshing Donald_          DETAIL: _medibay_ REG. NO.: _10234/052_

### MEDICAL CLASSIFICATION STATUS: (Check One)

( ) IDLE: _____ THRU 12 MIDNIGHT _____, 20___

( ) CONVALESCENT: _for day_ _____ THRU 12 MIDNIGHT _____, 20___

( ) RESTRICTED DUTY: _____

( ) MEDICALLY UNASSIGNED: _____ THRU 12 MIDNIGHT _____, 20___

_____
**Physician or Physician Assistant**

IDLE STATUS – Temporary disability not to exceed three days duration including weekends and holidays.  Restricted to room
except for meals.  No recreation activity.

CONVALESCENT STATUS – Recovery period for operation, injury, or serious illness.  Not less than four days and not to exceed
thirty days.  Excused from work with no recreation activities.

RESTRICTED DUTY – Restricted from specific activities because of physical condition.  List condition, work limitation, and time
period.

MEDICALLY UNASSIGNED – Unassigned due to existing medical condition.

PRINTED ON RECYCLED PAPER


LVN-20-F

UNITED STATES PENITENTIARY
LEWISBURG, PENNSYLVANIA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED    UNIT: _A - Block_    DATE: _03/09/06_

INMATE'S NAME: _Morthier Donald_    DETAIL: _UNICOR_    REG. NO.: _16924-052_
                                              _Mail Bags_

### MEDICAL CLASSIFICATION STATUS: (Check One)

(✗) IDLE: _X  2 days_    THRU 12 MIDNIGHT _03/10_, 20 _06_

( ) CONVALESCENT: _____    THRU 12 MIDNIGHT _____, 20 ___

( ) RESTRICTED DUTY: _____

_____    THRU 12 MIDNIGHT _____, 20 ___

( ) MEDICALLY UNASSIGNED: _____

_Luis Ramirez, P.A._
**Physician or Physician Assistant**    Luis Ramirez, P.A.

---

**IDLE STATUS** – Temporary disability not to exceed three days duration including weekends and holidays.   Restricted to room
      except for meals.  No recreation activity.
**CONVALESCENT STATUS** – Recovery period for operation, injury, or serious illness.  Not less than four days and not to exceed
      thirty days.  Excused from work with no recreation activities.
**RESTRICTED DUTY** – Restricted from specific activities because of physical condition.  List condition, work limitation, and time
      period.
**MEDICALLY UNASSIGNED** – Unassigned due to existing medical condition.



LVN-20-F

UNITED STATES PENITENTIARY
LEWISBURG, PENNSYLVANIA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED    UNIT: _A_    DATE: _06-16-05_

INMATE'S NAME: _MOSHICK, DAVID_    DETAIL: _MEDITR_    REG. NO.: _10924-05_

### MEDICAL CLASSIFICATION STATUS: (Check One)

(X) IDLE: _Three Days_    THRU 12 MIDNIGHT _04-18_ , _21_

(  ) CONVALESCENT: _____    THRU 12 MIDNIGHT _____

(  ) RESTRICTED DUTY: _____

(  ) MEDICALLY UNASSIGNED: _____    THRU 12 MIDNIGHT _____

_____
Physician or Physician Assistant

IDLE STATUS – Temporary disability not to exceed three days duration including weekends and holidays. Restricted except for meals. No recreation activity.

CONVALESCENT STATUS – Recovery period for operation, injury, or serious illness. Not less than four days and thirty days. Excused from work with no recreation activities.

RESTRICTED DUTY – Restricted from specific activities because of physical condition. List condition, work limit' period.

MEDICALLY UNASSIGNED – Unassigned due to existing medical condition.

000297

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI McKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED    UNIT: _____    DATE: 8/25/04

INMATE'S NAME: _____    DETAIL: _____    REG. NO. 10925-052

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____    THRU 12 MIDNIGHT _____ 19 _____

(X) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT 8/29 19 2004

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19 _____

( ) TOTALLY DISABLED:

( ) FULL DUTY:

_____
**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _Mosher_    UNIT: _AB_    DATE: _8/17/04_

INMATE'S NAME:    DETAIL: _Cassix ed_    REG. NO. _10924—_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19 ___

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19 ___

(X) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED: _D/C med cassigned_

( ) FULL DUTY: _No lift 220 lbs_
_No prolonged stoop, stand or bend_
_May rest 10 min per hour_

_____
Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and will not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED

INMATE'S NAME: Donald Marlowe                DATE: 9/6/04

DETAIL: Followers              REG. NO. 10929-052

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19 ____

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19 ____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19 ____

( ) TOTALLY DISABLED: _____

( ) FULL DUTY: Medically unassigned

Physician or Physician Assistant

BENN MD
H. MCKEAN

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

000300

FEDERAL CORRECTIONAL INSTITUTION, HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED    UNIT: ____    DATE: 1/16/04

INMATE'S NAME: Donald Monroe    DETAIL: A/3    REG. NO. 10974-052

*For Medical purposes, the Inmate named above has been authorized the work and/or activity/status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19____

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19____

(✓) TOTALLY DISABLED:
( ) FULL DUTY:    3 mo

_____
Physician or Physician Assistant
H. Bell M.D.
FCI MCKEAN

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

FEDL    CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED
INMATE'S NAME: _Mosher, Donald_    UNIT: _AB_    DATE: _12/3/3_
DETAIL: _unassigned_    REG. NO.: _10504 - 052_

For Medical purposes, the inmate named above has been authorized the work and/or
activity status listed below the reason(s) and the time shown.

MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____    THRU 12 MIDNIGHT _____, 19____

(✓) CONVALESCENCE: List any restricted activity for medical reasons.    THRU 12 MIDNIGHT _12/10/, 2003_

( ) RESTRICTED DUTY: Specify exact restriction and reason.    THRU 12 MIDNIGHT _____, 19____

( ) TOTALLY DISABLED:

( ) FULL DUTY:

_A. Larregy_
Physician or Physician Assistant

DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - Temporary disability not to exceed three days duration including weekends and holidays. Restricted to quarters except for
meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days,
subject to renewal. Full institutional recreational privileges, subject only to medical limitation.
RESTRICTED DUTY - Restricted from work around machinery, heights, heavy lifting, etc., because of physical or mental handicap. List
handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical resons. Condition generally expected to last
indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

1 - Hospital Unit    2 - Receiving Unit    3 - Detail Supervisor    4 - Sentry/Medical Records    5 - Inmate Copy

000302

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI McKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED

INMATE'S NAME: Moshier, D         UNIT: AB         DATE: 11/30/03

DETAIL: unassigned         REG. NO. 10924-052

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

### MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason _Medical_____ THRU 12 MIDNIGHT _12/3/03___ 19___

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19___

( ) TOTALLY DISABLED:
( ) FULL DUTY:

_____
Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

000303

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

### IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO:  ALL CONCERNED

INMATE'S NAME: _Donald Malin_    UNIT: _AB_    DATE: _10/31/03_

DETAIL: _Orderly_    REG. NO.: _10924-052_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____    THRU 12 MIDNIGHT _____, 19____

( ) CONVALESCENCE: List any restricted activity for medical reasons.
_____    THRU 12 MIDNIGHT _____, 19____

( ) RESTRICTED DUTY: Specify exact restriction and reason.
_____    THRU 12 MIDNIGHT _____, 19____

(X) TOTALLY DISABLED: _medically unassigned x 3 months_

( ) FULL DUTY:

_____
Physician or Physician Assistant

_A. BERG, MD_
_FCI McKean_

### DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disability not to exceed three days duration including weekends and holidays. Restricted to quarters except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Full institutional recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY** - Restricted from work around machinery, heights, heavy lifting, etc., because of physical or mental handicap. List the handicap and work limitation and time period, either specific, date or indefinite.

**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical resons. Condition generally expected to last indefinitely.

**FULL DUTY** - No work restrictions because of physical, medical or mental disability.

1. Inmate-Unit ( )    2. Inmate-Unit ( )    3. Detail Supervisor    4. Sentry/Medical Records    5. Inmate Copy

000304

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED          UNIT: _AB_          DATE: _10/31/03_

INMATE'S NAME: _Moshier, Donald_    DETAIL: _CMS_    REG. NO. _10204-052_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason _medical_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _10/31/19_ 19___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19___

_____ THRU 12 MIDNIGHT _____ 19___

( ) TOTALLY DISABLED:
( ) FULL DUTY:

_Eustace, PA-C_

**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED

INMATE'S NAME: _Mercier Donald_    UNIT: _AB_    DATE: _9/30/03_

DETAIL: _orderly_    REG. NO. _10921-052_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason _Medical_ _____ THRU 12 MIDNIGHT _10/2/03_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19 ____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19 ____

( ) TOTALLY DISABLED:
( ) FULL DUTY:

_Glenn_
_FNP-c_    _Glenn Stifler_
    **Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List, handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

000306

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

# IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED       UNIT: AB       DATE: 9/18/03

INMATE'S NAME: _Michael Drake_       DETAIL: _Orderly_       REG. NO. _10524-05_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason _Medical_       THRU 12 MIDNIGHT _9/19/03_ 19____

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT ____ 19____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT ____ 19____

( ) TOTALLY DISABLED:

( ) FULL DUTY:

_____
Physician or Physician Assistant
JAMIE SAYLOR, NP

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

000307

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI McKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED

INMATE'S NAME: _Mosher, Donald_    UNIT: _AB_    DATE: _6-13-03_

DETAIL: _Kitchen_    REG. NO. _109>x-052_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)    _6/16/03_

(x) IDLE: Reason _medical_                                    THRU 12 MIDNIGHT _____ 19___

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____    THRU 12 MIDNIGHT _____ 19___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____    THRU 12 MIDNIGHT _____ 19___

( ) TOTALLY DISABLED:
( ) FULL DUTY:

Steven Labrozzi, PA-C
Physician Assistant

**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for: operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

000308

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED    UNIT: _____    DATE: 9/15/02

INMATE'S NAME: Mosher Donald    DETAIL: A.B.    REG. NO. 10424-068

For Medical purposes, the Inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason _Medical_    THRU 12 MIDNIGHT 9/7 19 02

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____    THRU 12 MIDNIGHT _____ 19 ____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____    THRU 12 MIDNIGHT _____ 19 ____

( ) TOTALLY DISABLED:
( ) FULL DUTY: _J Glenn_

Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

000309

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED

INMATE'S NAME: _Mosbier Donald_  UNIT: _AB_  DATE: _9/12/02_

DETAIL: _Elec 2_  REG. NO. _10224-052_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

### MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason _Medical_ _____ THRU 12 MIDNIGHT _9/13_ 19___

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19___

( ) TOTALLY DISABLED:

( ) FULL DUTY:

_J Glenn_

**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

000310

FEDERAL CORRECTIONAL INSTITUTION, HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED      UNIT: AB      DATE: 9/10/02

INMATE'S NAME: Joshua Dawood      REG. NO. 12021-02

DETAIL:

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) or the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason _____medical_____    THRU 12 MIDNIGHT  9/11/02

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT ____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT ____

( ) TOTALLY DISABLED:
( ) FULL DUTY:

_____Physician or Physician Assistant_____

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or period.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

000311

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
(Medical)

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI McKean | Mosher, Donald | 10924-052 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| CMS | AB | 10/30/03  630 PM |

| 7. Where Did Injury Happen (Be specific as to location) | Work Related? | 8. Date and Time Reported for Treatment |
|---|---|---|
| Shakedown shack | ☐ Yes  ☒ No | 10/31/03  0640 |

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

Slipped on the mud and hurt my back and neck. I have sharp pain shooting down my left leg really bad pain 7/10

X
*Signature of Patient*

**10. Objective:** (Observations or Findings from Examination)   X-Rays Taken ___   Not Indicated ☒   X-Ray Results

NAD

Back: palpable spasm of ① lower back, tender to palpation
Ⓝ deformity + mech - wnl

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)

① LBP 2° spasm

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)

① Education - stretches Pt understands (4) F/u PRN
② Idle + 24 hours qurs
③ Ibuprofen 600mg ⊤ PO TID disptime #9 RD

**13. This Injury Required:**

☐ a. No Medical Attention
☒ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other (explain)
_____
_____
☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

*Eric Asp PAC*
*Signature of Physician or Physician Assistant*

U.S. Department of Justice

Federal Bureau of Prisons

**Medical Treatment Refusal**

**(Rechazo de Tratamiento Médico)**

Date _5/23/02_ (Fecha)

I, _Moshier Jr Donald    10924-052_, refuse treatment recommended by the Federal
(Name and Registration Number)    (Nombre y Número de Registro)    (rechaza el tratamiento recomendado por el Personal

Bureau of Prisons Medical staff for the following condition(s):

Médico del Bureau Federal de Prisiones, por las siguientes razones):

DESCRIBE IN LAYMAN'S TERMINOLOGY:    (DESCRIBA EN TERMINOLOGIA COMUN Y CORRIENTE):

_Rectal Exam_

The following treatment(s) was/were recommended:    (El siguiente tratamiento(s) fue/fueron recomendado(s)):

_- Prostate._

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences
and/or complications may result because of my refusal to accept treatment:

(Los miembros del personal Médico del Bureau Federal de Prisiones me ha explicado cuidadosamente las posibles consecuen-
cias o complicaciones siguientes que pueden resultar por causa de mi rechazo a aceptar tratamiento):

_- To rule out Ca or any pathological cond'n_

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby
assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from
any and all liability for respecting and following my expressed wishes and directions.

(Me doy por enterado de las posibles consecuencias o complicaciones enlistadas arriba, y aun así me rehuso al tratamiento
recomendado. Por medio de la presente, asumo toda responsabilidad por mi condición física o mental, y relevo al Bureau de
Prisiones y a sus empleados de cualquiera y toda responsabilidad por cause de respectar y seguir mis expresos deseos y
direcciones.)

Patient's Signature and Date    (Firma del Paciente y Fecha)

_ARUN VERMA_

Signature of Witness and Date    (Firma del Testigo y Fecha)

Signature of Witness and Date    (Firma del Testigo y Fecha)

000313

Original – Inmate's Medical Record

BP-S621.060    AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION    CDFRM    31916
SEP 03

**U.S. DEPARTMENT OF JUSTICE**                                      **FEDERAL BUREAU OF PRISONS**

| Inmate Name Moshier, Donald | Register Number 10924-052 | Date 10-18-05 |
|---|---|---|
| | Date of Birth 8-18-61 | Social Security Number 096 52 8139 |

I hereby authorize and request the Federal Bureau of Prisons to:

☐ release information to, or    ☒ obtain information from

Name/Facility: Kane Community Hospital

Address: N. Fraley Street Box 778

City, State, Zip: Kane PA. 16735

PLEASE CONTACT IF PAYMENT IS REQUIRED PRIOR TO FILLING REQUEST

I understand the information is to be used for (specific reason for release of information):

☒ Continuation of care, or    ☐ Other _____

Information to be Released/Obtained: Copy of and/or information from my medical file pertaining to
my evaluation and treatment received from 6-2002 to 6-2005

This is to include:    ☒ Complete Record    ☐ Discharge Summary    ☐ History & Physical

☐ Operative Reports    ☐ Consultations    ☐ Progress Notes    ☐ X-ray Reports

☐ Laboratory Reports    ☐ Pathology Reports    ☐ Actual Films*#    ☐ Actual Slides*

☐ Other: _____

*will be returned
#duplicates accepted

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality. I understand that I may revoke this consent at any time by sending a written notice to the Supervisor of Medical Records. I understand that any release which has been made prior to my revocation and which was made in reliance upon this authorization shall not constitute a breach of my rights to confidentiality. This authorization will automatically expire three months from the date of the signature.

| Signature of Patient Donald C. Moshier Jr. FAX SIGNATURE VALID ORIGINAL 10924-052 | Date (Month, Day, Year) 10-18-05 | Staff Witness Kim Ely, Hit |
|---|---|---|

**SPECIFIC AUTHORIZATION FOR RELEASE OF INFORMATION PROTECTED BY STATE OR FEDERAL LAW.**
Must sign below, to Release Protected Information.

I specifically authorize the release of data and information relating to:
☐ 1. Substance Abuse    ☐ 2. Mental Health    ☐ 3. HIV

| Signature | Date |
|---|---|

Deliver Records To:    (Institution Address & Fax number)

USP LEWISBURG
HEALTH SERVICES UNIT Po Box 1000
LEWISBURG, PA 17837

fax: 570-522-7764
packet reviewed 12-23-2005

000314

(This form may be replicated via WP)                    This form replaces BP-S621 Dtd AUG 96

# EMERGENCY ROOM RECK    KANE COMMUNITY HOSPIT/    KANE, PA 16735

| | | | | | | Medical Record # |
|---|---|---|---|---|---|---|
| Last Name Moshier | First Name Donald | Middle Name L | Home Phone | Admission Date | Time | A.M. |

| | | |
|---|---|---|
| Address | City | State    Zip |

MOSHIER, DONALD
PO BOX 5000
BRADFORD        PA 16701
08/18/1961    31916/
FREEMAN, RICHARD E  04/14/06  286109
111111111  M  43 E R

Status

Employer                          Address

Next of Kin                                          Address

Guarantor            Guarantor Address

Physician          Family Physician          Arrival          Mode of

INSURANCE          Dr. Anderson

Substernal C.P.          Onset Date Tues
          Onset Time

**PFSH: Past Medical, Family, and Social History:** 0 history areas=L1, L2, or L3    1 history area=L4    2 history areas=L5

**Present Meds:**  ☐ See attached

Lantus 35cc Bed
Albuterol II puff qid
Aspirin
Tylenol
Zantac
Plavix Clopidogrel 185 mg SC
web bldg
Bilberry po 600mg Bed

FIRST AID: None

**TETANUS HX:**
Date of last Tetanus: _____
☐ Td Information given
Manufacturer _____    W/
Lot# _____
Expiration Date _____

**Family History:**
| | | |
|---|---|---|
| Diabetes | Y | N |
| HTN | Y | N |
| Heart Disease | Y | N |
| COPD | Y | N |
| Cancer | Y | N |
| Other: Non contributory | | |

**Social History:**
Tobacco Y (N)    amt./freq.:
ETOH  Y (N)    amt./freq.:
Occupation: FCI inmate
Other:

**Past Medical:**
☒ ASTHMA
☐ CAD/MI
☐ CHF
☐ COPD
☐ DM
☐ CVA
☐ HTN
☐ NONE OF ABOVE
☐ OTHER:
Hepatitis C
Cirrhosis
Low back pain
GERD

**Surgical:**
☐ Appendectomy
☐ Bowel Surg.
☐ Cardiac Surg.
☐ Cholecystectomy
☐ Hernia repair
☐ Hysterectomy
☐ Laminectomy
☒ Ortho. Surg.
☐ Tubal Ligation
☐ NONE OF ABOVE
☐ OTHER

**ALLERGIES**
Bicel (swelling)
NKDA
LATEX: Y (N)

**LNMP:** _____ N/A

**Weight:** _____

**Visual Acuity:**
Without Correction: _____
OD _____  OS _____
With Correction:
OD _____  OS _____

**PEDIATRIC PARAMETERS**
Height _____
Weight _____
Head Circum. _____ N/A
☐ Childhood immun. UTD

**History obtained from:** (Patient)  EMS  Family  Caregiver  Other FCI inmate
**Unable to obtain history due to:**

| | TIME | T | P | R | BP | SPO2 |
|---|---|---|---|---|---|---|
| TRIAGE TIME: 1:20 y  TIME PHYSICIAN NOTF'D: 1206  ESI: 1 2 ③ 4 5 | | | | | | |
| Nursing Assessment: pt C/C C/O substernal chest pain → | 1210 | 98.2 | 84 | 20 | 170/100 | 99% |
| epigastric area radiating to back, ambulatory | | | | | | |
| brought in by FCI guards ×2, Hands + feet shackled | 1345 | | 80 | | 142/84 | |

A+O×3 Color pink, Skin warm + dry,
Resp. S/distress, No perceived edema.   BP ✓
1240 Nitroglycerin started 800cc tubing + dimental
1315 C/O chest pain — 11/10 pain scale — Dr. Freeman
notified. Med to tetradol 30 mg T UP   BP ✓
205 Report received from Dr. Brancato Colquin   BP
1345 St. relief to tetradol   BP
1440 To x-ray via gurney, 1450 Back from x-ray   BP
1520 to x-ray for 1/15 skin cont remains shackled — BP

**Consultant:**          Time Notified:

**Attending Physician:**          Time Notified:

| | | |
|---|---|---|
| ☐ Discharged | Time: | |
| ☒ Admitted  RM# 124 Time: | | |
| Report Called to: Nancy Kristen, CPN | | |
| ☐ Transferred to: | | |
| Time: | | |

**CONDITION:**
☐ UNCHANGED    ☐ SATISFACTORY
☐ IMPROVED    ☐ EXPIRED (PCP Notifd)

**PERSONAL BELONGINGS**
☐ SENT WITH PATIENT
☐ GIVEN TO FAMILY

**PCP Notified**
☐ Verbal
☐ Voice Mail
@ _____
☐ Other

**RN SIGNATURE:**    000315
Barbara J. Anderson RN

Patient Name: MOSHIER, DONALD

**EMERGENCY ROOM RECORD**
**KANE COMMUNITY HOSPITAL**
KANE, PA  16735

Patient #/Admission #: 31916  /  286109
Admit Date/Time: 04/14/05  /  12.07
Mode of Arrival: VAN

Age: 43
Date of Birth: 08/18/1961
Sex: M
Home Phone: 8143628900

**EXAM**  1 = Level 1, 2-7 = Level 2 or 3, 2-7(4x4) = Level 4, 8+systems=Level 5  Note: Levels 1-4=body area or organ systems  Level 5=organ systems (underlined)
(SYSTEM/AREA ASSESSMENT: Nml=all items as listed except those as noted in "abnormal findings". Slash=not assessed)

CONSTITUTIONAL:   TEMP      PULSE      RESP      BP      SaO2      % on _____      Comments:

**GENERAL APPEARANCE:**

| SYSTEM/AREA ASSESSMENT | Nml | Abnormal Findings |
|---|---|---|
| **Head,**incl.face: nml appearance, no scars, symmetrical, no lesions, no masses | ✓ | |
| **Eyes:** PERRL, nml. pupil size, nml. conjunctiva, no eyelid edema, EOMI | ✓ | |
| **Ears, nose, mouth, throat:** TMs clear, no ENT bleeding, no gum/palate/oral cyanosis | ✓ | |
| **Neck:** supple, no tenderness, no masses, no JVD, no bruits, no thyromegaly | ✓ | |
| **Cardiovascular:** S1, S2 WNL, RRR, no murmurs, no thrills | ✓ | |
| **Respiratory:** BS clear & equal, nml. effort, nml. percussion, nml. palpation | ○ | |
| **GI/Abdomen:** Soft, no masses, nml. bowel sounds, no tenderness, no pulsatile mass | | no Retend or guarding, BS+ distended, no masses, no HSM |
| **MSK/Extrem.:** No clubbing, no cyanosis, no edema, PPP, FPP/=, nml ROM | ✓ | |
| **Genitourinary:**Ext.genitalia nml, no DC, no tenderness or fullness of bladder | ✓ | |
| **Chest,** include breasts/axilla: no masses, no tenderness, no discharge | | tender mid xyphoid area |
| **Skin:** Warm, dry. Turgor good. No cyanosis, jaundice, rashes, ulcers | | +CC mod tndr (R) > (L)  Acne |
| **Neurological:** No motor or sensory deficit, DTR WNL, Cranial n. intact | ✓ | rectal - brown+ Heme neg |
| **Psychiatric:** Alert, oriented x 3, nml affect, normal mood. | ✓ | |
| **Heme/Lymph/Immuno.:** No lymph-adenopathy, no hepatosplenomegaly | ✓ | |
| **Back, including spine:** no scoliosis, kyphosis, lordosis; no lesions, masses, or scars | | |
| **Genitalia, groin, buttocks:** no masses, rashes, lesions, erythema; no tenderness, deformity. | | |

| ORDERS & RESULTS | check if order | | |
|---|---|---|---|
| **LABORATORY** | Unit | Result | |
| AMYLASE | 4/ | 12.9 | |
| CBC | WBC | 3.4  37.4 | |
| CHEM 7 | | 137/ 105 / 16 | |
| CPK | 3.9 | 26 0.9 | |
| DIGOXIN LEVEL | | | |
| HCG | | | |
| LIPASE | | Table 1.4 | |
| LIVER PROFILE | ✓ | ALT 89 · AST 6 | |
| PT | ✓ | | |
| PTT | ✓ | | |
| TROPONIN | | | |
| UA (CX if positive) | ✓ | Bact 4+ | |
| ABG | | | |
| EKG | | NSR | |
| Pulse OX | ✓ | | |
| Blood CX | | | |
| Throat CX | | | |

| RADIOLOGY | Unit | Result |
|---|---|---|
| ☐ X Ray Visualized by examiner | | |
| CXR | ✓ | |
| C-SPINE | | |
| CT HEAD w/o | | |
| KUB | | |
| US Abd/pelvis → Acute | | |
| US abd AHV | | |

**PROCEDURES/NARRATIVE/OTHER**
☐ Old Records. Review: Anderson - Admit
☐ Case discussed with: _____    Nature of Discussion:

Xyphoid process - Trigger point injection
Depo Medrol 40mg + Marcaine 0.5 1cc
25 g needle + Betadine
Local infiltration - good relief of _____

DIAGNOSES:
1. Acute Cholecystitis
2. UTI
3. Xyphoid tenderness
4. Hep C - Hepatic insufficiency
5. Ulceropenia

**ED PHYSICIAN SIGNATURE:**

Critical Care Time: _____ min.*
*This time must not include time spent on separately billable procedures
☐ PFSH reviewed and confirmed by physician.
☐ See addendum / progress note / dictation

| INTRAVENOUS | | | |
|---|---|---|---|
| Time | Site/Gauge | Init | Fluid |
| 1250 | (R)AC 20 g | Prilosec | |
| | | IV d/c @ | |

| MEDICATIONS AND TREATMENTS |
|---|
| Ceredal 3.0mg IV 1315 |

000316

**EMERGENCY ROOM RECORD**
**KANE COMMUNITY HOSPITAL**
KANE, PA 16735

Patient Name: MOSHIER, DONALD

atient #/Admission #:31916 / 286109

Admit Date/Time: 04/14/05 / 12.07

Mode of Arrival: VAN

Age:43

Date of Birth: 08/18/1961

Sex: M

Home Phone: 8143628900

Time seen by physician:

---

**HPI: History of Present Illness:** 1-3 elements = Level 1, 2, or 3    4 elements = Level 4 or 5

Context (story):    Modifying factors:    Associated signs and symptoms:    Severity

*[handwritten HPI notes — illegible]*

Quality

Location

Duration

Timing

---

**REVIEW OF SYSTEMS (elaborate positive findings) 0=Level 1    1=Level 2 or 3    2-9=Level 4    10 or "all other systems negative"=Level5**

| Constitutional | N | Y | Comments | Genitourinary | N | Y | Comments |
|---|---|---|---|---|---|---|---|
| Fever, sweats | ✓ | | | Frequent urination | ✓ | | |
| Sleep problems | | | | Painful, diffcult urination | ✓ | | |
| Fatigue | | | | DC/bleeding | | | |
| Weight gain or weight loss | ✓ | | | Incontinence | ✓ | | |
| **Skin** | | | | **Musculoskeletal** | | | |
| Rashes | | | – Bone - tie | Muscle aches, arthritis | | ✓ | |
| Ulcers | | | | Falls | | | |
| **Eyes** | | | | Gait disorders | | | |
| Dry eyes or irritation | | | | **Neurological** | | | |
| Vision loss or disturbance | | | | Headaches | | ✓ | |
| **Ears/nose/mouth/throat** | | | | Focal weakness, numbness | | | |
| Ear pain | | ✓ | | Dizziness, faintness, numbness | | ✓ | |
| Hearing loss | | ✓ | | **Psychiatric** | | | |
| Nose, sinus problems, snoring | | ✓ | | Anxiety, depressed mood | | | |
| Dry mouth, ulcers, sore throat | | ✓ | | Memory loss | | ✓ | |
| **Respiratory** | | | | Behavioral changes | | ✓ | |
| SOB/DOE | | ✓ | | **Endocrine** | | | |
| Cough | | ✓ | | Heat or cold intolerance | ✓ | | |
| **Cardiovascular** | | | | Excessive thirst | | | |
| Chest pain or palpitations | | ✓ | | **Hematologic/Lymphatic** | | | |
| Edema | | | | Easy bleeding or bruising | | | |
| Claudication | | | | Known lymphadenopathy | | | |
| **Gastrointestinal** | | | | **Allergic/Immunologic** | | | |
| Indigestion or "heartburn" | ✓ | | | Allergic symptoms | | | |
| Nausea or vomiting | ✓ | | | ☐ All other systems negative | | | |
| Constipation or diarrhea | ✓ | | | **Additional Comments:** | | | |
| Difficulty swallowing | ✓ | | | | | | |
| Abdominal pain | | ✓ | | | | | |

☐ Established problem (to examiner): Stable, improved

☐ Established problem (to examiner): Worsening

000317

KANE COMMUNITY HOSPITAL
KANE, PA

**DISCHARGE SUMMARY**

NAME: DONALD MOSHIER
ADMITTED: 04/14/2005          DISCHARGED: 04/16/2005
MED REC #: 31916             ADM #: 286109

ADMISSION DIAGNOSIS: Acute cholecystitis

DISCHARGE DIAGNOSIS:  Non-cardiogenic chest pain
                      Probable chronic cholecystitis without cholelithiasis
                      History of cirrhosis and hepatitis C
                      Costochondritis

HISTORY: The patient is a 43-year-old male admitted with the history described in his history and physical. He was seen initially from the emergency room where he was complaining of nausea and two weeks of abdominal pain. He described this as mid-epigastric, mid-chest pain actually radiating into his back. He was admitted because of an abnormal ultrasound which was indicative in the radiologist's opinion of acute cholecystitis because of gallbladder wall thickening. There was no enlargement of the common duct. There was no stone seen and his presentation was mildly atypical in this regard. Be that as it may, he was admitted with further work-up for his chest pain, a differential diagnosis entertained. CAT scan of the chest showed no evidence of PE, cardiac isoenzymes were negative. Chest x-ray was unremarkable. EKGs were unremarkable. An upper endoscopy showed no evidence of ulcerations and there were no varices. His pain seemed mostly reproducible, mid-epigastric, more mid-sternal with reproduction and seemed more consistent with costochondritis. His SED rate was slightly elevated. A D Dimer was pending at this time. Generally pulmonary embolism, coronary disease, peptic ulcer disease, aneurismal changes were excluded during his work-up. It was probable that the patient's pain was related to costochondritis. He was advised as per progress note date of discharge, any worsening changing symptoms need further evaluation. A further work-up is necessary perhaps in terms of his gallbladder but definitely in terms of a stress test and echocardiogram to assess any possibility of coronary disease; this can be done as an outpatient in my opinion. In the meantime the patient will continue on Ibuprofen, Tylenol, Interferon, Ribavirin and Amoxicillin 500 mg. t.i.d. Any worsening symptoms, he should be re-evaluated pending these other diagnostic studies. This was described for him in detail and he understood this at the time of discharge.

_____
GARY ANDERSON, D.O.

D: 04/16/2005 0940
T: 04/16/2005 1228
GLA/kb

000318

KANE COMMUNITY HOSPITAL
KANE, PA

### HISTORY AND PHYSICAL

Name:  DONALD MOSHIER
Admission Date: 04/14/2005
Admission #: 286109
MR#: 31916

CHIEF COMPLAINT:  Two weeks of mid epigastric pain.

HPI:  The patient is a 43-year-old male with a history of cirrhosis, chronic hepatitis C and was referred from FCI McKean because of chest pain, substernal pain, epigastric area pain.  He states he has been having this on and off for the last couple of weeks.  It has been worse, especially the last couple days, almost steady.  He describes it mostly in his mid chest, into his mid back with some nausea, but no vomiting.  He can't eat, although he states his appetite is generally good.  He was seen in the emergency room, subsequent CT scan, ultrasound indicative of acute on chronic cholecystitis.  He was given Toradol in the ER and his xiphoid area injected, that seemed to help somewhat.  He has had no other change in bowel or bladder habits.  Denies any hematochezia, hematemesis.  He has a notable history for chronic hepatitis C and diagnosed with cirrhosis by a liver biopsy done in Bradford.

PMH:  Significant for lumbar disc disease.  He has had an appendectomy done years ago.  He has had patellar fracture in his left knee in the past.

MEDICATIONS:  Ribavirin, Interferon which caused some pancytopenia according to Dr. Bean.  He has been on that since October.

SH:  Former smoker, quit in December.  Heavy drinker but has also quit and has had Hepatitis C secondary to IV cocaine years ago.

ALLERGIES:  Rice.

FH:  Mother is alive with diabetes.  Father is terminal with cancer and diabetes.

REVIEW OF SYSTEMS:
GENERAL:  No fever or chills, weight change, or appetite disturbance.  EYES:  No visual changes, blurred vision, or double vision.  ENT:  No hearing loss or tinnitus.  No nosebleeds or sinus congestion.  No hoarseness or difficulty swallowing.  CARDIAC:  No chest pain, palpitations, or lightheadedness.  LUNGS:  No productive coughing, wheezing, or hemoptysis.  GI:  As above.  GU:  No dysuria, frequency, or urgency.  MSK:  No clubbing, cyanosis, or edema.  No arthralgia.  HEMATOLOGIC-LYMPHATIC:  No swollen glands, abnormal bruising, or bleeding.  ENDOCRINE:  No polyuria, polydipsia, heat or cold intolerance.  NEUROLOGICAL:  No headaches, paresthesia, weakness, numbness, or tremors.

000319

KANE COMMUNITY HOSPITAL
KANE, PA

HISTORY AND PHYSICAL

DONALD MOSHIER (continuation)

ALLERGIES: No sneezing, itchy eyes, or rashes.

PHYSICAL EXAM:
GENERAL APPEARANCE: He appears well, in no distress.

VITALS: T--98, P--84, R--20, BP--142/84.

EYES: Nonicteric. Pupils equal and reactive to light and symmetrical.

EARS, NOSE, THROAT, NECK:   Head is normocephalic. Neck is supple without palpable masses. No thyromegaly. Hearing intact to voice. External ears normal. Nares patent. Pharyngeal area clear. No bruits auscultated. Carotid upstroke normal.

HEART:  Regular. PMI is in normal position. No lift or heave noted. No S3 gallop.

LUNGS: Clear to auscultation. No rales, rhonchi, or wheezes.

CHEST: Normal excursion and AP diameter. No accessory muscle usage.

GASTROINTESTINAL: Tender in the mid epigastric area. No rebound or guarding. Good bowel sounds in all quadrants. No pulsatile lesions.

HEMATOLOGIC-LYMPHATIC: No adenopathy in the neck or groin.

MUSCULOSKELETAL: No cyanosis, clubbing, or edema.

SPINE: No tenderness or spasm.

PULSE: Radial pulses symmetrical. Femoral pulses palpable and symmetrical.

NEUROLOGIC: No focality. Reflexes symmetrical. Sensory motor exam intact.

SKIN: No rashes or suspicious nevi. Good turgor.

LABORATORY DATA: Ultrasound of the gallbladder shows a distended gallbladder filled with sludge, very thick edematous wall, apparently no stones were seen but consistent with acute cholecystitis according to the radiologist. Urinalysis showed no evidence of bilirubin, positive nitrite, 4+ bacteria. Amylase 44, bilirubin elevated at 1.4, transaminase is 89.65, alkaline phosphatase was 64, BUN 16, creatinine 0.9, sodium 137, potassium 3.9, troponin 0.1, CPK 37, white count 2.4, hemoglobin 2.9, platelets 94, 67% segs and approximately 12 to 1400 neutrophils. EKG shows sinus mechanism.

000320

KANE COMMUNITY HOSPITAL
KANE, PA

**HISTORY AND PHYSICAL**

DONALD MOSHIER (continuation)

IMPRESSION:    A 43-year-old male presenting with a history of cirrhosis, mid epigastric pain, abnormal gallbladder on ultrasound.  Differential diagnosis to include cholecystitis acute on chronic, peptic ulcer disease, musculoskeletal pain, doubt myocardial or cardiopulmonary etiologies.  Rectal done in the ER heme negative.

PLAN:  The patient is admitted to the hospital, started on Toradol for pain, continued on Interferon, Ribavirin, Unasyn intravenously, Albuterol mini nebs.  He will be kept NPO after midnight for upper endoscopy tomorrow morning.  Risks and benefits were discussed, including the risk of puncturing his stomach, side effects from sedating medication or bleeding.  Surgical consultation may be required.


_____
GARY ANDERSON, D.O.

D: 04/14/2005 1706
T: 04/15/2005 0729
GLA:sln

000321

MOSHIER, DONALD    124-2
PO BOX 5000
BRADFORD    PA 16701
08/16/1961    31916/
ANDERSON, GARY    04/14/05  286109
111111111  M  43 INPATIENT

# PHYSICIAN'S ORDERS

Stopping of an order should be written as a specific order
Automatic Stop Order: Medication orders will follow the
policy and procedure on administration of medications.  I
hereby authorize Kane Community Hospital Pharmacy to
dispense a generic equivalent (under the formulary system)
unless otherwise indicated.

| Date & Time | Height: Weight: Drug Allergies | Nurse's Initials |
|---|---|---|
| | Diagnosis: Acute cholecystitis; UTI; Hyperlipid Pancreas | |
| 4/14/05 4:40 PM | ① Admit Dr Anderson ✓ | |
| | ② IV 0.9 NS @ 125 cc/° – ✓ | |
| | ③ NPO | |
| | ④ Activities – as tolerated ✓ | |
| | ⑤ Vitals q 4° – | |
| | ⑥ Labs ✓ CBC, Basic Lipid profile – UA, PT, PTT, Amylase ✓ Urine C+S | done ✓ |
| | ⑦ Blood ✓ Fluid Precautions – Hep C | |
| | ⑧ CXR – PA/Lat – ✓ | |
| | ⑨ EKG – done ✓ | |
| | ⑩ CT Scan Abdomen/Pelvis – done ✓ | |
| | ⑪ GB Sonogram – done ✓ | |
| | ⑫ Meds ✓ Toradol 30 mg IV q 6° prn pain ✓ | |
| | b) Interferon 180 mg SQ q week ✓ | |
| | c) Ribivirin 600 mg po bid ✓ | |
| | d) Unasyn – 3 gms IV q 6° ✓ | |
| | ⑬ Albuterol MDI – 2 puff q 4° prn wheezing ✓ | |
| | ⑭ Lactulose 5 cc po bid ✓ | |
| | ⑮ For other orders/problems contact Dr Anderson. | |
| | Thank you! | |
| | _____ orders. | |
| 4/14/05 | NPO p̄ midnight, Comfort diet tonight ✓ Call OR to add for EGD in AM at 8 am ✓ | |

**PLEASE! USE BALL POINT PEN ONLY**    **PHYSICIAN'S ORDERS** 000322

Amylase, Lipase c̄ ER labs ✓

Chart Forms/Physicians Orders/Dec 04

noted Mary J Rushoshun
4/14/05  2045

MOSHIER, DONALD     124-2
PO BOX 5000
BRADFORD      PA 16701
      08/18/1961    31918/
ANDERSON, GARY    04/14/05  286109
111111111  M 43 INPATIENT

## PHYSICIAN'S ORDERS

Stopping of an order should be written as a specific order
Automatic Stop Order: Medication orders will follow the
policy and procedure on administration of medications.  I
hereby authorize Kane Community Hospital Pharmacy to
dispense a generic equivalent (under the formulary system)
unless otherwise indicated.

Height: _____   Weight: _____
Drug Allergies

| Date & Time | Diagnosis: | | Nurse's Initials |
|---|---|---|---|
| 4/15/05 | EKG  Troponin I  D-Dimer, CPK | v Sq Qs' off | |
| | Sed Rate    this AM | NPU mtrl abt | |
| | CT Scan  chest  today | | |
| | Echocardiogram | | |
| | today        M. ___ DO | | |
| 4/16/05 | Discharge | Medical | |
| | | B. Buell Phc | |
| | | 4/16/05 | |
| | | 0950 | |

**PLEASE! USE BALL POINT PEN ONLY**          **PHYSICIAN'S ORDERS**

Chart Forms/Physicians Orders/Dec 04

000323

DONALD MOSHIER
04/15/2005

Don this morning is still complaining of pain in his mid-chest area. It hurts to take a deep breath. It has been pretty much persistent all night. He has had no nausea or vomiting associated with it. He describes it mostly in the mid-epigastric area radiating into his back.

VITAL SIGNS: He is afebrile. P-64  BP-134/88, ranging 88 to 100 systolic.

On exam, his neck is supple, there is no jugular venous distention. His heart is regular, there is no S3 gallop or rub. Lungs are clear, no rales or rhonchi. He has some reproducible pain in his mid-epigastric and mid-chest area. Abdomen is soft, non-distended. Extremities show no edema.

LABORATORY DATA: His white count and hemoglobin from yesterday noted. His INR was 1.2, amylase 44, troponin 0.01.

DIAGNOSTIC IMPRESSION:  1.  Mid-epigastric pain
                        2.  Presumptive acute cholecystitis based on scans; no stones in the gallbladder however. Pain and symptoms mildly atypical but still possibly consistent with cholecystitis.

PLANS:  The patient is scheduled for an upper endoscopy this morning to exclude any possibility of ulceration or peptic disease. Risks, benefits of endoscopic procedure discussed with the patient including the risk of puncturing his stomach, side effects from sedating medication or bleeding related to the procedure. He did agree today.

GARY ANDERSON, D.O.

D:  04/15/2005 0719
T:  04/15/2005 1052
GLA/kb

DONALD MOSHIER
04/16/2005

Don this morning continuing to complain of pleuritic type chest pain substernally. He states that when he takes a deep breath it hurts below his chest, in his mid-epigastric area. He has had no shortness of breath, productive coughing, indigestion, no further nausea. He has been able to tolerate his diet without difficulty. He has had no other changes in his bowel or bladder habits, no fevers or chills, or viral symptoms.

On physical examination, he generally is in no distress, appears relaxed. T-97 P-68 BP-150/78

On exam, his neck is supple, no JVD. His heart is regular, there is no S3 gallop or rub. His lungs are clear, there are no rales, rhonchi or wheezes. There is no pleuritic friction rub and no evidence of a rub over the chest. The abdomen is soft, tender in the mid-epigastric area, over the sternum and xiphoid. He has good bowel sounds. He has no right upper quadrant tenderness, no guarding or rebound.

LABORATORY DATA: CAT scan report is still pending. I did look at it myself. I don't see any obvious clot, no infiltrates in the lung, no evidence of pericardial effusion. An echocardiogram ordered yesterday was not done. The patient's SED rate is slightly elevated at 16. CPK 49, troponin 0.1 yesterday.

DIAGNOSTIC IMPRESSION: Chest pain which is reproducible, pleuritic in quality. Initial cardiac work-up is negative. His ultrasound of his gallbladder and CAT scan were suspicious regarding cholecystitis so those presentations somewhat atypical in my opinion, no stones, no fever. He is tolerating his diet without nausea. His pain location mid-epigastric. His CAT scan reviewed shows no evidence of an aneurysm. His risk factors for PE are generally low.

PLANS: Awaiting CAT scan report. In my opinion his symptoms are mostly musculoskeletal at this time but cannot exclude a pulmonary embolism definitively. D Dimers are sent out and not back. Will await CAT scan report but the situation described, the patient, my feeling is that it is musculoskeletal. Any changing symptoms, worsening symptoms, unresolving symptoms need further work-up. He should be adequate to treat him with antibiotics empirically for any possibility of cholecystitis. Ibuprofen or Tylenol as needed for pain. The patient is concerned because he is isolated over there and can't get the care that he may need. If the situation changes he may need to be observed an additional 24 hours pending the CAT scan report. His Ribavirin and Interferon to continue as an outpatient. His EGD reviewed with him again today.

_____
GARY ANDERSON, D.O.

D: 04/16/2005  0928
T: 04/16/2005  1218
GLA/kb

000325

DONALD MOSIER
04/16/2005
ADDENDUM

CAT scan reported negative. Verbal report from Radiology.

FINAL DIAGNOSIS:  Musculoskeletal chest pain, rule out pleuritic chest pain

PLANS:  The patient is stable for discharge.

_____
GARY ANDERSON, D.O.

D:  04/1/6/2005  0940
T:  04/16/2005  1225
GLA/kb

000326

Quest on Demand™

PATIENT INFORMATION
**MOSHIER, DONALD**

Associated Clinical Laboratories
CLIENT SERVICE 814.461.2400

DOB: 08/18/1961  Age: 43
GENDER: M

REPORT STATUS **Final**

ORDERING PHYSICIAN
**ANDERSON G**

SPECIMEN INFORMATION
SPECIMEN:    ET858566X
REQUISITION: 4511870006269
LAB REF NO:  4511870006269

ID: 31916

CLIENT INFORMATION
451187
KANE COMMUNITY HOSPITAL
NORTH FRALEY STREET
KANE, PA 16753

COLLECTED: 04/14/2005    20:02
RECEIVED:  04/15/2005    19:26
REPORTED:  04/15/2005    21:07

COMMENTS:   124

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| LIPASE, SERUM | 261 | | 114-286 U/L | A |

---

**Performing Laboratory Information:**

A    ASSOCIATED CLINICAL LABS 1526 PEACH STREET ERIE PA 16501

000327

MOSHIER, DONALD - ET858566X

Page 1 - End of Report

Kane Community Hosp/                                      **Laboratory Report**
North Fraley Street
Kane, PA  16735                                           **Final Report**
814.837-8585                                              Location:

| Patient Name **MOSHIER, DONALD** | | Patient Phone (814) 362-8900 | Room/Bed |
| --- | --- | --- | --- |
| Diagnosis **UNKNOWN** | | Ordered **04/14/2005**  1242  BAA | Accession # 174468    STAT |
| Admitting    Freeman, Richard Ordering     Freeman, Richard | | Scheduled **04/14/2005**  1235  BAA | Spec # 362143 |
| Attending   Freeman, Richard Family | | Collected 04/14/2005  1254  MLW | MR # 31916 |
| Patient Type **ER** | DOB 08/18/1961 | Sex M  Admit/Discharge Date Admit **04/14/2005** Dischg **04/14/2005** | Received 04/14/2005  1255  PLH | Visit # 286109 |

| Test | Result | Flag | Range | Units | Date/Time/Tech |
| --- | --- | --- | --- | --- | --- |
| **CHEMISTRY** | | | | | |
| AMYLASE | 44 | | 29-103 | U/L | 4/14/2005  1350  MLW |
| **LIVER PROFILE** | | | | | |
| TP | 7.1 | | 5.4 - 8.1 | g/dl | 4/14/2005  1356  MLW |
| ALBUMIN | 4.2 | | 2.3 - 5.3 | g/dl | 4/14/2005  1358  MLW |
| GLOBULIN | 2.9 | | 2.6 - 3.1 | g/dl | 4/14/2005  1356  MLW |
| A/G RATIO | 1.4 | | 0.0 - 0.0 | | 4/14/2005  1358  MLW |
| T BILI | * 1.4 | H | 0.1 - .9 | mg/dl | 4/14/2005  1358  MLW |
| D BILI | * 0.3 | H | 0.0 - .2 | mg/dl | 4/14/2005  1358  MLW |
| ALK PHOS | 64 | | 25 - 133 | IU/L | 4/14/2005  1356  MLW |
| ALT | * 89 | H | 3 - 35 | iu/l | 4/14/2005  1358  MLW |
| AST | * 65.0 | H | 16.0 - 38.0 | iu/l | 4/14/2005  1356  MLW |
| results repeated (04/14/2005 13:56 By MLW) | | | | | |
| **CHEMSCREEN** | | | | | |
| GLUCOSE | 87 | | 75.0 - 129.0 | mg/dl | 4/14/2005  1350  MLW |
| BUN | 16 | | 9.0 - 26.0 | mg/dl | 4/14/2005  1350  MLW |
| CREAT | 0.9 | | 0.4 - 1.6 | mg/dl | 4/14/2005  1350  MLW |
| Na | 137 | | 134.0 - 144.0 | mmol/L | 4/14/2005  1350  MLW |
| K | 3.9 | | 3.3 - 5.3 | mmol/L | 4/14/2005  1350  MLW |
| Cl | 103 | | 98.0 - 114.0 | mmol/L | 4/14/2005  1350  MLW |
| TCO2 | 26 | | 20.0 - 34.0 | mmol/L | 4/14/2005  1350  MLW |
| ANION GAP | 12 | | | | 4/14/2005  1350  MLW |
| Ca | 8.6 | | 8.6 - 11.2 | mg/dl | 4/14/2005  1350  MLW |

Order Comments:
    fmd dr anderson

Name:   **MOSHIER, DONALD**          **Final Report**          Print:  4/14/2005  1:55:24PM
MR #:   31916                       Page 1 of 1
Test:   **LIVER PROFILE, CHEMSCREEN, AMYLASE**

000328

SingleSpecimenAuto.rpt

Kane Community Hospi                                    Laboratory Report
North Fraley Street
Kane, PA 16735                                          Final Report
814.837-8585
                                                        Location:

| Patient Name **MOSHIER, DONALD** | | Patient Phone (814) 362-8900 | Room/Bed |
|---|---|---|---|
| Diagnosis **UNKNOWN** | | Ordered 04/14/2005  1243  BAA | Accession # 174470    STAT |
| Admitting   Freeman, Richard | | Scheduled 04/14/2005  1235  BAA | Spec # 362146 |
| Ordering    Freeman, Richard | | | |
| Attending   Freeman, Richard | | Collected 04/14/2005  1254  MLW | MR # 31916 |
| Family | | | |
| Patient Type      DOB      Sex    Admit/Discharge Date Admit  04/14/2005 | | Received 04/14/2005  1255  PLH | Visit # 286109 |
| **ER**      08/18/1961  **M**    Dischg  04/14/2005 | | | |

| Test | Result | Flag | Range | Units | Date/Time/Tech |
|---|---|---|---|---|---|
| **CHEMISTRY** | | | | | |
| TROPONIN I | 0.01 | | <.40 | ng/ml | 4/14/2005    1357  MLW |

**Order Comments:**

| Name:   MOSHIER, DONALD | Final Report | Print:   4/14/2005   1:55:18PM |
|---|---|---|
| MR #:   31916 | Page 1 of 1 | |
| Test:   TROPONIN I | | |

000329

SingleSpecimenAuto.rpt

Kane Community Hospi

North Fraley Street
Kane, PA  16735
814.837-8585

**Laboratory Report**

**Final Report**

Location:

| Patient Name | | | | |
|---|---|---|---|---|
| **MOSHIER, DONALD** | | Patient Phone | Room/Bed | |
| | | (814) 362-8900 | | |

| Diagnosis | | Ordered | | | Accession # | |
|---|---|---|---|---|---|---|
| **UNKNOWN** | | 04/14/2005  1243  BAA | | | 174470    **STAT** | |

| Admitting | Freeman, Richard | Scheduled | | Spec # |
|---|---|---|---|---|
| Ordering | Freeman, Richard | 04/14/2005  1235  BAA | | 362145 |
| Attending | Freeman, Richard | Collected | | MR # |
| Family | | 04/14/2005  1254  MLW | | 31916 |

| Patient Type | DOB | Sex | Admit/Discharge Date | Received | Visit # |
|---|---|---|---|---|---|
| **ER** | 08/18/1961  **M** | | Admit  04/14/2005  Dischg  04/14/2005 | 04/14/2005  1255  PLH | **286109** |

| Test | Result | Flag | Range | Units | Date/Time/Tech |
|---|---|---|---|---|---|
| **CHEMISTRY** | | | | | |
| CPK | 37.0 | | 4.0 - 230.0 | iu/l | 4/14/2005   1348  MLW |

Order Comments:

*a✗* (signature)

| | | | | |
|---|---|---|---|---|
| Name: | MOSHIER, DONALD | **Final Report** | Print: | 4/14/2005  1:47:47PM |
| MR #: | 31916 | Page 1 of 1 | | |
| Test: | CPK | | | |

SingleSpecimenAuto.rpt

Kane Community Hospital
North Fraley Street
Kane, PA 16735
814.837-8585

**Laboratory Report**

**Final Report**

Location:

| Patient Name | | | | | |
|---|---|---|---|---|---|
| **MOSHIER, DONALD** | | | Patient Phone (814) 362-8900 | Room/Bed | |

| Diagnosis | | | Ordered | | | |
|---|---|---|---|---|---|---|
| **UNKNOWN** | | | 04/14/2005   1307   BAA | | Accession # 174480   **STAT** | |

| Admitting | Freeman, Richard | | Scheduled 04/14/2005   1305   BAA | Spec # 362158 |
|---|---|---|---|---|
| Ordering | Freeman, Richard | | | |
| Attending | Freeman, Richard | | Collected 04/14/2005   1308   amb | MR # 31916 |
| Family | | | | |

| Patient Type | DOB | Sex | Admit/Discharge Date Admit  04/14/2005 Dischg 04/14/2005 | Received 04/14/2005   1308   AMB | Visit # 286109 |
|---|---|---|---|---|---|
| **ER** | 08/18/1961 | M | | | |

| Test | Result | Flag | Range | Units | Date/Time/Tech |
|---|---|---|---|---|---|
| **UA** | o | | | | |

URINE WITH MICROSCOPIC

| Test | Result | Flag | Range | Units | Date | Time | Tech |
|---|---|---|---|---|---|---|---|
| COLOR | Yellow | | | | 4/14/2005 | 1426 | MLW |
| APPEARANCE | Clear | | | | 4/14/2005 | 1426 | MLW |
| LEUKOCYTE | Negative | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| NITRITE | Positive | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| UROBILINOGEN | 1.0 EU/dL | | | EU/dl | 4/14/2005 | 1426 | MLW |
| PROTEIN(UA) | negative | | 0 - 0 | | 4/14/2005 | 1426 | MLW |
| confirmed (04/14/2005 14:26 By MLW) | | | | | | | |
| pH | 6.0 | | | | 4/14/2005 | 1426 | MLW |
| BLOOD | Trace | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| SP GRAVITY | 1.025 | | | | 4/14/2005 | 1426 | MLW |
| KETONES | Negative | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| BILIRUBIN,(UA) | Negative | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| GLUCOSE UA | Negative | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| MICRO-WBC | 0-5 /hpf | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| MICRO-BACTERIA | 4+ | | NEGATIVE | | 4/14/2005 | 1426 | MLW |
| C&S IF INDICATE | 1 | | | | 4/14/2005 | 1426 | MLW |

**Order Comments:**

DO YOU WANT A C&S IF UA IS POSITIVE?: yes, clean catch
URINE WITH MICROSCOPIC: Ordered as laboratory reflex order

Name:    **MOSHIER, DONALD**
MR #:    31916
Test:    **URINE WITH MICROSCOPIC**

**Final Report**
**Page 1 of 1**

Print:  4/14/2005  2:24:55PM

000331

Kane Community Hospi

**Laboratory Report**

North Fraley Street

Kane, PA 16735

**Final Report**

814.837-8585

**Location:**

| Patient Name MOSHIER, DONALD | | Patient Phone (814) 362-8900 | Room/Bed M/S 124  2 |
|---|---|---|---|
| Diagnosis UNKNOWN, ESI-3 | Ordered 04/14/2005  1242  BAA | | Accession # 174468     STAT |
| Admitting     Anderson, Gary | Scheduled 04/14/2005  1235  BAA | | Spec # 362142 |
| Ordering      Freeman, Richard | | | |
| Attending     Anderson, Gary Family | Collected 04/14/2005  1254  MLW | | MR # 31916 |
| Patient Type          DOB      Sex     Admit/Discharge Date INPATIENT         08/18/1961   M     Admit  04/14/2005 Dischg | Received 04/14/2005  1254  PLH | | Visit # 286109 |

| Test | Result | Flag | Range | Units | Date/Time/Tech |
|---|---|---|---|---|---|
| COAG | | | | | |
| PTT | 28.0 | | 0.0 - 45.0 | sec | 4/14/2005  2039  JLZ |
| PROTHROMBIN TIME PT | | | | | |
| PT | 13.3 | | 9.6 - 13.6 | sec | 4/14/2005  2039  JLZ |
| INR | * 1.2 | L | 2.0 - 3.0 | INR | 4/14/2005  2039  JLZ |

### EXCEPT FOR MECHANICAL PROSTHETIC VALVES AND
POST -MYOCAR IAL INFARCTION  INR = 2.5-3.5

Order Comments:
fed dr anderson
added Draw Charge

Kane Community Hospi                                    Laboratory Report
North Fraley Street
Kane, PA  16735                                          Final Report
814.837-8585                                             Location:

| Patient Name **MOSHIER, DONALD** | | | | Patient Phone (814) 362-8900 | Room/Bed **M/S 124  2** |
|---|---|---|---|---|---|
| Diagnosis **UNKNOWN, ESI-3** | | | Ordered 04/14/2005  1426  BAA | | Accession # **174480      STAT** |
| Admitting    Anderson, Gary Ordering      Freeman, Richard | | | Scheduled 04/14/2005  1305  BAA | | Spec # **362177** |
| Attending    Anderson, Gary Family | | | Collected 04/14/2005  1308  amb | | MR # **31916** |
| Patient Type **INPATIENT** | DOB **08/18/1961** | Sex **M** | Admit/Discharge Date Admit  **04/14/2005** Dischg | Received 04/14/2005  1427  MLW | Visit # **286109** |

| Test **MICRO** | Result | Flag | Range | Units | Date/Time/Tech |
|---|---|---|---|---|---|
| URINE C & S | | | | | |
| SOURCE | CLEAN CATCH | | | | 4/15/2005   1445  JLZ |
| COLONY COUNT | NO GROWTH | | | | 4/15/2005   1445  JLZ |
| PRELIMINARY | See Comment | | | | 4/15/2005   1445  JLZ |
| FINAL | NO GROWTH | | | | 4/15/2005   1445  JLZ |

   NO FURTHER TESTING PERFORMED.
   (04/15/2005 14:45 By JLZ)

**Order Comments:**

   DO YOU WANT A C&S IF UA IS POSITIVE?: yes, clean catch
   URINE WITH MICROSCOPIC: Ordered as laboratory reflex order
   URINE C & SOrder Added As Laboratory Reflex Order

Kane Community Hospi
North Fraley Street
Kane, PA 16735
814.837-8585

**Laboratory Report**

**Final Report**

Location:

| Patient Name | | | | |
|---|---|---|---|---|
| **MOSHIER, DONALD** | | Patient Phone (814) 362-8900 | Room/Bed | |

| Diagnosis | | Ordered | | Accession # |
|---|---|---|---|---|
| **UNKNOWN** | | 04/14/2005   1242   BAA | | **174468   STAT** |

| Admitting | Freeman, Richard | Scheduled | Spec # |
|---|---|---|---|
| Ordering | Freeman, Richard | 04/14/2005   1235   BAA | 362141 |
| Attending | Freeman, Richard | Collected | MR # |
| Family | | 04/14/2005   1254   MLW | 31916 |

| Patient Type | DOB | Sex | Admit/Discharge Date | Received | Visit # |
|---|---|---|---|---|---|
| **ER** | 08/18/1961 | M | Admit  04/14/2005  Dischg 04/14/2005 | 04/14/2005   1254   PLH | **286109** |

| Test | Result | | Flag | Range | Units | Date/Time/Tech |
|---|---|---|---|---|---|---|
| **HEMATOLOGY** | | | | | | |
| CBC W/ MANUAL DIFF | | | | | | |
| WBC | * | 2.4 | L | 4.80 - 10.80 | x 10 `3 | 4/14/2005   1346  MLW |
| RBC | * | 4.04 | L | 4.70 - 6.10 | x 10 `6 | 4/14/2005   1346  MLW |
| HGB | * | 12.9 | L | 14.0 - 18.0 | g/dl | 4/14/2005   1346  MLW |
| HCT | * | 37.4 | L | 42.0 - 52.0 | % | 4/14/2005   1346  MLW |
| MCV | | 93 | | 80 - 99 | fl | 4/14/2005   1346  MLW |
| MCH | * | 31.9 | H | 27.0 - 31.0 | pg | 4/14/2005   1346  MLW |
| MCHC | | 34.5 | | 33.0 - 37.0 | g/dl | 4/14/2005   1346  MLW |
| PLT | * | 94 | L | 130 - 400 | x 10 `3 | 4/14/2005   1346  MLW |
| RDW | | 16.4 | | 11.6 - 16.5 | % | 4/14/2005   1346  MLW |
| MPV | | 10.7 | | 7.4 - 11.0 | fl | 4/14/2005   1346  MLW |
| LYMPH | | 24.3 | | 15.0 - 41.0 | % | 4/14/2005   1346  MLW |
| MIXED | * | 12.8 | H | 1.7 - 9.3 | % | 4/14/2005   1346  MLW |
| GRAN | | 62.9 | | 42.2 - 75.2 | % | 4/14/2005   1347  MLW |
| MDIFF SEGS | * | 67 | H | 35 - 65 | % | 4/14/2005   1347  MLW |
| MDIFF LYMPH | * | 24 | L | 25 - 45 | % | 4/14/2005   1347  MLW |
| MDIFF MONO | | 8 | | 1 - 8 | % | 4/14/2005   1347  MLW |
| MDIFF EOSO | | 1 | | 0 - 4 | % | 4/14/2005   1347  MLW |
| RBC MORPH | | See Comments | | | | 4/14/2005   1347  MLW |
| 2+ ANISOCYTOSIS | | | | | | |
| 2+ MACROCYTOSIS | | | | | | |

Order Comments:

    fmd dr anderson
    CBC WITH MANUAL DIFF: Ordered as laboratory reflex order
    CBC W/ MANUAL DIFF: Ordered as laboratory reflex order

| Name: | MOSHIER, DONALD | Final Report | Print:   4/14/2005   1:45:57PM |
|---|---|---|---|
| MR #: | 31916 | Page 1 of 1 | |
| Test: | CBC W/ MANUAL DIFF | | |

000334

SingleSpecimenAuto.rpt

Quest on Demand™

Associated Clinical Laboratories
CLIENT SERVICE 814.461.2400

PATIENT INFORMATION
**MOSHIER,DONALD**

DOB: 08/18/1961  Age: 43
GENDER: M

REPORT STATUS **Final**

ORDERING PHYSICIAN
**ANDERSON,GARY**

SPECIMEN INFORMATION
SPECIMEN:    ET859284I
REQUISITION: 4511870006289
LAB REF NO:  4511870006289

ID: 31916

CLIENT INFORMATION
451187
KANE COMMUNITY HOSPITAL
NORTH FRALEY STREET
KANE, PA 16753

COLLECTED: 04/15/2005    08:35
RECEIVED:  04/15/2005    19:01
REPORTED:  04/15/2005    20:46

---

COMMENTS:    124-2

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| D-DIMER | | | | |
| D-DIMER (EIA) | 338 | | < 500 ng/mL | A |

THIS ASSAY IS A QUANTITATIVE
ELISA INTENDED FOR USE AS AN AID
IN THE DIAGNOSIS OF PE AND DVT
WITH A HIGH NEGATIVE PREDICTIVE
VALUE.

-----------------------------------------------------------------------------------

**Performing Laboratory Information:**

A    ASSOCIATED CLINICAL LABS 1526 PEACH STREET ERIE PA  16501

000335

# Preliminary Radiology Report

Patient Name _____

Physician Name _____ Date _____

ER ____          ICU ___          INPT ___          OP ____

Exam(s) _____ CT Chest _____

Report _____

without + both _____ contrast

Normal

Radiologist Signature _____

Verbal report date and time _____

Radiologist giving verbal _____

Technologist taking verbal report _____

000336

# Preliminary Radiology Report

Patient Name _Donald Moshier_____

Physician Name _____ Date _____

ER _✓____    ICU ____    INPT____    OP ____

Exam(s) _____

Report   _U.S. of Upper abd_____

_____

Distended gall-bladder, filled with sludge
and very thick edematous wall.
Consistent with acute cholecystitis.

Radiologist Signature _____

Verbal report date and time _____

Radiologist giving verbal _____

Technologist taking verbal report _____

000337

### KANE COMMUNITY HOSPITAL
### KANE, PA

### RADIOLOGY REPORT

NAME:  DONALD MOSHIER
PO BOX 5000
BRADFORD  , PA 16701
814-3628900

MED REC #: 31916          ADM #: 286109
DATE OF BIRTH:  08/18/1961                    AGE: 43Y

PHYSICIAN:  RICHARD E FREEMAN, M.D.          ROOM: INPATIENT
DATE OF EXAM:  04/14/2005          X-RAY #: 36625

Clinical information:  Chest pain, right upper abdominal pain, history of cirrhosis and hepatitis.  Gallbladder disease.

<u>ULTRASOUND OF THE UPPER ABDOMEN:</u>
     The liver is ultrasonographically normal.  However, predominantly functional hepatocellular disease may not be demonstrable ultrasonographically and further clinical correlation is requested.  There are no space occupying lesions within the liver.
     There is no dilatation of the biliary duct system and the common bile duct measures 4.0 mm.
     The gallbladder is moderately distended.  It is filled with sludge.  The gallbladder wall is significantly thickened, measuring up to 10.0 mm.  There is no pericholecystic fluid collection.  However, from the overall appearance, the findings would be consistent with acute cholecystitis.
     There are no other significant findings.

IMPRESSION:  Changes in the gallbladder which are consistent with acute cholecystitis
               as discussed above.  Clinical correlation is also requested.  If there
               is any question clinically, then further evaluation with HIDA scan
               may also be judicious.

JAMIL SARFRAZ, M.D.
RADIOLOGIST

D: 04/14/2005 1628
T: 04/15/2005 1435
JS:sln

000338

## KANE COMMUNITY HOSPITAL
## KANE, PA

### RADIOLOGY REPORT

NAME:  DONALD MOSHIER
PO BOX 5000
BRADFORD , PA 16701
814-3628900

MED REC #: 31916          ADM #: 286109
DATE OF BIRTH:  08/18/1961                AGE: 43Y

PHYSICIAN:  RICHARD E FREEMAN, M.D.          ROOM: INPATIENT
DATE OF EXAM:  04/14/2005               X-RAY #: 36625

Clinical information:  Substernal chest pain radiating to the back; back pain; gallstones; status post appendectomy.

<u>CHEST - PA AND LATERAL VIEWS:</u>
The study is normal.

<u>CT SCAN OF THE ABDOMEN AND CT SCAN OF THE PELVIS:</u>
The study was performed without and then with intravenous contrast administration.  Oral contrast medium was also administered.
The following observations are made:

1.  The liver, spleen, pancreas, adrenal glands, and the kidneys are normal.

2.  The gallbladder wall is thickened and edematous.  The appearance is consistent with acute cholecystitis.  Within the gallbladder, there is rim-like density which either is part of thickened inflamed wall, or may represent partially calcified calculus.  Further correlation with ultrasound examination may also be helpful.

3.  There is no dilatation of the biliary duct system.

4.  The remainder of the CT scan of the abdomen and CT scan of the pelvis are unremarkable.

IMPRESSION:  Evidence of acute cholecystitis.  Further correlation with ultrasound
                    examination is also requested.
                    The remainder of the examination is unremarkable.


_____
JAMIL SARFRAZ, M.D.
RADIOLOGIST

D: 04/14/2005 1535
T: 04/15/2005 1421
JS:sln

000339

## KANE COMMUNITY HOSPITAL
### KANE, PA

### RADIOLOGY REPORT

NAME:  DONALD MOSHIER
PO BOX 5000
BRADFORD  , PA 16701
814-3628900

MED REC #: 31916          ADM #: 286109
DATE OF BIRTH:  08/18/1961              AGE: 43Y

PHYSICIAN:  GARY ANDERSON, D.O.          ROOM: INPATIENT
DATE OF EXAM:  04/15/2005          X-RAY #: 36625

Clinical information:  Mid epigastric and lower chest pain.  Acute cholecystitis.

<u>CT SCAN OF THE CHEST:</u>
        The study was performed without and then with intravenous contrast
administration.
        The examination is normal, specifically, there is no evidence of pulmonary
embolism.  There is no acute pneumonic infiltrate.


_____
JAMIL SARFRAZ, M.D.
RADIOLOGIST

D: 04/15/2005 1822
T: 04/16/2005 0935
JS:sln

000340



FROM: ANDERSON
31916/286109    04/14/2005    11:27:04    Moshier, Donald L
                43 years    Male    White

Rx:
Dx: Chest Pain

Rate    82
PR      191
QRSD    104
QT      354
QTc     413

--AXIS--
P       60
QRS     33
T       17

· NORMAL SINUS RHYTHM, RATE 82.........................normal P axis, PR, rate & rhythm

— NORMAL ECG —

Kane Community Hospital
Dept: er
Room: cardiac
Oper: 1mg

280 lbs    73 ins    BP:170/100

COPY
RE
PRY
MD
MUST REVIEW

Requested by:
    Dr Freeman

000341



The Kane Community hospital
Dept: MS1
Room: 124-2
Oper: sb

31916 / 286109    04/15/2005  09:33:00 AM  MOSHIER, Donald    280 lbs    73 ins    BP:
Rx:                43 years      Male      White
Dx:

Rate    67
PR     199
QRSD    99      . Normal sinus rhythm, rate 67......................Normal P axis, PR, rate & rhythm
QT     387
QTc    408

--AXIS--
P     35
QRS   24
T     15

Requested by:
Dr Anderson

NO PREVIOUS EKG AVAILABLE - NORMAL ECG -

COPY
NARY MD MUST REVIEW

000342

# KANE COMMUNITY HOSPITAL
## KANE, PA

### OPERATIVE REPORT

NAME:  DONALD MOSHIER
MEDICAL RECORD #:  31916          ADM #:  286109
DATE:  04/15/2005

PREOPERATIVE DIAGNOSIS:     Mid epigastric pain.  Dyspepsia.  Rule out peptic disease.

POSTOPERATIVE DIAGNOSIS:    Mild gastritis.  No esophageal varices, gastric or duodenal ulcers.  Biopsies of the antrum to rule out Helicobacter.

OPERATION:                  Esophagogastroduodenoscopy

SURGEON:                     Gary Anderson, D.O.

ANESTHESIA:                  Intravenous sedation

PROCEDURE:  The patient was admitted to the OR and identified, placed in the left lateral recumbent position.  After appropriate intravenous sedation, after Cetacaine spray for local anesthesia a well lubricated endoscope was inserted into the first part of the esophagus and advanced by direct vision to the distal esophagus to the gastroesophageal junction, into the stomach, to the pylorus, into the duodenum.  The first three parts of the duodenum were examined and were normal in appearance.  The instrument was pulled back into the stomach.  The entire mucosa of the stomach was examined and was normal in appearance with the exception of some mild antral gastritis.  Biopsies were done to exclude Helicobacter.  The instrument was then pulled back into the esophagus.  Again the distal esophagus appeared normal.  The ora serrata was well formed.  There was no hiatal hernia.  There was no evidence of any varices.  The patient has a notable history of cirrhosis.  The instrument was then gradually removed, decompressing the stomach and the esophagus as it was removed.  The patient tolerated the procedure well.

_____
GARY ANDERSON, D.O.

D:  04/15/2005 0757
T:  04/19/2005 1013
GLA:sln

000343

# SURGICAL PATHOLOGY CONSULTATION
## HAMOT MEDICAL CENTER LABORATORY
Pathology Associates of Erie, Inc.
201 State Street
Erie, PA 16550
(814) 877-2241

| | |
|---|---|
| ..me: **MOSHIER, DONALD** | Med Rec #: (00002)528781 |
| ..rgical#: **02-SP-05-05760** | Hospital#: 000000250430766 |
| ..dering Physician: ANDERSON, GARY L., DO | SS#: - - |
| ..cation: KANE | DOB: 08/18/61 |
| | Age/Sex: 43 YRS M |

Procedure Date: 04/15/05
Date Received: 04/18/05.
Date Printed: 04/18/05

**..RE-OP DIAGNOSIS:**
  Mid-epigastric pain

**..ROCEDURE:**
  Biopsy

**..PECIMEN:**
  Antrum

**..ROSS DESCRIPTION:**
  Received in formalin, labeled with the patient's name and "antrum", are two
  fragments of soft light tan tissue measuring 0.4 x 0.2 x 0.2 cm. in
  aggregate.  The specimen is entirely submitted in one cassette.

  BAM/jet

**..MICROSCOPIC DESCRIPTION:**
  Performed and confirms final diagnosis.

**..IAGNOSIS:**
  **Gastric antrum, mucosal biopsies:**
    **Gastric mucosa, no active gastritis, intestinal metaplasia or malignancy**
    **identified.**

    **No H. pylori micro-organisms identified by special stain.**
                                          P1

  DLK/jet          Report Diagnosed By: DAVID L. KLAWON, MD
                   Report Verified By:  DAVID L. KLAWON, MD
                                        (Electronic Signature)
                   Verified Date:       04/18/05

PHYSICIAN:
KANE COMMUNITY HOSPITAL LAB
N. FRALEY ST. PO BOX 778
KANE
PA  16735-

Copies to:   GARY L. ANDERSON, DO

000344

Name: **MOSHIER, DONALD**
Med Rec#: (00002)528781

10924-052

Patient: **MOSHIER,DONALD**                    Age/Sex: **43/M**                    Location: **4EAST**
Acct#: **V04546554**                            DOB:      **08/18/1961**              Rm/Bed: **446A-1**
Unit#:  **M000226525**                          Physician:**Graham,Nathaniel MD**

---------------------------------------------------------

Specimen # **S05-1355**            Received: **04/20/05 - 1237**            Specimen Type: **SURGICAL**

---------------------------------------------------------

## MEDICAL CODES

**CODES:**    T-63000 - Gallbladder

## COPIES TO

Graham,Nathaniel MD
300 Hooker Fulton Bldg
Bradford, PA 16701
(814)368-7125

Miskiel,Edward J MD
116 Interstate Parkway
Bradford, PA 16701
(814)362-8425

## PTH PROCEDURES COMPLETE

**PROCEDURES:**    HE STAIN (04/20/05-1238)

## SPECIMEN/LOCATION

**TISSUES:**
        Gallbladder - Gallbladder

## GROSS DESCRIPTION

The specimen received in formalin consists of previously opened gallbladder, measuring 10 x 4 x 3.5 cm with an oval, transmural defect; measuring 1.7 x 1.5 cm in the fundus. The lumen contains small amount of reddish-brown bile and blood clots. No stones are identifiable. The wall is rubbery, edematous, thickened, varying from 0.3 to 0.8 cm in maximum thickness with focal hemorrhage, edema and congestion. Representative sections are submitted.

## MICROSTUDY DIAGNOSIS

000345

Gallbladder:
   Acute cholecystitis.

## DATE OF OPERATION

04-19-05

## PROCEDURE

Open Cholecystectomy

## PRE-OPERATIVE DIAGNOSIS

Severe Cholecystitis

**Signed** _____ SYED ALLY, MD 04/22/05
              &lt;signature on file&gt;

MOSHIER,DONALD        A#V04546554        DOB: 08/18/1961

# Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, Pa 16701

## Department of Medical Records

---

**Patient:** MOSHIER,DONALD

**DOB:** 08/18/1961

**Admitting MD:** Graham, Nathaniel MD

**Admit Date:** 04/18/05

**Medical Record #:** M000226525

**Age:** 43

**Room/Bed:** 446A-1

**Discharge Date:** 04/27/05 / 1347

**Acct #:** V04546554

**Sex:** M

**Location:** 4EAST

---

**DISCHARGE SUMMARY**

**DISCHARGE DIAGNOSIS:** Severe acute cholecystitis with signs of gangrene at the gallbladder clinically.

**PROCEDURE:** Open cholecystectomy.

**HISTORY:** See HP.

**HOSPITAL COURSE:** The patient was brought to the hospital and given intravenous fluids and antibiotics in an attempt to cool down his cholecystitis. This was unsuccessful, and he required emergent operation. Because of the amount of guarding and expected amount of inflammation, it was planned as an open procedure which was carried out without complications. He recovered very well, particularly considering his comorbidities including hepatitis C with cirrhosis. He improved gradually. JP drain was left in for 5 days. Kept on Zosyn as an antibiotic. He is now eating regular food. The incision is healing well. He has been having some diarrhea in the last 24 to 48 hours. It appears to be related to his antibiotics. We will get a stool titer for C. difficile. Started him on acidophilus, and I have discussed with Dr._____at FCI McKean. He has now been in the hospital for 8 postop days and is ready to be discharged, and he will be followed by the physicians at FCI McKean.

**PROGNOSIS:** Good in the short term for his cholecystitis. Guarded for his hepatitis.

Job#: 4560034 / 891280

Signed By: _____

Graham, Nathaniel MD

GRAHNA/PRECYSE
DDT: 04/27/05 0911
TDT: 04/27/05 2159
Report Number: 0427-0062
cc:
FCI MCKEAN
Graham, Nathaniel MD

1

000347

# Bradford Regional Medical Center
**116 Interstate Parkway**
**Bradford, Pa 16701**

## Department of Medical Records

---

**Patient:** MOSHIER,DONALD

**Medical Record #:** M000226525

**Acct #:** V04546554

**DOB:** 08/18/1961

**Age:** 43

**Sex:** M

**Attending MD:** Graham,Nathaniel MD
4EAST

**Location:**

**Date of Service:** 04/18/05

---

**OPERATIVE REPORT**

---

**PREOPERATIVE DIAGNOSIS:** Acute surgical abdomen with acute cholecystitis, possible gangrenous cholecystitis.

**POSTOPERATIVE DIAGNOSES:**
1. Gangrenous cholecystitis with intrahepatic gallbladder.
2. Cirrhosis from hepatitis C.

**PROCEDURE:** Open cholecystectomy.

**SURGEON:** Nathaniel L. Graham, MD

**ANESTHESIA:** General.

**FINDINGS:** The gallbladder was densely edematous, thickened, and obviously inflamed. It could not be grasped because of the tension. Therefore, trocar was used to aspirate the gallbladder. Cultures of the gallbladder were taken. Inside of the gallbladder was necrotic, and this necrosis extended down to the biliary duct system. The gallbladder was 50% intrahepatic in a hard macronodular cirrhotic liver. The liver could not be moved to manipulate easily, and the base of the gallbladder and the intrahepatic portion was difficult to access and carve out. Therefore, the gallbladder was removed as much as possible, and a small portion of the base left intrahepatically and the Bovie at 80 W used to destroy the gangrenous tissue. At the end of the procedure, Surgicel was placed over this for completion of hemostasis and_____drain placed along this area to suction the debris. The triangle of Calot was edematous from chronic and acute inflammation. With disruption of all tissue planes, careful dissection was made from the top down along the gallbladder to the base of the gallbladder, and 2 branched arteries impinging on the gallbladder divided with Hemoclips and a single very thickened cystic duct identified, divided off the gallbladder over a clamp, and then opened in the inside and examined, while the outer portion of the cystic duct was pink, inflamed, but not gangrenous. The inner mucosa was black with the appearance of gangrene. This was ligated carefully with a 0 silk tie and then 3 Hemoclips placed distal to the tie for markings should future exploration be required in this very difficult case.

**DETAILS OF PROCEDURE:** The patient was brought to the operating room and identified by myself as Donald Moshier. He was placed on the operating table in supine position. After induction of anesthesia and endotracheal intubation, the nasogastric tube and Foley catheter were placed and the abdomen prepped with Betadine and draped with sterile linen. Right subcostal incision was performed 2 fingerbreadths below the costal margin, carried through the skin with a knife and deep tissues with electrocautery. The anterior fascial sheath was incised and then a muscle-sparing incision performed dissecting the fascia from the muscles superiorly and inferiorly, retracting the muscle medially and laterally with Bookwalter retractor system exposing the deep muscular fascial layers. These were divided underneath the rectus muscle with electrocautery and the abdomen entered without injuring intra-abdominal contents. The bowel was packed inferiorly over rolled moistened gauze packs using the Bookwalter system exposing the edematous gallbladder. Trocar was

000348

used to aspirate the gallbladder and then the opening was grasped with a Kocher clamp and the electrocautery used to dissect the plane between the liver and the gallbladder. This was quite difficult because of the firm edema and gangrenous nature of the tissues. The gallbladder was dissected as much as possible. Small portions of the posterior bed could not be even removed from the gallbladder angles such that visualization was difficult. The liver on palpation was firm and not easily mobile, and several attempts to angulate this for deeper exposure would result in cracking this macronodular cirrhotic liver. Therefore, the gallbladder was removed where it could be placed on appropriate tension and the remainder of the base per liver bed destroyed with electrocautery. A pack was placed in the liver bed, and sweetheart retractor used to elevate this gently, and the rest of the gallbladder dissected down to the infundibulum. At this point, several branches of the hepatic artery were identified impinging into the gallbladder. These were 1.5- to 2-mm size and were divided over Hemoclips. Gallbladder was carefully skeletonized using right-angle clamps and Kitner dissector down to a single thickened widened cystic duct. External edematous diameter was approximately 5 mm. This was divided over clamps and ligated. Internal diameter was approximately 2.5 mm to 3 mm. The inner wall was black. The gallbladder was removed to specimen. Packs were placed and then removed after 5 minutes and the gallbladder bed reinspected. Cautery was used to obtain hemostasis and then a Surgicel over sponge placed with pressure on the liver bed for 5 minutes and then sponge removed and hemostasis was complete. Surgicel was then placed over the cystic duct and vascular stumps. The common duct itself appeared to be very deep within more edematous friable infected tissue just below the 7 to 8 mm cystic duct stump. After ligating the cystic duct with 0 silk tie, 3 distal Hemoclips were placed and retractors removed. The gallbladder bed was irrigated with saline and dried. A #10 Jackson-Pratt drain was placed along the gallbladder bed in the liver and into the Morrison pouch brought through a lateral incision. The abdomen was closed in layers using #1 PDS. The skin was closed with staples. Drain was sutured to the skin with 3-0 nylon. Sterile dressings were placed to the wound. The patient tolerated the procedure well.

Job#: 4520167 / 285865

Signed By: _____

Graham, Nathaniel MD

GRAHNA/PRECYSE
DDT: 04/19/05 1627
TDT: 04/20/05 1306
Report Number: 0421-0012
cc:
Graham, Nathaniel MD

1

# Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, Pa 16701

## Department of Medical Records

---

**Patient:** MOSHIER,DONALD

**DOB:** 08/18/1961

**Attending MD:** Graham,Nathaniel MD
4EAST

**Date of Service:** 04/18/05

**Medical Record #:** M000226525

**Age:** 43

**Acct #:** V04546554

**Sex:** M

**Location:**

---

## HISTORY AND PHYSICAL

**CHIEF COMPLAINT:** Acute cholecystitis.

**HISTORY:** This is a 43-year-old white male who is an inmate at FCI McKean. He has a history of hepatitis C and has been on interferon now for some time, but having some difficulties. Recently, he began having abdominal pain and over the last 3 weeks, this pain which was initially only in the right upper quadrant and after meals became more severe and long lasting, and it is now constant. The pain is becoming more diffuse. Last week, he was referred to the Kane Hospital, underwent medical workup including ultrasound, CT, and apparently an EGD. He was diagnosed with acute cholecystitis, given some antibiotics, had some improvement, and went back to FCI McKean. Over the last day or so, he has been getting much worse clinically. His LFTs have actually looked better than they were before when he was at the height of his problems with hepatitis C. He is having more distress and was referred for surgical evaluation.

**PAST MEDICAL HISTORY:** Low back pain and hepatitis C.

**MEDICATIONS:**
1. Interferon 180 micrograms 1 weekly.
2. Ribavirin 600 milligrams b.i.d.
3. Lactulose 1 tablespoon b.i.d.
4. Zantac 150 daily.
5. Omeprazole 20 milligrams daily.
6. Albuterol inhaler 2 puffs q.i.d.
7. Doxycycline 10 milligrams p.o. b.i.d.

**PAST SURGICAL HISTORY:** Appendectomy, left knee surgery, and liver biopsy.

**FAMILY HISTORY:** Remarkable for cancer, emphysema, diabetes, and hypertension in his father and diabetes in his mother.

**SOCIAL HISTORY:** The patient used to smoke, but quit. He is separated and has 4 children.

**REVIEW OF SYSTEMS:** Denies any depression, anxiety, or psychiatric problems. Eyes: Denies any blurry vision or pain behind the eyes. Ears: Decreased hearing acuity or tinnitus. LUNGS: Denies any shortness of breath or coughing, but does have some dyspnea when he is in abdominal pain. GI: No nausea or vomiting today. He has had some diarrhea over the last week. GU: No burning or urination frequency or nocturia or decreased force of stream. ORTHOPEDIC: No active problems.

**PHYSICAL EXAMINATION:**
GENERAL: The patient is a tall, large-boned, muscular man who appears older than stated age. He has long, coarse, gray-white hair, and full beard.
HEENT: Ears, eyes, nose: No lesions.
NECK: No adenopathy.
LUNGS: Clear, but he is splitting his respiration with abdominal pain.

000350

HEART:  Regular rate with no murmurs.
ABDOMEN:  Firm with guarding in the right upper quadrant.  Some tenderness, but without guarding throughout the rest of the abdomen.
EXTREMITIES:  Unremarkable.

**LABORATORY DATA:**  White count is 4.9, which is elevated for him.  My discussions with Dr._____revealed that his white count normally is 1.8, hemoglobin is 13.7, and hematocrit is 39.6.  Chemistries show bilirubin of 1.5, AST of 44, ALT of 85, alkaline phosphatase is 70.  These numbers are way down from his highs previously according to Dr._____  Glucose is 153 and electrolytes are satisfactory.  I obtained some reports from Kane Hospital.  These showed an ultrasound with thickened gallbladder wall up to 10 mm consistent with acute cholecystitis and 4-mm common bile duct.  EKG normal.  CT scan showed normal pancreas, thickened edematous gallbladder consistent with acute cholecystitis, and no biliary duct dilatation.  CT of the chest was normal.  Numbers there showed a white count of 2.4, hemoglobin 12.9, and hematocrit 37.

**IMPRESSION:**  Acute cholecystitis.

**PLAN:**  Admit, IV fluids, bowel rest, and antibiotics.  If he does not rapidly improve, I think he should be explored and this would be best done through an open cholecystectomy.  Risks are quite high in this patient with active hepatitis C.  With a high-risk mortality for any abdominal operation, we will try to treat him medically; however, he would most likely require operation.

Thank you for the referral.

Job#: 4520101 / 285842

Signed By: _____

                                                      Graham, Nathaniel MD

GRAHNA/PRECYSE
DDT: 04/19/05 1619
TDT: 04/20/05 1040
Report Number: 0420-0029
cc:
FCI MCKEAN
Graham, Nathaniel MD

1

000351

RUN DATE: 10/25/05 - 1154                                                    PAGE 1

### Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, PA 06701

Specimen Inquiry Report

| | | |
|---|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA |
| **Acct#:** V04546554  **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST      446A-1 |
| **Reg:** 04/18/05  **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 |

**SPEC #:** 0418:H00138S    **COLL:** 04/18/05-1338    **STATUS:** COMP    **REQ #:** 00017235
**RECD:** 04/18/05-1339    **SUBM DR:** Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CBC* | | | | |
| WBC | 4.9 | | 4.8-10.8 K/mm3 | |
| RBC | 4.28 | L | 4.70-6.10 M/uL | |
| *HH* | | | | |
| HGB | 13.7 | L | 14.0-18.0 gm/L | |
| HCT | 39.6 | L | 42.0-52.0 % | |
| MCV | 92.5 | | 80.0-94.0 fL | |
| MCH | 31.9 | H | 27-31 pg | |
| MCHC | 34.5 | | 33-37 g/dL | |
| RDW | 15.3 | H | 11.5-14.5 % | |
| PLATELET COUNT | 100 | L | 130-400 K/mm3 | |
| MPV | 9.4 | H | 7.3-9.3 fl | |
| *ADIFF* | | | | |
| NEUTROPHILS | 90.4 | H | 40-74 % | |
| LYMPHOCYTES | 3.8 | L | 19-48 % | |
| MONOCYTE | 4.2 | | 3-9 % | |
| EOSINOPHIL | 0.9 | | 0-7 % | |
| BASOPHIL | 0.1 | | 0-2 % | |
| LUC | 0.6 | | 0-4 % | |
| *MANUAL DIFF* | | | | |
| NEUTROPHILS | 89.0 | H | 40-74 % | |
| BAND | 4.0 | | 3-5 % | |
| LYMPHOCYTES | 4.0 | L | 19-48 % | |
| MONOCYTE | 3.0 | | 3-9 % | |

** END OF REPORT **

000352