# EXHIBIT 5a
# PART 6

RUN DATE: 10/25/05 - 1154

PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | | |
|---|---|---|
| Name: MOSHIER,DONALD | Age/Sex:43/M | Attend Phy:GRAHNA |
| Acct#: V04546554    Unit#: M000226525 | DOB:    08/18/1961 | Location:  4EAST    446A-1 |
| Reg:  04/18/05    Disch: 04/27/05 | Status: DIS IN | Home Phone: (814)362-8900 |

| | | | |
|---|---|---|---|
| SPEC #:  0418:C00150S | COLL: 04/18/05-1338 | STATUS:  COMP | REQ #: 00017235 |
| | RECD: 04/18/05-1339 | SUBM DR: Graham,Nathaniel MD | |

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| *CHEM 12* | | | | |
| GLUCOSE | 153 | H | 70-120 mg/dL | |
| BUN | 13.0 | | 8-20 mg/dL | |
| CREATININE | 1.1 | | 0.7-1.5 mg/dL | |
| BUN/CREAT RATIO | 11.0 | | | |
| SODIUM | 134 | L | 135-147 mEq/L | |
| POTASSIUM | 4.1 | | 3.5-5.5 mEq/L | |
| CHLORIDE | 99 | | 98-108 mEq/L | |
| CARBON DIOXIDE | 25.0 | | 24-30 mEq/L | |
| ANION GAP | 14.1 | | | |
| CALCIUM | 8.7 | | 8.4-10.7 mg/dL | |
| TOTAL PROTEIN | 7.7 | | 6-8 gm/dL | |
| ALBUMIN | 4.0 | | 3-5 gm/dL | |
| BILI,TOTAL | 1.5 | H | 0-1 mg/dL | |
| AST | 44 | H | 10-42 U/L | |
| ALT | 85 | H | 10-60 U/L | |
| ALK PHOSPHATASE | 70 | | 17-120 U/L | |

** END OF REPORT **

000353

RUN DATE: 10/25/05 - 1154

PAGE 1

Bradford Regional Medical Center
116 Interstate Parkway
Bradford, PA 06701

Specimen Inquiry Report

| | | |
|---|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA |
| **Acct#:** V04546554   **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST     446A-1 |
| **Reg:** 04/18/05   **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 |

| | | |
|---|---|---|
| **SPEC #:** 0419:H00022R | **COLL:** 04/19/05-0630 | **STATUS:** COMP     **REQ #:** 00017484 |
| | **RECD:** 04/19/05-0640 | **SUBM DR:** Graham,Nathaniel MD |

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| *CBC* | | | | |
| WBC | 5.7 | | 4.8-10.8 K/mm3 | |
| RBC | 3.99 | L | 4.70-6.10 M/uL | |
| *HH* | | | | |
| HGB | 12.7 | # L | 14.0-18.0 gm/L | |
| HCT | 37.8 | L | 42.0-52.0 % | |
| MCV | 94.9 | H | 80.0-94.0 fL | |
| MCH | 31.9 | H | 27-31 pg | |
| MCHC | 33.6 | | 33-37 g/dL | |
| RDW | 15.2 | H | 11.5-14.5 % | |
| PLATELET COUNT | 99 | L | 130-400 K/mm3 | |
| MPV | 9.3 | | 7.3-9.3 fl | |
| *ADIFF* | | | | |
| NEUTROPHILS | 81.0 | H | 40-74 % | |
| LYMPHOCYTES | 8.1 | L | 19-48 % | |
| MONOCYTE | 8.5 | | 3-9 % | |
| EOSINOPHIL | 0.1 | | 0-7 % | |
| BASOPHIL | 0.4 | | 0-2 % | |
| LUC | 1.9 | | 0-4 % | |
| *MANUAL DIFF* | | | | |
| NEUTROPHILS | 80.0 | H | 40-74 % | |
| BAND | 2.0 | L | 3-5 % | |
| LYMPHOCYTES | 9.0 | L | 19-48 % | |
| MONOCYTE | 9.0 | | 3-9 % | |

** END OF REPORT **

000354

RUN DATE: 10/25/05 - 1154

PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | | |
|---|---|---|
| Name:  MOSHIER,DONALD | Age/Sex:43/M | Attend Phy:GRAHNA |
| Acct#: V04546554    Unit#: M000226525 | DOB:   08/18/1961 | Location:  4EAST    446A-1 |
| Reg:   04/18/05    Disch: 04/27/05 | Status: DIS IN | Home Phone: (814)362-8900 |

SPEC #: 0419:H00183T    COLL: 04/19/05-2010    STATUS:  COMP    REQ #: 00017950
                         RECD: 04/19/05-2010    SUBM DR: Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CBC* | | | | |
| WBC | 5.7 | | 4.8-10.8 K/mm3 | |
| RBC | 4.15 | L | 4.70-6.10 M/uL | |
| *HH* | | | | |
| HGB | 13.1 | L | 14.0-18.0 gm/L | |
| HCT | 39.3 | L | 42.0-52.0 % | |
| MCV | 94.6 | H | 80.0-94.0 fL | |
| MCH | 31.5 | H | 27-31 pg | |
| MCHC | 33.3 | | 33-37 g/dL | |
| RDW | 15.1 | H | 11.5-14.5 % | |
| PLATELET COUNT | 96 | L | 130-400 K/mm3 | |
| MPV | 9.3 | | 7.3-9.3 fl | |
| *ADIFF* | | | | |
| NEUTROPHILS | 83.7 | H | 40-74 % | |
| LYMPHOCYTES | 10.9 | L | 19-48 % | |
| MONOCYTE | 3.8 | | 3-9 % | |
| EOSINOPHIL | 0.0 | | 0-7 % | |
| BASOPHIL | 0.1 | | 0-2 % | |
| LUC | 1.5 | | 0-4 % | |
| *MANUAL DIFF* | | | | |
| NEUTROPHILS | 82.0 | H | 40-74 % | |
| LYMPHOCYTES | 14.0 | L | 19-48 % | |
| MONOCYTE | 4.0 | | 3-9 % | |

** END OF REPORT **

RUN DATE: 10/25/05 - 1154                                                    PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | | |
|---|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:**43/M | **Attend Phy:**GRAHNA |
| **Acct#:** V04546554  **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST       446A-1 |
| **Reg:** 04/18/05  **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 |

SPEC #: 0419:CG00061T        COLL: 04/19/05-2010      STATUS:  COMP              REQ #: 00017950
                             RECD: 04/19/05-2010      SUBM DR: Graham,Nathaniel MD
COMMENTS:  Is the patient on anticoagulant(s)? NO
           Which anticoagulant(s)? NONE
QUERIES:   Is patient on anticoagulants? N

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| PT | | | | |
| PT | 14.0 | H | 10-13 SECONDS | |
| INR | 1.30 | | | |
| PTT | 33.3 | | 0-40 SECONDS | |

** END OF REPORT **

000356

RUN DATE: 10/25/05 - 1154

PAGE 1

### Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, PA 06701

Specimen Inquiry Report

| | | |
|---|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA |
| **Acct#:** V04546554 | **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST  446A-1 |
| **Reg:** 04/18/05 | **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 |

**SPEC #:** 0420:H00037R   **COLL:** 04/20/05-0615   **STATUS:** COMP   **REQ #:** 00018013
**RECD:** 04/20/05-0644   **SUBM DR:** Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| *CBC* | | | | |
| WBC | 5.6 | | 4.8-10.8 K/mm3 | |
| RBC | 3.68 | L | 4.70-6.10 M/uL | |
| *HH* | | | | |
| HGB | 11.4 | # L | 14.0-18.0 gm/L | |
| HCT | 35.3 | L | 42.0-52.0 % | |
| MCV | 96.1 | H | 80.0-94.0 fL | |
| MCH | 30.9 | | 27-31 pg | |
| MCHC | 32.1 | L | 33-37 g/dL | |
| RDW | 14.9 | H | 11.5-14.5 % | |
| PLATELET COUNT | 73 | L | 130-400 K/mm3 | |
| MPV | 9.5 | H | 7.3-9.3 fl | |
| *ADIFF* | | | | |
| NEUTROPHILS | 84.4 | H | 40-74 % | |
| LYMPHOCYTES | 9.5 | L | 19-48 % | |
| MONOCYTE | 3.9 | | 3-9 % | |
| EOSINOPHIL | 0.5 | | 0-7 % | |
| BASOPHIL | 0.0 | | 0-2 % | |
| LUC | 1.6 | | 0-4 % | |

** END OF REPORT **

000357

RUN DATE: 10/25/05 - 1154

PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | | |
|---|---|---|
| Name: MOSHIER,DONALD | Age/Sex:43/M | Attend Phy:GRAHNA |
| Acct#: V04546554    Unit#: M000226525 | DOB: 08/18/1961 | Location: 4EAST    446A-1 |
| Reg: 04/18/05    Disch: 04/27/05 | Status: DIS IN | Home Phone: (814)362-8900 |

SPEC #: 0420:C00040R        COLL: 04/20/05-0615    STATUS: COMP        REQ #: 00018013
                            RECD: 04/20/05-0644    SUBM DR: Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CHEM 12* | | | | |
| GLUCOSE | 118 | | 70-120 mg/dL | |
| BUN | 36.0 | H | 8-20 mg/dL | |
| CREATININE | 3.2 | H | 0.7-1.5 mg/dL | |
| BUN/CREAT RATIO | 11.0 | | | |
| SODIUM | 133 | L | 135-147 mEq/L | |
| POTASSIUM | 4.3 | | 3.5-5.5 mEq/L | |
| CHLORIDE | 99 | | 98-108 mEq/L | |
| CARBON DIOXIDE | 25.7 | | 24-30 mEq/L | |
| ANION GAP | 12.6 | | | |
| CALCIUM | 7.3 | L | 8.4-10.7 mg/dL | |
| TOTAL PROTEIN | 6.0 | | 6-8 gm/dL | |
| ALBUMIN | 2.9 | L | 3-5 gm/dL | |
| BILI,TOTAL | 0.9 | | 0-1 mg/dL | |
| AST | 120 | H | 10-42 U/L | |
| ALT | 74 | H | 10-60 U/L | |
| ALK PHOSPHATASE | 46 | | 17-120 U/L | |

** END OF REPORT **

000358

RUN DATE: 10/25/05 - 1155

PAGE 1

Bradford Regional Medical Center
116 Interstate Parkway
Bradford, PA 06701

Specimen Inquiry Report

| | | | |
|---|---|---|---|
| **Name:** MOSHIER,DONALD | | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA |
| **Acct#:** V04546554 | **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST    446A-1 |
| **Reg:** 04/18/05 | **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 |

| | | | |
|---|---|---|---|
| **SPEC #:** 0421:H00002R | **COLL:** 04/21/05-0630 | **STATUS:** COMP | **REQ #:** 00018463 |
| | **RECD:** 04/21/05-0701 | **SUBM DR:** Graham,Nathaniel MD | |

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CBC* | | | | |
| WBC | 3.3 | L | 4.8-10.8 K/mm3 | |
| RBC | 3.33 | L | 4.70-6.10 M/uL | |
| *HH* | | | | |
| HGB | 10.3 | # L | 14.0-18.0 gm/L | |
| | *HGB REPEATED* | | | |
| HCT | 31.1 | L | 42.0-52.0 % | |
| MCV | 93.2 | | 80.0-94.0 fL | |
| MCH | 30.9 | | 27-31 pg | |
| MCHC | 33.2 | | 33-37 g/dL | |
| RDW | 14.8 | H | 11.5-14.5 % | |
| PLATELET COUNT | 62 | L | 130-400 K/mm3 | |
| | *PLT REPEATED* | | | |
| MPV | 9.4 | H | 7.3-9.3 fl | |
| *ADIFF* | | | | |
| NEUTROPHILS | 82.5 | H | 40-74 % | |
| LYMPHOCYTES | 11.8 | L | 19-48 % | |
| MONOCYTE | 3.7 | | 3-9 % | |
| EOSINOPHIL | 0.1 | | 0-7 % | |
| BASOPHIL | 0.1 | | 0-2 % | |
| LUC | 1.8 | | 0-4 % | |
| *MANUAL DIFF* | | | | |
| NEUTROPHILS | 83.0 | H | 40-74 % | |
| BAND | 3.0 | | 3-5 % | |
| LYMPHOCYTES | 11.0 | L | 19-48 % | |
| MONOCYTE | 3.0 | | 3-9 % | |

** END OF REPORT **

RUN DATE: 10/25/05 - 1155

PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | | |
|---|---|---|
| Name: MOSHIER, DONALD | Age/Sex: 43/M | Attend Phy: GRAHNA |
| Acct#: V04546554  Unit#: M000226525 | DOB: 08/18/1961 | Location: 4EAST   446A-1 |
| Reg: 04/18/05  Disch: 04/27/05 | Status: DIS IN | Home Phone: (814)362-8900 |

SPEC #: 0421:C00008R     COLL: 04/21/05-0630     STATUS: COMP          REQ #: 00018463
                         RECD: 04/21/05-0701     SUBM DR: Graham, Nathaniel MD

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CHEM 12* | | | | |
| GLUCOSE | 107 | | 70-120 mg/dL | |
| BUN | 28.0 | H | 8-20 mg/dL | |
| CREATININE | 2.2 | H | 0.7-1.5 mg/dL | |
| BUN/CREAT RATIO | 12.0 | | | |
| SODIUM | 133 | L | 135-147 mEq/L | |
| POTASSIUM | 4.1 | | 3.5-5.5 mEq/L | |
| CHLORIDE | 99 | | 98-108 mEq/L | |
| CARBON DIOXIDE | 24.6 | | 24-30 mEq/L | |
| ANION GAP | 13.5 | | | |
| CALCIUM | 7.6 | L | 8.4-10.7 mg/dL | |
| TOTAL PROTEIN | 5.9 | L | 6-8 gm/dL | |
| ALBUMIN | 2.7 | L | 3-5 gm/dL | |
| BILI,TOTAL | 0.8 | | 0-1 mg/dL | |
| AST | 193 | H | 10-42 U/L | |
| ALT | 83 | H | 10-60 U/L | |
| ALK PHOSPHATASE | 42 | | 17-120 U/L | |

** END OF REPORT **

000360

RUN DATE: 10/25/05 - 1155                                                    PAGE 1

Bradford Regional Medical Center
116 Interstate Parkway
Bradford, PA 06701

Specimen Inquiry Report

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | MOSHIER,DONALD | | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA | |
| **Acct#:** | V04546554 | **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST | 446A-1 |
| **Reg:** | 04/18/05 | **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 | |

| | | | |
|---|---|---|---|
| **SPEC #:** 0421:HP00001R | **COLL:** 04/21/05-0630 | **STATUS:** COMP | **REQ #:** 00018471 |
| | **RECD:** 04/21/05-0701 | **SUBM DR:** Graham,Nathaniel MD | |

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| HCV | PRESUMPTIVE POSITIVE | H | NEGATIVE | |

*SPECIMEN NOT SENT FOR CONFIRMATION. PT KNOWN POS*
*A repeatedly positive result indicates past or present*
*hepatitis C virus (HCV) infection or possibly a carrier*
*state, but does not substantiate infectivity or immunity.*
*However, a patient with a repeatedly reactive result should*
*be considered infectious.*

*With the HCV antibody test, false positive results can*
*occur.  The absence of antibodies to hepatitis C virus does*
*not rule out infection with HCV.  Therefore, when the*
*diagnosis of NANBH is strongly suspected, sequential repeat*
*testing for Anti-HCV is recommended.*

** END OF REPORT **

000361

RUN DATE: 10/25/05 - 1155

PAGE 1

## Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, PA 06701

### Specimen Inquiry Report

| | | |
|---|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA |
| **Acct#:** V04546554  **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST    446A-1 |
| **Reg:** 04/18/05  **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 |

| | | |
|---|---|---|
| **SPEC #:** 0422:H00007R | **COLL:** 04/22/05-0630 | **STATUS:** COMP    **REQ #:** 00018897 |
| | **RECD:** 04/22/05-0702 | **SUBM DR:** Graham,Nathaniel MD |

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| *CBC* | | | | |
| WBC | 2.6 | L | 4.8-10.8 K/mm3 | |
| RBC | 3.18 | L | 4.70-6.10 M/uL | |
| *HH* | | | | |
| HGB | 9.6 | # L | 14.0-18.0 gm/L | |
| HCT | 29.1 | L | 42.0-52.0 % | |
| MCV | 91.6 | | 80.0-94.0 fL | |
| MCH | 30.2 | | 27-31 pg | |
| MCHC | 33.0 | | 33-37 g/dL | |
| RDW | 14.4 | | 11.5-14.5 % | |
| PLATELET COUNT | 56 | L | 130-400 K/mm3 | |
| | *PLT REPEATED* | | | |
| MPV | 8.9 | | 7.3-9.3 fl | |
| *ADIFF* | | | | |
| NEUTROPHILS | 80.6 | H | 40-74 % | |
| LYMPHOCYTES | 13.2 | L | 19-48 % | |
| MONOCYTE | 3.5 | | 3-9 % | |
| EOSINOPHIL | 0.1 | | 0-7 % | |
| BASOPHIL | 0.0 | | 0-2 % | |
| LUC | 2.5 | | 0-4 % | |
| *MANUAL DIFF* | | | | |
| NEUTROPHILS | 80.0 | H | 40-74 % | |
| BAND | 1.0 | L | 3-5 % | |
| LYMPHOCYTES | 16.0 | L | 19-48 % | |
| MONOCYTE | 3.0 | | 3-9 % | |
| PLT ESTIMATE | NORMAL | | NORMAL | |

** END OF REPORT **

000362

RUN DATE: 10/25/05 - 1155

PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | | |
|---|---|---|
| Name: MOSHIER,DONALD | Age/Sex: 43/M | Attend Phy: GRAHNA |
| Acct#: V04546554    Unit#: M000226525 | DOB:    08/18/1961 | Location: 4EAST    446A-1 |
| Reg:  04/18/05    Disch: 04/27/05 | Status: DIS IN | Home Phone: (814)362-8900 |

| | | | |
|---|---|---|---|
| SPEC #: 0422:C00012R | COLL: 04/22/05-0630 | STATUS:  COMP | REQ #: 00018897 |
| | RECD: 04/22/05-0702 | SUBM DR: Graham,Nathaniel MD | |

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CHEM 12* | | | | |
| GLUCOSE | 100 | | 70-120 mg/dL | |
| BUN | 17.0 | | 8-20 mg/dL | |
| CREATININE | 1.6 | H | 0.7-1.5 mg/dL | |
| BUN/CREAT RATIO | 10.0 | | | |
| SODIUM | 133 | L | 135-147 mEq/L | |
| POTASSIUM | 4.1 | | 3.5-5.5 mEq/L | |
| CHLORIDE | 98 | | 98-108 mEq/L | |
| CARBON DIOXIDE | 23.4 | L | 24-30 mEq/L | |
| ANION GAP | 15.7 | | | |
| CALCIUM | 7.7 | L | 8.4-10.7 mg/dL | |
| TOTAL PROTEIN | 5.8 | L | 6-8 gm/dL | |
| ALBUMIN | 2.5 | L | 3-5 gm/dL | |
| BILI,TOTAL | 0.8 | | 0-1 mg/dL | |
| AST | 188 | H | 10-42 U/L | |
| ALT | 94 | H | 10-60 U/L | |
| ALK PHOSPHATASE | 58 | | 17-120 U/L | |

** END OF REPORT **

000363

RUN DATE: 10/25/05 - 1155

PAGE 1

Bradford Regional Medical Center
116 Interstate Parkway
Bradford, PA 06701

Specimen Inquiry Report

```
Name:  MOSHIER,DONALD            Age/Sex:43/M        Attend Phy:GRAHNA
Acct#: V04546554    Unit#: M000226525   DOB:    08/18/1961 Location:  4EAST     446A-1
Reg:   04/18/05     Disch: 04/27/05     Status: DIS IN     Home Phone: (814)362-8900
```

```
SPEC #: 0424:H00020R        COLL: 04/24/05-0615    STATUS:  COMP         REQ #: 00019516
                            RECD: 04/24/05-0650    SUBM DR: Graham,Nathaniel MD
```

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| *CBC* | | | | |
| WBC | 1.5 | L | 4.8-10.8 K/mm3 | |
| | *Test repeated.* | | | |
| RBC | 3.12 | L | 4.70-6.10 M/uL | |
| *HH* | | | | |
| HGB | 9.4 | L | 14.0-18.0 gm/L | |
| HCT | 28.7 | L | 42.0-52.0 % | |
| MCV | 91.9 | | 80.0-94.0 fL | |
| MCH | 30.0 | | 27-31 pg | |
| MCHC | 32.7 | L | 33-37 g/dL | |
| RDW | 14.7 | H | 11.5-14.5 % | |
| PLATELET COUNT | 70 | L | 130-400 K/mm3 | |
| | *TEST* | | | |
| MPV | 10.1 | H | 7.3-9.3 fl | |
| *ADIFF* | | | | |
| NEUTROPHILS | 69.0 | | 40-74 % | |
| LYMPHOCYTES | 22.3 | | 19-48 % | |
| MONOCYTE | 5.0 | | 3-9 % | |
| EOSINOPHIL | 1.6 | | 0-7 % | |
| BASOPHIL | 0.2 | | 0-2 % | |
| LUC | 1.8 | | 0-4 % | |
| *MANUAL DIFF* | | | | |
| NEUTROPHILS | 61.0 | | 40-74 % | |
| BAND | 2.0 | L | 3-5 % | |
| LYMPHOCYTES | 25.0 | | 19-48 % | |
| MONOCYTE | 8.0 | | 3-9 % | |
| EOSINOPHIL | 2.0 | | 0-7 % | |
| RETIC COUNT,AUT | 0.3 | L | 0.5-1.5 % | |
| LEFT SHIFT | 1+ | | | |

** END OF REPORT **

000364

RUN DATE: 10/25/05 - 1155

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | |
|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M    **Attend Phy:** GRAHNA |
| **Acct#:** V04546554    **Unit#:** M000226525 | **DOB:** 08/18/1961    **Location:** 4EAST    446A-1 |
| **Reg:** 04/18/05    **Disch:** 04/27/05 | **Status:** DIS IN    **Home Phone:** (814)362-8900 |

**SPEC #:** 0424:C00021R    **COLL:** 04/24/05-0615    **STATUS:** COMP    **REQ #:** 00019516
**RECD:** 04/24/05-0650    **SUBM DR:** Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| TIBC | 177 | L | 260-445 ug/dL | |
| IRON | 23 | L | 35-150 ug/dL | |
| IRON SATURATION | 12 | L | 35-150 | |

** END OF REPORT **

000365

RUN DATE: 10/25/05 - 1155                                              PAGE 1

Bradford Regional Medical Center
116 Interstate Parkway
Bradford, PA 06701

Specimen Inquiry Report

| | |
|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M    **Attend Phy:** GRAHNA |
| **Acct#:** V04546554    **Unit#:** M000226525 | **DOB:** 08/18/1961  **Location:** 4EAST    446A-1 |
| **Reg:** 04/18/05    **Disch:** 04/27/05 | **Status:** DIS IN  **Home Phone:** (814)362-8900 |

**SPEC #:** 0424:SC00001R       **COLL:** 04/24/05-0615     **STATUS:** COMP          **REQ #:** 00019516
                               **RECD:** 04/24/05-0650     **SUBM DR:** Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| VITAMIN B12 LEV | 379 | | 232-1138 pg/mL | |
| FOLATE | O  5.0 | | 3.0-17.5 ng/mL | |

** END OF REPORT **

000366

RUN DATE: 10/25/05 - 1155                                                    PAGE 1

Bradford Regional Medical Center
116 Interstate Parkway
Bradford, PA 06701

Specimen Inquiry Report

| | | |
|---|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:** 43/M | **Attend Phy:** GRAHNA |
| **Acct#:** V04546554   **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST     446A-1 |
| **Reg:** 04/18/05   **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 |

**SPEC #:** 0427:ST00006R      **COLL:** 04/27/05-1315      **STATUS:** COMP          **REQ #:** 00020837
                              **RECD:** 04/27/05-1347      **SUBM DR:** Graham,Nathaniel MD
**COMMENTS:** Specimen Comment: CDIFF TITER

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| CDIFF TOX A | NEGATIVE | | NEGATIVE | |

*THE VIDAS C. DIFFICILE TOXIN A II ASSAY IS AN AUTOMATED ENZYME-LIN
IMMUNOASSAY FOR THE QUALITATIVE DETECTION OF CLOSTRIDIUM DIFFICILE
SPECIMENS.*

** END OF REPORT **

000367

RUN DATE: 10/25/05 - 1155                                                   PAGE 1

Bradford Regional Medical Center
116 Interstate Parkway
Bradford, PA 06701

Specimen Inquiry Report

| | | |
|---|---|---|
| Name: MOSHIER,DONALD | Age/Sex:43/M | Attend Phy:GRAHNA |
| Acct#: V04546554  Unit#: M000226525 | DOB:  08/18/1961 | Location:  4EAST    446A-1 |
| Reg:  04/18/05   Disch: 04/27/05 | Status: DIS IN | Home Phone: (814)362-8900 |

SPEC #: 0421:HP00008R        COLL: 04/21/05-0630      STATUS:  CAN          REQ #: 00018471
                             RECD: 04/21/05-0701      SUBM DR: Graham,Nathaniel MD

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|

** CANCELLED **
            *NOT RIGHT TEST*

** END OF REPORT **

RUN DATE: 10/25/05 - 1155                                                    PAGE 1

## Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, PA 06701

Specimen Inquiry Report

---

| | | |
|---|---|---|
| **Name:** MOSHIER,DONALD | **Age/Sex:**43/M | **Attend Phy:**GRAHNA |
| **Acct#:** V04546554   **Unit#:** M000226525 | **DOB:** 08/18/1961 | **Location:** 4EAST      446A-1 |
| **Reg:** 04/18/05   **Disch:** 04/27/05 | **Status:** DIS IN | **Home Phone:** (814)362-8900 |

---

**SPEC #:** 05:M0002363S       **COLL:** 04/18/05-1605       **STATUS:** COMP            **REQ #:** 00017369
                              **RECD:** 04/18/05-1651       **SUBM DR:** Graham,Nathaniel MD
**SOURCE:** BLOOD             **ENTR:** 04/18/05-1649
**SPDESC:** OTHER
**COMMENTS:** Has Specimen been collected? Y

---

| Procedure | Result | Verified | Site |
|---|---|---|---|
| **BLOOD CULTURE** *Final* | | 04/23/05-0855 | |
| NO GROWTH | | | |
| PRELIMINARY REPORT: 12-24 HOURS | | | |
| FINAL REPORT: 5-6 DAYS | | | |
| **BLOOD CULTURE** *Preliminary (changed)* | | 04/19/05-1235 | |
| NO GROWTH | | | |
| PRELIMINARY REPORT: 12-24 HOURS | | | |
| FINAL REPORT: 5-6 DAYS | | | |

** END OF REPORT **

000369

RUN DATE: 10/25/05 - 1155                                                          PAGE 1

## Bradford Regional Medical Center
### 116 Interstate Parkway
### Bradford, PA 06701

Specimen Inquiry Report

---

**Name:** MOSHIER,DONALD                    **Age/Sex:** 43/M        **Attend Phy:** GRAHNA
**Acct#:** V04546554    **Unit#:** M000226525    **DOB:** 08/18/1961  **Location:** 4EAST      446A-1
**Reg:** 04/18/05    **Disch:** 04/27/05    **Status:** DIS IN    **Home Phone:** (814)362-8900

---

**SPEC #:** 05:M0002364S        **COLL:** 04/18/05-1610    **STATUS:** COMP            **REQ #:** 00017370
                                **RECD:** 04/18/05-1651    **SUBM DR:** Graham,Nathaniel MD
**SOURCE:** BLOOD              **ENTR:** 04/18/05-1649
**SPDESC:** OTHER
**COMMENTS:** Has Specimen been collected? Y

---

| Procedure | Result | Verified | Site |
|---|---|---|---|
| **BLOOD CULTURE**  *Final* | | 04/23/05-0855 | |
| NO GROWTH | | | |
| PRELIMINARY REPORT:  12-24 HOURS | | | |
| FINAL REPORT:  5-6 DAYS | | | |
| **BLOOD CULTURE**  *Preliminary (changed)* | | 04/19/05-1235 | |
| NO GROWTH | | | |
| PRELIMINARY REPORT:  12-24 HOURS | | | |
| FINAL REPORT:  5-6 DAYS | | | |

** END OF REPORT **

000570

RUN DATE: 10/25/05 - 1155

PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | | | |
|---|---|---|---|
| Name: MOSHIER,DONALD | | Age/Sex:43/M | Attend Phy:GRAHNA |
| Acct#: V04546554 | Unit#: M000226525 | DOB: 08/18/1961 | Location: 4EAST    446A-1 |
| Reg: 04/18/05 | Disch: 04/27/05 | Status: DIS IN | Home Phone: (814)362-8900 |

SPEC #: 05:M0002434R          COLL: 04/19/05-1446        STATUS:   COMP              REQ #: 00017914
                              RECD: 04/19/05-1519        SUBM DR: Graham,Nathaniel MD
SOURCE: GALLBLAD              ENTR: 04/19/05-1520
SPDESC:
COMMENTS: GALL BLADDER WOUND CULTURE

| Procedure | Result | Verified | Site |
|---|---|---|---|
| **GRAM STAIN** *Final* | | 04/21/05-1134 | |
| SMEAR OBSERVATION 1 | NO ORGANISMS SEEN | | |
| SMEAR OBSERVATION 2 | NO CELLS SEEN | | |
| **WOUND CULTURE** *Final* | | 04/21/05-1134 | |
| NO GROWTH AEROBICALLY OR ANAEROBICALLY AFATER 48 HOURS INCUBATION. | | | |

** END OF REPORT **

000371

OCIAL SECURITY ADMINISTRATION

Date: May 12, 2004
Claim Number: 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A
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DI

DONALD L MOSHIER JR
139 SEARS ROAD
RICHFORD NY 13835-####

# 10929-052

ou asked us for information from your record. The information that you
equested is shown below. If you want anyone else to have this information, you
ay send them this letter.

ther Important Information

ACCORDING TO OUR RECORDS MR MOSHIER WAS DISABLED AND RECEIVING SOCIAL
SECURITY BENEFTS UNTIL INCARCERATION.

ype of Social Security Benefit Information

You are entitled to monthly disability benefits.

5/21/04
H. BEAM, MD
FCI MCKEAN

RUN DATE: 10/25/05 - 1155

PAGE 1

**Bradford Regional Medical Center**
**116 Interstate Parkway**
**Bradford, PA 06701**

Specimen Inquiry Report

| | |
|---|---|
| Name: MOSHIER,DONALD | Age/Sex:43/M   Attend Phy:GRAHNA |
| Acct#: V04546554   Unit#: M000226525 | DOB: 08/18/1961 Location: 4EAST   446A-1 |
| Reg: 04/18/05   Disch: 04/27/05 | Status: DIS IN   Home Phone: (814)362-8900 |

SPEC #: 05:M0002803R        COLL: 04/27/05-1315      STATUS:  COMP        REQ #: 00020838
                            RECD: 04/27/05-1347      SUBM DR: Graham,Nathaniel MD
SOURCE: STOOL               ENTR: 04/27/05-1317
SPDESC: STOOL
COMMENTS: Has Specimen been collected? Y

| Procedure | Result | Verified | Site |
|---|---|---|---|
| STOOL CULTURE  *Final* | | 04/29/05-0915 | |
| No growth | | | |
| STOOL CULTURE  *Preliminary (changed)* | | 04/28/05-1208 | |
| NO NORMAL FECAL FLORA AFTER 18-24 HOURS INCUBATION. | | | |
| This may indicate a severe flora imbalance from | | | |
| antimicrobial therapy.  Final report to follow. | | | |

** END OF REPORT **

000373

Facility Name ( _____ ELY _____ )

Month/Year   7/03

MOTRIN 600 mg TID given
START DATE 3/3/03   STOP DATE 4/6/03

ins 7d

WRS ii to Ibuprofen Q.D PRN X5 days
START DATE 4/6/03   STOP DATE 4/11/03

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

START DATE          STOP DATE

START DATE          STOP DATE

START DATE          STOP DATE

START DATE          STOP DATE

START DATE          STOP DATE

START DATE          STOP DATE

START DATE          STOP DATE

NURSE'S SIGNATURE   INITIAL   NURSE'S SIGNATURE   INITIAL

RGR

JOSE

NKA

ME   MOSHIER, DONALD   ID 19784   WING F
ENT

DOCUMENTATION CODES =
- Discontinued Order
- Dose Omitted
- Medical Hold

R - Refused
C - Court
LD - Look Down

S - Self Administered
NS - No Show
O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

000374

STD102

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 607-773-2884. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
15 HENRY STREET
BINGHAMTON, NY 13901

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER

000375

NSN 7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

S: If you are requesting refills, list the names of the medications below:
  Si esta pidiendo renovacion de medicamentos, edcriba los nombres abajo:

What is your problem?
Cual es su problema?   *PAIN IN StoMACH*

How long have you had the problem?
Por cuanto tiempo ha tenido el problema

What medication has worked well for this problem in the past?
Cuales medicamentos han trabajado bien para su problema en el pasado?

If you have a problem which causes pain, fill in the section below.
Sitiene problemas que envueluen dolor llene la seccion de abajo.

Where is the pain located?
Donde esta localiqado el dolor?   *StomoCH*

Were you ever injured where the pain is located?
Tuvo usted al guna lesion donde esta el dolor?   *Yes,*

How long does the pain last?
Cuanto tiempo dura el dolor?   *it don't stop*

How intense is the pain?     MILD          MODERATE        ~~SEVERE~~
Cuan intenzo es el dolor?     Minimo        Moderado         Severo

What makes the pain worse?
Que hace que el dolor aumente?   *everything*       *Seen today 03/09/06 JR*

What decreases the pain?
Que hace que el dolor disminuya   *Nothing*

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART/SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| **US PENITENTIARY LEWISBURG** **LEWISBURG, PA   17837** | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

000376

| *Mostien* | ~~Nombre Completo~~ *(Donald)* | *10924-052* |
|---|---|---|
| Last Name | First Name | Inmate Registration Number/Numero |

I COULDN'T EXCHANGE THE ARMS BECAUSE ONE OF THEM IS BROKEN, AND THE LEN'S ARE TO SMALL FOR THE FRAMS,

CAN YOU PLEASE GET ME A BIGGER PAIR THAT WILL FIT ME, I REALLY NEED A PAIR.

THANK YOU VERY MUCH.

Donald C Mahair Jr

10924-052
A-1

Your name has been added to the eye clinic waiting list.

Karen ... usser, HSAA
USP Lewisburg
Health Svc Unit
Lewisburg, PA 17837

2/28/06

COP - OUT

TO: STACEY DREESE  MEDICAL RECORDS

FROM: Donald C Mosthen JR  Reg# 10924-052  SHU - 014

ReQuest:
        I Signed some Reliece Forms A couple
of months Ago for my medical Records From
KANE Hospital AND BradFord Hospital I Have Already
Recieved the Records From BradFord Hospital But
I've not Gotten Nothing From KANE Hospital
        I Really need the Records From KANE, CAN
you please See what's the Hold up, or please
Give me thene Address AND I will mail them
A Freedom of information actt, Because thene my
Records, I Have A Right to them,
        THANK you, AND please RESPOND.

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

Kane Communety Hospital
N fraley Street Box 778
Kane Pa 16735

Please handle this request
Yourself

Kim Ely, Hit.

Kimberly Ely, HIT

000378

C.P - Out

TO: Stacey Drase, Medical Records

From: Donald L Moshier Jr. Res # 10924-052  SHU-018

Dear Miss, Stacey,

I want to thank you for getting my medical records from Bradford Hospital, However I still need the ones from Kane Hospital from 4/11/05 to 4/15/05 I do believe are the dates at any rate I was only at Kane Hospital one time in my life. and that was in april.

Also. miss Stacey, I'd like to apologize for being so harsh in my last Cop-out. I know that you can only do so much, and that I did sign 4 Release Forms, 2 for Kane and 2 for Bradford, I now have Bradfords, can you please check some how on the medical Reports and all Findings from Kane.
Again thank you, please Respond

Sincerely,
Donald L Moshier Jr.

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

We have not received any records from Kane hospital after several requests. We cannot copy them if we don't have them.

000379

Kimberly Ely, HIT   1/...

COP - OUT

TO: Medical Records

Date 12/2/05

From: Donald L Mosthien Jr. Reg# 10924-052   SHU - 018

Request:

I've been waiting now for over a month now for my medical records from you, from Kane Hospital and Bradford Hospital, which you had me sign release forms for, its very very importent that I get there medical records my next step will be a BP-8-9-10-11, until I have to file in court, I need these records or I wouldn't be asking you for them so often, so can you please get them to me within the next week.

Thank you, please respond

Donald L Mosthien Jr

M/m received 33 pop of record. See 400 form.

Stacey Druese

Stacey Druese

000380

SEP-27-2004 16:31 FROM:                                    TO:720&    0862              P.001/007

**Algorithm for Treatment of Hepatitis C / Approval Form (January 2003)**

I.   (Anti-HCV positive)   Date: 9/4/03          By Hx Since 1992
     (Inmates without risk factors should have test confirmed with 3rd generation EIA or RIBA)

II.  Last 3 ALT levels:

Result: 115 /Date: 2/12/04    Result: 29 /Date: 5/12/04    Result: 130 /Date: 7/19/04

III. Physician clearance:    Date: 9/24/04
     No evidence of decompensated cirrhosis (ascites, edema, esophageal varices, jaundice, encephalopathy)
          *(include copy of CBC, prothrombin time, and chemistry panel dated within 90 days of request. Also include
          copy of HIV test result and hepatitis B serologies [B surface antigen and antibody, B core antibody])

IV.  No contraindications to interferon or ribavirin (see guidelines)    Except Borderline
V.   Projected Release Date: 2/28/12                                      Platelet count

VI.  Psychiatry or psychology clearance:    Date: 9/22/04
          *(include copy of consult report, including assessment of alcohol/drug use history)

VII. HCV RNA positive:    Date: 7/24/04    (7,270,000)

VIII. Liver biopsy:    Date: 8/24/04
     * (include copy of biopsy report when submitting request for treatment)

Findings/Comments: Cirrhosis of liver micronodular pattern, active

IX.  Liver ultrasound, if indicated:    Date:

Findings: Abd CT no lesions at time of liver Bx.
                                    NO
X.   Prior anti-viral treatment (if any): Drug(s)                        Dates

     At conclusion of prior treatment, what was ALT?        What was HCV RNA?

     Previous treatment: relapser or nonresponder (circle one)

XI.  HCV genotype: 1 or 2 or 3 or other (circle one)        Ribavirin 600mg po Bid

XII. Requested medication regimen: Peg Interferon d 2a 180mcg SC Qwk   Both x 24 wks
     Signature of Clinical Director:

APPROVED                                  Per
                                          Medical Director    DATE 10/5/04

DISAPPROVED                               Medical Director    DATE

Comments:

Inmate Name: MOSHIER, DONALD
Reg. No.: 10924-052                    Fax this form, current lab reports,
                                       psychiatry/psychology report, and liver
Institution: FCI MCKEGAN              biopsy report to: (202) 305-0862

000381

**Algorithm for Treatment of Hepatitis C / Approval Form (January 2003)**

I.    <u>Anti-HCV positive</u>    Date: 9/4/03    By Hx Since 1992
      (Inmates without risk factors should have test confirmed with 3rd generation EIA or RIBA)

II.   <u>Last 3 ALT levels:</u>

Result: 115 /Date: 2/12/04    Result: 129 /Date: 5/12/04    Result: 130 /Date: 7/19/04

III.  <u>Physician clearance:</u>    Date: 9/24/04
      No evidence of decompensated cirrhosis (ascites, edema, esophageal varices, jaundice, encephalopathy)
           *(include copy of CBC, prothrombin time, and chemistry panel dated within 90 days of request. Also include
           copy of HIV test result and hepatitis B serologies [B surface antigen and antibody, B core antibody])

IV.   <u>No contraindications to interferon or ribavirin (see guidelines)</u>    Except Borderline
                                                                                  Platelet count

V.    <u>Projected Release Date:</u> 2/28/12

VI.   <u>Psychiatry or psychology clearance:</u>    Date: 9/22/04
           *(include copy of consult report, including assessment of alcohol/drug use history)

VII.  <u>HCV RNA positive:</u>    Date: 7/24/04    (7,270,000)

VIII. <u>Liver biopsy:</u>    Date: 8/24/04
           * (include copy of biopsy report when submitting request for treatment)

      Findings/Comments: Cirrhosis of liver micronodular pattern, active

IX.   <u>Liver ultrasound, if indicated:</u>    Date:

      Findings: Abd CT no lesions at time of liver Bx

X.    <u>Prior anti-viral treatment (if any): Drug(s)</u>    NO    Dates

      <u>At conclusion of prior treatment, what was ALT?</u>    What was HCV RNA?

      <u>Previous treatment: relapser or nonresponder (circle one)</u>

XI.   <u>HCV genotype: 1 or 2 or 3 or other (circle one)</u>    Ribavirin 600mg po Bid

XII.  <u>Requested medication regimen:</u> Peg Interferon d 2a 180 mcg SC Qw1c    Both x 24 w/cs
      Signature of Clinical Director:    _____ M.D.

_____

APPROVED _____    Medical Director    DATE

DISAPPROVED _____    Medical Director    DATE

Comments: _____

Inmate Name: MOSHIER, DONALD

Reg. No.: 10924 - 052                    Fax this form, current lab reports,
                                         psychiatry/psychology report, and liver
Institution: FCI MCIGAN                  biopsy report to: (202) 305-0862

000382

COP - OUT

TO: MS. MASSER, HEALTH SERVICES

FROM: DONALD L Mosthien JR Reg# 10924-052  SHU-018

Request:
        My eyes Are Getting very blurry
AND seem To Be Getting worse,

        Could you please Get me AND eye examination
AND Also Some Reading Classes may Help,
THANK you, please Respond

                                        Sincerely
                                        Donald L Mosthien Jr

Your name has been added to the
eye clinic waiting list.

Karen S. Masser, HSAA
USP Lewisburg
Health Svc Unit
Lewisburg, PA 17837

12/7/05

000383

BP-A807.060
SEP 03    **INFORMATION ON VACCINATION (CONSENT/DECLINATION)**    **U.S. DEPARTMENT OF JUSTICE**
**FOR INFLUENZA VACCINE**    **FEDERAL BUREAU OF PRISONS**

**Influenza Vaccine (Flu Shot) for** ___2005-2006___ **(Year)**    NOTE: CONSULT THE CENTERS FOR
DISEASE CONTROL FOR ANNUAL
UPDATES CONCERNINGVACCINE
INFORMATION

Influenza is a serious disease caused by a virus that spreads from infected persons to the nose or throat of others. The "influenza season" in the U.S. is from November through April each year. Influenza can cause fever, sore throat, cough, headache, chills, and muscle aches. People of any age can get influenza. Most people are ill with influenza for only a few days, but some get much sicker and may need to be hospitalized. Influenza causes thousands of deaths each year, mostly among the elderly. Influenza vaccine can prevent influenza. Influenza Vaccine Influenza viruses change often. Therefore, influenza vaccine is updated each year to make sure it is as effective as possible. Protection develops about 2 weeks after getting the vaccination and may last up to a year.

**Persons who should receive the influenza vaccine:**

Individuals in any of the following categories:

1. Chronic disorders of the cardiovascular or pulmonary systems,

2. Health individuals 65 years of age or older,

3. Adults with chronic metabolic diseases, including diabetes mellitus, renal dysfunction, anemia, or immunosuppression,

4. Anyone who has extensive contact with high risk individuals,

5. Pregnant women with a medical condition that increases the risk of complications from influenza (should be given after the first trimester),

6. Persons living in dormitories or in other crowded conditions, to prevent outbreaks,

7. Anyone who wants to reduce their chance of catching influenza.

**Persons who should not receive the influenza vaccine:**

1. Those who have allergic sensitivity to eggs, chicken feathers, chickens or chicken dander,

2. Those who have a hypersensitivity to any components of the vaccine,

3. Have a history of Guillain-Barre Syndrome (GBS),

4. Anyone with a current febrile illness.

**When should I get influenza vaccine?**

Because influenza activity can start as early as December, the best time to get influenza vaccine is during October and November. But getting the vaccine after November can still provide protection. A new vaccination is needed each year. Influenza vaccine can be given at the same time as other vaccines, including pneumococcal vaccine.

**Can I get influenza even if I get the vaccine this year?**

Yes. Influenza viruses change often, and they might not always be covered by the vaccine. But vaccinated people who do get influenza often have a milder case than those who did not get the injection. Also, many people call any illness with fever and cold symptoms "the flu." They may expect influenza vaccine to prevent these illnesses, but influenza vaccine is effective only against illness caused by influenza viruses, and not against other illnesses.

| Name: | Mosher, Donald | |
|---|---|---|
| Register No. | 10924-052 | SSN: |
| Institution | USP Lewisburg    Lewisburg, PA | |

000384

**What are the risks from influenza vaccine?**

A vaccine, like any medicine, is capable of causing serious problems, such as severe allergic reactions. The risk of a vaccine causing serious harm, or death, is extremely small. Almost all people who get influenza vaccine have no serious problems. The viruses in the vaccine are killed, so you cannot get influenza from the vaccine. Mild problems include soreness, redness, swelling where the injection was given, fever, and body aches.   If these problems occur, they usually begin soon after the vaccination and last 1-2 days. Life-threatening allergic reactions are very rare. If they do occur, it is within a few minutes to a few hours after the injection.

*********************************************************************************************************************

I,    _Donald Mosher_   , have read the above statement about the influenza vaccination.   I have provided with updated information and have had the opportunity to ask questions about the benefits and risks receiving this vaccination.

## FOR WOMEN

Pregnancy can increase the risk for complications from the flu, and pregnant women are more likely to be hospitalized from complications of the flu than non-pregnant women of the same age. In previous worldwide outbreaks of the flu (pandemics of 1918-19 and 1957-58), deaths among pregnant women were associated with the flu. Pregnancy can change the immune system in the mother, as well as affect her cardiovascular system (heart and lung function). These changes may place pregnant women at increased risk for complications from the flu.

Because the flu vaccination is made from inactivated viruses (the viruses are killed), many experts consider flu vaccinations safe during any stage of pregnancy. However, since miscarriages (spontaneous abortion) most often occur in the first trimester of pregnancy, experts have traditionally not given a flu vaccination during the first trimester to avoid a coincidental association with miscarriage.

Women who will be beyond the first 3 months of pregnancy during the flu season should get a flu vaccination. Pregnant women who have medical problems that increase their risk for complications from the flu should get a flu vaccination before the flu season, no matter their stage of pregnancy.

_____        _____
Signature of the Recipient                        Signature of Witness

*********************************************************************************************************************

## DECLINATION FOR VACCINE

I do not want to receive the influenza vaccination at this time.

_____        _____
Signature of the Patient            Date            Signature of Witness

(This form may be replicated via WP)

000385

**U.S. DEPARTMENT OF JUSTICE** — **FEDERAL BUREAU OF PRISONS**

| Inmate Name | Register Number | Date |
|---|---|---|
| Moshier, Donald | 10924-052 | 10-18-05 |

Date of Birth: 8-18-61

Social Security Number: 090 52 8139

I hereby authorize and request the Federal Bureau of Prisons to:

☐ release information to, or   ☒ obtain information from

Name/Facility: Kane Community Hospital

Address: N. Fraley Street Box 778

City, State, Zip: Kane PA. 16735

PLEASE CONTACT IF PAYMENT IS REQUIRED PRIOR TO FILLING REQUEST

I understand the information is to be used for (specific reason for release of information):

☒ Continuation of care, or   ☐ Other

Information to be Released/Obtained: Copy of and/or information from my medical file pertaining to ̶y̶ evaluation and treatment received from 6-2002 to 6-2005 his is to include:

☒ Complete Record   ☐ Discharge Summary
Operative Reports   ☐ Consultations   ☐ History & Physical
Laboratory Reports   ☐ Pathology Reports   ☐ Progress Notes   ☐ X-ray Reports
Other: _____   ☐ Actual Films*#   ☐ Actual Slides*

*will be returned
#duplicates accepted

understand that authorizing the disclosure of this health information is voluntary.  I can refuse to sign this authorization.  I need not sign this form in order to assure treatment.  I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.  I understand that I may revoke this consent at any time by sending a written notice to the Supervisor of Medical Records.  I understand that any release which has been made prior to revocation and which was made in reliance upon this authorization shall not constitute a breach of my rights to confidentiality.  This authorization will automatically expire three months from the ̶e̶ of the signature.

| ̶n̶ature of Patient | Date (Month, Day, Year) | Staff Witness |
|---|---|---|
| Donald C. Moshier Jr<br>SIGNATURE VALID ORIGINAL 10924-052 | 10-18-05 | Kim Ely, HIT |

SPECIFIC AUTHORIZATION FOR RELEASE OF INFORMATION PROTECTED BY STATE OR FEDERAL LAW.
Must sign below, to Release Protected Information.
̶c̶ifically authorize the release of data and information relating to:
☐ 1. Substance Abuse
☐ 2. Mental Health   ☐ 3. HIV

| Signature | | Date |
|---|---|---|

̶r̶ Records To:   (Institution Address & Fax number)

USP LEWISBURG
HEALTH SERVICES UNIT  Po Box 1000
LEWISBURG, PA 17837

fax : 570-522-7764   000386

may be replicated via WP)

This form repla̶____        AUG

BP-S148.055 **INMATE REQUE**  **O STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Medical Records | DATE: 9/21/05 |
|---|---|
| FROM: Donald L Moshier Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: Unicor Weld 2 | UNIT: A-Block-113-u |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

I'm Requesting my medical Records of all the Test Results That was taken on me at Kane Hospital PA. in April 2005, plus All the medical Records That was taken at Bradford Hospital Following my operation and prior to my cullblatter, operation, The Doctors Name That Treated me in Kane was Dr Anderson, and the one at Bradford was Dr. Graham, it's very important that I Get copies of these medical Records, I'm also writing to F.C.I McKean for them in case you don't have them.
  Please Respond.

                        THANK you very much

CC:

(Do not write below this line)

DISPOSITION:

Any records from outside the institution Can be requested by you. Send your request to the hospital directly.

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

| Signature Staff Member  Kimberly Ely, HIT  Kim Ely, HIT | Date 9-27-05 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

000387

BP-S148.055    **INMATE REQUEST TO STAFF**    CDFRM    **U.S. DEPARTMENT OF JUSTICE**
SEP 98                                                                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and title of staff member): *Medical Records* | Date: 9/12/05 |
|---|---|
| From: *Donald L Mosshien JR* | Registration number: *10924-052* |
| Work assignment: *Unicor Weld 2* | Unit: *A-Block - 113-U* |

SUBJECT:    (Briefly state your question or concern and the solution you are requesting. Continue on back, if
necessary. Your failure to be specific may result in no action being taken. If necessary, you will be
interviewed in order to successfully respond to your request.)

I'm not sure if you was the one's that sent me the
letters telling me my x-ray Results were outside Normal Limits
and one saying my lab test were found to be within Normal Limits
well these show me and tell me Nothing, I Need and want
a copy of the Results of my lab test From U.S. medical
centers for Federal prisoners, Laboratory, 1900 W. Sunshine
Springfield, Missouri 65808, Because I need to know my ALT1
plt, Gamma Gt1 ast, to see for myself and for my lawsuite
that is in court Now. So can you please send me a copy of
my lab test, and the Results of my x-ray.

(Continue on back if necessary)

(Do not write below this line)

Disposition: 9-19-05, recieved 1 copy blood
Work dated 9-1-05 and 1 copy of x-ray
dated 9-1-05.

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

| Signature of staff member: *Kim Ely, HIT* Kimberly Ely, HIT | Date: 9-19-05 |
|---|---|

(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

000388

BP-S148.055 **INMATE REQU** T **TO STAFF** CDFRM SEP 98

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
| --- | --- |
| Dr. Beam | 5/25/05 |

| FROM: | REGISTER NO.: |
| --- | --- |
| Donald L. Mosttien Jr | 70924-052 |

| WORK ASSIGNMENT: | UNIT: |
| --- | --- |
| N/A | A/B → SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I've sent you a cop-out already asking when I was
going to have blood drawn to see where my HCG is and when
you plan on starting my treatment again also about this bulge in my
stomach, that I'm scared maybe cancerous. I want test done.
Please respond to that also please
respond to this.

        I want all of the medical records and
test that was done at Hamot KANE, if you can't give me
copies please give me the address so I can write and
obtain these medical report and test that was done on my
stomach + chest ext. By order of Doctor Gary Anderson.

(Do not write below this line)

DISPOSITION:

1) labs are ordered - patience ¿

2) I'll see you 5/27/05 @ pm for followup
   RE: The Bulge - not cancer - Dr. Graham
   would have seen it at surgery.

3) Send please a request to medical records
   for the records you desire -

4) wait 1 to 3 months before you restart
   Treatment - I want to make sure you
   are healed. also if you are
   have a viral load showing no virus

Signature Staff Member

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

H. Beam, MD
FCI McKean
5/26/05

you may not need further
Treatment.

000389

MEDICAL REQUEST
TO: DR. Beam

FCI MCKEAN HEALTH SVC.

From, Donald L Moshier JR, Reg# 10424-052

Date 5/19/05
A-204

I need to talk to you about a couple of things, one is whats going on about my treatment, are you going to have some blood test done, to see where on what my liver is doing now, with the Hep.C.

Also this Bulge that is growing in my stomach, its still getting bigger, and it does, hurt some now and then, with all the other things that has been going on with me, I want that bulge checked out to make sure its not a cancorest tumor, can you please set this up, and let me know A.S.A.P.

Thank you very much, please respond.

Sincerely
Donald L Mosh

C-C

- Hep C treatment is on hold for a while until you are Totally back to normal
- I'll be by Friday PM to check out the bulge - if it can wait
- Bloodwork is ordered

000390

H. Beam, MD
FCI McKean
5/24/05

BP-S621.060    AUTHORIZATION ? RELEASE OF MEDICAL INFORMAT? ? CDFRM
SEP 03

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate Name DONALD MOSHER | Register Number 10924-052 | Date 4/27/05 |
|---|---|---|
| | Date of Birth 8/18/61 | Social Security Number |

I hereby authorize and request the Federal Bureau of Prisons to:

☐ release information to, or    ☐ obtain information from

PLEASE CONTACT IF PAYMENT IS REQUIRED PRIOR TO FILLING REQUEST

Name/Facility: BRADFORD REGIONAL MED CTR

Address: INTERSTATE PARKWAY

City, State, Zip: BRADFORD, PENNSYLVANIA

MEDICAL RECORDS - FAX 814 362-8633  16701

I understand the information is to be used for (specific reason for release of information):

☒ Continuation of care, or ☐ Other _____

_____

Information to be Released/Obtained: Copy of and/or information from my medical file pertaining to

my evaluation and treatment received from _____ to _____

This is to include:    ☐ Complete Record    ☐ Discharge Summary    ☐ History
& Physical    4/21/05  ?

☐ Operative Reports    ☐ Consultations    ☐ Progress Notes    ☐ X-ray Reports

☒ Laboratory Reports    ☐ Pathology Reports    ☐ Actual Films*#    ☐ Actual Slides*

☐ Other: Hepatitis C viral load

*will be returned
#duplicates accepted

I understand that authorizing the disclosure of this health information is voluntary.  I can refuse to sign this authorization.  I need not sign this form in order to assure treatment.  I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.  I understand that I may revoke this consent at any time by sending a written notice to the Supervisor of Medical Records.  I understand that any release which has been made prior to my revocation and which was made in reliance upon this authorization shall not constitute a breach of my rights to confidentiality.  This authorization will automatically expire three months from the date of the signature.

| Signature of Patient Donald C Mosher Jr  FAX SIGNATURE VALID ORIGINAL | Date (Month, Day, Year) 4/27/05 | Staff Witness |

H. BEAM, MD
FCI MCKEAN

SPECIFIC AUTHORIZATION FOR RELEASE OF INFORMATION PROTECTED BY STATE OR FEDERAL LAW.
Must sign below, to Release Protected Information.

I specifically authorize the release of data and information relating to:

☐ 1. Substance Abuse    ☐ 2. Mental Health    ☐ 3. HIV

Signature _____    Date _____

FCI MCKEAN, P.O. BOX 5000, BRADFORD, PA  16701    Fax No.: (814) 363-6813

000391

not drawn

Federal Correctional Institution
McKean County, Bradford, Pennsylvania

### CONSENT TO RELEASE INFORMATION

DONALD MOSHER

Inmate: _Moshier_                     Reg.No.: _10924-052_

I hereby consent to the disclosure, by the medical staff of this
institution and the Regional Health Services Administrator of this
region, of medical information regarding my medical condition and
treatment by medical staff of this institution, in accordance with
the Privacy Act of 1974, to the following people, at their request:

| NAME | RELATIONSHIP | PHONE NO. | ADDRESS |
|------|-------------|-----------|---------|
|  | Mother |  |  |
| Dolores Moshier | | (607) 657 4476 | |
| | | P.O. Box 157 | |
| | | Richford N.Y. 13835 | |

Signature of inmate: _Donald L Moshier Jr_

Date: _4/21/05_

Signature of Staff Witness: _NR Beam MD    4/21/05_

### NOTIFICATION IN CASE OF SERIOUSLY/CRITICALLY ILL OR DEATH

NAME: _Same as above_        RELATIONSHIP: _Mother_

ADDRESS: _____

_____

PHONE: (  ) _____


Original to Medical Record


000392

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Beam | 12/6/04 |
| FROM: Donald L. Moshier, JR. | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: Compound orderly pm. | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Dr. Beam, I have a large lump or ball on my left side just under my ribcage. If you recall I mentioned this to you like 8 months ago or so. Back then it was very small no bigger then a marble. Well now its very large and it is very painfull. I want to know what it is. Is it my spleen, or a tumor. No I don't want to hear that its just some fatty tissue. I want it X-Rayed or somthing. I believe that I have enough problems already because F.C.I. McKean refused to treat me for Hepatitis C. until after I developed Cirrhosis of the liver. I'm very concerned about this lump in my stomach. Please respond to this Cop-out in writing.

Thank You.
(Do not write below this line)

DISPOSITION:

1) We'll check that on your weekly appointment as we discussed today.

2) In my opinion, you had cirrhosis long before you entered Federal Custody.

| Signature Staff Member | Date | |
|---|---|---|
| [signature] H. BEAM, MD FCI McKEAN | 12/7/04 | 000393 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

include soreness, redness, swelling where the injection was given, fever, and body aches.
If these problems occur, they usually begin soon after the vaccination and last 1-2 days.
Life-threatening allergic reactions are very rare. If they do occur, it within a few
minutes to a few hours after the injection.

**************************************************************************

### CONSENT FOR VACCINATION

I, *Donald L Mosthen Sr*, have read the above statement about the influenza
vaccination.   I have been provided with updated information and have had the opportunity
to ask questions about the benefits and risks receiving this vaccination.

### FOR WOMEN

Pregnancy can increase the risk for complications from the flu, and pregnant women are
more likely to be hospitalized from complications of the flu than non-pregnant women of
the same age. In previous worldwide outbreaks of the flu (pandemics of 1918-19 and
1957-58), deaths among pregnant women were associated with the flu. Pregnancy can change
the immune system in the mother, as well as affect her cardiovascular system (heart and
lung function). These changes may place pregnant women at increased risk for complications
from the flu.

Because the flu vaccination is made from inactivated viruses (the viruses are killed),
many experts consider flu vaccinations safe during any stage of pregnancy. However, since
miscarriages (spontaneous abortion) most often occur in the first trimester of pregnancy,
experts have traditionally not given a flu vaccination during the first trimester to avoid
a coincidental association with miscarriage.

Women who will be beyond the first 3 months of pregnancy during the flu season should get
a flu vaccination.   Pregnant women who have medical problems that increase their risk for
complications from the flu should get a flu vaccination before the flu season, no matter
their stage of pregnancy.

_Donald L Mosthen Sr_    10/26/04

Signature of the Recipient    Date          Signature of Witness

*Donald L Mosthen Sr   70924-052*

**************************************************************************

### DECLINATION FOR VACCINE

I do not want to receive the influenza vaccination at this time.

Signature of Patient          Date          Signature of Witness

(This form may be replicated via WP)

BP-S806.060    CONSENT TO TREATMENT OF INTERFERON / RIBAVIRIN    CDFRM
SEP 03
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

The physician should initial numbers 1 through 11 after discussing each with the inmate.

I, DONALD MOSHER, Reg. No. 0924-052 hereby authorize Dr. BEGAN or his/her relief (designee), to prescribe Interferon (Intron A°, PEG-Intron°, Pegasys°) and ribavirin (Rebetol°, Copegus°) to me and to continue said medication as is recommended by BOP Clinical Practice Guidelines. I understand my medical condition and why this combination of medications is being recommended to treat my disease.

1. ___ The combination of ribavirin capsules and interferon injections is indicated for the treatment of hepatitis C in certain patients. This treatment is associated with numerous adverse and potentially serious side effects*. Your doctor, along with pharmacy and laboratory, will carefully monitor you for side effects and your response to this therapy.

2. ___ The most common side effects of this treatment are "flu-like" symptoms, such as headache, fatigue, muscle aches, and fever. These symptoms may decrease in severity as treatment continues. Taking acetaminophen (Tylenol°) prior to interferon administration may help alleviate some of these adverse effects.

3. ___ Psychiatric problems, such as insomnia and depression, are also frequently associated with this therapy. If you feel you are getting irritable or easily upset, feel hopeless or bad about yourself, or experience any other uncommon psychological problems, you should immediately contact your physician.

4. ___ Some patients will develop blood problems such as reduced red blood cells (anemia), or reduced white blood cells and platelets. Between 5%-10% of the patients taking ribavirin therapy develop anemia within 1 to 4 weeks of beginning treatment. You will receive a Complete Blood Count on a regular basis to determine if you are developing anemia. Your white blood cells and platelets will also be closely monitored. If these levels drop below acceptable levels you may need to discontinue the medication.

5. ___ Your thyroid function will be closely monitored because a small percentage of patients (approximately 4%) will develop thyroid dysfunction that my be irreversible, even if treatment is discontinued.

6. ___ Other common side effects include bruising, irritation, or itchiness at the injection site, nasal stuffiness, and reversible thinning of the hair.

7. ___ Ribavirin can cause birth defects. Both women and men, particularly those awaiting release, must be counseled to use adequate birth control (2 forms of birth control) during treatment and 6 months after treatment is completed.

8. ___ Abstain from illicit drug or alcohol use.

9. ___ Ribavirin should not be taken if you have severe kidney dysfunction.

10. ___ You should immediately speak to your doctor if you experience any side effects described above, or you experience trouble breathing, chest pain, severe stomach or lower back pain, bloody diarrhea or bloody bowel movements, high fever, bruising, bleeding, decreased vision, weight loss, rashes, or other symptoms that concern you.

11. ___ To improve your comfort and the chances of successfully completing this course of treatment you should, get plenty of rest, exercise lightly but regularly, drink plenty of water or clear fluids every day, eat regularly, and take acetaminophen for fevers and "flu-like" symptoms.

Based upon interview, assessment, and medical record review, it is my opinion that this patient understands the proposed treatment, the risks and benefits of the treatment, and is competent to give consent.                    Physician Signature_____

Based upon interview, assessment, and medical record review, it is my opinion that this patient understands the proposed treatment, and is not competent to give consent.
Physician Signature_____

Other issues discussed:

000395

48.055 **INMATE REQUEST TO STAFF** CDFRM

9

**⌐. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dr. Beam | DATE: 10/7/04 |
|---|---|
| FROM: Donald C Moshien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: Pm Compound | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

Dr. Beam, I would like a copy of the Request that you sent to Washington Requesting Treatment for Hep C for me, Also There Reply That I'm sure Has to Have came back to you by now, if not please send me a copy soon as you Get it, I would also like copies of the Blood test that was done in Bradford Hospital including the last 6 months of Blood test that Have been done Here, also can you please tell me if or when I will start treatment for my Hep C, because its only Getting worse. "please Respond"

Thank you
Donald C Moshien Jr

(Do not write below this line)

DISPOSITION:

Treatment has been approved. The details are in the note I sent yesterday.

See attached (1 pg) (labs)

| Signature Staff Member | Date |
|---|---|
| [signature] H. BEAM, MD | 10/8/04   000396 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

**Inmate Sick Call Sign-Up Sheet**
(Formulario y Registro para Atencion Medica de Confinados)

## INSTRUCTIONS

You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: _Donald Moshier_
   (Nombre)
2. Reg. Number: _10924-052_
   (Numero de Registro)
3. Date: _10/7/04_
   (Fecha)
4. Housing unit and Unit Team: _AB_          TEAM: A  B  C  D
   (unidad y equipo de la unidad)
5. Complaint, What is your problem?
   (Queja). (Cual es su problema?)
   _____
   _____
6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days _____ Months _____ Years _____
   (Dias)          (Meses)          (Anos)
7. Are you on any medication(s) at present? Yes _____ No _____
   (Esta usted tomando alguna(s) medicinas actualmente?)
8. Have you purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?)
   Yes _____ No _____
9. Signature _____
   (Firma)

*Handwritten note (right side):* Good news — Treatment is approved. I need to be here when you start so I will be off next week so I'll see you 10/21 @ 0930 to sign consent then get 1st

---

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date seen: _____
11. Time seen: _____
12. Subjective: _____
    _____
    _____
13. Objective:    Temp: _____ Pulse _____ Respirations _____
14. Appointment Date: _____ Appointment Time _____
15. Triage Personnel's Signature: _____

*Handwritten note (right side):* T20 shot the week of 10/25 to 29. I'll see you weekly x 5 wks then we'll try off That This should go well
HB

H. BEAM, MD
FCI MCKEAN

000397

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Beam | 9/6/04 |
| FROM: Donald C Mosthern Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: pm compound orderly | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I Request To Have complete Lab Reports on the Liven Biopsy
that I Had taken on 8/24/04 at Bradford Hospital, also all the
blood test and catscan x-rays I've also had some blood work
done here about a week ago I would also like them Results
I would also like to know when I'll Be Getting treated for
my Hep C.   Please Respond.

                    THANK You
                    Donald C Mosthern Jr

(Do not write below this line)

DISPOSITION:

1) I'll refer This request
   To medical records

2) I'll have you on clinic
   0930          9/8/04 To disc...
                    BSM

| Signature Staff Member | Date | 000398 |
|---|---|---|
| | 9/7/04 | |

Record Copy - File/ Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Dr. Beam* | DATE: *8/5/04* |
|---|---|
| FROM: *Donald C Mosthien Jr* | REGISTER NO.: *10924-052* |
| WORK ASSIGNMENT: *med, chasignes)* | UNIT: *AB* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

First off I am out of ALBUTEROL INH. which I really need.
(2.) I've Been Haveing senvene Back pain which Has Been Shooting
Down my Left leg, Tyland on motrin dont do a thing for the
pain.

(3.) My lower legs Have Been Really Turning Brown with
spots, Now I've Never even Had this out on the streets if
I would Have I would of Gone To a Skin Specialist so can
you please Find out why my legs are doing this, there DRY
icHy, and Full of Brown spots.   "please respond"

(Do not write below this line)

DISPOSITION:

1) - Sill refill your Albuterol

2) - you have a sickcall appt soon
       for the back & leg problem

3) Sill look at Thes not on your
       leg at chronic care clinic

| Signature Staff Member | Date *8/5/04* | 000399 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)     This form replaces BP-148.070 dated Oct 86
                                          and BP-S148.070 APR 94

Date: 7/15/04                     Unit: AF

To: Donald Moshier    Reg. #: 10924-052

Your case has been reviewed by our Utilization Review Committee and the decision was:

_approval for liver biopsy_

H. BEAM, MD
FCI MCKEAN

000400

**FCI McKean**
**Inmate Sick Call Sign-Up Sheet**
(Formulario y Registro para Atencion Medica de Confinados)

## INSTRUCTIONS
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: _Donald Moshier_
   (Nombre)
2. Reg. Number: _10924-052_
   (Numero de Registro)
3. Date: _4/21/04_
   (Fecha)
4. Housing unit and Unit Team: _AB_    TEAM: A B C D
   (unidad y equipo de la unidad)
5. Complaint, What is your problem?
   (Queja). (Cual es su problema?)
   _____
   _____
   _____

6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days _____ Months _____ Years _____
   (Dias)        (Meses)         (Anos)
7. Are you on any medication(s) at present? Yes _____ No _____
   (Esta usted tomando alguna(s) medicinas actualmente?)

8. Have you purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?)
   Yes _____ No _____

9. Signature _____
   (Firma)

---

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date seen: _You missed your appointment this_
11. Time seen: _Am. I'll reschedule you_
12. Subjective: _for 5/19/04 @ 0930 + I'll_
    _order meds later in the_
    _meantime_
13. Objective: Temp: _____ Pulse _____ Respirations _____ B/P _____
14. Appointment Date: _____ Appointment Time _____
15. Triage Personnel's Signature: _____

R. BEAM, MD
FCI MCKEAN

000401

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dr Beam | DATE: 4/6/04 |
|---|---|
| FROM: Donald C Moshier JR | REGISTER NO.: 10924 - 052 |
| WORK ASSIGNMENT: Med CNasigned | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Frist off I Need TO KNOW When I'll Be seeing you this month.
Also when will I Have another Alt and or a viral load Test done.
Also my medical cnasigned pass Run out. Now I Need one today
4/6/04, I'm not working, my back and Hip Bother me so much
that I'm in pain constantly Also I'm Right now waiting for my
Disability papers From S.S office, and my lawyer plus I've
Been Having alot of pain in my Right side and my piss
is the color of Red Tea. Also my medication is Run out
No more Refills, Tetracycline HCL 500 mg, and Ranitidine 150 mg
they Both Run out on the 15th of this month
"Please Respond" THANK you

(Do not write below this line)

DISPOSITION:

Appointment 4/21/04
off work slip - Done

| Signature Staff Member | Date | 4/6/04 | 000402 |
|---|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *DiL Beam* | DATE: *02/11/04* |
|---|---|
| FROM: *Donald C Moshien Jr* | REGISTER NO.: *10924-052* |
| WORK ASSIGNMENT: *Med UN* | UNIT: *AB* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

WHEN will I Be GeTTing A VIReL Load ANd
A Liven BioPsy done I know THAT you ToLd me
A couPle of times THAT I would Be Getting it
done but so far NoTHing, Now I WAS JusT THene
Today ANd Had Blood DRAWN for a Liven FuNcTioN, But
I've Had that done once Already, will you please let
me know,
        Please ReSPoNd   THANK you.

--------------------(Do not write below this line)--------------------

DISPOSITION:

If your "ALT" liver function test
remains high over a period of time,
Then we proceed to viral load etc
and liver Biopsy. Patience.

| Signature Staff Member | Date *2/13/04* | 000403 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dr Beam | DATE: 02/11/04 |
|---|---|
| FROM: Donald C Mosthien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: med cul | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I would like To Know if you Could Help me
Get A pair of Boots that Have Tread on them
Because the one's I Have don't Have Any and
I slided and Hurt my Back again, plus the
Boots I do Have Hurt my Feet Bod Could you
please Help me, I Know that they Have some New
Boots over in Laundry that Have Really Good Tread
And A Good Arch in them, I wear A size 12
again please Respond and Thank you.

(Do not write below this line)

DISPOSITION:

I have no control over which
Type of boot laundry hands out
If your feet need to be looked
at make a sickcall Arm

Signature Staff Member          Date  2/13/04          000404

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| DR Beam | 1/5/04 |
| FROM: Donald C Moshier Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: medical unasigned | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Now that you sent me a paper saying that I can and will be vaccinated against Hep A over two weeks ago, I'm wondering now if and when I'm going to receive this, or is it just another delay tactit or brush off or so that your records look good even though nothing is really being done, or can you please give me a time and date when I'll recieve the Hep A vaccination, Also I would like to know when I'll beable to come and talk to you, because I'm really feeling poorly, this is not no joke to me, this is my life I'm talking about, and I still have 9 years left to do in prison before I can seek real medical help, why I say that is because I still don't feel like I'm getting any in McKean prison, please responed to this A.S.A.P   Thank you

(Do not write below this line)

DISPOSITION:
- We talked at mainline today
- You will receive the Hep A Vaccine as soon as it arrives through the pharmacy
- Your next chronic care visit should be 1/23/03 @ 12³⁰

| Signature Staff Member | Date | |
|---|---|---|
| W Beam | 1/6/04 | 000405 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

**FCI McKean**
**Inmate Sick Call Sign-Up Sheet**
(Formulario y Registro para Atencion Medica de Confinados)

**INSTRUCTIONS**
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1.  Name: _Donald Moshier_
    (Nombre)
2.  Reg. Number: _10924-052_
    (Numero de Registro)
3.  Date: _12/22/03_
    (Fecha)
4.  Housing unit and Unit Team: _AB_ _____ TEAM: A  B  C  D
    (unidad y equipo de la unidad)
5.  Complaint, What is your problem?
    (Queja). (Cual es su problema?)
    _____
    _____

6.  How long have you had this problem?
    (Durante cuante tiempo ha tenido este problema?)
    Days _____ Months _____ Years _____
    (Dias)        (Meses)        (Anos)
7.  Are you on any medication(s) at present?  Yes _____ No _____
    (Esta usted tomando alguna(s) medicinas actualmente?)

8.  Have you purchased Over-the-Counter Medications from Commissary?
    (Ha comprado medicinas non-prescipcion en la Comisaria?)
    Yes _____ No _____

9.  Signature _____
    (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL**

10. Date seen: _We are ordering The Hepatitis A_
11. Time seen: _Vaccine and you will recieve_
12. Subjective: _The Series Soon_
    _____
    _____

13. Objective:     Temp: _____ Pulse _____ Respirations _____ B/P _____  H. BEAM, MD  FCI McKEAN
14. Appointment Date: _____ Appointment Time _____
15. Triage Personnel's Signature: _____

000406

BP-S148.055 **INMATE REQUE.  .⸍ TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr Beam | 12/10/03 |
| FROM: Donald L Moshlien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: None | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I'm Requesting To Be Vaccinated For Hep A, you Have
Already did) The Blood Work To See if I've Been Vaccinated
for Hep A, And I Have Not, I do Have Hep C, so I do
Need To Be Vaccinated For Hep A, ASAP

Please Respond

(Do not write below this line)

DISPOSITION:
I will present your request to
The utilization review committee

000407

| Signature Staff Member | Date |
|---|---|
| [signature] J.A. BEAM, MD FCI MCKEAN | 12/10/03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)            This form replaces BP-148.070 dated Oct 86
                                                and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr Beam | 12/10/03 |
| FROM: Donald L Moshien Jr | REGISTER NO.: 10924 -052 |
| WORK ASSIGNMENT: None | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I would still like to know when I'm going to
Have a Liver Biopsy done, so I can be treated for
Hep C, I feel that I'm just being stalled and being
Told that, don't worry you'll be treated, But still nothing
is being done whatsoever, will you please let me know
why nothing is being done and why I'm being stalled and
why I have not had a Liver Biopsy done yet

Please Respon

(Do not write below this line)

DISPOSITION: Bureau Hep C guidelines suggest monitoring
The ALT & if it remains High, move to
a liver biopsy. That is the stage you are
at.

Signature Staff Member                    Date

J Beam MD
FCI McKean

12/10/03                    000408

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                This form replaces BP-148.070 dated Oct 86
                                                    and BP-S148.070 APR 94

*COPYS 1 AND 2 of 3*

BP-S148.055 **INMATE REQU.** *T* **TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| DR Beam | 11/18/03 |
| FROM: Donald L Moshien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: Medical Unassigned | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I know That you Told me That I would Recieve Treatment for my Hep C. How ever I want to know when do you plan on Getting a liver Biopsy done and a viral load HCV-RNA PCR to determine what my level of the viris is, also a Geno Type, is it Going to Be in a week, month 6 months year or longer, please Give me some Dates, Because I feel that the longer I'm put on hold, the worse I'll Get and then won't Be Treatable, and I Have the feeling this is what is Happingning.

(Please Respond)

( Copys 1 and 2 of 3 )

--------

(Do not write below this line)

DISPOSITION: I hit a snag getting your viral load done; we'll check LFT's for now. You will not miss the window of opportunity for Treatment if you end up needing it. If you need it, it will happen

Signature Staff Member                    Date                    000409
(signature) H. BEAM, MD FCI McKEAN    11/18/03

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

MOSHIER, Donald
Reg. No. 10924-052
MCK 314442-F2

---

## PART B - RESPONSE

This is in response to your Request for Administrative Remedy receipted in my office on October 27, 2003, in which you claim deliberate indifference, and delay in proper medical treatment. Specifically, you request immediate treatment for hepatitis C.

An investigation of your complaint reveals you requested testing for hepatitis C, September 3, 2003, while at sick call. You reported a history of intravenous drug use and unprotected sex and the study was ordered. Your test returned positive for hepatitis C, September 16, 2003. You were placed on chronic care clinic and was evaluated by the medical officer October 16, 2003. Additional blood work was ordered during that visit. Once all lab work is complete, you will be treated following the guidelines for hepatitis C treatment set forth by the medical director of the Bureau of Prisons. There is no evidence of deliberate indifference or improper care.

Based on this information, your Request for Administrative Remedy is denied.

In the event that you are not satisfied with this response, you may appeal within twenty (20) calendar days from the date of this response by submitting a BP-DIR-230 to the regional director.

_11-14-03_
Date

John J. LaManna, Warden

LOU Sensitive

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

WARDEN'S OFFICE
FCI MCKEAN, PA.

WARDEN'S ACTION
FCI MCKEAN, PA.

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Moshier JR Donald Leroy _____ 03 OCT ___ PM 3:28 ___ 03 OCT 27 PM 5: FCI McKean
       LAST NAME, FIRST, MIDDLE INITIAL     03 OCT ___ PM 7: 032    REG. NO.      UNIT      INSTITUTION

Part A– INMATE REQUEST

I Reiterate And Incorporate By Reference each And every Allegation Heretofore made As set Forth in my BP-8 Further more making it Clearly obvious I Have Complained That I'm in Pain That effects my daily Functions, Flu Like Symptoms muscle And Joint pain Fatigue pain under my Right Rib no urine That Has Been As Dark As Coffee. Rather Then call me down For a complaint Test To determine whats wrong - I'm put off For 2 weeks - if I Had A cold I'd Be Seen in 1 week Something Serrious like This And I'm delayed. This is Deliberate Indiffance to A Serrious medical Need A violation of my 8TH And 14TH amendment garented By the Constitution. I Request to experence no more delays - To Have A Liver Biopsy done a Liver profile And To Be vaccinated For Hepatitis A

10/8/03
DATE

Donald C. Moshier Jr
SIGNATURE OF REQUESTER

Part B– RESPONSE

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 314442

CASE NUMBER: _____

Part C– RECEIPT

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

000411

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)

ADMINISTRA .VE REMEDY PROCEDURE OR INMATES
INFORMAL RESOLUTION FORM

**NOTICE TO INMATE:** Before filing a BP-9 ("Request for Administrative Remedy"), you **MUST** attempt to informally resolve your complaint through your Correctional Counselor. Briefly state your complaint in "1" below and in "2" list what efforts you have made to informally resolve the complaint (state names of staff contacted).

This Informal Resolution Form was issued by ~~_____~~ MORELLO , Correctional Counselor, on

To:
INMATE: Donald L Mosblen Jr REG. NO. 10924-052 QUARTERS: A/B

1. COMPLAINT: Since I've Been Here at FCI McKean I Have Been complaining To medical That I Have Hepatitis C it's Been more Then a year Now and Finally They've given me a Blood Test That Confirms What I've Been Telling Them, medical at FCI McKean Has Failed To Follow — Cont. Next Pag.

2. EFFORTS MADE TO INFORMALLY RESOLVE & STAFF CONTACTED: Talked To Numerous PA's About my Hepatitis C, and Need To Be monitered And treated.

Donald L Moshier 82          10924-052
INMATE'S SIGNATURE              REG. NO.

## ***DO NOT WRITE BELOW THIS LINE***

CORRECTIONAL COUNSELOR'S COMMENTS

DATE RECEIVED FROM INMATE: 10-2-03

EFFORTS MADE TO INFORMALLY RESOLVE & NAMES OF STAFF CONTACTED: Dr. Beam was Contacted and Confirmed That you Have Hepatitis C. You Have Been Scheduled To Be Examined on 10/16/03 @ 1230. You are To Be Reassured That If You Do, In Fact, Need Treatment, You Will Receive It.

DATE ( ) INFORMALLY RESOLVED or ( ) BP-9 ISSUED (check one): _____

D. Morello  10-03-03
COUNSELOR'S SIGNATURE

DISTRIBUTION:   A.  IF INFORMALLY REOLVED: Forward original to Warden (Attention: Warden's Secretary).
B.  IF BP-9 ISSUED: Forward original (attached to BP-9) to Warden (Attention: Warden's Secretary).

CODE MUST BE SUPPLIED BY DEPARTMENT HEAD OR DESIGNEE **BEFORE** GIVING TO WARDEN'S SECRETARY

CODE: _____

CONTINUED From page (1) The Bop's policy By placing me on chronic care And By monitering my Blood periodically To This Date they still Haven't given me a Liven profile test to see what my alt Levels are. There purposly delaying/avoiding working up Lab tests SO they don't Have To Treat me. allowing my disease to Progress, I Am in Pain That effects my daily Fumtions. Constantly Feel Like I Have the Flu musele and Joint pain, Fatigue. and pain under my Right Rib - sometime my urine is As Dank As coffee. There's an FDA approved Treatment For this Disease - this Disease can be Fatal yet the Bop at FCI McKean are doing Nothing For me.

I Am in Fear of my Life Because they Are taking No Intrest what so even. and are not offering me This Treatment - Also I Have Requested To Be VACCINATED Against Hepatitis A - But Am Being Denied.

Request - Treatment To Begin with out any more delays - To Have a Liven Biopsy To See what stage of the Disease I've progressed To and to see if I Qualify for Treatment and to Be Vaccinated for Hepatitis A.

Donald LeRoy Mosthier Jr.
Reg# 10924 - 052
Donald LeRoy Mosthier Jr.

000413



# FEDERAL BUREAU OF PRISONS
# memorandum

**FCI McKean, Pennsylvania**

DATE: November 5, 2003

REPLY TO
ATTN. OF: Rosemary Dean, Warden's Secretary

SUBJECT: Administrative Remedy (BP-9)
MCK 314442-F2

TO: Rodney Smith, HSA

Please investigate the attached Request for Administrative Remedy (BP-9) filed by inmate **MOSHIER, Donald, Reg. No. 10942-052.** Route your response through your associate warden and the camp administrator/legal liaison. Your response is due in the warden's office no later than **November 12, 2003.**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr Beam | 10/29/03 |
| FROM: Donald L moshien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: None | UNIT: A/B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

do to my Hep C, and the way I've been feeling sick and fatige, I'm asking you to give me a medical relice from Haveing to have a Job I have a very bad back also maybe in a year or so I'll be able to work some when once I'm recieving treatment. How even I was a orderly extra for A/B unit, But mr. morello Has decided to make a new rule of His own as to when no one can be a orderly if they come out of the box. Now if you will not give me this medical lieve, I guess I'll have to go to the box until I'm Better, so will you please Help me, please respond A.S.A.P Thank you very much

(Do not write below this line)

DISPOSITION:

I'll put you on Idle until your next chronic care clinic & we can go from There — when can you go back to being an orderly?

| Signature Staff Member | Date |
|---|---|
| [signature] H. BEAM, MD FCI MCKEAN | 10/31/03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94          000415