# EXHIBIT 5a
# PART 7

BP-S148.055 **INMATE REQUI ! TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Medical Records | DATE: 10/15/03 |
|---|---|
| FROM: Donald L Mosthien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: extra orderly | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I request a Copy of my Lab Results that was taken on 10/10/03 Also a complete copys of All my medical Records. please Respond

(Do not write below this line)

DISPOSITION:

# See attached
## 22 pages

**FCI McKean**

| Signature Staff Member J. Pelw | Date 10/21/03 | **000416** |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUE ? TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Dr Beam | DATE: 10/15/03 |
|---|---|
| FROM: Donald C Mosthien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: extra orderly | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I Request a Geno Type test done to Determine what Geno
Type of HCV I Have so an informative Session can Be
made on How to Treat my Disease. Please Respond

(Do not write below this line)

DISPOSITION:

Seen 10/16/03
Will order

Signature Staff Member     /s/     H. BEAM MD FCI MCKEAN     10/16/03     000417

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                               and BP-S148.070 APR 94



BP-S148.055 **INMATE REQUE..** ** TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Dr Beam* | DATE: *10/15/03* |
|---|---|
| FROM: *Donald C Moshien Jr* | REGISTER NO.: *10924-052* |
| WORK ASSIGNMENT: *extra orderly* | UNIT: *A/B* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*I Request at this time to Be vaccinated according to BOP policy for Hepatitis A, As I Have Cronic HCV. please Respond*

(Do not write below this line)

DISPOSITION:

*Seen 10/16/03
will check for previous
Hep A -, B enfections if
immuniz ation needed
will arrange*

| Signature Staff Member *JMB* | Date *10/16/03* | 000418 |
|---|---|---|

H. BEAM, MD
FCI McKEAN

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dr Beam | 10/15/03 |
| FROM: Donald L Mostien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: extra orderly | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I Request A Viral Load HCV - RNA - PCR To Determine
what my level or the virus is Because patients with A
low viral load Respond Better to HCV therapy with
Interferon + Ribivirin

Please Respond

(Do not write below this line)

DISPOSITION:

Seen 10/16/03
Will order

Signature Staff Member _____ Date 10/16/03          000419
H. BEAM, MD
FCI MCKEAN

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94



BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dr Beam | DATE: 10/15/03 |
|---|---|
| FROM: Donald L mosHien Sr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: extra orderly | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I Request a liver Biopsy To Determine tHe HealtH of my
liver, SO AN Informitive EvAluation on my condition (HCV) CAN
Be made, AS if weatHer to Treat RigHt AwAy - Alt levels only
CAN perdict INflamAtion at tHe time of tHe Blood test - CAN't
predicts if A pAtient HAs FiBrosis OR Cirrossis
(Please Respond).

(Do not write below this line)

DISPOSITION:

seen 10/16/03
if needed will be done
preparatory work in progress

Signature Staff Member                    Date        000420

H. BEAM, MD
FCI MCKEAN                    10/16/03

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dr Beam | DATE: 10/15/03 |
|---|---|
| FROM: Donald L Moshier Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: extra orderly | UNIT: A B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I Request that you schedule me with psychology
For clearence to treat my HCV Disease.
Please Respond.

(Do not write below this line)

DISPOSITION:

Seen 10/16/03

will arrange - watch The callouts

| Signature Staff Member | Date 10/16/03 | 000421 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)      This form replaces BP-148.070 dated Oct 86
                                          and BP-S148.070 APR 94

H. BEAM, MD
FCI MCKEAN

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Beam | 10/2/03 |
| FROM: Donald L Moshien JR | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: extra orderly | UNIT: A/B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I Have Hepatitis C.    Request To Be Vaccinated

Against Hepatitis A    Please Respond

(Do not write below this line)

DISPOSITION: From the envelope it looks like this
got sent somewhere other than to
medical. I'll see you on call out
soon and start talking about Hep C
and what needs to be done about
it.

| Signature Staff Member | Date 10/8/03 | 000422 |
|---|---|---|

H. BEAM, MD
FCI MCKEAN

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                  This form replaces BP-148.070 dated Oct
and BP-S148.070 APR 94

BP-S148.055  **INMATE REQUEL _ TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: 7/28/03 |
|---|---|
| Dr. Smith, Hospital Administrator | |
| FROM: Donald L Moshier Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: Extra orderly | UNIT: A/B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I Have Been tested positive for Hepatitis C. This explains why I Have Been Feeling sick All the time. I Request At this time to Be Treated for This Disease with peglated Interferon / Ribivirn, Also That I Be placed on Chronic Care with no more delays and Have my Blood monitored Regularly I Have Been Feeling sick with pain under my Right Ribs and my urine Has Been Dark Brown at times, I Also Request A Liver profile Done as soon as possible, please Respond, This is my Life And This Disease Kills.

Thank you very much
Donald L Moshier Jr

(Do not write below this line)

DISPOSITION:

On clinic for there issues
10/16/03 @ 1230

FCI McKean

| Signature Staff Member | Date | 000423 |
|---|---|---|
| HSA | 10-7-03 | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) DR. BEAN | DATE: 9/28/03 |
|---|---|
| FROM: Donald C Mosttien Jr | REGISTER NO.: 10924-052 |
| WORK ASSIGNMENT: extra ordenly | UNIT: A/B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I HAVE Been Tested positive for Hepatitis C. THis explains
why I HAVE Been Feeling sick All the Time. I Request
at this Time To Be Treated for this Disease with peglated
Intenfenon / Ribivinn, also that I Be placed on Cronic care
with no more Delays, AND HAVE My Blood moniteried Reguarly.
I HAVE Been Feeling sick with pain unden my Right Ribs
AND My urone Has Been Dank Brown at Times.
I Also Request A liven profile Done As soon As possible
please Respond. This is my life AND this Disease Kills.

THANK you veny much,
Donald C Mosttien Jr.

(Do not write below this line)

DISPOSITION:

Watch the callouts for lab
Tests

You have an appointment
on 10/16/03 @ 12³⁰
and can talk Then

Signature Staff Member/Date          9/30/03          000424

H. BEAM, MD
FCI MCKEAN

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**   *Copy 1 of 2*   **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| *Medical Records* | *9/22/03* |
| FROM: *Donald C Mashien Sr* | REGISTER NO.: *10924-052* |
| WORK ASSIGNMENT: *extra orderly* | UNIT: *A/B* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

*I Request copys of my last Blood tests,
performed Here at FCI mckean.*

*Put in on 9/22/03 at 2:30pm*

(Do not write below this line)

DISPOSITION:

*See Attached
2 pgs.*

*FCI mckean*

| Signature Staff Member   *T Peters* | Date *9/25/03* | 00042 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

*COPY 1 of 2*

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Mr. Dr. Olson* | DATE: *9/17/03* |
|---|---|
| FROM: *Donald LeRoy Moshier Jr.* | REGISTER NO.: *10924-052* |
| WORK ASSIGNMENT: | UNIT: *A/B* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*Dr. Olson approximately 2 weeks ago I come in for bloodwork for a Hepatitus Test. I was told it would take approximately 6 to 8 days for the results to come in. As you can Imagine I'm concerned about the results And want to find out as so soon As possible I would Appreciate your Attention to whats happening with my results. Also I've been Attempting to get a back brace for Some time now, In Addition I would like to formely request a Copy of my Complete medical record. Thank you for your attention and I await a response.*

(Do not write below this line)

DISPOSITION:

*You will be placed on callout to see Dr Bean to discuss your lab tests*

*FCI McKean*

| Signature Staff Member | Date *9/18/03* | 000426 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Counseling Documentation

POST-TEST:    Seronegat...

___ 1.  Explain purpose of session.

___ 2.  Review confidentiality.

___ 3.  Test Information

10924-052

Mosnier

     a.  Inform patient of negative test result.
     b.  Explain purpose of test.
     c.  Identify remaining risks.
     d.  Explain inability of test to detect early infections. (false negatives)

___ 4.  Explain risk reduction behaviors (high risk)

___ 5.  Discussed follow-up testing (high risk)

___ 6.  Give additional education material if requested.

___ 7.  Patients Reactions/Level of Understanding/Comments

I understand the above information.

_____          _____
Signature of Inmate                  Signature of Staff Counselor

4/30/03
_____
Date

*************************************************************

**Seropositive Post-Test Counseling**

___ 1.  Confidentiality review.

___ 2.  Patient informed of results of test by physician.

___ 3.  Patient referred to the psychology department for follow-up counseling.



_____          _____
Signature of Inmate                  Signature of Staff Counselor

_____
Date



END FORM

## FCI McKean
## Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

INSTRUCTIONS:
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: _Donald C Moshien JR_
   (Nombre)
2. Reg. Number: _10924 - 052_
   (Numero de Registro)
3. Date: _11/27/02_
   (Fecha)
4. Housing unit and Unit Team: _A/B_    TEAM:  A ⓑ C  D
   (Unidad y equipo de la unidad)
5. Complaint. What is your problem ?
   (Queja). (Cual es su problema?) _I Have A Really Bad Cold_
   _Sore Thout and Bad Cowgh Head ace_

6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days _2_ Months_____ Years_____
   Dias)        (Meses)        (Anos)
7. Are you on any medication(s) at present?  Yes_____  No _X_
   (Esta usted tomando alguna(s) medicinas actualmente?)

8. Have you purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria? ,
   Yes_____  No _X_

9. Signature _Donald C Moshien JR_
   (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date Seen:_____

11. Time Seen:_____

12. Subjective: _____
    _____
    _____

13. Objective:    Temp._____ Pulse_____ Respirations_____ B/P_____
13. Appointment Date: _Mon Dec 9th_  Appointment Time _8 30_
14. Triage Personnel's Signature: _____

000428



## FCI McKean
## Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

FCI MCKEAN HEALTH SVC.

02 AUG 29  AM 11: 45

## INSTRUCTIONS:
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1.   Name:  _Donald L Moshier JR_
     (Nombre)
2.   Reg. Number:  _10724-052_
     (Numero de Registro)
3.   Date:  _8/28/02_
     (Fecha)
4.   Housing unit and Unit Team:  _A/B_  TEAM: (A) B C D
     (Unidad y equipo de la unidad)
5.   Complaint.  What is your problem ?
     (Queja). (Cual es su problema?)
     _My EARS, I CANT EVEN HEAR out of_
     _my left em now, And they both ring All the time, And Hurt_
6.   How long have you had this problem?
     (Durante cuante tiempo ha tenido este problema?)
     Days _2 1/2 w._ Months_____ Years_____
     (Dias)        (Meses)        (Anos)
7.   Are you on any medication(s) at present? Yes_____ No _X_
     (Esta usted tomando alguna(s) medicinas actualmente?)
8.   Have you purchased Over-the-Counter Medications from Commissary?
     (Ha comprado medicinas non-prescipcion en la Comisaria?
     Yes_____ No _X_
9.   Signature  _Donald C Moshier JR_
     (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10.   Date Seen:_____

11.   Time Seen:_____

12.   Subjective:  _____
                   _____
                   _____

13.   Objective:  Temp._____ Pulse_____ Respirations_____ B/P_____

13.   Appointment Date:  _9/9/02_  Appointment Time _10:30_

14.   Triage Personnel's Signature:

000429

**LabCorp**

| Specimen # | Type | Primary Lab | Report Status | | |
|---|---|---|---|---|---|
| 283-844-2368-0 | S | CB | Final | Pg | 1 |

Time 0630

Clinical Information

Fasting: N

CD- 53099351380

| Physician ID | | Patient ID |
|---|---|---|
| | BEAM H | 10924-052 |

Patient Name: **MOSHIER, DONALD**

Sex: M  Age (Yr/Mos): 042/01

Account: FEDERAL CORRECTIONAL INSTITUTE 37806845
MCKEAN COUNTY
RT 59 & BIG SHANTY ROAD
LEWIS RUN, PA 16738
814-362-8900

Pat. Addr.

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 10/10/03 | 10/11/03 | 10/11/03 | 0581 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HEPATIC FUNCTION PANEL (7) | | | | | |
| Protein, Total, Serum | 7.1 | | g/dL | 6.0 - 8.5 | CB |
| Albumin, Serum | 4.1 | | g/dL | 3.5 - 5.5 | CB |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | CB |
| Bilirubin, Direct | 0.15 | | mg/dL | 0.00 - 0.40 | CB |
| Alkaline Phosphatase, Serum | 64 | | IU/L | 25 - 150 | CB |
| AST (SGOT) | 69 | H | IU/L | 0 - 40 | CB |

This serum sample was in contact
with the red cells when received.
This may adversely affect serum
Chemistries.

| | | | | | |
|---|---|---|---|---|---|
| ALT (SGPT) | 115 | H | IU/L | 0 - 40 | CB |
| BUN | 15 | | mg/dL | 5 - 26 | CB |
| Creatinine, Serum | 1.0 | | mg/dL | 0.5 - 1.5 | CB |
| BUN/Creatinine Ratio | 15 | | | 8 - 27 | |

Lab: CB LABCORP DUBLIN          Director: ROSE GOODWIN, MD
     6370 WILCOX ROAD DUBLIN, OH 43016-1296

For inquiries, the physician may contact: Branch: 412-937-1808 Lab: 614-889-1061
Last Page of Report

*S Czekai, MT*
S. Czekai, Med Tech.

REVIEWED BY:
*H. BEAM, MD*
*FCI MCKEAN*
10/21/03

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 800-859-0391

MOSHIER, DONALD

REPORT
Report Date: 10/11/03 Report Time: 08:08 ET

© 2003 Laboratory Corporation of America® Holdings
All Rights Reserved

000430

U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI  65808
(417) 862-7041

=============================================================================

\*\*\* SENSITIVE-LIMITED OFFICIAL USE \*\*\*
FINAL REPORT

=============================================================================

Register Number : 10924-052
Name            : MOSHIER  JR, DONALD
Location        : MCK
Admit. Physician: BEAM, MD
Order. Physician: BEAM, MD
Collected       : 02/12/04 @  08:45

Age               : 42yr
Sex               : M
Accession Number  : 1787

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|----------------------|------|
| LIVER PROFILE | | | | |
| Urea Nitrogen | 15 | | 7 - 22 mg/dL | RS CK |
| Creatinine | 1.0 | | 0.6 - 1.6 mg/dL | RS CK |
| Total Protein | 7.5 | | 6.0 - 8.2 g/dL | RS CK |
| Albumin | 4.0 | | 3.6 - 5.1 g/dL | RS CK |
| Alkaline Phos. | 63 | | 41 - 133 U/L | RS CK |
| AST(SGOT) | 68 | HI | 11 - 55 U/L | RS CK |
| LDH | 397 | | 354 - 705 U/L | RS CK |
| Total Bilirubin1 | 0.40 | | 0.20 - 1.30 mg/dL | RS CK |
| A/G Ratio | 1.13 | | 1.00 - 2.30 | RS CK |
| Globulin | 3.5 | | 2.0 - 3.7 g/dL | RS CK |
| ALT1(SGPT) | 115 | HI | 11 - 66 U/L | RS CK |
| Direct Bilirubin | 0.30 | | 0.00 - 0.50 mg/dL | RS CK |
| Gamma GT1 | 54 | | 8 - 78 U/L | RS CK |
| Bilirubin Unconj | 0.1 | | 0.0 - 1.1 mg/dL | HS CK |
| Bun/Creat Ratio | 15.8 | | 5.0 - 30.0 | RS CK |
| Bilirubin Conjug | 0.00 | | 0.00 - 0.30 mg/dl | RS CK |

S. Czekai, Med Tech.

Legend
LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

Name            : MOSHIER  JR, DONALD
Register Number : 10924-052
Printed         : 02/13/2004 @ 16:28

Location  : MCK
Page      : 1 of 1

000131

U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI  65808
(417) 862-7041

==================================================================
*** SENSITIVE-LIMITED OFFICIAL USE ***
FINAL REPORT
==================================================================

Register Number : 10924-052
Name            : MOSHIER  JR, DONALD          Age      : 42yr
Location        : MCK                          Sex      : M
Admit. Physician: BEAM, MD                     Accession Number : 8912
Order. Physician: BEAM, MD
Collected       : 05/12/04 @  06:20 by:  REFE

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|----------------------|------|
| Collection Cmt. | Fasting | | | TC |
| LIPID TESTING | | | | |
| LIVER PROFILE | | | | |
| Glucose | 177 | HI | 70 - 110 mg/dL | LN CK |
| Urea Nitrogen | 12 | | 7 - 22 mg/dL | LN CK |
| Creatinine | 1.0 | | 0.6 - 1.6 mg/dL | LN CK |
| Total Protein | 7.4 | | 6.0 - 8.2 g/dL | LN CK |
| Albumin | 3.8 | | 3.6 - 5.1 g/dL | LN CK |
| Alkaline Phos. | 68 | | 41 - 133 U/L | LN CK |
| AST (SGOT) | 93 | HI | 11 - 55 U/L | LN CK |
| LDH | 400 | | 354 - 705 U/L | LN CK |
| Total Bilirubin1 | 0.60 | | 0.20 - 1.30 mg/dL | LN CK |
| Cholesterol | 114 | LO | 140 - 200 mg/dL | LN CK |
| Triglycerides | 169 | | 30 - 200 mg/dL | LN CK |
| A/G Ratio | 1.04 | | 1.00 - 2.30 | LN CK |
| Globulin | 3.6 | | 2.0 - 3.7 g/dL | LN CK |
| ALT1(SGPT) | 129 | HI | 11 - 66 U/L | LN CK |
| Direct Bilirubin | 0.20 | | 0.00 - 0.50 mg/dL | LN CK |
| Gamma GT1 | 54 | | 8 - 78 U/L | LN CK |
| Bilirubin Unconj | 0.4 | | 0.0 - 1.1 mg/dL | HS CK |
| Bun/Creat Ratio | 12.0 | | 5.0 - 30.0 | LN CK |
| HDL-Cholesterol1 | 22 | LO | 29 - 67 mg/dL | LN CK |

Other factors critical to assessment of
CHD risk - Overweight, Blood Pressure,
Smoking and Familial History.

| | | | | |
|------|--------|------|----------------------|------|
| VLDL | 34 | | mg/dL | HS CK |
| LDL) Cholesterol | 58 | LO | 62 - 130 mg/dL | HS CK |
| Chol/HDL Ratio | 5.2 | HI | 3.4 - 5.0 | HS CK |
| Glycohemoglobin | 4.9 | | 4.3 - 6.3 %A1C | LN CK |
| Bilirubin Conjug | 0.00 | | 0.00 - 0.30 mg/dl | LN CK |

Name            : MOSHIER  JR, DONALD          Location : MCK
Register Number : 10924-052                    Page     : 1 of 1
Printed         : 05/13/2004 @ 17:06

000432



**LabCorp**
Laboratory Corporation of America

LabCorp Dublin
6370 Wilcox Road
Dublin, OH 43016-1296

Phone: 614-889-1061

| Patient Name | | | Patient ID | | Specimen Number | Account Number | Control Number |
|---|---|---|---|---|---|---|---|
| MOSHIER, DONALD | | | 10924 052 | | 201-844-1529-0 | 37806845 | AK537806845 |

| Sex | Date of Birth | Age (Y/M/D) | Fasting | Patient Phone |
|---|---|---|---|---|
| M | 08/18/61 | 42/11/01 | | |

Physician Name
*Dr. Beam*

Physician ID
BEAM

Additional Information

Account

Federal Correctional Institute          00
McKean County
Rt 59 & Big Shanty Road
Lewis Run PA  16738
814-362-8900

| Date and Time Collected | Total Volume | Date and Time Reported |
|---|---|---|
| 07/19/04 08:15 | | 07/27/04 15:11 ET |

Tests Ordered

Hepatitis C Virus Genotyping

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

**Hepatitis C Virus Genotyping**

Hepatitis C Genotype                    3e                         See Note        TG

        This assay can detect the six (6) major HCV Genotypes and
their most common subtypes.

        Several clinical studies have demonstrated that Genotype 1
HCV may be more refractory to interferon monotherapy as
well as to interferon plus ribavirin combination therapy.
Sustained response rates are increased for Genotype 1
infected patients when therapy is given for 48 weeks
instead of 24 weeks.

            TG

Please note:
        This test was developed and its performance character-
istics determined by LabCorp.  It has not been cleared
or approved by the U.S. Food and Drug Administration.

        The FDA has determined that such clearance or approval
is not necessary. This test is used for clinical
purposes.  It should not be regarded as investigational
or for research.

| | Dir:  Rose Goodwin, MD |
|---|---|
| CB: LabCorp Dublin |  |
|    6370 Wilcox Road, Dublin, OH 43016-1296 | Dir:  Myla Lai-Goldman, MD |
| TG: LabCorp RTP | |
|    1912 Alexander Drive, RTP, NC 27709 | |

For inquiries, the physician may contact: Branch: 412-937-1808  Lab: 614-889-1061

*S. Czekai, MT*
S. Czekai, Med Tech.

REVIEWED BY
*Beam*
7/27/04

H. BEAM, MD
FCI MCKEAN

| MOSHIER, DONALD | 10924 052 | 201-844-1529-0 | Seq # 1081 |
|---|---|---|---|

FINAL REPORT                                          Page 1 of 1

This document contains private and confidential health information protected by state and federal law.     ©2004 Laboratory Corporation of America ® Holdings
                                                                        All Rights Reserved
If you have received this document in error, please call 412-937-1808                                    Ver: 1.00

000433

## St. John's Regional Health Center

1235 E. Cherokee ~ Springfield, Mo. 65804

CLINICAL LABORATORY

# Periodic

| | | | |
|---|---|---|---|
| **Name:** | **MOSHIER, DONALD** *10924-052* | Client: | St. John's Regional Health Center |
| SJRHC MRN: | J0003117849 | Location: | MC SensitiveLOU |
| Birthdate: | 08/18/1961 | Order Physician: | |
| Age / Sex: | 42 Years  Male | Copy To: | |
| Pt. Fin No: | 420301408 | Admit Physician: | Federal Medical Center, 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 |

---

## CHEMISTRY

### General Chemistry

Collection Date  07/19/2004
        Time        08:10

| *Test Name* | | *Reference Range* | *Units* |
|---|---|---|---|
| Ferritin | 180.0 | [17.9-464.0] | ng/mL |

07/19/2004 08:10:00  Ferr:
WARD MCK
ACCT # 5287
INMATE # 10924-052

S. Czekai, Med Tech.

| C | Critical Result |
|---|---|
| = | Abnormal Text Result |
| @ | Corrected Result |
| ^ | Footnote / Result Comment |

Periodic

Printed: 07/21/04   05:05
Page 1 of 1



000434

## LabCorp
LabCorp Dublin
6370 Wilcox Road
Dublin, OH 43016-1296

Phone: 614-889-1061

| Patient Name | | Patient ID | Specimen Number | Account Number | Consul Number |
|---|---|---|---|---|---|
| MOSHIER, DONALD | | 10924 052 | 201-844-1526-0 | 37806845 | AK437806845 |

| Sex | Date of Birth | Age (Y/M/D) | Fasting | Patient Phone | Physician Name | Physician ID |
|---|---|---|---|---|---|---|
| M | 08/18/61 | 42/11/01 | | | Dr. Beam | BEAM |

Additional Information

Account
Federal Correctional Institute                 00
McKean County
Rt 59 & Big Shanty Road
Lewis Run PA  16738
814-362-8900

| Date and Time Collected | Total Volume | Date and Time Reported |
|---|---|---|
| 07/19/04 08:15 | | 07/24/04 08:06 ET |

Tests Ordered

HCV QuantaSure Plus(Non-Graph)

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **HCV QuantaSure Plus(Non-Graph)** | | | | | TG |
| International Units | 7,270,000 | | IU/mL | | TG |

Please note:

This test measures HCV RNA using real-time Polymerase
Chain Reaction (PCR) technology. The assay was developed
and its performance characteristics were determined by
LabCorp. It has not been cleared or approved by the U.S.
Food and Drug Administration.

The FDA has determined that such clearance or approval
is not necessary. This test is used for clinical
purposes. It should not be regarded as investigational
or for research.

CB: LabCorp Dublin                          Dir: Rose Goodwin, MD
    6370 Wilcox Road, Dublin, OH 43016-1296
TG: LabCorp RTP                             Dir: Myla Lai-Goldman, MD
    1912 Alexander Drive, RTP, NC 27709
For inquiries, the physician may contact: Branch: 412-937-1808  Lab: 614-889-1061

*S. Czekai*, Med Tech.

REVIEWED BY



H. BEAM, MD
FCI McKEAN
7/26/04

| MOSHIER, DONALD | 10924 052 | 201-844-1526-0 | Seq # 1073 |
|---|---|---|---|

**FINAL REPORT**

Page 1 of 1

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 412-937-1808

©2004 Laboratory Corporation of America ® Holdings
All Rights Reserved
Ver: 1.00

176 Thornberry Drive
Pittsburgh, PA 15235-5061
June 25, 2007

Megan E. Farrell
Assistant U.S. Attorney
Western District of Pennsylvania
U.S. Post Office & Courthouse          <u>DRAFT</u>
700 Grant Street
Suite 400
Pittsburgh, PA 15219

Re: Donald L. Moshier, Jr. v. United States, et al.
Civil Action No. 05-180E

Dear Ms. Farrell:

I have reviewed the materials concerning the above-captioned case as sent with your covering letter of June 11, 2007. Before offering an opinion as to the quality of medical care rendered to Mr. Moshier, I would briefly like to review the details of his medical problem and the therapy provided.

Mr. Moshier informed the medical staff (Dr. Herbert Beam, M.D.) at the McKean County PA federal prison of his history of high risk behavior and the possibility that he could have hepatitis C on 9/2/03. Mr. Moshier requested testing for this possibility. Screening for the presence of the antibody to the hepatitis C virus (anti-HCV) was reported as positive on 9/16/03. On 10/10/03 Mr. Moshier's serum ALT level was reported as 115 with the upper limit of normal (ULN) < 40. Subsequent relevant testing included finding the presence of prior exposure and immunity to the hepatitis B virus (HBV) -11/26/03, ALT levels of 115 (2/12/04) and 129 (5/12/04) with the ULN on these occasions <66, determining the viral genotype to be 3e (7/19/04) and a liver biopsy performed 8/24/04 which demonstrated cirrhosis of the liver in a micronodular pattern with active areas of piecemeal necrosis (Bradford Regional Medical Center, pathology #: S04-3048). Psychological clearance for the administration of Interferon (INF) was obtained on 9/22/04 and treatment with the pegylated form of INF (PEG-INF) plus ribavirin was initiated on 10/28/04.

Mr. Moshier's treatment extended to 4/14/05 (approximately 24 weeks) during which time he received a total of 25 doses of PEG-INF (11 at full strength) as well as daily ribavirin . The doses of these medications were modified during the course of this therapy to account for changes in bone marrow function as monitored by the medical staff.

The management of Mr. Moshier's chronic hepatitis C included:
(1) The appropriate documentation of the chronicity of the active infection with demonstrated elevations of the liver inflammation marker ALT to greater than twice the ULN over a 6 month period (10/10/03 & 5/12/04 with Mr. Moshier having missed a Chronic

Care Clinic visit on 4/21/04). This monitoring over time is in accordance with all current recommendations as to the treatment of chronic hepatitis C in order to document the chronic nature of the active and ongoing liver necrosis as well as to provide a basis for treatment prognosis as medication for the therapy of chronic hepatitis C is both less likely to be needed or succeed in those patients with ALT levels < twice the ULN.

(2) The typing of the hepatitis virus to provide the correct duration of therapy, which in this instance is 24 weeks.

(3) The performance of a liver biopsy to accurately gauge the extent of disease prior to the onset of therapy and, in Mr. Moshier's case, to carefully monitor him for treatment-induced hepatic decompensation. This is an important consideration when initiating anti-viral therapy in an individual with already established advanced (cirrhotic) liver disease.

(4) The careful monitoring of bone marrow functioning during the course of therapy.

(5) The exclusion of relevant concomitant disease prior to initiating treatment which would profoundly influence the modality of therapy by checking for hepatitis B and HIV (performed 4/16/03, negative HIV-Ab).

(6) The modification of medication dosage schedules consistent with bone marrow function assessments by appropriately timed monitoring of total white cell, neutrophile and platelet counts as well as hemoglobin and hematocrit testing.

As regards the advanced stage of liver disease noted on biopsy, this was the product of decades of liver disease rather than the almost twelve month time frame from initial request for evaluation for possible hepatitis C virus infection (9/2/03) to the time of liver biopsy (8/24/04). In the non-immunocompromised, non-multiply infected individual with actively ongoing hepatitis C infection the process leading to cirrhosis involves decades rather than months.

In summary, Mr. Moshier's chronic hepatitis C was diagnosed and treated in an entirely appropriate manner consistent with the medical standards of care for this disease.

Sincerely yours,

Barry Kisloff, M.D., FACP