UNITED STATES DISTRICT COURT
WESTERN DISTRICT
OF PENNSLYVANIA

DONALD L. MOSHIER, JR.
   Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al
   Defendants.

CASE No. 05-180-ERIE

MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE UNITED STATES
MOTION FOR SUMMARY JUDGMENT

NOW COMES the Plaintiff, Donald L. Moshier, Jr., pro se, hereby respectfully request of this Honorable Court for an extension of time to respond to defendants Motion for summary judgment from November 16, to December 16, 2007, to adequately prepare his defense.

Respectfully submitted,

Donald L. Moshier, Jr.
#10924-052
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954

FILED
OCT 2  2007
CLERK

## CERTIFICATE OF SERVICE

I hereby certify a true and accurate copy of the foregoing Motion to be sent by regular U.S. Mail, this 26th day of November, 2007, postage prepaid to: MEGAN FARRELL, AUSA, Western District of PA 700 Grant Street, suite 4000 Pittsburg, PA 15219.

Respectfully submitted,

*Donald C. Moshier Jr.*
Donald L. Moshier, Jr.
#10924-052
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954