Donald I. Moshier, Jr.
#10924-0052
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, Pa. 17954-0670
Mailed from
Federal Correctional Institution
Schuylkill Pa.

**LEGAL MAIL**

TO Clerk of Court
U.S. District Court
P.O. Box 1820
Erie, PA 16507



RECEIVED

OCT 2 9 2007

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA