```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 08000049 - SF
         November 8, 2007


    Code    Case #   Qty      Amount

    1ST CIVI 05-180E          0.52 CH


       TOTAL→             0.52



    FROM: U.S. TREASURY FOR DONALD
          MOSHIER
```