```
              UNITED STATES
              DISTRICT COURT
           WESTERN DISTRICT OF PENNSYLVANIA
                 ERIE Division

           #  08000072  -  DM
           December 10, 2007


    Code     Case #     Qty        Amount

    1ST CIVI 05-180 E               2.44 CH


    TOTAL→                          2.44



    FROM: DOJ/BUREAU OF PRISONS FOR:
          DONALD MOSHIER
```