DONALD L. MOSHIER JR #10924-052
F.C.I. Schuylkill
P.O. BOX 759
Minersville, PA 17954

LEGAL MAIL

RECEIVED

DEC 14 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

TO: SUSAN PARADISE BAXTER
CLERK OF COURT
CHIEF UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH ROW, ROOM A 280
ERIE, PA 16501

LEGAL MAIL