# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD L. MOSHIER, JR | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-180(ERIE) |
| | ) | |
| v. | ) | JUDGE MCLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Electronically Filed |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2008, upon consideration of the United States' Motion for Leave to File a Reply Brief in Support of its Motion for Summary Judgment, and upon consideration of any response thereto,

IT IS HEREBY ORDERED that the United States' motion is **GRANTED** and that the United States shall file its reply brief on or before January 25, 2008.

_____, J.

cc: All parties of record