```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

          # 08000111  -  DM
          January 7, 2008


   Code    Case #    Qty      Amount

   1ST CIVI 05-180 E                  8.59 CH


   TOTAL→                    8.59



   FROM: DOJ/BOP FOR:
         DONALD MOSHIER
```