# EXHIBIT 2



U.S. Department of Justice



United States Attorney
Western District of Pennsylvania

MEF/jsb

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219

412/644-3500

March 22, 2007

**VIA U.S. MAIL**
Donald L. Moshier, Jr.
No. 10924-052
FCI Schuylkill
P.O. Box 670
Minersville, PA 17954

RE:   **Donald Moshier v. United States Federal Bureau of Prisons, et al.**
      **Civil Action No. 05-180E**

Dear Mr. Moshier:

Pursuant to today's telephone status conference with the Court, I have enclosed copies of the docket sheet and all of the pleadings in the above-captioned action. Specifically, the enclosed documents include Defendants' Partial Motion to Dismiss or, in the Alternative, Partial Motion for Summary Judgment, Brief in Support Thereof, and Defendants' Answer and Affirmative Defenses to Plaintiff's Amended Complaint.

As we also discussed during the conference, defendants will contact FCI Lewisburg in an attempt to locate your missing legal documents.

Very truly yours,

MARY BETH BUCHANAN
United States Attorney

MEGAN E. FARRELL
Assistant U.S. Attorney

Enclosures

cc: Joyce Horikawa, Esq. (w/out encl.)