```
          UNITED STATES
          DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

          # 08000146 - SP
          February 11, 2008

     Code    Case #    Qty     Amount

     1ST CIVI 05-180E

                                11.84 CH
          TOTAL →
                                11.84

     FROM: U.S. TREASURY FOR DONALD
           MOSHIER
```