```
            UNITED STATES
            DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         #  08000184  -  SP
            March 10, 2008

     Code    Case #    Qty      Amount

    1ST CIVI 05-180E
                                1.16 CH

       TOTAL →
                                1.16


    FROM: US TREASURY FOR DONALD MOSHIER
```