UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000223 - SP
April 7, 2008

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 1ST CIVI 05-180E | | | 9.14 CH |

TOTAL→                    9.14

FROM: U.S. TREASURY FOR DONALD
      MOSHIER