Donald C McHien JR. 10924 052
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, Pa. 17954-0670
Mailed from
Federal Correctional Institution
Schuylkill Pa.

RECEIVED
APR - 9 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

TO CLERK'S OFFICE
United States District Court
P.O. Box 1820
ERIE, PA 16507