Donald C Mosttlier JR 10924-052
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, Pa. 17954-0670
Mailed from
Federal Correctional Institution
Schuylkill Pa.

RECEIVED
APR 29 2008
CLERK U.S. DISTRICT
WEST. DIST. OF PENNSYLVANIA

RECEIVED
APR 29 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

TO: SUSAN PARADISE Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A250
Erie, PA 16501


