```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

        # 08000270 - SP
          May 9, 2008


   Code    Case #      Qty      Amount

   1ST CIVIL 05-180L              19.17 CA


   TOTAL                          19.17


   FROM: U.S. TREASURY FOR DONALD
         MOSHIER
```