IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
MAY 21 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Donald L Mosher Jr
  Plaintiff

C.A. NO. 05-180 ERIE

V.

United States of America, et al
  Defendants

District Judge McLaughlin
Magistrate Judge Baxter

### Declaration For Entry of Default

Donald L Mosher Jr. Hereby declares:
I am the plaintiff herein. A motion for summary Judgment to dismiss plaintiff's claim, was filed on 10/12/07, plaintiff filed his rebuttal to summary judgment on 12/2/07.

Magistrate Judge Baxter's Report and Recommendation was to grant motion for summary judgment was filed on 4/9/08. However in accordance with the magistrate judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for magistrate judges, the parties are allowed Ten (10) days from the date of service to file written objections to this Report and Recommendation. Any party opposing the objection shall have seven (7) days from the date of service of objections to respond thereto. Failure to file timely objections may constitute a waiver of any appellate rights.

Plaintiff filed his objection to Report and Recommendation on 4/14/08, However, do to plaintiff being locked up in (SHU) Special Housing unit, and with the delays of the mail going out from this facility, plaintiffs objection wasn't filed with the clerk of courts until 4/29/08

The court files and records herein show that the defendants was served a copy of plaintiffs objection notice to magistrate Judge Baxters Report and Recommendation.

Not only has it been seven (7) days but well over 20 days have elapsed since the date on which the defendants herein were served with the copy of plaintiffs objection motion.

The defendants have failed to answer or otherwise defend as to plaintiff's objection motion, or serve a copy of any answer or any defense which it might have had, upon affiant or any other plaintiff herein.

Defendants are not in the military service and are not infants or incompetents, nor are they in prison, such as plaintiff is.

Case 1:05-cv-00180-SJM-SPB   Document 71   Filed 05/21/2008   Page 3 of 4

I declare under penalty of perjury that the foregoing is true and correct. Executed at, F.C.I. Schuylkill, Minersville PA. 17954-0759.

Dated on this day 19TH of May 2008

Respectfully Submitted
By: Donald C Mosifiek JR.
Donald C Martin Jr
Reg# 10924 052
F.C.I Schuylkill
Minersville, PA
17954-0759

Megan E Farrell
Assistant U.S. Attorney
Western District of PA
700 Grant Street, Suite 4000
Pittsburgh, PA  15219

date 5/19/08

To Clerk of Court,

As you can see I'm locked up in (SHU) Special Housing Unit, And I've got to write everything with pencil, And I'm unable to get copies, can you please send me a copy back.

I wrote a copy out To the A.U.S.A. And mailed, I'd Really appreciate it if you can please send me a copy back.

Thank you

Sincerely
Donald C Moshn