Donald L Moisthier JR 19924-052

Mailed from
Federal Correctional Institution
Schuylkill Pa.

Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

legal mail

**RECEIVED**

MAY 21 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

TO Clerk's office For
the US District Court of the
Western District of PA
P.O. Box 1820
Erie, PA 16507

READING PA 195

legal mail