```
        UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 08000320  -  DM
          June 9, 2008


    Code   Case #    Qty      Amount

    1ST CIVI 05-180 E              7.30 CH


    TOTAL →                        7.30


    FROM DOJ/BOP FOR:
         DONALD MOSHIER
```