```
          UNITED STATES
          DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

         # 08000369  - DM
          August 8, 2008


    Code    Case #    Qty      Amount

    157 CIVI 05-180 E            0.39 CH


    TOTAL→                       0.39



    FROM: DOJ/BOP FOR
          DONALD MOSHIER
```