**UNITED STATES
DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000407 — SP
September 8, 2008

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 1ST CIVI | 05-180E | | 6.60 CH |

**TOTAL→**            6.60

FROM: U.S. TREASURY FOR DONALD
      MOSIER